| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**Southern**    District of    **New York**
                              (State)

Case number *(if known)*: _____    Chapter ___**11**___

☐ Check if this is an
   amended filing

<u>Official Form 201</u>
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1.  Debtor's Name**    **Madison Square Boys & Girls Club, Inc.**
_____

**2.  All other names debtor used
     in the last 8 years**

   Include any assumed names,
   trade names, and *doing
   business as* names

**3.  Debtor's federal Employer
     Identification Number** (EIN)    **13-5596792**

**4.  Debtor's address**    **Principal place of business**

   **250 Bradhurst Avenue**
   Number    Street

   **New York**    **NY**    **10039**
   City    State    Zip Code

   **New York**
   County

**Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    Zip Code

**Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    Zip Code

**5.  Debtor's website** (URL)    www.madisonsquare.org

| Debtor | **Madison Square Boys & Girls Club, Inc.** | Case Number *(if known)* _____ |
|---|---|---|
| | Name | |

**6.   Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check One*:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*:

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . **8134 (Civic and Social Organizations)**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One*:

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply*:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter 5 of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **Madison Square Boys & Girls Club, Inc.**    Case Number  (*if known*)_____
              Name

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| | | | MM/DD/YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM/DD/YYYY | | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases, if more than 1, attach a separate list.

Debtor  _____    Relationship  _____

District  _____    When  _____
                                                    MM/DD/YYYY

Case number, if known  _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply*:

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other  _____

**Where is the property?**
_____
Number        Street

_____
City                              State        Zip Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

| | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.[1]

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| Debtor | **Madison Square Boys & Girls Club, Inc.** | Case Number *(if known)* |
|---|---|---|
| | Name | |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 1-49 | ☒ | 1,000-5,000 | ☐ | 25,001-50,000 |
| ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| ☐ | 200-999 | | | | |

**15. Estimated assets**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| ☐ | $100,001-$500,000 | ☒ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

**16. Estimated liabilities[2]**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| ☐ | $500,001-$1 million | ☒ | $100,000,001-$500 million | ☐ | More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/29/2022**
          MM/DD/YYYY

✘    **/s/ Jeffrey Dold**          **Jeffrey Dold**
    Signature of authorized representative of debtor          Printed name

Title    **Chief Financial Officer**

---

[1] Any potential distribution to unsecured creditors will be subject to events that occur during this chapter 11 case.

[2] The Debtor lists herein estimated liabilities of $100 million or more related to certain contingent, disputed, and unliquidated litigation claims asserted against the Debtor prior to the date hereof. Checking this box with respect to the statistical and administrative information required by the Petition is not, and shall not be construed as, an admission of liability with respect to such contingent, disputed and unliquidated litigation claims. The Debtor reserves all rights.

**18. Signature of attorney**        ✘        /s/ Alan W. Kornberg, *Esq.*        Date        **06/29/2022**

Signature of attorney for debtor        MM/DD/YYYY

**Alan W. Kornberg**

Printed Name

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Firm name

**1285 Avenue of the Americas**

Number                Street

**New York**                                **NY**        **10019**

City                                State        Zip Code

**(212) 373-3000**                        **akornberg@paulweiss.com**

Contact phone                        Email address

**1218593**                                **NY**

Bar number                        State

## OFFICER'S CERTIFICATE

The undersigned authorized representative of Madison Square Boys & Girls Club, Inc., a not-for-profit corporation incorporated in New York ("Madison"), hereby certifies that the following resolutions were duly adopted by Madison on the date indicated below, a true and complete copy of resolutions relating to the filing by Madison of a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code and related matters is attached hereto as **Exhibit A**, and such resolutions have not been amended or revoked and are in full force and effect on the date hereof.

**IN WITNESS WHEROF**, the undersigned has signed this Certificate this 29 day of June, 2022.


_____

Steven Miyao
Secretary

## Exhibit A

**RESOLUTIONS OF THE BOARD OF DIRECTORS
OF MADISON SQUARE BOYS & GIRLS CLUB, INC.
AUTHORIZING CHAPTER 11 FILING AND RELATED MATTERS**

**JUNE 29, 2022**

**WHEREAS**, the Board of Directors (the "<u>Board</u>") of the Madison Square Boys & Girls Club, Inc. ("<u>Madison</u>"), a not-for-profit organization incorporated under New York law, hereby adopts the following resolutions pursuant to Madison's organizational documents and the applicable laws of New York;

**WHEREAS**, the Board, in its capacity as the governing body of Madison, has reviewed and considered the financial and operational condition of Madison, including (which word and similar forms thereof, for all purposes of these resolutions, shall be interpreted to be followed by the words, "without limitation") the assets of Madison and the current and contingent liabilities of Madison, including contingent liabilities related to claims asserted under the New York Child Victims Act (the "<u>CVA</u>") and claims that may potentially be asserted under the New York Adult Survivors Act (the "<u>ASA</u>");

**WHEREAS**, the Board has consulted with the legal and financial advisors to Madison and has fully considered each of Madison's strategic alternatives to address claims arising under the CVA and, if any, the ASA in an equitable and comprehensive manner, and to reorganize the financial affairs of Madison in order to permit it to continue to fulfill its charitable mission of serving children and families in under-resourced communities;

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of, and the materials presented by, the management of Madison and Madison's legal, financial, and other advisors as to the relative risks and benefits of pursuing a case under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, the Board has determined that taking the actions set forth below are advisable and in the best interests of Madison and, therefore desire to approve the following resolutions.

**Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined after due consultation with the management and the legal and financial advisors of Madison, that it is desirable and in the best interests of Madison, its creditors, and other parties-in-interest that a voluntary petition (the "<u>Petition</u>") for relief under the provisions of the Bankruptcy Code be filed by Madison thereby commencing a chapter 11 case (the "<u>Chapter 11 Case</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"); and be it further

**RESOLVED**, that consistent with the materials and recommendation submitted to the Board in advance of the date hereof, Madison shall seek relief from the Bankruptcy Court: (a) directing court-ordered mediation by and among Madison and its key stakeholders with the

goal of reaching a mediated comprehensive solution to address, among other things, Madison's contingent liabilities arising under the CVA and, if applicable, the ASA through a chapter 11 plan of reorganization; and (b) to facilitate the proposed mediation, ordering the suspension of proceedings in the Chapter 11 Case as contemplated under the proposed *Debtor's Motion for an Entry of an Order (I) Temporarily Suspending its Chapter 11 Case pursuant to 11 U.S.C. §§ 105 and 305, and (II) Granting Related Relief*; and be if further

      **RESOLVED**, that each officer of Madison (the "Authorized Persons"), including Tim McChristian, in his capacity as Executive Director, and Jeffrey Dold, in his capacity as Chief Financial Officer, or such other authorized signatory for Madison, be, and hereby is, authorized and directed to execute and file in the name and on behalf of Madison, and under its corporate seal or otherwise, the Petition, all plans, schedules, statements, motions, including any motions for debtor in possession financing, lists, applications, pleadings, orders, and other documents in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person, who may act without the joinder of any other Authorized Person or any one of them, deems necessary, proper, or advisable in connection with the Chapter 11 Case, including negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of such Chapter 11 Case; and be it further

**Forbearance Agreement**

      **RESOLVED**, that Madison is authorized to enter into a Forbearance Agreement  (the "Forbearance Agreement") by and among MSBGC-NYC Support Corporation ("Support Corp."), as the borrower under the Loan Documents referred to therein, Madison, as guarantor, and PNC CDE 74 LP, NFF New Markets Fund XXIX, LLC, Empowerment Reinvestment Fund XXV, LLC, and NYCNCC SUB-CDE 2, LLC (collectively, the "Lenders"), Harlem Clubhouse Investment Fund LLC and PNC New Markets Investment Partners, LLC, pursuant to which the Lenders have agree to forbear in the exercise of their rights and remedies on account of certain specified defaults under the Loan Documents; and be it further

      **RESOLVED**, that Madison, as the sole member of Support Corp., has determined that it is in the best interests of Support Corp. for Support Corp. to enter into the Forbearance Agreement, and Support Corp. is hereby authorized to enter into the Forbearance Agreement and to perform its obligations thereunder; and be it further

**Retention of Professionals**

      **RESOLVED**, that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP be, and hereby is, retained as chapter 11 counsel to represent and assist Madison in carrying out its duties under the Bankruptcy Code or in the Chapter 11 Case and to take any and all actions to advance

Madison's rights and obligations in the Chapter 11 Case and all related matters, and any such prior actions are hereby ratified in their entirety; and be it further

**RESOLVED**, that the law firm of Friedman Kaplan Seiler & Adelman LLP be, and hereby is, retained as special litigation counsel to represent and assist Madison in litigation matters in the Chapter 11 Case and all related matters, and any such prior actions are hereby ratified in their entirety; and be it further

**RESOLVED**, that the law firm of Pillsbury Winthrop Shaw Pittman LLP be, and hereby is, retained as special insurance counsel to represent and assist Madison in connection with insurance matters in the Chapter 11 Case and all related matters, and any such prior actions are hereby ratified in their entirety; and be it further

**RESOLVED**, that Teneo Capital, LLC be, and hereby is, retained as financial advisor in connection with the Chapter 11 Case and all related matters, and any such prior actions are hereby ratified in their entirety to provide financial advisory services to Madison; and be it further

**RESOLVED**, that Epiq Corporate Restructuring, LLC be, and hereby is, retained as claims, noticing, solicitation, and administrative agent in connection with the Chapter 11 Case and all related matters, and any prior actions taken in connection therewith are hereby ratified in their entirety; and be it further

**RESOLVED**, that Madison, be, and hereby is, authorized to employ any other legal counsel, financial advisors, restructuring advisors, investment bankers, public relations  professionals, or other professionals any of the Authorized Persons deems necessary, appropriate, or advisable; each to represent and assist Madison in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code; and in connection therewith, each of the Authorized Persons be, and hereby is, authorized, empowered, and directed, in the name of Madison, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, fees, indemnities, and expenses, and to cause to be filed appropriate applications for authority to retain such services in the Chapter 11 Case; and be it further

**General Authorization and Ratification**

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of Madison or hereby waives any right to have received such notice; and be it further

**RESOLVED**, that each Authorized Person be, and each, acting alone, hereby is, authorized and directed, in the name and on behalf of Madison or Support Corp., as applicable, to (i) do and perform all such acts and things and enter into, execute, acknowledge, deliver, and file all such certificates, agreements, acknowledgments, instruments, contracts, statements, and other documents and to take such further actions as such Authorized Person may deem necessary, proper, or advisable to effect the intent and accomplish the purposes of the foregoing resolutions, with the taking of any such action by such Authorized Person being conclusive evidence that the same did meet such standards as set forth above, (ii) perform the obligations of Madison under the

Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Person or his or her delegate performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person or his or her delegate shall be conclusive evidence of the approval thereof by such Authorized Person or his or her delegate and by Madison or Support Corp., as applicable, and (iii) pay fees and expenses in connection with the actions contemplated by the foregoing resolutions; and be it further

**RESOLVED**, that any and all actions taken by an Authorized Person prior to the date of adoption of the foregoing resolutions, which would have been authorized by the foregoing resolutions but for the fact that such actions were taken prior to such date, be, and each hereby is, ratified, approved, confirmed, and adopted as a duly authorized act of Madison or Support Corp., as applicable, in all respects and for all purposes; and be it further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon Madison or Support Corp., as applicable, each Authorized Person (and their designees and delegates) be, and hereby is, authorized and directed, in the name of and on behalf of Madison or Support Corp., as applicable, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

*[Remainder of page intentionally left blank.]*

| Fill in this information to Identify the case: |
| --- |

Debtor Name:    MADISON SQUARE BOYS & GIRLS CLUB, INC.

United States Bankruptcy Court for the:    Southern District District of New York

Case Number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RAPHAELSON & LEVINE LAW FIRM, P.C. 14 PENN PLAZA, SUITE 1718 NEW YORK, NY 10122 | CONTACT: ATTN STEVEN GERSHOWITZ PHONE: (212) 268-3222 FAX: (212) 268-3313 SGERSHOWITZ@RLLAWYERS.COM | CVA LITIGATION [37 PLAINTIFFS] | CUD | | | Undetermined |
| 2 | THE MARSH LAW FIRM, PLLC 31 HUDSON YARDS, 11TH FLOOR NEW YORK, NY 10001-2170 | CONTACT: ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, MARGARET MABIE, BROOKE E. BERGER PHONE: (212) 372-3030 FAX: (914) 206-3998 KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW | CVA LITIGATION [32 PLAINTIFFS] | CUD | | | Undetermined |
| 3 | PFAU COCHRAN VERTETIS AMALA PLLC 31 HUDSON YARDS, 11TH FLOOR NEW YORK, NY 10001-2170 | CONTACT: ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN PHONE: (212) 300-2444 FAX: (206) 623-3624 VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM | CVA LITIGATION [32 PLAINTIFFS] | CUD | | | Undetermined |

Debtor: MADISON SQUARE BOYS & GIRLS CLUB, INC.                          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4    HERMAN LAW FIRM, PA 434 W. 33RD STREET, PENTHOUSE NEW YORK, NY 10001 | CONTACT: ATTN JEFF HERMAN, DANIEL G. ELLIS, STUART S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER PHONE: (212) 390-0100 FAX: (305) 931-0877 JHERMAN@HERMANLAW.COM | CVA LITIGATION [28 PLAINTIFFS] | CUD | | | Undetermined |
| 5    SLATER SLATER SCHULMAN LLP 488 MADISON AVENUE, 20TH FLOOR NEW YORK, NY 10022 | CONTACT: ATTN ADAM P. SLATER, LINC C. LEDER PHONE: (212) 922-0906 FAX: (212) 922-0907 ASLATER@SSSFIRM; LLEDER@SSSFIRM.COM | CVA LITIGATION [15 PLAINTIFFS] | CUD | | | Undetermined |
| 6    LEVY KONIGSBERG LLP 605 THIRD AVE., 33RD FLOOR NEW YORK, NY 10158 | CONTACT: ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK PHONE: (800) 315-3806 FAX: (212) 627-8182 INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM | CVA LITIGATION [13 PLAINTIFFS] | CUD | | | Undetermined |
| 7    GRANT & EISENHOFER, P.A. 485 LEXINGTON AVENUE, 29TH FLOOR NEW YORK, NY 10017 | CONTACT: ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER PHONE: (646) 722-8500 FAX: (646) 722-8501 BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM | CVA LITIGATION [9 PLAINTIFFS] | CUD | | | Undetermined |
| 8    BLEAKLEY PLATT & SCHMIDT, LLP ONE NORTH LEXINGTON AVENUE WHITE PLAINS, NY 10601 | CONTACT: ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ PHONE: (914) 949-2700 FAX: (914) 683-6956 WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM | CVA LITIGATION [8 PLAINTIFFS] | CUD | | | Undetermined |
| 9    WEITZ & LUXENBERG 700 BROADWAY NEW YORK, NY 10003 | CONTACT: ATTN JERRY KRISTAL PHONE: (856) 755-1115 FAX: (856) 755-1995 JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM | CVA LITIGATION [3 PLAINTIFFS] | CUD | | | Undetermined |

Debtor:  MADISON SQUARE BOYS & GIRLS CLUB, INC.                Case Number  (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10    MERSON LAW, PLLC 950 THIRD AVENUE, 18TH FLOOR NEW YORK, NY  10022 | CONTACT: ATTN JORDAN K. MERSON, GIOVANNA MABILE PHONE: (212) 603-9100 FAX: (347) 441-4171 JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 11    SILVER & KELMACHTER, LLP 11 PARK PLACE SUITE 1503 NEW YORK, NY  10007 | CONTACT: ATTN SAMEER NATH PHONE: (212) 661-8400 FAX: (212) 661-1242 SNATH@SILVERKELMACHTER.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 12    MARCOWITZ LAW FIRM 225 BROADWAY 38TH FLOOR NEW YORK, NY  10007 | CONTACT: ATTN EDWARD L.C. MARCOWITZ PHONE: (718) 529-4040 FAX: (212) 214-0598 ED@MARCOWITZLAW.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 13    SEEGER WEISS LLP 100 CHURCH STREET  8TH FLOOR, SUITE 835 NEW YORK, NY  10007 | CONTACT: ATTN STEPHEN A. WEISS,MICHAEL ROSENBERG, PHILIPPA RATZKI PHONE: (212) 584-0700 FAX: (212) 584-0799 SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 14    WILLIAMS CEDER LLC 1515 MARKET STREET, SUITE 1300 PHILADELPHIA, PA  19102-1931 | CONTACT: ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN PHONE: (215) 557-0099 FAX: (215) 557-0673 GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 15    THE SIMPSON TUEGEL FIRM 3301 ELM STREET DALLAS, TX  75226 | CONTACT: ATTN MICHELLE SIMPSON TUEGEL PHONE: (214) 774-9121 FAX: (214) 614-9218 MICHELLE@STFIRM.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 16    ABRAHAM, WATKINS, NICHOLS, SORRELS, 800 COMMERCE STREET HOUSTON, TX  77002-1776 | CONTACT: ATTN AGOSTO & AZIZ; ATTN MUHAMMAD S. AZIZ PHONE: (713) 222-7211 FAX: (713) 225-0827 INFO@ABRAHAMWATKINS.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |

Debtor:  MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case Number  (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17  HARNICK AND HARNICK, P.C. 305 BROADWAY, SUITE 602 NEW YORK, NY  10007 | CONTACT: ATTN ROBERT HARNICK PHONE: (212) 962-5065 FAX: (212) 267-8758 RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM | CVA LITIGATION [1 PLAINTIFFS] | CUD | | | Undetermined |
| 18  ALDA BUILDING COMPANY LLC 128 NORMAN AVENUE BROOKLYN, NY  11222 | CONTACT: ATTN RICHARD MUSIAL, PRINCIPAL PHONE: (917) 440-6909 ALDABLDGCO@AOL.COM | TRADE VENDOR | CUD | | | $0.00 (FN 1) |
| 19  GEM MECHANICAL, LLC 200 FRANKLIN ST STE 3 BOX 2 BROOKLYN, NY  11222 | PHONE: (718) 383-1928 GEMMECAHANICAL@GMAIL.COM | TRADE VENDOR | CUD | | | $0.00 (FN 1) |
| 20  J & L SERVICE NYC INC. 1949 66TH STREET BROOKLYN, NY  11204 | CONTACT: ATTN KENNY YEUNG, PRINCIPAL PHONE: (917) 939-0256 YEUNGKEE@YAHOO.COM | TRADE VENDOR | CUD | | | $0.00 (FN 1) |

1.  Certain creditors identified herein are listed with "$0" claim amounts. With respect to such creditors, the Debtor believes that invoices for outstanding amounts that may be owed to such creditors may not yet have been received by the Debtor. Such creditors are listed herein in alphabetical order by creditor name.

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Madison Square Boys & Girls Club, Inc., | ) | Case No. 22-_____(___) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## LIST OF EQUITY SECURITY HOLDERS

There are no entities to report under rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as the above-captioned debtor and debtor in possession is a non-profit, non-stock tax exempt organization with no equity ownership.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Madison Square Boys & Girls Club, Inc. | ) | Case No. 22-_____(___) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

There are no entities to report under rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as the above-captioned debtor and debtor in possession is a non-profit, non-stock tax exempt organization with no equity ownership.

Fill in this information to identify the case and this filing:

Debtor Name __Madison Square Boys & Girls Club, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____ (State) New York

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒  Other document that requires a declaration __List of Equity Security Holders; Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

__06/29/2022__
MM/ DD/YYYY

☒ */s/  Jeffrey Dold*
Signature of individual signing on behalf of debtor

__Jeffrey Dold__
Printed name
__Chief Financial Officer__
Position or relationship to debtor