Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**NOTICE OF COMMENCEMENT OF**
**CHAPTER 11 CASE AND AGENDA FOR FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that on June 29, 2022 (the "Petition Date"), the above captioned debtor and debtor in possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE that a hearing (the "First Day Hearing") has been scheduled for July 1, 2022 at 11 a.m. (Prevailing Eastern Time) before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, in order to consider, among other things, the relief requested by the Debtor in the First Day Pleadings (as defined below).**

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will be conducted remotely via Zoom for Government. Parties may appear at the First Day Hearing by registering at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. (Prevailing Eastern Time) on June 30, 2022. Outlook invitations for the hearing will be sent after 4:00 p.m. (Prevailing Eastern

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Time) on June 30, 2022.  Further details about registering for Zoom for Government can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's proposed notice and claims agent, Epiq Corporate Restructuring, LLC (the "<u>Claims Agent</u>"), at https://dm.epiq11.com/madisonsquare or by email at MadisonSquareInfo@epiqglobal.com.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing may affect your rights.  Please read the below application and motions to be heard at the First Day Hearing (the "<u>First Day Pleadings</u>") carefully.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the First Day Pleadings, or if you want the Court to hear your position on the First Day Pleadings, then you or your attorney must attend the First Day Hearing.  If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the First Day Pleadings and may enter orders granting the relief requested by the Debtor.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the First Day Hearing is set forth below.

## AGENDA FOR FIRST DAY HEARING

**I.    Introduction**

1. Introduction and Debtor Overview

**II.   Application and Motions Requested to be Heard at First Day Hearing**

2. *Claims Agent Retention Application*.  Debtor's Application for Entry of an Order Authorizing Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(C), 11 U.S.C. § 105(A), and Local Rule 5075-1 and Granting Related Relief [Docket No. 2]

3. *Special Noticing and Confidentiality Procedures Motion*.  Debtor's Motion for Entry of an Order (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief [Docket No. 3]

4. *Insurance Motion*.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Modify, or Purchase Insurance Policies, and (C) Continue to Pay Brokerage Fees, and (II) Granting Related Relief [Docket No. 4]

5. ***Wages Motion***. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits, and (II) Granting Related Relief [Docket No. 5]

6. ***Cash Management Motion***. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Maintain Investment Practices, and (II) Granting Related Relief [Docket No. 6]

### III. Related Pleadings

7. ***First Day Declaration***. Declaration of Jeffrey Dold (I) in Support of First Day Motions and (II) Pursuant to Local Bankruptcy Rule 1007-2 [Docket No. 10]

| | |
|---|---|
| New York, New York<br>Dated: June 30, 2022 | */s/ Alan W. Kornberg*<br>Alan W. Kornberg, Esq.<br>Andrew M. Parlen, Esq.<br>William A. Clareman, Esq.<br>John T. Weber, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>akornberg@paulweiss.com<br>aparlen@paulweiss.com<br>wclareman@paulweiss.com<br>jweber@paulweiss.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |