Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED FOR HEARING ON JULY 13, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that on June 29, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") has been scheduled for July 13, 2022 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Sean H. Lane, United States Bankruptcy Judge, Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, in order to consider, among other things, the relief requested by the Debtor in the Pleadings (as defined below).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. Parties may appear at the Hearing by registering at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. on the business day before the Hearing on July 12, 2022 (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Bankruptcy Court's website by the Appearance

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Deadline and not by emailing or otherwise contacting the Bankruptcy Court. Additional information regarding the Bankruptcy Court's Zoom and hearing procedures can be found on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's proposed notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/madisonsquare, by calling (866) 977-1161 (toll free) for U.S. and Canada-based parties or +1 (503) 597-7709 for international parties, or by email at MadisonSquareInfo@epiqglobal.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the pleadings to be heard at the Hearing (the "Pleadings") carefully.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Pleadings, or if you want the Bankruptcy Court to hear your position on the Pleadings, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Bankruptcy Court may decide that you do not oppose the relief requested in the Pleadings and may enter orders granting the relief requested by the Debtor.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below.

I. **MATTER GOING FORWARD**

1. Debtor's Motion for Entry of an Order (I) Appointing the Honorable Shelley C. Chapman as Mediator; (II) Referring Certain Matters to Mediation; and (III) Granting Related Relief [Docket No. 7]

    Objection Deadline: July 11, 2022 at 2:00 p.m. (prevailing Eastern Time)

    Responses received:

    a. United States Trustee's Statement in Connection with Debtor's Motion for Entry of An Order (I) Appointing the Honorable Shelley C. Chapman as Mediator, (II) Referring Certain Matters to Mediation; and (III) Granting Related Relief [Docket No. 43]

    b. Response of The Rockefeller University to the Debtor's Motion for Entry of an Order (I) Appointing the Honorable Shelley C. Chapman as Mediator; (II) Referring Certain Matters to Mediation; and (III) Granting Related Relief [Docket No. 42]

    Reply:

    a. Debtor's Omnibus Reply in Support of its Motion for Entry of an Order (I) Appointing the Honorable Shelley C. Chapman as Mediator; (II)

Referring Certain Matters to Mediation; and (III) Granting Related Relief [Docket No. 47]

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated: July 12, 2022 | */s/ Alan W. Kornberg*<br>Alan W. Kornberg, Esq.<br>Andrew M. Parlen, Esq.<br>William A. Clareman, Esq.<br>John T. Weber, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>akornberg@paulweiss.com<br>aparlen@paulweiss.com<br>wclareman@paulweiss.com<br>jweber@paulweiss.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |