Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

### Introduction

The Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and a Statement of Financial Affairs (the "<u>Statement</u>," and, together with the Schedules, the "<u>Schedules and Statement</u>") filed by Madison Square Boys & Girls Club, Inc. (the "<u>Debtor</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") were prepared in accordance with section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") by the Debtor, with the assistance of the Debtor's professional advisors, and are unaudited.

The Schedules and Statement have been signed by Jeffrey Dold, the Debtor's Chief Financial Officer.  Mr. Dold has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  In

---

[1]    The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

addition, Mr. Dold has not (nor could have) personally verified the completeness of the Schedules and Statement, nor the accuracy of any information contained therein.  In reviewing and signing the Schedules and Statement, Mr. Dold necessarily relied upon information derived from the Debtor's books and records that was available at the time of such preparation.  Although the Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based upon information that was available to it at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statement, and inadvertent errors or omissions may exist.    Accordingly, the Debtor and its members, directors, trustees, officers, agents, attorneys, financial advisors, and restructuring advisors do not guarantee the accuracy or completeness of the data that is provided in the Schedules and Statement and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statement.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statement (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statement.  The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement.  The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statement.  Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statement, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtor.**

## Global Notes and Overview of Methodology

1.    **General Reservation of Rights**.  Although the Debtor has made every reasonable effort to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statement, and inadvertent errors or omissions may have occurred, some of which may be material.  Because the Schedules and Statement contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statement are complete.  The Debtor reserves all rights to amend the Schedules and Statement from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statement shall constitute an admission of any claims or a waiver of any of the Debtor's rights with respect to this chapter 11 case, including issues involving equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid

2

transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.    **Description of Cases and "As Of" Information Date**.    On June 29, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Court.  The Debtor continues to operate and pursue its charitable mission and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this chapter 11 case. Unless otherwise stated herein, all information is reported as of May 31, 2022.

3.    **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.  The Debtor prepares financial statements for financial reporting purposes, which are audited annually and submitted to the New York Attorney General's Office under applicable New York law for not-for-profit corporations.  The Debtor reserves all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statement shall constitute a waiver or relinquishment of such rights.  Information contained in the Schedules and Statement has been derived from the Debtor's books and records.

4.    **Not-For Profit Corporation**.  The Debtor is a not-for-profit corporation organized under the laws of the state of New York, and pursuant to 26 U.S.C. § 501(c)(e) and therefore is not obligated to pay certain taxes in New York and the United States related to the operation of its charitable or educational purposes.

5.    **Restricted Assets**.  The information disclosed in the Schedules and Statement does not reflect any assessment, classification or related conclusion with respect to the Debtor's assets that are subject to use and/or donor restrictions.  The Debtor reserves all rights with respect to the classification of the Debtor's assets that are subject to use and/or donor restrictions under applicable New York law.

6.    **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts included in the Debtor's books and records.[2] To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statement.

7.    **Excluded Assets and Liabilities**.  The Debtor has excluded certain categories of assets, and liabilities from the Schedules and Statement, including but not limited to goodwill, intangibles, and certain accruals.  The Debtor has also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the

---

[2]    The totals include the aggregate book value of the four (4) Clubhouses owned by the Debtor.  The market value of the Debtor's interest in the Clubhouses is listed in the Schedules as undetermined.

3

extent such Claims exist. Certain immaterial assets and liabilities that are not reported or tracked in the ordinary course may have been excluded.

8.    **Amendments and Supplements; All Rights Reserved**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions may exist. The Debtor reserves all rights, but is not required, to amend and/or supplement the Schedules and Statement from time to time as is necessary and appropriate.

9.    **Currency**. All amounts are reflected in U.S. dollars.

10.   **Book Value**. Unless otherwise indicated, the Debtor's assets and liabilities are shown on the basis of their net book values as of May 31, 2022. Thus, unless otherwise noted, the Schedules and Statement reflect the carrying value of the assets and liabilities as recorded on the Debtor's books. Net book values may vary, sometimes materially, from fair market values. The Debtor does not intend to amend these Schedules and Statement to reflect fair market values. The book values of certain assets may materially differ from their fair market values and/or any liquidation analysis prepared in connection with the Debtor's chapter 11 case.

11.   **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

12.   **Recharacterization**. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statement at a later time as they determine to be necessary and appropriate.

13.   **Liabilities**. The liabilities listed on the Schedules and Statement do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14.   **Guarantees and Other Secondary Liability Claims**. Where guarantees or similar secondary liability claims have been identified, they have been included in the relevant liability Schedule. It is possible that certain guarantees embedded in the Debtor's contractual agreements may have been inadvertently omitted. The Debtor reserves its rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

4

15. **Intellectual Property Rights**.   Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

16. **Executory Contracts and Unexpired Leases**.  The Debtor has not set forth executory contracts or unexpired leases as assets in the Schedules and Statement.  The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtor has made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

17. **Claims Description**.  Schedules D, E, and F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtor reserves all rights to dispute any Claim reflected on the Schedules and Statement on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent" or "unliquidated."  In addition, the Debtor reserves its rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

18. **Causes of Action**.  Despite its reasonable efforts, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtor reserves all of its rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

19. **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtor are scheduled as "unknown," "TBD," "unliquidated," or "undetermined."  The description of an amount as "unknown," "TBD," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20. **Director & Officer Addresses**.  Personal addresses of directors and officers have been removed from entries listed throughout the Schedules and Statement.  Addresses listed reflect business addresses of the Debtor.

21. **Employee Addresses**.  Personal addresses of the Debtor's individual employees have been removed from entries listed throughout the Schedules and Statement.  In accordance with

the *Order (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (II) Granting Relief* (the "Confidentiality Procedures Order") [Docket No. 32], addresses listed reflect the corporate address of the Debtor.

22.   **Abuse Claimant Information.**   In accordance with the Confidentiality Procedures Order, the Debtor listed the contact information for counsel of record, where known, for any holder of a claim arising under the Child Victims Act or similar statute (an "Abuse Claim"). To the extent such information is not otherwise in the public record or is subject to confidentiality obligations, the Debtor redacted the identities and all other personal contact information of holders of Abuse Claims.

23.   **Insiders**.   In circumstances where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals and entities that the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.   Such individuals may no longer serve in such capacities.  Persons and entities listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose.  As such, the Debtor reserves all rights to dispute whether someone identified in response to Question 4 of the Statement is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

24.   **Estimates**.   To prepare and file the Schedules and Statement, the Debtor was required to make certain estimates and assumptions with respect to the reported amounts, including but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.  The Debtor reserves all rights to amend the Schedules and Statement to reflect changes in those estimates or assumptions.

25.   **Credits and Adjustments**.   The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor.  The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

26.   **Global Notes Control**.   In the event that the Schedules and Statement differ from these Global Notes, the Global Notes shall control.

<u>**General Disclosures Applicable to the Debtor's Schedules**</u>

27.   **Classifications**.   Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as

"executory" or "unexpired," does not in each case constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claim or contract.

28.    **Schedule A/B; Part 1.** Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Maintain Investment Practices, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 6].  As described in the Cash Management Motion, there are a number of accounts in the Debtor's name that exclusively hold funds subject to donor restrictions.  Accordingly, inclusion of an account in response to Item 3 or 4 of Part 1 does not constitute a determination or admission by the Debtor that the funds held therein are or are not available to satisfy creditor claims.

The U.S. Trust Co. Bank of America account (-6974) and the Fidelity/Camp Madison-Securities account were closed and liquidated in June 2022, and their proceeds were moved to the Debtor's J.P. Morgan operating account.  However, they were open as of May 31, 2022 and, as such, are listed with their respective balances as of May 31, 2022.

29.    **Schedule A/B; Part 2.** For purposes of these Schedules, prepaid assets are listed at their net value, after offsetting any accrued expenses associated with the prepayments.

30.    **Schedule A/B.11.** Capital-Pledges Receivable are reflected at their present value.

31.    **Schedule A/B; Part 7.**  Office furniture, fixtures, equipment, and collectibles are recorded at cost and depreciated on a straight-line basis over the estimated useful lives of the assets. When office furniture or computer equipment is sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved, and any resulting gain or loss is reflected in earnings.

32.    **Schedule A/B; Part 8.**  Machinery, equipment, and vehicles are recorded at cost and depreciated on a straight-line basis over the estimated useful lives of the assets.  When machinery, equipment, and vehicles are sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved and any resulting gain or loss is reflected in earnings.

33.    **Schedule A/B; Part 9.**  Real Property is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets.  Leasehold improvements are depreciated over the shorter of the remaining expected lease term or the estimated useful lives of the assets.  Costs of improvements and renewals are capitalized, while costs of normal maintenance and repairs are charged to expense as incurred.  When property is sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved and any resulting gain or loss is reflected in earnings.

While the Debtor owns four (4) of the six (6) Clubhouses, its ownership interest in the four (4) owned Clubhouses is subject to use restrictions incorporated in the relevant deeds for

7

some of these properties or restrictions otherwise imposed on the properties by the various grants that the Debtor receives from governmental units.

34.     **Schedule A/B; Part 10.** Because the Debtor does not attribute any book value to its donor lists, membership lists, and other intellectual property, the Debtor has listed these assets with undetermined values.

35.     **Schedule A/B.75.**  In the ordinary course of business, the Debtor may have accrued, or may in the future accrue, certain rights to counter-claims, cross-claims, setoffs, and/or refunds with Debtor's suppliers, or potential warranty claims against its suppliers. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, counter-claims and/or cross-claims as a defendant, and the Debtor may assert affirmative litigation claims against third-parties.  Because such claims, including affirmative claims against third-parties are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.75.

36.     **Schedule E/F– Creditors Holding Unsecured Claims**. The Debtor has used reasonable efforts to estimate all general unsecured Claims against the Debtor as of the Petition Date on Schedule E/F; however, inadvertent errors or omissions may have occurred.  The Claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Determining the date upon which each Claim was incurred or arose would be unduly burdensome and cost prohibitive.  The Debtor may pay Claims listed on Schedule E/F during this chapter 11 case pursuant to these and other orders of the Court and reserve all of its rights to update Schedule E/F to reflect such payments.  In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation and involving the Debtor.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed. Any holder of an Abuse Claim represented by two law firms is listed twice on Schedule E/F, but for the avoidance of doubt, these claimants only hold one Abuse Claim.

Schedule E/F does not include obligations owed by third-party insurance companies on account of abuse-related liabilities, including, without limitation, defense costs due and owing to litigation defense counsel and related professionals.

37.     **Schedule G – Executory Contracts and Unexpired Leases**.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, that may not be set forth on Schedule G.

The Debtor reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtor reserves all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

38.   **Schedule H – Co-debtors**. The Debtor does not have any co-debtors.

## General Disclosures Applicable to the Debtor's Statement

39.   **Statement 2**. Statement 2 presents all non-business revenue received by the Debtor. To be consistent with the ordinary course financial reporting, investment income is reported net of brokers' fees.

40.   **Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (which payments appear in Statement 4), and employees. Disbursements made on account of multiple invoices may be reflected as a single payment. All transfers in Part 2, Question 3 of the Statement are listed as of the payment date.

41.   **Statement 4**. Statement 4 presents (a) transactions between the Debtor and its non-debtor affiliates and (b) other transfers to insiders. As described in the First Day Declaration, in the ordinary course of its organizational operations, the Debtor makes lease payments to its non-debtor affiliate, MSBGC-NYC Support Corporation, in connection with the NMTC Facility (as defined in the First Day Declaration).

With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals in the year before the "As Of" date including compensation, bonuses, other employee benefits, and expense reimbursements. The payroll-related amounts shown in response to this question are gross amounts that do not include reductions for amounts relating to employee tax or benefit withholdings.

42.   **Statement 7**. Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date. The Debtor has not included confidential matters in response to this question where disclosure would violate certain laws or where the investigating jurisdiction has requested confidentiality. Additionally, any information listed in Statement 7 shall not be a binding admission of the Debtor's liabilities with respect to any of the suits and proceedings identified therein. The Debtor reserve all rights with respect to the suits and administrative proceedings listed in Statement 7, and any claims filed in relation to such suits and administrative proceedings.

43.   **Statement 9**. Certain de minimis gifts that are not reported or tracked centrally may have been excluded. The Debtor has not included payments made as scholarship awards.

44.   **Statement 10**. The Debtor occasionally incurs losses for a variety of reasons, including theft and property damage. The Debtor may not, however, have records of all such losses

to the extent such losses do not have a material impact on the Debtor's organization or are not reported for insurance purposes. Therefore, some losses may have been excluded.

45. **Statement 11**. All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11. Additional information regarding the Debtor's retention of professional service firms is more fully described in individual retention applications filed by the Debtor's professionals.

Certain professionals provided both bankruptcy-related and non-bankruptcy related services to the Debtor. The figures presented in Statement 11 may include amounts related to non-bankruptcy matters incurred by professionals who also advised the Debtor with respect to bankruptcy-related issues. The Debtor did not attempt to delineate in Statement 11 the payments to such professionals related only to advice on bankruptcy issues or to separately account for invoices for non-bankruptcy services, which in some cases would require additional analysis.

46. **Statement 18**. Statement 18 lists all accounts closed in the one year preceding the Petition Date. The Debtor has been informed that a balance of $45.00 remained in the Merrill Lynch account ending 4D54 which will be transferred to the Debtor's operating account.

47. **Statements 22–24**. The Debtor has made reasonable efforts to identify all applicable environmental information as required by Part 12. These efforts included reviewing the Debtor's environmental records and incorporating the historical knowledge of the Debtor into the Schedules and Statement to the extent applicable and practicable.

48. **Statement 26a-c**. The Debtor has listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtor's books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtor's books and records, including individuals listed in response to Statements 28 and 29.

49. **Statement 26d**. Pursuant to the requirements of the Internal Revenue Service (the "IRS"), the Debtor generally has filed with the IRS reports on Form 990 and Form 990-T. These IRS filings contain financial information relating to the Debtor and are available on the New York State Office of the Attorney General's website at https://www.charitiesnys.com. Additionally, financial information for the Debtor is posted on the Debtor's website at https://www. https://www.madisonsquare.org/news. Because the IRS filings and the website are publicly available records, the Debtor does not maintain records of the parties that requested or obtained copies of any of the IRS filings from the Attorney General, the IRS or the Debtor.

50. **Statement 28**. The Debtor has not included any of its Directors Emeritus in its response as those individuals are not a person in control of the Debtor and, in some cases, are deceased.

51.    **Statement 29**. Statement 29 includes the names of directors who have resigned within one year of June 30, 2022.

52.    **Statement 30**. Where applicable, the Debtor has included a comprehensive response to Statement 30 in its response to Statement 4.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Madison Square Boys & Girls Club, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 22-10910 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$8,315,898.50

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$88,950,862.76

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$97,266,761.26

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

NOT APPLICABLE

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

NOT APPLICABLE

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

+          $80,483.47

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

$80,483.47

---

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor | Madison Square Boys & Girls Club, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 22-10910 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.  DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.  CASH ON HAND** | | | |
| 2.1. | PETTY CASH | | $2,721.67 |
| **3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | J.P. MORGAN | APPEAL ACCOUNT | 6665 | $2,485.56 |
| 3.2. | J.P. MORGAN | BUSINESS CHECKING A | 9066 | $4,917.51 |
| 3.3. | J.P. MORGAN | CAPITAL CMGN-SAVINGS | 0009 | $1,352,569.86 |
| 3.4. | J.P. MORGAN | NYC / DYCD A/C | 0447 | $693.50 |
| 3.5. | J.P. MORGAN | OPERATING CHECKING A/C | 9065 | $258,854.46 |
| 3.6. | J.P. MORGAN | OPERATING DISBURSEMENTS ACCOUNT | 9815 | $4,115.77 |
| 3.7. | J.P. MORGAN | PAYROLL ACCOUNT | 6765 | $17,597.65 |
| 3.8. | J.P. MORGAN | SPECIAL ACCOUNT / OASAS | 2792 | $354.58 |
| 3.9. | U.S. TRUST CO. | BANK OF AMERICA | 6974 | $11,624.69 |
| **4.  OTHER CASH EQUIVALENTS** | | | |
| 4.1. | BBH / FLEISCHMAN ENDOWMENT- SECURITIES | | | $734,354.53 |
| 4.2. | BBH / PINKERTON ENDOWMENT - SECURITIES | | | $9,704,914.08 |
| 4.3. | BBH / STAVROS NIARCHOS - SECURITIES | | | $568,647.12 |
| 4.4. | BROWN BROTHERS - SECURITIES | | | $1,432,560.46 |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**4.    OTHER CASH EQUIVALENTS**

| | | |
|---|---|---|
| 4.5. | FIDELITY / CAMP MADISON - SECURITIES | $1,176,902.00 |
| 4.6. | FIDELITY / GENERAL - SECURITIES | $1,412,493.24 |
| 4.7. | FIDELITY POOLED SCH - SECURITIES | $658,057.00 |
| 4.8. | JPM / CAPITAL INVESTMENT MGMT. - SECURITIES | $1,388,085.99 |
| 4.9. | MATRIX / PINNACLE - SECURITIES | $2,679,610.90 |
| 4.10. | RUANE, CUNNIFF - SECURITIES | $6,255,335.06 |
| 4.11. | RUANE, CUNNIFF / CAPITAL - SECURITIES | $16,677,390.00 |
| 4.12. | SEQUOIA FUND - HARLEM ENDOWMENT | $9,266,091.79 |

| 5 | **Total of Part 1.**<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $53,610,377.42 |
|---|---|---|

**Part 2:    DEPOSITS AND PREPAYMENTS**

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | CON EDISON - MURPHY | $3,855.00 |
| 7.2. | CON EDISON - NAVY YARD | $5,290.00 |
| 7.3. | CON EDISON - PINKERTON | $7,700.00 |
| 7.4. | CON EDISON - SMILOW | $5,055.00 |
| 7.5. | NATIONAL GRID - MURPHY | $9,850.00 |

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | ARGONAUT INSURANCE CO. - PREPAID INSURANCE | $28,500.00 |
| 8.2. | BLACKBAUD NXT - PREPAID EXPENSE | $6,445.17 |
| 8.3. | CHUBB GROUP - INSURANCE PREPAID | $2,148.39 |
| 8.4. | CHURCH MUTUAL INSURANCE COMPANY - INSURANCE PREPAID | $37,165.77 |
| 8.5. | HALLMARK SPECIALTY INSURANCE CO. - INSURANCE PREPAID | $19,473.74 |
| 8.6. | RSUI LANDMARK AMERICAN INSURANCE CO. - INSURANCE PREPAID | $27,986.13 |
| 8.7. | STARSTONE NATIONAL INSURANCE CO. - INSURANCE PREPAID | $27,239.63 |

| 9 | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $180,708.82 |
|---|---|---|

**Part 3:    ACCOUNTS RECEIVABLE**

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Debtor    Madison Square Boys & Girls Club, Inc.     22-10910-shl    Doc 49    Filed 07/12/22    Entered 07/12/22 21:39:43    Main Document

(Name)      Case number (if known) 22-10910

Pg 15 of 82

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** |  |  |  |
|  | ACCOUNTS RECEIVABLE | $688,984.96 <br> face amount | ($50,000.00) <br> doubtful or uncollectable accounts | = ➜ | $738,984.96 |
|  | ACCOUNTS RECEIVABLE - BGCA OJP | $0.35 <br> face amount | $0.00 <br> doubtful or uncollectable accounts | = ➜ | $0.35 |
|  | ACCOUNTS RECEIVABLE - CACFP | $18,000.00 <br> face amount | $0.00 <br> doubtful or uncollectable accounts | = ➜ | $18,000.00 |
|  | ACCOUNTS RECEIVABLE - DYCD | $290,668.16 <br> face amount | $0.00 <br> doubtful or uncollectable accounts | = ➜ | $290,668.16 |
|  | CAPITAL-PLEDGES RECEIVEABLE | $5,578,188.07 <br> face amount | $591,456.11 <br> doubtful or uncollectable accounts | = ➜ | $4,986,731.96 |

| 12 | **Total of Part 3.** <br> CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $6,034,385.43 |
|---|---|---|

## Part 4:   INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** <br><br> NAME OF FUND OR STOCK: |  |  |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** |  |  |
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** <br><br> DESCRIBE: |  |  |

| 17 | **Total of Part 4.** <br> ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|---|

## Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

|  | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** |  |  |  |  |
| **20.** | **WORK IN PROGRESS** |  |  |  |  |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** |  |  |  |  |

Debtor ___Madison Square Boys & Girls Club, Inc.___ Case number (if known) __22-10910__
(Name)

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | NOT APPLICABLE |
|---|---|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes   Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |
|---|---|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1. FURNITURE & FIXTURES AFTER DEPRECIATION | $585,199.48 | NET BOOK VALUE | $585,199.48 |
| **40. OFFICE FIXTURES** | | | |
| 40.1. TECHNOLOGY INSTALLATION AFTER DEPRECIATION | $54,669.48 | NET BOOK VALUE | $54,669.48 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. COMPUTERS AFTER DEPRECIATION | $71,090.67 | NET BOOK VALUE | $71,090.67 |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $710,959.63 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number). | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1. TOYOTA 2019 HIGHLANDER (VIN# 5TDJZRFH2KS613152) | UNDETERMINED | | UNDETERMINED |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. EQUIPMENT AFTER DEPRECIATION | $136,465.28 | NET BOOK VALUE | $136,465.28 |

| 51 | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $136,465.28 |
|---|---|---|

Debtor Madison Square Boys & Girls Club, Inc.    22-10910-shl    Doc 49    Filed 07/12/22    Entered 07/12/22 21:39:43    Main Document

(Name)                                                                     Case number (if known) 22-10910

Pg 18 of 82

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | REAL PROPERTY |
| --- | --- |

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 55.1. | MSB&G CLUB LAND | | $370,734.46 | | $370,734.46 |
| 55.2. | BUILDING IMPROVEMENTS AFTER DEPRECIATION | | $7,945,164.04 | | $7,945,164.04 |
| 55.3. | JOHN E. GRIMM III CLUBHOUSE: 543 EAST 189TH STREET, BRONX, NY 10458 | OWNED | SEE ABOVE BV TOTAL | | UNDETERMINED |
| 55.4. | JOEL E. SMILOW CLUBHOUSE: 1665 HOE AVENUE, BRONX, NY 10460 | OWNED | SEE ABOVE BV TOTAL | | UNDETERMINED |
| 55.5. | THOMAS S. MURPHY CLUBHOUSE: 2245 BEDFORD AVENUE, BROOKLYN, NY 11226 | OWNED | SEE ABOVE BV TOTAL | | UNDETERMINED |
| 55.6. | NAVY YARD CLUBHOUSE: 240 NASSAU STREET, BROOKLYN, NY 11201 | OWNED | SEE ABOVE BV TOTAL | | UNDETERMINED |
| 55.7. | PINKERTON CLUBHOUSE: 250 BRADHURST AVENUE, NEW YORK, NY 10039 | LEASED | SEE ABOVE BV TOTAL | | UNDETERMINED |
| 55.8. | ELBAUM FAMILY CLUBHOUSE: 226 BRISTOL STREET, BROOKLYN, NY 11212 [DEBTOR DOES NOT HAVE A FORMALIZED LEASE AGREEMENT REFLECTING THIS ARRANGEMENT.] | LEASED | SEE ABOVE BV TOTAL | | UNDETERMINED |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $8,315,898.50 |
| --- | --- | --- |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
| --- | --- |

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.**   **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   HTTPS://INSTAGRAM.COM/MADISONBGCLUB | | | UNDETERMINED |
| 61.2.   HTTPS://WWW.FACEBOOK.COM/PAGES/MADISON-SQUARE-BOYS-GIRLS-CLUB/49346074911?REF=TS | | | UNDETERMINED |
| 61.3.   HTTPS://WWW.MADISONSQUARE.ORG/ | | | UNDETERMINED |
| 61.4.   MADISON SQUARE BOYS & GIRLS CLUB (@MADISONBGCLUB) / TWITTER | | | UNDETERMINED |
| 61.5.   MADISON SQUARE BOYS & GIRLS CLUB: OVERVIEW \| LINKEDIN | | | UNDETERMINED |
| 61.6.   MADISONBGCLUB - YOUTUBE | | | UNDETERMINED |
| 61.7.   MADISONSQUAREBOYSGIRLSCLUB \| FLICKR | | | UNDETERMINED |
| **62.**   **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.**   **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.   DONOR LISTS | | | UNDETERMINED |
| 63.2.   MEMBERSHIP LISTS | | | UNDETERMINED |
| **64.**   **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.**   **GOODWILL** | | | |
| **66**   **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**   **ALL OTHER ASSETS**

**70.**   **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**   **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) **NONE** | |
| **72.**   **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) **NONE** | |

Debtor  Madison Square Boys & Girls Club, Inc.                    Case number (if known) 22-10910
(Name)

| | Current value of debtor's interest |
|---|---|
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1.  ARGONAUT INSURANCE CO. - D&O/EPLI:  POLICY # ML4244429-2 | UNDETERMINED |
| 73.2.  CHUBB GROUP - FIDUCIARY LIABILITY:  POLICY # 8221-5985 | UNDETERMINED |
| 73.3.  CHUBB GROUP - STUDENT ACCIDENT:  POLICY # 99066416 | UNDETERMINED |
| 73.4.  CHURCH MUTUAL INSURANCE COMPANY - BUSINESS AUTOMOBILE:  POLICY # 09-290207 | UNDETERMINED |
| 73.5.  CHURCH MUTUAL INSURANCE COMPANY - COMMERCIAL MULTI-PERIL:  POLICY # 02-287870 | UNDETERMINED |
| 73.6.  CHURCH MUTUAL INSURANCE COMPANY - UMBRELLA:  POLICY # 09-287871 | UNDETERMINED |
| 73.7.  CHURCH MUTUAL INSURANCE COMPANY - WORKERS' COMPENSATION:  POLICY # 07-302267 | UNDETERMINED |
| 73.8.  HALLMARK SPECIALTY INSURANCE CO. - D&O/EPLI:  POLICY # 74NP000743-2 | UNDETERMINED |
| 73.9.  PHILADELPHIA INSURANCE COMPANY - D&O/EPLI:  POLICY # PHSD1687933 | UNDETERMINED |
| 73.10.  RSUI LANDMARK AMERICAN INSURANCE CO. - D&O/EPLI:  POLICY # LHS698030 | UNDETERMINED |
| 73.11.  STARSTONE NATIONAL INSURANCE CO. - D&O/EPLI:  POLICY # B85841211ASP | UNDETERMINED |
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 74.1.  POTENTIAL CLAIMS AGAINST ROCKEFELLER UNIVERSITY FOR DAMAGES IN CONNECTION WITH CVA | UNDETERMINED |
| **Nature of claim**          POTENTIAL CLAIMS | |
| **Amount requested**          UNDETERMINED | |
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **NONE** | |
| **76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **NONE** | |
| **77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES*: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.  GLESSNER B.CHILDS - BENEFICIAL INT. IN TRUST | $953,070.19 |
| 77.2.  HCIF - LEVERAGE LOAN RECEIVABLE | $25,548,800.00 |
| 77.3.  J.P.MORGAN-SAVINGS - LETTER OF CREDIT | $95,119.08 |
| 77.4.  RECEIVABLE FROM FOUNDATION | $105,830.99 |
| 77.5.  RUBY B.FLEMING - BENEFICIAL INT. IN TRUST | $1,575,145.92 |
| **78  Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $28,277,966.18 |
| **79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No   ☐ Yes | |

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $53,610,377.42 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $180,708.82 | |

Debtor   Madison Square Boys & Girls Club, Inc.                                    Case number (if known)   22-10910
         (Name)

| | | | |
|---|---|---|---|
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $6,034,385.43 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $710,959.63 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $136,465.28 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $8,315,898.50 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** $28,277,966.18 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $88,950,862.76 | **+** 91b. $8,315,898.50 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $97,266,761.26 |

Pg  of 82

**Fill in this information to identify the case:**

Debtor    Madison Square Boys & Girls Club, Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case number   22-10910
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   1.   **Do any creditors have claims secured by debtor's property?**

     ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Madison Square Boys & Girls Club, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | 22-10910 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>A.B.<br>C/O LEVY KONIGSBERG LLP<br>ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK<br>605 THIRD AVE., 33RD FLOOR<br>NEW YORK, NY  10158<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A.F.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

A.G.
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

A.G.
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

AARON HUMPHREY
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,900.00

AFA PROTECTIVE SYSTEMS, INC.
PO BOX 21030
NEW YORK, NY 10087-1030

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,818.94

AFLAC NEW YORK
ATTN: REMITTANCE PROCESSING
S 1932 WYNNTON ROAD
COLUMBUS, GA 31999-6005

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>ALFRED FALZON<br>C/O MARCOWITZ LAW FIRM<br>C/O EDWARD L.C. MARCOWITZ<br>225 BROADWAY 38TH FLOOR<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ALFRED FALZON<br>C/O SILVER & KELMACHTER, LLP<br>ATTN SAMEER NATH<br>11 PARK PLACE SUITE 1503<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>ALLSTATE LIFE INSURANCE COMPAN<br>PO BOX 678301<br>DALLAS, TX 75265<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.00 |

| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>ALLSTATE SERVICES GROUP LLC<br>1869 WHITE PLAINS ROAD<br>BRONX, NY 10462<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,377.75 |

| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>AMAZON CAPITAL SERVICES<br>PO BOX 035184<br>SEATTLE, WA 98124<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,218.06 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ  07101-1270<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $23,834.59 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br><br>AMONDO SAPIRO<br>C/O LEVY KONIGSBERG LLP<br>ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,<br>MATTHEW J. SHOCK<br>605 THIRD AVE., 33RD FLOOR<br>NEW YORK, NY  10158<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
| 3.15 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW CAWLEY<br>C/O BLEAKLEY PLATT & SCHMIDT, LLP<br>ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NY  10601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW CAWLEY<br>C/O GRANT & EISENHOFER, P.A.<br>ATTN BARBARA J. HART, IRENE LAX, SAMANTHA<br>BREITNER<br>485 LEXINGTON AVENUE, 29TH FLOOR<br>NEW YORK, NY  10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>ANTHONY VARUOLA<br>C/O SLATER SLATER SCHULMAN LLP<br>ATTN ADAM P. SLATER, LINC C. LEDER<br>488 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.18** **Nonpriority creditor's name and mailing address**

ANTONIO FORT, JR.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.00

---

**3.19** **Nonpriority creditor's name and mailing address**

ANTOWNE FRAZIER
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.20** **Nonpriority creditor's name and mailing address**

ARNOLD GLIM
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.21** **Nonpriority creditor's name and mailing address**

ARNOLD GLIM
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.22** **Nonpriority creditor's name and mailing address**

ARTHUR TREMERE
C/O WEITZ & LUXENBERG
ATTN JERRY KRISTAL
700 BROADWAY
NEW YORK, NY  10003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    Madison Square Boys & Girls Club, Inc.    Case number (if known)  22-10910

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

AVAN LOGAN
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

AWELLS PLUMBING /HEATING LLC
853 VAN NEST AVE
BRONX, NY  10462

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.24

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$925.00

---

**Nonpriority creditor's name and mailing address**

B.D.
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.25

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

B.D.
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.26

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**

BOSTON ROAD EQUIPMENT RENTAL
3211 BOSTON POST ROAD
BRONX, NY  10469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.27

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$422.20

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

BRIAN TATE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

C.C.
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

C.C.
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

C.D.
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

C.M.
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

Debtor    Madison Square Boys & Girls Club, Inc.     22-10910-shl    Doc 49    Filed 07/12/22    Entered 07/12/22 21:39:43    Main Document
(Name)     Case number (if known)   22-10910

Pg 30 of 82

| **Part 2:** | Additional Page |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

C.R.
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.34   **Nonpriority creditor's name and mailing address**

C.S.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.35   **Nonpriority creditor's name and mailing address**

CABLEVISION
PO BOX 70340
PHILADELPHIA, PA 19176-0340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $266.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.36   **Nonpriority creditor's name and mailing address**

CATALINA TORRES
C/O LESH & LESCH, P.C.
860 GRAND CONCOURSE, STE 2M
BRONX, NY 10451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.37   **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
PO BOX 7186
PASADENA, CA 91109-7186

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $184.97
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Madison Square Boys & Girls Club, Inc.                    Case number (if known)    22-10910
_____    _____    _____    _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

CHRISTOPHER CLARK
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.39 **Nonpriority creditor's name and mailing address**

CLEANING SYSTEMS
590 FRANKLIN AVE
MOUNT VERNON, NY  10550

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$522.67

---

3.40 **Nonpriority creditor's name and mailing address**

CLEVELAND WHITE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.41 **Nonpriority creditor's name and mailing address**

COLIN MOSS
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.42 **Nonpriority creditor's name and mailing address**

CON EDISON
JAF STATION PO BOX 1702
NEW YORK, NY  10116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,109.61

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.38

CROWN JANITORIAL
450 NEPPERHAN AVENUE
YONKERS, NY  10701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $481.71

CROWN TROPHY, INC.
3024 AVENUE U
BROOKLYN, NY  11229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

D.C.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

D.M.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DENNIS FARLEY
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.48**    **Nonpriority creditor's name and mailing address**

DENNIS FARLEY
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.49**    **Nonpriority creditor's name and mailing address**

DERRICK WELCH
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.50**    **Nonpriority creditor's name and mailing address**

DEXTER BLACKMAN
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.51**    **Nonpriority creditor's name and mailing address**

E.C. [950404/2020]
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.52**    **Nonpriority creditor's name and mailing address**

E.M. [70172/2021E]
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

E.M. [950936/2021]
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

E.M.R.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

E.S.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

E.T.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EDWARD HUNTER
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EDWARD HUNTER
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EDWARD TOFANI
C/O BLEAKLEY PLATT & SCHMIDT, LLP
ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY  10601

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EDWARD TOFANI
C/O GRANT & EISENHOFER, P.A.
ATTN BARBARA J. HART, IRENE LAX, SAMANTHA
BREITNER
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY  10017

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EDWIN VELEZ
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EDWIN VELEZ
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EMILE BLACKMAN
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

EMMANUEL FALZON
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

EMMANUEL FALZON
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

ENZO OMBRAMONTI
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

ENZO OMBRAMONTI
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.68** **Nonpriority creditor's name and mailing address**

ERIC LEBRON
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.69** **Nonpriority creditor's name and mailing address**

ERIC ROSADO
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.70** **Nonpriority creditor's name and mailing address**

FOUR SEASONS PROMOS, LLC
40 E. 80TH STREET SUITE  12
NEW YORK, NY  10075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,133.50

---

**3.71** **Nonpriority creditor's name and mailing address**

FRANK BITETTO
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.72** **Nonpriority creditor's name and mailing address**

FRANK BITETTO
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.73**

**Nonpriority creditor's name and mailing address**

FRANK PESCE
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.74**

**Nonpriority creditor's name and mailing address**

FRANK PESCE
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.75**

**Nonpriority creditor's name and mailing address**

G.F.
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.76**

**Nonpriority creditor's name and mailing address**

G.R. [950404/2020]
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.77**

**Nonpriority creditor's name and mailing address**

G.R. [951131/2021]
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor 22-10910-shl Doc 49 Filed 07/12/22 Entered 07/12/22 21:39:43 Main Document
Madison Square Boys & Girls Club, Inc. Case number (if known) 22-10910

(Name)

Pg 39 of 82

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GEORGE DANIELLO
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GERALD CARSON
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GERALD CARSON
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GUSTAVE CHAPPORY
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HARRY WADE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

HECTOR BUSH
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

HENRI BONNER
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

HENRY KING
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

I.R.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

IKEM LOGAN
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.88 | **Nonpriority creditor's name and mailing address**<br><br>ISRAEL DIAZ<br>C/O SLATER SLATER SCHULMAN LLP<br>ATTN ADAM P. SLATER, LINC C. LEDER<br>488 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.89 | **Nonpriority creditor's name and mailing address**<br><br>J. DOE<br>C/O HARNICK AND HARNICK, P.C.<br>ATTN ROBERT HARNICK<br>305 BROADWAY, SUITE 602<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.90 | **Nonpriority creditor's name and mailing address**<br><br>J.A.M.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>J.C.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.92 | **Nonpriority creditor's name and mailing address**<br><br>J.G. [950105/2021]<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.93**   **Nonpriority creditor's name and mailing address**

J.G. [951255/2021]
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.94**   **Nonpriority creditor's name and mailing address**

J.G. [951255/2021]
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.95**   **Nonpriority creditor's name and mailing address**

J.L.
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.96**   **Nonpriority creditor's name and mailing address**

J.R.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.97**   **Nonpriority creditor's name and mailing address**

JAMES PAIGE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | JAMES SULLIVAN | *Check all that apply.* | |
| | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ☑ Contingent | |
| | ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN | ☑ Unliquidated | |
| | 31 HUDSON YARDS, 11TH FLOOR | ☑ Disputed | |
| | NEW YORK, NY 10001-2170 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | CVA LITIGATION | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | JAMES SULLIVAN | *Check all that apply.* | |
| | C/O THE MARSH LAW FIRM, PLLC | ☑ Contingent | |
| | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, | ☑ Unliquidated | |
| | MARGARET MABIE, BROOKE E. BERGER | ☑ Disputed | |
| | 31 HUDSON YARDS, 11TH FLOOR | | |
| | NEW YORK, NY 10001-2170 | **Basis for the claim:** | |
| | | CVA LITIGATION | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | JAY SAPIRO | *Check all that apply.* | |
| | C/O LEVY KONIGSBERG LLP | ☑ Contingent | |
| | ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL, | ☑ Unliquidated | |
| | MATTHEW J. SHOCK | ☑ Disputed | |
| | 605 THIRD AVE., 33RD FLOOR | | |
| | NEW YORK, NY 10158 | **Basis for the claim:** | |
| | | CVA LITIGATION | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | JOHN DOE | *Check all that apply.* | |
| | C/O MERSON LAW, PLLC | ☑ Contingent | |
| | ATTN: JORDAN K. MERSON, GIOVANNA MABILE | ☑ Unliquidated | |
| | 950 THIRD AVENUE, 18TH FLOOR | ☑ Disputed | |
| | NEW YORK, NY 10022 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | CVA LITIGATION | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | JOHN MARKS | *Check all that apply.* | |
| | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ☑ Contingent | |
| | ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN | ☑ Unliquidated | |
| | 31 HUDSON YARDS, 11TH FLOOR | ☑ Disputed | |
| | NEW YORK, NY 10001-2170 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | CVA LITIGATION | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JOHN MARKS
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JOHNNY GARCIA
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JONATHAN DRECHSLER
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JONATHAN DRECHSLER
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JOSEPH CIAPPA
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.108**

**Nonpriority creditor's name and mailing address**

JOSEPH CIAPPA
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.109**

**Nonpriority creditor's name and mailing address**

JOSEPH FALZON
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.110**

**Nonpriority creditor's name and mailing address**

JOSEPH FALZON
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.111**

**Nonpriority creditor's name and mailing address**

JOSEPH GALLO
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.112**

**Nonpriority creditor's name and mailing address**

JOSEPH GALLO
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH GENTILE<br>C/O SLATER SLATER SCHULMAN LLP<br>ATTN ADAM P. SLATER, LINC C. LEDER<br>488 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH MCBRIDE<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN<br>31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY  10001-2170<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH MCBRIDE<br>C/O THE MARSH LAW FIRM, PLLC<br>ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,<br>MARGARET MABIE, BROOKE E. BERGER<br>31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY  10001-2170<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH O'BRIEN<br>C/O RAPHAELSON & LEVINE LAW FIRM, P.C.<br>ATTN STEVEN GERSHOWITZ<br>14 PENN PLAZA, SUITE 1718<br>NEW YORK, NY  10122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH P. SALAMONE, JR.<br>C/O GRANT & EISENHOFER, P.A.<br>ATTN BARBARA J. HART, IRENE LAX, SAMANTHA<br>BREITNER<br>485 LEXINGTON AVENUE, 29TH FLOOR<br>NEW YORK, NY  10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.118** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNDETERMINED

JOSEPH VARUOLA
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.119** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNDETERMINED

JULIO ROSADO
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.120** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNDETERMINED

K.P.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.121** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNDETERMINED

K.R.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.122** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNDETERMINED

KENNETH GRANT
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

KENNETH GRANT
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,327.24

KONE INC.
P.O. BOX 7247
PHILADELPHIA, PA  19170-6082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

L.B.
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY  10158

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

L.R.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

LAWRENCE DAVIS
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.128** | **Nonpriority creditor's name and mailing address**

LAWRENCE DAVIS
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.129** | **Nonpriority creditor's name and mailing address**

LAWRENCE NOLAN
C/O ABRAHAM, WATKINS, NICHOLS, SORRELS,
AGOSTO & AZIZ; ATTN MUHAMMAD S. AZIZ
800 COMMERCE STREET
HOUSTON, TX  77002-1776

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.130** | **Nonpriority creditor's name and mailing address**

LAWRENCE NOLAN
C/O SEEGER WEISS LLP
ATTN STEPHEN A. WEISS,MICHAEL ROSENBERG, PHILIPPA
RATZKI
100 CHURCH STREET  8TH FLOOR, SUITE 835
NEW YORK, NY  10007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.131** | **Nonpriority creditor's name and mailing address**

LAWRENCE NOLAN
C/O THE SIMPSON TUEGEL FIRM
C/O MICHELLE SIMPSON TUEGEL
3301 ELM STREET
DALLAS, TX  75226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.132** | **Nonpriority creditor's name and mailing address**

LAWRENCE NOLAN
C/O WILLIAMS CEDER LLC
ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L.
FRIEDMAN
1515 MARKET STREET, SUITE 1300
PHILADELPHIA, PA  19102-1931

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.133**

**Nonpriority creditor's name and mailing address**

LEAF
P.O. BOX 5066
HARTFORD, CT 06102-5066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$927.00

---

**3.134**

**Nonpriority creditor's name and mailing address**

LEON POWELL
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.135**

**Nonpriority creditor's name and mailing address**

LOUIS HEREDIA
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.136**

**Nonpriority creditor's name and mailing address**

M.H.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.137**

**Nonpriority creditor's name and mailing address**

M.S.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MARC TAYLOR
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MARK THOMPSON
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MATTHEW SPENCER
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,500.00

METROPOLIS GROUP INC.
22 CORTLANDT STREET 10TH
NEW YORK, NY 10007

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,359.23

METROPOLITAN LIFE
PO BOX 120945
DEPT. 0945
DALLAS, TX 75312-0945

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,175.00

METROTECH SYSTEMS
117 E. CENTRAL AVENUE
MAYWOOD, NJ  7607

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MICHAEL CUSUMANO
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MICHAEL CUSUMANO
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MICHAEL DANIELLO
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MICHAEL FAYE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CVA LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.148** | **Nonpriority creditor's name and mailing address**

MICHAEL JACOBS
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.149** | **Nonpriority creditor's name and mailing address**

MICHAEL PAIGE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.150** | **Nonpriority creditor's name and mailing address**

MSBGC-NYC SUPPORT CORP
250 BRADHURST AVENUE
NEW YORK, NY  10039

**Date or dates debt was incurred**

5/5/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
GUARANTEE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.151** | **Nonpriority creditor's name and mailing address**

N.B.A.
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.152** | **Nonpriority creditor's name and mailing address**

N.B.A.
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,935.20
Check all that apply.

NATIONAL GRID
PO BOX 11741
NEWARK, NJ  07101-4741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

NEFTALI CEMTEMO
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

NEFTALI CENTENO
C/O WEITZ & LUXENBERG
ATTN JERRY KRISTAL
700 BROADWAY
NEW YORK, NY  10003

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

PERRY POWELL
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

PETER CAMILLERI
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.158** | **Nonpriority creditor's name and mailing address**

PETER CAMILLERI
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.159** | **Nonpriority creditor's name and mailing address**

PHILLIP HARRIS
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.160** | **Nonpriority creditor's name and mailing address**

R.A.
C/O HERMAN LAW FIRM, PA
ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.
MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER
434 W. 33RD STREET, PENTHOUSE
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.161** | **Nonpriority creditor's name and mailing address**

R.B.
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.162** | **Nonpriority creditor's name and mailing address**

R.B.
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>R.C.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>R.F.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>R.F. II<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>R.M.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>R.S.<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.168** **Nonpriority creditor's name and mailing address**

RAMON ACOSTA
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.169** **Nonpriority creditor's name and mailing address**

RAMON T. SPENCE
2120 HUGHES AVE
APT 1G
BRONX, NY  10457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,280.00

---

**3.170** **Nonpriority creditor's name and mailing address**

RAMOS REYES
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.171** **Nonpriority creditor's name and mailing address**

RAMOS REYES
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.172** **Nonpriority creditor's name and mailing address**

RANDALL JAMES
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    22-10910-shl    Doc 49    Filed 07/12/22    Entered 07/12/22 21:39:43    Main Document
Madison Square Boys & Girls Club, Inc.    Case number (if known) 22-10910
(Name)
Pg 58 of 82

| | Part 2: | Additional Page | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>RENZO BUSETTI<br>C/O SLATER SLATER SCHULMAN LLP<br>ATTN ADAM P. SLATER, LINC C. LEDER<br>488 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>RICHARD VESPI<br>C/O BLEAKLEY PLATT & SCHMIDT, LLP<br>ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NY 10601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>RICHARD VESPI<br>C/O GRANT & EISENHOFER, P.A.<br>ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER<br>485 LEXINGTON AVENUE, 29TH FLOOR<br>NEW YORK, NY 10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.176 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT LIGUORI<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN<br>31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY 10001-2170<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT LIGUORI<br>C/O THE MARSH LAW FIRM, PLLC<br>ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, MARGARET MABIE, BROOKE E. BERGER<br>31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY 10001-2170<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.178**   **Nonpriority creditor's name and mailing address**

ROBERT O'LEARY
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.179**   **Nonpriority creditor's name and mailing address**

ROBERT O'LEARY
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.180**   **Nonpriority creditor's name and mailing address**

ROBERT RAMIREZ
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.181**   **Nonpriority creditor's name and mailing address**

ROBERT SERRINGER
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.182**   **Nonpriority creditor's name and mailing address**

ROBERT SERRINGER
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | Madison Square Boys & Girls Club, Inc. | Case number (if known) | 22-10910 | |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.183**

**Nonpriority creditor's name and mailing address**

ROBERTO GONZALEZ
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.184**

**Nonpriority creditor's name and mailing address**

ROBERTO GONZALEZ
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.185**

**Nonpriority creditor's name and mailing address**

ROGER WELCH
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.186**

**Nonpriority creditor's name and mailing address**

RONALD PROKOPIAK
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.187**

**Nonpriority creditor's name and mailing address**

RT TRANSPORTATION & TOURS, LLC
PO BOX 140
WALDWICK, NJ  7463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$425.00

---

Debtor Madison Square Boys & Girls Club, Inc. Case number (if known) 22-10910
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address**<br><br>S&S WORLDWIDE, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 845825<br>BOSTON, MA 2284<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $1,019.18

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>S.R. [950449/2020]<br>C/O HERMAN LAW FIRM, PA<br>ATTN: JEFF HERMAN, DANIEL G. ELLIS, STUART S.<br>MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: UNDETERMINED

| | | |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>S.R. [951180/2021]<br>C/O LEVY KONIGSBERG LLP<br>ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,<br>MATTHEW J. SHOCK<br>605 THIRD AVE., 33RD FLOOR<br>NEW YORK, NY 10158<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: UNDETERMINED

| | | |
|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>SAMUEL CASTRILLO<br>C/O BLEAKLEY PLATT & SCHMIDT, LLP<br>ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NY 10601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: UNDETERMINED

| | | |
|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>SAMUEL CASTRILLO<br>C/O GRANT & EISENHOFER, P.A.<br>ATTN BARBARA J. HART, IRENE LAX, SAMANTHA<br>BREITNER<br>485 LEXINGTON AVENUE, 29TH FLOOR<br>NEW YORK, NY 10017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: UNDETERMINED

| Debtor | Madison Square Boys & Girls Club, Inc. | | Case number (if known) | 22-10910 | |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.193** | **Nonpriority creditor's name and mailing address**

SCVANYCP- DOE
C/O BLEAKLEY PLATT & SCHMIDT, LLP
ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY  10601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.194** | **Nonpriority creditor's name and mailing address**

SCVANYCP- DOE
C/O GRANT & EISENHOFER, P.A.
ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY  10017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.195** | **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
PO BOX 70242
PHILADELPHIA, PA  19176-0242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$97.84

---

**3.196** | **Nonpriority creditor's name and mailing address**

STEVEN SORGE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.197** | **Nonpriority creditor's name and mailing address**

T.F.
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY  10158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>TCVANYCD- DOE<br>C/O BLEAKLEY PLATT & SCHMIDT, LLP<br>ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NY  10601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>TCVANYCD- DOE<br>C/O GRANT & EISENHOFER, P.A.<br>ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER<br>485 LEXINGTON AVENUE, 29TH FLOOR<br>NEW YORK, NY  10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>TCVANYCR- DOE<br>C/O BLEAKLEY PLATT & SCHMIDT, LLP<br>ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NY  10601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>TCVANYCR- DOE<br>C/O GRANT & EISENHOFER, P.A.<br>ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER<br>485 LEXINGTON AVENUE, 29TH FLOOR<br>NEW YORK, NY  10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>TERRENCE BROWNE<br>C/O PFAU COCHRAN VERTETIS AMALA PLLC<br>ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN<br>31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY  10001-2170<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CVA LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|---|---|

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TERRENCE BROWNE
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

TERRENCE LOGAN
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

THE ESTATE OF EMMANUEL WILLIAM SORGE
C/O BLEAKLEY PLATT & SCHMIDT, LLP
ATTN WILLIAM P. HARRINGTON, ADAM RODRIGUEZ
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

THE ESTATE OF EMMANUEL WILLIAM SORGE
C/O GRANT & EISENHOFER, P.A.
ATTN BARBARA J. HART, IRENE LAX, SAMANTHA
BREITNER
485 LEXINGTON AVENUE, 29TH FLOOR
NEW YORK, NY 10017

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

THOMAS LOGERFO
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

THOMAS M. LUKAS
C/O SLATER SLATER SCHULMAN LLP
ATTN ADAM P. SLATER, LINC C. LEDER
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $494.71

TIM MCCHRISTIAN
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $140.00

TOTAL AQUARIUMS INC.
325 SUNRISE HIGHWAY
LYNBROOK, NY  11563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

TYRONE LOGAN
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $256.69

VERIZON
PO BOX 15124
ALBANY, NY  12212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

Debtor    Madison Square Boys & Girls Club, Inc.                        Case number (if known)    22-10910

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

VITO PESCE
C/O PFAU COCHRAN VERTETIS AMALA PLLC
ATTN VINCENT T. NAPPO, ANELGA DOUMANIAN
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

VITO PESCE
C/O THE MARSH LAW FIRM, PLLC
ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP,
MARGARET MABIE, BROOKE E. BERGER
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY  10001-2170

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.17
Check all that apply.

WEBSTER LOCK & HARDWARE CO. IN
2471 WEBSTER AVENUE
BRONX, NY  10458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

WILLIAM MCFIELD
C/O LEVY KONIGSBERG LLP
ATTN: RENNER K. WALKER, COREY M. STERN, ANNA KULL,
MATTHEW J. SHOCK
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY  10158

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
Check all that apply.

WILLIAM SORGE
C/O RAPHAELSON & LEVINE LAW FIRM, P.C.
ATTN STEVEN GERSHOWITZ
14 PENN PLAZA, SUITE 1718
NEW YORK, NY  10122

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CVA LITIGATION

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

Debtor    Madison Square Boys & Girls Club, Inc.                Case number (if known)    22-10910
         (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Z.Y.
C/O WEITZ & LUXENBERG
ATTN JERRY KRISTAL
700 BROADWAY
NEW YORK, NY  10003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CVA LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | NOT APPLICABLE |
| 5b. | Total claims from Part 2 | 5b. + | $80,483.47 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $80,483.47 |

Fill in this information to identify the case:

Debtor     Madison Square Boys & Girls Club, Inc.

United States Bankruptcy Court for the:     Southern District of New York

Case number     22-10910
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR ACCOUNTS SERVICES AGREEMENT, GUARANTEED 36 MONTH PRICE AGREEMENT AND SALES ORDER | ADP LLC ONE ADP BLVD ROSELAND, NJ 07068 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SCHEDULE OF PROTECTION PROPOSAL & SALES AGREEMENT DTD 11/28/2018 | ADT LLC PO BOX 371878 PITTSBURGH, PA 15250 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT RE: CENTRAL STATION INSTALLATION AND SERVICE CONTRACT DTD 12/15/2004 | AFA PROTECTIVE SYSTEMS INC 155 MICHAEL DR SYOSSET, NY 11791 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT RE: CENTRAL STATION INSTALLATION AND SERVICE CONTRACT DTD 8/19/2005 | AFA PROTECTIVE SYSTEMS INC 155 MICHAEL DR SYOSSET, NY 11791 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT RE: INSPECTION AGREEMENT DTD 6/14/2022 | ALLSTATE SERVICES GROUP LLC ALLSTATE SPRINKLER CORP 1869 WHITE PLAINS RD BRONX, NY  10462-1489 |
| | **State the term remaining** | 3/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - D&O/EPLI: POLICY # ML4244429-2 | ARGONAUT INSURANCE CO. 90 PITTS BAY ROAD PEMBROKE  HM 08 BERMUDA |
| | **State the term remaining** | 1/17/2023 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT DTD 12/19/2019 | BASE TECHNOLOGIES INC 23 FRANCIS CLARKE CIR BETHAL, CT  06801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 12/19/2019 | BASE TECHNOLOGIES 23 FRANCIS CLARKE CIR BETHAL, CT  06801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | PARKING SPACE RENTAL AGREEMENT DTD 12/21/2018 | BETHANY HOUSING DEVELOPMENT FUND CORPORATION ATTN PRESIDENT 63 W 124TH ST NEW YORK, NY  10027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIT AND TAX SERVICES AGREEMENT DTD 2/2/2022 | BKD LLP CPAS & ADVISORS 1155 AVE OF THE AMERICAS STE 1200 NEW YORK, NY  10036-2711 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT RE: MENTORING YOUTH AT RISK DTD 3/11/2022 (RE: GRANT #OJJDP 2021-49674) | BOYS & GIRLS CLUB OF AMERICA 1275 PEACHTREE ST, NE ATLANTA, GA 30309-3506 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | #OJJDP 2021-49674 | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT RE: MENTORING YOUTH AT RISK DTD 3/11/2022 (RE: GRANT #OJJDP 2021-49675) | BOYS & GIRLS CLUB OF AMERICA 1275 PEACHTREE ST, NE ATLANTA, GA 30309-3506 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | #OJJDP 2021-49675 | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT RE: MENTORING YOUTH AT RISK DTD 3/11/2022 (RE: GRANT #OJJDP 2021-49676) | BOYS & GIRLS CLUB OF AMERICA 1275 PEACHTREE ST, NE ATLANTA, GA 30309-3506 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | #OJJDP 2021-49676 | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT RE: MENTORING YOUTH AT RISK DTD 3/11/2022 (RE: GRANT #OJJDP 2021-49677) | BOYS & GIRLS CLUB OF AMERICA 1275 PEACHTREE ST, NE ATLANTA, GA 30309-3506 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | #OJJDP 2021-49677 | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT RE: MENTORING YOUTH AT RISK DTD 3/11/2022 (RE: GRANT #OJJDP 2021-49678) | BOYS & GIRLS CLUB OF AMERICA 1275 PEACHTREE ST, NE ATLANTA, GA 30309-3506 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | #OJJDP 2021-49678 | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT RE: SUBCONRACTOR DTD 5/24/2022 | BOYS & GIRLS CLUB OF HARLEM INC ATTN CEO/EXECUTIVE DIR 521 W 145TH NEW YORK, NY 10031 |
| | **State the term remaining** | 8/12/2022 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - FIDUCIARY LIABILITY: POLICY # 8221-5985 | CHUBB GROUP 1133 AVENUE OF THE AMERICAS NEW YORK, NY  10036 |
| | **State the term remaining** | 10/1/2022 | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - STUDENT ACCIDENT: POLICY # 99066416 | CHUBB GROUP 1133 AVENUE OF THE AMERICAS NEW YORK, NY  10036 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - FIDUCIARY LIABILITY: POLICY # 8221-5985 | CHUBB GROUP ATTN ADRIENNE LOGAN, LEGAL ANALYST 436 WALNUT ST WA04K PHILADELPHIA, PA  19106-3703 |
| | **State the term remaining** | 10/1/2022 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - STUDENT ACCIDENT: POLICY # 99066416 | CHUBB GROUP ATTN ADRIENNE LOGAN, LEGAL ANALYST 436 WALNUT ST WA04K PHILADELPHIA, PA  19106-3703 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - BUSINESS AUTOMOBILE: POLICY # 09-290207 | CHURCH MUTUAL INSURANCE COMPANY 3000 SCHUSTER LANE MERRILL, WI  54452-0357 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - COMMERCIAL MULTI-PERIL: POLICY # 02-287870 | CHURCH MUTUAL INSURANCE COMPANY 3000 SCHUSTER LANE MERRILL, WI  54452-0357 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |

Debtor   Madison Square Boys & Girls Club, Inc.                                    Case number (if known)   22-10910
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - UMBRELLA: POLICY # 09-287871 | CHURCH MUTUAL INSURANCE COMPANY<br>3000 SCHUSTER LANE<br>MERRILL, WI  54452-0357 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - WORKERS' COMPENSATION: POLICY # 07-302267 | CHURCH MUTUAL INSURANCE COMPANY<br>3000 SCHUSTER LANE<br>MERRILL, WI  54452-0357 |
| | **State the term remaining** | 11/1/2022 | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - BUSINESS AUTOMOBILE: POLICY # 09-290207 | CHURCH MUTUAL INSURANCE COMPANY<br>PO BOX 2912<br>MILWAUKEE, WI  53201-2912 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - COMMERCIAL MULTI-PERIL: POLICY # 02-287870 | CHURCH MUTUAL INSURANCE COMPANY<br>PO BOX 2912<br>MILWAUKEE, WI  53201-2912 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - UMBRELLA: POLICY # 09-287871 | CHURCH MUTUAL INSURANCE COMPANY<br>PO BOX 2912<br>MILWAUKEE, WI  53201-2912 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - WORKERS' COMPENSATION: POLICY # 07-302267 | CHURCH MUTUAL INSURANCE COMPANY<br>PO BOX 2912<br>MILWAUKEE, WI  53201-2912 |
| | **State the term remaining** | 11/1/2022 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.29** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY - BUSINESS AUTOMOBILE: POLICY # 09-290207 <br><br> 9/30/2022 | CHURCH MUTUAL INSURANCE COMPANY <br> PO BOX 357 <br> MERRILL, WI  54452-0357 |
| **2.30** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY - COMMERCIAL MULTI-PERIL: POLICY # 02-287870 <br><br> 9/30/2022 | CHURCH MUTUAL INSURANCE COMPANY <br> PO BOX 357 <br> MERRILL, WI  54452-0357 |
| **2.31** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY - UMBRELLA: POLICY # 09-287871 <br><br> 9/30/2022 | CHURCH MUTUAL INSURANCE COMPANY <br> PO BOX 357 <br> MERRILL, WI  54452-0357 |
| **2.32** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INSURANCE POLICY - WORKERS' COMPENSATION: POLICY # 07-302267 <br><br> 11/1/2022 | CHURCH MUTUAL INSURANCE COMPANY <br> PO BOX 357 <br> MERRILL, WI  54452-0357 |
| **2.33** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COPIER LEASE AGREEMENT DTD 9/18/2018 <br><br> CURRENT | DE LAGE LANDEN FINANCIAL SERVICES INC <br> LEASE PROCESSING CENTER <br> 1111 OLD EAGLE SCHOOL RD <br> WAYNE, PA  19087 |
| **2.34** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT DTD 3/10/2022 <br><br> CURRENT | DELOITTE CONSULTING LLP <br> ATTN STEPHEN M JENNINGS, PRINCIPAL <br> 30 ROCKEFELLER PLAZA <br> NEW YORK, NY  10112 |

Debtor  22-10910-shl   Doc 49    Filed 07/12/22    Entered 07/12/22 21:39:43    Main Document
Madison Square Boys & Girls Club, Inc.                            Case number (if known)  22-10910
(Name)

Pg 74 of 82

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE ALARM INSPECTION CONTRACT DTD 6/1/2018 | EMPIRE FIRE SYSTEMS LLC ATTN CHIEF FINANCIAL OFFICER 49 SYLVESTER ST WESTBURY, NY  11590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | CENTRAL OFFICE MONITORING CONTRACT #759319 DTD 6/1/2018 | EMPIRE FIRE SYSTEMS LLC ATTN CHIEF OPERATING OFFICER 39 URBAN AVE WESTBURY, NY  11590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE ALARM INSPECTION CONTRACT #759319 DTD 6/1/2018 | EMPIRE FIRE SYSTEMS LLC ATTN CHIEF OPERATING OFFICER 49 SYLVESTER ST WESTBURY, NY  11590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 6/13/2022 | FINSBURY GLOVER HERING US LLC ATTN CHIEF FINANCIAL OFFICER 909 THIRD AVE, FL 32 NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 11/17/2020 | FRIEDMAN KAPLAN SEILER & ADELMAN LLP ATTN MARY MULLIGAN, ESQ 7 TIMES SQ NEW YORK, NY  10036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES CONTRACT DTD 12/1/2021 | GEM MECHANICAL, LLC 200 FRANKLIN ST STE 3 BOX 2 BROOKLYN, NY  11222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT RE: MEMORANDUM OF UNDERSTANDING DTD 5/12/2022 | GROWTH & DEVELOPMENT SERVICES INC ATTN EXECUTIVE DIRECTOR PO BOX 803 SOUTH SALEM, NY  10590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - D&O/EPLI: POLICY # 74NP000743-2 | HALLMARK SPECIALTY INSURANCE CO. TWO LINCOLN CENTRE 5420 LYNDON B JOHNSON FREEWAY STE 1100 DALLAS, TX  75240-2345 |
| | **State the term remaining** | 1/17/2023 | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER DTD 12/13/2018 | INSURANCE ARCHAEOLOGY GROUP ATTN EXEC VICE PRESIDENT 240 MADISON AVE NEW YORK, NY  10016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC SERVICES LETTER AGREEMENT DTD 8/11/2021 | J&L SERVICE NYC INC 1949 66TH ST BROOKLYN, NY  11204 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 4/16/2020 | LIGHTHOUSE DOCUMENT TECHNOLOGIES INC D/B/A LIGHTHOUSE ATTN SR VP SALES & MARKETING 51 UNIVERSITY ST, STE 400 SEATTLE, WA  98101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT FOR 250 BRADHURST AVENUE, NEW YORK, NY 10039 DTD 5/5/2017 | MSBGC-NYC SUPPORT CORPORATION 733 THIRD AVE, FLOOR 2 NEW YORK, NY  10017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT RE: FIRE ALARM SERVICE DTD 3/3/2020 | MUTUAL SECURITY SERVICES 10 W 46TH ST NEW YORK, NY 10036 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 11/17/2020 | NARDELLO & CO 565 FIFTH AVE NEW YORK, NY 10017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 9/10/2018 | NEW YORK BUSINESS SYSTEMS 150 FULTON AVE GARDEN CITY PARK, NY 11040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | STATE OF NEW YORK MASTER CONTRACT FOR GRANTS DTD 4/11/2019 CONTRACT#: OAS01-C004354-3670000 | NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES (OASAS) ATTN JAMES CARROLL 1450 WESTERN AVE NEW YORK, NY 12203-3526 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | STATE OF NEW YORK MASTER CONTRACT FOR GRANTS DTD 4/11/2019 CONTRACT#: OAS01-C004354-3670000 | NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES (OASAS) ATTN JAMES CARROLL 501 7TH AVE NEW YORK, NY 10018-5903 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT RE: ELEVATOR SERVICE DTD 7/15/2019 | NOBLE ELEVATOR COMPANY INC 1655 SYCAMORE AVE BOHEMIA, NY 11716 |
| | **State the term remaining** | 8/1/2022 | |
| | **List the contract number of any government contract** | | |

Debtor   Madison Square Boys & Girls Club, Inc.                                    Case number (if known) 22-10910
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT DTD 7/1/2018 | NONPROFIT SOLUTIONS NETWORK CORP ATTN PRESIDENT 255 LENOX AVE NEW YORK, NY 10027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | NOTES FOR NOTES INC ATTN CEO 1900 CHURCH ST, STE 300 NASHVILLE, TN 37203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | NOTES FOR NOTES INC ATTN CEO PO BOX 90632 SANTA BARBARA, CA 93190 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | NEGOTIATED ACQUISITION EXTENSION OF THE COMPRHENSIVE AFTER SCHOOL SYSTEM OF NYC CENTER BASED OR NON-PUBLIC SCHOOLS ELEMENTARY PROGRAM AGREEMENT RE: AGREEMENT ID #126169B DTD 7/1/2015 | NYC DEPT OF YOUTH & COMMUNITY DEV, THE 2 LAFAYETTE ST NEW YORK, NY 10007 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | #126169B | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | NEGOTIATED ACQUISITION EXTENSION OF THE SONYC PROGRAMS: NON-PUBLIC SCHOOL SITES AGREEMENT RE: AGREEMENT ID #143123B DTD 1/1/2015 | NYC DEPT OF YOUTH & COMMUNITY DEV, THE 2 LAFAYETTE ST NEW YORK, NY 10007 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | #143123B | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | NEGOTIATED ACQUISITION EXTENSION OF THE SONYC PROGRAMS: NON-PUBLIC SCHOOL SITES AGREEMENT RE: AGREEMENT ID #143161B DTD 1/1/2015 | NYC DEPT OF YOUTH & COMMUNITY DEV, THE 2 LAFAYETTE ST NEW YORK, NY 10007 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | #143161B | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL OF THE SPECIAL INITIATIVES SYEP MAP FOR SUCCESS AGREEMENT RE: AGREEMENT ID #91018A DTD 3/11/2019 | NYC DEPT OF YOUTH & COMMUNITY DEV, THE 2 LAFAYETTE ST NEW YORK, NY 10007 |
| | **State the term remaining** | 3/10/2025 | |
| | **List the contract number of any government contract** | #91018A | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | CHILD & ADULT CARE FOOD PROGRAM AGREEMENT #4435 DTD 12/18/2019 | NYS DEPT OF HEALTH CHILD & ADULT CARE FOOD PROGRAM EMPIRE STATE PLAZA, COMING TOWER ALBANY, NY 12237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | #4435 | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR CONTRACT DTD 9/17/2021 | NYS DEPT OF HEALTH CHILD & ADULT CARE FOOD PROGRAM EMPIRE STATE PLAZA, CORNING TWR ALBANY, NY 12237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SERVICES AGREEMENT DTD 2/4/2022 | ORKIN PEST CONTROL 2 WESTCHESTER PLZ ELMSFORD, NY 10523-1607 |
| | **State the term remaining** | 2/4/2023 | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 6/13/2022 | PAUL WEIS RIFKIND WHARTON & GARRISON LLP ATTN TIM MCCHRISTIAN, EXEC DIR 1285 AVE OF THE AMERICAS NEW YORK, NY 10019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - D&O/EPLI: POLICY # PHSD1687933 | PHILADELPHIA INSURANCE COMPANY ONE BALA PLAZA, 231 ST ASAPHS RD BALA CYNWYD, PA 19004 |
| | **State the term remaining** | 1/17/2023 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - D&O/EPLI: POLICY # PHSD1687933 | PHILADELPHIA INSURANCE COMPANY PO BOX 70251 PHILADELPHIA, PA 19176-0251 |
| | State the term remaining | 1/17/2023 | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | PEAK PERFORMANCE SERVICE AGREEMENT DTD 6/6/2020 | POLAR AIR CONDITIONING INC ATTN PRESIDENT 300 E 93RD ST, STE 37B NEW YORK, NY 10128 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | PEAK PERFORMANCE SERVICE AGREEMENT DTD 6/6/2020 | POLAR AIR CONDITIONING INC ATTN PRESIDENT 300 E 93RD ST, STE 37B NEW YORK, NY 10128 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - D&O/EPLI: POLICY # LHS698030 | RSUI LANDMARK AMERICAN INSURANCE CO. 15303 VENTURA BLVD, SUITE 500 SHERMAN OAKS, CA 91403 |
| | State the term remaining | 1/17/2023 | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT RE WEBSITE DTD 2/3/2020 | SOLVE IT SIMPLY LLC 208 W 138TH STREET 1 NEW YORK, NY 10030 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - D&O/EPLI: POLICY # B85841211ASP | STARSTONE NATIONAL INSURANCE CO. WINDSOR PLACE, 3RD FLOOR 22 QUEEN ST HAMILTON HM 11 BERMUDA |
| | State the term remaining | 1/17/2023 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.71 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MOTOR VEHICLE LEASE DTD 1/16/2020 RE: 2019 TOYOTA HIGHLANDER | TOYOTA OF MANHATTAN 625 11TH AVE NEW YORK, NY  10036 |
| **State the term remaining**  CURRENT | |
| **List the contract number of any government contract** | |
| 2.72 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SERVICES AGREEMENT DTD 3/31/2020 | TRANSPERFECT LEGAL SOLUTIONS 216 E 45TH ST NEW YORK, NY  10017 |
| **State the term remaining**  CURRENT | |
| **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor        Madison Square Boys & Girls Club, Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case number     22-10910
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes. |

Fill in this information to identify the case:

Debtor    Madison Square Boys & Girls Club, Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case number    22-10910
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2022                  ✖ /s/ Jeffrey M. Dold
_____                    _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Jeffrey M. Dold
                                   _____
                                   Printed name

                                   Chief Financial Officer
                                   _____
                                   Position or relationship to debtor