Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

### Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and a Statement of Financial Affairs (the "Statement," and, together with the Schedules, the "Schedules and Statement") filed by Madison Square Boys & Girls Club, Inc. (the "Debtor") in the United States Bankruptcy Court for the Southern District of New York (the "Court") were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") by the Debtor, with the assistance of the Debtor's professional advisors, and are unaudited.

The Schedules and Statement have been signed by Jeffrey Dold, the Debtor's Chief Financial Officer.  Mr. Dold has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  In

---

[1]   The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

addition, Mr. Dold has not (nor could have) personally verified the completeness of the Schedules and Statement, nor the accuracy of any information contained therein.  In reviewing and signing the Schedules and Statement, Mr. Dold necessarily relied upon information derived from the Debtor's books and records that was available at the time of such preparation.  Although the Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based upon information that was available to it at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statement, and inadvertent errors or omissions may exist.  Accordingly, the Debtor and its members, directors, trustees, officers, agents, attorneys, financial advisors, and restructuring advisors do not guarantee the accuracy or completeness of the data that is provided in the Schedules and Statement and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statement.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statement (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statement.  The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement.  The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statement.  Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statement, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtor.**

## Global Notes and Overview of Methodology

1.      **General Reservation of Rights**.  Although the Debtor has made every reasonable effort to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statement, and inadvertent errors or omissions may have occurred, some of which may be material.  Because the Schedules and Statement contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statement are complete.  The Debtor reserves all rights to amend the Schedules and Statement from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statement shall constitute an admission of any claims or a waiver of any of the Debtor's rights with respect to this chapter 11 case, including issues involving equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid

2

transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Description of Cases and "As Of" Information Date**.   On June 29, 2022 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Court.  The Debtor continues to operate and pursue its charitable mission and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this chapter 11 case. Unless otherwise stated herein, all information is reported as of May 31, 2022.

3. **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.  The Debtor prepares financial statements for financial reporting purposes, which are audited annually and submitted to the New York Attorney General's Office under applicable New York law for not-for-profit corporations.  The Debtor reserves all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statement shall constitute a waiver or relinquishment of such rights.  Information contained in the Schedules and Statement has been derived from the Debtor's books and records.

4. **Not-For Profit Corporation**.  The Debtor is a not-for-profit corporation organized under the laws of the state of New York, and pursuant to 26 U.S.C. § 501(c)(e) and therefore is not obligated to pay certain taxes in New York and the United States related to the operation of its charitable or educational purposes.

5. **Restricted Assets**.  The information disclosed in the Schedules and Statement does not reflect any assessment, classification or related conclusion with respect to the Debtor's assets that are subject to use and/or donor restrictions.  The Debtor reserves all rights with respect to the classification of the Debtor's assets that are subject to use and/or donor restrictions under applicable New York law.

6. **Totals**.  All totals that are included in the Schedules and Statement represent totals of all known amounts included in the Debtor's books and records.[2] To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statement.

7. **Excluded Assets and Liabilities**.  The Debtor has excluded certain categories of assets, and liabilities from the Schedules and Statement, including but not limited to goodwill, intangibles, and certain accruals.  The Debtor has also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the

---

[2]    The totals include the aggregate book value of the four (4) Clubhouses owned by the Debtor.  The market value of the Debtor's interest in the Clubhouses is listed in the Schedules as undetermined.

extent such Claims exist.  Certain immaterial assets and liabilities that are not reported or tracked in the ordinary course may have been excluded.

8.    **Amendments and Supplements; All Rights Reserved**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions may exist.  The Debtor reserves all rights, but is not required, to amend and/or supplement the Schedules and Statement from time to time as is necessary and appropriate.

9.    **Currency**.  All amounts are reflected in U.S. dollars.

10.   **Book Value**.  Unless otherwise indicated, the Debtor's assets and liabilities are shown on the basis of their net book values as of May 31, 2022.  Thus, unless otherwise noted, the Schedules and Statement reflect the carrying value of the assets and liabilities as recorded on the Debtor's books. Net book values may vary, sometimes materially, from fair market values.  The Debtor does not intend to amend these Schedules and Statement to reflect fair market values. The book values of certain assets may materially differ from their fair market values and/or any liquidation analysis prepared in connection with the Debtor's chapter 11 case.

11.   **Duplication.**  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statement.  To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

12.   **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statement at a later time as they determine to be necessary and appropriate.

13.   **Liabilities**.  The liabilities listed on the Schedules and Statement do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14.   **Guarantees and Other Secondary Liability Claims**.  Where guarantees or similar secondary liability claims have been identified, they have been included in the relevant liability Schedule. It is possible that certain guarantees embedded in the Debtor's contractual agreements may have been inadvertently omitted.  The Debtor reserves its rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15. **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

16. **Executory Contracts and Unexpired Leases**.  The Debtor has not set forth executory contracts or unexpired leases as assets in the Schedules and Statement.  The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtor has made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

17. **Claims Description**.  Schedules D, E, and F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtor reserves all rights to dispute any Claim reflected on the Schedules and Statement on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent" or "unliquidated."  In addition, the Debtor reserves its rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

18. **Causes of Action**.  Despite its reasonable efforts, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtor reserves all of its rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

19. **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtor are scheduled as "unknown," "TBD," "unliquidated," or "undetermined."  The description of an amount as "unknown," "TBD," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20. **Director & Officer Addresses**.  Personal addresses of directors and officers have been removed from entries listed throughout the Schedules and Statement.  Addresses listed reflect business addresses of the Debtor.

21. **Employee Addresses**. Personal addresses of the Debtor's individual employees have been removed from entries listed throughout the Schedules and Statement.  In accordance with

the *Order (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (II) Granting Relief* (the "Confidentiality Procedures Order") [Docket No. 32], addresses listed reflect the corporate address of the Debtor.

22.   **Abuse Claimant Information.**  In accordance with the Confidentiality Procedures Order, the Debtor listed the contact information for counsel of record, where known, for any holder of a claim arising under the Child Victims Act or similar statute (an "Abuse Claim"). To the extent such information is not otherwise in the public record or is subject to confidentiality obligations, the Debtor redacted the identities and all other personal contact information of holders of Abuse Claims.

23.   **Insiders**.   In circumstances where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals and entities that the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.   Such individuals may no longer serve in such capacities.  Persons and entities listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose.  As such, the Debtor reserves all rights to dispute whether someone identified in response to Question 4 of the Statement is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

24.   **Estimates**.  To prepare and file the Schedules and Statement, the Debtor was required to make certain estimates and assumptions with respect to the reported amounts, including but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.  The Debtor reserves all rights to amend the Schedules and Statement to reflect changes in those estimates or assumptions.

25.   **Credits and Adjustments**.  The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor.  The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

26.   **Global Notes Control**.  In the event that the Schedules and Statement differ from these Global Notes, the Global Notes shall control.

<u>**General Disclosures Applicable to the Debtor's Schedules**</u>

27.   **Classifications**.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as

"executory" or "unexpired," does not in each case constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claim or contract.

28.   **Schedule A/B; Part 1.** Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Maintain Investment Practices, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 6]. As described in the Cash Management Motion, there are a number of accounts in the Debtor's name that exclusively hold funds subject to donor restrictions. Accordingly, inclusion of an account in response to Item 3 or 4 of Part 1 does not constitute a determination or admission by the Debtor that the funds held therein are or are not available to satisfy creditor claims.

The U.S. Trust Co. Bank of America account (-6974) and the Fidelity/Camp Madison-Securities account were closed and liquidated in June 2022, and their proceeds were moved to the Debtor's J.P. Morgan operating account. However, they were open as of May 31, 2022 and, as such, are listed with their respective balances as of May 31, 2022.

29.   **Schedule A/B; Part 2.** For purposes of these Schedules, prepaid assets are listed at their net value, after offsetting any accrued expenses associated with the prepayments.

30.   **Schedule A/B.11.** Capital-Pledges Receivable are reflected at their present value.

31.   **Schedule A/B; Part 7.** Office furniture, fixtures, equipment, and collectibles are recorded at cost and depreciated on a straight-line basis over the estimated useful lives of the assets. When office furniture or computer equipment is sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved, and any resulting gain or loss is reflected in earnings.

32.   **Schedule A/B; Part 8.** Machinery, equipment, and vehicles are recorded at cost and depreciated on a straight-line basis over the estimated useful lives of the assets. When machinery, equipment, and vehicles are sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved and any resulting gain or loss is reflected in earnings.

33.   **Schedule A/B; Part 9.** Real Property is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets. Leasehold improvements are depreciated over the shorter of the remaining expected lease term or the estimated useful lives of the assets. Costs of improvements and renewals are capitalized, while costs of normal maintenance and repairs are charged to expense as incurred. When property is sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved and any resulting gain or loss is reflected in earnings.

While the Debtor owns four (4) of the six (6) Clubhouses, its ownership interest in the four (4) owned Clubhouses is subject to use restrictions incorporated in the relevant deeds for

some of these properties or restrictions otherwise imposed on the properties by the various grants that the Debtor receives from governmental units.

34. **Schedule A/B; Part 10.** Because the Debtor does not attribute any book value to its donor lists, membership lists, and other intellectual property, the Debtor has listed these assets with undetermined values.

35. **Schedule A/B.75.** In the ordinary course of business, the Debtor may have accrued, or may in the future accrue, certain rights to counter-claims, cross-claims, setoffs, and/or refunds with Debtor's suppliers, or potential warranty claims against its suppliers. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, counter-claims and/or cross-claims as a defendant, and the Debtor may assert affirmative litigation claims against third-parties. Because such claims, including affirmative claims against third-parties are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.75.

36. **Schedule E/F– Creditors Holding Unsecured Claims**. The Debtor has used reasonable efforts to estimate all general unsecured Claims against the Debtor as of the Petition Date on Schedule E/F; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Determining the date upon which each Claim was incurred or arose would be unduly burdensome and cost prohibitive. The Debtor may pay Claims listed on Schedule E/F during this chapter 11 case pursuant to these and other orders of the Court and reserve all of its rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation and involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed. Any holder of an Abuse Claim represented by two law firms is listed twice on Schedule E/F, but for the avoidance of doubt, these claimants only hold one Abuse Claim.

Schedule E/F does not include obligations owed by third-party insurance companies on account of abuse-related liabilities, including, without limitation, defense costs due and owing to litigation defense counsel and related professionals.

37. **Schedule G – Executory Contracts and Unexpired Leases**. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, that may not be set forth on Schedule G.

The Debtor reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtor reserves all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

38.     **Schedule H – Co-debtors**. The Debtor does not have any co-debtors.

## General Disclosures Applicable to the Debtor's Statement

39.     **Statement 2**. Statement 2 presents all non-business revenue received by the Debtor. To be consistent with the ordinary course financial reporting, investment income is reported net of brokers' fees.

40.     **Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (which payments appear in Statement 4), and employees. Disbursements made on account of multiple invoices may be reflected as a single payment. All transfers in Part 2, Question 3 of the Statement are listed as of the payment date.

41.     **Statement 4**. Statement 4 presents (a) transactions between the Debtor and its non-debtor affiliates and (b) other transfers to insiders. As described in the First Day Declaration, in the ordinary course of its organizational operations, the Debtor makes lease payments to its non-debtor affiliate, MSBGC-NYC Support Corporation, in connection with the NMTC Facility (as defined in the First Day Declaration).

With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals in the year before the "As Of" date including compensation, bonuses, other employee benefits, and expense reimbursements. The payroll-related amounts shown in response to this question are gross amounts that do not include reductions for amounts relating to employee tax or benefit withholdings.

42.     **Statement 7**. Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date. The Debtor has not included confidential matters in response to this question where disclosure would violate certain laws or where the investigating jurisdiction has requested confidentiality. Additionally, any information listed in Statement 7 shall not be a binding admission of the Debtor's liabilities with respect to any of the suits and proceedings identified therein. The Debtor reserve all rights with respect to the suits and administrative proceedings listed in Statement 7, and any claims filed in relation to such suits and administrative proceedings.

43.     **Statement 9**. Certain de minimis gifts that are not reported or tracked centrally may have been excluded. The Debtor has not included payments made as scholarship awards.

44.     **Statement 10**. The Debtor occasionally incurs losses for a variety of reasons, including theft and property damage. The Debtor may not, however, have records of all such losses

to the extent such losses do not have a material impact on the Debtor's organization or are not reported for insurance purposes. Therefore, some losses may have been excluded.

45.     **Statement 11**. All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11.    Additional information regarding the Debtor's retention of professional service firms is more fully described in individual retention applications filed by the Debtor's professionals.

Certain professionals provided both bankruptcy-related and non-bankruptcy related services to the Debtor. The figures presented in Statement 11 may include amounts related to non-bankruptcy matters incurred by professionals who also advised the Debtor with respect to bankruptcy-related issues. The Debtor did not attempt to delineate in Statement 11 the payments to such professionals related only to advice on bankruptcy issues or to separately account for invoices for non-bankruptcy services, which in some cases would require additional analysis.

46.     **Statement 18**. Statement 18 lists all accounts closed in the one year preceding the Petition Date. The Debtor has been informed that a balance of $45.00 remained in the Merrill Lynch account ending 4D54 which will be transferred to the Debtor's operating account.

47.     **Statements 22–24**. The Debtor has made reasonable efforts to identify all applicable environmental information as required by Part 12. These efforts included reviewing the Debtor's environmental records and incorporating the historical knowledge of the Debtor into the Schedules and Statement to the extent applicable and practicable.

48.     **Statement 26a-c**. The Debtor has listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtor's books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtor's books and records, including individuals listed in response to Statements 28 and 29.

49.     **Statement 26d**.  Pursuant to the requirements of the Internal Revenue Service (the "IRS"), the Debtor generally has filed with the IRS reports on Form 990 and Form 990-T. These IRS filings contain financial information relating to the Debtor and are available on the New York State Office of the Attorney General's website at https://www.charitiesnys.com. Additionally, financial information for the Debtor is posted on the Debtor's website at https://www.  https://www.madisonsquare.org/news. Because the IRS filings and the website are publicly available records, the Debtor does not maintain records of the parties that requested or obtained copies of any of the IRS filings from the Attorney General, the IRS or the Debtor.

50.     **Statement 28**. The Debtor has not included any of its Directors Emeritus in its response as those individuals are not a person in control of the Debtor and, in some cases, are deceased.

51.     **Statement 29**. Statement 29 includes the names of directors who have resigned within one year of June 30, 2022.

52.     **Statement 30**. Where applicable, the Debtor has included a comprehensive response to Statement 30 in its response to Statement 4.

<table>
<tr><td colspan="4">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td colspan="3">Madison Square Boys & Girls Club, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="3">Southern District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3">22-10910</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE:** | From 9/30/2021 | To 5/31/2022 | ☐ Operating a business<br>☑ Other CONTRIBUTIONS, FUNDRAISING, GOVT GRANTS, CAMP/PROGRAM FEES & MEMBERSHIP DUES | $5,625,764.63 |
| **FOR PRIOR YEAR:** | From 9/30/2020 | To 9/30/2021 | ☐ Operating a business<br>☑ Other CONTRIBUTIONS, FUNDRAISING, GOVT GRANTS, CAMP/PROGRAM FEES & MEMBERSHIP DUES | $8,879,894.00 |
| **FOR THE YEAR BEFORE THAT:** | From 9/30/2019 | To 9/30/2020 | ☐ Operating a business<br>☑ Other CONTRIBUTIONS, FUNDRAISING, GOVT GRANTS, CAMP/PROGRAM FEES & MEMBERSHIP DUES | $7,621,737.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 9/30/2021 | To 5/31/2022 | INCOME FROM TRUSTS | $101,545.61 |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 9/30/2021 | To 5/31/2022 | CHANGE IN VALUE OF BENEFICIAL INTEREST IN TRUSTS | ($294,363.22) |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 9/30/2021 | To 5/31/2022 | INVESTMENT INCOME | ($9,098,365.20) |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 9/30/2021 | To 5/31/2022 | LOAN INTEREST INCOME | $185,484.28 |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 9/30/2021 | To 5/31/2022 | RENTAL INCOME | $220,875.00 |
| FOR PRIOR YEAR: | From 9/30/2020 | To 9/30/2021 | INCOME FROM TRUSTS | $90,946.00 |
| FOR PRIOR YEAR: | From 9/30/2020 | To 9/30/2021 | CHANGE IN VALUE OF BENEFICIAL INTEREST IN TRUSTS | $555,819.00 |

Debtor    Madison Square Boys & Girls Club, Inc.                    Case number (if known)    22-10910
    (Name)

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| FOR PRIOR YEAR: | From  9/30/2020 | To  9/30/2021 | | INVESTMENT INCOME | $14,350,323.00 |
| FOR PRIOR YEAR: | From  9/30/2020 | To  9/30/2021 | | LOAN INTEREST INCOME | $370,969.00 |
| FOR PRIOR YEAR: | From  9/30/2020 | To  9/30/2021 | | RENTAL INCOME | $7,500.00 |
| FOR THE YEAR BEFORE THAT: | From  9/30/2019 | To  9/30/2020 | | INCOME FROM TRUSTS | $34,430.00 |
| FOR THE YEAR BEFORE THAT: | From  9/30/2019 | To  9/30/2020 | | CHANGE IN VALUE OF BENEFICIAL INTEREST IN TRUSTS | $89,216.00 |
| FOR THE YEAR BEFORE THAT: | From  9/30/2019 | To  9/30/2020 | | INVESTMENT INCOME | $6,704,003.00 |
| FOR THE YEAR BEFORE THAT: | From  9/30/2019 | To  9/30/2020 | | LOAN INTEREST INCOME | $370,969.00 |
| FOR THE YEAR BEFORE THAT: | From  9/30/2019 | To  9/30/2020 | | RENTAL INCOME | $13,700.00 |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

    SEE ATTACHED SOFA 3 EXHIBIT.

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives;  affiliates of the debtor and insiders of such affiliates ; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

    SEE ATTACHED SOFA 4 EXHIBIT.

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| [REDACTED] V. MADISON, ET AL. **Case number** 70172/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY 60 CENTRE ST NEW YORK, NY  10007 | ☐ Pending ☐ On appeal ☑ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| [REDACTED] V. MADISON, ET AL.<br><br>**Case number**<br>950020/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| [REDACTED] V. MADISON, ET AL.<br><br>**Case number**<br>950071/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| [REDACTED] V. MADISON, ET AL.<br><br>**Case number**<br>950335/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| [REDACTED] V. MADISON, ET AL.<br><br>**Case number**<br>950469/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| [REDACTED] V. MADISON, ET AL.<br><br>**Case number**<br>951097/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| [REDACTED] V. MADISON, ET AL.<br><br>**Case number**<br>951207/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| A.B. V. MADISON, ET AL.<br><br>**Case number**<br>951225/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| A.F. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950190/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALFRED FALZON V MADISON, ET AL.<br><br>**Case number**<br>950247/2019 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| AMONDO SAPIRO V. MADISON, ET AL.<br><br>**Case number**<br>511321/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, KINGS COUNTY<br>360 ADAMS ST<br>KINGS COUNTY CIVIC CENTER<br>BROOKLYN, NY  11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ANDREW CAWLEY V. MADISON, ET AL.<br><br>**Case number**<br>950142/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ANTHONY VARUOLA V. MADISON<br><br>**Case number**<br>950747/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| ARTHUR TREMERE V. MADISON, ET AL.<br><br>**Case number**<br>950262/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| C.D. V. MADISON, ET AL.<br><br>**Case number**<br>951199/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| C.M. V. MADISON, ET AL.<br><br>**Case number**<br>N/A | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| C.R. V. MADISON<br><br>**Case number**<br>950611/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| C.S. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950271/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| CATALINA TORRES V. MADISON SQUARE BOYS AND GIRLS CLUB, INC.<br><br>**Case number**<br>809715/2021 | SLIP & FALL THIRD PARTY CLAIM | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| D.C. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950080/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| D.M. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950681/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| E.C. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950354/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| E.M. V. BOYS & GIRLS CLUBS OF AMERICA, ET AL. (1977)<br><br>**Case number**<br>950936/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| E.M. V. ROCKEFELLER UNIVERSITY, ET AL. (1970)<br><br>**Case number**<br>70172/2021E | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, BRONX COUNTY<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| E.M.R. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950487/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| E.S. V. MADISON ET AL.<br><br>**Case number**<br>519925/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, KINGS COUNTY<br>360 ADAMS ST<br>KINGS COUNTY CIVIC CENTER<br>BROOKLYN, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| E.T. V. BOYS & GIRLS CLUBS OF AMERICA, ET AL.<br><br>**Case number**<br>70053/2021E | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, BRONX COUNTY<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| EDWARD TOFANI V. MADISON, ET AL.<br><br>**Case number**<br>950143/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ERIC LEBRON BRIAN TATE V. MADISON, ET AL.<br><br>**Case number**<br>950702/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| G.F. V. MADISON, ET AL.<br><br>**Case number**<br>951218/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| G.R. V. MADISON, ET AL. (2021)<br><br>**Case number**<br>951131/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| G.R. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950404/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| GEORGE DANIELLO V. MADISON<br><br>**Case number**<br>950546/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| GUSTAVE CHAPPORY V. MADISON<br><br>**Case number**<br>950548/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| HECTOR BUSH ET AL. V. MADISON, ET AL.<br><br>**Case number**<br>950580/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| HECTOR BUSH ET AL. V. MADISON, ET AL.<br><br>**Case number**<br>951272/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| HECTOR BUSH, WHITE, SALGADO V. MADISON, ET AL.<br><br>**Case number**<br>950577/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor    Madison Square Boys & Girls Club, Inc.                           Case number (if known)    22-10910
          (Name)

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| I.R. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950759/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ISRAEL DIAZ V. MADISON<br>**Case number**<br>70318/2021E | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, BRONX COUNTY<br>851 GRAND CONCOURSE<br>BRONX, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J. DOE V. MADISON, ET AL.<br>**Case number**<br>951257/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J.A.M. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950781/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J.C. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950519/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J.G. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950105/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J.L. V. MADISON, ET AL. (1958)<br>**Case number**<br>951220/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J.L. V. MADISON, ET AL. (1970)<br>**Case number**<br>951189/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| J.R. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950179/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JAY SAPIRO V. MADISON, ET AL.<br>**Case number**<br>511323/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, KINGS COUNTY<br>360 ADAMS ST<br>KINGS COUNTY CIVIC CENTER<br>BROOKLYN, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JOHN DOE V. MADISON, ET AL.<br>**Case number**<br>524143/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, KINGS COUNTY<br>360 ADAMS ST<br>KINGS COUNTY CIVIC CENTER<br>BROOKLYN, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JOSEPH GENTILE V. MADISON<br>**Case number**<br>950492/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| JOSEPH P. SALAMONE, JR. V. MADISON, ET AL.<br>**Case number**<br>950220/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| JOSPEH VARUOLA V. MADISON<br>**Case number**<br>950751/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| K.P. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950180/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| K.R. V. BOYS & GIRLS CLUBS OF AMERICA, ET AL.<br>**Case number**<br>70052/2021E | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, BRONX COUNTY<br>851 GRAND CONCOURSE<br>BRONX, NY  10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| L.B. V. MADISON, ET AL.<br>**Case number**<br>951277/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| L.R. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950751/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| LAWRENCE NOLAN V. MADISON, ET AL.<br>**Case number**<br>950170/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| LOUIS HEREDIA V. MADISON<br>**Case number**<br>950582/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| M.H. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950206/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| M.S. V. ROCKEFELLER UNIVERSITY, ET AL.<br>**Case number**<br>950801/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MADISON SQUARE BOYS & GIRLS CLUB, INC. V. ATLANTIC SPECIALTY INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>**Case number**<br>655883/2019 | ON 10/8/19, MSBGC FILED AN INSURANCE COVERAGE LAWSUIT AGAINST THE MANAGEMENT LIABILITY CARRIERS (ATLANTIC SPECIALTY, PHILADELPHIA, & GREAT AMERICAN) FOR THE INSURERS' REFUSAL TO HONOR PROMISES CONTAINED IN THE INSURANCE POLICIES THEY SOLD TO MSBGC. | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| MATTHEW SPENCER V. MADISON<br><br>**Case number**<br>950776/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MICHAEL CUSUMANO ET AL. V. MADISON, ET AL.<br><br>**Case number**<br>951255/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MICHAEL DANIELLO V. MADISON<br><br>**Case number**<br>950547/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| NEFTALI CEMTEMO V. MADISON<br><br>**Case number**<br>950754/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| NEFTALI CENTENO V. MADISON, ET AL.<br><br>**Case number**<br>950349/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| R.A. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950069/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| R.C. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950405/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| R.F. II. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950205/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| R.F. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950061/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| R.M. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950449/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| R.S. V. ROCKEFELLER UNIVERSITY, ET AL.<br><br>**Case number**<br>950815/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| RENZO BUSETTI V. MADISON<br><br>**Case number**<br>950552/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| RICHARD VESPI V. MADISON, ET AL.<br><br>**Case number**<br>950141/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ROBERT LIGUORI ET AL. V. MADISON (2019)<br><br>**Case number**<br>950155/2019 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ROBERT LIGUORI ET AL. V. MADISON, ET AL. (2021)<br><br>**Case number**<br>951259/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| RONALD PROKOPIAK V. MADISON<br><br>**Case number**<br>950581/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| S.R. V. MADISON, ET AL. (1979)<br><br>**Case number**<br>951180/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| S.R. V. ROCKEFELLER UNIVERSITY, ET AL. (1968)<br><br>**Case number**<br>950407/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| SAMUEL CASTRILLO V. MADISON, ET AL.<br><br>**Case number**<br>950079/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| SCVANYCP-DOE V. MADISON, ET AL.<br><br>**Case number**<br>950249/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| T.F. V. MADISON, ET AL.<br><br>**Case number**<br>951129/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| TCVANYCD-DOE V. MADISON, ET AL.<br><br>**Case number**<br>950623/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| TCVANYCR-DOE V. MADISON ET AL.<br><br>**Case number**<br>950248/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| THE ESTATE OF EMMANUEL WILLIAM SORGE V. MADISON, ET AL.<br><br>**Case number**<br>61021/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| THOMAS LOGERFO V. MADISON<br><br>**Case number**<br>950750/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| THOMAS M. LUKAS V. MADISON<br><br>**Case number**<br>951408/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| WILLIAM MCFIELD V. MADISON, ET AL.<br><br>**Case number**<br>513334/2020 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, KINGS COUNTY<br>360 ADAMS ST<br>KINGS COUNTY CIVIC CENTER<br>BROOKLYN, NY  11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Z.Y. V. MADISON, ET AL.<br><br>**Case number**<br>951251/2021 | CVA LITIGATION | SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY<br>60 CENTRE ST<br>NEW YORK, NY  10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   <u>amount</u>

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE<br>12TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>EPIQ11.COM | | 6/17/2022 | $25,000.00 |
| EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE<br>12TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>EPIQ11.COM | | 6/28/2022 | $15,000.00 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 6/17/2021 | $498,020.24 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 7/6/2021 | $201,040.43 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 7/20/2021 | $291,650.59 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 8/3/2021 | $356,446.02 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 9/15/2021 | $250,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 10/6/2021 | $250,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 11/12/2021 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 12/13/2021 | $250,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 12/13/2021 | $250,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 1/21/2022 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY 10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 2/11/2022 | $250,000.00 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 3/16/2022 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 3/28/2022 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 5/5/2022 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 5/13/2022 | $225,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 5/27/2022 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 6/16/2022 | $200,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 6/21/2022 | $250,000.00 |
| PAUL WEISS<br>1285 6TH AVE<br>NEW YORK, NY  10019<br><br>**Email or website address**<br>PAULWEISS.COM | | 6/28/2022 | $500,000.00 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 7/6/2021 | $28,257.75 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 7/20/2021 | $39,133.96 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 8/3/2021 | $78,466.02 |

22-10910-shl   Doc 50   Filed 07/12/22   Entered 07/12/22 21:41:03   Main Document
Pg 24 of 39

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 8/17/2021 | $167,044.54 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 10/7/2021 | $42,433.22 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 11/18/2021 | $69,385.67 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 12/7/2021 | $78,899.00 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 1/11/2022 | $78,330.00 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 2/3/2022 | $87,914.36 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 4/7/2022 | $104,200.36 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 5/12/2022 | $74,469.88 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 6/2/2022 | $60,800.51 |
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>TENEO.COM | | 6/16/2022 | $208,028.26 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| TENEO<br>280 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10017<br><br>**Email or website address**<br>TENEO.COM | | 6/22/2022 | $58,345.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Dates transfer was made | Total amount or value |
|---|---|---|---|
| MADISON SQUARE BOYS & GIRLS CLUB FOUNDATION, INC.<br>250 BRADHURST AVENUE<br>NEW YORK, NY 10039<br><br>**Relationship to debtor**<br>AFFILIATE | LOAN (PAID IN FULL ON APRIL 26, 2022) | MARCH 2021 | $600,000 |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| PORTION OF 2ND FLOOR<br>733 THIRD AVENUE<br>NEW YORK, NY 10017 | From 6/2/2014    To 12/30/2021 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for :
—    diagnosing or treating injury, deformity, or disease, or
—    providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

**Part 9:    Personal Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained.    Name, email address, format preference (HTML vs Text), address, interests, and similar information

    Does the debtor have a privacy policy about that information?

    ☐ No
    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?

Debtor   Madison Square Boys & Girls Club, Inc.                      Case number (if known)   22-10910
         (Name)

☐ No.
☑ Yes.  Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| MADISON SQUARE BOYS AND GIRLS CLUB PENSION PLAN | 13-5596792 |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or | Last balance before closing or transfer |
|---|---|---|---|---|
| BANK OF AMERICA<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC  28255 | 6974 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 06/23/2022 | 0.00 |
| BROWN BROTHERS HARRIMAN<br>C/O EREK NIMPHIUS<br>140 BROADWAY<br>NEW YORK, NY  10005 | 0146 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other | 08/10/2021 | 0.00 |
| CARVER BANK (PPP)<br>C/O JANETTE BEACH<br>75 W 125TH ST<br>NEW YORK, NY  10027 | 6822 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 11/15/2021 | 0.00 |
| CARVER BANK<br>C/O JANETTE BEACH<br>75 W 125TH ST<br>NEW YORK, NY  10027 | 3582 | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 08/17/2021 | 251,563.74 |
| JPMORGAN (CAPITAL BROKERAGE)<br>C/O ADAMA DIGGS<br>J.P. MORGAN PRIVATE BANK<br>390 MADISON AVE, FLOOR 24<br>NEW YORK, NY  10017 | 0005 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other | 08/10/2021 | 96.74 |
| JPMORGAN (SCHOLARSHIP)<br>C/O ADAMA DIGGS<br>J.P. MORGAN PRIVATE BANK<br>390 MADISON AVE, FLOOR 24<br>NEW YORK, NY  10017 | 1254 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 08/10/2021 | 0.00 |
| MERRILL LYNCH<br>153 EAST 53RD STREET, 46TH FLOOR<br>NEW YORK, NY  10022 | 4D54 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other | 09/30/2021 | 194.15 |
| PINNACLE ASSOC./FIDELITY #2001<br>C/O ERIC FREEDGOOD<br>335 MADISON AVENUE SUITE 1100<br>NEW YORK, NY  10017 | 7020 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other | 06/28/2022 | 139.38 |
| PINNACLE ASSOC./FIDELITY #3005<br>C/O ERIC FREEDGOOD<br>335 MADISON AVENUE SUITE 1100<br>NEW YORK, NY  10017 | 1100 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other | 06/23/2022 | 1,336,776.58 |

(Name)

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or | Last balance before closing or transfer |
|---|---|---|---|---|
| PINNACLE ASSOC./FIDELITY C/O ERIC FREEDGOOD 335 MADISON AVENUE SUITE 1100 NEW YORK, NY 10017 | 0233 | ☐ Checking ☐ Savings ☐ Money Market ☑ Brokerage ☐ Other | 06/22/2022 | 1,096,896.78 |
| PNC C/O MALLORY RINEHART THE TOWER AT PNC PLAZA 300 FIFTH AVE 14TH FL (PT-PTWR-14-4) PITTSBURGH, PA 15222-2401 | 3603 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other | 08/13/2021 | 3.56 |
| VANGUARD PO BOX 2600 VALLEY FORGE, PA 19482 | 1235 | ☐ Checking ☐ Savings ☐ Money Market ☑ Brokerage ☐ Other | 08/12/2021 | 864,096.14 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| EXTRA SPACE STORAGE 111 8TH AVE NEW YORK, NY 10011 | JEFFREY M. DOLD | ITEMS STORED ARE VARIOUS FILES BOXES CONTAINING MOSTLY ACCCOUNTING RECORDS, HUMAN RESOURCE RECORDS, DONOR RECORDS, PROPERTY FILES, PHOTOS, NEWSPAPER CLIPPINGS, AND OTHER HISTORICAL ARCHIVE FILES. | ☐ No ☑ Yes |
| EXTRA SPACE STORAGE 485 W 129TH ST NEW YORK, NY 10027 | JEFFREY M. DOLD | ITEMS STORED ARE VARIOUS FILES BOXES CONTAINING MOSTLY ACCCOUNTING RECORDS, HUMAN RESOURCE RECORDS, DONOR RECORDS, PROPERTY FILES, PHOTOS, NEWSPAPER CLIPPINGS, AND OTHER HISTORICAL ARCHIVE FILES. | ☐ No ☑ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:** **Details About Environmental Information**

(Name)

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| JEFFREY M. DOLD (MSBGC)<br>250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | From  7/8/2014    To  CURRENT |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| BKD, LLP<br>115 AVENUE OF THE AMERICAS<br>SUITE 1200<br>NEW YORK, NEW YORK  10036 | From  9/30/2018    To  CURRENT |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| JEFFREY M. DOLD (MSBGC)<br>250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| |

(Name)

| Name and address |
|---|
| OFFICE OF THE ATTORNEY GENERAL<br>FOR THE STATE OF NEW YORK'S ANNUAL REPORT OF CHARITABLE ORGANIZATIONS<br>ATTN LETITIA JAMES, ERIC GONZALEZ & ELIZABETH MARY LYNCH<br>28 LIBERTY ST<br>NEW YORK, NY  10005 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ None

---

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BARRY BREGMAN | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| DONALD C. DEVINE | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| JEFFREY M. DOLD | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | CHIEF FINANCIAL OFFICER | |
| JOSEPH GANTZ | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| MATTHEW PETERSEN | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| MITCHELL SCHERZER | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| OBA MCMILLAN | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| RICHARD EADDY | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| STEVEN MELTON | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | CHIEF OPERATING OFFICER | |
| STEVEN MIYAO | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | |
| TIM MCCHRISTIAN | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | EXECUTIVE DIRECTOR | |

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| STEVEN S. ELBAUM | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | From 3/20/2019  To 06/30/2022 |
| VICTOR F. GANZI | 250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | DIRECTOR, MEMBER OF THE CORPORATION | From  2000    To 06/28/2022 |

---

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

　　SEE ATTACHED SOFA EXHIBIT 4.

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ None

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ None

22-10910-shl    Doc 50    Filed 07/12/22    Entered 07/12/22 21:41:03    Main Document
                                    Pg 30 of 39

| Name of the pension fund | Employer identification number of the pension fund. |
|---|---|
| BOYS AND GIRLS CLUB OF AMERICA PENSION TRUST | 13-5596792 |

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/12/2022.

✖   /s/ Jeffrey M. Dold                                          Jeffrey M. Dold
    Signature of individual signing on behalf of the debtor      Printed Name

    Chief Financial Officer
    Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Statement of Financial Affairs - Exhibit 3**

**MADISON SQUARE BOYS & GIRLS CLUB, INC.   22-10910**

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| AFLAC NEW YORK | 03/03/2022 | $1,824.34 | EMPLOYEE BENEFITS |
| ATTN: REMITTANCE PROCESSING S | 03/29/2022 | $1,824.34 | EMPLOYEE BENEFITS |
| COLUMBUS, GA  31999-6005 | 04/28/2022 | $2,736.51 | EMPLOYEE BENEFITS |
| | 05/26/2022 | $1,818.94 | EMPLOYEE BENEFITS |
| | | **$8,204.13** | |
| ALDA BUILDING COMPANY LLC | 03/22/2022 | $93,749.00 | CAPITAL EXPENSES |
| 128 NORMAN AVENUE | 03/29/2022 | $47,980.00 | CAPITAL EXPENSES |
| BROOKLYN, NY  11222 | | | |
| | | **$141,729.00** | |
| AMAZON CAPITAL SERVICES | 03/03/2022 | $2,204.55 | SUPPLIES |
| PO BOX 035184 | 03/08/2022 | $1,909.64 | SUPPLIES |
| SEATTLE, WA  98124 | 03/29/2022 | $2,888.77 | SUPPLIES |
| | 04/07/2022 | $1,902.51 | SUPPLIES |
| | 04/28/2022 | $601.52 | SUPPLIES |
| | 05/05/2022 | $1,145.68 | SUPPLIES |
| | 05/12/2022 | $2,742.73 | SUPPLIES |
| | 05/26/2022 | $505.45 | SUPPLIES |
| | | **$13,900.85** | |
| AMERICAN EXPRESS | 03/03/2022 | $165.95 | DUES AND SUBS |
| P.O. BOX 1270 | 03/03/2022 | $1,315.00 | PARKING AND STORAGE RENTAL |
| NEWARK, NJ  07101-1270 | 03/03/2022 | $665.35 | MEETINGS & CONFERENCES |
| | 03/03/2022 | $521.65 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| | 03/03/2022 | $2,466.53 | STAFF RECRUITMENT AND DEVELOPMENT |
| | 03/03/2022 | $2,420.15 | SUPPLIES |
| | 04/07/2022 | $1,295.90 | SUPPLIES |
| | 04/07/2022 | $203.36 | POSTAGE AND PRINTING |
| | 04/07/2022 | $879.49 | MEETINGS & CONFERENCES |
| | 04/07/2022 | $4,272.88 | STAFF RECRUITMENT AND DEVELOPMENT |
| | 04/07/2022 | $129.00 | DUES AND SUBS |
| | 04/07/2022 | $5,127.97 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| | 04/07/2022 | $1,315.00 | PARKING AND STORAGE RENTAL |
| | 04/07/2022 | $79.95 | DUES AND SUBS |
| | 05/12/2022 | $1,315.00 | PARKING AND STORAGE RENTAL |
| | 05/12/2022 | $388.95 | DUES AND SUBS |
| | 05/12/2022 | $3,238.83 | STAFF RECRUITMENT AND DEVELOPMENT |
| | 05/12/2022 | $75.00 | DUES AND SUBS |
| | 05/12/2022 | $1,135.00 | CONTRACTED SERVICES |
| | 05/12/2022 | $1,001.00 | MEETINGS & CONFERENCES |
| | 05/12/2022 | $1,059.68 | REPAIRS & MAINT |
| | 05/12/2022 | $521.65 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| | 05/12/2022 | $74.75 | SUPPLIES |
| | | **$29,668.04** | |

**Statement of Financial Affairs - Exhibit 3**

**MADISON SQUARE BOYS & GIRLS CLUB, INC.   22-10910**

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| ANTHEM LIFE & DISABILITY INSURANCE CO. GROUP ENROLLMENT & BILLING COLUMBUS, OH  43268-8111 | 03/03/2022 | $3,170.48 | EMPLOYEE BENEFITS |
| | 04/07/2022 | $2,826.37 | EMPLOYEE BENEFITS |
| | 05/24/2022 | $3,614.37 | EMPLOYEE BENEFITS |
| | | **$9,611.22** | |
| BKD 1155 AVENUE OF THE AMERICAS NEW YORK, NY  10036 | 03/03/2022 | $20,800.00 | AUDIT/LEGAL |
| | 05/12/2022 | $9,360.00 | AUDIT/LEGAL |
| | 05/26/2022 | $8,320.00 | AUDIT/LEGAL |
| | | **$38,480.00** | |
| CHURCH MUTUAL PO BOX 2912 MILWAUKEE, WI  53201-2912 | 03/22/2022 | $17,961.95 | INSURANCE |
| | 04/07/2022 | $17,961.95 | INSURANCE |
| | 05/05/2022 | $4,145.79 | EMPLOYEE BENEFITS |
| | 05/12/2022 | $17,961.95 | INSURANCE |
| | 05/12/2022 | $5,777.93 | EMPLOYEE BENEFITS |
| | | **$63,809.57** | |
| CON EDISON JAF STATION NEW YORK, NY  10116 | 03/08/2022 | $5,889.97 | UTILITIES |
| | 03/22/2022 | $2,958.94 | UTILITIES |
| | 03/22/2022 | $11,628.71 | UTILITIES |
| | 03/22/2022 | $3,305.89 | UTILITIES |
| | 03/22/2022 | $2,677.94 | UTILITIES |
| | 03/22/2022 | $6,091.99 | UTILITIES |
| | 04/07/2022 | $4,687.84 | UTILITIES |
| | 04/28/2022 | $4,065.25 | UTILITIES |
| | 04/28/2022 | $9,866.32 | UTILITIES |
| | 04/28/2022 | $2,398.10 | UTILITIES |
| | 04/28/2022 | $8,098.77 | UTILITIES |
| | 04/28/2022 | $3,257.60 | UTILITIES |
| | 05/05/2022 | $3,693.92 | UTILITIES |
| | 05/12/2022 | $11,721.88 | UTILITIES |
| | 05/12/2022 | $2,946.35 | UTILITIES |
| | 05/12/2022 | $6,684.57 | UTILITIES |
| | 05/24/2022 | $2,648.14 | UTILITIES |
| | 05/24/2022 | $5,014.78 | UTILITIES |
| | | **$97,636.96** | |
| CROWN JANITORIAL 450 NEPPERHAN AVENUE YONKERS, NY  10701 | 03/03/2022 | $2,941.69 | REPAIRS & MAINT |
| | 03/08/2022 | $323.40 | REPAIRS & MAINT |
| | 03/22/2022 | $1,262.37 | REPAIRS & MAINT |
| | 03/29/2022 | $3,067.37 | REPAIRS & MAINT |
| | 05/05/2022 | $1,440.30 | REPAIRS & MAINT |
| | 05/12/2022 | $551.12 | REPAIRS & MAINT |
| | 05/26/2022 | $1,502.79 | REPAIRS & MAINT |
| | | **$11,089.04** | |
| DUNDON ADVISERS LLC TEN BANK STREET SUITE 1100 WHITE PLAINS, NY  10606 | 05/04/2022 | $50,000.00 | CVA PROFESSIONAL FEES |
| | | **$50,000.00** | |

**Statement of Financial Affairs - Exhibit 3**

**MADISON SQUARE BOYS & GIRLS CLUB, INC.   22-10910**

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| EDELMAN SULTAN KNOX WOOD ARCHITECTS LLP<br>100 LAFAYETTE STREET<br>NEW YORK, NY  10013 | 03/03/2022 | $30,275.00 | CAPITAL EXPENSES |
|  |  | **$30,275.00** |  |
| EMPIRE BLUECROSS BLUESHIELD<br>P.O. BOX 645438<br>CINCINNATI, OH  45264-5438 | 03/08/2022 | $48,185.30 | EMPLOYEE BENEFITS |
|  | 03/08/2022 | $230.61 | EMPLOYEE BENEFITS |
|  | 03/08/2022 | $3,236.76 | EMPLOYEE BENEFITS |
|  | 04/07/2022 | $51,745.66 | EMPLOYEE BENEFITS |
|  | 04/07/2022 | $234.60 | EMPLOYEE BENEFITS |
|  | 04/07/2022 | $3,234.90 | EMPLOYEE BENEFITS |
|  | 05/24/2022 | $48,016.31 | EMPLOYEE BENEFITS |
|  | 05/24/2022 | $222.00 | EMPLOYEE BENEFITS |
|  | 05/24/2022 | $3,178.04 | EMPLOYEE BENEFITS |
|  |  | **$158,284.18** |  |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br>P.O. BOX 403532<br>ATLANTA, GA  30384-3532 | 03/03/2022 | $2,154.92 | DATA PROCESSING FEES |
|  | 04/07/2022 | $18,825.56 | DATA PROCESSING FEES |
|  | 05/12/2022 | $1,427.28 | DATA PROCESSING FEES |
|  | 05/26/2022 | $2,587.51 | DATA PROCESSING FEES |
|  |  | **$24,995.27** |  |
| FOUR SEASONS PROMOS, LLC<br>40 E. 80TH STREET<br>NEW YORK, NY  10075 | 03/22/2022 | $3,046.50 | SUPPLIES |
|  | 03/29/2022 | $825.00 | SUPPLIES |
|  | 04/07/2022 | $396.00 | SUPPLIES |
|  | 05/05/2022 | $643.50 | SUPPLIES |
|  | 05/26/2022 | $4,680.00 | SUPPLIES |
|  |  | **$9,591.00** |  |
| FRIEDMAN KAPLAN SEILER ADELMAN LLP<br>7 TIMES SQUARE<br>NEW YORK, NY  10036 | 05/02/2022 | $100,000.00 | CVA PROFESSIONAL FEES |
|  |  | **$100,000.00** |  |
| FUZE, INC.<br>P.O. BOX 347284<br>PITTSBURGH, PA  15251-4284 | 03/03/2022 | $3,388.16 | TELEPHONE |
|  | 04/07/2022 | $3,386.96 | TELEPHONE |
|  | 05/12/2022 | $3,414.79 | TELEPHONE |
|  |  | **$10,189.91** |  |
| GEM MECHANICAL LLC<br>200 FRANKLIN STREET<br>BROOKLYN, NY  11222 | 05/05/2022 | $63,270.75 | CAPITAL EXPENSES |
|  |  | **$63,270.75** |  |
| INSURANCE ARCHAEOLOGY GROUP<br>75 ORIENT WAY<br>RUTHERFORD, NJ  07070 | 04/07/2022 | $22,522.05 | CVA PROFESSIONAL FEES |
|  | 05/12/2022 | $17,850.04 | CVA PROFESSIONAL FEES |
|  |  | **$40,372.05** |  |
| LOM PROPERTY CONSULTING LLC<br>ATTN: CHRIS MCANINCH<br>NEW YORK, NY  10027 | 03/29/2022 | $4,162.50 | CAPITAL EXPENSES |
|  | 05/12/2022 | $4,440.00 | CAPITAL EXPENSES |
|  | 05/26/2022 | $7,335.00 | CAPITAL EXPENSES |
|  |  | **$15,937.50** |  |

**Statement of Financial Affairs - Exhibit 3**

**MADISON SQUARE BOYS & GIRLS CLUB, INC.   22-10910**

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| METROPOLITAN LIFE | 03/03/2022 | $2,718.46 | EMPLOYEE BENEFITS |
| P.O. BOX 120945 | 03/29/2022 | $1,359.23 | EMPLOYEE BENEFITS |
| DALLAS, TX  75312-0945 | 04/07/2022 | $1,359.23 | EMPLOYEE BENEFITS |
| | 05/05/2022 | $2,718.46 | EMPLOYEE BENEFITS |
| | 05/26/2022 | $1,359.23 | EMPLOYEE BENEFITS |
| | | **$9,514.61** | |
| MUTUAL SECURITY SERVICES, INC. | 05/05/2022 | $81,969.00 | CAPITAL EXPENSES |
| PO BOX 786137 | | | |
| PHILADELPHIA, PA  19178-6137 | | **$81,969.00** | |
| NATIONAL GRID | 03/03/2022 | $2,575.94 | UTILITIES |
| P O BOX 371416 | 03/03/2022 | $2,105.14 | UTILITIES |
| PITTSBURGH, PA  15250-7416 | 03/22/2022 | $988.29 | UTILITIES |
| | 04/07/2022 | $1,906.81 | UTILITIES |
| | 04/28/2022 | $2,236.41 | UTILITIES |
| | 04/28/2022 | $254.50 | UTILITIES |
| | 05/12/2022 | $575.69 | UTILITIES |
| | 05/26/2022 | $1,978.63 | UTILITIES |
| | | **$12,621.41** | |
| NEW YORK STATE DEPT. OF LABOR | 05/05/2022 | $16,569.82 | EMPLOYEE BENEFITS |
| UNEMPLOYMENT INSURANCE DIVISI | | | |
| BINGHAMTON, NY  13902-4301 | | **$16,569.82** | |
| NONPROFIT FINANCE FUND | 03/30/2022 | $250,000.00 | NFF LOAN REPAYMENT |
| 5 HANOVER SQUARE | | | |
| 9TH FLOOR | | **$250,000.00** | |
| NEW YORK, NY  10004 | | | |
| NONPROFIT SOLUTIONS NETWORK CORP. | 03/03/2022 | $5,000.00 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| 255 LENOX AVENUE | 03/29/2022 | $5,000.00 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| NEW YORK, NY  10027 | 04/07/2022 | $5,000.00 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| | 05/05/2022 | $5,000.00 | TECHNOLOGY HARDWARE SOFTWARE SUPPORT |
| | | **$20,000.00** | |
| NOTES FOR NOTES | 03/03/2022 | $18,000.00 | CONTRACTED SERVICES |
| 1900 CHURCH STREET | 03/29/2022 | $18,000.00 | CONTRACTED SERVICES |
| NASHVILLE, TN  37203 | 03/29/2022 | $18,000.00 | CONTRACTED SERVICES |
| | 05/05/2022 | $12,000.00 | CONTRACTED SERVICES |
| | 05/05/2022 | $12,000.00 | CONTRACTED SERVICES |
| | 05/05/2022 | $12,000.00 | CONTRACTED SERVICES |
| | 05/05/2022 | $18,000.00 | CONTRACTED SERVICES |
| | | **$108,000.00** | |
| NOVAK FRANCELLA LLC | 05/05/2022 | $4,000.00 | AUDIT/LEGAL |
| 40 MONUMENT ROAD | 05/12/2022 | $6,000.00 | AUDIT/LEGAL |
| BALA CYNWYD, PA  19004 | | **$10,000.00** | |
| PACHULSKI STANG ZIEHL AND JONES LLP | 05/04/2022 | $100,000.00 | CVA PROFESSIONAL FEES |
| 10100 SANTA MONICA BLVD | | | |
| 13TH FLOOR | | **$100,000.00** | |
| LOS ANGELES, CA  90067 | | | |

**Statement of Financial Affairs - Exhibit 3**

### MADISON SQUARE BOYS & GIRLS CLUB, INC.   22-10910

| Claimant | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|
| PAUL WEISS | 03/16/2022 | $200,000.00 | CVA PROFESSIONAL FEES |
| 1285 AVENUE OF AMERICAS | 03/28/2022 | $200,000.00 | CVA PROFESSIONAL FEES |
| NEW YORK, NY  10019-6064 | 05/05/2022 | $200,000.00 | CVA PROFESSIONAL FEES |
| | 05/13/2022 | $225,000.00 | CVA PROFESSIONAL FEES |
| | 05/27/2022 | $200,000.00 | CVA PROFESSIONAL FEES |
| | | **$1,025,000.00** | |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | 03/03/2022 | $41,343.53 | CVA PROFESSIONAL FEES |
| P.O. BOX 30769 | 04/07/2022 | $90,923.74 | CVA PROFESSIONAL FEES |
| NEW YORK, NY  10087-0769 | 05/05/2022 | $1,432.35 | CVA PROFESSIONAL FEES |
| | 05/12/2022 | $113,453.46 | CVA PROFESSIONAL FEES |
| | | **$247,153.08** | |
| POLAR AIR CONDITIONING INC. | 03/29/2022 | $8,500.00 | SERVICE CONTRACTS |
| 300 EAST 93RD STREET | 05/26/2022 | $6,920.00 | CAPITAL EXPENSES |
| NEW YORK, NY  10128 | 05/26/2022 | $6,430.00 | CAPITAL EXPENSES |
| | | **$21,850.00** | |
| REGINA CATERERS INC. | 03/03/2022 | $10,628.00 | FOOD |
| 86 BEADEL STREET | 03/08/2022 | $1,644.00 | FOOD |
| BROOKLYN, NY  11222 | 04/07/2022 | $11,637.80 | FOOD |
| | 05/05/2022 | $14,366.20 | FOOD |
| | | **$38,276.00** | |
| TENEO CAPITAL LLC | 04/07/2022 | $104,200.36 | CVA PROFESSIONAL FEES |
| PO BOX 200299 | 05/12/2022 | $74,469.88 | CVA PROFESSIONAL FEES |
| PITTSBURGH, PA  15251-0299 | | | |
| | | **$178,670.24** | |
| THE METRO GROUP, INC. | 03/03/2022 | $1,089.00 | REPAIRS & MAINT |
| 50-23 23RD STREET | 03/29/2022 | $1,517.70 | REPAIRS & MAINT |
| LONG ISLAND CITY, NY  11101 | 05/05/2022 | $3,091.50 | REPAIRS & MAINT |
| | 05/12/2022 | $5,376.75 | REPAIRS & MAINT |
| | | **$11,074.95** | |
| UNITED STAFFING SOLUTIONS, INC. | 05/05/2022 | $14,375.00 | STAFF RECRUITMENT AND DEVELOPMENT |
| 1385 BROADWAY | | | |
| NEW YORK, NY  10018 | | **$14,375.00** | |
| VAL WIRING CORP. | 03/22/2022 | $15,032.00 | CAPITAL EXPENSES |
| 1182 LITTLE NECK AVENUE | 03/29/2022 | $33,727.00 | CAPITAL EXPENSES |
| NORTH BELLMORE, NY  11710 | | | |
| | | **$48,759.00** | |
| VENABLE LLP | 04/07/2022 | $4,750.65 | CVA PROFESSIONAL FEES |
| PO BOX 62727 | 05/12/2022 | $5,971.95 | CVA PROFESSIONAL FEES |
| BALTIMORE, MD  21264-2727 | | | |
| | | **$10,722.60** | |
| WEITZ AND LUXENBERG PC IOLA | 05/31/2022 | $45,000.00 | CVA SETTLEMENT |
| 700 BROADWAY | | **$45,000.00** | |
| NEW YORK, NY  10003 | | | |

**Grand Total:  38**                                   **$3,166,600.18**

**Statement of Financial Affairs - Exhibit 4**

## MADISON SQUARE BOYS & GIRLS CLUB, INC.   22-10910

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|--------|-------------|
| JEFFREY M. DOLD<br>250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | CHIEF FINANCIAL OFFICER | 06/25/2021 | $8,605.69 | WAGES |
| | | 07/09/2021 | $8,605.69 | WAGES |
| | | 07/23/2021 | $8,605.69 | WAGES |
| | | 08/06/2021 | $8,605.69 | WAGES |
| | | 08/20/2021 | $8,605.69 | WAGES |
| | | 09/03/2021 | $8,605.69 | WAGES |
| | | 09/17/2021 | $8,605.69 | WAGES |
| | | 10/01/2021 | $8,605.69 | WAGES |
| | | 10/15/2021 | $18,750.00 | BONUS |
| | | 10/15/2021 | $8,605.69 | WAGES |
| | | 10/29/2021 | $8,605.69 | WAGES |
| | | 11/12/2021 | $8,605.69 | WAGES |
| | | 11/26/2021 | $8,605.69 | WAGES |
| | | 12/10/2021 | $8,605.69 | WAGES |
| | | 12/23/2021 | $8,605.69 | WAGES |
| | | 01/07/2022 | $8,605.69 | WAGES |
| | | 01/21/2022 | $8,605.69 | WAGES |
| | | 02/04/2022 | $8,605.69 | WAGES |
| | | 02/18/2022 | $8,605.69 | WAGES |
| | | 03/04/2022 | $8,605.69 | WAGES |
| | | 03/18/2022 | $8,605.69 | WAGES |
| | | 04/01/2022 | $8,605.69 | WAGES |
| | | 04/15/2022 | $8,605.69 | WAGES |
| | | 04/29/2022 | $8,605.69 | WAGES |
| | | 05/13/2022 | $8,605.69 | WAGES |
| | | 05/27/2022 | $8,605.69 | WAGES |
| | | | **$233,892.25** | |
| MSBGC-NYC SUPPORT CORP.<br>250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | NON-DEBTOR AFFILIATE | 08/27/2021 | $98,250.00 | RENT PAYMENT FOR PINKERTON CLUBHOUSE |
| | | 11/29/2021 | $98,250.00 | RENT PAYMENT FOR PINKERTON CLUBHOUSE |
| | | 02/28/2022 | $98,250.00 | RENT PAYMENT FOR PINKERTON CLUBHOUSE |
| | | 05/25/2022 | $98,250.00 | RENT PAYMENT FOR PINKERTON CLUBHOUSE |
| | | | **$393,000.00** | |

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|--------|-------------|
| STEVEN MELTON<br>250 BRADHURST AVENUE<br>NEW YORK, NY  10039 | CHIEF OPERATING OFFICER | 06/25/2021 | $9,512.72 | WAGES |
| | | 07/09/2021 | $9,512.72 | WAGES |
| | | 07/23/2021 | $9,512.72 | WAGES |
| | | 08/06/2021 | $9,512.72 | WAGES |
| | | 08/20/2021 | $9,512.72 | WAGES |
| | | 09/03/2021 | $9,512.72 | WAGES |
| | | 09/17/2021 | $9,512.72 | WAGES |
| | | 10/01/2021 | $9,512.72 | WAGES |
| | | 10/15/2021 | $12,500.00 | BONUS |
| | | 10/15/2021 | $9,512.72 | WAGES |
| | | 10/29/2021 | $9,512.72 | WAGES |
| | | 11/12/2021 | $9,512.72 | WAGES |
| | | 11/26/2021 | $9,512.72 | WAGES |
| | | 12/10/2021 | $9,512.72 | WAGES |
| | | 12/23/2021 | $9,512.72 | WAGES |
| | | 12/23/2021 | $975.00 | WAGES |
| | | 01/07/2022 | $9,512.72 | WAGES |
| | | 01/21/2022 | $9,512.72 | WAGES |
| | | 02/04/2022 | $9,512.72 | WAGES |
| | | 02/18/2022 | $9,512.72 | WAGES |
| | | 03/04/2022 | $9,512.72 | WAGES |
| | | 03/18/2022 | $9,512.72 | WAGES |
| | | 04/01/2022 | $10,273.74 | WAGES |
| | | 04/15/2022 | $10,273.74 | WAGES |
| | | 04/29/2022 | $10,273.74 | WAGES |
| | | 05/13/2022 | $10,273.74 | WAGES |
| | | 05/27/2022 | $10,273.74 | WAGES |
| | | | **$255,098.10** | |

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|--------|-------------|
| TIM MCCHRISTIAN<br>250 BRADHURST AVENUE<br>NEW YORK, NY 10039 | EXECUTIVE DIRECTOR | 06/03/2021 | $630.75 | EXPENSE REIMBURSEMENT |
| | | 06/25/2021 | $11,538.47 | WAGES |
| | | 07/09/2021 | $11,538.47 | WAGES |
| | | 07/09/2021 | $833.33 | WAGES |
| | | 07/23/2021 | $11,538.47 | WAGES |
| | | 08/06/2021 | $11,538.47 | WAGES |
| | | 08/06/2021 | $833.33 | WAGES |
| | | 08/20/2021 | $11,538.47 | WAGES |
| | | 09/03/2021 | $11,538.47 | WAGES |
| | | 09/03/2021 | $833.33 | WAGES |
| | | 09/17/2021 | $11,538.47 | WAGES |
| | | 10/01/2021 | $11,538.47 | WAGES |
| | | 10/01/2021 | $833.33 | WAGES |
| | | 10/15/2021 | $31,250.00 | BONUS |
| | | 10/15/2021 | $25,000.00 | BONUS |
| | | 10/15/2021 | $11,538.47 | WAGES |
| | | 10/29/2021 | $11,538.47 | WAGES |
| | | 11/02/2021 | $350.00 | COVID MASKS WITH BGC LOGO |
| | | 11/12/2021 | $11,538.47 | WAGES |
| | | 11/12/2021 | $833.33 | WAGES |
| | | 11/26/2021 | $11,538.47 | WAGES |
| | | 12/07/2021 | $772.86 | EXPENSE REIMBURSEMENT |
| | | 12/10/2021 | $11,538.47 | WAGES |
| | | 12/10/2021 | $833.33 | WAGES |
| | | 12/21/2021 | $300.00 | COVID MASKS WITH BGC LOGO |
| | | 12/23/2021 | $11,538.47 | WAGES |
| | | 01/07/2022 | $11,538.47 | WAGES |
| | | 01/07/2022 | $833.33 | WAGES |
| | | 01/11/2022 | $251.20 | EXPENSE REIMBURSEMENT |
| | | 01/21/2022 | $11,538.47 | WAGES |
| | | 02/04/2022 | $11,538.47 | WAGES |
| | | 02/04/2022 | $833.33 | WAGES |
| | | 02/18/2022 | $11,538.47 | WAGES |
| | | 03/04/2022 | $11,538.47 | WAGES |
| | | 03/04/2022 | $833.33 | WAGES |
| | | 03/08/2022 | $442.68 | EXPENSE REIMBURSEMENT |
| | | 03/18/2022 | $11,538.47 | WAGES |
| | | 04/01/2022 | $11,538.47 | WAGES |
| | | 04/01/2022 | $833.33 | WAGES |
| | | 04/15/2022 | $11,538.47 | WAGES |
| | | 04/29/2022 | $11,538.47 | WAGES |
| | | 05/05/2022 | $320.87 | EXPENSE REIMBURSEMENT |
| | | 05/13/2022 | $11,538.47 | WAGES |
| | | 05/13/2022 | $833.33 | WAGES |
| | | 05/27/2022 | $11,538.47 | WAGES |
| | | | **$356,946.74** | |

**Grand Total:  4**                                    **$1,238,937.09**