WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0539
By:   Andrea B. Schwartz, Esq.
       Tara Tiantian, Esq.
       Trial Attorneys

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                   :    Chapter 11
                                                         :
MADISON SQUARE BOYS AND GIRLS                            :    Case No. 22-10910 (SHL)
  CLUB, INC.,                                              :
                                                         :
                                        Debtor.          :
                                                         :
---------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Madison Square Boys and Girls Club, Inc.:

      1.    Mr. Yuan P. Zee

      2.    Mr. Robert Liguori

      3.    Mr. George Daniello

      4.    Mr. Hector Bush

      5.    Mr. Jay Sapiro

*[continued on next page]*

      6.    Mr. Richard Vespi

      7.    Mr. Jesse Garcia

Dated:    New York, New York
            July 13, 2022

                                    WILLIAM K. HARRINGTON
                                  UNITED STATES TRUSTEE

                                  By */s/ Andrea B. Schwartz*
                                        Andrea B. Schwartz
                                        Tara Tiantian
                                        Trial Attorneys
                                U.S. Department of Justice
                                Office of the United States Trustee
                                201 Varick Street, Room 1006
                                New York, NY 10014
                                Tel. (212) 510-0530