Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED FOR JULY 20, 2022 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a hearing on was scheduled for July 20, 2022 at 11:00 a.m. (Eastern Time) for the following:

(a) **Paul, Weiss Retention Application.** Debtor's Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date [Docket No. 11]

(b) **Friedman Kaplan Retention Application.** Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 and 2016 Authorizing Employment and Retention of Friedman Kaplan Seiler & Adelman LLP as Special Litigation Counsel to the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date [Docket No. 12]

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

    (c)    **Pillsbury Retention Application.** Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 and 2016 Authorizing Employment and Retention of Pillsbury Winthrop Shaw Pittman LLP as Special Insurance Counsel to the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date [Docket No. 13]

    (d)    **Teneo Retention Application.** Application for Entry of an Order Authorizing the Retention and Employment of Teneo Capital LLC, as Financial Advisor to the Debtor and Debtor in Possession, Nunc Pro Tunc to the Petition Date [Docket No. 14]

    (e)    **Interim Compensation Motion.** Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 15]

    (f)    **Bar Date Motion.** Debtor's Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim, and (II) Granting Related Relief [Docket No. 40]

**PLEASE TAKE FURTHER NOTICE** that these matters have been adjourned to **August 2, 2022 at 2:00 P.M. (Eastern Time)**. The deadline to object to these motions was July 13, 2022 at 4:00 p.m. (prevailing Eastern Time) and was further extended to July 25, 2022 at 4:00 p.m. (prevailing Eastern Time) solely for the United States Trustee and Official Committee of Unsecured Creditors.

**PLEASE TAKE FURTHER NOTICE** that the matters listed above may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. Parties may appear at the Hearing by registering at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. on the business day before the Hearing, on August 1, 2022 (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Bankruptcy Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Bankruptcy Court. Additional information regarding the Bankruptcy Court's Zoom and hearing procedures can be found on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's proposed notice and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/madisonsquare, by calling (866) 977-1161 (toll free) for U.S. and Canada-based parties or +1 (503) 597-7709 for international

parties, or by email at MadisonSquareInfo@epiqglobal.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Pleadings, or if you want the Bankruptcy Court to hear your position on the Pleadings, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Bankruptcy Court may decide that you do not oppose the relief requested in the Pleadings and may enter orders granting the relief requested by the Debtor.

| | |
|---|---|
| New York, New York<br>Dated:  July 18, 2022 | */s/ Alan W. Kornberg*<br>Alan W. Kornberg, Esq.<br>Andrew M. Parlen, Esq.<br>William A. Clareman, Esq.<br>John T. Weber, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>akornberg@paulweiss.com<br>aparlen@paulweiss.com<br>wclareman@paulweiss.com<br>jweber@paulweiss.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |