James I. Stang, Esq. (*pro hac vice pending*)
John W. Lucas, Esq.
Gillian N. Brown, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
   jlucas@pszjlaw.com
   gbrown@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                              :
In re                                                         : Chapter 11
                                                              :
MADISON SQUARE BOYS & GIRLS CLUB,                             : Case No. 22-10910 (SHL)
INC.,                                                         :
                                                              :
                    Debtor.                                   :
                                                              :
---------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James I. Stang, Esq., request admission, *pro hac vice*, as proposed Counsel to the Official Committee of Unsecured Creditors in the above-captioned chapter 11 case.

I certify that I am a practicing attorney who resides in the State of California. As of 1980, I have been duly admitted to the Bar of the State of California where I am a member in good standing. I am also a member in good standing and eligible to practice before the following courts:

| | |
|---|---|
| U.S. District Court for the Central District of California | 1/19/1981 (admission date) |
| U.S. District Court for the Eastern District of California | 6/26/1984 (admission date) |

| | |
|---|---|
| U.S. District Court for the Northern District of California | 7/17/1984 (admission date) |
| U.S. District Court for the Southern District of California | 7/16/1984 (admission date) |
| U.S. District Court for the Eastern District of Wisconsin | 3/20/2013 (admission date) |

I have submitted the filing fee of $200 with this *Motion for Admission to Practice, Pro Hac Vice.*

Dated: July 18, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James Stang

James I. Stang, Esq. (*pro hac vice pending*)
10010 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
Tel: 310-277-6910
Email: jstang@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re : Chapter 11
:
MADISON SQUARE BOYS & GIRLS CLUB, : Case No. 22-10910 (SHL)
INC.,
:
Debtor. :
:
---------------------------------------------------------------X

# ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon James I. Stang's *Motion for Admission to Practice, Pro Hac Vice*, to be admitted in this Court, *pro hac vice*, to represent the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced bankruptcy case, and upon Mr. Stang's certification that he is a member in good standing of the Bar of the State of California and the bars for the U.S. District Court for the Central, Eastern, Northern, and Southern Districts of California and the U.S. District Court for the Eastern District of Wisconsin, it is hereby

**ORDERED**, that James I. Stang is admitted to practice *pro hac vice* in the above-referenced bankruptcy case to represent the Committee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
          New York, New York          _____
                                      HONORABLE SEAN H. LANE
                                      UNITED STATES BANKRUPTCY JUDGE

DOCS_LA:344250.1 54162/003