**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re                                                          : Chapter 11
                                                               :
MADISON SQUARE BOYS & GIRLS CLUB,                              : Case No. 22-10910-shl
INC.[1],
                                                               :
    Debtor.                                :
                                                               :
---------------------------------------------------------------X

### CERTIFICATE OF SERVICE

STATE OF TEXAS    )
            )
COUNTY OF HARRIS   )

  I, Kerri L. LaBrada, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 440 Louisiana Street, Suite 900, Houston, Texas 77002.

  On **August 9, 2022**, in addition to service via the Court's ECF system, I caused a true and correct copy of the following document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**:

> ➢ *Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* [Docket No. 99]

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

DOCS_NY:46265.1 54162/004

I declare under penalty of perjury, under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Dated this 9th day of August, 2022.

                                                */s/ Kerri L. LaBrada*
                                                Kerri L. LaBrada

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | ATTN AGOSTO & AZIZ; MUHAMMAD S. AZIZ | INFO@ABRAHAMWATKINS.COM |
| BLEAKLEY PLATT & SCHMIDT, LLP | ATTN WILLIAM HARRINGTON, ADAM RODRIGUEZ | WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM |
| CHUBB GROUP | ATTN ADRIENNE LOGAN, LEGAL ANALYST | ADRIENNE.LOGAN@CHUBB.COM |
| COHEN & GRESSER LLP | ATTN DAVID F LISNER | DLISNER@COHENGRESSER.COM |
| CROWELL & MORING LLP | ATTN: GREGORY GENNADY PLOTKO | GPLOTKO@CROWELL.COM |
| CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | MPLEVIN@CROWELL.COM |
| CROWELL & MORING LLP | ATNN: RACHEL A. JANKOWSKI | RJANKOWSKI@CROWELL.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, WENDY M. SIMKULAK | DSMCGEHRIN@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| GRANT & EISENHOFER, P.A. | ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER | BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM |
| GRANT & EISENHOFFER P.A. | ATTN: GORDON Z. NOVOD | GNOVOD@GELAW.COM |
| HARNICK AND HARNICK, P.C. | ATTN ROBERT HARNICK | RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM |
| HERMAN LAW FIRM, PA | ATTN J. HERMAN, D. ELLIS, S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER | JHERMAN@HERMANLAW.COM |
| KUTAK ROCK LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT | PETER.BARRETT@KUTAKROCK.COM |
| LEVY KONIGSBERG LLP | ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK | INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM |
| MARCOWITZ LAW FIRM | ATTN EDWARD L.C. MARCOWITZ | ED@MARCOWITZLAW.COM |
| MERSON LAW, PLLC | ATTN JORDAN K. MERSON, GIOVANNA MABILE | JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN LETITIA JAMES, E. GONZALEZ & E.LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN K. KORNBERG, ESQ., ANDREW M. PARLEN, E. JOHN, T WEBER, ESQ. | AKORNBERG@PAULWEISS.COM; APARLEN@PAULWEISS.COM; JWEBER@PAULWEISS.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN | VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | ATTN STEVEN GERSHOWITZ | SGERSHOWITZ@RLLAWYERS.COM |
| ROBINSON + COLE | ATTN: LAWRENCE KLEIN | LKLEIN@RC.COM |

DOCS_NY:46265.1 54162/004

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ROPES & GRAY LLP | ATTN: G. GALARDI, A. DEVORE, U. EGEONUIGWE | GREGG.GALARDI@ROPESGRAY.COM; ANDREW.DEVORE@ROPESGRAY.COM; UCHECHI.EGEONUIGWE@ROPESGRAY.COM |
| SEEGER WEISS LLP | ATTN STEPHEN A WEISS, MICHAEL ROSENBERG, PHILIPPA RATZKI | SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM |
| SIDLEY AUSTIN LLP | ATTN SAM NEWMAN, KEN KANSA, G. WEINER | SAM.NEWMAN@SIDLEY.COM; KKANSA@SIDLEY.COM; GWEINER@SIDLEY.COM |
| SILVER & KELMACHTER, LLP | ATTN SAMEER NATH | SNATH@SILVERKELMACHTER.COM |
| SLATER SLATER SCHULMAN LLP | ATTN ADAM P. SLATER, LINC C. LEDER | ASLATER@SSSFIRM.COM; LLEDER@SSSFIRM.COM |
| THE MARSH LAW FIRM, PLLC | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, M. MABIE, B. BERGER | KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING | USTPREGION02.NYECF@USDOJ.GOV; ANDREA.B.SCHWARTZ@USDOJ.GOV |
| THE SIMPSON TUEGEL FIRM | ATTN MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR SDNY | ATTN ANDREA B SCHWARTZ, ESQ &  TARA TIANTIAN, ESQ | PETER.ARONOFF@USDOJ.GOV |
| WEITZ & LUXENBERG | ATTN JERRY KRISTAL | JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM |
| WILLIAMS CEDER LLC | ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN | GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM |

2

## EXHIBIT 2

**Service by First Class US Mail**

ALDA BUILDING COMPANY LLC
128 NORMAN AVENUE
BROOKLYN, NY 11222

GEM MECHANICAL, LLC
200 FRANKLIN ST
STE 3, BOX 2
BROOKLYN, NY 11222

J & L SERVICE NYC INC.
1949 66TH STREET
BROOKLYN, NY 11204

CHUBB GROUP
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036