James I. Stang, Esq. *(pro hac vice pending)*
Iain A.W. Nasatir, Esq.
John W. Lucas, Esq.
Malhar S. Pagay, Esq. *(pro hac vice pending)*
Gillian N. Brown, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Fax: (212) 561-7777
Emails: jstang@pszjlaw.com
　　　　inasatir@pszjlaw.com
　　　　jlucas@pszjlaw.com
　　　　mpagay@pszjlaw.com
　　　　gbrown@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| MADISON SQUARE BOYS & GIRLS CLUB, INC., | : | Case No. 22-10910 (SHL) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Malhar S. Pagay, Esq., request admission, *pro hac vice*, as proposed Counsel to the Official Committee of Unsecured Creditors in the above-captioned chapter 11 case.

I certify that I am a practicing attorney who resides in the State of California. As of 1997, I have been duly admitted to the Bar of the State of California where I am a member in good standing. I am also a member in good standing and eligible to practice before the following courts:

DOCS_LA:344747.1 54162/004

| | |
|---|---|
| U.S. District Court for the Central District of California | 6/23/1997 |
| U.S. District Court for the Eastern District of California | 6/30/1997 |
| U.S. District Court for the Northern District of California | 8/18/1997 |
| U.S. District Court for the Southern District of California | 8/15/1997 |
| U.S. Court of Appeals for the 9th Circuit | 7/17/1997 |

I have submitted the filing fee of $200 with this *Motion for Admission to Practice, Pro Hac Vice.*

Dated: August 9, 2022              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Malhar S. Pagay*
Malhar S. Pagay, Esq.
10010 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Tel: (310) 277-6910
Email: mpagay@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
MADISON SQUARE BOYS & GIRLS CLUB, : Case No. 22-10910 (SHL)
INC.,
: 
Debtor. :
: 
---------------------------------------------------------------X

# ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon Malhar S. Pagay's *Motion for Admission to Practice, Pro Hac Vice*, to be admitted in this Court, *pro hac vice*, to represent the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced bankruptcy case, and upon Mr. Pagay's certification that he is a member in good standing of the Bar of the State of California and the bars for the U.S. District Court for the Central, Eastern, Northern, and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED**, that Malhar S. Pagay is admitted to practice *pro hac vice* in the above-referenced bankruptcy case to represent the Committee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
New York, New York

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

DOCS_LA:344747.1 54162/004