**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re                                                          : Chapter 11
                                                               :
MADISON SQUARE BOYS & GIRLS CLUB,        : Case No. 22-10910-shl
INC.[1],
                                                               :
              Debtor.                                          :
                                                               :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
                              )
COUNTY OF SAN FRANCISCO        )

I, Patricia Jeffries, am over the age of eighteen years, am employed by Pachulski Stang

Ziehl & Jones LLP.  I am not a party to the within action; my business address One Market

Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105-1020.

On August 9, 2022, in addition to service via the Court's ECF system, I caused a true and

correct copy of the following documents to be served via electronic mail upon the parties set

forth on the service list annexed hereto as **Exhibit 1**:

➢ *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Boys & Girls Clubs of America* [Docket No. 109]; and

➢ *Motion for Order Shortening Notice With Respect to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Boys & Girls Clubs of America* [Docket No. 110].

---

[1]The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

I declare under penalty of perjury, under the laws of the State of California and the

United States of America that the foregoing is true and correct.

Dated this 9th day of August, 2022.


                                                    */s/ Patricia Jeffries*
                                                    Patricia Jeffries

## EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | ATTN AGOSTO & AZIZ; MUHAMMAD S. AZIZ | INFO@ABRAHAMWATKINS.COM |
| BLEAKLEY PLATT & SCHMIDT, LLP | ATTN WILLIAM HARRINGTON, ADAM RODRIGUEZ | WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM |
| CHUBB GROUP | ATTN ADRIENNE LOGAN, LEGAL ANALYST | ADRIENNE.LOGAN@CHUBB.COM |
| COHEN & GRESSER LLP | ATTN DAVID F LISNER | DLISNER@COHENGRESSER.COM |
| CROWELL & MORING LLP | ATTN: GREGORY GENNADY PLOTKO | GPLOTKO@CROWELL.COM |
| CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | MPLEVIN@CROWELL.COM |
| CROWELL & MORING LLP | ATNN: RACHEL A. JANKOWSKI | RJANKOWSKI@CROWELL.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, WENDY M. SIMKULAK | DSMCGEHRIN@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| GRANT & EISENHOFER, P.A. | ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER | BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM |
| GRANT & EISENHOFFER P.A. | ATTN: GORDON Z. NOVOD | GNOVOD@GELAW.COM |
| HARNICK AND HARNICK, P.C. | ATTN ROBERT HARNICK | RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM |
| HERMAN LAW FIRM, PA | ATTN J. HERMAN, D. ELLIS, S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER | JHERMAN@HERMANLAW.COM |
| KUTAK ROCK LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT | PETER.BARRETT@KUTAKROCK.COM |
| LEVY KONIGSBERG LLP | ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK | INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM |
| MARCOWITZ LAW FIRM | ATTN EDWARD L.C. MARCOWITZ | ED@MARCOWITZLAW.COM |
| MERSON LAW, PLLC | ATTN JORDAN K. MERSON, GIOVANNA MABILE | JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN LETITIA JAMES, E. GONZALEZ & E.LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN K. KORNBERG, ESQ., ANDREW M. PARLEN, E. JOHN, T WEBER, ESQ. | AKORNBERG@PAULWEISS.COM; APARLEN@PAULWEISS.COM; JWEBER@PAULWEISS.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN | VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | ATTN STEVEN GERSHOWITZ | SGERSHOWITZ@RLLAWYERS.COM |
| ROBINSON + COLE | ATTN: LAWRENCE KLEIN | LKLEIN@RC.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ROPES & GRAY LLP | ATTN: G. GALARDI, A. DEVORE, U. EGEONUIGWE | GREGG.GALARDI@ROPESGRAY.COM; ANDREW.DEVORE@ROPESGRAY.COM; UCHECHI.EGEONUIGWE@ROPESGRAY.COM |
| SEEGER WEISS LLP | ATTN STEPHEN A WEISS, MICHAEL ROSENBERG, PHILIPPA RATZKI | SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM |
| SIDLEY AUSTIN LLP | ATTN SAM NEWMAN, KEN KANSA, G. WEINER | SAM.NEWMAN@SIDLEY.COM; KKANSA@SIDLEY.COM; GWEINER@SIDLEY.COM |
| SILVER & KELMACHTER, LLP | ATTN SAMEER NATH | SNATH@SILVERKELMACHTER.COM |
| SLATER SLATER SCHULMAN LLP | ATTN ADAM P. SLATER, LINC C. LEDER | ASLATER@SSSFIRM; LLEDER@SSSFIRM.COM |
| THE MARSH LAW FIRM, PLLC | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, M. MABIE, B. BERGER | KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING | USTPREGION02.NYECF@USDOJ.GOV ANDREA.B.SCHWARTZ@USDOJ.GOV |
| THE SIMPSON TUEGEL FIRM | ATTN MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR SDNY | ATTN ANDREA B SCHWARTZ, ESQ & TARA TIANTIAN, ESQ | PETER.ARONOFF@USDOJ.GOV |
| WEITZ & LUXENBERG | ATTN JERRY KRISTAL | JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM |
| WILLIAMS CEDER LLC | ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN | GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM |