**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re                                                       : Chapter 11
                                                            :
MADISON SQUARE BOYS & GIRLS CLUB,                           : Case No. 22-10910-shl
INC.[1],                                                    :
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA             )
                                )
COUNTY OF SAN FRANCISCO         )

I, Patricia Jeffries, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105-1020.

On August 9, 2022, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**:

- *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* [Docket No. 111]; and

- *Motion for Order Shortening Notice With Respect to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* [Docket No. 112]

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 9th day of August, 2022.

/s/ Patricia Jeffries
Patricia Jeffries

DOCS_SF:107760.1 54162/004

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | ATTN AGOSTO & AZIZ; MUHAMMAD S. AZIZ | INFO@ABRAHAMWATKINS.COM |
| BLEAKLEY PLATT & SCHMIDT, LLP | ATTN WILLIAM HARRINGTON, ADAM RODRIGUEZ | WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM |
| CHUBB GROUP | ATTN ADRIENNE LOGAN, LEGAL ANALYST | ADRIENNE.LOGAN@CHUBB.COM |
| COHEN & GRESSER LLP | ATTN DAVID F LISNER | DLISNER@COHENGRESSER.COM |
| CROWELL & MORING LLP | ATTN: GREGORY GENNADY PLOTKO | GPLOTKO@CROWELL.COM |
| CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | MPLEVIN@CROWELL.COM |
| CROWELL & MORING LLP | ATNN: RACHEL A. JANKOWSKI | RJANKOWSKI@CROWELL.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, WENDY M. SIMKULAK | DSMCGEHRIN@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| GRANT & EISENHOFER, P.A. | ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER | BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM |
| GRANT & EISENHOFFER P.A. | ATTN: GORDON Z. NOVOD | GNOVOD@GELAW.COM |
| HARNICK AND HARNICK, P.C. | ATTN ROBERT HARNICK | RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM |
| HERMAN LAW FIRM, PA | ATTN J. HERMAN, D. ELLIS, S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER | JHERMAN@HERMANLAW.COM |
| KUTAK ROCK LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT | PETER.BARRETT@KUTAKROCK.COM |
| LEVY KONIGSBERG LLP | ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK | INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM |
| MARCOWITZ LAW FIRM | ATTN EDWARD L.C. MARCOWITZ | ED@MARCOWITZLAW.COM |
| MERSON LAW, PLLC | ATTN JORDAN K. MERSON, GIOVANNA MABILE | JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN LETITIA JAMES, E. GONZALEZ & E.LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN K. KORNBERG, ESQ., ANDREW M. PARLEN, E. JOHN, T WEBER, ESQ. | AKORNBERG@PAULWEISS.COM; APARLEN@PAULWEISS.COM; JWEBER@PAULWEISS.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN | VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| RAPHAELSON & LEVINE LAW FIRM, P.C. | ATTN STEVEN GERSHOWITZ | SGERSHOWITZ@RLLAWYERS.COM |
| ROBINSON + COLE | ATTN: LAWRENCE KLEIN | LKLEIN@RC.COM |
| ROPES & GRAY LLP | ATTN: G. GALARDI, A. DEVORE, U. EGEONUIGWE | GREGG.GALARDI@ROPESGRAY.COM; ANDREW.DEVORE@ROPESGRAY.COM; UCHECHI.EGEONUIGWE@ROPESGRAY.COM |
| SEEGER WEISS LLP | ATTN STEPHEN A WEISS, MICHAEL ROSENBERG, PHILIPPA RATZKI | SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM |
| SIDLEY AUSTIN LLP | ATTN SAM NEWMAN, KEN KANSA, G. WEINER | SAM.NEWMAN@SIDLEY.COM; KKANSA@SIDLEY.COM; GWEINER@SIDLEY.COM |
| SILVER & KELMACHTER, LLP | ATTN SAMEER NATH | SNATH@SILVERKELMACHTER.COM |
| SLATER SLATER SCHULMAN LLP | ATTN ADAM P. SLATER, LINC C. LEDER | ASLATER@SSSFIRM; LLEDER@SSSFIRM.COM |
| THE MARSH LAW FIRM, PLLC | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, M. MABIE, B. BERGER | KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING | USTPREGION02.NYECF@USDOJ.GOV ANDREA.B.SCHWARTZ@USDOJ.GOV |
| THE SIMPSON TUEGEL FIRM | ATTN MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR SDNY | ATTN ANDREA B SCHWARTZ, ESQ & TARA TIANTIAN, ESQ | PETER.ARONOFF@USDOJ.GOV |
| WEITZ & LUXENBERG | ATTN JERRY KRISTAL | JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM |
| WILLIAMS CEDER LLC | ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN | GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM |

2

## EXHIBIT 2

**Service by First Class US Mail**

| | | |
|---|---|---|
| A.G. Risk Management Inc.<br>Kiumberly Taylor, Sr. Claims Adjuster<br>3 Batterymarch Park<br>Suite 101<br>Quincy, MA 02169 | Aetna Casualty & Surety Company<br>Travelers Casualty and Surety Company, Inc<br>Edward M. Zawitoski, 2nd V.P.<br>111 Schilling Road<br>Mail Code 9265<br>Hunt Valley, MD 21301 | AIG<br>Christine Smith, Complex Director<br>AIG Excess Casualty Claims<br>175 Water Street, 11th Floor<br>New York, NY 10038 |
| Alliance Global Corporate & Specialty<br>Attn: First Notice of Loss Claims Unit<br>One Progress Point Parkway, 2nd Floor<br>O'Fallon, MO 63368 | Allianz Global Risks US Insurance Company<br>Amanda Webber, Claims Adjuster<br>1465 North McDowell Blvd., Suite 100<br>Petaluma, CA 94954 | Allianz Resolution Management<br>Amanda Webber, Claims Adjuster<br>1465 North McDowell Blvd., Suite 100<br>Petaluma, CA 94954 |
| American Home Assurance Company<br>AIG<br>Christine Smith, Complex Director<br>AIG Excess Casualty Claims<br>175 Water Street, 11th Floor<br>New York, NY 10038 | Argonaut Insurance Co.<br>90 Pitts Bay Road<br>Pembroke HM 08 Bermuda | Atlantic Specialty Insurance Company<br>One Beacon Management Liability<br>Matthew E. Schweiger, Esq.<br>125 South Wacker Dr., Suite 1240<br>Chicago, IL 60606 |
| Christopher T. Bradley<br>Samuel F. Paniccia<br>Marshall Conway Bradley Gollub & Weissman, P.C.<br>45 Broadway, Suite 740<br>New York, NY 10006 | Chubb Group Holdings, Inc.<br>1133 Avenue of the Americas<br>New York, NY 10036 | Church Mutual Insurance Company<br>3000 Schuster Lane<br>Merrill, WI 54452-0357 |
| Church Mutual Insurance Company<br>PO Box 357<br>Merrill, WI 54452-0357 | Church Mutual Insurance Company, S.I.<br>PO Box 2912<br>Milwaukee, WI 53201-2912 | Evan Shapiro<br>Michael Marick<br>Skarzynski Marick & Black LLP<br>One Battery Park Plaza, 32nd Floor<br>New York, NY 10004 |
| Federal Insurance Company<br>Attn: Claims Dept.<br>15 Mountainview Road<br>Warren, NJ 07059-6711 | Gary P. Seligman<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006 | General Star Indemnity Company<br>120 Long Ridge Road<br>Stamford, CT 06902 |
| General Star National Insurance Company<br>120 Long Ridge Road<br>Stamford, CT 06902 | Great American Insurance Company<br>Executive Liability Division<br>Kathleen T. Van Deven, Esq.<br>Vice President, Claims and Compliance PO Box 66943<br>Chicago IL 60666-0943 | Great Atlantic Insurance Company in Liquidation<br>704 N. King Street, Suite 200<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Gregory Gennady Plotko<br>CROWELL & MORING LLP<br>590 Madison Ave, 20th Floor<br>New York, New York 10022 | Hallmark Specialty Insurance Co.<br>Two Lincoln Centre<br>5420 Lyndon B. Johnson Freeway, Suite 1100<br>Dallas, TX 75240-2345 | Illinois National Insurance Company<br>AIG<br>Christine Smith, Complex Director<br>AIG Excess Casualty Claims<br>175 Water Street, 11th Floor<br>New York, NY 10038 |
| Jefferson Insurance Company of New York (Allianz)<br>9950 Mayland Drive<br>Richmond, VA 23233 | Jeffrey N. Miceli<br>Black & Gerngross, P.C.<br>1617 John F. Kennedy Blvd., Suite 1575<br>Philadelphia, PA 19103 | Katelin Gorman<br>Clyde & Co US LLP<br>The Chrysler Building<br>405 Lexington Avenue, 16th Floor<br>New York, NY 10174 |
| Kristina Mangino<br>Sr. Claim/Coverage Director, Long Term Exposure<br>CHUBB<br>10 Exchange Place, 9th Floor<br>Jersey city, NJ 07302 | Landmark Insurance Company<br>RSUI Landmark American Insurance Co.<br>15303 Ventura Blvd., Suite 500<br>Sherman Oaks, CA 91403 | Lawrence Klein<br>ROBINSON + COLE<br>Chrysler East Building<br>666 Third Avenue, 20th Floor<br>New York, New York 10017 |
| Magna Carta Companies, Inc.<br>1 Park Avenue, Floor 15<br>New York, NY 10016-5802 | Mark D. Plevin<br>CROWELL & MORING LLP<br>Three Embarcadero Center, 26th Floor<br>San Francisco, California 94111 | Matthew O. Sitzer<br>Shook Hardy & Bacon<br>111 South Wacker Drive<br>Chicago, IL 60606 |
| Motors Insurance Corporation<br>500 Woodward Avenue, 14th Floor<br>Detroit, MI 48226 | National Union Fire Insurance Company of Pittsburgh, PA<br>AIG<br>Christine Smith, Complex Director<br>AIG Excess Casualty Claims<br>175 Water Street, 11th Floor<br>New York, NY 10038 | North Star Reinsurance Corporation<br>120 Long Ridge Road<br>Stamford, CT 06902-1843 |
| Philadelphia Indemnity Insurance Company<br>Coti Voegtler, Claims Supervisor<br>One Bala Plaza, Suite 100<br>Bala Cynwyd, PA 19004 | Planet Insurance Company<br>Claims Dept. 5th Floor<br>Three Benjamin Franklin Parkway<br>Philadelphia, PA 19102 | Premia Holdings, Ltd.<br>c/o Codan Service Limited<br>Clarendon House 2 Church Street<br>Hamilton, Hamilton, HM 11<br>Bermuda |
| Public Service Mutual Insurance Company<br>1 Park Avenue<br>New York, NY 10016-5802 | Rachel A. Jankowski<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Reliance Insurance (In Liquidation)<br>Claims Dept. 5th Floor<br>Three Benjamin Franklin Parkway<br>Philadelphia, PA 19102 |
| Robert W. DiUbaldo, Esq.<br>Nora A. Valenza-Frost, Esq.<br>Nader A. Amer, Esq.<br>CARLTON FIELDS, P.A.<br>405 Lexington Avenue, 36th Floor<br>New York, New York 10174-0002 | Royal Indemnity Co.<br>Royal Insurance<br>9300 Arrowpoint Blvd.<br>Charlotte, NC 28217 | Royal Insurance<br>9300 Arrowpoint Blvd.<br>Charlotte, NC 28217 |

| RSUI Group, Inc.<br>William Nielsen<br>945 East Paces Ferry Road<br>Suite 1800<br>Atlanta, GA 30326-1125 | Seaboard Surety<br>5801 Centennial Way<br>Baltimore, MD 21209 | St. Paul Fire & Marine Insurance Company<br>Travelers Casualty and Surety Company, Inc<br>Edward M. Zawitoski, 2nd V.P.<br>111 Schilling Road<br>Mail Code 9265<br>Hunt Valley, MD 21301 |
|---|---|---|
| St. Paul Insurance Company<br>Travelers Casualty and Surety Company, Inc<br>Edward M. Zawitoski, 2nd V.P.<br>111 Schilling Road<br>Mail Code 9265<br>Hunt Valley, MD 21301 | StarStone Specialty Insurance Co.<br>StarStone National Insurance Co.<br>Attn: Bankruptcy Filings - Collections<br>1441 Main Street, Suite 1410<br>Columbia, SC 29201 | The Monarch Insurance Company of Ohio<br>120 Long Ridge Road<br>Stamford, CT 06902-1843 |
| Travelers Casualty and Surety Company, Inc<br>Edward M. Zawitoski, 2nd V.P.<br>111 Schilling Road<br>Mail Code 9265<br>Hunt Valley, MD 21301 | Weitz & Luxenberg, P.C.<br>220 Lake Drive East, Suite 210<br>Cherry Hill, NJ 08002 | |

DOCS_SF:107760.1 54162/004