UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In re                                                                                    : Chapter 11
                                                                                            :
MADISON SQUARE BOYS & GIRLS CLUB,              : Case No. 22-10910-shl
INC.[1],
                                                                                            :
              Debtor.                                                              :
                                                                                            :
---------------------------------------------------------------X

**ORDER SHORTENING TIME FOR NOTICE OF HEARING REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATIONS AND PRODUCTION OF DOCUMENTS OF CERTAIN INSURERS**

This matter coming before the Court on the motion (the "**Motion to Shorten**") of the Official Committee of Unsecured Creditors (the "**Committee**") of Madison Square Boys & Girls Club, Inc., for entry of an order shortening the notice and objection deadlines for, and scheduling an expedited hearing regarding, the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* (the "**Motion**");[2] the Court having reviewed and considered the Motion to Shorten and accompanying papers; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (iii) notice of the Motion to Shorten as described therein was proper under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2] Capitalized terms not defined herein shall have the meanings and definitions ascribed to them in the Motion to Shorten.

after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED that

1. The Motion to Shorten is GRANTED.

2. The hearing to consider the Motion (the "**Hearing**") shall be conducted on **August 31, 2022, at 11:00 a.m.** (prevailing Eastern Time).

3. Any objections to the Motion must be made in writing, filed and served on counsel for the Committee so that it is received no later than 4:00 p.m. (prevailing Eastern Time), August 25, 2022.

4. The Committee may reply to any objections to the relief requested in the Motion at the Hearing; any written reply by the Committee shall be filed and served by August 29, 2022 at 3:00 p.m.

5. The Committee shall serve a copy of this Order and the underlying Motion papers forthwith by electronic mail (where known) and overnight mail.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York          */s/ Sean H. Lane*
      August 12, 2022                    THE HONORABLE SEAN H. LANE
                                                  UNITED STATES BANKRUPTCY JUDGE

DOCS_LA:344739.2 54162/004