UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re : Chapter 11
:
MADISON SQUARE BOYS & GIRLS CLUB, : Case No. 22-10910-shl
INC.[1],
:
          Debtor. :
:
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                                )
COUNTY OF SAN FRANCISCO  )

    I, Oliver Carpio, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, Suite 400, San Francisco, California 94105-1020.

    On **August 15, 2022**, in addition to service via the Court's ECF system, I caused a true and correct copy of the following document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via FedEx upon the parties set forth on the service list annexed hereto as **Exhibit 2**:

- *The Official Committee of Unsecured Creditors' Application to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as of July 16, 2022* [Docket No. __]; and

- *Notice of Hearing on The Official Committee of Unsecured Creditors' Application to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as of July 16, 2022* [Docket No. __].

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

I declare under penalty of perjury, under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Dated this 15th day of August, 2022.

                                                  */s/ Oliver Carpio*
                                                  Oliver Carpio

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | ATTN AGOSTO & AZIZ; MUHAMMAD S. AZIZ | INFO@ABRAHAMWATKINS.COM |
| BLEAKLEY PLATT & SCHMIDT, LLP | ATTN WILLIAM HARRINGTON, ADAM RODRIGUEZ | WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM |
| CHUBB GROUP | ATTN ADRIENNE LOGAN, LEGAL ANALYST | ADRIENNE.LOGAN@CHUBB.COM |
| COHEN & GRESSER LLP | ATTN DAVID F LISNER | DLISNER@COHENGRESSER.COM |
| CROWELL & MORING LLP | ATTN: GREGORY GENNADY PLOTKO | GPLOTKO@CROWELL.COM |
| CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | MPLEVIN@CROWELL.COM |
| CROWELL & MORING LLP | ATNN: RACHEL A. JANKOWSKI | RJANKOWSKI@CROWELL.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, WENDY M. SIMKULAK | DSMCGEHRIN@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| GRANT & EISENHOFER, P.A. | ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER | BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM |
| GRANT & EISENHOFFER P.A. | ATTN: GORDON Z. NOVOD | GNOVOD@GELAW.COM |
| HARNICK AND HARNICK, P.C. | ATTN ROBERT HARNICK | RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM |
| HERMAN LAW FIRM, PA | ATTN J. HERMAN, D. ELLIS, S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER | JHERMAN@HERMANLAW.COM |
| KUTAK ROCK LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT | PETER.BARRETT@KUTAKROCK.COM |
| LEVY KONIGSBERG LLP | ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK | INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM |
| MARCOWITZ LAW FIRM | ATTN EDWARD L.C. MARCOWITZ | ED@MARCOWITZLAW.COM |
| MERSON LAW, PLLC | ATTN JORDAN K. MERSON, GIOVANNA MABILE | JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN LETITIA JAMES, E. GONZALEZ & E.LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN K. KORNBERG, ESQ., ANDREW M. PARLEN, E. JOHN, T WEBER, ESQ. | AKORNBERG@PAULWEISS.COM; APARLEN@PAULWEISS.COM; JWEBER@PAULWEISS.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN | VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | ATTN STEVEN GERSHOWITZ | SGERSHOWITZ@RLLAWYERS.COM |
| ROBINSON + COLE | ATTN: LAWRENCE KLEIN | LKLEIN@RC.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ROPES & GRAY LLP | ATTN: G. GALARDI, A. DEVORE, U. EGEONUIGWE | GREGG.GALARDI@ROPESGRAY.COM; ANDREW.DEVORE@ROPESGRAY.COM; UCHECHI.EGEONUIGWE@ROPESGRAY.COM |
| SEEGER WEISS LLP | ATTN STEPHEN A WEISS, MICHAEL ROSENBERG, PHILIPPA RATZKI | SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM |
| SIDLEY AUSTIN LLP | ATTN SAM NEWMAN, KEN KANSA, G. WEINER | SAM.NEWMAN@SIDLEY.COM; KKANSA@SIDLEY.COM; GWEINER@SIDLEY.COM |
| SILVER & KELMACHTER, LLP | ATTN SAMEER NATH | SNATH@SILVERKELMACHTER.COM |
| SLATER SLATER SCHULMAN LLP | ATTN ADAM P. SLATER, LINC C. LEDER | ASLATER@SSSFIRM.COM; LLEDER@SSSFIRM.COM |
| THE MARSH LAW FIRM, PLLC | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, M. MABIE, B. BERGER | KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING | USTPREGION02.NYECF@USDOJ.GOV ANDREA.B.SCHWARTZ@USDOJ.GOV |
| THE SIMPSON TUEGEL FIRM | ATTN MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR SDNY | ATTN ANDREA B SCHWARTZ, ESQ & TARA TIANTIAN, ESQ | PETER.ARONOFF@USDOJ.GOV |
| WEITZ & LUXENBERG | ATTN JERRY KRISTAL | JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM |
| WILLIAMS CEDER LLC | ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN | GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM |

# EXHIBIT 2

**Service by FED EX**

| Alda Building Company LLC<br>128 Norman Avenue<br>Brooklyn, NY  11222 | Gem Mechanical, LLC<br>200 Franklin Street<br>Ste 3, Box 2<br>Brooklyn, NY  11222 | J & L Service NYC Inc.<br>1949 66th Street<br>Brooklyn, NY  11204 |
|---|---|---|
| Chubb Group<br>1133 Avenue of the Americas<br>New York, NY  10036 | The Hon. Sean Lane<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street<br>Room 147<br>White Plains, NY 10601 |
| Andrea Schwartz<br>U.S. Dept. of Justice - Office of U.S. Trustee<br>201 Varick St, Unit 1006<br>New York, NY  10014-9449 | Andrea Schwartz<br>120 E. 87th Street, Apt. 8Q<br>New York, New York 10128 | |