# File a Notice:

22-10910-shl Madison Square Boys & Girls Club, Inc.

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from John W. Lucas entered on 8/15/2022 at 7:07 PM and filed on 8/15/2022

**Case Name:** Madison Square Boys & Girls Club, Inc.
**Case Number:** 22-10910-shl
**Document Number:** 135

**Docket Text:**
Notice of Hearing *on the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* (related document(s)[111]) filed by John W. Lucas on behalf of Official Committee Of Unsecured Creditors. (Lucas, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Madison - NOH re 2004 Motion (Insurers).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/15/2022] [FileNumber=20404804-0]
[8899428f70e31ec73172f29e4514e34501373321l1a991b053da29669ccd116eacc7
646cc141cb75e3eb2cf4ebe606669a158b7bd4e7ed891e7d6c186fbfd2ad]]

**22-10910-shl Notice will be electronically mailed to:**

Peter John Barrett on behalf of Creditor PNC CDE 74, LP, Harlem Clubhouse Investment Fund, LLC, PNC New Markets Investment Partners, LLC
peter.barrett@kutakrock.com,
charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Gillian Nicole Brown on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gbrown@pszjlaw.com

Robert W DiUbaldo on behalf of Interested Party American Home Assurance Company
rdiubaldo@carltonfields.com, nvalenza-frost@carltonfields.com

Robert W DiUbaldo on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh, PA.
rdiubaldo@carltonfields.com, nvalenza-frost@carltonfields.com

Gregg M. Galardi on behalf of Interested Party Rockefeller University Hospital
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Michael Kwiatkowski on behalf of Creditor Consolidated Edison Company of New York, Inc.
mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

John W. Lucas on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Gordon Z. Novod on behalf of Creditor Committee Richard Vespi
gnovod@gelaw.com, cnevers@gelaw.com;6811968420@filings.docketbird.com;rhovsepian@gelaw.com

Gregory G. Plotko on behalf of Interested Party Federal Insurance Company
gplotko@crowell.com, RKOManagingClerk@rkollp.com;greg-plotko-2613@ecf.pacerpro.com

Kimberly A. Posin on behalf of Interested Party Xclaim Inc.
kim.posin@lw.com

Andrea Beth Schwartz on behalf of U.S. Trustee United States Trustee
andrea.b.schwartz@usdoj.gov

Tara Tiantian on behalf of U.S. Trustee United States Trustee
tara.tiantian@usdoj.gov

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

**22-10910-shl Notice will not be electronically mailed to:**

Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
www.epiqglobal.com
New York, NY 10017

Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
www.epiqglobal.com
New York, NY 10017

Alan W. Kornberg on behalf of Debtor Madison Square Boys & Girls Club, Inc.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
mtattnall@paulweiss.com