James I. Stang, Esq. (*pro hac vice*)
John W. Lucas, Esq.
Malhar S. Pagay, Esq. (*pro hac vice*)
Gillian N. Brown, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
       jlucas@pszjlaw.com
       mpagay@pszjlaw.com
       gbrown@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.[1], | Case No. 22-10910-shl |
| Debtor. | |

**AMENDED NOTICE OF HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATIONS AND PRODUCTION OF DOCUMENTS OF CERTAIN INSURERS**

      PLEASE TAKE NOTICE that on August 9, 2022, the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* [Docket No. 111] (the "Motion") with the United States Bankruptcy Court for the Southern District of New York.

      PLEASE TAKE FURTHER NOTICE that the Motion will be heard before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 at a

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

hearing scheduled **for August 31, 2022, at 11:00 a.m., prevailing Eastern Time** (the "Hearing"), or at such other time as the Court may determine.

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection") to the relief requested in the Motion shall: (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (b) be served so as to be actually received by **August 25, 2022 at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"). Replies to the Objections must be filed by **August 29, 2022 at 3:00 p.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion on or after the Objection Deadline, submit to the Bankruptcy Court orders substantially in the form of the proposed orders annexed to the Motion, which orders may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing. An agenda may be filed before the Hearing, which may modify or supplement the Motion to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's proposed claims and noticing agent Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/madisonsquare/info or by calling (866) 977-1161 (toll free) for U.S.

2

DOCS_SF:107786.2

and Canada-based parties or +1 (503) 597-7709 for international parties.  Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: August 15, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ John W. Lucas* |
| | James I. Stang, Esq. (*pro hac vice*) |
| | John W. Lucas, Esq. |
| | Malhar S. Pagay, Esq. (*pro hac vice*) |
| | Gillian N. Brown, Esq. |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017-2024 |
| | Telephone: 212.561.7700 |
| | Fax: 212.561.7777 |
| | Emails: jstang@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | mpagay@pszjlaw.com |
| | gbrown@pszjlaw.com |
| | |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |