Mary E. Mulligan, Esq.
John N. Orsini, Esq.
Bonnie M. Baker, Esq.
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Special Litigation Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**FIRST MONTHLY FEE STATEMENT OF FRIEDMAN KAPLAN SEILER & ADELMAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL LITIGATION COUNSEL FOR DEBTOR FOR PERIOD FROM JUNE 29, 2022 THROUGH JULY 31, 2022**

---

[1]    The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Friedman Kaplan Seiler & Adelman LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | June 29, 2022 through July 31, 2022 |
| Monthly Fees Incurred: | $65,250.00 |
| 20% Holdback: | $13,050.00 |
| Total Compensation Less 20% Holdback: | $52,200.00 |
| Monthly Expenses Incurred: | $3,458.87 |
| Total Fees and Expenses Due: | $55,658.87[2] |
| This is a: __X__ monthly _____ interim_____ | final application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bank. P. 2014 and 2016 Authorizing the Retention and Employment of Friedman Kaplan Seiler & Adelman LLP as Employment and Retention of Friedman Kaplan Seiler & Adelman LLP as Special Litigation Counsel for the Debtor and Debtor in Possession* Nunc Pro Tunc *to the Petition Date* [ECF No. 122] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

---

[2]    Pursuant to paragraph 6 of the Retention Order, Friedman Kaplan will first apply the remaining amount of its prepetition retainer as a credit toward postpetition fees and expenses that are approved by the Court. The remaining amount of its prepetition retainer is $19,201.14.

*Retained Professionals* [ECF No. 125] (the "Interim Compensation Order"),[3] Friedman Kaplan

Seiler & Adelman LLP ("Friedman Kaplan"), Special Litigation Counsel for the above-captioned

debtor and debtor in possession (the "Debtor"), hereby submits this first monthly fee statement

(the "First Monthly Fee Statement"), seeking compensation for services rendered and

reimbursement of expenses incurred as counsel to the Debtor, for the period from June 29, 2022

through July 31, 2022 (the "First Monthly Fee Period").   By this First Monthly Fee Statement,

Friedman Kaplan seeks payment in the amount of $55,658.87, which is comprised of (i)

$52,200.00, which represents eighty percent (80%) of the total amount of compensation sought for

actual and necessary services rendered during the First Monthly Fee Period, and (ii) reimbursement

of $3,458.87, which represents one hundred percent (100%) of actual and necessary expenses

incurred in connection with such services, subject in each case to certain voluntary reductions.

### Services Rendered and Expenses Incurred

1.      Attached as Exhibit A is a summary of Friedman Kaplan's professionals by

individual, setting forth the (i) name, title, and department of each individual who provided

services in connection with the chapter 11 case during the First Monthly Fee Period, (ii) aggregate

hours spent by each individual, (iii) hourly billing rate for each such individual at Friedman

Kaplan's current billing rates, (iv) amount of fees earned by each Friedman Kaplan professional,

and (v) the year of bar admission for each attorney.  The blended hourly billing rate of Friedman

Kaplan attorneys during the First Monthly Fee Period is approximately $575.94.  The blended

hourly rate of legal assistants during the First Monthly Fee Period is approximately $208.67.

2.      Attached as Exhibit B is a summary of expenses incurred and reimbursement

sought, by expense type, for the First Monthly Fee Period.

---

[3]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim
Compensation Order.

3680678.2

3.      Attached as <u>Exhibit C</u> is itemized time detail of Friedman Kaplan professionals for the First Monthly Fee Period and summary materials related thereto.

<u>**Notice and Objection Procedures**</u>

4.      Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian, Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Andrew M. Parlen, John T. Weber); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas and Gillian N. Brown).

5.      Objections to this First Monthly Fee Statement, if any, must be filed with the Court and served upon Friedman Kaplan and the Notice Parties so as to be received no later than **15 days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

6.      If no objections to this First Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein, net of the remaining retainer held by Friedman Kaplan, which shall be applied first as a credit.

7.      If an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and

4

disbursements in the percentages set forth above.  To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be heard by the Court.


New York, New York                      /s/ Mary E. Mulligan
Dated:  August 22, 2022                 Mary E. Mulligan, Esq.
                                        John N. Orsini, Esq.
                                        Bonnie M. Baker, Esq.
                                        **FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
                                        7 Times Square
                                        New York, NY 10036
                                        Telephone: (212) 833-1100
                                        Facsimile: (212) 833-1250
                                        mmulligan@fklaw.com
                                        jorsini@fklaw.com
                                        bbaker@fklaw.com

                                        *Special Litigation Counsel to the Debtor and Debtor in Possession*

3680678.2

## Exhibit A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## FROM JUNE 29, 2022 THROUGH JULY 31, 2022

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($)[4] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Mary E. Mulligan | Partner | Litigation | 1990 | 900.00 | 11.6 | 10,440.00 |
| John N. Orsini | Partner | Litigation | 2003 | 712.50 | 21.5 | 15,318.75 |
| Bonnie M. Baker | Counsel | Litigation | 1995 | 487.50 | 75.7 | 36,903.75 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Partners and Counsel:** | | | | | **#108.8** | **$62,662.50** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($)[5] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total Associates:** | | | | **#** | **$** |

| Name of Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($)[6] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Joseph D. Shaw | 221.25 | 2.0 | 442.50 |
| Joseph Mendieta | 206.25 | 6.0 | 1,237.50 |
| Timothy Philbin | 206.25 | 0.2 | 41.25 |
| Tyler Robinson | 206.25 | 2.0 | 412.50 |
| Alex Sacklowski | 206.25 | 2.2 | 453.75 |
| | | | |
| | | | |
| **Total Paralegals and Other Non-Legal Staff:** | | **#12.4** | **$2,587.50** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 575.94 | 108.8 | 62,662.50 |

---

[4]    The invoices attached at Exhibit C reflect Friedman Kaplan's regular hourly rates in effect at the time the works was done. Then at the bottom of each invoice, there is a 25% discount applied to all billable time, as set forth in Friedman Kaplan's retention application. The rates reflected on this table reflect the net hourly rates after application of this 25% discount.

[5]    Please see footnote 3.

[6]    Please see footnote 3.

| | | | |
|---|---|---|---|
| Associates | | | |
| Paralegals/Non-Legal Staff | 208.67 | 12.4 | 2,587.50 |
| Blended Attorney Rate | 575.94 | | |
| **Total Fees Incurred** | | **#** | **$65,250.00** |

2

**<u>Exhibit B</u>**

**Expense Summary**

3680678.2

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD
FROM JUNE 29, 2022 THROUGH JULY 31, 2022**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | |
| Information Retrieval Services | 3,170.40 |
| Out-of-Town Travel | |
| Overtime – Meals and Transportation | |
| Duplicating | 288.47 |
| Mail & Messengers | |
| Taxi | |
| Business Expenses | |
| **TOTAL** | **$3,458.87** |

3680678.2

**<u>Exhibit C</u>**

**Itemized Time Detail**

3680678.2



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

---------------------------------------------------------------------

Madison Square Boys & Girls Club                    Date: 08/19/22
Re: CVA                                          Invoice: 79120

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/29/22 | JNO: Communicate (with client) - Attend Board meeting re: filing of Chapter 11 petition. | 0.50 | 475.00 |
| 06/29/22 | BB: Appear for/attend - Attend Board meeting to address restructuring strategy. | 0.50 | 325.00 |
| 06/29/22 | BB: Review/analyze - Study draft PW first-day presentation and emails M. Levi and R. Chiu re: same. | 2.20 | 1,430.00 |
| 06/29/22 | BB: Communicate (outside counsel) - Communicate with W. Clareman re: restructuring issues. | 0.10 | 65.00 |
| 06/29/22 | MEM: Appear for/attend - Attend Board meeting with Paul Weiss. | 0.50 | 600.00 |
| 06/30/22 | BB: Review/analyze - Review press on ch. 11 filing. | 0.10 | 65.00 |
| 06/30/22 | BB: Communicate (in firm) - Communicate with J. Orsini re: filing Suggestions of Bankruptcy in CVA actions. | 0.10 | 65.00 |
| 06/30/22 | BB: Communicate (other external) - Communicate with C. Stern, counsel for C.M. | 0.10 | 65.00 |

** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 2                                             Invoice: 79120


| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| | re: Madison. | | |
| 06/30/22 | BB: Communicate (in firm) - Telephone conference M. Mulligan re: press inquiries and strategic issues re: same. | 0.20 | 130.00 |
| 06/30/22 | BB: Review/analyze - Study updated draft of first-day presentation and communicate with M. Levi, team re: same. | 1.50 | 975.00 |
| 06/30/22 | JNO: Review/analyze - Review emails re: filing of Chapter 11 petition and first day hearing. | 0.20 | 190.00 |
| 06/30/22 | JNO: Communicate (other external) - Email and telephone conference with M. Gross re: press inquiry. | 0.30 | 285.00 |
| 06/30/22 | JDS: Manage data/files - Open new case docket and calendar bankruptcy deadlines. | 0.40 | 118.00 |
| 06/30/22 | MEM: Communicate (outside counsel) - Teleconference with Max Gross to discuss press inquiry. | 0.10 | 120.00 |
| 06/30/22 | MEM: Review/analyze - Review first day petition and related activity in bankruptcy. | 0.30 | 360.00 |
| 06/30/22 | MEM: Communicate (outside counsel) - Email communications with Miriam Levi at Paul Weiss concerning filing. | 0.10 | 120.00 |
| 06/30/22 | MEM: Review/analyze - Review draft presentation for first day hearing and related communications with B. Baker re: comments to presentation. | 0.30 | 360.00 |
| 07/01/22 | JNO: Communicate (outside counsel) - Calls with Paul Weiss and Pachulski re: bankruptcy planning. | 1.00 | 950.00 |
| 07/01/22 | TP: Manage data/files - Email B. Baker re: news coverage of Madison's bankruptcy filing. | 0.20 | 55.00 |
| 07/01/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: preparation for first-day hearing. | 0.20 | 130.00 |
| 07/01/22 | BB: Appear for/attend - Attend first-day hearing in bankruptcy case before Judge Lane. | 2.00 | 1,300.00 |
| 07/01/22 | BB: Draft/revise - Draft update letter requested by Madison's auditor. | 2.30 | 1,495.00 |
| 07/01/22 | BB: Communicate (outside counsel) - | 0.30 | 195.00 |


                   ** Continued on next page **

Madison Square Boys & Girls Club                          Client: 4817
08/19/22                                                        : 001
Page 3                                                  Invoice: 79120

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | Communicate with Paul Weiss and FK teams re: issues arising from first day hearing. | | |
| 07/01/22 | MEM: Appear for/attend - Attend First Day hearing virtually and related internal communications. | 2.00 | 2,400.00 |
| 07/01/22 | MEM: Review/analyze - Review inquiry from client re: Board issues and respond by email. | 0.20 | 240.00 |
| 07/05/22 | JNO: Communicate (outside counsel) - Call and emails with Paul Weiss re: chapter 11 strategy, Rockefeller. | 0.60 | 570.00 |
| 07/05/22 | BB: Draft/revise - Draft and revise update letter requested by auditor. | 0.40 | 260.00 |
| 07/05/22 | BB: Draft/revise - Review and revise Suggestions of Bankruptcy to file in 80 state and 1 federal docket. | 0.70 | 455.00 |
| 07/05/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: requests of US Trustee, and prepare/review chart of information for same. | 0.60 | 390.00 |
| 07/05/22 | BB: Communicate (outside counsel) - Consider strategy issues related to filing appearances in CVA appellate dockets and communicate with Paul Weiss re: same. | 0.40 | 260.00 |
| 07/06/22 | JNO: Communicate (outside counsel) - Email and telephone conference with Paul Weiss re: mediation, Rockefeller strategy. | 0.90 | 855.00 |
| 07/06/22 | JDS: Manage data/files - E-file Suggestion of Bankruptcy in 10 related actions, and emails to B. Baker. | 1.00 | 295.00 |
| 07/06/22 | BB: Review/analyze - Review and revise 81 Suggestions of Bankruptcy for filing and communicate with managing clerks re: same. | 2.40 | 1,560.00 |
| 07/06/22 | JMM: Manage data/files - File documents into NYSCEF. | 2.00 | 550.00 |
| 07/07/22 | JNO: Review/analyze - Emails and telephone conferences re: restructuring strategy. | 1.10 | 1,045.00 |
| 07/07/22 | ACS: Manage data/files - Provide case team access to hosted review database, and emails and calls with case team regarding same. | 1.20 | 330.00 |
| 07/07/22 | BB: Review/analyze - Review and revise 81 | 1.70 | 1,105.00 |

** Continued on next page **

Madison Square Boys & Girls Club                          Client: 4817
08/19/22                                                       : 001
Page 4                                                    Invoice: 79120


| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | Suggestions of Bankruptcy and communicate with managing clerks re: filing of same. | | |
| 07/07/22 | BB: Draft/revise - Revise and finalize update letter for auditor, and communicate re: same. | 0.40 | 260.00 |
| 07/07/22 | BB: Review/analyze - Study bar date motion papers. | 0.40 | 260.00 |
| 07/07/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: July 13 and 20 bankruptcy court hearings. | 0.20 | 130.00 |
| 07/07/22 | JMM: Manage data/files - File Suggestions of Bankruptcy into NYSCEF. | 3.50 | 962.50 |
| 07/08/22 | JNO: Review/analyze - Emails and telephone conferences re: restructuring strategy. | 0.20 | 190.00 |
| 07/08/22 | BB: Communicate (outside counsel) - Communicate with M. Levi, J. Shaw re: appearance at bankruptcy hearing on July 20. | 0.40 | 260.00 |
| 07/08/22 | BB: Review/analyze - Study Judge Broderick's order endorsing discovery stay. | 0.10 | 65.00 |
| 07/08/22 | BB: Review/analyze - Study plaintiff John Doe's opposition papers to Rockefeller's order to show cause which reference Madison and email team re: same. | 0.20 | 130.00 |
| 07/11/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy. | 0.50 | 475.00 |
| 07/11/22 | JDS: Manage data/files - Register for SDNY Bankruptcy credentials for team, for bankruptcy hearing and telephone call to Bankruptcy help desk re: good standing. | 0.60 | 177.00 |
| 07/12/22 | JNO: Plan and prepare for - Prepare for strategy call with Paul Weiss. | 0.50 | 475.00 |
| 07/12/22 | JNO: Communicate (outside counsel) - Strategy call with Paul Weiss. | 0.50 | 475.00 |
| 07/12/22 | JNO: Review/analyze - Review and respond to restructuring strategy emails. | 0.60 | 570.00 |
| 07/12/22 | BB: Communicate (outside counsel) - Communicate with Paul Weiss team, J. Orsini re: Federal letter re: newly found policy documents. | 0.40 | 260.00 |
| 07/12/22 | BB: Review/analyze - Study chart re: plaintiffs asserting CVA claims. | 0.10 | 65.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club              Client: 4817
08/19/22                                           : 001
Page 5                                        Invoice: 79120
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/12/22 | BB: Communicate (outside counsel) - Communicate with J. Weber re: CVA claimants. | 0.10 | 65.00 |
| 07/12/22 | JMM: Manage data/files - Retrieve CVA case documents for attorney use. | 0.50 | 137.50 |
| 07/12/22 | MEM: Communicate (outside counsel) - Prepare for and participate in conference call with Paul Weiss re: Covington investigation and related internal communications. | 0.60 | 720.00 |
| 07/13/22 | JNO: Appear for/attend - Attend mediation motion hearing by telephone. | 0.80 | 760.00 |
| 07/13/22 | BB: Appear for/attend - Attend virtual bankruptcy court hearing. | 0.80 | 520.00 |
| 07/13/22 | BB: Communicate (outside counsel) - Communicate with J. Weber, M. Levi re: issues relating to formation of official committee of unsecured creditors, appearance at 7/20 hearing. | 0.40 | 260.00 |
| 07/13/22 | MEM: Appear for/attend - Attend virtual bankruptcy hearing via Zoom and related internal communications. | 1.50 | 1,800.00 |
| 07/14/22 | JNO: Review/analyze - Review and respond to emails re: suspension motion, mediation. | 0.70 | 665.00 |
| 07/14/22 | BB: Communicate (in firm) - Communicate with Nolan's counsel re: implications for plaintiff's yet-to-be refiled complaint. | 0.60 | 390.00 |
| 07/14/22 | BB: Communicate (outside counsel) - Communicate with M. Mulligan, A. Kornberg, B. Croutch, re: issues for board update. | 0.30 | 195.00 |
| 07/14/22 | BB: Communicate (outside counsel) - Communicate with A. Kornberg, A. Parlen re: counsel for UCC and review materials re: same. | 0.40 | 260.00 |
| 07/14/22 | BB: Communicate (outside counsel) - Telephone conference M. Levi re: strategic issues concerning Rockefeller objection to suspension, 7/20 hearing. | 0.40 | 260.00 |
| 07/14/22 | BB: Review/analyze - Study Paul Weiss updated and revised draft suspension order shared with Rockefeller. | 0.20 | 130.00 |
| 07/14/22 | BB: Review/analyze - Study CVA-related press | 0.20 | 130.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 6                                              Invoice: 79120
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | and court filings concerning developments in bankruptcy mediations for relevance to client. | | |
| 07/15/22 | JNO: Communicate (outside counsel) - Telephone conference with W. Clareman re: restructuring strategy | 0.50 | 475.00 |
| 07/15/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy. | 0.30 | 285.00 |
| 07/15/22 | BB: Review/analyze - Study deposition notices in Vespi, Salamone, and Cawley actions. | 0.10 | 65.00 |
| 07/15/22 | BB: Communicate (in firm) - Communicate with M. Mulligan, J. Orsini re: strategic issues concerning Covington investigation. | 0.40 | 260.00 |
| 07/15/22 | BB: Communicate (other external) - Telephone conference Y. Meyer, counsel for plaintiff in Nolan action, re: plaintiff's recourse for his claims. | 0.20 | 130.00 |
| 07/15/22 | MEM: Communicate (in firm) - Prepare for and participate in teleconference with B. Baker and J. Orsini re: Covington investigation and potential issues. | 0.50 | 600.00 |
| 07/15/22 | MEM: Communicate (other external) - Communicate with Covington re: investigation for Madison. | 0.10 | 120.00 |
| 07/16/22 | BB: Review/analyze - Study US Trustee's objection to Madison's suspension motion and communicate with M. Mulligan and J. Orsini re: implications of same. | 0.20 | 130.00 |
| 07/18/22 | JNO: Review/analyze - Review filings in bankruptcy court re: suspension motion. | 0.40 | 380.00 |
| 07/18/22 | JNO: Communicate (in firm) - Email and telephone conferences with B. Baker re: Cravath subpoena response, Board presentation. | 0.80 | 760.00 |
| 07/18/22 | JNO: Communicate (in firm) - Telephone conference with M. Mulligan and B. Baker re: Board presentation. | 0.50 | 475.00 |
| 07/18/22 | JNO: Communicate (with client) - Attend Board meeting by Zoom. | 1.50 | 1,425.00 |
| 07/18/22 | ACS: Manage data/files - Download and extract | 0.50 | 137.50 |

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 7                                              Invoice: 79120
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | requested documents from co-counsel. | | |
| 07/18/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: issues related to retention application. | 0.10 | 65.00 |
| 07/18/22 | BB: Communicate (outside counsel) - Communicate with M. Gross, J. Orsini re: communications/public relations questions regarding alleged predators. | 0.30 | 195.00 |
| 07/18/22 | BB: Communicate (outside counsel) - Communicate with M. Levi to provide update on Nolan counsel's view of claims against Madison. | 0.10 | 65.00 |
| 07/18/22 | BB: Review/analyze - Study letter from Nolan counsel re: her view of claims against Madison and tolling of time to file complaint. | 0.10 | 65.00 |
| 07/18/22 | BB: Appear for/attend - Attend and participate in client board meeting to discuss restructuring. | 0.60 | 390.00 |
| 07/18/22 | BB: Review/analyze - Study Paul Weiss reply to objections to suspension motion filed by US Trustee and Rockefeller. | 0.30 | 195.00 |
| 07/18/22 | MEM: Communicate (with client) - Prepare for and participate in call with Madison Board and follow up with B. Baker and related emails. | 1.20 | 1,440.00 |
| 07/19/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy. | 0.50 | 475.00 |
| 07/19/22 | BB: Communicate (outside counsel) - Communicate with Covington and M. Mulligan re: issues related to Covington investigation. | 0.30 | 195.00 |
| 07/19/22 | BB: Communicate (outside counsel) - Telephone conference B. Crouch, JH Strauss re: Ch. 11 issues, insurance participation in mediation. | 0.40 | 260.00 |
| 07/19/22 | BB: Draft/revise - Revise charts of CVA plaintiffs alleging abuse given Federal's discovery of potentially applicable policies. | 1.20 | 780.00 |
| 07/19/22 | MEM: Communicate (in firm) - Outline topics for call with Covington and communications | 0.20 | 240.00 |

** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                : 001
Page 8                                              Invoice: 79120


| Date | Professional Services | Hours | Amount |
|--------|-------------------------------------------------|--------|--------------|
| | with B. Baker. | | |
| 07/20/22 | BB: Communicate (outside counsel) - Telephone conference M. Mulligan, J. Criss re: issues related to Covington investigation. | 0.80 | 520.00 |
| 07/20/22 | BB: Appear for/attend - Attend Ch. 11 hearing via teleconference. | 1.30 | 845.00 |
| 07/20/22 | BB: Draft/revise - Revise chart of plaintiffs covered by new insurance coverage and communicate with B. Croutch re: same. | 0.30 | 195.00 |
| 07/20/22 | BB: Communicate (outside counsel) - Review and revise draft talking points for press inquiries. | 0.90 | 585.00 |
| 07/20/22 | JNO: Appear for/attend - Attend hearing on "second day" motions. | 1.40 | 1,330.00 |
| 07/20/22 | JNO: Review/analyze - Review and respond to restructuring strategy, status emails. | 0.50 | 475.00 |
| 07/20/22 | MEM: Communicate (in firm) - Listen to virtual "second day" hearing before Judge Lane and follow up discussions with B. Baker. | 1.60 | 1,920.00 |
| 07/20/22 | MEM: Communicate (outside counsel) - Prep for and phone call with Jason Criss and B. Baker re: Covington investigation. | 0.30 | 360.00 |
| 07/21/22 | ACS: Manage data/files - Download and extract requested production documents from co-counsel. | 0.50 | 137.50 |
| 07/21/22 | BB: Communicate (outside counsel) - Communicate with B. Croutch re: issues relating to insurance policies potentially applicable to CVA plaintiffs. | 0.40 | 260.00 |
| 07/21/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: issues relating to Unsecured Creditors Committee. | 0.10 | 65.00 |
| 07/21/22 | BB: Communicate (outside counsel) - Communicate with M. Gross re: press inquiries. | 0.20 | 130.00 |
| 07/21/22 | TR: Manage data/files - File downloaded documents into the appropriate folders for attorney reference. | 1.00 | 275.00 |
| 07/22/22 | BB: Draft/revise - Create chart of plaintiffs potentially covered by newly discovered | 0.80 | 520.00 |


** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 9                                              Invoice: 79120

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | insurance and communicate with B. Crouch re: same. | | |
| 07/22/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: various mediation issues, materials/information for mediator, issues raised by UCC counsel. | 0.40 | 260.00 |
| 07/22/22 | BB: Review/analyze - Study National Union/American Home letter and communicate with Paul Weiss, Pillsbury, FK re: strategic implications of same. | 0.50 | 325.00 |
| 07/22/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy. | 0.10 | 95.00 |
| 07/22/22 | MEM: Review/analyze - Review updates concerning newly discovered insurance policies. | 0.10 | 120.00 |
| 07/22/22 | MEM: Communicate (in firm) - Communications with B. Baker re: proposed appointment of Friedman Kaplan as special counsel. | 0.10 | 120.00 |
| 07/25/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy. | 0.60 | 570.00 |
| 07/25/22 | BB: Communicate (outside counsel) - Communicate with J. Criss re: issues concerning Covington investigation and update/discuss same with FK team. | 0.60 | 390.00 |
| 07/25/22 | BB: Research - Research Victims of Gender-Motivated Violence Prevention Acts and communicate with M. Levi, J. Orsini, M. Mulligan re: issues relating to same. | 1.30 | 845.00 |
| 07/25/22 | BB: Communicate (outside counsel) - Communicate with Paul Weiss re: issues relating to mediation participation by National Union. | 0.50 | 325.00 |
| 07/25/22 | BB: Communicate (outside counsel) - Communicate with B. Crouch re: issues relating to Securities Mutual and Puritan policies referenced in recent Chubb communications. | 0.10 | 65.00 |
| 07/26/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy, insurance issues and calls re: same. | 0.40 | 380.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 10                                             Invoice: 79120
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/26/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: issues related to retention. | 0.70 | 455.00 |
| 07/26/22 | BB: Draft/revise - Work on issues related to UCC objections to retention and telephone conference J. Orsini re same. | 2.10 | 1,365.00 |
| 07/26/22 | BB: Communicate (outside counsel) - Telephone conference B. Crouth, JH Strauss re: Ch. 11 mediation issues. | 0.50 | 325.00 |
| 07/26/22 | BB: Draft/revise - Work on Chart to assist B. Crouch with insurance issues. | 0.80 | 520.00 |
| 07/26/22 | BB: Communicate (outside counsel) - Voicemail B. Clareman re: Covington. | 0.10 | 65.00 |
| 07/26/22 | BB: Research - Research issues concerning VGMPL claim revival implications for client. | 3.00 | 1,950.00 |
| 07/26/22 | BB: Review/analyze - Communicate B. Crouch re: information requestion from Allianz/Jefferson insurance. | 0.40 | 260.00 |
| 07/26/22 | BB: Communicate (outside counsel) - Communicate with PW and FK teams re: UCC objections. | 0.20 | 130.00 |
| 07/27/22 | JNO: Communicate (outside counsel) - Call with Paul Weiss re: restructuring strategy. | 0.50 | 475.00 |
| 07/27/22 | JNO: Review/analyze - Review and respond to emails re: restructuring strategy. | 0.30 | 285.00 |
| 07/27/22 | BB: Communicate (other external) - Communicate with Judge Chapman, A. Kornberg, M. Mulligan re: mediation. | 0.20 | 130.00 |
| 07/27/22 | BB: Communicate (outside counsel) - Communicate with Paul Weiss team re: issues concerning retention and UCC. | 0.70 | 455.00 |
| 07/27/22 | BB: Communicate (outside counsel) - Review letters from insurance companies and charts of plaintiff claims to assist B. Crouch and communications with B. Crouch re: same. | 1.80 | 1,170.00 |
| 07/27/22 | BB: Communicate (outside counsel) - Telephone conference J. Orsini and M. Levi re: Raphaelson issues. | 0.50 | 325.00 |
| 07/27/22 | BB: Communicate (outside counsel) - Communicate with FK team and W. Clareman re: | 0.20 | 130.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 11                                             Invoice: 79120
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | Covington issues. | | |
| 07/27/22 | BB: Research - Research VGMPL and claim revival issues and draft memo for team. | 1.70 | 1,105.00 |
| 07/27/22 | TR: Research - Research prior decisions by presiding judge. | 1.00 | 275.00 |
| 07/28/22 | JNO: Review/analyze - Attention to restructuring issues. | 2.10 | 1,995.00 |
| 07/28/22 | BB: Communicate (outside counsel) - Communicate with J. Orsini and M. Levi re: Rockefeller's Falzon appeal. | 0.10 | 65.00 |
| 07/28/22 | BB: Research - Research VGMPL, and communicate with J. Orsini re: same. | 0.60 | 390.00 |
| 07/28/22 | BB: Communicate (outside counsel) - Communicate with PW, M. Mulligan, J. Orsini re: UCC/FK retention issues. | 0.50 | 325.00 |
| 07/28/22 | BB: Communicate (outside counsel) - Communicate with A. Kornberg, M. Mulligan re: mediation statement. | 0.20 | 130.00 |
| 07/28/22 | BB: Review/analyze - Consider aspects of potential settlement proposal for mediation statement. | 0.80 | 520.00 |
| 07/28/22 | BB: Communicate (other external) - Communications re: Ch. 11 issues. | 0.20 | 130.00 |
| 07/28/22 | MEM: Review/analyze - Review draft order re: retention and related teleconference with John Weber at Paul Weiss. | 0.40 | 480.00 |
| 07/28/22 | MEM: Communicate (outside counsel) - Email re: Blank Rome in connection with Rockefeller and access at data room. | 0.10 | 120.00 |
| 07/29/22 | BB: Communicate (outside counsel) - Review marked up retention order, revise same. | 0.80 | 520.00 |
| 07/29/22 | BB: Draft/revise - Draft memo re: impact of revival window of VGMPL and communicate with M. Mulligan and J. Orsini re: same. | 1.50 | 975.00 |
| 07/29/22 | BB: Communicate (outside counsel) - Communicate with M. Levi, J. Orsini, M. Mulligan re: issues related to retention order and mediation statement. | 0.60 | 390.00 |
| 07/29/22 | BB: Review/analyze - Review and revise draft PW mediation statement and communicate with | 2.30 | 1,495.00 |

```
               ** Continued on next page **
```

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 001
Page 12                                             Invoice: 79120
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | FK, Teneo, Pillsbury, and PW teams re: same. | | |
| 07/29/22 | BB: Communicate (other external) - Communicate with J. Eisen re: call with Judge Chapman. | 0.10 | 65.00 |
| 07/29/22 | JNO: Review/analyze - Review and respond to emails, calls, and drafts of edits to retention application, mediation meeting requests. | 2.30 | 2,185.00 |
| 07/29/22 | MEM: Review/analyze - Review and comment on order re: FK retention. | 0.40 | 480.00 |
| 07/29/22 | MEM: Communicate (other external) - Email to US Trustee Andrea Schwartz re: introduction. | 0.10 | 120.00 |
| 07/29/22 | MEM: Review/analyze - Review and comment on mediation statement and review various comments by Pillsbury and Teneo and related communications. | 0.60 | 720.00 |
| 07/29/22 | BB: Review/analyze - Review recent developments related to CVA and sex abuse mediation in bankruptcy. | 0.60 | 390.00 |

```
                                        ---------- --------------
                    TOTAL Hours and Fees    99.90   $72,870.00
                                        ========== ==============
```

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Mary E. Mulligan | 11.30 | 1200.00 | 13,560.00 |
| John N. Orsini | 21.10 | 950.00 | 20,045.00 |
| Bonnie Baker | 55.10 | 650.00 | 35,815.00 |
| Joseph N. Mendieta | 6.00 | 275.00 | 1,650.00 |
| Timothy Philbin | 0.20 | 275.00 | 55.00 |
| Tyler Robinson | 2.00 | 275.00 | 550.00 |
| Alex Sacklowski | 2.20 | 275.00 | 605.00 |
| Joseph D. Shaw | 2.00 | 295.00 | 590.00 |

```
                                          --------------
                    TOTAL Current Fees      $72,870.00

                    Less Courtesy discount    18,217.50cr
                                          --------------
                    Net Current Fees Due    $54,652.50
```

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                : 001
Page 13                                             Invoice: 79120
```

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | Photocopying - Outside Service | 288.47 |
| | Research - Lexis/Westlaw | 209.51 |
| | Research services | 2,960.89 |

```
                                        -------------
                  TOTAL Current Costs    $3,458.87


                  Current Invoice Due   $58,111.37
                                        =============
```

Remaining Advance Balance $19,210.14



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

--------------------------------------------------------------------------------

Madison Square Boys & Girls Club                        Date: 08/19/22
Re: Castrillo                                        Invoice: 79121


FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/12/22 | BB: Review/analyze - Study B. Hart's letter to Court in Castrillo case re: adjourning briefing schedule in light of client's Chapter 11 filing. | 0.10 | 65.00 |
| | TOTAL Hours and Fees | 0.10 | $65.00 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Bonnie Baker | 0.10 | 650.00 | 65.00 |
| | TOTAL Current Fees | | $65.00 |
| | Less Courtesy discount | | 16.25cr |
| | Net Current Fees Due | | $48.75 |


** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 010
Page 2                                              Invoice: 79121



                                   Current Invoice Due        $48.75
                                                         ==============
```



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

--------------------------------------------------------------------------

Madison Square Boys & Girls Club                    Date: 08/19/22
Re: C.R.                                         Invoice: 79122


FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/08/22 | BB: Review/analyze - Study subpoenas issued to BGCA in C.R. case so ordered by Court. | 0.10 | 65.00 |
| 07/25/22 | BB: Review/analyze - Study plaintiff's papers in support of subpoena enforcement against BGCA in C.R. case. | 0.10 | 65.00 |
| | TOTAL Hours and Fees | 0.20 | $130.00 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Bonnie Baker | 0.20 | 650.00 | 130.00 |
| | | TOTAL Current Fees | $130.00 |
| | | Less Courtesy discount | 32.50cr |
| | | Net Current Fees Due | $97.50 |


** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 015
Page 2                                              Invoice: 79122


                              Current Invoice Due      $97.50
                                                 ==============
```



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

--------------------------------------------------------------------------

Madison Square Boys & Girls Club                        Date: 08/19/22
Re: HB3                                              Invoice: 79123


FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/18/22 | BB: Communicate (other external) - Communicate with S. Gershowitz, counsel for plaintiffs in HB3 case, re: questions about mediation and insurer role in settlement. | 0.10 | 65.00 |
| 07/18/22 | BB: Communicate (outside counsel) - Communicate with A. Kornberg and J. Weber re: strategic issues concerning communication with plaintiffs' counsel in HB3 case re: questions about mediation and insurer role in settlement. | 0.20 | 130.00 |

TOTAL Hours and Fees    0.30       $195.00

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Bonnie Baker | 0.30 | 650.00 | 195.00 |

TOTAL Current Fees       $195.00


** Continued on next page **

7 Times Square, New York, NY 10036-6516    212.833.1100    Tax ID 13-3324388    fklaw.com

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 023
Page 2                                              Invoice: 79123
```

|                          |          |
|--------------------------|----------|
| Less Courtesy discount   | 48.75cr  |
|                          | -------------- |
| Net Current Fees Due     | $146.25  |
|                          |          |
| Current Invoice Due      | $146.25  |
|                          | ============== |



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

--------------------------------------------------------------------------

Madison Square Boys & Girls Club                    Date: 08/19/22
Re: Liguori                                      Invoice: 79124


    FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022,
    including:

| Date | Professional Services | Hours | Amount |
|------|------------------------|-------|--------|
| 06/30/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.30 | 195.00 |
| 07/05/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.20 | 130.00 |
| 07/07/22 | BB: Review/analyze - Study Justice Tisch's orders issued in 8 CVA actions. | 0.20 | 130.00 |
| 07/08/22 | BB: Review/analyze - Study Federal Ins. response to subpoena issued by Marsh firm. | 0.50 | 325.00 |
| 07/10/22 | BB: Review/analyze - Study email from P. Johnson re: CVA steering committee update. | 0.10 | 65.00 |
| 07/10/22 | BB: Review/analyze - Study second amended confidentiality order issued by the CVA judges. | 0.20 | 130.00 |
| 07/12/22 | BB: Communicate (outside counsel) - Communicate B,. Croutch, JH Strauss to update co-counsel re: responses to Liguori subpoenas that were provided to FK. | 0.30 | 195.00 |
| 07/12/22 | BB: Review/analyze - Study CVA-related press and court decisions. | 0.10 | 65.00 |


                    ** Continued on next page **


7 Times Square, New York, NY 10036-6516    212.833.1100    Tax ID 13-3324388    fklaw.com

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 024
Page 2                                              Invoice: 79124
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/15/22 | BB: Communicate (other external) - Telephone conference S. Kessler, assistant general counsel at Cravath, re: Cravath document production in response to subpoena in Liguori action. | 0.20 | 130.00 |
| 07/18/22 | BB: Review/analyze - Review Cravath's draft production in response to subpoena issues by counsel for the Liguori plaintiffs. | 2.70 | 1,755.00 |
| 07/18/22 | BB: Communicate (in firm) - Communicate with J. Orsini re: Cravath production in response to subpoena issued by counsel for the Liguori plaintiffs. | 0.10 | 65.00 |
| 07/18/22 | BB: Communicate (other external) - Communicate with S. Kessler, in general counsel's office at Cravath, re: Cravath's document production in response to subpoena issued by Liguori plaintiffs' counsel. | 0.30 | 195.00 |
| 07/19/22 | BB: Review/analyze - Study Liguori subpoena materials received from J. Dold. | 0.10 | 65.00 |
| 07/21/22 | BB: Review/analyze - Communicate with S. Kessler, in Cravath's general counsel's office, re: issues concerning Cravath's response to subpoena to produce documents in this action. | 0.20 | 130.00 |
| 07/22/22 | BB: Review/analyze - Review final document production provided by Cravath in response to subpoena issued in this action. | 0.40 | 260.00 |
| 07/22/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.10 | 65.00 |
| 07/22/22 | BB: Review/analyze - Study communications from CVA defense liaison committee and draft compliance order. | 0.20 | 130.00 |
| 07/25/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.20 | 130.00 |
| 07/26/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.30 | 195.00 |
| 07/27/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.40 | 260.00 |
| 07/28/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.30 | 195.00 |

```
                    ** Continued on next page **
```

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 024
Page 3                                              Invoice: 79124


   Date              Professional Services          Hours        Amount
--------  -------------------------------------   ---------   -------------
                                                  ---------   -------------
                              TOTAL Hours and Fees    7.40     $4,810.00
                                                  =========   =============

              Professional            Hours       Rate        Amount
    ------------------------------   ---------   --------   -------------
    Bonnie Baker                        7.40      650.00      4,810.00
                                                            -------------
                              TOTAL Current Fees             $4,810.00

                              Less Courtesy discount          1,202.50cr
                                                            -------------
                              Net Current Fees Due           $3,607.50


                              Current Invoice Due            $3,607.50
                                                            =============
```



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

------------------------------------------------------------------------

Madison Square Boys & Girls Club                         Date: 08/19/22
Re: RU                                                   Invoice: 79125


       FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022,
       including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/05/22 | BB: Communicate (outside counsel) - Attention to Rockefeller's potential opposition to suspension and mediation motions. | 0.70 | 455.00 |
| 07/06/22 | BB: Communicate (outside counsel) - Telephone conference Paul Weiss and FK teams re: Rockefeller potential opposition to suspension and mediation motions. | 0.70 | 455.00 |
| 07/06/22 | BB: Communicate (in firm) - Telephone conference J. Orsini re: discovery-related issues relevant to Rockefeller requests. | 0.10 | 65.00 |
| 07/06/22 | BB: Communicate (outside counsel) - Communicate with client, Paul Weiss team, Finsbury re: Rockefeller-related strategy. | 0.30 | 195.00 |
| 07/06/22 | JNO: Draft/revise - Draft email to Board re: Rockefeller strategy. | 0.20 | 190.00 |
| 07/06/22 | JNO: Draft/revise - Draft discovery requests to Rockefeller. | 0.20 | 190.00 |
| 07/07/22 | BB: Communicate (in firm) - Communicate with A. Sacklowski, J. Orsini re: issues related | 0.80 | 520.00 |

                      ** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 025
Page 2                                              Invoice: 79125
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | to discovery with Rockefeller. | | |
| 07/07/22 | BB: Communicate (outside counsel) - Research and draft response to client's questions concerning Rockefeller, and communicate with Paul Weiss and FK teams re: same. | 1.50 | 975.00 |
| 07/07/22 | BB: Communicate (in firm) - Telephone conference J. Orsini re: issues relating to discovery with Rockefeller. | 0.60 | 390.00 |
| 07/07/22 | BB: Draft/revise - Draft and review discovery demands to Rockefeller and communicate with FK team re: same. | 0.60 | 390.00 |
| 07/07/22 | MEM: Communicate (outside counsel) - Review email from Board members re: Rockefeller. | 0.30 | 360.00 |
| 07/08/22 | BB: Communicate (outside counsel) - Communicate with A. Kornberg re: responses to RU demands for discovery. | 0.20 | 130.00 |
| 07/10/22 | BB: Communicate (with client) - Communicate with Madison Board, A. Kornberg, M. Mulligan re: mediation, response to Rockefeller's discovery demands. | 0.20 | 130.00 |
| 07/11/22 | BB: Review/analyze - Study Rockefeller objection to client's mediation motion. | 0.60 | 390.00 |
| 07/11/22 | BB: Research - Research arguments for reply to Rockefeller's objection to Madison's mediation motion. | 0.80 | 520.00 |
| 07/12/22 | BB: Review/analyze - Attention to issues re: Covington investigation and Rockefeller's request for findings of same. | 0.40 | 260.00 |
| 07/12/22 | BB: Communicate (outside counsel) - Telephone conference A. Kornberg, A. Parlen, M. Mulligan, J. Orsini, M. Hirshman re: issues related to Covington investigation and Rockefeller's request for findings of same. | 0.50 | 325.00 |
| 07/12/22 | BB: Communicate (outside counsel) - Communicate with A. Kornberg, J. Weber, M. Levi re: issues concerning Madison's reply to Rockefeller's objection to mediation motion. | 0.80 | 520.00 |
| 07/12/22 | BB: Review/analyze - Review and comment on draft Paul Weiss reply to Rockefeller's objection to Madison's mediation motion. | 0.70 | 455.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 025
Page 3                                              Invoice: 79125
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/12/22 | BB: Communicate (in firm) - Telephone conference M. Mulligan re: issues related to Covington investigation and Rockefeller's request for findings of same. | 0.20 | 130.00 |
| 07/13/22 | BB: Review/analyze - Study Rockefeller objections to Madison's Ch. 11 suspension motion. | 0.40 | 260.00 |
| 07/13/22 | BB: Review/analyze - Study memorandum in support of motion to dismiss filed by Rockefeller in RF II action. | 0.20 | 130.00 |
| 07/18/22 | BB: Communicate (in firm) - Communicate with M. Mulligan and J. Orsini re: issues related to claims against Rockefeller for discussion/presentation at 7/18 client board meeting. | 1.10 | 715.00 |
| 07/18/22 | BB: Appear for/attend - Attend and participate in client board meeting to discuss Rockefeller and related strategic issues. | 0.80 | 520.00 |
| 07/18/22 | BB: Review/analyze - Prepare for board meeting by reviewing materials relating to claims against Rockefeller. | 0.40 | 260.00 |

```
                        TOTAL Hours and Fees    13.30    $8,930.00
                                              ========  ============
```

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Mary E. Mulligan | 0.30 | 1200.00 | 360.00 |
| John N. Orsini | 0.40 | 950.00 | 380.00 |
| Bonnie Baker | 12.60 | 650.00 | 8,190.00 |

```
                              TOTAL Current Fees       $8,930.00

                              Less Courtesy discount    2,232.50cr
                                                      ------------
                              Net Current Fees Due     $6,697.50
```

```
              ** Continued on next page **
```

```
Madison Square Boys & Girls Club                    Client: 4817
08/19/22                                                 : 025
Page 4                                              Invoice: 79125


                                    Current Invoice Due    $6,697.50
                                                          ============
```