UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **MADISON SQUARE BOYS & GIRLS CLUB, INC.,** | Case No. 22-10910 (SHL) |
| Debtor. | |

**FIRST MONTHLY FEE STATEMENT OF
TENEO CAPITAL LLC FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM JUNE 29, 2022 THROUGH JULY 31, 2022**

| **Name of Applicant** | **Teneo Capital LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Madison Square Boys & Girls Club, Inc., Debtor and Debtor-in-Possession |
| Date of Retention: | August 12, 2022 *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | June 29, 2022 through July 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $40,100.40 (80% of $50,125.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $10,908.89 |

This is a **X** monthly ___ interim __ final application. No prior application filed for this Fee Period.[1]

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Approving Retention and Employment of Teneo Capital LLC, as Financial Advisor to Debtor, Nunc Pro Tunc to Petition Date,* dated August 12, 2022 [D.I. 124] (the "Retention Order") and the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and*

---

[1] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Compensation Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Compensation Order.

*Reimbursement of Expenses for Professionals,* dated August 12, 2022 [D.I. 125] (the "Compensation Order"), Teneo Capital LLC ("Teneo"), financial advisor to the debtor and debtor in possession in the above captioned case ("Debtor"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $40,100.40 for the reasonable and necessary financial advisory services Teneo rendered to the Debtor from June 29, 2022 through July 31, 2022 (the "Fee Period") (80% of $50,125.50); and (ii) reimbursement for the actual and necessary expenses that Teneo incurred, in the amount of $10,908.89 during the Fee Period.

## BACKGROUND

1. On June 29, 2022 (the "Petition Date"), the Debtor commenced its chapter 11 Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate as debtor in possession. No trustee or examiner has been appointed in the Case.

2. On July 13, 2022, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]

### Itemization of Services Rendered and Disbursements Incurred

3. Teneo is compensated in this matter by the hour at its standard hourly rates, as was approved by the Retention Order.

4. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the hours expended and corresponding fees incurred on this matter during the Fee Period by each Teneo professional. Teneo professionals expended a total of 104.3 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit B** is a schedule of the number of hours expended and corresponding fees incurred (individually and on an aggregate basis) by Teneo professionals during the Fee Period with respect to each of the subject matter categories

Teneo established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

- **Exhibit C** is a detailed description of all fees incurred during the Fee Period by professional.

- **Exhibit D** is a detailed description of expenses for which Teneo is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Teneo's out-of-pocket expenses.

**Representations**

5.  Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Compensation Order.

6.  There is no agreement or understanding between Teneo and any person other than members or employees of the firm for the sharing of compensation to be received for services rendered in this case.

**Certification of Compliance and Waiver**

7.  The undersigned representative of Teneo certifies that she has reviewed the requirements of Local Rule 2016-1 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Orders or otherwise modified by orders of this Court, as permitted by orders of the Compensation Order. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Teneo believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Teneo requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $51,009.29 consisting of (a) $40,100.40, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by Teneo; and (b) $10,908.89 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated: August 22, 2020      */s/ Robin Chiu*
                                       **TENEO CAPITAL LLC**
                                       **Robin Chiu**
                                       **Senior Managing Director**
                                       **280 Park Avenue, 4th Floor**
                                       **New York, NY 10017**

**Exhibit A**

**Exhibit A**
**Summary of Fees by Timekeeper**

| Timekeeper | Title | Rate | Time | Fees |
|---|---|---|---|---|
| Jay Goldin | Vice Chairman | $1,170.00 | 4.1 | $4,797.00 |
| Robin Chiu | Senior Managing Director | $ 877.50 | 23.0 | $20,182.50 |
| Dan Finnegan | Analyst | $ 337.50 | 36.8 | $12,420.00 |
| Jay D. Rao | Analyst | $ 315.00 | 40.4 | $12,726.00 |
| **Total** | | | 104.3 | **$50,125.50** |

**Exhibit B**

**Exhibit B**

- **Financing**

This category includes activities related to obtaining financing, both DIP and exit.

- **Projections and Cash Forecasting**

This category includes analysis of various of the Debtor's business prospects and the development and analysis of financial projections therefor.

- **Claims Analysis**

This category includes review and analysis of the various claims against the Debtor, including the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims.

- **Management and Board Meetings**

This category includes written and oral communications with the management and Board.

- **Restructuring Advisory**

This category includes analyses, research and meetings necessary for the furtherance of the case including communications with creditors and other parties.

- **Court Filings and Reporting**

This category includes support for the Debtor and counsel in preparing, reviewing and commenting on motions and other reporting including monthly operating reports

- **Attendance of Court Proceedings**

This category includes support for various court proceedings and hearings.

Madison Square Boys & Girls Club of services though 07/31/2022

**Summary by Task**

| Totals for | Hours | Amount |
|---|---:|---:|
| Claims Analysis | 0.20 | 175.50 |
| Financing | 2.10 | 789.75 |
| Projections and cash forecasting | 2.10 | 798.75 |
| Management and board meetings | 11.60 | 9,884.25 |
| Attendance of Court proceedings | 12.40 | 7,920.00 |
| Court filings and reporting | 36.00 | 13,162.50 |
| Restructuring advisory | 39.90 | 17,394.75 |
| **TOTAL** | 104.30 | 50,125.50 |

7

Madison Square Boys & Girls Club - services though 07/31/2022

**Detail by Task**

## Attendance of Court proceedings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 07/01/2022 | 2.00 | 337.50 | 675.00 | Attendance of First day hearing |
| Jay D Rao | 07/01/2022 | 2.00 | 315.00 | 630.00 | Madison First Day Hearing |
| Jay Goldin | 07/01/2022 | 2.00 | 1,170.00 | 2,340.00 | First day hearing |
| Robin Chiu | 07/01/2022 | 2.00 | 877.50 | 1,755.00 | First Day Hearing |
| Jay D Rao | 07/13/2022 | 0.80 | 315.00 | 252.00 | Madison Mediation Motion Hearing |
| Jay Goldin | 07/13/2022 | 0.80 | 1,170.00 | 936.00 | Attendance at court hearing |
| Robin Chiu | 07/13/2022 | 0.80 | 877.50 | 702.00 | Hearing on Mediation motion |
| Jay D Rao | 07/20/2022 | 2.00 | 315.00 | 630.00 | Second Day Hearing |
| **TOTAL** | | 12.40 | | 7,920.00 | |

## Claims Analysis

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 07/26/2022 | 0.20 | 877.50 | 175.50 | Correspondence with counsel re: claims analysis |
| **TOTAL** | | 0.20 | | 175.50 | |

## Court filings and reporting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 07/05/2022 | 0.40 | 337.50 | 135.00 | Updates to SOFA/SOAL board info |
| Jay D Rao | 07/05/2022 | 0.40 | 315.00 | 126.00 | Answered questions and obtained information regarding schedule G |
| Robin Chiu | 07/05/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: SOFA and SOAL |
| Dan Finnegan | 07/06/2022 | 0.80 | 337.50 | 270.00 | Work on remaining comments on schedules and sofa |
| Dan Finnegan | 07/06/2022 | 1.70 | 337.50 | 573.75 | Work on operating guidelines request for UST |
| Jay D Rao | 07/06/2022 | 0.20 | 315.00 | 63.00 | Uploaded and sent contract documents to Epiq |
| Jay D Rao | 07/06/2022 | 0.50 | 315.00 | 157.50 | Reviewed outstanding items and questions for operating guidelines |
| Robin Chiu | 07/06/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: information for Debtor's Initial Interview |
| Robin Chiu | 07/06/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: contracts for SOAL |
| Robin Chiu | 07/06/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: SOFA and SOAL updates and comments |
| Robin Chiu | 07/07/2022 | 0.30 | 877.50 | 263.25 | Correspondence re: global notes and SOFA/SOAL |
| Robin Chiu | 07/08/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: SOFA/SOAL and Initial Debtor Interview |
| Jay D Rao | 07/11/2022 | 0.90 | 315.00 | 283.50 | Reviewed and forwarded cash flow projections and evidence of insurance |
| Jay D Rao | 07/11/2022 | 0.90 | 315.00 | 283.50 | Turned comments to 90-day disbursements schedules |
| Robin Chiu | 07/11/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: Debtor Initial Interview materials |
| Dan Finnegan | 07/12/2022 | 2.10 | 337.50 | 708.75 | Review and provide documents for updated SOFA & SOAL |
| Jay D Rao | 07/12/2022 | 0.70 | 315.00 | 220.50 | Populated missing information and sent schedule questions to epiq |
| Jay D Rao | 07/12/2022 | 0.60 | 315.00 | 189.00 | Call with Epiq to discuss open invoices in detail |
| Jay D Rao | 07/12/2022 | 0.40 | 315.00 | 126.00 | Call with J. Dold regarding missing invoice addresses |
| Jay D Rao | 07/12/2022 | 0.20 | 315.00 | 63.00 | Reviewed Schedules and SOFA reports following epiq update |
| Jay D Rao | 07/12/2022 | 0.20 | 315.00 | 63.00 | Responded to epiq regarding questions on open invoices |
| Robin Chiu | 07/12/2022 | 0.20 | 877.50 | 175.50 | Correspondence re: Debtor Initial Interview materials, utilities and SOFA/SOAL |
| Robin Chiu | 07/12/2022 | 0.10 | 877.50 | 87.75 | Correspondence and call with J. Dold re: initial debtor interview materials and utilities |
| Dan Finnegan | 07/13/2022 | 1.50 | 337.50 | 506.25 | Begin draft of 6/30 MOR |
| Jay D Rao | 07/13/2022 | 2.40 | 315.00 | 756.00 | Worked on preliminary June MOR |
| Robin Chiu | 07/13/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: UST requests |
| Jay D Rao | 07/14/2022 | 0.60 | 315.00 | 189.00 | Reviewed MOR draft with R. Chiu |
| Robin Chiu | 07/14/2022 | 0.60 | 877.50 | 526.50 | Review of MOR with J. Rao |
| Robin Chiu | 07/15/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: Epiq noticing of commencement |
| Robin Chiu | 07/18/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: notice of commencement |
| Jay D Rao | 07/19/2022 | 2.70 | 315.00 | 850.50 | Updated MOR according to documents sent by J. Dold and formatted documents |
| Dan Finnegan | 07/20/2022 | 0.20 | 337.50 | 67.50 | Discuss MOR with J. Dold (J. Rao, R. Chiu) |
| Dan Finnegan | 07/20/2022 | 2.80 | 337.50 | 945.00 | QC and turn comments for MOR |
| Dan Finnegan | 07/20/2022 | 2.10 | 337.50 | 708.75 | Work on MOR and attached schedules |

8

Madison Square Boys & Girls Club - Services though 07/31/2022

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 07/20/2022 | 0.20 | 315.00 | 63.00 | Discussion on MOR with J. Dold, D. Finnegan and R. Chiu |
| Jay D Rao | 07/20/2022 | 3.00 | 315.00 | 945.00 | Completed MOR given available information and completed format of supporting documents |
| Jay D Rao | 07/20/2022 | 0.50 | 315.00 | 157.50 | Called J. Dold regarding questions on MOR |
| Robin Chiu | 07/20/2022 | 0.50 | 877.50 | 438.75 | Comments to MOR |
| Dan Finnegan | 07/22/2022 | 1.00 | 337.50 | 337.50 | Update MOR per comments of J. Dold (J. Rao) |
| Jay D Rao | 07/22/2022 | 1.00 | 315.00 | 315.00 | Discussion on MOR and updates with D. Finnegan |
| Jay D Rao | 07/22/2022 | 0.80 | 315.00 | 252.00 | Updated MOR incorporating J. Dold comments |
| Jay D Rao | 07/25/2022 | 1.20 | 315.00 | 378.00 | Updated 13 week cash flow and sent to Paul Weiss for Mediator |
| Dan Finnegan | 07/27/2022 | 3.40 | 337.50 | 1,147.50 | Provide Paul Weiss updated Asset overview and forecast for mediation statement |
| **TOTAL** | | 36.00 | | 13,162.50 | |

## Financing

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 07/27/2022 | 0.70 | 337.50 | 236.25 | Source documents for J. Dold respecting DIP financing |
| Jay D Rao | 07/27/2022 | 1.20 | 315.00 | 378.00 | Reviewed and forwarded DIP financing documents for J. Dold |
| Robin Chiu | 07/27/2022 | 0.20 | 877.50 | 175.50 | Correspondence re: documents requested by DIP lender |
| **TOTAL** | | 2.10 | | 789.75 | |

## Management and board meetings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 07/12/2022 | 4.60 | 877.50 | 4,036.50 | Strategic Planning Workshop with Deloitte |
| Jay D Rao | 07/13/2022 | 0.70 | 315.00 | 220.50 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan re: cash needs |
| Robin Chiu | 07/13/2022 | 0.70 | 877.50 | 614.25 | Call with J. Dold, D. Finnegan and J. Rao re: cash needs and case updates |
| Robin Chiu | 07/14/2022 | 0.50 | 877.50 | 438.75 | Strategic Planning weekly meeting with Deloitte |
| Jay Goldin | 07/18/2022 | 1.30 | 1,170.00 | 1,521.00 | Attendance at board meeting |
| Robin Chiu | 07/18/2022 | 0.30 | 877.50 | 263.25 | Board meeting prep call with J. Dold |
| Robin Chiu | 07/18/2022 | 1.30 | 877.50 | 1,140.75 | Board meeting with H.J. Goldin |
| Jay D Rao | 07/19/2022 | 0.50 | 315.00 | 157.50 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan re: MOR and expenses |
| Robin Chiu | 07/19/2022 | 0.50 | 877.50 | 438.75 | Call with J. Dold, D. Finnegan and J. Rao re: MOR and admin expenses |
| Robin Chiu | 07/20/2022 | 0.20 | 877.50 | 175.50 | Call with J. Dold, D. Finnegan and J. Rao re: MOR and admin expenses |
| Robin Chiu | 07/28/2022 | 1.00 | 877.50 | 877.50 | Strategic Planning Weekly Meeting with Deloitte and the Madison Square strategic planning core committee |
| **TOTAL** | | 11.60 | | 9,884.25 | |

## Projections and cash forecasting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 06/30/2022 | 0.30 | 315.00 | 94.50 | Located documents and answered PW questions on Presentation to AG |
| Jay D Rao | 07/07/2022 | 0.50 | 315.00 | 157.50 | Reviewed 13 week model |
| Robin Chiu | 07/07/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: litigation cost assumption |
| Dan Finnegan | 07/25/2022 | 1.10 | 337.50 | 371.25 | Update 13 week cash flow for Mediator |
| Robin Chiu | 07/25/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: 13-week cash flow updates |
| **TOTAL** | | 2.10 | | 798.75 | |

## Restructuring advisory

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 06/30/2022 | 0.40 | 877.50 | 351.00 | Call with J. Dold, J. Weber and M. Levi (partial) re: post-petition payments |
| Robin Chiu | 06/30/2022 | 0.20 | 877.50 | 175.50 | Comments to First Day Hearing presentation |

Madison Square Boys & Girls Club - Services though 07/31/2022

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 06/30/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: presentation to AG and counsel questions for First Day Hearing |
| Robin Chiu | 06/30/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: post-petition payments |
| Robin Chiu | 06/30/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold and correspondence re: pre-petition insurance payment |
| Dan Finnegan | 07/01/2022 | 1.40 | 337.50 | 472.50 | Make adjustments to restricted assets deck for NYAG |
| Jay D Rao | 07/01/2022 | 1.20 | 315.00 | 378.00 | Updated fund values and descriptions in AG deck |
| Jay D Rao | 07/01/2022 | 0.80 | 315.00 | 252.00 | Added accounts, turned comments and added contributions receivables to AG deck |
| Jay D Rao | 07/01/2022 | 0.30 | 315.00 | 94.50 | Sent detail on Contributions Receivable |
| Jay D Rao | 07/01/2022 | 0.30 | 315.00 | 94.50 | Turned comments to AG resricted asset deck |
| Robin Chiu | 07/01/2022 | 1.70 | 877.50 | 1,491.75 | Comments on AG presentation |
| Robin Chiu | 07/01/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: insurance premiums |
| Robin Chiu | 07/04/2022 | 0.20 | 877.50 | 175.50 | Comments to presentation for the AG |
| Dan Finnegan | 07/05/2022 | 0.70 | 337.50 | 236.25 | Weekly MSBGC/Teneo meeting (R. Chiu, J. Rao) with J. Dold re: operating expenses |
| Dan Finnegan | 07/05/2022 | 0.30 | 337.50 | 101.25 | Prepare vendor documents for J. Dold |
| Dan Finnegan | 07/05/2022 | 0.30 | 337.50 | 101.25 | Prepare agenda for weekly call with J. Dold |
| Jay D Rao | 07/05/2022 | 0.70 | 315.00 | 220.50 | Call with J. Dold, D. Finnegan and R. Chiu re: operating questions |
| Robin Chiu | 07/05/2022 | 0.40 | 877.50 | 351.00 | Correspondence re: clubhouse grants |
| Robin Chiu | 07/05/2022 | 0.70 | 877.50 | 614.25 | Call with J. Dold with D. Finnegan and J. Rao re: post-petition operating questions |
| Robin Chiu | 07/05/2022 | 0.20 | 877.50 | 175.50 | Call with J.H. Strauss re: Grimm clubhouse grants |
| Robin Chiu | 07/05/2022 | 0.10 | 877.50 | 87.75 | Comments to presentation for the AG |
| Robin Chiu | 07/07/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: bill payments and board |
| Robin Chiu | 07/07/2022 | 0.10 | 877.50 | 87.75 | Call with M. Levi re: Foundation payroll and wages motion |
| Robin Chiu | 07/08/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: contract assumptions |
| Dan Finnegan | 07/11/2022 | 2.70 | 337.50 | 911.25 | Prepare deliverables from Jeff for AG request |
| Jay D Rao | 07/11/2022 | 1.80 | 315.00 | 567.00 | Aggregated and formatted transactions regarding disbursements made by the company |
| Jay D Rao | 07/11/2022 | 0.20 | 315.00 | 63.00 | Attempted to resolve account number differences regarding utilities payments |
| Jay D Rao | 07/12/2022 | 1.60 | 315.00 | 504.00 | Aggregated and forwarded investment account information to paul weiss |
| Jay D Rao | 07/12/2022 | 0.50 | 315.00 | 157.50 | Reviewed and forwarded open invoices as of Jul 12 |
| Dan Finnegan | 07/13/2022 | 0.80 | 337.50 | 270.00 | Review of Mediation Motion |
| Dan Finnegan | 07/13/2022 | 0.70 | 337.50 | 236.25 | MSBGC / Teneo weekly meeting with J. Dold - board meeting and MOR discussion (R. Chiu, J. Rao) |
| Dan Finnegan | 07/13/2022 | 0.50 | 337.50 | 168.75 | Discussions with J.H. Strauss regarding adjustments to the data room |
| Dan Finnegan | 07/14/2022 | 0.70 | 337.50 | 236.25 | Discussions with J.H. Strauss regarding adjustments to the data room |
| Jay D Rao | 07/14/2022 | 0.40 | 315.00 | 126.00 | Reviewed interim order for details on credit card payments postpetition |
| Jay D Rao | 07/14/2022 | 0.20 | 315.00 | 63.00 | Checked invoice deposit amounts |
| Robin Chiu | 07/14/2022 | 0.40 | 877.50 | 351.00 | Call with M. Levi re: utilities objection |
| Robin Chiu | 07/14/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: utilities objection |
| Robin Chiu | 07/14/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold and C. Mahabir re: expense payments |
| Jay D Rao | 07/15/2022 | 0.30 | 315.00 | 94.50 | Reviewed permissions on datasite and resolved access issues |
| Dan Finnegan | 07/19/2022 | 0.50 | 337.50 | 168.75 | MSBGC / teneo weekly update call - Post petiton expenses & MOR (R. Chiu, J. Rao) |
| Dan Finnegan | 07/19/2022 | 0.30 | 337.50 | 101.25 | Providing assistance to PW on the Datasite |
| Dan Finnegan | 07/20/2022 | 0.40 | 337.50 | 135.00 | Providing assistance to PW on the Datasite |
| Dan Finnegan | 07/21/2022 | 0.50 | 337.50 | 168.75 | Providing assistance to PW on the Datasite |
| Dan Finnegan | 07/22/2022 | 0.20 | 337.50 | 67.50 | Providing assistance to PW on the Datasite |
| Dan Finnegan | 07/25/2022 | 0.70 | 337.50 | 236.25 | Assist Paul Weiss with Datasite uploads and access |
| Jay D Rao | 07/25/2022 | 0.30 | 315.00 | 94.50 | Review of dataroom content within E&Y folder |
| Robin Chiu | 07/25/2022 | 0.10 | 877.50 | 87.75 | Review of UST comments re: global notes |
| Dan Finnegan | 07/26/2022 | 0.50 | 337.50 | 168.75 | Assist Paul Weiss with Datasite uploads and access |
| Robin Chiu | 07/26/2022 | 0.30 | 877.50 | 263.25 | Correspondence re: mediation proposal |
| Robin Chiu | 07/26/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: Madison strategic plan |
| Dan Finnegan | 07/27/2022 | 0.80 | 337.50 | 270.00 | Provide ADA statistics for Mediation Statement |
| Dan Finnegan | 07/27/2022 | 0.50 | 337.50 | 168.75 | Balance sheet review (J. Rao) |
| Dan Finnegan | 07/27/2022 | 0.90 | 337.50 | 303.75 | Assist Paul Weiss with Datasite uploads and access |
| Jay D Rao | 07/27/2022 | 0.50 | 315.00 | 157.50 | Call with D. Finnegan on balance sheet review |
| Jay D Rao | 07/27/2022 | 0.50 | 315.00 | 157.50 | Reviewed and forwarded club enrollment data to Paul Weiss |
| Jay D Rao | 07/27/2022 | 1.00 | 315.00 | 315.00 | Reviewed interested parties list for recipients of motions |
| Jay D Rao | 07/27/2022 | 1.80 | 315.00 | 567.00 | Answered paul weiss questions on balance sheet and real estate values |
| Robin Chiu | 07/27/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: information for mediator |
| Robin Chiu | 07/27/2022 | 0.10 | 877.50 | 87.75 | Prep for call with UST |

Madison Square Boys & Girls Club – Services though 07/31/2022

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 07/27/2022 | 0.20 | 877.50 | 175.50 | Correspondence re: mediation proposal |
| Dan Finnegan | 07/28/2022 | 0.80 | 337.50 | 270.00 | Source donation / grant letters for Mediation Statement |
| Dan Finnegan | 07/28/2022 | 0.70 | 337.50 | 236.25 | Review Navy Yard declaration of restriction and bond term |
| Dan Finnegan | 07/28/2022 | 0.20 | 337.50 | 67.50 | Prep for UST call with PW and management (R. Chiu, J. Rao) |
| Jay D Rao | 07/28/2022 | 0.50 | 315.00 | 157.50 | Review of dataroom content within E&Y folder |
| Jay D Rao | 07/28/2022 | 0.20 | 315.00 | 63.00 | Preparation for UST cash management call with Paul Weiss, R. Chiu and D. Finnegan |
| Jay D Rao | 07/28/2022 | 0.20 | 315.00 | 63.00 | Added access to insurance counsel on datasite |
| Jay D Rao | 07/28/2022 | 1.70 | 315.00 | 535.50 | Reviewed documents, answered Paul Weiss questions in regards to capital pledges |
| Robin Chiu | 07/28/2022 | 0.20 | 877.50 | 175.50 | Prep for call with UST with M. Levi, T. McChristian, J. Dold, D. Finnegan, and J. Rao |
| Robin Chiu | 07/28/2022 | 0.50 | 877.50 | 438.75 | Call with J. Nadkarni (UST), J. Weber, M. Levi, T. McChristian and J. Dold re: cash management and MORs |
| Dan Finnegan | 07/29/2022 | 1.90 | 337.50 | 641.25 | Review Mediation statement |
| Robin Chiu | 07/29/2022 | 1.00 | 877.50 | 877.50 | Comments to mediation statement |
| Robin Chiu | 07/31/2022 | 0.10 | 877.50 | 87.75 | Correspondence with counsel re: mediation statement |
| **TOTAL** | | 39.90 | | 17,394.75 | |
| | | | | | |
| **TOTAL DETAIL BY TASK** | | 104.30 | | 50,125.50 | |

11

**Exhibit C**

Madison Square Boys & Girls Club - Services though 07/31/2022

## Time Narratives

### Dan Finnegan

| Date | Hours | Memo |
|---|---|---|
| 07/01/2022 | 2.00 | Attendance of First day hearing |
| 07/01/2022 | 1.40 | Make adjustments to restricted assets deck for NYAG |
| 07/05/2022 | 0.70 | Weekly MSBGC/Teneo meeting (R. Chiu, J. Rao) with J. Dold re: operating expenses |
| 07/05/2022 | 0.40 | Updates to SOFA/SOAL board info |
| 07/05/2022 | 0.30 | Prepare agenda for weekly call with J. Dold |
| 07/05/2022 | 0.30 | Prepare vendor documents for J. Dold |
| 07/06/2022 | 1.70 | Work on operating guidelines request for UST |
| 07/06/2022 | 0.80 | Work on remaining comments on schedules and sofa |
| 07/11/2022 | 2.70 | Prepare deliverables from Jeff for AG request |
| 07/12/2022 | 2.10 | Review and provide documents for updated SOFA & SOAL |
| 07/13/2022 | 1.50 | Begin draft of 6/30 MOR |
| 07/13/2022 | 0.80 | Review of Mediation Motion |
| 07/13/2022 | 0.70 | MSBGC / Teneo weekly meeting with J. Dold - board meeting and MOR discussion (R. Chiu, J. Rao) |
| 07/13/2022 | 0.50 | Discussions with J.H. Strauss regarding adjustments to the data room |
| 07/14/2022 | 0.70 | Discussions with J.H. Strauss regarding adjustments to the data room |
| 07/19/2022 | 0.50 | MSBGC / teneo weekly update call - Post petiton expenses & MOR (R. Chiu, J. Rao) |
| 07/19/2022 | 0.30 | Providing assistance to PW on the Datasite |
| 07/20/2022 | 2.80 | QC and turn comments for MOR |
| 07/20/2022 | 0.20 | Discuss MOR with J. Dold (J. Rao, R. Chiu) |
| 07/20/2022 | 0.40 | Providing assistance to PW on the Datasite |
| 07/20/2022 | 2.10 | Work on MOR and attached schedules |
| 07/21/2022 | 0.50 | Providing assistance to PW on the Datasite |
| 07/22/2022 | 1.00 | Update MOR per comments of J. Dold (J. Rao) |
| 07/22/2022 | 0.20 | Providing assistance to PW on the Datasite |
| 07/25/2022 | 1.10 | Update 13 week cash flow for Mediator |
| 07/25/2022 | 0.70 | Assist Paul Weiss with Datasite uploads and access |
| 07/26/2022 | 0.50 | Assist Paul Weiss with Datasite uploads and access |
| 07/27/2022 | 3.40 | Provide Paul Weiss updated Asset overview and forecast for mediation statement |
| 07/27/2022 | 0.90 | Assist Paul Weiss with Datasite uploads and access |
| 07/27/2022 | 0.50 | Balance sheet review (J. Rao) |
| 07/27/2022 | 0.70 | Source documents for J. Dold respecting DIP financing |
| 07/27/2022 | 0.80 | Provide ADA statistics for Mediation Statement |
| 07/28/2022 | 0.80 | Source donation / grant letters for Mediation Statement |
| 07/28/2022 | 0.70 | Review Navy Yard declaration of restriction and bond term |
| 07/28/2022 | 0.20 | Prep for UST call with PW and management (R. Chiu, J. Rao) |
| 07/29/2022 | 1.90 | Review Mediation statement |
| **TOTAL** | **36.80** | |

### Jay D Rao

| Date | Hours | Memo |
|---|---|---|
| 06/30/2022 | 0.30 | Located documents and answered PW questions on Presentation to AG |
| 07/01/2022 | 0.30 | Sent detail on Contributions Receivable |
| 07/01/2022 | 0.80 | Added accounts, turned comments and added contributions receivables to AG deck |
| 07/01/2022 | 1.20 | Updated fund values and descriptions in AG deck |
| 07/01/2022 | 2.00 | Madison First Day Hearing |
| 07/01/2022 | 0.30 | Turned comments to AG resricted asset deck |
| 07/05/2022 | 0.70 | Call with J. Dold, D. Finnegan and R. Chiu re: operating questions |
| 07/05/2022 | 0.40 | Answered questions and obtained information regarding schedule G |
| 07/06/2022 | 0.50 | Reviewed outstanding items and questions for operating guidelines |
| 07/06/2022 | 0.20 | Uploaded and sent contract documents to Epiq |
| 07/07/2022 | 0.50 | Reviewed 13 week model |
| 07/11/2022 | 0.90 | Reviewed and forwarded cash flow projections and evidence of insurance |
| 07/11/2022 | 1.80 | Aggregated and formatted transactions regarding disbursements made by the company |
| 07/11/2022 | 0.90 | Turned comments to 90-day disbursements schedules |
| 07/11/2022 | 0.20 | Attempted to resolve account number differences regarding utilities payments |
| 07/12/2022 | 0.40 | Call with J. Dold regarding missing invoice addresses |
| 07/12/2022 | 0.50 | Reviewed and forwarded open invoices as of Jul 12 |
| 07/12/2022 | 0.60 | Call with Epiq to discuss open invoices in detail |
| 07/12/2022 | 0.70 | Populated missing information and sent schedule questions to epiq |
| 07/12/2022 | 1.60 | Aggregated and forwarded investment account information to paul weiss |
| 07/12/2022 | 0.20 | Reviewed Schedules and SOFA reports following epiq update |
| 07/12/2022 | 0.20 | Responded to epiq regarding questions on open invoices |
| 07/13/2022 | 2.40 | Worked on preliminary June MOR |
| 07/13/2022 | 0.80 | Madison Mediation Motion Hearing |
| 07/13/2022 | 0.70 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan re: cash needs |
| 07/14/2022 | 0.20 | Checked invoice deposit amounts |
| 07/14/2022 | 0.40 | Reviewed interim order for details on credit card payments postpetition |

3

Madison Square Boys & Girls Club - Services though 07/31/2022

| Date | Hours | Memo |
|---|---|---|
| 07/14/2022 | 0.60 | Reviewed MOR draft with R. Chiu |
| 07/15/2022 | 0.30 | Reviewed permissions on datasite and resolved access issues |
| 07/19/2022 | 0.50 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan re: MOR and expenses |
| 07/19/2022 | 2.70 | Updated MOR according to documents sent by J. Dold and formatted documents |
| 07/20/2022 | 0.20 | Discussion on MOR with J. Dold, D. Finnegan and R. Chiu |
| 07/20/2022 | 0.50 | Called J. Dold regarding questions on MOR |
| 07/20/2022 | 2.00 | Second Day Hearing |
| 07/20/2022 | 3.00 | Completed MOR given available information and completed format of supporting documents |
| 07/22/2022 | 1.00 | Discussion on MOR and updates with D. Finnegan |
| 07/22/2022 | 0.80 | Updated MOR incorporating J. Dold comments |
| 07/25/2022 | 0.30 | Review of dataroom content within E&Y folder |
| 07/25/2022 | 1.20 | Updated 13 week cash flow and sent to Paul Weiss for Mediator |
| 07/27/2022 | 0.50 | Reviewed and forwarded club enrollment data to Paul Weiss |
| 07/27/2022 | 0.50 | Call with D. Finnegan on balance sheet review |
| 07/27/2022 | 1.00 | Reviewed interested parties list for recipients of motions |
| 07/27/2022 | 1.20 | Reviewed and forwarded DIP financing documents for J. Dold |
| 07/27/2022 | 1.80 | Answered paul weiss questions on balance sheet and real estate values |
| 07/28/2022 | 1.70 | Reviewed documents, answered Paul Weiss questions in regards to capital pledges |
| 07/28/2022 | 0.20 | Preparation for UST cash management call with Paul Weiss, R. Chiu and D. Finnegan |
| 07/28/2022 | 0.20 | Added access to insurance counsel on datasite |
| 07/28/2022 | 0.50 | Review of dataroom content within E&Y folder |
| **TOTAL** | **40.40** | |

## Jay Goldin

| Date | Hours | Memo |
|---|---|---|
| 07/01/2022 | 2.00 | First day hearing |
| 07/13/2022 | 0.80 | Attendance at court hearing |
| 07/18/2022 | 1.30 | Attendance at board meeting |
| **TOTAL** | **4.10** | |

## Robin Chiu

| Date | Hours | Memo |
|---|---|---|
| 06/30/2022 | 0.40 | Call with J. Dold, J. Weber and M. Levi (partial) re: post-petition payments |
| 06/30/2022 | 0.20 | Comments to First Day Hearing presentation |
| 06/30/2022 | 0.10 | Correspondence re: presentation to AG and counsel questions for First Day Hearing |
| 06/30/2022 | 0.10 | Correspondence re: post-petition payments |
| 06/30/2022 | 0.10 | Call with J. Dold and correspondence re: pre-petition insurance payment |
| 07/01/2022 | 2.00 | First Day Hearing |
| 07/01/2022 | 1.70 | Comments on AG presentation |
| 07/01/2022 | 0.10 | Correspondence re: insurance premiums |
| 07/04/2022 | 0.20 | Comments to presentation for the AG |
| 07/05/2022 | 0.70 | Call with J. Dold with D. Finnegan and J. Rao re: post-petition operating questions |
| 07/05/2022 | 0.40 | Correspondence re: clubhouse grants |
| 07/05/2022 | 0.20 | Call with J.H. Strauss re: Grimm clubhouse grants |
| 07/05/2022 | 0.10 | Correspondence re: SOFA and SOAL |
| 07/05/2022 | 0.10 | Comments to presentation for the AG |
| 07/06/2022 | 0.10 | Correspondence re: information for Debtor's Initial Interview |
| 07/06/2022 | 0.10 | Call with J. Dold re: contracts for SOAL |
| 07/06/2022 | 0.10 | Correspondence re: SOFA and SOAL updates and comments |
| 07/07/2022 | 0.10 | Call with J. Dold re: litigation cost assumption |
| 07/07/2022 | 0.30 | Correspondence re: global notes and SOFA/SOAL |
| 07/07/2022 | 0.10 | Call with J. Dold re: bill payments and board |
| 07/07/2022 | 0.10 | Call with M. Levi re: Foundation payroll and wages motion |
| 07/08/2022 | 0.10 | Correspondence re: contract assumptions |
| 07/08/2022 | 0.10 | Correspondence re: SOFA/SOAL and Initial Debtor Interview |
| 07/11/2022 | 0.10 | Correspondence re: Debtor Initial Interview materials |
| 07/12/2022 | 0.20 | Correspondence re: Debtor Initial Interview materials, utilities and SOFA/SOAL |
| 07/12/2022 | 4.60 | Strategic Planning Workshop with Deloitte |
| 07/12/2022 | 0.10 | Correspondence and call with J. Dold re: initial debtor interview materials and utilities |
| 07/13/2022 | 0.80 | Hearing on Mediation motion |
| 07/13/2022 | 0.70 | Call with J. Dold, D. Finnegan and J. Rao re: cash needs and case updates |
| 07/13/2022 | 0.10 | Correspondence re: UST requests |
| 07/14/2022 | 0.60 | Review of MOR with J. Rao |
| 07/14/2022 | 0.50 | Strategic Planning weekly meeting with Deloitte |
| 07/14/2022 | 0.40 | Call with M. Levi re: utilities objection |
| 07/14/2022 | 0.10 | Call with J. Dold re: utilities objection |
| 07/14/2022 | 0.10 | Call with J. Dold and C. Mahabir re: expense payments |
| 07/15/2022 | 0.10 | Correspondence re: Epiq noticing of commencement |

4

Madison Square Boys & Girls Club - Services though 07/31/2022

| Date | Hours | Memo |
|---|---|---|
| 07/18/2022 | 1.30 | Board meeting with H.J. Goldin |
| 07/18/2022 | 0.10 | Correspondence re: notice of commencement |
| 07/18/2022 | 0.30 | Board meeting prep call with J. Dold |
| 07/19/2022 | 0.50 | Call with J. Dold, D. Finnegan and J. Rao re: MOR and admin expenses |
| 07/20/2022 | 0.50 | Comments to MOR |
| 07/20/2022 | 0.20 | Call with J. Dold, D. Finnegan and J. Rao re: MOR and admin expenses |
| 07/25/2022 | 0.10 | Review of UST comments re: global notes |
| 07/25/2022 | 0.10 | Correspondence re: 13-week cash flow updates |
| 07/26/2022 | 0.30 | Correspondence re: mediation proposal |
| 07/26/2022 | 0.20 | Correspondence with counsel re: claims analysis |
| 07/26/2022 | 0.10 | Correspondence re: Madison strategic plan |
| 07/27/2022 | 0.20 | Correspondence re: documents requested by DIP lender |
| 07/27/2022 | 0.10 | Correspondence re: information for mediator |
| 07/27/2022 | 0.10 | Prep for call with UST |
| 07/27/2022 | 0.20 | Correspondence re: mediation proposal |
| 07/28/2022 | 1.00 | Strategic Planning Weekly Meeting with Deloitte and the Madison Square strategic planning core committee |
| 07/28/2022 | 0.20 | Prep for call with UST with M. Levi, T. McChristian, J. Dold, D. Finnegan, and J. Rao |
| 07/28/2022 | 0.50 | Call with J. Nadkarni (UST), J. Weber, M. Levi, T. McChristian and J. Dold re: cash management and MORs |
| 07/29/2022 | 1.00 | Comments to mediation statement |
| 07/31/2022 | 0.10 | Correspondence with counsel re: mediation statement |
| **TOTAL** | **23.0** | |

| **TOTAL NARRATIVES** | 104.30 |
|---|---|

5

**Exhibit D**

**Exhibit D**
**Summary of Expenses**

| Category | Date | Description | Expense |
|---|---|---|---|
| Data Room | 7/11/2022 | Datasite expense | $10,908.89 |