**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

|                                               |   |                          |
| :-------------------------------------------- | - | :----------------------- |
|                                               | : |                          |
| In re                                         | : | Chapter 11               |
|                                               | : |                          |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.[1],    | : | Case No. 22-10910-shl    |
|                                               | : |                          |
|                  Debtor.                      | : |                          |
|                                               | : |                          |

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

| STATE OF CALIFORNIA     | ) |
| :---------------------- | : |
|                         | ) |
| COUNTY OF LOS ANGELES   | ) |

I, Sophia L. Lee, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP, located at 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067. I am not a party to the above-captioned case.

On August 29, 2022, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1,** via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**, and to the Objecting Insurers via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 3**.

➤ *The Official Committee of Unsecured Creditors' Omnibus Reply to Docket Nos. 151-156 and 158 in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* [Docket No. 164]

➤ *Certification of No Objection of Certain Entities Relating to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule*

---

[1]The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

*2004 Authorizing Examinations and Production of Documents of Certain Insurers*
[Docket No. 166]

I declare under penalty of perjury, under the laws of the State of California and the

United States of America that the foregoing is true and correct.

Dated this 29th day of August, 2022.

*/s/Sophia L. Lee*
_____
Sophia L. Lee

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | ATTN AGOSTO & AZIZ; MUHAMMAD S. AZIZ | INFO@ABRAHAMWATKINS.COM |
| BLEAKLEY PLATT & SCHMIDT, LLP | ATTN WILLIAM HARRINGTON, ADAM RODRIGUEZ | WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM |
| CHUBB GROUP | ATTN ADRIENNE LOGAN, LEGAL ANALYST | ADRIENNE.LOGAN@CHUBB.COM |
| COHEN & GRESSER LLP | ATTN DAVID F LISNER | DLISNER@COHENGRESSER.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, WENDY M. SIMKULAK | DSMCGEHRIN@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| GRANT & EISENHOFER, P.A. | ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER | BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM |
| GRANT & EISENHOFFER P.A. | ATTN: GORDON Z. NOVOD | GNOVOD@GELAW.COM |
| HARNICK AND HARNICK, P.C. | ATTN ROBERT HARNICK | RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM |
| HERMAN LAW FIRM, PA | ATTN J. HERMAN, D. ELLIS, S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER | JHERMAN@HERMANLAW.COM |
| KUTAK ROCK LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT | PETER.BARRETT@KUTAKROCK.COM |
| LEVY KONIGSBERG LLP | ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK | INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM |
| MARSHALL, CONWAY, BRADLEY, GOLLUB & WEISSMAN, P.C. | SAMUEL F. PANICCIA, ESQ. | SPANICCIA@MCWPC.COM |
| MARCOWITZ LAW FIRM | ATTN EDWARD L.C. MARCOWITZ | ED@MARCOWITZLAW.COM |
| MERSON LAW, PLLC | ATTN JORDAN K. MERSON, GIOVANNA MABILE | JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN LETITIA JAMES, E. GONZALEZ & E.LYNCH | ELENA.GONZALEZ@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN K. KORNBERG, ESQ., ANDREW M. PARLEN, E. JOHN, T WEBER, ESQ. | AKORNBERG@PAULWEISS.COM; APARLEN@PAULWEISS.COM; JWEBER@PAULWEISS.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN | VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | ATTN STEVEN GERSHOWITZ | SGERSHOWITZ@RLLAWYERS.COM |
| ROBINSON + COLE | ATTN: LAWRENCE KLEIN | LKLEIN@RC.COM |
| SEEGER WEISS LLP | ATTN STEPHEN A WEISS, MICHAEL ROSENBERG, PHILIPPA RATZKI | SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM |
| SIDLEY AUSTIN LLP | ATTN SAM NEWMAN, KEN KANSA, G. WEINER | SAM.NEWMAN@SIDLEY.COM; KKANSA@SIDLEY.COM; GWEINER@SIDLEY.COM |
| SILVER & KELMACHTER, LLP | ATTN SAMEER NATH | SNATH@SILVERKELMACHTER.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SLATER SLATER SCHULMAN LLP | ATTN ADAM P. SLATER, LINC C. LEDER | ASLATER@SSSFIRM; LLEDER@SSSFIRM.COM |
| THE MARSH LAW FIRM, PLLC | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, M. MABIE, B. BERGER | KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING | USTPREGION02.NYECF@USDOJ.GOV ANDREA.B.SCHWARTZ@USDOJ.GOV |
| THE SIMPSON TUEGEL FIRM | ATTN MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR SDNY | ATTN ANDREA B SCHWARTZ, ESQ & TARA TIANTIAN, ESQ | PETER.ARONOFF@USDOJ.GOV |
| WEITZ & LUXENBERG | ATTN JERRY KRISTAL | JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM |
| WILLIAMS CEDER LLC | ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN | GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM |

DOCS_LA:345033.1 54162/004

# EXHIBIT 2

**Service by First Class US Mail**

| | | |
|---|---|---|
| A.G. Risk Management Inc.<br>Kiumberly Taylor, Sr. Claims Adjuster<br>3 Batterymarch Park<br>Suite 101<br>Quincy, MA 02169 | Alliance Global Corporate & Specialty<br>Attn: First Notice of Loss Claims Unit<br>One Progress Point Parkway, 2nd Fl<br>O'Fallon, MO 63368 | Argonaut Insurance Co.<br>90 Pitts Bay Road<br>Pembroke HM 08<br>**BERMUDA** |
| Atlantic Specialty Insurance Co.<br>One Beacon Management Liability<br>Matthew E. Schweiger, Esq.<br>125 South Wacker Dr., Suite 1240<br>Chicago, IL 60606 | Chubb Group Holdings, Inc.<br>1133 Avenue of the Americas<br>New York, NY 10036 | Church Mutual Insurance Company<br>3000 Schuster Lane<br>Merrill, WI 54452-0357 |
| Church Mutual Insurance Company<br>PO Box 357<br>Merrill, WI 54452-0357 | Church Mutual Insurance Company, S.I.<br>PO Box 2912<br>Milwaukee, WI 53201-2912 | Evan Shapiro<br>Michael Marick<br>Skarzynski Marick & Black LLP<br>One Battery Park Plaza, 32nd Floor<br>New York, NY 10004 |
| Great American Insurance Company<br>Executive Liability Division<br>Kathleen T. Van Deven, Esq.<br>Vice President, Claims and Compliance PO Box 66943<br>Chicago IL 60666-0943 | Great Atlantic Insurance Company in Liquidation<br>704 N. King Street, Suite 200<br>Wilmington, DE 19801 | Jeffrey N. Miceli<br>Black & Gerngross, P.C.<br>1617 John F. Kennedy Bl, Ste 1575<br>Philadelphia, PA 19103<br><br>*Counsel to Philadelphia Indemnity Insurance Company* |
| Planet Insurance Company<br>Claims Dept. 5th Floor<br>Three Benjamin Franklin Parkway<br>Philadelphia, PA 19102 | Hallmark Specialty Insurance Co.<br>Two Lincoln Centre<br>5420 Lyndon B. Johnson Freeway, Suite 1100<br>Dallas, TX 75240-2345 | Magna Carta Companies, Inc.<br>1 Park Avenue, Floor 15<br>New York, NY 10016-5802 |
| Premia Holdings, Ltd.<br>c/o Codan Service Limited<br>Clarendon House 2 Church Street<br>Hamilton, Hamilton, HM 11<br>**BERMUDA** | Public Service Mutual Insurance Company<br>1 Park Avenue<br>New York, NY 10016-5802 | Reliance Insurance (In Liquidation)<br>Claims Dept. 5th Floor<br>Three Benjamin Franklin Parkway<br>Philadelphia, PA 19102 |
| RSUI Landmark American Insurance Co.<br>15303 Ventura Blvd., Suite 500<br>Sherman Oaks, CA 91403 | Seaboard Surety<br>5801 Centennial Way<br>Baltimore, MD 21209 | StarStone Specialty Insurance Co.<br>StarStone National Insurance Co.<br>Attn: Bankruptcy Filings - Collections<br>1441 Main Street, Suite 1410<br>Columbia, SC 29201 |
| Travelers Casualty and Surety Company, Inc<br>Edward M. Zawitoski, 2nd V.P.<br>111 Schilling Road<br>Mail Code 9265<br>Hunt Valley, MD 21301 | | |

<u>**EXHIBIT 3**</u>

**Service by Electronic Mail**

<u>**OBJECTING INSURERS' RULE 2004 SUPP SERVICE LIST**</u>

**MOTORS INSURANCE CORPORATION**
**MIC PROPERTY & CASUALTY INSURANCE CORPORATION**
**CIM INSURANCE CORPORATION**

Matthew O. Sitzer
Riley C. Mendoza
Ian M. Hansen
**SHOOK, HARDY & BACON L.L.P**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
MSitzer@shb.com
RMendoza@shb.com
IHansen@shb.com

**GENERAL STAR NATIONAL INSURANCE COMPANY**
**NORTH STAR REINSURANCE CORPORATION**
**THE MONARCH INSURANCE COMPANY OF OHIO**

Daniel C. Green
**VEDDER PRICE P.C.**
1633 Broadway, 31st Floor
New York, New York 10019
dgreen@vedderprice.com

Gary P. Seligman
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
GSeligman@wiley.law

**FEDERAL INSURANCE COMPANY**
**CENTURY INDEMNITY COMPANY (SUCCESSOR TO CCI INSURANCE COMPANY,**
**SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA)**

Gregory Gennady Plotko
**CROWELL & MORING LLP**
590 Madison Ave, 20th Floor
New York, New York 10022
GPlotko@crowell.com

Mark D. Plevin
**CROWELL & MORING LLP**
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
MPlevin@crowell.com

Rachel A. Jankowski
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
RJankowski@crowell.com

Lawrence Klein
**ROBINSON + COLE**
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
LKlein@rc.com

**FEDERAL INSURANCE COMPANY AND INSURANCE COMPANY OF NORTH AMERICA**

Daren S. McNally
Barbara M. Almeida
Shane T. Calendar
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Daren.McNally@clydeco.us
Barbara.Almeida@clydeco.us
Shane.Calendar@clydeco.us

**TIG INSURANCE COMPANY AS SUCCESSOR BY MERGER TO FAIRMONT SPECIALTY INSURANCE COMPANY (F/K/A RANGER INSURANCE COMPANY**

Margaret F. Catalano
Jillian G. Dennehy
Danielle Valliere
**KENNEDYS CMK LLP**
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
Meg.Catalano@kennedyslaw.com
Jillian.Dennehy@kennedyslaw.com
Danielle.Valliere@kennedyslaw.com

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

Robert W. DiUbaldo
Nora A. Valenza-Frost
**CARLTON FIELDS, P.A.**
The Chrysler Building
405 Lexington Ave., 36th Fl.
New York, NY 10174
RDiubaldo@carltonfields.com
NValenza-Frost@carltonfields.com

**THE TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES INCLUDING THE AETNA CASUALTY AND SURETY COMPANY, GULF INSURANCE COMPANY AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

Geoffrey M. Miller
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020-1089
Geoffrey.Miller@dentons.com

Keith Moskowitz
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Keith.Moskowitz@dentons.com

Julia M. Beckley
**DENTONS US LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
Julia.Beckley@dentons.com

**RIUNIONE DI SICURTA (N/K/A ALLIANZ S/P/A.)**

Michael A. Kotula
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, N.Y. 11556
Michael.Kotula@rivkin.com

**ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY AND AS SUCCESSOR TO ROYAL INSURANCE COMPANY OF AMERICA**

Kevin T. Coughlin
Lorraine M. Armenti
Zachary M. Sherman
**COUGHLIN MIDLIGE & GARLAND LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
KCoughlin@cmg.law
LArmenti@cmg.law
ZSherman@cmg.law

**GUARANTY NATIONAL INSURANCE COMPANY AND FIREMAN'S FUND INSURANCE COMPANY**

Michael A. Kotula
Robert A. Maloney
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926
Michael.Kotula@rivkin.com
Robert.Maloney@rivkin.com

Todd C. Jacobs
John E. Bucheit
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
TJacobs@bradleyriley.com
JBucheit@bradleyriley.com

**AMERICAN HOME ASSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, LANDMARK INSURANCE COMPANY, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

Robert W. DiUbaldo
Nora Valenza-Frost
**CARLTON FIELDS, P.A.**
405 Lexington Avenue, 36th Floor
New York, New York 10174-0002
RDiubaldo@carltonfields.com
NValenza-Frost@carltonfields.com

**THE ROCKEFELLER UNIVERSITY**

Gregg M. Galardi
Cristine Schwarzman
Andrew G. Devore
Uchechi Egeonuigwe
Christine Joh
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Gregg.Galardi@ropesgray.com
Cristine.Schwarzman@ropesgray.com
Andrew.Devore@ropesgray.com
Uchechi.Egeonuigwe@ropesgray.com
Christine.Joh@ropesgray.com