James I. Stang, Esq. (*pro hac vice*)
John W. Lucas, Esq.
Malhar S. Pagay, Esq. (*pro hac vice*)
Gillian N. Brown, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
      jlucas@pszjlaw.com
      mpagay@pszjlaw.com
      gbrown@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : Case No. 22-10910-SHL |
| | : |
| Debtor. | : |
| | : |

---------------------------------------------------------------X

### SUPPLEMENTAL DECLARATION OF JAMES I. STANG IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE JULY 16, 2022

I, James I. Stang, declare under penalty of perjury as follows:

1.      I am a partner of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**" or the "**Firm**"), and

maintain an office at 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067. I am

duly admitted to practice law in the State of California and in the United States District Courts for

---

[1]The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

the Southern, Eastern, Central, and Northern Districts of California, as well as the Eastern District

of Wisconsin. On August 15, 2022, I submitted a my declaration in support of T*he Official*

*Committee of Unsecured Creditors' Application to Retain and Employ Pachulski Stang Ziehl &*

*Jones LLP as Counsel Effective July 16, 2022* [Docket No. 130] (the "**Application**").[2] I submit

this supplemental declaration (the "**Supplemental Declaration**") in support of the Application in

response to questions raised by the Office of the United States Trust (the "**U.S. Trustee**"). I am

authorized to submit this Supplemental Declaration.

2.      By the Application, the Committee seeks to retain only PSZJ. PSZJ is not associated

with any other law firms, affiliates, or other entities.

3.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I

have been able to ascertain, has any connection with the Committee,[3] the Committee members,

the Debtor, its creditors, or any other parties in interest herein, their respective attorneys and

accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as

set forth in this Declaration.

4.      By using the names on the list attached as **Exhibit A** (the "**Parties in Interests**

**List**"), the Firm has made the following investigation of adverse interests prior to submitting this

Declaration. The Firm has undertaken a full and thorough review of its computer database, which

contains the names of clients and other parties interested in particular matters. The Firm requires

all of its professionals, before accepting the representation of a new client, or the representation of

an existing client in a new matter, to perform a conflicts check through the Firm's database and to

enter conflict information regarding new clients or new matters into that database. Thus, a review

---

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in
the Application.

of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of the Firm, under my supervision, entered the names on the Parties in Interests List through the Firm's database.

5.      Based on the results of the Firm's search of its database, it appears that PSZJ does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below, with the names on the Parties in Interests List, or any party in interest in the matters upon which PSZJ is to be retained within the meaning of section 1103(b) of the Bankruptcy Code, and is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

6.      PSZJ and certain of its partners, of counsel, and associates represented, represent and in the future may represent creditors of the Debtor in connection with matters unrelated to the Debtor and this Case. At this time, the Firm is not aware of any such representations except as noted herein. If the Firm identifies any further such representations, the Firm shall make further disclosures as may be appropriate at that time.

7.      The Firm has represented, represents, and in the future will likely represent debtors and creditors' committees in cases unrelated to the Debtor and this case wherein one or more of the firms representing the members of the Committee or other parties in interest serve as or will serve professionals.

8.      PSZJ does not hold or represent any interest that is adverse to the Committee and the Debtor's estate, and does not hold or represent any interest adverse to and has no connection with the Committee or any Committee members; the Debtor; the Debtor's creditors; or any party in interest to this Case in the matters upon which PSZJ is to be retained, except as set forth in the Declaration. Therefore, to the best of the Committee's knowledge, PSZJ does not hold any interest

that is adverse to the Committee or its constituency as required by section 1103 of the Bankruptcy Code.

9.     PSZJ is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel, and associates:

- Are not a creditor, an equity security holder, or an insider;
- Are not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and
- Does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

10.     The Firm has not received any retainer from the Debtor, the Committee, or any member of the Committee, except as otherwise disclosed in connection with its representation of the Ad Hoc Committee. No compensation has been paid or promised to be paid from a source other than the Debtor's estate in this Case. No promises have been received by the Firm nor by any partners, of counsel, or associate of the Firm as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this Case, except among the partners, of counsel, and associates of the Firm. Neither the Committee nor any of its members are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

11.     Subject to Court approval in accordance with sections 330 and 331 of the Bankruptcy Code and any applicable Orders of this Court, PSZJ intends to (a) charge for its legal services on an hourly rate for all attorneys but discount to the extent such rates exceed a blended rate of $900 per hour on a cumulative basis; and, for other billable staff members, using ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement

of actual and necessary expenses, and other charges PSZJ incurs as counsel to the Committee in this Case.

12.    The standard hourly rates for the PSZJ attorneys who are expected to primarily work on this matter are $1,525.00 for James I. Stang, $1,395.00 for Iain A.W. Nasatir, $1,095.00 for John W. Lucas and Malhar S. Pagay, and $925.00 for Gillian N. Brown. The Firm's current standard hourly rates are as follows:

| Partners | $945.00 to $1,775.00 per hour |
|---|---|
| Counsel | $725.00 to $1,425.00 per hour |
| Associates | $675.00 to $825.00 per hour |
| Paralegals | $400.00 per hour[4] |

13.    In addition, PSZJ will contribute ten percent of all allowed fees PSZJ receives in this Case to a trust for the benefit of the holders of survivors of sexual abuse. The contribution will be funded to a client trust account on the basis of quarterly fee applications until a settlement trust is established through a chapter 11 plan. If no such settlement trust is created, the funds will be donated to a child advocacy organization to be selected by the Committee at the conclusion of the Case.

14.    I believe that PSZJ's hourly rates are set at a level designed to fairly compensate PSZJ for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned, and by geographic location and market. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere. PSZJ's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of scope and complexity similar to this chapter 11 case and are reasonable.

---

[4] The Firm's rates for Paralegals exceed $400 per hour but in response to the U.S. Trustee's request, the Firm agreed to cap such fees at $400 per hour.

15.     PSZJ will also seek reimbursement for actual and necessary expenses incurred in connection with its engagement by the Committee in this Chapter 11 case. It is PSZJ's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's Case. The expenses charged to clients include, among other things, telephone charges; mail and express mail charges; fax charges;  special or hand delivery charges; document retrieval; e-discovery vendor services; photocopying charges; travel expenses; expenses for "working meals;" computerized research; transcription costs. PSZJ will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to PSZJ's other clients, and all amendments and supplemental standing orders of the Court. PSZJ believes that it is more appropriate to charge these expenses to the clients incurring them than to increase its hourly rates and spread the expenses among all clients.

16.     During this chapter 11 case, individual Committee members may incur out of pocket expenses related to their service as Committee members ("**Committee Members' Expenses**"). Any Committee Member Expenses incurred by Committee members will be added to the Firm's invoices in this Case and the Firm will seek reimbursement pursuant to the fee application process subject to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

17.     Subject to Court approval, the Committee may seek to retain various professionals during the pendency of this Case. PSZJ intends to work with any such professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed on behalf of the Committee or charged to the Debtor's estates.

18.     PSZJ provides the following responses to the questions set forth in Part D of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the

"Revised UST Guidelines"):

| Questions Required by Part D1 of Revised UST Guidelines: | Answer: | Further explanation: |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | Yes. | The Firm proposes to discount its regular attorney hourly rate to the extent such rates exceed a blended rate of $900 per hour for attorneys on a cumulative basis. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No.[5] | N/A |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | N/A | N/A |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | No | PSZJ is preparing a budget for its client's approval. The Committee and its professionals reserve all rights to seek approval of Committee professional fees. |

19.     PSZJ intends to make a reasonable effort to comply with the UST's requests for

information and additional disclosures as set forth in the Revised UST Guidelines, both in

---

[5] PSZJ occasionally agrees to a rate cap or blended rate for certain cases. However, the professionals' hourly rates are not adjusted on an individual basis.

connection with the Application and the interim and final fee applications to be filed by PSZJ in this Case.

20.     Based on the foregoing, I believe that PSZJ can represent the Committee in all of the matters for which the Committee seeks to retain the Firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Los Angeles, California
        August 30, 2022

_____
James I. Stang

# EXHIBIT A

**(Parties in Interest List)**

**Schedule 1**

**List of Identified Parties Included in Review**

**Potential Parties-in-Interest**

**DEBTOR AND NON-DEBTOR AFFILIATES AND RELATED ENTITIES**
MADISON SQUARE BOYS & GIRLS CLUB, INC.
MADISON SQUARE BOYS & GIRLS CLUB FOUNDATION, INC.
MSBGC-NYC SUPPORT CORPORATION

**SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY JUDGES, CLERKS, PERSONNEL, AND OFFICE OF THE U.S. TRUSTEE**
CHIEF JUDGE MARTIN GLENN
JUDGE LISA G. BECKERMAN
JUDGE SHELLEY C. CHAPMAN
JUDGE ROBERT D. DRAIN
JUDGE JAMES L. GARRITY, JR.
JUDGE DAVID S. JONES
JUDGE SEAN H. LANE
JUDGE CECELIA G. MORRIS
JUDGE MICHAEL E. WILES

**ATTORNEYS FOR THE UNITED STATES TRUSTEE'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK**
ALABA OGUNLEYE
ALICIA LEONHARD
ANDREA B. SCHWARTZ
ANDY VELEZ-RIVERA
BENJAMIN J. HIGGINS
BRIAN S. MASUMOTO
CHEUK M. NG
CHRISTINE BLACK
DANNY A. CHOY
ERCILIA A. MENDOZA
GREG M. ZIPES
GUY A. VAN BAALEN
ILUSION RODRIQUEZ
JOSEPH ALLEN
KATHLEEN SCHMITT
LINDA A. RIFFKIN
LISA PENPRAZE
MADELINE VESCOVACCI
MARIA CATAPANO
MARY V. MORONEY
NADKARNI JOSEPH
PAUL K. SCHWARTZBERG

RICHARD C. MORRISSEY
SERENE NAKANO
SHANNON SCOTT
SUSAN ARBEIT
SYLVESTER SHARP
VICTOR ABRIANO
WILLIAM K. HARRINGTON
**GOVERNMENTAL/REGULATORY AGENCIES**
DORMITORY AUTHORITY OF THE STATE OF NEW YORK
NEW YORK CITY DEPARTMENT OF YOUTH AND COMMUNITY DEVELOPMENT
NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION
NEW YORK STATE ALLIANCE FOR THE PREVENTION OF SEXUAL ABUSE
NEW YORK STATE CHILD AND ADULT CARE FOOD PROGRAM
NEW YORK STATE OFFICE OF ALCOHOLISM AND SUBSTANCE ABUSE SERVICES
NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
OFFICE OF JUVENILE DELINQUENCY PROGRAM
UNITED STATES DEPARTMENT OF JUSTICE – OFFICE OF JUSTICE PROGRAMS

**BANKRUPTCY AND CERTAIN ORDINARY COURSE PROFESSIONALS**
EPIQ CORPORATE RESTRUCTURING
FINSBURY LLC
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP
TENEO CAPITAL LLC

**BANKS, INVESTMENT MANAGERS, AND SECURED LENDERS**
BANK OF AMERICA
BROWN BROTHERS
CARVER BANK
CITIBANK
FIDELITY
JP MORGAN
JPMORGAN - CHILDS TRUST
LAMB FINANCIAL SERVICES
MERRILL LYNCH
NONPROFIT FINANCE FUND
PINNACLE SECURITIES
PNC BANK
RUANE CUNNIFF & GOLDFARB
RUANE CUNNIFF & GOLDFARB - SEQUOIA FUND
TRUFUND
VANGUARD

**CURRENT & FORMER TRUSTEES, DIRECTORS, OFFICERS**
ADAM L. REEDER

ALBERT R. DOWDEN
ALLISON SHURE
BARBARA A. TAYLOR
BARRY BREGMAN
BARRY RODRIGUES
BILL FEEHAN
BRIAN HOESTEREY
BRUCE GELB
DANIEL L. MOSLEY
DANIEL T. DONNELLY
DAVID FIELDS
DAVID J. GOLDRING
DAVID PECKER
DONALD C. DEVINE
ELIZABETH VELEZ
ERIC FRANDSON
FRANK FORTINO
FRED ARGIR
FRED PICCIRILLO
HEATHER BELLINI
HOPE KNIGHT
JARRETT TURNER
JEFFREY DOLD
JEFFREY VOLLING
JERRY M. SESLOWE
JOHN BINNIE
JOHN GELB
JOHN MCDONOUGH
JOHN STARR
JOSEPH GANTZ
JOSH NOVAK
JUSTIN MARCUS
JUSTIN NUNEZ
KEITH FLEISCHMAN
KENNETH B. MARLIN
KENNETH HALCOM
LEO P. ARNABOLDI III
LEO P. ARNABOLDI, JR
LISA SHALETT
MATTHEW PETERSEN
MICHAEL GELTZEILER
MICHAEL PUGH
MITCHELL SCHERZER
MYLES GILLESPIE
NATHAN SLEEPER
NICHOLAS F. TOMMASINO
NICK RUDD

OBA MCMILLAN
PATRICK GADSON
PATRICK GALLAGHER
PETER SCHEMAN
PETER SERPICO
POPPY HARLOW
RICHARD EADDY
RICHARD PORTER
ROBBIN MELE GAUDIERI
RON PORTER
ROY WEATHERS
SEAN WOODROFFE
STEPHEN GALLUCCI
STEVE ELBAUM
STEVEN MELTON
STEVEN MIYAO
STEVEN S. ELBAUM
STUART LEMPERT
T. KENNETH FARRELL
THOMAS FORTIN
THOMAS MURPHY, SR.
TIM MCCHRISTIAN
TREVOR FENNELL
VANESSA TOUMA
VICTOR F. GANZI
WILLIAM E. FLAHERTY
WILLIAM F. GLAVIN, JR
WILLIAM G. PARRETT

**INSURANCE PROVIDERS**
ARGONAUT INSURANCE CO.
CHUBB GROUP
CHURCH MUTUAL INSURANCE CO.
EMPIRE BLUECROSS BLUESHIELD
FEDERAL INSURANCE COMPANY
HALLMARK SPECIALTY INSURANCE CO.
PHILADELPHIA INSURANCE COMPANY
RSUI LANDMARK AMERICAN INSURANCE CO.
STARSTONE NATIONAL INSURANCE CO.

**LANDLORD**
NATIONAL MULTIPLE SCHLEROSIS SOCIETY

**LITIGATION PARTIES AND COUNTERPARTIES AND COUNSEL**[1]
A.B.
A.F.
A.G.

AARON HUMPHREY
ALFRED FALZON
AMONDO SAPIRO
ANDREW CAWLEY
ANTHONY VARUOLA
ANTOWNE FRAZIER
ARNOLD GLIM
ARTHUR TREMERE
AVAN LOGAN
B.D.
BRIAN TATE
C.C.
C.D.
CARL MINUSKIN
C.R.
C.S.
CHRISTOPHER CLARK
CLEVELAND WHITE
COLIN MOSS
D.C.
D.M.
DENNIS FARLEY
DERRICK WELCH
DEXTER BLACKMAN
E.C. [950404/2020]
E.M. [70172/2021E]
E.M. [950681/2020]
E.M.R.
EDDY STWAERD
E.T.
EDWARD HUNTER
EDWARD TOFANI
EDWIN VELEZ
EMILE BLACKMAN
EMMANUEL FALZON
ENZO OMBRAMONTI
ERIC LEBRON
ERIC ROSADO
FRANK BITETTO
FRANK PESCE
G.F.
G.R.
GEORGE DANIELLO
GERALD CARSON
GUSTAVE CHAPPORY
HARRY WADE
HECTOR BUSH

HENRI BONNER
HENRY KING
I.R.
IKEM LOGAN
ISRAEL DIAZ
JOSEPH FARAGUNA
J.A.M.
J.C.
J.G.
J.L.
J.R.
JAMES PAIGE
JAMES SULLIVAN
JAY SAPIRO
JOHN DOE
JOHN MARKS
JOHNNY GARCIA
JONATHAN DRECHSLER
JOSEPH CIAPPA
JOSEPH FALZON
JOSEPH GALLO
JOSEPH GENTILE
JOSEPH MCBRIDE
JOSEPH O'BRIEN
JOSEPH P. SALAMONE, JR.
JOSEPH VARUOLA
JULIO ROSADO
K.P.
K.R.
KENNETH GRANT
L.B.
L.R.
LAWRENCE DAVIS
LAWRENCE NOLAN
LEON POWELL
LOUIS HEREDIA
M.H.
M.S.
MARC TAYLOR
"MARIA HOFFMAN"
MARK THOMPSON
MATTHEW SPENCER
MICHAEL CUSUMANO
MICHAEL DANIELLO
MICHAEL FAYE
MICHAEL JACOBS
MICHAEL PAIGE

N.B.A.
NEFTALI CENTENO
NEFTALI CEMTENO
PERRY POWELL
PETER CAMILLERI
PHILLIP HARRIS
R.A.
R.B.
R.C.
R.F.
R.F. II
R.M.
R.S.
RAMON ACOSTA
RAMOS REYES
RANDALL JAMES
RENZO BUSETTI
RICHARD VESPI
ROBERT LIGUORI
ROBERT O'LEARY
ROBERT RAMIREZ
ROBERT SERRINGER
ROBERTO GONZALEZ
ROGER WELCH
RONALD PROKOPIAK
S.R. [950449/2020]
S.R.
SAMUEL CASTRILLO
PETER STUCZ
STEVEN SORGE
T.F.
DAVID TOFANI
ROBERT TOFANI
TERRENCE BROWNE
TERRENCE LOGAN
THE ESTATE OF EMMANUEL WILLIAM SORGE
THOMAS LOGERFO
THOMAS M. LUKAS
TYRONE LOGAN
VITO PESCE
WILLIAM MCFIELD
WILLIAM SORGE
Z.Y.
ABEND & SILBER, PLLC
ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ
ANDREOZZI & ASSOCIATES, P.C.
BLEAKLEY PLATT & SCHMIDT, LLP

CUTI HECKER WANG LLP
DUNDON ADVISERS LLC
GRANT & EISENHOFER, P.A.
HACH ROSE SCHIRIPPA & CHEVERIE, LLP
HARNICK AND HARNICK, P.C.
HERMAN LAW FIRM
JEFF ANDERSON & ASSOCIATES, P.A.
LEVY KONIGSBERG LLP
LOWEY DANNENBERG, P.C.
MARCOWITZ LAW FIRM
MERSON LAW, PLLC
PACHULSKI STANG ZIEHL & JONES LLP
PFAU COCHRAN VERTETIS AMALA PLLC
RAPHAELSON & LEVINE LAW FIRM, P.C.
ROCKEFELLER UNIVERSITY
ROPES & GRAY LLP
SEEGER WEISS LLP
SILVER & KELMACHTER, LLP
SLATER SLATER SCHULMAN LLP
THE MARSH LAW FIRM, PLLC
THE SIMPSON TUEGEL FIRM
WEITZ & LUXENBERG
WILLIAMS CEDER LLC

## **SIGNIFICANT VENDORS, UTILITIES, CONTRACT COUNTERPARTIES, AND UCC LIEN COUNTERPARTIES**

42ND STREET LESSEE LLC
501 AUCTION LLC
ABRAR QAIUM
ADP, INC.
ADT SECURITY SERVICES
ADVANCE CLADDING CONSTRUCTION COMPANY
AFA PROTECTIVE SYSTEMS, INC.
AFLAC NEW YORK
AIA, ALERA GROUP
ALDA BUILDING COMPANY LLC
ALEX DONNER ENTERTAINMENT, CORP.
ALL AMERICAN SCHOOL BUS CORP.
ALLIED ASBESTOS SERVICE LLC
ALLSTATE LIFE INSURANCE COMPANY
ALLSTATE SERVICES GROUP LLC
AMAZON CAPITAL SERVICES
AMERICAN EXPRESS
AMERIFLEX
ANTHEM LIFE & DISABILITY INSURANCE CO.
APPRAISERS AND PLANNERS INC.
ARAMARK

AUTHNET GATEWAY
AV DESIGN INTEGRATION
BABY DUNK
BALLARD SPAHR LLP
BASE TECHNOLOGIES, INC.
BCM ONE
BEL-AQUA POOL SUPPLY INC.
BETHANY HDFC
BKD, LLP
BLACKBAUD
BOYS & GIRLS CLUB OF HARLEM
BOYS & GIRLS CLUBS OF AMERICA
BROADWAY UNLOCKED
BRONX AQUATICS & SAFETY INC.
BSN SPORTS INC
CABLEVISION
CARDWORKS ACQURING
CHARTER COMMUNICATIONS
CHURCH MUTUAL
CITY OF FINANCE COMMISSIONER
CLASSY, INC.
CON EDISON
CONNEY SAFETY
CREATIVE ART WORKS
CROWN AWARDS
CROWN CASTLE FIBER LLC
CROWN JANITORIAL
CROWN TROPHY, INC.
CT CORPORATION
CYA, INC
DAWELL CONSULTING LLC
DE LAGE LANDEN FINANCIAL SERVICES, INC.
DELL BUSINESS CREDIT
DELOITTE CONSULTING LLP
DINOSAUR RESTAURANTS LLC
DRAIN KLEEN SEWER SERVICES INC.
EDELMAN SULTAN KNOX WOOD ARCHITECTS LLP
EFFICIENT COMBUSTION & COOLING CORP.
EL RAVEN PRODUCTIONS
EMPIRE FIRE SYSTEMS LLC
ENGIE
EXTRA SPACE STORAGE
FEDERAL EXPRESS CORP.
FIRST ADVANTAGE BACKGROUND SERVICES CORP.
FIRSTMARK SERVICES
FLYER MIKE DESIGNS, LLC
FOUR SEASONS PROMOS, LLC

FRANKIE'S CARNIVAL TIME, INC.
FUZE, INC.
GEM MECHANICAL LLC
GIVESMART US, INC.
GO CHARITY
GOTHAM ARCHITECTURAL GLASS & SIGN
GRACI PAVING ASSOCIATES INC.
GROWTH AND DEVELOPMENT SERVICES, INC.
HANZEL LI
HELIUM PLUS EAST INC.
HILLMANN CONSULTING, LLC
HSO PRODUCTIONS INC.
HYDRO LANE, INC.
IF IT'S WATER, INC.
INDEPENDENT ELEVATOR INSPECTIONS, INC
INLAND PRINTING COMPANY
INSURANCE ARCHAEOLOGY GROUP
INTEGRATED AQUATICS ENGINEERING
J & L SERVICE NYC INC.
JMV CONSULTING ENGINEERING, P.C.
JOHN TODD
JUNK PROS
KAUFMAN IRON WORKS
KIDS IN SEATS INC.
KIPS BAY BOYS & GIRLS CLUB
KNIGHT MARKETING CORP.
KONE INC.
KVL AUDIO VISUAL SERVICES, INC
LAMB INSURANCE SERVICES
LAWLESS & MANGIONE
LAWYERS ALLIANCE FOR NEW YORK
LEADER ELECTRIC COMPANY
LEAF COMMERCIAL CAPITAL
LIBERTY COCA-COLA BEVERAGES LLC
LIBERTY INDUSTRIAL GAS & WELDING
LIBERTY SCIENCE CENTER
LIGHTHOUSE DOCUMENT TECHNOLOGIES, INC.
LOM PROPERTY CONSULTING LLC
MAGIC MECHANICAL
MAMA FOUNDATION FOR THE ARTS, INC.
METROPOLIS GROUP INC.
METROPOLITAN LIFE
METROTECH SYSTEMS
MILLIMAN
MUTUAL SECURITY SERVICES, INC.
NARDELLO & CO LLC
NATIONAL FIRE EXTINGUISHER CO.

NATIONAL GRID
NATIONAL MULTIPLE SCLEROSIS SOCIETY
NEW YORK BUSINESS SYSTEMS
NEW YORK CITY WATER BOARD
NEW YORK DEPARTMENT OF LAW
NEW YORK STATE ALLIANCE
NFOCUS SOLUTIONS
NOBLE ELEVATOR COMPANY INC.
NONPROFIT SOLUTIONS NETWORK CORP.
NOTES FOR NOTES
NOVAK FRANCELLA LLC
NUVISION SOLUTIONS LLC
NY STATE ALLIANCE
NYC FIRE DEPARTMENT
NYC WATER BOARD
NYS DEPT. OF ENVIRONMENTAL CONSERVATION
ORKIN INC.
ORKIN PEST CONTROL
OUTREACH DEVELOPMENT CORP.
PADUANO & WEINTRAUB LLP
PITNEY BOWES GLOBAL FINANCIAL
PITNEY BOWES PURCHASE POWER
PLYWOOD PICTURES LLC
POL. WIRE TECH INC.
POLAR AIR CONDITIONING INC.
QUILL CORPORATION
REGINA CATERERS INC.
ROBINSON'S INDUSTRIAL GAS AND EQUIPMENT CORP.
ROTO ROOTER PLUMBING SERVICES
RT TRANSPORTATION & TOURS, LLC
S&S WORLDWIDE, INC.
S.D.L. APPLIANCE REPAIR SERVICE
SBW, INC.
SEAN KERSHAW
SEND IN THE CLOWNS ENTERTAINMENT
SERVICE MECHANICAL INC.
SHELTERPOINT LIFE INSURANCE CO.
SIGMA
SLEEPY HOLLOW COUNTRY CLUB
SOLVE IT SIMPLE LLC
STAPLES
STAPLES ADVANTAGE
STAR GROUP PRODUCTIONS
SUNESYS ENTERPRISE LLC
SWOOP
SYSCO METRO NEW YORK LLC
THE COTOCON GROUP

THE METRO GROUP, INC.
TIME WARNER CABLE
TOTAL AQUARIUMS INC.
TOWER ELEVATOR CONSULTING & TESTING LLC
TOYOTA FINANCIAL SERVICES
TRANSPERFECT LEGAL SOLUTIONS
TREMONT ELECTRIC SUPPLY COMPANY
TRI WELD INDUSTRIES, INC.
TWI-LAQ INDUSTRIES, INC.
ULINE
UNITED STAFFING SOLUTIONS, INC.
UNITED WAY
VAL WIRING CORP.
VENABLE LLP
VERIZON WIRELESS
WEBSTER LOCK & HARDWARE CO.

## **Supplemental Conflict Check List**

**UST OFFICE**
ANNIE WELLS
JAMES GANNONE
MARK BRUH
SHARA CORNELL
TARA TIANTIAN

**BANKRUPTCY JUDGES' STAFF**
ANDERSON, DEANNA
ASHMEADE, VANESSA
AZZARO, CHRISTINE
BARAJAS, ANDRES
BARRETT, CHANTEL
BLACKMON, MICHAEL
CALDERON, LYNDA
CARRASCO, ROBERT
CHEN, PATRICK
CONTINO, MICHAEL
DEPIEROLA, JACQUELINE
EBANKS, LIZA
ECHEVARRIA, LORRAINE
EISEN, JAMIE
FREDERICKS, FRANCES
HARKINS, DANIEL
HILBURN, BRIAN
JONES, TAYLOR

KAN, LESLIE
KASNETZ, ALEXANDER
LI, DOROTHY
MACDONALD, JENNA
MERCADO, TRACEY
MITNICK, MEREDITH
O'ROURKE, FRANCIS
PUCCIA, KARRA
RIBEIRO, CHRISTIAN
ROBIE, BRENDA
RODRIGUEZ, WILLIE
SANEY, MICHELLE
TRAN, JACQUELINE
WHITE, GREG
WYBIRAL, LESLIE
ZIESING, ANNIE