James I. Stang (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
   inasatir@pszjlaw.com
   jlucas@pszjlaw.com
   mpagay@pszjlaw.com
   gbrown@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Madison Square Boys & Girls Club, Inc., | Case No. 22-10910-SHL |
| Debtor.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION OF
THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' APPLICATION TO RETAIN AND EMPLOY PACHULSKI
STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF JULY 16, 2022**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On August 15, 2022, the Committee filed *The Official Committee of Unsecured Creditors' Application to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as of July 16, 2022* [Docket No. 130] (the "PSZJ Retention Application").

2. The PSZJ Retention Application was served on **August 15, 2022** [Docket No. 132].

3. The objection deadline for the PSZJ Retention Application was **August 25, 2022 by 4:00 p.m. (ET)** pursuant to the Notice at Docket No. 131. Additionally, by email, the Court granted an extension of time to the Office of the United States Trustee to file its objection to the PSZJ Retention Application by **August 30, 2022**.

4. As of the filing of this *Certification of No Objection*, more than forty-eight (48) hours have elapsed since the August 25th Objection Deadline. The Office of the United States Trustee has informed me that it will not be filing an objection to the

[remainder of page left intentionally blank]

PSZJ Retention Application. To the best of my knowledge, no parties have filed an objection or served the Committee with any such responsive pleading.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 30, 2022  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice)*
Gillian N. Brown
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:   jstang@pszjlaw.com
　　　　inasatir@pszjlaw.com
　　　　jlucas@pszjlaw.com
　　　　mpagay@pszjlaw.com
　　　　gbrown@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*