**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                          : Chapter 11
:
MADISON SQUARE BOYS & GIRLS CLUB,   : Case No. 22-10910-shl
INC.[1],
:
      Debtor.                           :
:
------------------------------------------------------------X

### CERTIFICATE OF SERVICE

    STATE OF CALIFORNIA    )
                                              )
    COUNTY OF SAN FRANCISCO    )

    I, Oliver Carpio, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP, located at One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, California 94105-1020. I am not a party to the above-captioned case.

    On August 30, 2022, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served in the manner indicated upon the parties set forth on the service lists annexed hereto as **Exhibit 1** and **Exhibit 2**:

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

DOCS_SF:107860.2 54162/004

- *Supplemental Declaration of James I. Stang in Support of Application of the Official Committee of Unsecured Creditors of the Debtor to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective July 16, 2022* [Docket No.171]; and

- *Certification of No Objection of The Official Committee of Unsecured Creditors' Application to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as Of July 16, 2022* [Docket No. 172].

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 30th day of August, 2022.

*/s/Oliver Carpio*
Oliver Carpio

2

# EXHIBIT 1

## Service by Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
|  |  |  |
| BLEAKLEY PLATT & SCHMIDT, LLP | ATTN WILLIAM HARRINGTON, ADAM RODRIGUEZ | WPHARRINGTON@BPSLAW.COM; ARODRIGUEZ@BPSLAW.COM |
| CHUBB GROUP | ATTN ADRIENNE LOGAN, LEGAL ANALYST | ADRIENNE.LOGAN@CHUBB.COM |
| COHEN & GRESSER LLP | ATTN DAVID F LISNER | DLISNER@COHENGRESSER.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, WENDY M. SIMKULAK | DSMCGEHRIN@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| GRANT & EISENHOFER, P.A. | ATTN BARBARA J. HART, IRENE LAX, SAMANTHA BREITNER | BHART@GELAW.COM; ILAX@GELAW.COM; SBREITNER@GELAW.COM |
| GRANT & EISENHOFFER P.A. | ATTN: GORDON Z. NOVOD | GNOVOD@GELAW.COM |
| HARNICK AND HARNICK, P.C. | ATTN ROBERT HARNICK | RHARNICK@HARNICKLAW.COM; THARNICK@HARNICKLAW.COM |
| HERMAN LAW FIRM, PA | ATTN J. HERMAN, D. ELLIS, S. MERMELSTEIN, JASON S. SANDLER, ALEXANDRA SLATER | JHERMAN@HERMANLAW.COM |
| HURWITZ FINE | ATTN: MICHAEL WILLIAMS | MJW@HURWITZFINE.COM |
| KUTAK ROCK LLP | ATTN: MICHAEL A. CONDYLES, PETER J. BARRETT | PETER.BARRETT@KUTAKROCK.COM |
| LEVY KONIGSBERG LLP | ATTN RENNER K. WALKER, COREY M. STERN, ANNA KULL, MATTHEW J. SHOCK | INFO@LEVY-LAW.COM; CSTERN@LEVYLAW.COM; RWALKER@LEVYLAW.COM; AKULL@LEVYLAW.COM; MSHOCK@LEVYLAW.COM |
| MARSHALL, CONWAY, BRADLEY, GOLLUB & WEISSMAN, P.C. | SAMUEL F. PANICCIA, ESQ. | SPANICCIA@MCWPC.COM |
| MARCOWITZ LAW FIRM | ATTN EDWARD L.C. MARCOWITZ | ED@MARCOWITZLAW.COM |
| MERSON LAW, PLLC | ATTN JORDAN K. MERSON, GIOVANNA MABILE | JMERSON@MERSONLAW.COM; GMABILE@MERSONLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN LETITIA JAMES & ELIZABETH LYNCH | LETITIA.JAMES@AG.NY.GOV; ELIZABETHM.LYNCH@AG.NY.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN K. KORNBERG, ESQ., ANDREW M. PARLEN, E. JOHN, T WEBER, ESQ. | AKORNBERG@PAULWEISS.COM; APARLEN@PAULWEISS.COM; JWEBER@PAULWEISS.COM |
| PFAU COCHRAN VERTETIS AMALA PLLC | ATTN VINCENT T. NAPPO, ANGELA DOUMANIAN | VNAPPO@PCVALAW.COM; ADOUMANIAN@PCVALAW.COM |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | ATTN STEVEN GERSHOWITZ | SGERSHOWITZ@RLLAWYERS.COM |
| ROBINSON + COLE | ATTN: LAWRENCE KLEIN | LKLEIN@RC.COM |
| SEEGER WEISS LLP | ATTN STEPHEN A WEISS, MICHAEL ROSENBERG, PHILIPPA RATZKI | SWEISS@SEEGERWEISS.COM; MROSENBERG@SEEGERWEISS.COM |
| SIDLEY AUSTIN LLP | ATTN SAM NEWMAN, KEN KANSA, G. WEINER | SAM.NEWMAN@SIDLEY.COM; KKANSA@SIDLEY.COM; GWEINER@SIDLEY.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SILVER & KELMACHTER, LLP | ATTN SAMEER NATH | SNATH@SILVERKELMACHTER.COM |
| SLATER SLATER SCHULMAN LLP | ATTN ADAM P. SLATER, LINC C. LEDER | ASLATER@SSSFIRM; LLEDER@SSSFIRM.COM |
| THE MARSH LAW FIRM, PLLC | ATTN JENNIFER FREEMAN, JAMES MARSH, KATIE SHIPP, M. MABIE, B. BERGER | KATIESHIPP@MARSH.LAW; JENNIFERFREEMAN@MARSH.LAW; JAMESMARSH@MARSH.LAW; MARGARETMABIE@MARSH.LAW |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING | USTPREGION02.NYECF@USDOJ.GOV ANDREA.B.SCHWARTZ@USDOJ.GOV |
| THE SIMPSON TUEGEL FIRM | ATTN MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR SDNY | ATTN ANDREA B SCHWARTZ, ESQ & TARA TIANTIAN, ESQ | PETER.ARONOFF@USDOJ.GOV |
| WEITZ & LUXENBERG | ATTN JERRY KRISTAL | JKRISTAL@WEITZLUX.COM; INFO@WEITZLUX.COM |
| WILLIAMS CEDER LLC | ATTN GERALD J. WILLIAMS, BETH G. COLE, SHAUNA L. FRIEDMAN | GWILLIAMS@WILLIAMSCEDAR.COM; BCOLE@WILLIAMSCEDAR.COM; SFRIEDMAN@WILLIAMSCEDAR.COM |

**VIA FACSIMILE:**

| ABRAHAM WATKINS NICHOLS AGOSTO AZIZ STOGNER | ATTN: MUHAMMAD S. AZIZ | FAX: 713-225-0827 |
|---|---|---|

2

# EXHIBIT 2

**Service by Electronic Mail**

Matthew O. Sitzer
Riley C. Mendoza
Ian M. Hansen
**SHOOK, HARDY & BACON L.L.P**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
MSitzer@shb.com
RMendoza@shb.com
IHansen@shb.com

Daniel C. Green
**VEDDER PRICE P.C.**
1633 Broadway, 31st Floor
New York, New York 10019
dgreen@vedderprice.com

Gary P. Seligman
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
GSeligman@wiley.law

Gregory Gennady Plotko
**CROWELL & MORING LLP**
590 Madison Ave, 20th Floor
New York, New York 10022
GPlotko@crowell.com

Mark D. Plevin
**CROWELL & MORING LLP**
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
MPlevin@crowell.com

Rachel A. Jankowski
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
RJankowski@crowell.com

Lawrence Klein
**ROBINSON + COLE**
Chrysler East Building

666 Third Avenue, 20th Floor
New York, New York 10017
LKlein@rc.com

Daren S. McNally
Barbara M. Almeida
Shane T. Calendar
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Daren.McNally@clydeco.us
Barbara.Almeida@clydeco.us
Shane.Calendar@clydeco.us

Margaret F. Catalano
Jillian G. Dennehy
Danielle Valliere
**KENNEDYS CMK LLP**
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
Meg.Catalano@kennedyslaw.com
Jillian.Dennehy@kennedyslaw.com
Danielle.Valliere@kennedyslaw.com

Robert W. DiUbaldo
Nora A. Valenza-Frost
**CARLTON FIELDS, P.A.**
The Chrysler Building
405 Lexington Ave., 36th Fl.
New York, NY 10174
RDiubaldo@carltonfields.com
NValenza-Frost@carltonfields.com

Geoffrey M. Miller
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020-1089
Geoffrey.Miller@dentons.com

Keith Moskowitz
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Keith.Moskowitz@dentons.com

Julia M. Beckley
**DENTONS US LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
Julia.Beckley@dentons.com

Michael A. Kotula
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, N.Y. 11556
Michael.Kotula@rivkin.com

Kevin T. Coughlin
Lorraine M. Armenti
Zachary M. Sherman
**COUGHLIN MIDLIGE & GARLAND LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
KCoughlin@cmg.law
LArmenti@cmg.law
ZSherman@cmg.law

Michael A. Kotula
Robert A. Maloney
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926
Michael.Kotula@rivkin.com
Robert.Maloney@rivkin.com

Todd C. Jacobs
John E. Bucheit
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
TJacobs@bradleyriley.com
JBucheit@bradleyriley.com

Robert W. DiUbaldo
Nora Valenza-Frost
**CARLTON FIELDS, P.A.**
405 Lexington Avenue, 36th Floor
New York, New York 10174-0002
RDiubaldo@carltonfields.com

DOCS_SF:107860.2 54162/004

NValenza-Frost@carltonfields.com

Gregg M. Galardi
Cristine Schwarzman
Andrew G. Devore
Uchechi Egeonuigwe
Christine Joh
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Gregg.Galardi@ropesgray.com
Cristine.Schwarzman@ropesgray.com
Andrew.Devore@ropesgray.com
Uchechi.Egeonuigwe@ropesgray.com
Christine.Joh@ropesgray.com