**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Kimberly A. Posin (*pro hac vice*)
Amy C. Quartarolo (*pro hac* pending)
*Counsel to Xclaim Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**NOTICE OF STATUS CONFERENCE ON XCLAIM INC.'S MOTION TO CLARIFY
OR VACATE THE COURT'S AUGUST 18, 2022 MEMORANDUM OF DECISION**

**PLEASE TAKE NOTICE**, that on **September 12, 2022 at 11:00 a.m., prevailing Eastern Time,** a status conference (the "**Status Conference**") will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, Southern District of New York located at One Bowling Green, New York, New York 1004, upon *XClaim Inc.'s Motion for Entry of an Order Clarifying or Vacating the Court's August 18, 2022 Memorandum of Decision* (the "**Motion**") [Docket No. 180].

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Status Conference will be conducted remotely via Zoom for Government. Parties wishing to appear at the Status Conference, whether in a "live" or "listen

---

[1] The last four digits of the Debtor's federal tax identification numbers are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website, https://www.nysb.uscourts.gov/ecourt-appearances, no later than 4:00 p.m. one business day prior to the Status Conference (the "**Appearance Deadline**"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to those parties who have made an electronic appearance. Parties wishing to appear at the Status Conference must submit an electronic appearance through the Bankruptcy Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Bankruptcy Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

|  |  |
|---|---|
|  | **LATHAM & WATKINS LLP** |
| Dated: September 9, 2022<br>New York, New York | By: /s/ Kimberly A. Posin<br>Kimberly A. Posin (*pro hac vice*)<br>Amy C. Quartarolo (*pro hac* pending)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: kim.posin@lw.com<br>           amy.quartarolo@lw.com<br><br>*Counsel to Xclaim Inc.* |