James I. Stang (admitted *pro hac vice*)
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
     jlucas@pszjlaw.com
     mpagay@pszjlaw.com
     gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| | : |
| In re | : Chapter 11 |
| | : |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : Case No. 22-10910-SHL |
| | : |
| Debtor. | : |
| | : |

---------------------------------------------------------------X

**FIRST MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JULY 16, 2022 THROUGH JULY 31, 2022**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional: | Official Committee of Unsecured Creditors |
| Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 16, 2022 |
| Period for which compensation and reimbursement is sought: | July 16, 2022 through July 31, 2022 |
| Monthly Fees Incurred | $159,773.00 |
| Fee Reduction | ($31,853.00)[2] |
| Fees (After Reduction) | $127,920.00 |
| 20% Holdback: | $25,584.00 |
| Total Fees Less 20% Holdback: | $102,336.00 |
| Monthly Expenses Incurred: | $291.19 |
| Total Fees and Expenses Due: | $102,627.19 |

This is a __X__ monthly ____interim ____final    application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to*

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are reduced from standard rates so that attorney time is capped at $900 per hour and paralegal time is capped at $400 per hour. The reduction set forth in this Fee Statement here accounts for the reduction from the following standard rates, as set forth in Exhibit A hereto: J. Stang ($1,525); M. Pagay ($1,095); J. Lucas ($1,095); G. Brown ($925); Patricia J. Jeffries ($490); La Asia S. Canty ($400); Kerri L. LaBrada ($400); and Michael A. Matteo ($460).

*the Official Committee of Unsecured Creditors Effective as of July 16, 2022* [Docket No. 196] (the "PSZJ Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[3] Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby submits this first monthly fee statement (the "Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee in this chapter 11 case (the "Case") during the period July 16, 2022 to July 31, 2022 (the "Fee Period").

By this Fee Statement, PSZJ seeks payment in the amount of $102,627.19, comprised of the following: (i) $102,336.00, which is eighty percent (80%) of the total amount of fees incurred for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of $291.19, which is one hundred percent (100%) of actual and necessary expenses that PSZJ incurred in connection with its representation of the Committee during the Fee Period.

**Services Rendered and Expenses Incurred**

1.      Attached as **Exhibit A** is a summary of PSZJ's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with this chapter 11 case during the Fee Period, (ii) the year of bar admission for each PSZJ attorney, (iii) current, standard hourly billing rate for each individual at PSZJ working on this chapter 11 case during the Fee Period,  (iv) the capped hourly rate for those individuals, and (v) the total fees that each individual billed to this Case during the Fee Period at the applicable capped billing rate. The Committee hired PSZJ on the condition that the total fees incurred would be discounted

---

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

to the extent the blended rate of PSZJ attorneys exceeds $900.00 per hour. As provided in the PSZJ Retention Order, PSZJ paralegals on this Case do not exceed $400.00 per hour. All of the PSZJ paralegals who worked on this Case during the Fee Period have standard billing rates in excess of $400.00 per hour. PSZJ is providing a reduction in fees for the Fee Period in the amount of $31,853.00.

2.      Attached as **<u>Exhibit B</u>** is a summary of the services PSZJ rendered during the Fee Period and the compensation it seeks, by project category.

3.      Attached as **<u>Exhibit C</u>** is a summary of expenses that PSZJ incurred during the Fee Period and for which it seeks reimbursement.

4.      Attached as **<u>Exhibit D</u>** is itemized time detail of PSZJ professionals during the Fee Period and summary materials related thereto.

<u>Notice and Objection Procedures</u>

5.      Notice of this Fee Statement shall be given by hand or overnight delivery, or by email where available, upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian);  (b) Debtor's counsel: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Andrew M. Parlen, John T. Weber); and (c) William K. Harrington, United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian) (together with PSZJ, at the mailing or email addresses set forth on the caption page of this Fee Statement, the "<u>Notice Parties</u>").

6.      Objections to this Fee Statement, if any, must be filed with the Court and served upon PSZJ and the other Notice Parties (set forth at para. 5, above) so as to be received no later

than **fifteen (15) calendar days after filing of Fee Statement** (the "Objection Deadline"),
setting forth the nature of the objection and the amount of fees or expenses at issue (an
"Objection").

7.      If no Objections to this Fee Statement are filed and served as set forth above, the
Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of
the expenses set forth in this Fee Statement.

8.      If an Objection to this Fee Statement is received on or before the Objection
Deadline, the Debtor shall withhold payment of that portion of this Fee Statement to which the
objection is directed and promptly pay the remainder of the fees and disbursements in the
percentages set forth above. *See* Docket No. 125. To the extent such an Objection is not resolved
between PSZJ and the party filing the Objection, the Objection shall be preserved and scheduled
for consideration at the next interim fee application hearing to be heard by the Court.

Dated: September 20, 2022          PACHULSKI STANG ZIEHL & JONES LLP

                                   */s/Gillian N. Brown*
                                   James I. Stang (admitted *pro hac vice*)
                                   John W. Lucas
                                   Malhar S. Pagay (admitted *pro hac vice*)
                                   Gillian N. Brown
                                   780 Third Avenue, 34th Floor
                                   New York, NY 10017-2024
                                   Telephone: 212.561.7700
                                   Fax: 212.561.7777
                                   Emails: jstang@pszjlaw.com
                                           jlucas@pszjlaw.com
                                           mpagay@pszjlaw.com
                                           gbrown@pszjlaw.com

                                   *Counsel to the Official Committee of Unsecured
                                   Creditors*

<u>**EXHIBIT A**</u>

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## JULY 16, 2022- JULY 31, 2022

| Name of Professional Partners and Counsel | Title | Year Admitted | Standard Hourly Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|---|---|
| James I. Stang | Partner | 1980 | 1,525.00 | 900.00 | 15.30 | 13,770.00 |
| Malhar S. Pagay | Partner | 1997 | 1,095.00 | 900.00 | 48.60 | 43,740.00 |
| John W. Lucas | Partner | 2005 | 1,095.00 | 900.00 | 56.80 | 51,120.00 |
| Gillian N. Brown | Counsel | 1999 | 925.00 | 900.00 | 14.90 | 13,410.00 |
| **Total Partners and Counsel:** | | | | | **135.60** | **$122,040.00** |

| Name of Paralegals and Other Non-Legal Staff | Standard Hourly Billing Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|
| Patricia J. Jeffries | 495.00 | 400.00 | 9.90 | 3,960.00 |
| Kerri L. LaBrada | 495.00 | 400.00 | 3.70 | 1,480.00 |
| La Asia S. Canty | 495.00 | 400.00 | 0.20 | 80.00 |
| Mike Matteo | 460.00 | 400.00 | 0.90 | 360.00 |
| **Total Paralegals and Other Non-Legal Staff:** | | | **14.70** | **$5,880.00** |

| ALL PROFESSIONALS | DISCOUNTED/CAPPED BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 122,040.00 | 135.60 | 122,040.00 |
| Paralegals/Non-Legal Staff | 5,880.00 | 14.70 | 5,880.00 |
| **Total Fees Incurred** | | | **$127,920.00** |

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD JULY 16, 2022 - JULY 31, 2022**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 1.20 | 1,443.00 |
| BL | Bankruptcy Litigation | 54.50 | 52,295.50 |
| CA | Case Administration | 4.70 | 4,152.50 |
| CO | Claims Admin/Objections | 4.10 | 4,455.50 |
| GC | General Creditors' Committee | 41.00 | 47,120.00 |
| H | Hearings | 3.00 | 3,930.00 |
| IC | Insurance Coverage | 2.60 | 2,156.50 |
| ME | Mediation | 23.50 | 26,902.50 |
| RP | Retention of Professionals | 7.00 | 7,507.00 |
| RPO | Retention of Professionals/Others | 7.40 | 8,258.00 |
| SL | Stay Litigation | 1.30 | 1,552.50 |
|  | **TOTAL** | 150.30 | **$159,773.00** |

**EXHIBIT C**

**Expense Summary**

**AGGREGATE ITEMIZED EXPENSES FOR THE PERIOD**
**JULY 16, 2022 - JULY 31, 2022**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Filing Fee | 200.00 |
| Lexis/Nexis Legal Research | 10.54 |
| Outside Services | 80.65 |
| **TOTAL** | **$291.19** |

## EXHIBIT D

## Itemized Time Detail for the Fee Period

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

GNB

July 31, 2022
Invoice    130635
Client     54162
Matter     00004
**GNB**

RE:  Committee Representaton

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   07/31/2022**

| | |
|---|---:|
| FEES | $159,773.00 |
| EXPENSES | $291.19 |
| LESS COURTESY DISCOUNT | $31,853.00 |
| **TOTAL CURRENT CHARGES** | **$128,211.19** |
| **TOTAL BALANCE DUE** | **$128,211.19** |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    - 00004

Page:    2
Invoice 130635
July 31, 2022

## <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| GNB | Brown, Gillian N. | Counsel | 925.00 | 14.90 | $13,782.50 |
| JIS | Stang, James I. | Partner | 1525.00 | 15.30 | $23,332.50 |
| JWL | Lucas, John W. | Partner | 1095.00 | 56.80 | $62,196.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 495.00 | 3.70 | $1,831.50 |
| LSC | Canty, La Asia S. | Paralegal | 495.00 | 0.20 | $99.00 |
| MAM | Matteo, Mike A. | Paralegal | 460.00 | 0.90 | $414.00 |
| MSP | Pagay, Malhar S. | Partner | 1095.00 | 48.60 | $53,217.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 9.90 | $4,900.50 |
| | | | | 150.30 | $159,773.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162   - 00004

Page:   3

Invoice 130635

July 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.20 | $1,443.00 |
| BL | Bankruptcy Litigation [L430] | 54.50 | $52,295.50 |
| CA | Case Administration [B110] | 4.70 | $4,152.50 |
| CO | Claims Admin/Objections[B310] | 4.10 | $4,455.50 |
| GC | General Creditors Comm. [B150] | 41.00 | $47,120.00 |
| H | Hearings | 3.00 | $3,930.00 |
| IC | Insurance Coverage | 2.60 | $2,156.50 |
| ME | Mediation | 23.50 | $26,902.50 |
| RP | Retention of Prof. [B160] | 7.00 | $7,507.00 |
| RPO | Ret. of Prof./Other | 7.40 | $8,258.00 |
| SL | Stay Litigation [B140] | 1.30 | $1,552.50 |
| | | 150.30 | $159,773.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:      4

Invoice 130635

July 31, 2022

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Filing Fee [E112] | $200.00 |
| Lexis/Nexis- Legal Research [E | $10.54 |
| Outside Services | $80.65 |
| | $291.19 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 07/24/2022 | MSP | AA | Review donor restriction issues (.6); email exchange with James I. Stang, Iain Nasatir, et al. re:  same (.10). | 0.50 | 1095.00 | $547.50 |
| 07/25/2022 | JIS | AA | Review materials regarding restricted donation analysis. | 0.30 | 1525.00 | $457.50 |
| 07/25/2022 | MSP | AA | Review of donor restriction issue (.3); email exchange with James I. Stang, Iain Nasatir, et al. re: same (.10). | 0.40 | 1095.00 | $438.00 |
|  |  |  |  | 1.20 |  | $1,443.00 |

### Bankruptcy Litigation [L430]

| 07/17/2022 | MSP | BL | Email exchange with Gillian N. Brown, Iain Nasatire re:  motion for 2004 examinations of insurers. | 0.10 | 1095.00 | $109.50 |
| 07/19/2022 | GNB | BL | Telephone conference with Malhar S. Pagay and John W. Lucas regarding Rule 2004 practice relating to insurance. | 1.00 | 925.00 | $925.00 |
| 07/19/2022 | GNB | BL | Email Malhar S. Pagay regarding Rule 2004 discovery on insurers. | 0.10 | 925.00 | $92.50 |
| 07/19/2022 | GNB | BL | Email with Patricia J. Jeffries regarding Everlaw costs; Email with John W. Lucas and Patricia J. Jeffries regarding Everlaw issues. | 0.10 | 925.00 | $92.50 |
| 07/19/2022 | MSP | BL | Telephone conference with John W. Lucas and Gillian N. Brown re:  discovery targets and strategy. | 1.00 | 1095.00 | $1,095.00 |
| 07/19/2022 | MSP | BL | Review case and other documents re:  determining needed discovery. | 2.00 | 1095.00 | $2,190.00 |
| 07/19/2022 | MSP | BL | Continue review of case and other documents re: determining needed discovery. | 1.80 | 1095.00 | $1,971.00 |
| 07/19/2022 | MSP | BL | Work on preparation of 2004 examination motions re:  insurers, et al (1.4).; email exchange with James I. Stang, John W. Lucas, Gillian N. Brown, Kerri L. LaBrada re:  same (.20). | 1.60 | 1095.00 | $1,752.00 |
| 07/19/2022 | PJJ | BL | Review data site and email Gillian N. Brown regarding same. | 0.30 | 495.00 | $148.50 |
| 07/19/2022 | JWL | BL | Call with G. Brown and M. Pagay regarding discovery targets and outline of related issues (1.0): | 1.00 | 1095.00 | $1,095.00 |
| 07/20/2022 | GNB | BL | Review newly added document to Data Site. | 0.10 | 925.00 | $92.50 |
| 07/20/2022 | GNB | BL | E-mail with PSZJ team re Rule 2004 motions relating to insurance coverage. | 0.10 | 925.00 | $92.50 |

|            |     |    |                                                                                                                                                  | Hours | Rate    | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 07/20/2022 | MSP | BL | Email exchange with Gillian N. Brown, Patricia Jeffries, et al. re:  document review.                                                             | 0.10  | 1095.00 | $109.50    |
| 07/20/2022 | MSP | BL | Email exchange with James I. Stang, John W. Lucas, Gillian N. Brown, Iain Nasatir, Kerri L. LaBrada re: Motions for 2004 examinations.             | 0.30  | 1095.00 | $328.50    |
| 07/20/2022 | MSP | BL | Continue work on preparation of 2004 examination motions (2.7); email exchange with James I. Stang, Iain Nasatir, Kerri L. LaBrada, et al. re:  same (.10). | 2.80  | 1095.00 | $3,066.00  |
| 07/20/2022 | MSP | BL | Work on litigation and potential document review matters, etc (1.4).; email exchange with James I. Stang, Gillian N. Brown, Patricia Jeffries et al. re: same (.10). | 1.50  | 1095.00 | $1,642.50  |
| 07/20/2022 | MSP | BL | Email with Iain Nasatir re:  insurer rule 2004 motion.                                                                                            | 0.10  | 1095.00 | $109.50    |
| 07/20/2022 | KLL | BL | Prepare 2004 exam template.                                                                                                                        | 1.10  | 495.00  | $544.50    |
| 07/21/2022 | MSP | BL | Review documents re:  identification of potential insurers.                                                                                       | 1.90  | 1095.00 | $2,080.50  |
| 07/22/2022 | MSP | BL | Email exchange with Gillian N. Brown, et al. re: document review status.                                                                          | 0.10  | 1095.00 | $109.50    |
| 07/22/2022 | MSP | BL | Draft motion for rule 2004 examination of insurers.                                                                                               | 2.40  | 1095.00 | $2,628.00  |
| 07/22/2022 | MSP | BL | Work on case litigation matters, anticipated document review, etc. (.4); email exchange with Gillian N. Brown, et al. re:  same (.10).            | 0.50  | 1095.00 | $547.50    |
| 07/23/2022 | MSP | BL | Email exchange with Gillian N. Brown re: preparation of 2004 examination motions.                                                                 | 0.10  | 1095.00 | $109.50    |
| 07/23/2022 | MSP | BL | Email exchange with Iain Nasatir, Gillian N. Brown et al. re:  potential insurers.                                                                | 0.60  | 1095.00 | $657.00    |
| 07/23/2022 | MSP | BL | Finalize draft of motion for rule 2004 examination of insurers (.6); email exchange with Iain Nasatir, Kerri L. LaBrada, Gillian N. Brown re:  same (.10). | 1.70  | 1095.00 | $1,861.50  |
| 07/24/2022 | GNB | BL | Email with Malhar S. Pagay regarding Rule 2004 motions relating to insurance.                                                                     | 1.00  | 925.00  | $925.00    |
| 07/25/2022 | GNB | BL | Telephone conference with Miriam Levi regarding bates label production of documents from prepetition Data Site.                                   | 0.10  | 925.00  | $92.50     |
| 07/25/2022 | GNB | BL | Telephone conference with Miriam Levi and John Hammel regarding data site; E-mail PSZJ and Paul Weiss counsel regarding same.                     | 0.10  | 925.00  | $92.50     |
| 07/25/2022 | MSP | BL | Email exchange with John A. Morris re: Rule 2004 motion practice.                                                                                 | 0.10  | 1095.00 | $109.50    |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:      7

Invoice 130635

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/25/2022 | MSP | BL | Email exchange with M. Levi, Gillian N. Brown re: Debtor's document data room. | 0.10 | 1095.00 | $109.50 |
| 07/25/2022 | MSP | BL | Work on additional potential rule 2004 motion targets (3.7); email exchange with James I. Stang, IN, Patricia Jeffries, Kerri L. LaBrada, et al. re: same (.10). | 3.80 | 1095.00 | $4,161.00 |
| 07/25/2022 | MSP | BL | Work on case litigation and mediation matters, document review (2.4); email exchange with Gillian N. Brown, J. Strauss, et al. re:  same (.10). | 2.50 | 1095.00 | $2,737.50 |
| 07/25/2022 | PJJ | BL | Review data room regarding insurance documents. | 6.50 | 495.00 | $3,217.50 |
| 07/26/2022 | GNB | BL | Review email from Judge Chapman regarding mediation participant; Email Iain A.W. Nasatir and Malhar S. Pagay regarding Rule 2004 motion and service issue. | 0.10 | 925.00 | $92.50 |
| 07/26/2022 | MSP | BL | Email exchange with Iain Nasatir re:  comments regarding motion for 2004 examination of insurers (.10); revise same. | 1.00 | 1095.00 | $1,095.00 |
| 07/26/2022 | MSP | BL | Email exchange with John A. Morris, Beth E. Levine re:  2004 motion practice. | 0.10 | 1095.00 | $109.50 |
| 07/26/2022 | MSP | BL | Email exchange with Iain Nasatir re:  BGCA insurance. | 0.10 | 1095.00 | $109.50 |
| 07/26/2022 | MSP | BL | Email exchange with Gillian N. Brown re:  review of insurance policies. | 0.10 | 1095.00 | $109.50 |
| 07/26/2022 | MSP | BL | Work on case litigation and document review issues (2.4); email exchange with Gillian N. Brown, Iain Nasatir, Patricia Jeffries, et al. re:  same (.10). | 2.50 | 1095.00 | $2,737.50 |
| 07/26/2022 | PJJ | BL | Review/respond to email from Iain A. W. Nasatir regarding insurance correspondence. | 0.20 | 495.00 | $99.00 |
| 07/27/2022 | GNB | BL | Review email from state court counsel regarding insurance policies; mail Iain A.W. Nasatir and Malhar S. Pagay regarding same; Email Patricia J. Jeffries regarding same. | 0.10 | 925.00 | $92.50 |
| 07/27/2022 | GNB | BL | Email with Patricia J. Jeffries regarding Everlaw set up; Email with John Hammel Strauss regarding bates labeled documents from Data Site. | 0.10 | 925.00 | $92.50 |
| 07/27/2022 | GNB | BL | Email with PSZJ team regarding documents produced by Debtor (pre and post petition), and confidentiality and access thereto. | 0.10 | 925.00 | $92.50 |
| 07/27/2022 | MSP | BL | Email exchange with Gillian N. Brown re:  potential rule 2004 examination targets. | 0.10 | 1095.00 | $109.50 |
| 07/27/2022 | MSP | BL | Email exchange with Iain Nasatir re: Rule 2004 motion re:  insurers. | 0.10 | 1095.00 | $109.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    8

Invoice 130635

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/27/2022 | MSP | BL | Work on case litigation and document review matters; email exchange with Gillian N. Brown, J. Strauss, Patricia Jeffries, et al. re:  same (.10). | 2.80 | 1095.00 | $3,066.00 |
| 07/27/2022 | PJJ | BL | Coordinate opening of Everlaw database. | 0.30 | 495.00 | $148.50 |
| 07/27/2022 | PJJ | BL | Research regarding umbrella policies (.2); download and circulate internally (.2). | 0.40 | 495.00 | $198.00 |
| 07/27/2022 | PJJ | BL | Import documents into Everlaw. | 0.80 | 495.00 | $396.00 |
| 07/28/2022 | GNB | BL | Set up document review parameters in Everlaw. | 0.20 | 925.00 | $185.00 |
| 07/28/2022 | GNB | BL | Email with Patricia J. Jeffries regarding import of Debtor's documents into Everlaw and load file issues. | 0.20 | 925.00 | $185.00 |
| 07/28/2022 | MSP | BL | Email exchange with James I. Stang re:  Informal document request. | 0.10 | 1095.00 | $109.50 |
| 07/28/2022 | MSP | BL | Email exchange with Patricia Jeffries re:  document availability. | 0.10 | 1095.00 | $109.50 |
| 07/28/2022 | MSP | BL | Draft motion for Rule 2004 examination of Boys and Girls Club of America | 1.30 | 1095.00 | $1,423.50 |
| 07/28/2022 | MSP | BL | Work on case litigation and document review matters (2.0); email exchange with Gillian N. Brown, Patricia Jeffries, M. Levi, et al. re:  same (.10). | 2.10 | 1095.00 | $2,299.50 |
| 07/28/2022 | PJJ | BL | Address Everlaw upload issues. | 1.00 | 495.00 | $495.00 |
| 07/28/2022 | PJJ | BL | Telephone call with G. Brown re document production issues. | 0.40 | 495.00 | $198.00 |
| 07/29/2022 | GNB | BL | Telephone conference with Patricia H. Jeffries regarding issues with bares-labeled documents from Debtor and options to fix (from Denmark time zone). | 0.40 | 925.00 | $370.00 |
| 07/29/2022 | GNB | BL | Analyze Everlaw load file requirements and alternatives (.3); E-mail Miriam Levi and John Hammel Strauss regarding same (.1); E-mail Jay Horowitz at KL Discovery regarding same (.1) (from Denmark time zone). | 0.50 | 925.00 | $462.50 |
| 07/29/2022 | GNB | BL | Email with Deborah Spellen regarding Paul Weiss document production formatting and load files; E-mail Patricia J. Jeffries regarding same. | 0.20 | 925.00 | $185.00 |
| 07/29/2022 | MSP | BL | Email exchange with Iain Nasatir, John W. Lucas re: motion for rule 2004 examination of insurers. | 0.10 | 1095.00 | $109.50 |
| 07/29/2022 | MSP | BL | Email exchange with Gillian N. Brown, J. Strauss, Patricia Jeffries et al. re:  discovery document format and process. | 0.20 | 1095.00 | $219.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/2022 | GNB | BL | Research Debtor real property asset. | 0.10 | 925.00 | $92.50 |
| 07/30/2022 | MSP | BL | Work on case litigation and document review matters; email exchange with Gillian N. Brown, et al. re:  same (.10). | 0.90 | 1095.00 | $985.50 |
| 07/31/2022 | MSP | BL | Email exchange with John W. Lucas, Iain Nasatir, James I. Stang re:  revisions to insurer rule 2004 motion (.10); revise same. | 1.10 | 1095.00 | $1,204.50 |
| 07/31/2022 | MSP | BL | Email exchange with Iain Nasatir re: draft of BGCA rule 2004 examination motion. | 0.10 | 1095.00 | $109.50 |
| | | | | **54.50** | | **$52,295.50** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/18/2022 | JWL | CA | Review revised suspension order and send questions to Paul Weiss regarding same (.5); prepare summary of revised suspension order for Committee and follow up questions with Debtor's counsel regarding the same (.5); further review of suspension order and prepare and send comments to Madision's counsel regarding same (.6); | 1.60 | 1095.00 | $1,752.00 |
| 07/18/2022 | LSC | CA | Prepare proposed pro hac vice order. | 0.20 | 495.00 | $99.00 |
| 07/18/2022 | KLL | CA | Prepare notice of appearance. | 0.60 | 495.00 | $297.00 |
| 07/18/2022 | KLL | CA | Update critical dates memo. | 0.40 | 495.00 | $198.00 |
| 07/19/2022 | GNB | CA | Direct staff regarding re-calendaring of critical dates. | 0.10 | 925.00 | $92.50 |
| 07/19/2022 | JIS | CA | Email J. Lucas regarding modifications to suspension motion. | 0.10 | 1525.00 | $152.50 |
| 07/19/2022 | JWL | CA | Review multiple drafts of proposed suspension order and provide comments and/or sign-off to Madison's counsel regarding same (.7); | 0.70 | 1095.00 | $766.50 |
| 07/19/2022 | KLL | CA | Update critical dates memo. | 0.30 | 495.00 | $148.50 |
| 07/20/2022 | JWL | CA | Review changes to suspension order and emails with parties regarding same (.5); | 0.50 | 1095.00 | $547.50 |
| 07/28/2022 | KLL | CA | Update critical dates memo. | 0.20 | 495.00 | $99.00 |
| | | | | **4.70** | | **$4,152.50** |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/22/2022 | JWL | CO | Review claims against acknowledged insurance policies (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 07/27/2022 | MSP | CO | Email exchange with John W. Lucas, et al. re: | 0.10 | 1095.00 | $109.50 |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162   - 00004

Page:    10
Invoice 130635
July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Abuse Proof of Claim. | | | |
| 07/27/2022 | JWL | CO | Review and outline potential changes to abuse proof of claim form (2.0); outline changes to claim form for the Committee (.5); | 2.50 | 1095.00 | $2,737.50 |
| 07/28/2022 | JWL | CO | Call with G. Brown regarding the collection of abuse claim info (.2); | 0.20 | 1095.00 | $219.00 |
| 07/29/2022 | GNB | CO | Telephone conference with John W. Lucas regarding abuse claim detail. | 0.20 | 925.00 | $185.00 |
| 07/30/2022 | MSP | CO | Email exchange with John W. Lucas, B. Hart, et al. re:  Abuse claim form. | 0.10 | 1095.00 | $109.50 |
| | | | | 4.10 | | $4,455.50 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/16/2022 | GNB | GC | Email with John W. Lucas regarding Committee Chair meeting tomorrow. | 0.20 | 925.00 | $185.00 |
| 07/16/2022 | GNB | GC | Prepare meeting outline for Committee | 0.30 | 925.00 | $277.50 |
| 07/17/2022 | GNB | GC | Prepare for meeting with Committee members. | 0.30 | 925.00 | $277.50 |
| 07/17/2022 | GNB | GC | Telephone conference with Committee Co-Chairs, James I. Stang, and John W. Lucas regarding start of representation. | 1.00 | 925.00 | $925.00 |
| 07/17/2022 | GNB | GC | Summarize notes from telephone conference with Committee Co-Chairs, James I. Stang, and John W. Lucas. | 0.10 | 925.00 | $92.50 |
| 07/17/2022 | GNB | GC | Prepare and edit materials for first Committee meeting. | 0.50 | 925.00 | $462.50 |
| 07/17/2022 | GNB | GC | Telephone conference with John W. Lucas re preparation for call with Committee members. | 0.20 | 925.00 | $185.00 |
| 07/17/2022 | JIS | GC | Call with J. Lucas regarding upcoming call with co-chairs and status of first day motions. | 0.50 | 1525.00 | $762.50 |
| 07/17/2022 | JIS | GC | Review and edit memo to Committee regarding first day motions. | 0.40 | 1525.00 | $610.00 |
| 07/17/2022 | JIS | GC | Email with J. Lucas re edits to first day memo. | 0.10 | 1525.00 | $152.50 |
| 07/17/2022 | JIS | GC | Call with committee co-chairs regarding case status and background. | 1.00 | 1525.00 | $1,525.00 |
| 07/17/2022 | JIS | GC | Telephone conference with Committee Co-Chairs, John W. Lucas, and Gillian N. Brown regarding beginning of Committee representation | 1.00 | 1525.00 | $1,525.00 |
| 07/17/2022 | JWL | GC | Call with J. Stang re meeting with co-chairs (.5); call with G. Brown regarding same (.2); call with committee chairs regarding organization and next | 5.70 | 1095.00 | $6,241.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    11

Invoice 130635

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | steps (1.0); prepare memo for committee regarding July 20 hearing and second day motions (3.0); review proposed orders for second day hearing and provide comments to debtor's counsel (1.0); | | | |
| 07/18/2022 | GNB | GC | Prepare for Committee meeting today. | 0.20 | 925.00 | $185.00 |
| 07/18/2022 | GNB | GC | Review emails from Debtor's counsel and docket entries for the day. | 0.10 | 925.00 | $92.50 |
| 07/18/2022 | GNB | GC | Attend meeting with Committee members, state court counsel, James I. Stang, and John W. Lucas. | 1.50 | 925.00 | $1,387.50 |
| 07/18/2022 | GNB | GC | Revise notes of Committee meeting. | 0.10 | 925.00 | $92.50 |
| 07/18/2022 | GNB | GC | Review email from Committee member regarding Committee meeting today | 0.30 | 925.00 | $277.50 |
| 07/18/2022 | GNB | GC | Email with James I. Stang and John W. Lucas following Committee meeting. | 0.10 | 925.00 | $92.50 |
| 07/18/2022 | GNB | GC | Emails with Sophia Lee regarding filing issues. | 0.20 | 925.00 | $185.00 |
| 07/18/2022 | GNB | GC | Email with Kerri L. LaBrada regarding Committee and Counsel contacts. | 0.20 | 925.00 | $185.00 |
| 07/18/2022 | JIS | GC | Call with UST re case background and employment issues. | 0.90 | 1525.00 | $1,372.50 |
| 07/18/2022 | JIS | GC | Committee call re organization and first day motions. | 1.50 | 1525.00 | $2,287.50 |
| 07/18/2022 | JWL | GC | Prepare for committee meeting (.5) and participate in kick-off committee meeting with members and individual counsel, J. Stang and G. Brown (1.5); follow up email with J. Stang and G. Brown re meeting (.1); | 2.10 | 1095.00 | $2,299.50 |
| 07/19/2022 | GNB | GC | Email with Gini L. Downing regarding Committee and Counsel contacts. | 0.10 | 925.00 | $92.50 |
| 07/19/2022 | GNB | GC | Email with PSZJ lawyers and staff regarding work streams for case. | 0.50 | 925.00 | $462.50 |
| 07/19/2022 | GNB | GC | Email Miriam Levi and Daniel Finnegan regarding Data Site and bates labeling of documents in Data Site. | 0.10 | 925.00 | $92.50 |
| 07/19/2022 | JIS | GC | Review draft committee minutes and revise. | 0.50 | 1525.00 | $762.50 |
| 07/19/2022 | JIS | GC | Review/revise Committee common interest agreement. | 0.50 | 1525.00 | $762.50 |
| 07/19/2022 | JIS | GC | Review and revise Committee bylaws. | 0.60 | 1525.00 | $915.00 |
| 07/19/2022 | MSP | GC | Email exchange with James I. Stang, et al. re: Committee by-laws and common interest documents. | 0.10 | 1095.00 | $109.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    12

Invoice 130635

July 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/19/2022 | MSP | GC | Attention to case administrative and background information (1.8); email exchange with James I. Stang, John W. Lucas, Gillian N. Brown, M. Levi, D. Finnegan, et al. re:  same (.20). | 2.00 | 1095.00 | $2,190.00 |
| 07/19/2022 | JWL | GC | Draft and modify common interest agreement between committee and committee members' individual counsel (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 07/20/2022 | GNB | GC | E-mail with John W. Lucas regarding deliverables for Committee. | 0.10 | 925.00 | $92.50 |
| 07/20/2022 | MSP | GC | Email exchange with John W. Lucas, Gillian N. Brown et al. re:  Committee administrative matters, | 0.10 | 1095.00 | $109.50 |
| 07/20/2022 | MSP | GC | Attention to Committee administrative matters (.3); email exchange with James I. Stang, Gillian N. Brown, John W. Lucas, et al. re:  same (.1). | 0.40 | 1095.00 | $438.00 |
| 07/21/2022 | JIS | GC | Draft update to committee on court hearing and pending matters. | 0.50 | 1525.00 | $762.50 |
| 07/21/2022 | JIS | GC | Call with J. Lucas regarding case strategy. | 0.50 | 1525.00 | $762.50 |
| 07/21/2022 | JIS | GC | Review bylaws and common interest agreement. | 0.20 | 1525.00 | $305.00 |
| 07/21/2022 | JIS | GC | Email J. Lucas re bylaws, common interest agreement and update memo. | 0.10 | 1525.00 | $152.50 |
| 07/21/2022 | MSP | GC | Attention to Committee administrative matters, hearing update; email exchange with James I. Stang, Gillian N. Brown, John W. Lucas, J. Amala, J. Freeman, et al. re:  same. | 0.50 | 1095.00 | $547.50 |
| 07/21/2022 | JWL | GC | Review and revise committee bylaws in response to comments from state court counsel (1.0); review comments from state court counsel regarding common interest agreement, make changes, and send to J. Stang for review/comment (.5); call with J. Stang regarding case strategy (.5); prepare email to state court counsel regarding common interest, bylaws, financial advisors, and bar date (.5); | 2.50 | 1095.00 | $2,737.50 |
| 07/21/2022 | KLL | GC | Prepare Committee sharing protocol motion. | 1.10 | 495.00 | $544.50 |
| 07/22/2022 | JIS | GC | Call with J. Lucas for meeting agenda and mediation agenda. | 0.50 | 1525.00 | $762.50 |
| 07/22/2022 | MSP | GC | Telephone call with John W. Lucas re:  case litigation and general status, mediation, etc. | 0.50 | 1095.00 | $547.50 |
| 07/22/2022 | MSP | GC | Attention to Committee administrative matters (.3); email exchange with John W. Lucas, et al. re:  same (.10). | 0.40 | 1095.00 | $438.00 |
| 07/22/2022 | JWL | GC | Respond to committee chair questions regarding schedule (.2); call with J. Weber regarding pending | 2.00 | 1095.00 | $2,190.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    13

Invoice 130635

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Madison motions including Paul Weiss, Teneo, Friedman and Pillsbury (.3); call with J. Stang regarding July 25 committee meeting agenda (.5); draft agenda for July 25 committee meeting (.5); call with M. Pagay re case status (.5 | | | |
| 07/23/2022 | JIS | GC | Email J. Lucas regarding case status/discovery. | 0.10 | 1525.00 | $152.50 |
| 07/23/2022 | MSP | GC | Email exchange with John W. Lucas et al. re: Committee meeting. | 0.10 | 1095.00 | $109.50 |
| 07/23/2022 | JWL | GC | Finalize agenda for July 25 committee meeting and send to members and counsel (.5); | 0.50 | 1095.00 | $547.50 |
| 07/25/2022 | JIS | GC | Email with J. Lucas regarding upcoming committee meeting, retention. | 0.10 | 1525.00 | $152.50 |
| 07/25/2022 | MSP | GC | Email exchange with James I. Stang, Iain Nasatir, et al. re:  information for Committee meeting. | 0.10 | 1095.00 | $109.50 |
| 07/25/2022 | MSP | GC | Email exchange with John W. Lucas, M. Levi et al. re:  Committee confidentiality issues. | 0.10 | 1095.00 | $109.50 |
| 07/25/2022 | MSP | GC | Telephone call with John W. Lucas re:  case status and strategy. | 0.20 | 1095.00 | $219.00 |
| 07/25/2022 | JWL | GC | Review and revise committee info sharing motion (.8); prepare for weekly committee presentation (.5); attend weekly committee call with state court counsel and J. Stang (1.3); call with M. Pagay re case status (.2); | 2.80 | 1095.00 | $3,066.00 |
| 07/26/2022 | MSP | GC | Email with John W. Lucas re:  case issues and strategy. | 0.10 | 1095.00 | $109.50 |
| 07/26/2022 | JWL | GC | Review final bylaws and arrange for committee member execution (.8); | 0.80 | 1095.00 | $876.00 |
| 07/27/2022 | GNB | GC | Email with James I. Stang regarding confidentiality. | 0.10 | 925.00 | $92.50 |
| 07/27/2022 | JIS | GC | Review issues related to confidentiality of Madison documents for official committee. | 0.20 | 1525.00 | $305.00 |
| 07/27/2022 | MSP | GC | Attention to Committee administrative matters; email exchange with John W. Lucas, Gillian N. Brown, Iain Nasatir, Patricia Jeffries, B. Hart, et al. re:  same (.10). | 0.50 | 1095.00 | $547.50 |
| 07/29/2022 | GNB | GC | Email James I. Stang and John W. Lucas regarding issue for discussion with Committee (from Denmark time zone). | 0.10 | 925.00 | $92.50 |
| 07/29/2022 | JWL | GC | Call with A. Schwartz (UST) regarding case status (.8); | 0.80 | 1095.00 | $876.00 |
| 07/31/2022 | MSP | GC | Attention to Committee administration matters (.8); email exchange with John W. Lucas, J. Sapiro, et al. re:  same (.10). | 0.90 | 1095.00 | $985.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    14

Invoice 130635

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/31/2022 | JWL | GC | Call with G. Novod regarding case strategy (.2); | 0.20 | 1095.00 | $219.00 |
| | | | | **41.00** | | **$47,120.00** |

### Hearings

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/20/2022 | JIS | H | Attend hearing regarding first day motions. | 1.50 | 1525.00 | $2,287.50 |
| 07/20/2022 | JWL | H | Attend July 20, 2022 hearing regarding second day motions/orders, stay motion, and mediation motion (1.5); | 1.50 | 1095.00 | $1,642.50 |
| | | | | **3.00** | | **$3,930.00** |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/17/2022 | GNB | IC | Email with Iain A.W. Nasatir regarding Rule 2004 motions relating to insurance. | 0.30 | 925.00 | $277.50 |
| 07/17/2022 | GNB | IC | Email internal PSZJ team regarding insurance-related documents analyses and Rule 2004 discovery. | 0.30 | 925.00 | $277.50 |
| 07/18/2022 | GNB | IC | Coordinate with staff for transfer of insurance documents to Iain A.W. Nasatir. | 0.10 | 925.00 | $92.50 |
| 07/18/2022 | MAM | IC | Review policies for Gillian N. Brown and compare to policies in the Virtual File Room. | 0.50 | 460.00 | $230.00 |
| 07/18/2022 | MAM | IC | Review and forward insurance documents to .Iain Nasatir. | 0.40 | 460.00 | $184.00 |
| 07/22/2022 | JWL | IC | Review Jefferson Ins. Co. coverage letter and email to PSZJ team regarding the same (.7); call with L. Klein regarding Federal insurance (.2); | 0.90 | 1095.00 | $985.50 |
| 07/24/2022 | MSP | IC | Email exchange with Gillian N. Brown, et al. re: insurance coverage information. | 0.10 | 1095.00 | $109.50 |
| | | | | **2.60** | | **$2,156.50** |

### Mediation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/19/2022 | GNB | ME | Review emails among parties in interest regarding mediation availability. | 0.10 | 925.00 | $92.50 |
| 07/20/2022 | JIS | ME | Call with G. Galardi regarding Rockefeller role in mediation. | 0.20 | 1525.00 | $305.00 |
| 07/20/2022 | JWL | ME | Coordinate scheduling of initial mediation session with committee and state court counsel (.5); | 0.50 | 1095.00 | $547.50 |
| 07/21/2022 | JWL | ME | Review and respond to mediation scheduling email from M. Levi (.3); | 0.30 | 1095.00 | $328.50 |
| 07/22/2022 | JIS | ME | Call with Lucas, Pagay regarding upcoming | 1.00 | 1525.00 | $1,525.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    15

Invoice 130635

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | mediation. | | | |
| 07/22/2022 | MSP | ME | Email exchange with John W. Lucas, Iain Nasatir, et al. re:  preparation for mediation. | 0.10 | 1095.00 | $109.50 |
| 07/22/2022 | MSP | ME | Email exchange with John W. Lucas, S. Gershowitz, J. Freeman, L. Leder, et al. re:  preparation for mediation session, insurance issues, etc. | 0.80 | 1095.00 | $876.00 |
| 07/22/2022 | MSP | ME | Meeting with James I. Stang and John W. Lucas re: preparation for initial mediation meeting. | 1.00 | 1095.00 | $1,095.00 |
| 07/22/2022 | JWL | ME | Call with J. Stang, M. Pagay regarding preparations for July 25 mediation (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 07/25/2022 | GNB | ME | Review email from Miriam Levi reading state court counsel contact information for Judge Chapman: Email with James I. Stang regarding same. | 0.10 | 925.00 | $92.50 |
| 07/25/2022 | JIS | ME | (Partial) attend mediation. | 0.90 | 1525.00 | $1,372.50 |
| 07/25/2022 | MSP | ME | Initial meeting with Mediation Parties and Mediator. | 1.00 | 1095.00 | $1,095.00 |
| 07/25/2022 | JWL | ME | Attend kick-off mediation session with all mediation parties (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 07/26/2022 | MSP | ME | Email exchange with J. Eisen re:  mediation list. | 0.10 | 1095.00 | $109.50 |
| 07/27/2022 | MSP | ME | Email exchange with John W. Lucas, et al. re: mediation session. | 0.10 | 1095.00 | $109.50 |
| 07/28/2022 | MSP | ME | Email exchange with James I. Stang, et al. re: mediation statement. | 0.10 | 1095.00 | $109.50 |
| 07/28/2022 | JWL | ME | Prepare outline for Aug. 3 mediation statement (1.5); research regarding Aug. 3 Mediation Statement (2.7); draft Aug. 3 mediation statement (1.5); | 5.70 | 1095.00 | $6,241.50 |
| 07/29/2022 | JWL | ME | Research and draft Aug. 3 mediation statement (2.5); attend call with state court counsel regarding Aug. 3 mediation statement (1.0); continued research and drafting of Aug. 3 mediation statement (2.2); | 5.70 | 1095.00 | $6,241.50 |
| 07/30/2022 | JWL | ME | Research and draft Aug. 3 mediation statement (2.0); | 2.00 | 1095.00 | $2,190.00 |
| 07/31/2022 | JIS | ME | Review/revise mediation statement. | 0.70 | 1525.00 | $1,067.50 |
| 07/31/2022 | MSP | ME | Email exchange with John W. Lucas, J. Amala, et al. re:  Mediation statement. | 0.10 | 1095.00 | $109.50 |
| 07/31/2022 | JWL | ME | Revise Aug. 3 mediation statement and send out for review and comments (1.0); | 1.00 | 1095.00 | $1,095.00 |
| | | | | **23.50** | | **$26,902.50** |

## Retention of Prof. [B160]

| 07/16/2022 | GNB | RP | Email La Asia S. Canty, Kerri L. LaBrada and | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    16

Invoice 130635

July 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Sophia Lee regarding pro hac vice papers. |  |  |  |
| 07/16/2022 | GNB | RP | Email with John W. Lucas regarding PSZJ employment application. | 0.10 | 925.00 | $92.50 |
| 07/16/2022 | GNB | RP | Prepare motion to employ PSZJ and associated papers. | 0.50 | 925.00 | $462.50 |
| 07/17/2022 | GNB | RP | Prepare motion to employ PSZJ and associated papers. | 0.20 | 925.00 | $185.00 |
| 07/18/2022 | GNB | RP | Email with staff regarding ad hoc admission for James I. Stang; Email with Gini L. Downing regarding motion to employ PSZJ documents. | 0.10 | 925.00 | $92.50 |
| 07/18/2022 | GNB | RP | Revise and edit motion to admit James I. Stang pro hac vice and order thereon. | 0.20 | 925.00 | $185.00 |
| 07/18/2022 | JIS | RP | Call with J. Lucas regarding employment application issues. | 0.20 | 1525.00 | $305.00 |
| 07/18/2022 | JWL | RP | Research regarding scope of representation issues (.4); call with J. Stang re same (.2) | 0.60 | 1095.00 | $657.00 |
| 07/20/2022 | GNB | RP | Draft application to employ PSZJ and associated papers. | 1.40 | 925.00 | $1,295.00 |
| 07/25/2022 | GNB | RP | Email with John W. Lucas regarding prepetition billing. | 0.10 | 925.00 | $92.50 |
| 07/25/2022 | JIS | RP | Review employment application. | 0.50 | 1525.00 | $762.50 |
| 07/25/2022 | JWL | RP | Review and revise PSZJ retention application and declaration (2.0); | 2.00 | 1095.00 | $2,190.00 |
| 07/26/2022 | JWL | RP | Review and revise declaration in support of PSZJ retention application (.9); | 0.90 | 1095.00 | $985.50 |
| 07/30/2022 | MSP | RP | Email exchange with John W. Lucas, Gillian N. Brown re:  PSZJ retention application. | 0.10 | 1095.00 | $109.50 |
|  |  |  |  | **7.00** |  | **$7,507.00** |

### Ret. of Prof./Other

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 07/18/2022 | JWL | RPO | Review Debtor's retention applications and send summary to J. Stang (.7); | 0.70 | 1095.00 | $766.50 |
| 07/20/2022 | JIS | RPO | Call J. Lucas re Debtor employment applications. | 0.20 | 1525.00 | $305.00 |
| 07/20/2022 | JWL | RPO | Telephone call with J. Stang regarding Debtor's employment application. | 0.40 | 1095.00 | $438.00 |
| 07/21/2022 | JIS | RPO | Call J. Lucas regarding upcoming objection deadlines and response to Debtor. | 0.20 | 1525.00 | $305.00 |
| 07/21/2022 | JWL | RPO | Call with M. Levi regarding Friedman retention application (.2); email to the committee regarding | 2.50 | 1095.00 | $2,737.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    17

Invoice 130635

July 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | the same (.3); prepare and send summary of retention applications of Madison to Committee (1.6); call with J. Stang re Debtor retention applications (.4) |  |  |  |
| 07/25/2022 | JWL | RPO | Prepare summary of issue for Madison regarding Friedman Kaplan retention (.6); | 0.60 | 1095.00 | $657.00 |
| 07/26/2022 | JWL | RPO | Call with Madison's counsel regarding Friedman Kaplan retention (.5); review Friedman Kaplan original engagement letters (.4); call with M. Levi regarding same (.2); | 1.10 | 1095.00 | $1,204.50 |
| 07/27/2022 | GNB | RPO | Email James I. Stang and John W. Lucas regarding potential financial advisor issues; E-mail with Miriam Levi regarding same. | 0.10 | 925.00 | $92.50 |
| 07/27/2022 | JWL | RPO | Call with J. Weber regarding Friedman retention (.1); email to Committee regarding potential resolution (.5); numerous follow up emails with Committee regarding Friedman Kaplan resolution (.7); | 1.30 | 1095.00 | $1,423.50 |
| 07/28/2022 | MSP | RPO | Email exchange with John W. Lucas, et al. re: Friedman Kaplan retention. | 0.10 | 1095.00 | $109.50 |
| 07/29/2022 | JWL | RPO | Review revised Friedman Kaplan retention order and follow up email to M. Levi (.2); | 0.20 | 1095.00 | $219.00 |
|  |  |  |  | 7.40 |  | $8,258.00 |

## Stay Litigation [B140]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/19/2022 | JIS | SL | Call with J. Lucas regarding Second Circuit decision regarding automatic stay. | 0.30 | 1525.00 | $457.50 |
| 07/19/2022 | JWL | SL | Research regarding effect of stay against non-debtor parties to a prepetition action against a debtor (.7); call with J. Stang re same (.3) | 1.00 | 1095.00 | $1,095.00 |
|  |  |  |  | 1.30 |  | $1,552.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$159,773.00**

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    - 00004

Page:    18
Invoice 130635
July 31, 2022

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/19/2022 | FF | Filing Fee [E112] USBC Southern Disctrict of New York, Pro Hac Vice Fee (JIS), GNB | 200.00 |
| 07/31/2022 | LN | 54162.00004 Lexis Charges for 07-31-22 | 10.54 |
| 07/31/2022 | OS | Everlaw, Inv. 61847, prorate for 5/31 days in the Madison database for the month of July | 80.65 |

**Total Expenses for this Matter**                          **$291.19**

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    - 00004

Page:    19
Invoice 130635
July 31, 2022

**REMITTANCE ADVICE**

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    **07/31/2022**

| | |
|---|---|
| **Total Fees** | **$159,773.00** |
| **Total Expenses** | **291.19** |
| **Less Courtesy Discount** | **$31,853.00** |
| **Total Due on Current Invoice** | **$128,211.19** |

**Outstanding Balance from prior invoices as of**    **07/31/2022**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices:**          **$128,211.19**