Mary E. Mulligan, Esq.
John N. Orsini, Esq.
Bonnie M. Baker, Esq.
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Special Litigation Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**SECOND MONTHLY FEE STATEMENT OF FRIEDMAN KAPLAN**
**SEILER & ADELMAN LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS SPECIAL LITIGATION COUNSEL FOR DEBTOR FOR PERIOD**
**FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1]   The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Friedman Kaplan Seiler & Adelman LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | $37,588.13 |
| 20% Holdback: | $7,517.63 |
| Total Compensation Less 20% Holdback: | $30,070.50 |
| Monthly Expenses Incurred: | $7,617.39 |
| Total Fees and Expenses Due: | $37,687.89 |
| This is a: __X__ monthly ____ interim ____ | final application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bank. P. 2014 and 2016 Authorizing the Retention and Employment of Friedman Kaplan Seiler & Adelman LLP as Employment and Retention of Friedman Kaplan Seiler & Adelman LLP as Special Litigation Counsel for the Debtor and Debtor in Possession* Nunc Pro Tunc *to the Petition Date* [ECF No. 122] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 125] (the "Interim Compensation Order"),[2] Friedman Kaplan

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

Seiler & Adelman LLP ("Friedman Kaplan"), Special Litigation Counsel for the above-captioned debtor and debtor in possession (the "Debtor"), hereby submits this second monthly fee statement (the "Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from August 1, 2022 through August 31, 2022 (the "Second Monthly Fee Period"). By this Second Monthly Fee Statement, Friedman Kaplan seeks payment in the amount of $37,687.89, which is comprised of (i) $30,070.50, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Second Monthly Fee Period, and (ii) reimbursement of $7,617.39, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services, subject in each case to certain voluntary reductions.

### Services Rendered and Expenses Incurred

1.  Attached as **Exhibit A** is a summary of Friedman Kaplan's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the chapter 11 case during the Second Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Friedman Kaplan's current billing rates, (iv) amount of fees earned by each Friedman Kaplan professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Friedman Kaplan attorneys during the Second Monthly Fee Period is approximately $611.77. The blended hourly rate of legal assistants during the Second Monthly Fee Period is approximately $212.62.

2.  Attached as **Exhibit B** is a summary of expenses incurred and reimbursement sought, by expense type, for the Second Monthly Fee Period.

3.      Attached as **<u>Exhibit C</u>** is itemized time detail of Friedman Kaplan professionals for the Second Monthly Fee Period and summary materials related thereto.

<u>**Notice and Objection Procedures**</u>

4.      Notice of this Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian and Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Andrew M. Parlen, and John T. Weber); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas, and Gillian N. Brown).

5.      Objections to this Second Monthly Fee Statement, if any, must be filed with the Court and served upon Friedman Kaplan and the Notice Parties so as to be received no later than **15 days after filing of Fee Statement** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

6.      If no Objections to this Second Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein, net of the remaining retainer held by Friedman Kaplan, which shall be applied first as a credit.

7.      If an Objection to this Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Second Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

4

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be heard by the Court.


New York, New York                          /s/ Mary E. Mulligan
Dated:  September 20, 2022          Mary E. Mulligan, Esq.
                                   John N. Orsini, Esq.
                                   Bonnie M. Baker, Esq.
                                   **FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
                                   7 Times Square
                                   New York, NY 10036
                                   Telephone: (212) 833-1100
                                   Facsimile: (212) 833-1250
                                   mmulligan@fklaw.com
                                   jorsini@fklaw.com
                                   bbaker@fklaw.com

                                   *Special Litigation Counsel to the Debtor and Debtor in*
                                   *Possession*

## Exhibit A

### Compensation by Professional

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($)[3] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Mary E. Mulligan | Partner | Litigation | 1990 | 900.00 | 9.5 | 8,550.00 |
| John N. Orsini | Partner | Litigation | 2003 | 712.50 | 15.5 | 11,043.75 |
| Bonnie M. Baker | Counsel | Litigation | 1995 | 487.50 | 34.6 | 16,867.50 |
| **Total Partners and Counsel:** | | | | | **#59.6** | **$36,461.25** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($)[4] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| None | | | | | |
| **Total Associates:** | | | | **#0** | **$0.00** |

| Name of Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($)[5] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Joseph Mendieta | 206.25 | 0.9 | 185.63 |
| Syreeta Lee | 262.50 | 0.6 | 157.50 |
| Tyler Robinson | 206.25 | 3.8 | 783.75 |
| **Total Paralegals and Other Non-Legal Staff:** | | **#5.3** | **$1,126.88** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 611.77 | 59.6 | 36,461.25 |
| Associates | 0.00 | 0.00 | 0.00 |
| Paralegals/Non-Legal Staff | 212.62 | 5.3 | 1,126.88 |
| Blended Attorney Rate | 611.75 | | 36,461.25 |
| **Total Fees Incurred** | | **#64.9** | **$37,588.13** |

---

[3]   The invoices attached at Exhibit C reflect Friedman Kaplan's regular hourly rates in effect at the time the work was done.  Then at the bottom of each invoice, there is a 25% discount applied to all billable time, as set forth in Friedman Kaplan's retention application.  The rates reflected on this table reflect the net hourly rates after application of this 25% discount.

[4]   Please see footnote 3.

[5]   Please see footnote 3.

**Exhibit B**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD**
**FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | 0.00 |
| Information Retrieval Services | 7,617.39 |
| Out-of-Town Travel | 0.00 |
| Overtime – Meals and Transportation | 0.00 |
| Duplicating | 0.00 |
| Mail & Messengers | 0.00 |
| Taxi | 0.00 |
| Business Expenses | 0.00 |
| **TOTAL** | **$7,617.39** |

**<u>Exhibit C</u>**

**Itemized Time Detail**



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Madison Square Boys & Girls Club                          Date: 09/14/22
Re: CVA                                                   Invoice: 79342


FOR PROFESSIONAL SERVICES RENDERED through August 31, 2022,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/01/22 | JNO: Communicate (outside counsel) - Participate in telephone conferences re: mediation. | 0.80 | 760.00 |
| 08/01/22 | BB: Review/analyze - Review US Trustee's markup to retention order and communicate with US Trustee, M. Levi, and FK team re: same. | 1.20 | 780.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Telephone conference FK team, Paul Weiss, Teneo re: mediation and communications with client re: same. | 0.90 | 585.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Communicate with A. Kornberg re: VGMPL claim revival window. | 0.30 | 195.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Communicate with B. Croutch re: insurance issues. | 0.30 | 195.00 |
| 08/01/22 | BB: Review/analyze - Prepare material for use at hearing and in possible meeting with Judge | 0.60 | 390.00 |


** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 2                                              Invoice: 79342
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | Chapman. | | |
| 08/01/22 | BB: Review/analyze - Work on additional conflict check issues for Ch. 11 proceedings. | 0.50 | 325.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Telephone conference M. Levi re: US Trustee comments. | 0.20 | 130.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Emails M. Levi re: Ch. 11 issues. | 0.10 | 65.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Telephone conference W. Clareman re: Covington report and email M. Mulligan re: same. | 0.20 | 130.00 |
| 08/01/22 | BB: Communicate (outside counsel) - Communicate with FK team and M. Levi re: retention. | 0.20 | 130.00 |
| 08/01/22 | JMM: Manage data/files - Retrieve documents for attorney use. | 0.20 | 55.00 |
| 08/01/22 | MEM: Communicate (outside counsel) - Prepare for and participate in call with Paul Weiss and Teneo to discuss mediation and related communications. | 0.50 | 600.00 |
| 08/01/22 | MEM: Review/analyze - Review revised Application to retain Friedman Kaplan and discuss comments from US Trustee with Miriam Levi at Paul Weiss. | 0.40 | 480.00 |
| 08/02/22 | JNO: Review/analyze - Attention to emails re: restructuring strategy. | 0.40 | 380.00 |
| 08/02/22 | BB: Draft/revise - Revise Supplemental Mulligan Declaration and Proposed Application Order, and communicate with M. Mulligan, M. Levi, and U.S. Trustee A. Schwartz re: revisions to same. | 3.10 | 2,015.00 |
| 08/02/22 | BB: Communicate (other external) - Communicate with M. Shock re: stays in Levy Konigsberg cases. | 0.10 | 65.00 |
| 08/02/22 | BB: Communicate (outside counsel) - Communicate with Paul Weiss, Board re: mediation statement. | 0.20 | 130.00 |
| 08/02/22 | BB: Communicate (in firm) - Communicate with J. Mendieta re: appearance at Zoom hearing on 8/4. | 0.10 | 65.00 |
| 08/02/22 | BB: Communicate (outside counsel) - | 0.10 | 65.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club                        Client: 4817
09/14/22                                                     : 001
Page 3                                                   Invoice: 79342
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | Communicate with PW re: retention. | | |
| 08/02/22 | BB: Draft/revise - Update case chart and communicate with B. Crouch and M. Mulligan re: same. | 0.20 | 130.00 |
| 08/02/22 | BB: Communicate (outside counsel) - Communicate with B. Crouch and W. Clareman re: Security Mutual rejection of tender. | 0.10 | 65.00 |
| 08/02/22 | JMM: Manage data/files - Register attorneys for zoom hearing. | 0.50 | 137.50 |
| 08/02/22 | MEM: Communicate (with client) - Revise and send email to Board re: FK retention and related communications. | 0.20 | 240.00 |
| 08/02/22 | MEM: Review/analyze - Review revised Mulligan declaration re: retention. | 0.30 | 360.00 |
| 08/02/22 | MEM: Communicate (other external) - Prepare for and participate in call with US Trustee re: FK retention and review draft with her comments to Mulligan declaration. | 0.50 | 600.00 |
| 08/02/22 | MEM: Communicate (with client) - Prepare for and participate in conference call with Board with Teneo and Paul Weiss re: mediation and other Chapter 11 issues. | 1.50 | 1,800.00 |
| 08/03/22 | JNO: Review/analyze - Attention to emails re: restructuring strategy, scheduling. | 0.30 | 285.00 |
| 08/03/22 | BB: Communicate (in firm) - Communications with team re: adjournment of retention hearing. | 0.10 | 65.00 |
| 08/03/22 | MEM: Communicate (outside counsel) - Email to Miriam Levi re: proof of claim and August 18 hearing. | 0.10 | 120.00 |
| 08/03/22 | MEM: Other - Attend to scheduling issues re: upcoming hearing being adjourned from August 4 to August 11. | 0.10 | 120.00 |
| 08/04/22 | MEM: Communicate (outside counsel) - Respond to email from Miriam Levi re: comments from US Trustee to FK Application. | 0.20 | 240.00 |
| 08/04/22 | MEM: Other - Attend to issues raised by Miriam Levi re: Perry Weitz and Joe Gallo and related emails. | 0.20 | 240.00 |
| 08/05/22 | TR: Manage data/files - Search for documents, | 1.00 | 275.00 |

** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                : 001
Page 4                                             Invoice: 79342


| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | pull files and send them to attorneys. | | |
| 08/05/22 | BB: Review/analyze - Review revised Supplemental declaration retention application and communicate with M. Mulligan and M. Levi re same. | 0.50 | 325.00 |
| 08/05/22 | MEM: Communicate (outside counsel) - Respond to various emails from Miriam Levi at Paul Weiss re: Weitz & Luxenberg and Joe Gallo. | 0.30 | 360.00 |
| 08/05/22 | SSL: Draft/revise - Research information related to UCC. | 0.60 | 210.00 |
| 08/08/22 | BB: Communicate (outside counsel) - Communications with M. Mulligan and M. Levi re: conflict check issues. | 0.20 | 130.00 |
| 08/09/22 | JNO: Communicate (outside counsel) - Emails re: hearing on retention applications. | 0.20 | 190.00 |
| 08/09/22 | BB: Communicate (outside counsel) - Communications with M. Mulligan and M. Levi re: conflict check issues. | 0.20 | 130.00 |
| 08/09/22 | BB: Review/analyze - Review conflict reports in connection with retention application. | 0.30 | 195.00 |
| 08/09/22 | BB: Draft/revise - Draft response to E. Goldfarb re: supplemental auditor's request and email J. Orsini re: same. | 0.40 | 260.00 |
| 08/09/22 | BB: Review/analyze - Study revised supplemental M. Mulligan declaration for retention application. | 0.30 | 195.00 |
| 08/09/22 | BB: Communicate (in firm) - Emails J. Orsini, J. Shaw, and M. Levi re: issues in connection with anticipated retention hearing. | 0.20 | 130.00 |
| 08/09/22 | MEM: Communicate (outside counsel) - Email to Miriam Levi re: supplemental Mulligan declaration and draft order. | 0.10 | 120.00 |
| 08/09/22 | MEM: Communicate (in firm) - Emails re: hearing with J. Orsini. | 0.10 | 120.00 |
| 08/10/22 | JNO: Communicate (outside counsel) - Email and telephone conference with M. Levi re: hearing on retention application. | 0.20 | 190.00 |
| 08/10/22 | BB: Communicate (other external) - Emails re: conference with mediator, Covington report. | 0.10 | 65.00 |
| 08/10/22 | MEM: Communicate (outside counsel) - Email | 0.10 | 120.00 |


** Continued on next page **

Madison Square Boys & Girls Club                          Client: 4817
09/14/22                                                       : 001
Page 5                                                  Invoice: 79342

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
|  | with Alan Kornberg re: Covington report. | | |
| 08/10/22 | MEM: Communicate (other external) - Emails to and from Judge Chapman's law clerk re: call with Judge Chapman. | 0.10 | 120.00 |
| 08/11/22 | JNO: Appear for/attend - Appear at hearing before bankruptcy court regarding retention applications and bar order. | 1.60 | 1,520.00 |
| 08/11/22 | JNO: Communicate (outside counsel) - Telephone conference with Paul Weiss re: mediation strategy. | 0.50 | 475.00 |
| 08/11/22 | JNO: Appear for/attend - Attend session with Judge Chapman re: mediation. | 0.90 | 855.00 |
| 08/11/22 | MEM: Appear for/attend - Prepare for and attend virtual bankruptcy hearing with Judge Sean Lane. | 1.10 | 1,320.00 |
| 08/11/22 | MEM: Communicate (outside counsel) - Prepare for and participate in teleconference with Paul Weiss re: Covington investigation and related issues. | 0.60 | 720.00 |
| 08/11/22 | MEM: Appear for/attend - Prepare for and attend virtual Zoom conference with Judge Chapman in connection with mediation. | 0.90 | 1,080.00 |
| 08/11/22 | MEM: Communicate (outside counsel) - Draft and send email to Jason Criss re: Covington report. | 0.50 | 600.00 |
| 08/12/22 | JNO: Review/analyze - Review and respond to emails re: restructuring and mediation strategy. | 0.20 | 190.00 |
| 08/12/22 | BB: Communicate (outside counsel) - Emails M. Williams, FK team re: mediation. | 0.40 | 260.00 |
| 08/13/22 | JNO: Review/analyze - Attention to restructuring strategy email. | 0.20 | 190.00 |
| 08/13/22 | BB: Communicate (outside counsel) - Emails L. Varga, W. Clareman, M. Mulligan, J. Orsini, M. Levi re: Rockefeller production, FK proof of claim, Covington issues. | 0.50 | 325.00 |
| 08/13/22 | BB: Communicate (in firm) - Email J. Orsini re: auditor's request for information. | 0.10 | 65.00 |
| 08/13/22 | MEM: Communicate (outside counsel) - Follow up on proof of claim with Miriam Levi. | 0.20 | 240.00 |

** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 6                                              Invoice: 79342
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/13/22 | MEM: Review/analyze - Review retention order. | 0.10 | 120.00 |
| 08/14/22 | JNO: Review/analyze - Attention to email re: restructuring strategy. | 0.10 | 95.00 |
| 08/14/22 | BB: Communicate (in firm) - Emails J. Orsini, J. Shaw, and M. Levi re: FK proof of claim. | 0.10 | 65.00 |
| 08/15/22 | JNO: Communicate (with client) - Attend client Board meeting re: restructuring strategy. | 1.20 | 1,140.00 |
| 08/15/22 | JNO: Review/analyze - Attention to restructuring strategy, mediation. | 1.10 | 1,045.00 |
| 08/15/22 | TR: Manage data/files - Pull documents from PACER. | 0.50 | 137.50 |
| 08/15/22 | BB: Communicate (outside counsel) - Emails M. Williams re: mediation. | 0.20 | 130.00 |
| 08/16/22 | JNO: Review/analyze - Attention to restructuring and mediation strategy issues and calls. | 1.00 | 950.00 |
| 08/16/22 | BB: Communicate (other external) - Emails JH Strauss re: insurance issues. | 0.20 | 130.00 |
| 08/16/22 | BB: Communicate (outside counsel) - Emails M. Mulligan, J. Eisen re: mediation issues. | 0.10 | 65.00 |
| 08/16/22 | JMM: Manage data/files - Retrieve documents for attorney use. | 0.20 | 55.00 |
| 08/17/22 | JNO: Review/analyze - Attention to restructuring and mediation issues, including calls re: same. | 2.20 | 2,090.00 |
| 08/17/22 | BB: Communicate (in firm) - Emails M. Mulligan, J. Orsini re: Covington report. | 0.20 | 130.00 |
| 08/18/22 | JNO: Review/analyze - Attention to restructuring and mediation strategy issues. | 0.20 | 190.00 |
| 08/18/22 | BB: Review/analyze - Study fee application. | 0.30 | 195.00 |
| 08/18/22 | BB: Communicate (outside counsel) - Communicate with JH Strauss, B. Croutch re: issues relating to insurance. | 0.30 | 195.00 |
| 08/18/22 | BB: Review/analyze - Attention to Covington report issues and emails with Paul Weiss, FK, Covington concerning same. | 0.60 | 390.00 |
| 08/19/22 | JNO: Review/analyze - Review and revise fee application. | 0.50 | 475.00 |
| 08/19/22 | JNO: Review/analyze - Attention to mediation, | 1.90 | 1,805.00 |

** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 7                                               Invoice: 79342


| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | restructuring, Covington, and Rockefeller issues and strategy. | | |
| 08/19/22 | BB: Communicate (in firm) - Telephone conference J. Orsini re: various mediation-related issues, including fee application,  Rockefeller, Covington report, meeting with mediator, insurance issues. | 1.10 | 715.00 |
| 08/19/22 | BB: Communicate (other external) - Telephone conference M. Williams re: UCC disclosure requests. | 0.30 | 195.00 |
| 08/19/22 | BB: Communicate (outside counsel) - Review and revise email re: Covington report, mediation, and communicate with PW and FK re: same. | 0.70 | 455.00 |
| 08/19/22 | BB: Communicate (outside counsel) - Communicate with Paul Weiss re: mediation. | 0.40 | 260.00 |
| 08/19/22 | BB: Review/analyze - Study communications with Paul Weiss re: fee application. | 0.40 | 260.00 |
| 08/19/22 | BB: Communicate (other external) - Communicate with J. Silber re: question about mediation. | 0.10 | 65.00 |
| 08/19/22 | MEM: Review/analyze - Review various communications concerning Covington report and mediation. | 0.20 | 240.00 |
| 08/22/22 | JNO: Review/analyze - Attention to restructuring fee application filings, and strategy re: mediation. | 0.40 | 380.00 |
| 08/22/22 | BB: Communicate (outside counsel) - Communicate with FK, Paul Weiss and Covington re: Covington report and related issues. | 0.50 | 325.00 |
| 08/22/22 | BB: Communicate (outside counsel) - Emails Paul Weiss, J. Orsini re: issues related to UCC Rule 2004 request for settlement data. | 0.30 | 195.00 |
| 08/22/22 | BB: Communicate (outside counsel) - Communicate with M. Levi, J. Orsini re: fee application. | 0.20 | 130.00 |
| 08/23/22 | JNO: Review/analyze - Attention to fee applications, Covington Report disclosure strategy. | 0.10 | 95.00 |
| 08/23/22 | TR: Manage data/files - Pull and file | 0.50 | 137.50 |


** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 8                                              Invoice: 79342


  Date            Professional Services          Hours      Amount
--------  --------------------------------------- -------- -------------
          documents.
08/23/22  BB: Review/analyze - Study articles on    0.30      195.00
          attorney client privilege issues related to
          Ch. 11 proceedings.
08/23/22  BB: Communicate (outside counsel) -       0.30      195.00
          Communicate with Paul Weiss, Covington re:
          Covington report.
08/23/22  BB: Review/analyze - Study Paul Weiss draft 0.50    325.00
          insurance mediation statement.
08/23/22  BB: Communicate (outside counsel) - Telephone 0.70  455.00
          conference JH Strauss, L. Varga re: issues
          related to Ch. 11 and mediation.
08/23/22  BB: Communicate (in firm) - Communicate with 0.30   195.00
          M. Mulligan, J. Orsini to provide update on
          conference with Paul Weiss.
08/23/22  BB: Review/analyze - Review final fee       0.20     130.00
          application.
08/24/22  BB: Communicate (outside counsel) -        1.00      650.00
          Communicate with L. Varga re: issues relating
          to mediation.
08/24/22  BB: Review/analyze - Study Pillsbury chart of 0.20   130.00
          insurance coverage for mediation parties.
08/24/22  BB: Review/analyze - Study proof of claim   0.60     390.00
          forms and communicate with M. Levi re: same.
08/24/22  BB: Communicate (other external) -         0.20      130.00
          Communicate with M. Williams, BGCA defense
          counsel, re: issues relating to mediation.
08/24/22  MEM: Review/analyze - Review proof of claim 0.20     240.00
          and send to B. Baker and J. Orsini.
08/25/22  JNO: Review/analyze - Review and analyze    0.10      95.00
          restructuring update emails.
08/25/22  BB: Communicate (outside counsel) -        0.40      260.00
          Communicate with Paul Weiss, Lighthouse, A.
          Sacklowski re: document production/hosting
          issues.
08/25/22  BB: Communicate (outside counsel) - Telephone 0.50   325.00
          conference W. Clareman, L. Varga re:
          strategic issues relating to mediation.
08/25/22  BB: Communicate (outside counsel) -        0.50      325.00
          Communicate with M. Levi re: slotting chart
```

** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 9                                              Invoice: 79342

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | for UCC and work on same. | | |
| 08/25/22 | BB: Communicate (with client) - Communicate with client, FK team, PW team re: issues relating to mediation.. | 0.60 | 390.00 |
| 08/26/22 | TR: Draft/revise - Complete Excel spreadsheet with information requested by attorney. | 1.50 | 412.50 |
| 08/26/22 | BB: Communicate (outside counsel) - Communicate with JH Strauss, A. Sacklowski re: document production/hosting. | 0.10 | 65.00 |
| 08/26/22 | BB: Communicate (outside counsel) - Communicate with M. Levi, T. Robinson re: slotting chart and revise same. | 0.40 | 260.00 |
| 08/26/22 | BB: Communicate (outside counsel) - Communicate with M. Williams, FK team re: mediation. | 0.40 | 260.00 |
| 08/29/22 | JNO: Communicate (with client) - Attend portions of Madison Board meeting re: restructuring strategy. | 0.30 | 285.00 |
| 08/29/22 | TR: Manage data/files - Pull documents and file them per attorney request. | 0.30 | 82.50 |
| 08/29/22 | BB: Review/analyze - Study agenda for 8/31 ch. 11 hearing. | 0.10 | 65.00 |
| 08/29/22 | BB: Review/analyze - Study agenda for client board meeting and communicate with FK team re: same. | 0.10 | 65.00 |
| 08/29/22 | BB: Communicate (outside counsel) - Communicate with R. Chiu, J. Orsini re: debtor budgeting. | 0.10 | 65.00 |
| 08/29/22 | BB: Communicate (outside counsel) - Communicate with M. Levi re: slotting chart for UCC and revisions to same. | 0.70 | 455.00 |
| 08/30/22 | BB: Communicate (outside counsel) - Telephone conference W. Clareman, S. Greenspan, M. Levi, L. Varga re: insurance issues related to mediation and other UCC document requests, and provide update to FK team re: same. | 1.10 | 715.00 |
| 08/30/22 | BB: Communicate (outside counsel) - Communicate with M. Levi, M. Pierro, S. Greenspan re: issues relating to slotting chart and insurance graph for UCC/mediator. | 0.60 | 390.00 |

** Continued on next page **

Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 10                                            Invoice: 79342


| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/30/22 | BB: Communicate (outside counsel) - Emails W. Clareman, Pillsbury re: insurance coverage issues, Covington report. | 0.20 | 130.00 |
| 08/31/22 | BB: Appear for/attend - Attend virtual Ch. 11 hearing. | 0.80 | 520.00 |
| 08/31/22 | BB: Communicate (in firm) - Communicate with J. Orsini re: Ch. 11 hearing and Covington report. | 0.20 | 130.00 |
| 08/31/22 | BB: Communicate (in firm) - Communicate with M. Mulligan re: update on Ch. 11 hearing. | 0.10 | 65.00 |
| 08/31/22 | BB: Communicate (outside counsel) - Communicate with W. Clareman, M. Levi re: Covington report. | 0.10 | 65.00 |
| 08/31/22 | BB: Review/analyze - Attention to Covington report issues. | 0.20 | 130.00 |
| 08/31/22 | BB: Communicate (outside counsel) - Communicate with L. Varga, M. Pierro re: UCC document requests, review materials concerning previous productions relating to request and slotting chart created by IAG. | 0.80 | 520.00 |
| 08/31/22 | BB: Communicate (outside counsel) - Communicate with S. Greenspan, M. Levi re: insurance-related issues and insurance graph for UCC updated by Pillsbury. | 0.50 | 325.00 |
| 08/31/22 | JNO: Communicate (outside counsel) - Email re: Covington report. | 0.20 | 190.00 |
| 08/31/22 | MEM: Review/analyze - Review summary of Covington report sent by Jason Criss and consider findings. | 0.40 | 480.00 |

```
                              TOTAL Hours and Fees     59.30    $45,877.50
                                                    ========= ==============
```

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Mary E. Mulligan | 8.90 | 1200.00 | 10,680.00 |
| John N. Orsini | 14.60 | 950.00 | 13,870.00 |
| Bonnie Baker | 30.50 | 650.00 | 19,825.00 |


** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 001
Page 11                                            Invoice: 79342
```

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Syreeta S. Lee | 0.60 | 350.00 | 210.00 |
| Joseph N. Mendieta | 0.90 | 275.00 | 247.50 |
| Tyler Robinson | 3.80 | 275.00 | 1,045.00 |

```
                         TOTAL Current Fees     $45,877.50

                     Less Courtesy discount      11,469.38cr

                       Net Current Fees Due     $34,408.12
```

| Date | Costs Advanced | Amount |
|---|---|---|
| | Research - Lexis/Westlaw | 211.72 |
| | Research services | 7,405.67 |

```
                         TOTAL Current Costs     $7,617.39


                         Current Invoice Due    $42,025.51

                             Previous Due       $58,111.37

                       TOTAL Balance Due       $100,136.88
                                               ============
```

Remaining Advance Balance $19,210.14



FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

----------------------------------------------------------------------

Madison Square Boys & Girls Club                    Date: 09/14/22
Re: Liguori                                      Invoice: 79343


FOR PROFESSIONAL SERVICES RENDERED through August 31, 2022,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/01/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.10 | 65.00 |
| 08/01/22 | BB: Communicate (in firm) - Communicate with M. Mulligan re: defense liaison steering committee issues. | 0.10 | 65.00 |
| 08/02/22 | BB: Review/analyze - Review press and court decisions related to CVA and sex abuse mediations in bankruptcy for relevance to client. | 0.30 | 195.00 |
| 08/18/22 | BB: Review/analyze - Review CVA-related press and court developments for relevance to client. | 0.70 | 455.00 |
| 08/18/22 | BB: Review/analyze - Study correspondence from defense liaison committee re: CVA scheduling issues. | 0.10 | 65.00 |
| 08/19/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.30 | 195.00 |
| 08/22/22 | BB: Review/analyze - Study press and court decisions concerning CVA-related proceedings. | 0.50 | 325.00 |

** Continued on next page **

7 Times Square, New York, NY 10036-6516    212.833.1100    Tax ID 13-3324388    fklaw.com

```
Madison Square Boys & Girls Club                      Client: 4817
09/14/22                                                   : 024
Page 2                                                Invoice: 79343
```

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/23/22 | BB: Review/analyze - Study press and court decisions concerning CVA-related proceedings. | 0.20 | 130.00 |
| 08/25/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.20 | 130.00 |
| 08/26/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.20 | 130.00 |
| 08/29/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.10 | 65.00 |
| 08/30/22 | BB: Review/analyze - Review CVA-related press and court decisions for relevance to client. | 0.20 | 130.00 |

```
                         TOTAL Hours and Fees      3.00        $1,950.00
```

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Bonnie Baker | 3.00 | 650.00 | 1,950.00 |

```
                              TOTAL Current Fees       $1,950.00

                              Less Courtesy discount      487.50cr

                              Net Current Fees Due     $1,462.50


                              Current Invoice Due      $1,462.50

                              Previous Due             $3,607.50

                              TOTAL Balance Due        $5,070.00
```



Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

--------------------------------------------------------------------------

Madison Square Boys & Girls Club                    Date: 09/14/22
Re: RU                                           Invoice: 79344


    FOR PROFESSIONAL SERVICES RENDERED through August 31, 2022,
    including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/11/22 | MEM: Review/analyze - Review Rockefeller form re: issues relating to bankruptcy including discovery of insurance policies. | 0.40 | 480.00 |
| 08/13/22 | MEM: Review/analyze - Review summary of allegations by Rockefeller of Madison's knowledge. | 0.20 | 240.00 |
| 08/18/22 | BB: Review/analyze - Study objection to UCC motion filed by Rockefeller. | 0.30 | 195.00 |
| 08/25/22 | BB: Review/analyze - Study Rockefeller objections to UCC Rule 2004 discovery motion and communicate with FK team re: same. | 0.40 | 260.00 |
| 08/26/22 | BB: Review/analyze - Study Ch. 11 filings concerning role of RU as mediation party and communicate with FK team re: same. | 0.30 | 195.00 |
| 08/30/22 | BB: Review/analyze - Study Rockefeller filing in Ch. 11 docket. | 0.10 | 65.00 |
| 08/31/22 | JNO: Appear for/attend - Dial into court hearing on Rockefeller discovery matters. | 0.90 | 855.00 |


            ** Continued on next page **

```
Madison Square Boys & Girls Club                    Client: 4817
09/14/22                                                 : 025
Page 2                                              Invoice: 79344


   Date        Professional Services              Hours        Amount
-------- ------------------------------------- ---------- --------------
                                               ---------- --------------
                       TOTAL Hours and Fees        2.60      $2,290.00
                                               ========== ==============

            Professional              Hours      Rate        Amount
     ------------------------------- ---------- --------- --------------
     Mary E. Mulligan                    0.60    1200.00        720.00
     John N. Orsini                      0.90     950.00        855.00
     Bonnie Baker                        1.10     650.00        715.00
                                                           --------------
                          TOTAL Current Fees                 $2,290.00

                       Less Courtesy discount                 572.50cr
                                                           --------------
                       Net Current Fees Due                  $1,717.50


                         Current Invoice Due                 $1,717.50

                               Previous Due                  $6,697.50
                                                           --------------
                         TOTAL Balance Due                   $8,415.00
                                                           ==============
```