Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Special Insurance Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**SECOND MONTHLY FEE STATEMENT OF**
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL INSURANCE COUNSEL FOR DEBTOR FOR PERIOD**
**FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pillsbury Winthrop Shaw Pittman LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* June 29, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | $116,662.70 |
| 20% Holdback: | $23,332.54 |
| Total Compensation Less 20% Holdback: | $93,330.16 |
| Monthly Expenses Incurred: | $330.23 |
| Total Fees and Expenses Due: | $93,660.39 |

This is a: __X__ monthly _____ interim _____ final    application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Pillsbury Winthrop Shaw Pittman LLP as Special Insurance Counsel for Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 123] (the "Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[2] Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), special insurance counsel for the above-captioned debtor and debtor in possession (collectively, the "Debtor")

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2

hereby submits this second monthly fee statement (the "Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from August 1, 2022 through August 31, 2022 (the "Second Monthly Fee Period"). By this Second Monthly Fee Statement, Pillsbury seeks payment in the amount of $93,660.39, which is comprised of (i) $93,330.16, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Second Monthly Fee Period, and (ii) reimbursement of $330.23, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services, subject in each case to certain voluntary reductions.

## Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of Pillsbury's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with this chapter 11 case during the Second Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Pillsbury's current billing rates, (iv) amount of fees earned by each Pillsbury professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Pillsbury attorneys during the Second Monthly Fee Period is approximately $1,005.73. The blended hourly rate for Senior Law Clerks is $540.00. The blended hourly rate of legal assistants during the Second Monthly Fee Period is approximately $397.69.

2.      Attached as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Second Monthly Fee Period.

3.      Attached as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Second Monthly Fee Period.

3

4.      Attached as **Exhibit D** is itemized time detail of Pillsbury professionals for the Second Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

5.      Notice of this Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian, Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Andrew M. Parlen, John T. Weber); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas and Gillian N. Brown).

6.      Objections to this Second Monthly Fee Statement, if any, must be filed with the Court and served upon Pillsbury and the other Notice Parties so as to be received no later than **fifteen (15) days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no objections to this Second Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.      If an objection to this Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved,

4

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be heard by the Court.

New York, New York
Dated:  September 20, 2022

*/s/ Joseph D. Jean*

Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN,
LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
joseph.jean@pillsburylaw.com
scott.greenspan@pillsburylaw.com

*Special Insurance Counsel to the Debtor and Debtor in
Possession*

4881-2229-7652

**<u>Exhibit A</u>**

**Compensation by Professional**

**SUMMARY OF COMPENSATION BY PROFESSIONAL**
**FOR SERVICES RENDERED FOR THE PERIOD**
**FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Standard Hourly Rate ($) | 10% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|---|
| Joseph D. Jean | Partner | Litigation | 1998 | $1,570.00 | $1,413.00 | 14.7 | $20,771.10 |
| Barbara L. Croutch | Senior Counsel | Litigation | 1990 | $1,225.00 | $1,103.00 | 32.0 | $35,296.00 |
| Scott D. Greenspan | Senior Counsel | Litigation | 1996 | $1,110.00 | $999.00 | 41.7 | $41,658.30 |
| **Total Partners and Counsel:** | | | | | | **#88.4** | **$97,725.40** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | 10% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Bryan J. Coffey | Litigation | 2012 | $520.00 | $468.00 | 16.4 | $7,675.20 |
| **Total Associates:** | | | | | **#16.4** | **$7,675.20** |

| Name of Sr. Law Clerks | Department | Hourly Billing Rate ($) | 10% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Kristina Sgambati | Litigation | $600.00 | $540.00 | 6.2 | $3,348.00 |
| **Total Associates:** | | | | **#6.2** | **$3,348.00** |

| Name of Paralegals and other Non-Legal Staff | Hourly Billing Rate ($) | 10% Discounted Hourly Rate ($)[3] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| April Iniguez | $425.00 | $383.00 | 2.7 | $1,034.10 |
| Stephanie Korchinski | $575.00 | $400.00 | 17.2 | $6,880.00 |
| **Total Associates:** | | | **#19.9** | **$7,914.10** |

---

[3]    Paralegal billable rates include a 10% discount off standard rates or a $400.00 cap on hourly rates for paralegals, whichever results in a lower rate.

| PROFESSIONALS | 10% Discounted Blended Rate ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | $1,105.49 | 88.4 | $97,725.40 |
| Associates | $468.00 | 16.4 | $7,675.20 |
| Sr. Law Clerks | $540.00 | 6.2 | $3,348.00 |
| Paralegals/Non-Legal Staff | $397.69 | 19.9 | $7,914.10 |
| Blended Attorney Rate | $1,005.73 | 104.8 | $105,400.60 |
| **Total Fees Incurred** | | **130.9** | **$116,662.70** |

4881-2229-7652

**Exhibit B**

**Compensation by Task Code**

4881-2229-7652

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| 701 | Case Administration | | |
| 702 | Asset Analysis and Recovery | 69.2 | $54,860.60 |
| 705 | Fee/Employment Applications | 1.0 | $400.00 |
| 706 | Fee/Employment Objections | | |
| 707 | Mediation | 60.7 | $61,402.10 |
| 708 | Claims Administration and Objections | | |
| 710 | Litigation | | |
| 711 | Court Hearings | | |
| 712 | Cash Collateral/DIP Financing/Exit Financing | | |
| 713 | Lease/Executory Contract Issues | | |
| 714 | First Day Hearing Preparation | | |
| 715 | Creditor Inquiries | | |
| 716 | Corporate Governance and Board Matters | | |
| | **TOTAL** | **130.9** | **$116,662.70** |

4881-2229-7652

## Exhibit C

## Expense Summary

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD**
**FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | |
| Information Retrieval Services | $3.50 |
| Reporting Services | |
| Overtime – Meals | |
| Duplicating and Word Processing | $84.56 |
| Taxi | |
| Business Expenses | $242.17 |
| Miscellaneous | |
| **TOTAL** | **$330.23** |

## **Exhibit D**

**Itemized Time Detail**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

September 19, 2022
Invoice No. 8492222
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

**For Professional Services Rendered and Disbursements Incurred through August 31, 2022**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Insurance Recovery | $ 116,662.70 | $ 330.23 | $ 116,992.93 |
| **Total This Invoice:** | **$ 116,662.70** | **$ 330.23** | **$ 116,992.93** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**600 Brickell Avenue, Suite 3100 - Miami, FL - 33131**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 30769 . New York, NY 10087-0769**

Client No: 055278                                                        September 19, 2022
Matter No: 0000002                                                      Invoice No. 8492222
Michael Kosnitzky                                                                    Page 2

**Insurance Recovery**

For Professional Services Rendered and Disbursements Incurred Through August 31, 2022

**Time Detail By Task**

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| Task:  702 - Asset Analysis and  Recovery | | | | |
| B. L. Cr“outch | 08/01/22 | Emails with B. Baker re: years of alleged abuse issues (.4); multiple emails from/to M. Levi re: insurance issues for mediation statement (.6); multiple emails with M. Pierro re: same (.6); emails with J. Jean re: US Trustee's comments re: Pillsbury retention (.4); draft supplemental declaration to file for Pillsbury retention (.9); email from M. Levi re: additional conflicts to check (.1); review firm conflicts check results and provide comments to M. Levi (.3). | 3.30 | $3,639.90 |
| A. Iniguez | 08/02/22 | Review correspondence from D. Walters, Security Mutual Insurance Co. in response to 7/28/22 tender letter (.1); update chart re: same (.1). | 0.20 | 76.60 |
| B. L. Crouch | 08/03/22 | Review updated insurance graph chart (.6); review further responses from M. Pierro (.3); further respond to M. Levi (.3); conference IAG and M. Levi (.4); review J. Jean comments to draft supplemental declaration (.3); revise declaration re: same (.4); email from M. Levi re: additional insurance questions (.2); emails responses re: same (.2). | 2.70 | 2,978.10 |
| A. Iniguez | 08/03/22 | Review email from New York Liquidation Bureau Receiver Operations in response to 7.28.22 tender letter re 38 complaints (.1); update chart re: same (.1). | 0.20 | 76.60 |

Client No:  055278                                                September 19, 2022
Matter No:  0000002                                           Invoice No.  8492222
Michael Kosnitzky                                                        Page 3

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| B. L. Croutch | 08/04/22 | Review revised draft supplemental J. Jean declaration and proposed order from PW firm re:  appointment of Pillsbury as insurance coverage counsel (.2); emails with J. Jean re: same (.3); emails with M. Levi re: same (.3); email to A. Schwartz (US Trustee) re: supplemental declaration, proposed order and next steps (.2); multiple emails from I. Nasatir re: evidence of new coverage discovered and questions with him re:  same (.4); emails with M. Levi and M. Pierro re: same (.3); confer with J. Jean re: preparation of policy/coverage chart and inclusion of policy information (.3). | 2.00 | 2,206.00 |
| J. D. Jean | 08/04/22 | Confer with B. Crouch re: policy chart and inclusion of policy information. | 0.30 | 423.90 |
| J. D. Jean | 08/04/22 | Emails with B. Crouch and PW re: request for insurance information from plaintiffs' ad hoc counsel (.4); confer re: same (.3). | 0.70 | 989.10 |
| B. L. Croutch | 08/05/22 | Conference with PW and IAG regarding upcoming meeting with I. Nasatir regarding insurance. | 0.60 | 661.80 |
| B. L. Croutch | 08/08/22 | Emails from M. Levi re: additional parties for conflicts purposes (.2); call from S. Ravit re: Security Mutual tender letter (.2); emails with IAG re: same (.3); emails with A. Iniguez re: wrong Sirius company served and to correct (.3); emails re: billing rates and US Trustee's office (.2); revise supplemental J. Jean declaration and proposed order for Pillsbury retention application (.4); confer with J. Jean re: insurance coverage isues and call with plaintiffs' Ad Hoc Committee (.4). | 2.00 | 2,206.00 |
| A. Iniguez | 08/08/22 | Emails from attorney forwarding voice mail from CEO of Sirus Group served tender letter (.2); review same (.1); research regarding Sirus v. Sirius International Insurance Group (.6); research on internet New York Secretary of State for correct company (.8); emails re: correct address for Sirius (.1). | 1.80 | 689.40 |

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

September 19, 2022
Invoice No.  8492222
Page 4

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| J. D. Jean | 08/08/22 | Confer with B. Crouch re: insurance coverage issues and call with plaintiffs' ad hoc committee member (.4); conference re: recovery and pursuit of any outstanding fees and indemnity payments (.4). | 0.80 | 1,130.40 |
| B. L. Crouch | 08/09/22 | Review conflicts reports for schedule for supplemental declaration re: PWSP retention (.6); conference with I. Nasatir (Pachulski Stang Ziehl & Jones law firm) re: insurance information and questions they have (.6); follow up emails with PW firm re: same (.4). | 1.60 | 1,764.80 |
| A. Iniguez | 08/09/22 | Review envelopes of tender letters to Empire and Puritan Insurance sent on 7.28.2022 (.2); update chart of correspondence regarding same (.1). | 0.30 | 114.90 |
| B. L. Crouch | 08/10/22 | Conference with M. Pierro (IAG) and M. Levi re: insurance issues requested by I. Nasatir (.6); review and analyze requested information and prepare coverage charts (2.1); emails from M. Pierro re: same (.3); follow up conference call with IAG re: same (.4). | 3.40 | 3,750.20 |
| B. L. Crouch | 08/11/22 | Attend bankruptcy hearing for retention motions, etc. (1.6); emails with J. Jean re: National Union and AIG (.3); prepare response to email from National Union and AIG's counsel re: mediation and insurance coverage issues (.3); emails from and prepare emails to N. Valenza-Frost re: AIG and National Union (.4). | 2.60 | 2,867.80 |
| J. D. Jean | 08/12/22 | Confer with B. Crouch re: memo re: status and strategy. | 0.40 | 565.20 |
| J. D. Jean | 08/15/22 | Review correspondence re: insurance coverage and requests from ad hoc committee. | 0.40 | 565.20 |
| J. D. Jean | 08/15/22 | Confer with B. Crouch re: insurance coverage and requests from ad hoc committee. | 0.20 | 282.60 |

Client No:  055278                                                  September 19, 2022
Matter No:  0000002                                              Invoice No.  8492222
Michael Kosnitzky                                                              Page 5

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| B. L. Croutch | 08/16/22 | Prepare for and attend conference with IAG and PW Firm re: insurance issues and charts requested by I. Nasatir (Pachulski law firm) (.8); emails from JH Strauss re: D&O insurance and provide responses re: same (.4); emails from JH Strauss re: insurance and next steps (.3); call from IAG re: plaintiffs and dates of alleged injuries (.3); prepare detailed information for IAG re: plaintiffs and dates of alleged injuries (.8). | 2.60 | 2,867.80 |
| B. L. Croutch | 08/17/22 | Emails with IAG re: insurance issues. | 0.40 | 441.20 |
| S. D. Greenspan | 08/17/22 | Correspondence with J. Jean re: assuming the matter and coverage strategy for the matter. | 0.20 | 199.80 |
| S. D. Greenspan | 08/18/22 | Correspondence with W. Clareman, J. Jean and B. Crouch re: moving forward with coverage strategy and preparing for mediation. | 0.30 | 299.70 |
| J. D. Jean | 08/19/22 | Review emails with J. Stand re: policy search and slotting chart (.2); review coverage issues re: primary secondary coverage evidence (.6). | 0.80 | 1,130.40 |
| J. D. Jean | 08/19/22 | Confer with S. Greenspan re: coverage information and missing policies. | 0.40 | 565.20 |
| B. J. Coffey | 08/24/22 | Review policy evidence and create coverage chart of policies implicated by abuse claims (.6); conferences with S. Greenspan re: same (.2). | 0.80 | 374.40 |
| S. Korchinski | 08/24/22 | Review policies and compare to chart in preparation of revising coverage chart (2.6); review additional materials for policies not previously included in review/comparison (.7); review and organize additional policies for inclusion on coverage chart (.4); review documentation for summary of claimants by year over time (.4). | 4.10 | 1,640.00 |

Client No:  055278                                                          September 19, 2022
Matter No:  0000002                                                      Invoice No.  8492222
Michael Kosnitzky                                                                        Page 6

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| B. J. Coffey | 08/25/22 | Conference with M. Pierro at IAG and S. Greenspan re: insurance archeology efforts and follow up requests to insurers (.4); research corporate history of insurance companies called Security Mutual to determine identity of potential successors (1.4); Review policy evidence and create coverage chart of policies implicated by abuse claims (2.8). | 4.60 | 2,152.80 |
| S. Korchinski | 08/25/22 | Review and organize evidence of insurance materials (3.6); conference with J. Jean re: coverage issues, plaintiffs and damages (.3); review document collection for policies at issue in 2019 litigation and orders re: summary judgment and appeal of same (.3). | 4.20 | 1,680.00 |
| B. J. Coffey | 08/26/22 | Review policy evidence and create coverage chart of policies implicated by abuse claims (4.6); correspondence with S. Greenspan re: same (.2). | 4.80 | 2,246.40 |

Client No: 055278

Matter No: 0000002

Michael Kosnitzky

September 19, 2022

Invoice No. 8492222

Page 7

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/26/22 | Review and analyze revised draft coverage chart of GL policies and correspondence with B. Coffey re: same and re: further revisions to same (.4); review research memo and cited caselaw re: sexual abuse exclusion under New York law and correspondence with K. Sgambati re: same (.9); review and analyze insurance presentation in connection with preparation of insurance program analysis for the mediator (.3); correspondence with PW team re: aggregate limit issue on the policies and review IAG analysis re: same (.3); review correspondence/documentation re: secondary evidence of GL insurance policies in connection with preparation of insurance program analysis for the mediator (.4); review IAG proposed revisions to the draft mediation statement re: insurance program and insurance issues (.4); review and analyze letters from Chubb (INA/Federal), Allianz (Jefferson), and Carlton Fields (attorneys for AIG), transmitting the new policy documents/information obtained from these carriers in July, 2022 (.4). | 3.10 | 3,096.90 |
| S. Korchinski | 08/26/22 | Conference with K. Sgambati re: sexual misconduct endorsement review (.2); assemble documents for policy/insurance evidence binder (1.2); draft index to same (.7). | 2.10 | 840.00 |
| K. Sgambati | 08/26/22 | Review policy exclusions in current and previous litigation. | 0.60 | 324.00 |
| K. Sgambati | 08/26/22 | Research into applicability of sexual misconduct policy exclusions (5.2); conference with S. Korchinski re: same (.1); correspondence with S. Greenspan re: same (.3). | 5.60 | 3,024.00 |

Client No: 055278                                                     September 19, 2022
Matter No: 0000002                                                 Invoice No. 8492222
Michael Kosnitzky                                                           Page 8

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| B. J. Coffey | 08/29/22 | Review summary of insurance coverage evidence revised by PW and IAG to compare against Pillsbury coverage chart and draft summary of differences between IAG and Pillsbury charts (.9); conferences with M. Pierro at IAG re: analysis of secondary evidence of coverage (.6); review reinsurance information for evidence of coverage and appropriateness for sharing with insurer (.4); make revisions to coverage chart (.7). | 2.60 | 1,216.80 |
| S. Korchinski | 08/30/22 | Review correspondence for insurer acceptance of coverage post filing of petition (.6); review document collection for research memo (.6). | 1.20 | 480.00 |

Client No:  055278                                                         September 19, 2022
Matter No:  0000002                                                       Invoice No.  8492222
Michael Kosnitzky                                                                      Page 9

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/31/22 | Conference with PW team and B. Coffey re: revisions to draft mediation statement regarding the insurance program and insurance issues (.7); conference with B. Coffey re: same (.2); correspondence with J. Jean re: revisions to the draft mediation statement in light of PW team's suggested revisions (.4); correspondence/conference with B. Coffey re: preparing analysis valuing the insurance program (.4); correspondence with J. Jean re: same (.2); correspondence with M. Pierro re: revised coverage chart and review IAG revise coverage chart (.3); correspondence with PW team re: amount of Friedman Kaplan defense costs in toto and that were unpaid by the carriers in connection with preparation of mediation statement and review responses (.4); correspondence with PW team and J. Jean re: sending coverage chart to policyholder's counsel (.4); correspondence with J. Jean re: insurers' anticipated position on the BI aggregate limit issue (.2); correspondence/conferences with B. Coffey re: allocation of demands across the policies in connection with preparation of mediation statements (.3); review and revise proposed allocation of demands across the policies in connection with preparation of mediation statements (.4); revise draft mediation statement re: insurance program and insurance issues (2.4); correspondence with PW team and with J. Jean re: same (.4); correspondence with PW team and J. Jean re: providing coverage chart to plaintiffs' counsel (.3); conference with P. Blood re: research assignment on trigger of coverage issue (.3). | 7.30 | 7,292.70 |

                      **Subtotal Task: 702 - Asset Analysis and  Recovery**       **69.20**      **$54,860.60**

Task:  705 - Fee/Employment Applications

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

September 19, 2022
Invoice No.  8492222
Page 10

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. Korchinski | 08/28/22 | Draft fee application for the period June 29 through July 31, 2022. | 1.00 | $400.00 |
| | | **Subtotal Task: 705 - Fee/Employment Applications** | **1.00** | **$400.00** |

Task:  707 - Mediation

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| J. D. Jean | 08/01/22 | Review and respond to emails re: coverage issues and mediation statement. | 0.20 | $282.60 |
| J. D. Jean | 08/01/22 | Confer with B. Croutch re: mediation statement. | 0.20 | 282.60 |
| B. L. Croutch | 08/02/22 | Emails with J. Jean re: thoughts on responding to US Trustee re: Pillsbury retention issues (.4); research issues with prior engagements with client and billing rates for supplemental declaration (.8); email from B. Baker re: CVA cases (.2); review update on Prokopiak action (.1); Conference with M. Levi re: US Trustee's comments and provide responses (.6); multiple emails with PW Firm re: billing rates issues for pre-petition v. post-petition (.6); letter from D. Walters, Claims Director of Security Mutual re: no tender acceptance (.2); prepare supplemental declaration of J. Jean (.9); email from M. Levi re: detailed information needed for mediation statement (.2); emails with M. Pierro re: same (.4); conference with M. Pierro re: same (.4); prepare detailed responses to M. Levi (.7); emails to J. Strauss re: recent insurance correspondences for plaintiffs' ad hoc committee (.2). | 5.70 | 6,287.10 |
| J. D. Jean | 08/02/22 | Review and respond to emails re: engagement and coverage issues. | 0.60 | 847.80 |
| J. D. Jean | 08/03/22 | Review and revise engagement declaration (.4); review and respond to emails re: coverage and mediation (4). | 0.80 | 1,130.40 |

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

September 19, 2022
Invoice No.  8492222
Page 11

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| B. L. Croutch | 08/12/22 | Review emails from and prepare emails to A. Kornberg re: conference with mediator (.2); prepare and revise detailed case report and status update for J. Jean (1.6); confer with J. Jean re: memo with respect to status and strategy (.4). | 2.20 | 2,426.60 |
| B. L. Croutch | 08/15/22 | Prepare for and attend conference with mediator and PW team (1.0); review latest documents from IAG for information requested by I. Nasatir (Pachulski law firm) (.5); emails and follow up conference with M. Pierro re: same (.4). | 1.90 | 2,095.70 |
| A. Iniguez | 08/15/22 | Emails re: returned envelopes of 7.28.22 tender letter (.1); update chart re: same (.1). | 0.20 | 76.60 |
| B. L. Croutch | 08/18/22 | Emails from/to J. Strauss re: mediation and PW Team starting mediator's request to then send for J. Jean's review and comments per PW (.6); emails with IAG re: TB plaintiff and date of alleged injuries (.4). | 1.00 | 1,103.00 |
| J. D. Jean | 08/18/22 | Confer with B. Croutch re: insurance request from mediator and PW's emails re: same. | 0.90 | 1,271.70 |
| S. D. Greenspan | 08/19/22 | Review and analyze memo summarizing the status of this matter including the search for additional policies and second evidence, tenders to newly identified carriers and others issues in connection with preparation of coverage strategy (.3); prepare correspondence to and review correspondence from J. Jean and B. Croutch re: coverage strategy, insurance policy search and preparation for mediation (.4); review and analyze letter from Philadelphia to the Committee of Unsecured Creditors responding to the Committee's document demand (.3); review and analyze draft coverage chart and slotting chart in connection with development of analysis of the value of the policies for mediation (.6). | 1.60 | 1,598.40 |

Client No: 055278                                                          September 19, 2022
Matter No: 0000002                                                      Invoice No. 8492222
Michael Kosnitzky                                                                    Page 12

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/19/22 | Correspondence with W. Clareman re: preparation for the insurance aspects of mediation. | 0.20 | 199.80 |
| S. D. Greenspan | 08/23/22 | Correspondence with J. Jean and S. Korchinski re: preparation of mediation statement (.3); prepare for (review of files) and conference with S. Korchinski re: preparation of coverage chart and re: policy analysis for the mediation (.8); review and analyze PW draft of mediation statement, PW Insurance Generations and textual coverage chart in connection with preparation of statement for mediator re: Madison Square's insurance program (.9); review and analyze latest version of coverage chart and memorandum analyzing Madison's Chubb/Federal policies in connection with coverage analysis (.6); review correspondence re: preparation of slotting chart in connection with preparation of insurers' exposure analysis for the mediator (.4); review and analyze letter from Jefferson Insurance Co. of New York agreeing to defend (.3); conference with J. Jean re: mediation issues (.3). | 3.70 | 3,696.30 |
| J. D. Jean | 08/23/22 | Conference with S. Greenspan re: mediation issues (.3); emails re: J. Chapman request re: insurance materials (.3). | 0.60 | 847.80 |
| J. D. Jean | 08/23/22 | Review materials re: J. Chapman request. | 0.30 | 423.90 |
| S. Korchinski | 08/23/22 | Review and analyze email re: request for coverage chart (.8); review draft statement of insurance coverage for mediator in connection with drafting of same (.2); review and organize policies and secondary evidence while drafting list of same to be used as basis for coverage chart for mediator (2.6); conference with S. Greenspan re: specifics of policy collection/review and update of coverage chart (.4); review files for Allianz letter questioning aggregates and policies referenced in same for use in preparation of response (.6). | 4.60 | 1,840.00 |

Client No: 055278
Matter No: 0000002
Michael Kosnitzky

September 19, 2022
Invoice No. 8492222
Page 13

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/24/22 | Conference with PW team re: mediation strategy and insurance issues in connection with same (.5); review and revise draft GL coverage chart and correspondence and conferences with B. Coffey and S. Korchinski re: same (.7); review and analyze summary of policies produced by Chubb in connection with preparation of insurance program analysis for the mediator (.3); review and analyze letter from Chubb re: discovery of INA umbrella policies and request for information re: policy search (.2); review and analyze memorandum re: summary of Chubb policy history (in connection with preparation of mediation statement) (.3); review and analyze memorandum re: list of insurance policies by parent corporation in connection with preparation of mediation statement (.2); review draft IAG-prepared coverage chart and chart of perpetrators in connection with preparation of insurance program analysis for the mediator (.3); conference with K. Sgambati re: research assignment re: sexual abuse exclusions in the GL policies and correspondence with B. Coffey and S. Korchinski re: same (.4); correspondence with L. Varga re: insurance archeology and underlying cases in connection with preparation of mediation statement (.2); correspondence with B. Coffey re: setting up call with M. Pierro of IAG re: insurance archeology (.2); confer with J. Jean re: policies, plaintiffs, limits and secondary evidence (.6). | 3.90 | 3,896.10 |
| J. D. Jean | 08/24/22 | Confer with PW team re: mediation. | 0.60 | 847.80 |
| J. D. Jean | 08/24/22 | Confer with S. Greenspan re: policies, plaintiffs, limits and secondary evidence. | 0.60 | 847.80 |
| J. D. Jean | 08/24/22 | Review and respond to emails re: policies, plaintiffs, limits and secondary evidence and re: coverage charts and mediation statement to mediator. | 0.60 | 847.80 |

Client No:  055278

Matter No:  0000002

Michael Kosnitzky

September 19, 2022

Invoice No.  8492222

Page 14

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/25/22 | Correspondence with B. Coffey re: setting up call with M. Pierro of IAG re: insurance archaeology (.2); prepare for and attend conference with M. Pierro of IAG and B. Coffey re: location and analysis of GL policies in Madison Square program in preparation for mediation/mediation statement (1.0); review correspondence with M. Pierro re:  insurance archeology issues in connection with preparation of insurance program analysis for the mediator (.2); review and analyze the management liability policies and the First Department decision construing them in connection with analysis of sexual abuse exclusions in GL policies and correspondence with S. Korschinki re: same (.4); review and analyze tender letters and responses sent to carriers on newly-discovered policies post-petition (.7); conference with J. Jean re: mediation and preparation of coverage chart and mediation statement (.3). | 2.80 | 2,797.20 |
| J. D. Jean | 08/25/22 | Confer with S. Greenspan re: mediation and preparation of mediation statement and coverage chart (.3); confer with S. Korchinski re: coverage issues, plaintiffs and damages (.3). | 0.60 | 847.80 |
| S. D. Greenspan | 08/28/22 | Conference with J. Jean re: mediation statement and evidence of insurance in same. | 0.40 | 399.60 |
| J. D. Jean | 08/28/22 | Confer with S. Greenspan re: mediation statement and evidence of insurance. | 0.40 | 565.20 |

Client No:  055278                                                    September 19, 2022
Matter No:  0000002                                                 Invoice No.  8492222
Michael Kosnitzky                                                              Page 15

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/29/22 | Prepare and revise draft mediation statement re: insurance program and insurance issues and extensive correspondence and conferences with Pillsbury and PW teams and policy review in connection with same (7.8); correspondence with J. Jean re: revisions to coverage chart to be provided to mediator (.2); review and analyze IAG coverage chart vs. Pillsbury coverage chart and revise Pillsbury coverage chart (.4); conference with PW team re: preparation of mediation statement concerning insurance issues (.5); correspondence with PW team re: refining the IAG coverage chart and reconciling the IAG and Pillsbury coverage charts and identification of areas needing resolution (.7); correspondence with PW team re: preparation and content of slotting chart. | 9.60 | 9,590.40 |
| B. J. Coffey | 08/30/22 | Review policy evidence and revise coverage chart (.3); conference with L. Varga at Paul Weiss, M. Pierro at IAG, and S. Greenspan to discuss policy evidence and coverage chart (.4); draft summary and assessment of quality of insurance secondary evidence (.4); correspondence with S. Greenspan re: revisions to mediation statement (.3). | 1.40 | 655.20 |

Client No:  055278                                                                     September 19, 2022
Matter No:  0000002                                                                    Invoice No.  8492222
Michael Kosnitzky                                                                               Page 16

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 08/30/22 | Conference with PW team and B. Baker of Friedman Kaplan re: mediation and insurance coverage pursuit strategies (.8); conference with L. Varga re: revisions to coverage chart (.4); conference with M. Pierro of IAG and B. Coffey re:  revisions to coverage chart and re: insurance archeology issues (.4); extensive correspondence with PW team re: same (.6); review Raphaelson Levine demand letter of October 27, 2021 for potential coverage under the GL policies, including all demands therein, and prepare correspondence to PW team analyzing same (1.2); review slotting chart and correspondence with PW team and M. Pierro re:  impact on coverage chart of revisions to slotting chart (.6); review proposed revisions to draft mediation statement regarding the insurance program and insurance issues and revise same (2.7); extensive correspondence with PW team, J. Jean and B. Coffey re: revisions to same (.7); correspondence with L. Varga re: insurers accepting coverage/tender post-petition and review coverage correspondence in connection with same (.4); correspondence with PW team re: Covington report (.3); correspondence with PW team re:  strategy call (.2); review memo re:  secondary evidence of the Policies (in connection with preparation of mediation statement (.3). | 8.60 | 8,591.40 |
| J. D. Jean | 08/30/22 | Review and revise mediation memorandum and review policies re: same (1.2); review secondary evidence and follow up from call with PW team (.6). | 1.80 | 2,543.40 |
| J. D. Jean | 08/30/22 | Confer with S. Greenspan re: strategy. | 0.40 | 565.20 |

Client No: 055278
Matter No: 0000002
Michael Kosnitzky

September 19, 2022
Invoice No. 8492222
Page 17

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| B. J. Coffey | 08/31/22 | Calculate potential limits of insurance coverage (.2); conference with W. Clareman of PW, M. Pierro of IAG and S. Greenspan re: summary of insurance coverage value for mediator (.4); conference with S. Greenspan re: allocation of claimant demands to available insurance (.2); review claimant demands and alleged time frames of occurrences to allocate claims to available insurance coverage and calculate potential impact to insurers (1.4). | 2.20 | 1,029.60 |
| J. D. Jean | 08/31/22 | Review and revise multiple drafts of mediation statement re: insurance while reviewing secondary evidence and demands re: same. | 1.30 | 1,836.90 |
| J. D. Jean | 08/31/22 | Confer with S. Greenspan re: mediation memo and meeting with PW team. | 0.80 | 1,130.40 |
| | | **Subtotal Task: 707 - Mediation** | **60.70** | **$61,402.10** |
| | | **Total:** | **130.90** | **$ 116,662.70** |

**Time Summary By Task**

| Task | Hours | Amount |
|---|---|---|
| 702 - Asset Analysis and Recovery | 69.20 | 54,860.60 |
| 705 - Fee/Employment Applications | 1.00 | 400.00 |
| 707 - Mediation | 60.70 | 61,402.10 |
| **Total** | **130.90** | **$ 116,662.70** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| **Partner** | | | |
| J. D. Jean | 14.70 | $1,413.00 | $20,771.10 |
| **Senior Counsel** | | | |
| B. L. Croutch | 32.00 | $1,103.00 | $35,296.00 |
| S. D. Greenspan | 41.70 | 999.00 | 41,658.30 |
| ***Subtotal*** | ***73.70*** | | ***$76,954.30*** |
| **Other Attorney** | | | |

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

September 19, 2022
Invoice No.  8492222
Page 18

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| B. J. Coffey | 16.40 | $468.00 | $7,675.20 |
| **Senior Law Clerk** | | | |
| K. Sgambati | 6.20 | $540.00 | $3,348.00 |
| **Paralegal** | | | |
| A. Iniguez | 2.70 | $383.00 | $1,034.10 |
| S. Korchinski | 17.20 | 400.00 | 6,880.00 |
| *Subtotal* | *19.90* | | *$7,914.10* |
| **Total** | **130.90** | | **$116,662.70** |

## Disbursements Incurred

| Date | Type | Description | Amount |
|---|---|---|---|
| 07/01/22 | Task E106 - Computer Research | Summary | $3.50 |
| 08/10/22 | Task E103 - Document Processing | Summary | 111.75 |
| 08/26/22 | Task E101 - Reproductions | Summary | 70.56 |
| 08/09/22 | Task E101 - Blowback - Color | Color Copying | 12.40 |
| 08/26/22 | Task E101 - Color Copy | 08/2022 Document Printing Charges, Job # 8, S. Korchinski | 1.20 |
| 08/29/22 | Task E101 - Color Copy | 08/2022 Document Printing Charges, Job # 3, S. Greenspan | 0.40 |
| 08/09/22 | Task E107 - Express Courier Service | FedEX to CLAIMS MANAGER SIRIUS INT. INSURANCE GROUP, L from BARBARA CROUTCH | 124.52 |
| 08/11/22 | Task E107 - Express Courier Service | Vendor: SF Express/Shun Feng Logistics - BJ; Invoice#: 081122; Date: 8/11/2022 - Beijing Courier bill- July 2022  C. Liu, courier fee for sending letter and documents to Claims Manager of China Minsheng Investment Corp on 07/29/2022, SH | 5.90 |

**Total Disbursements:**    **$330.23**

## Disbursement Summary

| Type | Amount |
|---|---|

Client No: 055278
Matter No: 0000002
Michael Kosnitzky

September 19, 2022
Invoice No. 8492222
Page 19

| | |
|---|---|
| Color Copying | 14.00 |
| Computer Research | 3.50 |
| Document Processing | 111.75 |
| Express Courier Service | 130.42 |
| Reproductions | 70.56 |
| **Total:** | **$330.23** |

**Total Due For Matter 0000002:**    **$116,992.93**

**Pillsbury Winthrop Shaw Pittman LLP**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

September 19, 2022
Invoice No. 8492222
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000002 | $ 116,662.70 | $ 330.23 | $ 116,992.93 |
| **Total This Invoice:** | **$ 116,662.70** | **$ 330.23** | **$ 116,992.93** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York,  NY 10087-0769

**For Electronic Payments including Wire Transfer**, **ACH**, and **SWIFT Payments**,  **send to:** JP Morgan Chase Bank NA, NY, NY;  ABA# 021000021 (S.W.I.F.T. Code CHASUS33), for credit to Pillsbury Winthrop Shaw Pittman LLP, Account Number 301177087165.

Please include our client, matter and invoice number for proper credit.

[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]