UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **MADISON SQUARE BOYS & GIRLS CLUB, INC.,** | Case No. 22-10910 (SHL) |
| **Debtor.** | |

# SECOND MONTHLY FEE STATEMENT OF TENEO CAPITAL LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| **Name of Applicant** | **Teneo Capital LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Madison Square Boys & Girls Club, Inc., Debtor and Debtor-in-Possession |
| Date of Retention: | August 12, 2022 *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $43,993.80 (80% of $54,992.25) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $25,979.23 |

This is a **X** monthly ___ interim __ final application. No prior application filed for this Fee Period.[1]

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Approving Retention and Employment of Teneo Capital LLC, as Financial Advisor to Debtor, Nunc Pro Tunc to Petition Date,* dated August 12, 2022 [D.I. 124] (the "Retention Order") and the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and*

---

[1] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Compensation Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Compensation Order.

*Reimbursement of Expenses for Professionals,* dated August 12, 2022 [D.I. 125] (the "Compensation Order"), Teneo Capital LLC ("Teneo"), financial advisor to the debtor and debtor in possession in the above captioned case ("Debtor"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $43,993.80 for the reasonable and necessary financial advisory services Teneo rendered to the Debtor from August 1, 2022 through August 31, 2022 (the "Fee Period") (80% of $54,992.25); and (ii) reimbursement for the actual and necessary expenses that Teneo incurred, in the amount of $25,979.23 during the Fee Period.

## BACKGROUND

1. On June 29, 2022 (the "Petition Date"), the Debtor commenced its chapter 11 Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate as debtor in possession. No trustee or examiner has been appointed in the Case.

2. On July 13, 2022, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]

### Itemization of Services Rendered and Disbursements Incurred

3. Teneo is compensated in this matter by the hour at its standard hourly rates, as was approved by the Retention Order.

4. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the hours expended and corresponding fees incurred on this matter during the Fee Period by each Teneo professional. Teneo professionals expended a total of 96.9 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit B** is a schedule of the number of hours expended and corresponding fees incurred (individually and on an aggregate basis) by Teneo professionals during the Fee Period with respect to each of the subject matter categories

Teneo established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

- **Exhibit C** is a detailed description of all fees incurred during the Fee Period by professional.

- **Exhibit D** is a detailed description of expenses for which Teneo is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Teneo's out-of-pocket expenses.

**Representations**

5.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Compensation Order.

6.      There is no agreement or understanding between Teneo and any person other than members or employees of the firm for the sharing of compensation to be received for services rendered in this case.

**Certification of Compliance and Waiver**

7.      The undersigned representative of Teneo certifies that she has reviewed the requirements of Local Rule 2016-1 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Orders or otherwise modified by orders of this Court, as permitted by orders of the Compensation Order. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Teneo believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Teneo requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $69,973.03 consisting of (a) $43,993.80, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by Teneo; and (b) $25,979.23 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated: August 22, 2022  */s/ Robin Chiu*
**TENEO CAPITAL LLC**
**Robin Chiu**
**Senior Managing Director**
**280 Park Avenue, 4th Floor**
**New York, NY 10017**

**Exhibit A**

**Exhibit A**
**Summary of Fees by Timekeeper**

| Timekeeper | Title | Rate | Time | Fees |
|---|---|---:|---:|---:|
| Jay Goldin | Vice Chairman | $1,170.00 | 6.4 | $7,488.00 |
| Robin Chiu | Senior Managing Director | $ 877.50 | 32.5 | $28,518.75 |
| Dan Finnegan | Analyst | $ 337.50 | 31.8 | $10,732.50 |
| Jay D. Rao | Analyst | $ 315.00 | 26.2 | $8,253.00 |
| **Total** | | | 96.9 | $54,992.25 |

**Exhibit B**

**Exhibit B**

- **Financing**

This category includes activities related to obtaining financing, both DIP and exit.

- **Projections and Cash Forecasting**

This category includes analysis of various of the Debtor's business prospects and the development and analysis of financial projections therefor.

- **Claims Analysis**

This category includes review and analysis of the various claims against the Debtor, including the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims.

- **Management and Board Meetings**

This category includes written and oral communications with the management and Board.

- **Restructuring Advisory**

This category includes analyses, research and meetings necessary for the furtherance of the case including communications with creditors and other parties.

- **Court Filings and Reporting**

This category includes support for the Debtor and counsel in preparing, reviewing and commenting on motions and other reporting including monthly operating reports

- **Attendance of Court Proceedings**

This category includes support for various court proceedings and hearings.

- **Case Management and Other**

This category contains activity necessary for Goldin to efficiently advise its client but do not otherwise fit into an above category. This category may include data room management and review of case filings.

Madison Square - Services Through 08/31/2022

**Summary by Task**

| Totals for | Hours | Amount |
|---|---:|---:|
| Claims Analysis | 2.10 | 661.50 |
| Case Management and Other | 2.20 | 1,536.75 |
| Attendance of Court proceedings | 5.00 | 3,948.75 |
| Financing | 10.60 | 4,581.00 |
| Court filings and reporting | 11.60 | 5,577.75 |
| Projections and cash forecasting | 20.40 | 8,212.50 |
| Restructuring advisory | 22.30 | 13,155.75 |
| Management and board meetings | 22.70 | 17,318.25 |
| | | |
| **TOTAL** | 96.90 | 54,992.25 |

Madison Square - Services through 08/31/2022

**Detail by Task**

## Attendance of Court proceedings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay Goldin | 8/11/2022 | 1.00 | 1,170.00 | 1,170.00 | Attendance at court meeting |
| Robin Chiu | 8/11/2022 | 1.00 | 877.50 | 877.50 | Attendance at court hearing |
| Robin Chiu | 8/17/2022 | 1.70 | 877.50 | 1,491.75 | Attendance at 341 Meeting |
| Jay D Rao | 8/31/2022 | 1.30 | 315.00 | 409.50 | Hearing on committee Retention and 2004 |
| **TOTAL** | | 5.00 | | 3,948.75 | |

## Case Management and Other

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 8/2/2022 | 0.50 | 877.50 | 438.75 | Work on supplemental declaration |
| Robin Chiu | 8/2/2022 | 0.30 | 877.50 | 263.25 | Call with R. Fad re: UST comments to retention |
| Robin Chiu | 8/4/2022 | 0.20 | 877.50 | 175.50 | Work on supplemental declaration |
| Robin Chiu | 8/4/2022 | 0.10 | 877.50 | 87.75 | Call with M. Levi re: supplemental declaration |
| Jay D Rao | 8/5/2022 | 0.40 | 315.00 | 126.00 | Sent invites and access to dataroom to requested individuals |
| Robin Chiu | 8/8/2022 | 0.30 | 877.50 | 263.25 | Call with UST and M. Levi re: supplemental declaration |
| Robin Chiu | 8/8/2022 | 0.10 | 877.50 | 87.75 | Updates to supplemental declaration |
| Jay D Rao | 8/23/2022 | 0.30 | 315.00 | 94.50 | Granted datasite access and permissions for new users |
| **TOTAL** | | 2.20 | | 1,536.75 | |

## Claims Analysis

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 8/1/2022 | 2.10 | 315.00 | 661.50 | Reviewed and updated matrix of perpetrators and counts of victims |
| **TOTAL** | | 2.10 | | 661.50 | |

## Court filings and reporting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 8/10/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: Global Notes |
| Dan Finnegan | 8/12/2022 | 3.20 | 337.50 | 1,080.00 | Update June MOR per comments of J. Dold |
| Robin Chiu | 8/12/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: UST question on SOAL |
| Robin Chiu | 8/12/2022 | 0.20 | 877.50 | 175.50 | Comments to June MOR |
| Robin Chiu | 8/13/2022 | 0.10 | 877.50 | 87.75 | Comments to June MOR |
| Robin Chiu | 8/18/2022 | 1.50 | 877.50 | 1,316.25 | Preparation of Initial fee application |
| Robin Chiu | 8/22/2022 | 0.20 | 877.50 | 175.50 | Correspondence with management re: fee applications and professional payments |
| Robin Chiu | 8/29/2022 | 0.30 | 877.50 | 263.25 | Call with J. Dold re: July MOR |
| Robin Chiu | 8/30/2022 | 0.50 | 877.50 | 438.75 | Comments to July MOR |
| Dan Finnegan | 8/31/2022 | 2.30 | 337.50 | 776.25 | Work on July MOR |
| Jay D Rao | 8/31/2022 | 2.40 | 315.00 | 756.00 | Prepared MOR as well as associated notes, and schedules |
| Jay D Rao | 8/31/2022 | 0.50 | 315.00 | 157.50 | Turned edits to, updated, and finalized MOR |
| Robin Chiu | 8/31/2022 | 0.20 | 877.50 | 175.50 | Comments to July MOR |
| **TOTAL** | | 11.60 | | 5,577.75 | |

## Financing

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 8/19/2022 | 1.10 | 337.50 | 371.25 | Create term sheet summary analysis |
| Jay D Rao | 8/19/2022 | 2.80 | 315.00 | 882.00 | Created DIP terms comparison sheet |
| Jay D Rao | 8/19/2022 | 0.70 | 315.00 | 220.50 | Updated DIP terms sheet |
| Robin Chiu | 8/19/2022 | 0.40 | 877.50 | 351.00 | Review of new term sheet and comments to DIP loan comparison |
| Dan Finnegan | 8/26/2022 | 1.20 | 337.50 | 405.00 | Build out DIP comparisons |
| Robin Chiu | 8/26/2022 | 0.20 | 877.50 | 175.50 | Review of and correspondence re: updated DIP Loan term sheet |
| Robin Chiu | 8/26/2022 | 0.30 | 877.50 | 263.25 | Comment to DIP cash flows analysis |
| Jay D Rao | 8/29/2022 | 1.30 | 315.00 | 409.50 | Updated DIP loan cash flows and term sheet comparison file |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 8/29/2022 | 0.60 | 315.00 | 189.00 | Researched for DIP comparables |
| Robin Chiu | 8/29/2022 | 0.60 | 877.50 | 526.50 | Comments to DIP comparison cash flow and review of updated DIP financing term sheet |
| Dan Finnegan | 8/31/2022 | 0.40 | 337.50 | 135.00 | Madison DIP call with D. Meyers & A. Kornberg (R. Chiu, J. Rao) |
| Jay D Rao | 8/31/2022 | 0.40 | 315.00 | 126.00 | Meeting to discuss Madison DIP with Paul Weiss team, R. Chiu and D. Finnegan |
| Robin Chiu | 8/31/2022 | 0.20 | 877.50 | 175.50 | Correspondence re: DIP financing |
| Robin Chiu | 8/31/2022 | 0.40 | 877.50 | 351.00 | Call with A. Kornberg, D. Meyers, J. Weber and D. Finnegan re: DIP financing |
| **TOTAL** | | **10.60** | | **4,581.00** | |

## Management and board meetings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay Goldin | 8/2/2022 | 1.50 | 1,170.00 | 1,755.00 | Attendance at Board meeting |
| Robin Chiu | 8/2/2022 | 1.50 | 877.50 | 1,316.25 | Board meeting with H.J. Goldin and counsel |
| Robin Chiu | 8/3/2022 | 1.10 | 877.50 | 965.25 | Strategic Advisory meeting with Deloitte, S. Muehllich and J. Dold re: financial implications |
| Robin Chiu | 8/8/2022 | 1.10 | 877.50 | 965.25 | Call with T. McChristian, J. Dold and S. Melton re: operational planning |
| Robin Chiu | 8/8/2022 | 0.80 | 877.50 | 702.00 | Call with T. McChristian, J. Dold, D. Devine, A. Kornburg and A. Parlen re: contingency planning |
| Dan Finnegan | 8/9/2022 | 0.70 | 337.50 | 236.25 | MSBGC/Teneo Weekly Update with J. Dold (R. Chiu, J. Rao) re: cash flow |
| Jay D Rao | 8/9/2022 | 0.70 | 315.00 | 220.50 | Weekly meeting with J. Dold, R. Chiu, and D. Finnegan re: cash forecast |
| Robin Chiu | 8/9/2022 | 0.60 | 877.50 | 526.50 | Strategic Planning Committee meeting with Deloitte |
| Robin Chiu | 8/9/2022 | 0.60 | 877.50 | 526.50 | Call (joined late) with J. Dold, D. Finnegan and J. Rao re: cash flow and updates |
| Robin Chiu | 8/11/2022 | 1.00 | 877.50 | 877.50 | Strategic Planning Committee meeting with Deloitte |
| Jay Goldin | 8/15/2022 | 1.10 | 1,170.00 | 1,287.00 | Attendance at board meeting |
| Robin Chiu | 8/15/2022 | 1.10 | 877.50 | 965.25 | Board meeting with H.J. Goldin |
| Dan Finnegan | 8/16/2022 | 1.50 | 337.50 | 506.25 | MSBGC / Teneo weekly meeting - prepare for 341 (R. Chiu. A. Parlen, M/ Levi, J. Dold) |
| Robin Chiu | 8/16/2022 | 1.50 | 877.50 | 1,316.25 | 341 meeting prep with A. Parlen, M. Levi, J. Dold and D. Finnegan followed by discussion with J. Dold re: UCC information requests |
| Robin Chiu | 8/22/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: payment of professional fees |
| Dan Finnegan | 8/23/2022 | 0.70 | 337.50 | 236.25 | MSBGC / Teneo weekly call (R. Chiu) re: DIP financing and budgeting |
| Jay D Rao | 8/23/2022 | 0.70 | 315.00 | 220.50 | Weekly update call meeting with R. Chiu, D. Finnegan and J. Dold re: DIP financing and budget |
| Robin Chiu | 8/23/2022 | 0.70 | 877.50 | 614.25 | Call with J. Dold, D. Finnegan and J. Rao re: DIP financing and budgeting |
| Jay Goldin | 8/29/2022 | 0.70 | 1,170.00 | 819.00 | Attendance at board meeting |
| Robin Chiu | 8/29/2022 | 0.70 | 877.50 | 614.25 | Board meeting with H.J. Goldin |
| Dan Finnegan | 8/30/2022 | 1.10 | 337.50 | 371.25 | MSBGC / Teneo weekly meeting - Request list, DIP, MOR (R. Chiu, J. Rao) |
| Jay D Rao | 8/30/2022 | 1.10 | 315.00 | 346.50 | Weekly update call with J. Dold, R. Chiu and D. Finnegan re: DIP financing |
| Robin Chiu | 8/30/2022 | 1.10 | 877.50 | 965.25 | Call with J. Dold, D. Finnegan and J. Rao re: DIP financing and cash flow reporting and team debrief |
| Robin Chiu | 8/30/2022 | 1.00 | 877.50 | 877.50 | Strategic Planning Advisory Committee meeting |
| **TOTAL** | | **22.70** | | **17,318.25** | |

## Projections and cash forecasting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 7/28/2022 | 0.50 | 315.00 | 157.50 | Updated 13 week cash flow model and sent for PW review |
| Jay D Rao | 8/5/2022 | 0.10 | 315.00 | 31.50 | Call with R. Chiu to discuss updates to variance analysis |
| Robin Chiu | 8/5/2022 | 0.10 | 877.50 | 87.75 | Call with J. Rao re: variance analysis and updated investment withdrawals |
| Robin Chiu | 8/5/2022 | 0.50 | 877.50 | 438.75 | Call with J. Dold re: cash forecast |
| Dan Finnegan | 8/8/2022 | 3.80 | 337.50 | 1,282.50 | Update business plan for July actuals |
| Dan Finnegan | 8/8/2022 | 0.80 | 337.50 | 270.00 | Check and reconcile 13 week cash flow |
| Dan Finnegan | 8/8/2022 | 0.50 | 337.50 | 168.75 | Cash flow discussion - internal (R. Chiu, J. Rao) |
| Jay D Rao | 8/8/2022 | 0.50 | 315.00 | 157.50 | Cash Flow model discussion with R. Chiu and D. Finnegan |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 8/8/2022 | 3.20 | 315.00 | 1,008.00 | Updated monthly actuals for June and July financials |
| Robin Chiu | 8/8/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: operational planning |
| Robin Chiu | 8/8/2022 | 0.20 | 877.50 | 175.50 | Review of July actuals and 13-week to prep for discussion with management |
| Robin Chiu | 8/8/2022 | 0.50 | 877.50 | 438.75 | Discussion with D. Finnegan and J. Rao re: cash flow updates |
| Dan Finnegan | 8/9/2022 | 1.10 | 337.50 | 371.25 | Updates to business plan per comments of J. Dold |
| Robin Chiu | 8/9/2022 | 0.30 | 877.50 | 263.25 | Comments to cash flow |
| Dan Finnegan | 8/11/2022 | 1.90 | 337.50 | 641.25 | Build variance output for 13-week cash flow |
| Robin Chiu | 8/12/2022 | 0.30 | 877.50 | 263.25 | Comments to variance analysis |
| Dan Finnegan | 8/15/2022 | 0.80 | 337.50 | 270.00 | Complete 13 week cash flow variance analysis |
| Dan Finnegan | 8/16/2022 | 0.50 | 337.50 | 168.75 | Review bankruptcy professional fee budgets |
| Robin Chiu | 8/17/2022 | 0.80 | 877.50 | 702.00 | Review of and correspondence re: cash balance sources |
| Jay D Rao | 8/25/2022 | 1.10 | 315.00 | 346.50 | Prepared 13 week cash flow variance data for upload and bates stamping |
| Jay D Rao | 8/26/2022 | 2.40 | 315.00 | 756.00 | Prepared DIP cash flow comparison |
| Jay D Rao | 8/26/2022 | 0.40 | 315.00 | 126.00 | Turned edits to DIP cash flow comparison |
| **TOTAL** | | **20.40** | | **8,212.50** | |

Restructuring advisory

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 8/1/2022 | 0.80 | 315.00 | 252.00 | Conference call with Paul Weiss to discuss mediation proposal |
| Jay D Rao | 8/1/2022 | 0.20 | 315.00 | 63.00 | Prepared agenda for meeting with J. Dold |
| Jay Goldin | 8/1/2022 | 1.10 | 1,170.00 | 1,287.00 | Preparation for meeting among advisors, participation in advisors' teleconference re: mediation proposal |
| Robin Chiu | 8/1/2022 | 0.30 | 877.50 | 263.25 | Call with H.J. Goldin re: mediation proposal |
| Robin Chiu | 8/1/2022 | 0.80 | 877.50 | 702.00 | Call with A. Kornburg, A. Parlen, J. Weber, M. Levi, S. Hasan, L. Vega, M. Mulligan, J. Orsini, B. Baker, H.J. Goldin and J. Rao re: mediation proposal |
| Robin Chiu | 8/2/2022 | 0.30 | 877.50 | 263.25 | Comments to mediation statement |
| Robin Chiu | 8/2/2022 | 0.50 | 877.50 | 438.75 | Call with J. Dold re: MORs and mediation proposal |
| Jay D Rao | 8/3/2022 | 0.20 | 315.00 | 63.00 | Reviewed and Confirmed PW's 13 week cash flow for addition to Mediation Motion |
| Robin Chiu | 8/3/2022 | 0.10 | 877.50 | 87.75 | Call with M. Levi re: 341 meeting and UST requests |
| Robin Chiu | 8/3/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: cash balances |
| Jay D Rao | 8/4/2022 | 0.50 | 315.00 | 157.50 | Reviewed and saved down Program Deliverables Tracking and Report Narratives |
| Robin Chiu | 8/4/2022 | 0.20 | 877.50 | 175.50 | Review of strategic advisory materials for meeting |
| Robin Chiu | 8/4/2022 | 0.90 | 877.50 | 789.75 | Participate in Madison Square Strategic Planning meeting |
| Robin Chiu | 8/4/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: cash balances |
| Dan Finnegan | 8/8/2022 | 0.90 | 337.50 | 303.75 | Prepare questioning and data for MSBGC/Teneo weekly call |
| Robin Chiu | 8/9/2022 | 0.10 | 877.50 | 87.75 | Correspondence with committee FA re: information requests |
| Dan Finnegan | 8/11/2022 | 0.40 | 337.50 | 135.00 | Kick off call with Dundon team re: information requests (R. Chiu) |
| Robin Chiu | 8/11/2022 | 0.20 | 877.50 | 175.50 | Call with M. Levi re: 341 meeting prep and mediation |
| Robin Chiu | 8/11/2022 | 0.40 | 877.50 | 351.00 | Committee FA kick off call with T. Rizvi, M. Whelan, S. Landgraber (joined late) and D. Finnegan re: information requests |
| Dan Finnegan | 8/12/2022 | 0.70 | 337.50 | 236.25 | Call re: 341 Meeting Prep (R. Chiu, M. Levi) |
| Robin Chiu | 8/12/2022 | 0.70 | 877.50 | 614.25 | Call with M. Levi and D. Finnegan re: Prep for 341 meeting |
| Dan Finnegan | 8/15/2022 | 0.70 | 337.50 | 236.25 | Detail through responses to Dundon request list (R. Chiu) |
| Dan Finnegan | 8/15/2022 | 2.50 | 337.50 | 843.75 | Prepare and aggregate materials for response to information request |
| Robin Chiu | 8/15/2022 | 0.70 | 877.50 | 614.25 | Meeting with D. Finnegan re: UCC request for information |
| Dan Finnegan | 8/16/2022 | 1.70 | 337.50 | 573.75 | Detail through responses to Dundon request list (R. Chiu) |
| Dan Finnegan | 8/16/2022 | 0.20 | 337.50 | 67.50 | Call discussing UCC request list (R. Chiu, J.H. Strauss, L. Vega) |
| Robin Chiu | 8/16/2022 | 0.20 | 877.50 | 175.50 | Call with J.H. Strauss, L. Vega and D. Finnegan re: UCC information requests |
| Dan Finnegan | 8/17/2022 | 0.90 | 337.50 | 303.75 | Detail through responses to Dundon request list (R. Chiu) |
| Robin Chiu | 8/17/2022 | 0.20 | 877.50 | 175.50 | Response to UCC request for information |
| Robin Chiu | 8/18/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: data room permissions |

Madison Square - Services Through 08/31/2022

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 8/22/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: title insurance |
| Dan Finnegan | 8/23/2022 | 0.90 | 337.50 | 303.75 | Review materials for Dundon information request |
| Robin Chiu | 8/25/2022 | 0.10 | 877.50 | 87.75 | Correspondence with UCC FA re: diligence |
| Robin Chiu | 8/26/2022 | 0.10 | 877.50 | 87.75 | Correspondence with UCC FA re: diligence |
| Dan Finnegan | 8/29/2022 | 1.00 | 337.50 | 337.50 | Dundon / Teneo re: cash and real estate (R. Chiu, J. Rao) |
| Jay D Rao | 8/29/2022 | 1.00 | 315.00 | 315.00 | Zoom call with IslandDundon, R. Chiu and D. Finnegan re: cash and real estate |
| Robin Chiu | 8/29/2022 | 1.00 | 877.50 | 877.50 | Call with T. Rizvi, M. Whelan and S. Landgraber with D. Finnegan and J. Rao re: cash update and real estate |
| Dan Finnegan | 8/31/2022 | 0.30 | 337.50 | 101.25 | Assist with Datasite uploads and permission |
| Jay Goldin | 8/31/2022 | 1.00 | 1,170.00 | 1,170.00 | Review and analysis of proposed mediation statement, preparation for conference call |
| Robin Chiu | 8/31/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: strategic plan |
| **TOTAL** | | 22.30 | | 13,155.75 | |
| | | | | | |
| **TOTAL DETAIL BY TASK** | | 96.90 | | 54,992.25 | |

**Exhibit C**

**Time Narratives**

## Dan Finnegan

| Date | Hours | Memo |
|---|---|---|
| 8/8/2022 | 3.80 | Update business plan for July actuals |
| 8/8/2022 | 0.90 | Prepare questioning and data for MSBGC/Teneo weekly call |
| 8/8/2022 | 0.80 | Check and reconcile 13 week cash flow |
| 8/8/2022 | 0.50 | Cash flow discussion - internal (R. Chiu, J. Rao) |
| 8/9/2022 | 1.10 | Updates to business plan per comments of J. Dold |
| 8/9/2022 | 0.70 | MSBGC/Teneo Weekly Update with J. Dold (R. Chiu, J. Rao) re: cash flow |
| 8/11/2022 | 1.90 | Build variance output for 13-week cash flow |
| 8/11/2022 | 0.40 | Kick off call with Dundon team re: information requests (R. Chiu) |
| 8/12/2022 | 3.20 | Update June MOR per comments of J. Dold |
| 8/12/2022 | 0.70 | Call re: 341 Meeting Prep (R. Chiu, M. Levi) |
| 8/15/2022 | 2.50 | Prepare and aggregate materials for response to information request |
| 8/15/2022 | 0.80 | Complete 13 week cash flow variance analysis |
| 8/15/2022 | 0.70 | Detail through responses to Dundon request list (R. Chiu) |
| 8/16/2022 | 1.70 | Detail through responses to Dundon request list (R. Chiu) |
| 8/16/2022 | 0.20 | Call discussing UCC request list (R. Chiu, J.H. Strauss, L. Vega) |
| 8/16/2022 | 0.50 | Review bankruptcy professional fee budgets |
| 8/16/2022 | 1.50 | MSBGC / Teneo weekly meeting - prepare for 341 (R. Chiu. A. Parlen, M/ Levi, J. Dold) |
| 8/17/2022 | 0.90 | Detail through responses to Dundon request list (R. Chiu) |
| 8/19/2022 | 1.10 | Create term sheet summary analysis |
| 8/23/2022 | 0.90 | Review materials for Dundon information request |
| 8/23/2022 | 0.70 | MSBGC / Teneo weekly call (R. Chiu) re: DIP financing and budgeting |
| 8/26/2022 | 1.20 | Build out DIP comparisons |
| 8/29/2022 | 1.00 | Dundon / Teneo re: cash and real estate (R. Chiu, J. Rao) |
| 8/30/2022 | 1.10 | MSBGC / Teneo weekly meeting - Request list, DIP, MOR (R. Chiu, J. Rao) |
| 8/31/2022 | 0.40 | Madison DIP call with D. Meyers & A. Kornberg (R. Chiu, J. Rao) |
| 8/31/2022 | 2.30 | Work on July MOR |
| 8/31/2022 | 0.30 | Assist with Datasite uploads and permission |
| **TOTAL** | **31.80** | |

## Jay D Rao

| Date | Hours | Memo |
|---|---|---|
| 7/28/2022 | 0.50 | Updated 13 week cash flow model and sent for PW review |
| 8/1/2022 | 2.10 | Reviewed and updated matrix of perpetrators and counts of victims |
| 8/1/2022 | 0.80 | Conference call with Paul Weiss to discuss mediation proposal |
| 8/1/2022 | 0.20 | Prepared agenda for meeting with J. Dold |
| 8/3/2022 | 0.20 | Reviewed and Confirmed PW's 13 week cash flow for addition to Mediation Motion |
| 8/4/2022 | 0.50 | Reviewed and saved down Program Deliverables Tracking and Report Narratives |
| 8/5/2022 | 0.40 | Sent invites and access to dataroom to requested individuals |
| 8/5/2022 | 0.10 | Call with R. Chiu to discuss updates to variance analysis |
| 8/8/2022 | 3.20 | Updated monthly actuals for June and July financials |
| 8/8/2022 | 0.50 | Cash Flow model discussion with R. Chiu and D. Finnegan |
| 8/9/2022 | 0.70 | Weekly meeting with J. Dold, R. Chiu, and D. Finnegan re: cash forecast |
| 8/19/2022 | 2.80 | Created DIP terms comparison sheet |
| 8/19/2022 | 0.70 | Updated DIP terms sheet |
| 8/23/2022 | 0.30 | Granted datasite access and permissions for new users |
| 8/23/2022 | 0.70 | Weekly update call meeting with R. Chiu, D. Finnegan and J. Dold re: DIP financing and budget |
| 8/25/2022 | 1.10 | Prepared 13 week cash flow variance data for upload and bates stamping |
| 8/26/2022 | 2.40 | Prepared DIP cash flow comparison |
| 8/26/2022 | 0.40 | Turned edits to DIP cash flow comparison |
| 8/29/2022 | 0.60 | Researched for DIP comparables |
| 8/29/2022 | 1.30 | Updated DIP loan cash flows and term sheet comparison file |
| 8/29/2022 | 1.00 | Zoom call with IslandDundon, R. Chiu and D. Finnegan re: cash and real estate |
| 8/30/2022 | 1.10 | Weekly update call with J. Dold, R. Chiu and D. Finnegan re: DIP financing |
| 8/31/2022 | 1.30 | Hearing on committee Retention and 2004 |
| 8/31/2022 | 0.40 | Meeting to discuss Madison DIP with Paul Weiss team, R. Chiu and D. Finnegan |
| 8/31/2022 | 2.40 | Prepared MOR as well as associated notes, and schedules |
| 8/31/2022 | 0.50 | Turned edits to, updated, and finalized MOR |
| **TOTAL** | **26.20** | |

## Jay Goldin

| Date | Hours | Memo |
|---|---|---|
| 8/1/2022 | 1.10 | Preparation for meeting among advisors, participation in advisors' teleconference re: mediation proposal |
| 8/2/2022 | 1.50 | Attendance at Board meeting |

| Date | Hours | Memo |
|---|---|---|
| 8/11/2022 | 1.00 | Attendance at court meeting |
| 8/15/2022 | 1.10 | Attendance at board meeting |
| 8/29/2022 | 0.70 | Attendance at board meeting |
| 8/31/2022 | 1.00 | Review and analysis of proposed mediation statement, preparation for conference call |
| **TOTAL** | **6.40** | |

## Robin Chiu

| Date | Hours | Memo |
|---|---|---|
| 8/1/2022 | 0.80 | Call with A. Kornburg, A. Parlen, J. Weber, M. Levi, S. Hasan, L. Vega, M. Mulligan, J. Orsini, B. Baker, H.J. Goldin and J. Rao re: mediation proposal |
| 8/1/2022 | 0.30 | Call with H.J. Goldin re: mediation proposal |
| 8/2/2022 | 1.50 | Board meeting with H.J. Goldin and counsel |
| 8/2/2022 | 0.50 | Work on supplemental declaration |
| 8/2/2022 | 0.50 | Call with J. Dold re: MORs and mediation proposal |
| 8/2/2022 | 0.30 | Call with R. Fad re: UST comments to retention |
| 8/2/2022 | 0.30 | Comments to mediation statement |
| 8/3/2022 | 1.10 | Strategic Advisory meeting with Deloitte, S. Muehllich and J. Dold re: financial implications |
| 8/3/2022 | 0.10 | Call with M. Levi re: 341 meeting and UST requests |
| 8/3/2022 | 0.10 | Correspondence re: cash balances |
| 8/4/2022 | 0.90 | Participate in Madison Square Strategic Planning meeting |
| 8/4/2022 | 0.20 | Review of strategic advisory materials for meeting |
| 8/4/2022 | 0.20 | Work on supplemental declaration |
| 8/4/2022 | 0.10 | Correspondence re: cash balances |
| 8/4/2022 | 0.10 | Call with M. Levi re: supplemental declaration |
| 8/5/2022 | 0.50 | Call with J. Dold re: cash forecast |
| 8/5/2022 | 0.10 | Call with J. Rao re: variance analysis and updated investment withdrawals |
| 8/8/2022 | 1.10 | Call with T. McChristian, J. Dold and S. Melton re: operational planning |
| 8/8/2022 | 0.80 | Call with T. McChristian, J. Dold, D. Devine, A. Kornburg and A. Parlen re: contingency planning |
| 8/8/2022 | 0.10 | Correspondence re: operational planning |
| 8/8/2022 | 0.10 | Updates to supplemental declaration |
| 8/8/2022 | 0.20 | Review of July actuals and 13-week to prep for discussion with management |
| 8/8/2022 | 0.30 | Call with UST and M. Levi re: supplemental declaration |
| 8/8/2022 | 0.50 | Discussion with D. Finnegan and J. Rao re: cash flow updates |
| 8/9/2022 | 0.60 | Strategic Planning Committee meeting with Deloitte |
| 8/9/2022 | 0.60 | Call (joined late) with J. Dold, D. Finnegan and J. Rao re: cash flow and updates |
| 8/9/2022 | 0.30 | Comments to cash flow |
| 8/9/2022 | 0.10 | Correspondence with committee FA re: information requests |
| 8/10/2022 | 0.10 | Correspondence re: Global Notes |
| 8/11/2022 | 1.00 | Attendance at court hearing |
| 8/11/2022 | 1.00 | Strategic Planning Committee meeting with Deloitte |
| 8/11/2022 | 0.20 | Call with M. Levi re: 341 meeting prep and mediation |
| 8/11/2022 | 0.40 | Committee FA kick off call with T. Rizvi, M. Whelan, S. Landgraber (joined late) and D. Finnegan re: information requests |
| 8/12/2022 | 0.20 | Comments to June MOR |
| 8/12/2022 | 0.30 | Comments to variance analysis |
| 8/12/2022 | 0.10 | Correspondence re: UST question on SOAL |
| 8/12/2022 | 0.70 | Call with M. Levi and D. Finnegan re: Prep for 341 meeting |
| 8/13/2022 | 0.10 | Comments to June MOR |
| 8/15/2022 | 1.10 | Board meeting with H.J. Goldin |
| 8/15/2022 | 0.70 | Meeting with D. Finnegan re: UCC request for information |
| 8/16/2022 | 1.50 | 341 meeting prep with A. Parlen, M. Levi, J. Dold and D. Finnegan followed by discussion with J. Dold re: UCC information requests |
| 8/16/2022 | 0.20 | Call with J.H. Strauss, L. Vega and D. Finnegan re: UCC information requests |
| 8/17/2022 | 1.70 | Attendance at 341 Meeting |
| 8/17/2022 | 0.80 | Review of and correspondence re: cash balance sources |
| 8/17/2022 | 0.20 | Response to UCC request for information |
| 8/18/2022 | 1.50 | Preparation of Initial fee application |
| 8/18/2022 | 0.10 | Correspondence re: data room permissions |
| 8/19/2022 | 0.40 | Review of new term sheet and comments to DIP loan comparison |
| 8/22/2022 | 0.20 | Correspondence with management re: fee applications and professional payments |
| 8/22/2022 | 0.10 | Correspondence re: title insurance |
| 8/22/2022 | 0.10 | Call with J. Dold re: payment of professional fees |
| 8/23/2022 | 0.70 | Call with J. Dold, D. Finnegan and J. Rao re: DIP financing and budgeting |
| 8/25/2022 | 0.10 | Correspondence with UCC FA re: diligence |
| 8/26/2022 | 0.30 | Comment to DIP cash flows analysis |
| 8/26/2022 | 0.10 | Correspondence with UCC FA re: diligence |
| 8/26/2022 | 0.20 | Review of and correspondence re: updated DIP Loan term sheet |
| 8/29/2022 | 1.00 | Call with T. Rizvi, M. Whelan and S. Landgraber with D. Finnegan and J. Rao re: cash update and real estate |
| 8/29/2022 | 0.70 | Board meeting with H.J. Goldin |
| 8/29/2022 | 0.60 | Comments to DIP comparison cash flow and review of updated DIP financing term sheet |
| 8/29/2022 | 0.30 | Call with J. Dold re: July MOR |
| 8/30/2022 | 1.10 | Call with J. Dold, D. Finnegan and J. Rao re: DIP financing and cash flow reporting and team debrief |

| Date | Hours | Memo |
|---|---|---|
| 8/30/2022 | 1.00 | Strategic Planning Advisory Committee meeting |
| 8/30/2022 | 0.50 | Comments to July MOR |
| 8/31/2022 | 0.40 | Call with A. Kornberg, D. Meyers, J. Weber and D. Finnegan re: DIP financing |
| 8/31/2022 | 0.20 | Comments to July MOR |
| 8/31/2022 | 0.20 | Correspondence re: DIP financing |
| 8/31/2022 | 0.10 | Correspondence re: strategic plan |
| **TOTAL** | **32.5** | |

| **T O T A L NARRATIVES** | 96.90 |
|---|---|

**Exhibit D**

**Exhibit D**
**Summary of Expenses**

| Category  | Date      | Description          | Expense     |
|-----------|-----------|----------------------|-------------|
| Data Room | 8/11/2022 | Datasite expense     | $25,939.23  |
| Meals     | 7/26/2022 | Late Meal D. Finnegan| $20.00      |
| Meals     | 8/15/2022 | Late Meal D. Finnegan| $20.00      |
| **Total** |           |                      | **$25,979.23** |