**Hearing Date: October 13, 2022 at 11:00 a.m., Eastern Time**

James I. Stang, Esq. (*pro hac vice*)
Iain A.W. Nasatir, Esq.
John W. Lucas, Esq.
Malhar S. Pagay, Esq. (*pro hac vice*)
Gillian N. Brown, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
        inasatir@pszjlaw.com
        jlucas@pszjlaw.com
        mpagay@pszjlaw.com
        gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.[1], | : | Case No. 22-10910-shl |
| | : | |
|         Debtor. | : | |

**NOTICE OF CONTINUED HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATIONS AND PRODUCTION OF DOCUMENTS OF CERTAIN INSURERS [DOCKET NO. 111]**

      **PLEASE TAKE NOTICE** that on August 9, 2022, the Official Committee of Unsecured Creditors appointed in the above-captioned case filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* [Docket No. 111] (the "Motion") with the United States Bankruptcy Court for the Southern District of New York.

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been fully briefed, with oppositions filed at Docket Nos. 151-156, and 158; and a reply filed at Docket No. 164;

**PLEASE TAKE FURTHER NOTICE** that the Court held a hearing on the Motion on August 31, 2022, at which time the Court did not make a ruling due to the parties' efforts to resolve the Motion amongst themselves;

**PLEASE TAKE FURTHER NOTICE** that a continued hearing on the Motion shall be heard on **October 13, 2022, at 11:00 a.m., Eastern Time (the "Hearing")**, or at such other time as the Court may determine**.** The Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's https://www.nysb.uscourts.gov/ecourt-appearances **no later than 4:00 p.m. Eastern Time on the business day before the Hearing (the "Appearance Deadline")**. Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. **Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court.** Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing. An agenda may be filed before the Hearing, which may modify or supplement the Motion to be heard at the Hearing.

[remainder of page left intentionally blank]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/madisonsquare/info, or by calling (866) 977-1161 (toll free) for U.S. and Canada-based parties or +1 (503) 597-7709 for international parties. Note that a PACER password is needed to access documents on the Court's website.

| | |
|---|---|
| Dated: October 4, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Gillian N. Brown* |
| | James I. Stang, Esq. (*pro hac vice*) |
| | Iain A.W. Nasatir, Esq. |
| | John W. Lucas, Esq. |
| | Malhar S. Pagay, Esq. (*pro hac vice*) |
| | Gillian N. Brown, Esq. |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017-2024 |
| | Telephone: 212.561.7700 |
| | Facsimile: 212.561.7777 |
| | Emails: jstang@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | mpagay@pszjlaw.com |
| | gbrown@pszjlaw.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |