James I. Stang (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Fax: 212.561.7777
Emails: jstang@pszjlaw.com
       inasatir@pszjlaw.com
       jlucas@pszjlaw.com
       mpagay@pszjlaw.com
       gbrown@pszjlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Madison Square Boys & Girls Club, Inc., | Case No. 22-10910-SHL |
| Debtor.[1] | (Jointly Administered) |

**AMENDED CERTIFICATION OF NO OBJECTION
OF CERTAIN ENTITIES RELATING TO MOTION
OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATIONS AND
<u>PRODUCTION OF DOCUMENTS OF CERTAIN INSURERS [RE DOC. NO. 166]</u>**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On August 9, 2022, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examinations and Production of Documents of Certain Insurers* [Docket No. 111] (the "Rule 2004 Motion").

2. The Rule 2004 Motion was served on August 9, 2022 [Docket No. 114].

3. The objection deadline (the "Objection Deadline") for the Rule 2004 Motion was August 25, 2022 by 4:00 p.m. (ET) pursuant to the Order at Docket No. 120.

4. On or about August 29, 2022, I filed a Certificate of No Objection [Doc. No. 166] (the "Original CNO") relating to the Rule 2004 Motion, which included Travelers Casualty and Surety Company, Inc., as a party that had not responded to the Rule 2004 Motion.

[remainder of page left intentionally blank]

5. By this Amended CNO, I hereby amend the Original CNO to remove Travelers Casualty and Surety Company, Inc., as a non-responding party from the Original CNO because The Travelers Indemnity Company served a response to the Rule 2004 Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 7, 2022 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Gillian N. Brown*
James I. Stang, (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
inasatir@pszjlaw.com
jlucas@pszjlaw.com
mpagay@pszjlaw.com
gbrown@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*