**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                                                          : Chapter 11
:
MADISON SQUARE BOYS & GIRLS CLUB,   : Case No. 22-10910-shl
INC.[1],
:
         Debtor.                                                  :
:
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                                     )
COUNTY OF LOS ANGELES   )

     I, Sophia L. Lee, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP, located at 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067. I am not a party to the above-captioned case.

     On October 11, 2022, in addition to service via the Court's ECF system, I caused a true and correct copy of the following document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING**
**ON OCTOBER 13, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

     I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 11th day of October 2022.

                                                                       /s/Sophia L. Lee
                                                                       Sophia L. Lee

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

**EXHIBIT 1**

VIA EMAIL
**OBJECTING INSURERS' RULE 2004 SUPP SERVICE LIST**

**MOTORS INSURANCE CORPORATION**
**MIC PROPERTY & CASUALTY INSURANCE CORPORATION**
**CIM INSURANCE CORPORATION**

Matthew O. Sitzer
Riley C. Mendoza
Ian M. Hansen
**SHOOK, HARDY & BACON L.L.P**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
MSitzer@shb.com
RMendoza@shb.com
IHansen@shb.com

**GENERAL STAR NATIONAL INSURANCE COMPANY**
**NORTH STAR REINSURANCE CORPORATION**
**THE MONARCH INSURANCE COMPANY OF OHIO**

Daniel C. Green
**VEDDER PRICE P.C.**
1633 Broadway, 31st Floor
New York, New York 10019
dgreen@vedderprice.com

Gary P. Seligman
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
GSeligman@wiley.law

**FEDERAL INSURANCE COMPANY**
**CENTURY INDEMNITY COMPANY (SUCCESSOR TO CCI INSURANCE COMPANY, SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA)**

Gregory Gennady Plotko
**CROWELL & MORING LLP**
590 Madison Ave, 20th Floor
New York, New York 10022
GPlotko@crowell.com

Mark D. Plevin
**CROWELL & MORING LLP**
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
MPlevin@crowell.com

Rachel A. Jankowski
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
RJankowski@crowell.com

Lawrence Klein
**ROBINSON + COLE**
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
LKlein@rc.com

**FEDERAL INSURANCE COMPANY AND INSURANCE COMPANY OF NORTH AMERICA**

Daren S. McNally
Barbara M. Almeida
Shane T. Calendar
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Daren.McNally@clydeco.us
Barbara.Almeida@clydeco.us
Shane.Calendar@clydeco.us

**TIG INSURANCE COMPANY AS SUCCESSOR BY MERGER TO FAIRMONT SPECIALTY INSURANCE COMPANY (F/K/A RANGER INSURANCE COMPANY**

Margaret F. Catalano
Jillian G. Dennehy
Danielle Valliere
**KENNEDYS CMK LLP**
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
Meg.Catalano@kennedyslaw.com
Jillian.Dennehy@kennedyslaw.com
Danielle.Valliere@kennedyslaw.com

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

Robert W. DiUbaldo
Nora A. Valenza-Frost
**CARLTON FIELDS, P.A.**
The Chrysler Building
405 Lexington Ave., 36th Fl.
New York, NY 10174
RDiubaldo@carltonfields.com
NValenza-Frost@carltonfields.com

**THE TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES INCLUDING THE AETNA CASUALTY AND SURETY COMPANY, GULF INSURANCE COMPANY AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

Geoffrey M. Miller
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020-1089
Geoffrey.Miller@dentons.com

Keith Moskowitz
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Keith.Moskowitz@dentons.com

Julia M. Beckley
**DENTONS US LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
Julia.Beckley@dentons.com

**RIUNIONE DI SICURTA (N/K/A ALLIANZ S/P/A.)**

Michael A. Kotula
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, N.Y. 11556
Michael.Kotula@rivkin.com

**ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY AND AS SUCCESSOR TO ROYAL INSURANCE COMPANY OF AMERICA**

Kevin T. Coughlin
Lorraine M. Armenti
Zachary M. Sherman
**COUGHLIN MIDLIGE & GARLAND LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
KCoughlin@cmg.law
LArmenti@cmg.law
ZSherman@cmg.law

**GUARANTY NATIONAL INSURANCE COMPANY AND FIREMAN'S FUND INSURANCE COMPANY**

Michael A. Kotula
Robert A. Maloney
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926
Michael.Kotula@rivkin.com
Robert.Maloney@rivkin.com

Todd C. Jacobs
John E. Bucheit
**BRADLEY RILEY JACOBS PC**
500 West Madison Street
Suite 1000
Chicago, IL 60661
TJacobs@bradleyriley.com
JBucheit@bradleyriley.com

**AMERICAN HOME ASSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY LANDMARK INSURANCE COMPANY, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

Robert W. DiUbaldo
Nora Valenza-Frost
**CARLTON FIELDS, P.A.**
405 Lexington Avenue, 36th Floor
New York, New York 10174-0002
RDiubaldo@carltonfields.com
NValenza-Frost@carltonfields.com

**THE ROCKEFELLER UNIVERSITY**

Gregg M. Galardi
Cristine Schwarzman
Andrew G. Devore
Uchechi Egeonuigwe
Christine Joh
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Gregg.Galardi@ropesgray.com
Cristine.Schwarzman@ropesgray.com
Andrew.Devore@ropesgray.com
Uchechi.Egeonuigwe@ropesgray.com
Christine.Joh@ropesgray.com