**Objection Deadline: January 4, 2023**

James I. Stang (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
          inasatir@pszjlaw.com
          jlucas@pszjlaw.com
          mpagay@pszjlaw.com
          gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ------------------------------------------------------------X | |
| | : |
| In re | : Chapter 11 |
| | : |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : Case No. 22-10910-SHL |
| | : |
| Debtor. | : |
| | : |
| ------------------------------------------------------------X | |

**FIFTH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional: | Official Committee of Unsecured Creditors |
| Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 16, 2022 |
| Period for which compensation and reimbursement is sought: | November 1, 2022 through November 30, 2022 |
| Monthly Fees Incurred: | $154,915.50 |
| Fee Reduction: | ($30,325.50)[2] |
| Fees (After Reduction): | $124,590.00 |
| 20% Holdback: | $24,918.00 |
| Total Fees Less 20% Holdback: | $99,672.00 |
| Monthly Expenses Incurred: | $4,111.19 |
| Total Fees and Expenses Due: | $103,783.19 |

This is a  _X_ monthly  ____ interim  ____ final      application


Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order*

*Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to*

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are reduced from standard rates so that attorney time is capped at $900 per hour and paralegal time is capped at $400 per hour. The reduction set forth in this Fee Statement here accounts for the reduction from the following standard rates, as set forth in Exhibit A hereto: J. Stang ($1,525); K. Brown ($1,395); I. Nasatir ($1,295); M. Litvak ($1,275); M. Pagay ($1,095); J. Lucas ($1,095); R. Saunders; ($1,025); G. Brown ($925); B. Dassa ($495); L. Canty ($495); and M. Matteo ($460).

DOCS_LA:346605.2 54162/004

*the Official Committee of Unsecured Creditors Effective as of July 16, 2022* [Docket No. 196]

(the "PSZJ Retention Order"), and the *Order Establishing Procedures for Monthly Compensation*

*and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation

Order"),[3] Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of

Unsecured Creditors (the "Committee") hereby submits this fifth monthly fee statement (the "Fee

Statement"), seeking compensation for services rendered and reimbursement of expenses incurred

as counsel to the Committee in this chapter 11 case (the "Case") during the period November 1,

2022 to November 30, 2022 (the "Fee Period").

By this Fee Statement, PSZJ seeks payment in the amount of $103,783.19, comprised of

the following: (i) $99,672.00, which is eighty percent (80%) of the total amount of fees incurred

for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of

$4,111.19, which is one hundred percent (100%) of actual and necessary expenses that PSZJ

incurred in connection with its representation of the Committee during the Fee Period.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of PSZJ's professionals by individual,

setting forth the (i) name and title of each individual who provided services in connection with

this chapter 11 case during the Fee Period, (ii) the year of bar admission for each PSZJ attorney,

(iii) the current, standard hourly billing rate for each individual at PSZJ working on this chapter

11 case during the Fee Period,  (iv) the capped hourly rate for those individuals, and (v) the total

fees that each individual billed to this Case during the Fee Period at the applicable capped billing

rate. The Committee hired PSZJ on the condition that the total fees incurred would be discounted

to the extent the blended rate of PSZJ attorneys does not exceed $900.00 per hour. All of the

---

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

PSZJ attorneys who worked on this Case during the Fee Period have standard billing rates in excess of $900.00 per hour. As provided in the PSZJ Retention Order, PSZJ paralegal hourly rates on this Case will not exceed $400.00 per hour. All of the PSZJ paralegals who worked on this Case during the Fee Period have standard billing rates in excess of $400.00 per hour. PSZJ is providing a reduction in attorney and paralegal fees for the Fee Period in the amount of $30,325.50.

2.      Attached as **Exhibit B** is a summary of the services PSZJ rendered during the Fee Period and the compensation it seeks, by project category.

3.      Attached as **Exhibit C** is a summary of expenses that PSZJ incurred during the Fee Period and for which it seeks reimbursement.

4.      Attached as **Exhibit D** is itemized time detail of PSZJ professionals during the Fee Period and summary materials related thereto.

## Notice and Objection Procedures

5.      Notice of this Fee Statement shall be given by U.S. Mail, or by email where available, upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Mr. Tim McChristian); (b) Debtor's counsel: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Esq.; Andrew M. Parlen, Esq.; John T. Weber, Esq.; and Miriam Levi, Esq.); and (c) William K. Harrington, United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz, Esq. and Tara Tiantian, Esq.) (the "Notice Parties").

DOCS_LA:346605.2 54162/004

6.     Objections to this Fee Statement, if any, must be filed with the Court and served upon PSZJ and the other Notice Parties (set forth at para. 5, above) so as to be received no later than **January 4, 2023** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.     If no Objections to this Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in this Fee Statement.

8.     If an Objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. *See* Interim Compensation Order. To the extent such an Objection is not resolved between PSZJ and the party filing the Objection, the Objection shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 20, 2022              PACHULSKI STANG ZIEHL & JONES LLP

                                      */s/ Gillian N. Brown*
                                      James I. Stang (admitted *pro hac vice*)
                                      Iain A.W. Nasatir
                                      John W. Lucas
                                      Malhar S. Pagay (admitted *pro hac vice*)
                                      Gillian N. Brown
                                      780 Third Avenue, 34th Floor
                                      New York, NY 10017-2024
                                      Tel: 212.561.7700; Fax: 212.561.7777
                                      Emails: jstang@pszjlaw.com
                                               inasatir@pszjlaw.com
                                               jlucas@pszjlaw.com
                                               mpagay@pszjlaw.com
                                               gbrown@pszjlaw.com

                                      *Counsel to the Official Committee of Unsecured Creditors*

DOCS_LA:346605.2 54162/004

## EXHIBIT A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## NOVEMBER 1, 2022 – NOVEMBER 30, 2022

| Name of Professional Partners and Counsel | Title | Year Admitted | Standard Hourly Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|---|---|
| James I. Stang | Partner | 1980 | 1,525.00 | 900.00 | 9.70 | $8,730.00 |
| Kenneth H. Brown | Partner | 1981 | 1,395.00 | 900.00 | 0.90 | 810.00 |
| Iain A.W. Nasatir | Partner | 1983 | 1,295.00 | 900.00 | 9.10 | $8,190.00 |
| Maxim B. Litvak | Partner | 1997 | 1,275.00 | 900.00 | 3.30 | $2,970.00 |
| Malhar S. Pagay | Partner | 1997 | 1,095.00 | 900.00 | 41.10[4] | $36,990.00 |
| John W. Lucas | Partner | 2005 | 1,095.00 | 900.00 | 45.50 | $40,950.00 |
| Robert M. Saunders | Counsel | 1995 | 1,025.00 | 900.00 | 1.40 | $1,260.00 |
| Gillian N. Brown | Counsel | 1999 | 925.00 | 900.00 | 19.30 | $17,370.00 |
| **Total Partners and Counsel:** | | | | | **130.30** | **$117,270.00** |

| Name of Paralegals and Other Non-Legal Staff | Standard Hourly Billing Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|
| Beth D. Dassa | 495.00 | 400.00 | 9.00 | $3,600.00 |
| La Asia S. Canty | 495.00 | 400.00 | 0.80 | $320.00 |
| Mike A. Matteo | 460.00 | 400.00 | 8.50 | $3,400.00 |
| **Total Paralegals and Other Non-Legal Staff:** | | | **18.30** | **$7,320.00** |

| ALL PROFESSIONALS | DISCOUNTED/CAPPED BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Attorneys | 900.00 | 130.30 | $117,270.00 |
| Paralegals, Non-Legal Staff | 400.00 | 18.30 | $7,320.00 |
| **Total Hours and Fees Incurred** | | **148.60** | **$124,590.00** |

---

[4] PSZJ inadvertently omitted from its October Monthly Fee Statement [Docket No. 295] some of the time Mr. Pagay billed in October 2022. That time from October 2022 is included this Fee Statement.

**<u>EXHIBIT B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD NOVEMBER 1, 2022 – NOVEMBER 30, 2022**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| AA | Asset Analysis & Recovery | 0.50 | 697.50 |
| BL | Bankruptcy Litigation | 40.30 | 37,721.00 |
| CA | Case Administration | 0.30 | 148.50 |
| CO | Claims Admin/Objections | 6.30 | 6,219.50 |
| CP | Compensation of Professionals | 3.40 | 1,898.00 |
| CPO | Compensation of Professionals/Other | 5.20 | 2,961.00 |
| FN | Financing | 24.70 | 27,666.50 |
| GC | General Creditors Committee | 37.40 | 42,691.00 |
| HE | Hearings | 8.90 | 11,048.50 |
| IC | Insurance Coverage | 1.40 | 1,435.00 |
| ME | Mediation | 6.70 | 8,402.50 |
| PD | Plan & Disclosure Statement | 8.50 | 9,427.50 |
| RPO | Retention of Professionals/Other | 5.00 | 4,599.00 |
| | **TOTAL** | | $154,915.50 less discount of $30,325.50, for total of $124,590.00 |

## **EXHIBIT C**

**Expense Summary**

**AGGREGATE ITEMIZED EXPENSES FOR THE PERIOD**
**NOVEMBER 1, 2022 – NOVEMBER 30, 2022**

| Expenses Category | Total Expenses ($) |
|---|---|
| Auto Travel Expense | 1,349.30 |
| Working Meals | 249.84 |
| Conference Call | 2.31 |
| Delivery Service/Messenger | 231.89 |
| Federal Express | 95.28 |
| Hotel Expense | 1,026.70 |
| Lexis/Nexis Legal Research | 24.60 |
| Outside Services | 332.00 |
| Postage | 28.47 |
| Reproduction Expense | 22.50 |
| Reproduction/Scan Copy | 25.10 |
| Research | 500.00 |
| Transcript | 223.20 |
| **TOTAL** | **$4,111.19** |

## EXHIBIT D

**Itemized Time Detail for the Fee Period**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

GNB

November 30, 2022
Invoice    131456
Client     54162
Matter     00004
**GNB**

RE:  Committee Representaton

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2022

| | |
|---|---:|
| FEES | $154,915.50 |
| EXPENSES | $4,111.19 |
| LESS COURTESY DISCOUNT | $30,325.50 |
| **TOTAL CURRENT CHARGES** | **$128,701.19** |
| **BALANCE FORWARD** | **$403,901.31** |
| **TOTAL BALANCE DUE** | **$532,602.50** |

Pachulski Stang Ziehl & Jones LLP

Page:    2

Madison Square BGC O.C.C.

Invoice 131456

54162    -00004

November 30, 2022

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 9.00 | $4,455.00 |
| GNB | Brown, Gillian N. | Counsel | 925.00 | 19.30 | $17,852.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 1295.00 | 9.10 | $11,784.50 |
| JIS | Stang, James I. | Partner | 1525.00 | 9.70 | $14,792.50 |
| JWL | Lucas, John W. | Partner | 1095.00 | 45.50 | $49,822.50 |
| KHB | Brown, Kenneth H. | Partner | 1395.00 | 0.90 | $1,255.50 |
| LSC | Canty, La Asia S. | Paralegal | 495.00 | 0.80 | $396.00 |
| MAM | Matteo, Mike A. | Paralegal | 460.00 | 8.50 | $3,910.00 |
| MBL | Litvak, Maxim B. | Partner | 1275.00 | 3.30 | $4,207.50 |
| MSP | Pagay, Malhar S. | Partner | 1095.00 | 41.10 | $45,004.50 |
| RMS | Saunders, Robert M. | Counsel | 1025.00 | 1.40 | $1,435.00 |
| | | | | 148.60 | $154,915.50 |

Pachulski Stang Ziehl & Jones LLP                              Page:      3
Madison Square BGC O.C.C.                                      Invoice 131456
54162    -00004                                               November 30, 2022

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 0.50 | $697.50 |
| BL | Bankruptcy Litigation [L430] | 40.30 | $37,721.00 |
| CA | Case Administration [B110] | 0.30 | $148.50 |
| CO | Claims Admin/Objections[B310] | 6.30 | $6,219.50 |
| CP | Compensation Prof. [B160] | 3.40 | $1,898.00 |
| CPO | Comp. of Prof./Others | 5.20 | $2,961.00 |
| FN | Financing [B230] | 24.70 | $27,666.50 |
| GC | General Creditors Comm. [B150] | 37.40 | $42,691.00 |
| H | Hearings | 8.90 | $11,048.50 |
| IC | Insurance Coverage | 1.40 | $1,435.00 |
| ME | Mediation | 6.70 | $8,402.50 |
| PD | Plan & Disclosure Stmt. [B320] | 8.50 | $9,427.50 |
| RPO | Ret. of Prof./Other | 5.00 | $4,599.00 |
| | | 148.60 | $154,915.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      4

Invoice 131456

November 30, 2022

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Auto Travel Expense [E109] | $1,349.30 |
| Working Meals [E111] | $249.84 |
| Conference Call [E105] | $2.31 |
| Delivery service/messengers | $231.89 |
| Federal Express [E108] | $95.28 |
| Hotel Expense [E110] | $1,026.70 |
| Lexis/Nexis- Legal Research [E | $24.60 |
| Outside Services | $332.00 |
| Postage [E108] | $28.47 |
| Reproduction Expense [E101] | $22.50 |
| Reproduction/ Scan Copy | $25.10 |
| Research [E106] | $500.00 |
| Transcript [E116] | $223.20 |
| | $4,111.19 |

Pachulski Stang Ziehl & Jones LLP                                      Page:     5
Madison Square BGC O.C.C.                                             Invoice 131456
54162    -00004                                                      November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 11/01/2022 | KHB | AA | Consider demand on debtor to prosecute declaratory relief action to determine treatment of restricted assets (.3); email to J. Stang re same (.2). | 0.50 | 1395.00 | $697.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.50** |  | **$697.50** |

### Bankruptcy Litigation [L430]

| 10/03/2022 | IAWN | BL | Exchange emails with Michael Matteo and Gillian Brown re RSUI and ORIC | 0.10 | 1295.00 | $129.50 |
|---|---|---|---|---|---|---|
| 10/12/2022 | MSP | BL | Email Iain Nasatir re: status of disputed matters for hearing. | 0.10 | 1095.00 | $109.50 |
| 10/12/2022 | MSP | BL | Email Beth E. Levine re:  submission of order. | 0.20 | 1095.00 | $219.00 |
| 10/12/2022 | MSP | BL | Email Iain Nasatir re:  hearing re:  insurer 2004 motion. | 0.30 | 1095.00 | $328.50 |
| 10/12/2022 | MSP | BL | Attention to resolving remaining issues re:  insurer Rule 2004 motion (2.2); revise order re:  same (1.80); email exchange with Gillian N. Brown, Iain Nasatir, G. Seligman, John W. Lucas, R. Mendoza, C. Azzaro, et al. re:  same (.30). | 4.30 | 1095.00 | $4,708.50 |
| 10/12/2022 | MSP | BL | Continue to work on resolving issues re:  insurer Rule 2004 motion, submission of order resolving certain issues, etc. (2.7); email exchange with Beth E. Levine, Gillian N. Brown, G. Miller, et al. re:  same (.20). | 2.90 | 1095.00 | $3,175.50 |
| 10/13/2022 | MSP | BL | Attention to resolving remaining issues re:  insurer Rule 2004 motion before hearing. | 1.00 | 1095.00 | $1,095.00 |
| 10/13/2022 | MSP | BL | Emails Iain Nasatir re:  hearing re:  insurer 2004 motion. | 0.40 | 1095.00 | $438.00 |
| 10/13/2022 | MSP | BL | Revise order re:  insurer Rule 2004 motion and seek counsel consent to further revised form of order (3.8); email exchange with G. Miller, L. Klein, Gillian N. Brown, Beth E. Levine, et al. re:  same (.40). | 4.20 | 1095.00 | $4,599.00 |
| 10/13/2022 | LSC | BL | Assist with preparation and filing of amended agenda (.3); serve same (.2); draft COS and coordinate filing of the same (.3). | 0.80 | 495.00 | $396.00 |
| 10/14/2022 | MSP | BL | Meeting with M. Plevin and Iain Nasatir re:  meet and confer re:  insurer 2004 motion. | 0.40 | 1095.00 | $438.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      6

Invoice 131456

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2022 | MSP | BL | Revise order re:  insurer Rule 2004 motion. | 0.10 | 1095.00 | $109.50 |
| 10/14/2022 | MSP | BL | Email exchange with state court counsel and Committee members re:  hearing on insurer Rule 2004 motion. | 0.60 | 1095.00 | $657.00 |
| 10/14/2022 | MSP | BL | Work on issues relating to insurer Rule 2004 order (2.3); email exchange with Iain Nasatir, M. Plevin, et al. re:  same (.20). | 2.50 | 1095.00 | $2,737.50 |
| 10/17/2022 | MSP | BL | Revise order re:  insurer Rule 2004 motion and work on resolving final disputes (2.1); email exchange with M. Plevin, G. Miller, Iain Nasatir,  chambers, et al. re:  same (.20). | 2.30 | 1095.00 | $2,518.50 |
| 10/18/2022 | MSP | BL | Attention to foreign insurance company issue (2.3); email exchange with Iain Nasatir re:  same (.10). | 2.40 | 1095.00 | $2,628.00 |
| 10/19/2022 | MSP | BL | Telephone call with law clerk re:  discovery conference re:  Rule 2004 insurer order. | 0.10 | 1095.00 | $109.50 |
| 10/19/2022 | MSP | BL | Email exchange with M. Plevin, et al. re:  notice of hearing re:  insurer Rule 2004 order. | 0.10 | 1095.00 | $109.50 |
| 10/19/2022 | MSP | BL | Email Iain Nasatir re:  discovery conference re:  Rule 2004 insurer order. | 0.30 | 1095.00 | $328.50 |
| 10/20/2022 | MSP | BL | Attention to discovery matters (1.0); email exchange with Committee members, Gillian N. Brown, Iain Nasatir, et al. re:  same (.10). | 1.10 | 1095.00 | $1,204.50 |
| 10/27/2022 | MSP | BL | Email exchange with Gillian N. Brown re:  insurance discovery. | 0.10 | 1095.00 | $109.50 |
| 10/28/2022 | MSP | BL | Email exchange with Iain Nasatir, Gillian N. Brown re:  insurance discovery. | 0.10 | 1095.00 | $109.50 |
| 11/01/2022 | GNB | BL | Telephone conference with Michael Kotula regarding Rule 2004 subpoena to Allianz Riunione. | 0.10 | 925.00 | $92.50 |
| 11/01/2022 | GNB | BL | Email with Paul Mones regarding Boys and Girls Club of America. | 0.10 | 925.00 | $92.50 |
| 11/01/2022 | MAM | BL | Update tracking chart and virtual file regarding production received from RSUI Insurance. | 0.20 | 460.00 | $92.00 |
| 11/01/2022 | MAM | BL | Update tracking chart and virtual file regarding acceptance of subpoena by counsel for Star Stone Specialty Insurance. | 0.20 | 460.00 | $92.00 |
| 11/01/2022 | MAM | BL | Updates to tracking chart and virtual file regarding Allianz Riunione response. | 0.20 | 460.00 | $92.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     7

Madison Square BGC O.C.C.

Invoice 131456

54162    -00004

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2022 | MSP | BL | Email exchange with Gillian N. Brown, et al. re: locating insurers counsel. | 0.10 | 1095.00 | $109.50 |
| 11/02/2022 | GNB | BL | Review emails from insurance counsel for Fireman's Fund, CIM, Motors, MIC Property, and Guaranty National regarding subpoenas. | 0.10 | 925.00 | $92.50 |
| 11/02/2022 | MAM | BL | Update subpoena tracking chart and virtual files regarding acceptance of service for Motors Insurance, MIC Property & Casualty and CIM Insurance. | 0.20 | 460.00 | $92.00 |
| 11/03/2022 | GNB | BL | Voicemail for Brian Malone at Great American regarding subpoena; Revise tracking chart. | 0.10 | 925.00 | $92.50 |
| 11/03/2022 | GNB | BL | Internal PSZJ email regarding cost for hearing transcripts and orders to court reporting service. | 0.10 | 925.00 | $92.50 |
| 11/03/2022 | GNB | BL | Review Michael A. Matteo email and attachments to Todd Jacobs relating to subpoenas to insurers. | 0.10 | 925.00 | $92.50 |
| 11/03/2022 | MAM | BL | Revise and forward 2004 subpoenas to counsel for Guaranty National and Fireman's Fund. | 0.20 | 460.00 | $92.00 |
| 11/03/2022 | MAM | BL | Update tracking chart regarding status of 2004 subpoenas to counsel for Guaranty National and Fireman's Fund. | 0.20 | 460.00 | $92.00 |
| 11/03/2022 | MAM | BL | Revise and forward Hallmark 2004 subpoena for service. | 0.20 | 460.00 | $92.00 |
| 11/03/2022 | MSP | BL | Email exchange with John W. Lucas, Gillian N. Brown, et al. re:  transcript of 2004 examination motion hearing. | 0.10 | 1095.00 | $109.50 |
| 11/04/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding proof of service of TIG Insurance subpoena. | 0.20 | 460.00 | $92.00 |
| 11/04/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding status of service of Hallmark Insurance subpoena. | 0.20 | 460.00 | $92.00 |
| 11/04/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding completed service of Hallmark subpoena. | 0.20 | 460.00 | $92.00 |
| 11/04/2022 | MSP | BL | Email exchange with J. Freeman, Gillian N. Brown et al. re:  discovery status. | 0.10 | 1095.00 | $109.50 |
| 11/05/2022 | GNB | BL | Telephone conference with Beth D. Dassa regarding AIG document production (.1); Email with Beth D. Dassa regarding RSUI and AIG document | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:      8
Madison Square BGC O.C.C.                                                  Invoice 131456
54162    -00004                                                           November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | productions (.1). | | | |
| 11/05/2022 | MSP | BL | Email exchange with Gillian N. Brown re: discovery status. | 0.10 | 1095.00 | $109.50 |
| 11/05/2022 | BDD | BL | Review AIG produced documents and email G. Brown re same. | 1.10 | 495.00 | $544.50 |
| 11/06/2022 | GNB | BL | Email with Iain A.W. Nasatir regarding insurance-related discovery. | 0.10 | 925.00 | $92.50 |
| 11/06/2022 | MSP | BL | Email exchange with Gillian N. Brown re: discovery status. | 0.10 | 1095.00 | $109.50 |
| 11/06/2022 | BDD | BL | Email G. Brown re AIG subpoena. | 0.10 | 495.00 | $49.50 |
| 11/07/2022 | GNB | BL | Telephone conference with Brian Malone at Great American regarding subpoena; Send email to Brian Malone regarding same; Update tracking chart regarding same. | 0.10 | 925.00 | $92.50 |
| 11/07/2022 | MAM | BL | Review and reply to email from Gillian N. Brown regarding production of documents from RSUI Insurance. | 0.10 | 460.00 | $46.00 |
| 11/07/2022 | MAM | BL | Update subpoena tracking chart regarding production of documents from RSUI Insurance. | 0.10 | 460.00 | $46.00 |
| 11/07/2022 | MAM | BL | Update virtual file regarding extension granted to Great American to respond to subpoena. | 0.10 | 460.00 | $46.00 |
| 11/07/2022 | BDD | BL | Emails with Everlaw re AIG upload. | 0.10 | 495.00 | $49.50 |
| 11/08/2022 | MAM | BL | Locate and forward documents from Everlaw to Gillian N. Brown. | 0.20 | 460.00 | $92.00 |
| 11/08/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding responses and objections received from American Home Assurance. | 0.20 | 460.00 | $92.00 |
| 11/08/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding responses and objections received from Illinois National Insurance. | 0.20 | 460.00 | $92.00 |
| 11/08/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding responses and objections received from Landmark Insurance. | 0.20 | 460.00 | $92.00 |
| 11/08/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding responses and objections received from National Union Fire Insurance. | 0.20 | 460.00 | $92.00 |
| 11/08/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding proof of service of Hallmark Subpoena. | 0.20 | 460.00 | $92.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:      9
Madison Square BGC O.C.C.                                                  Invoice 131456
54162    -00004                                                           November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding declaration received from Arrowood. | 0.20 | 460.00 | $92.00 |
| 11/09/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding Responses and Objections received from Star Stone Specialty Insurance. | 0.20 | 460.00 | $92.00 |
| 11/09/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding declaration received from Philadelphia Indemnity Insurance. | 0.20 | 460.00 | $92.00 |
| 11/09/2022 | MAM | BL | Follow up email to Gillian N. Brown regarding status of AIG subpoena. | 0.10 | 460.00 | $46.00 |
| 11/09/2022 | MAM | BL | Review and reply to email from Gillian N. Brown regarding third tranche subpoenas to Paul Weiss. | 0.20 | 460.00 | $92.00 |
| 11/09/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding declaration received from General Star. | 0.20 | 460.00 | $92.00 |
| 11/09/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding declaration received from Monarch Insurance. | 0.20 | 460.00 | $92.00 |
| 11/09/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding declaration received from NorthStar Reinsurance. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | GNB | BL | Email Beth D. Dassa regarding document productions for Everlaw upload. | 0.10 | 925.00 | $92.50 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from Aetna Insurance. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from MIC Property and Casualty Insurance. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from CIM Insurance. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from Motors Insurance. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from Century Indemnity Insurance. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from CHUBB. | 0.20 | 460.00 | $92.00 |
| 11/10/2022 | MAM | BL | Update subpoena tracking chart and virtual file regarding response received from Federal Insurance. | 0.20 | 460.00 | $92.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
Madison Square BGC O.C.C.                                            Invoice 131456
54162    -00004                                                     November 30, 2022

---

|            |      |    |                                                                                                                      | Hours | Rate    | Amount   |
|------------|------|----|----------------------------------------------------------------------------------------------------------------------|-------|---------|----------|
| 11/11/2022 | MAM  | BL | Review and reply to email from Gillian N. Brown regarding status of TIG 2004 subpoena.                               | 0.10  | 460.00  | $46.00   |
| 11/14/2022 | IAWN | BL | Exchange emails with G. Brown regarding insurance discovery                                                           | 0.10  | 1295.00 | $129.50  |
| 11/14/2022 | MAM  | BL | Update subpoena tracking chart and virtual file regarding response from Great American Insurance.                    | 0.20  | 460.00  | $92.00   |
| 11/14/2022 | MAM  | BL | Follow up email to Gillian N. Brown regarding AIG subpoena status.                                                    | 0.10  | 460.00  | $46.00   |
| 11/15/2022 | GNB  | BL | Email Michael A. Matteo and Sophia Lee regarding returned FedEx deliveries of Rule 2004 orders and subpoenas.        | 0.10  | 925.00  | $92.50   |
| 11/15/2022 | GNB  | BL | Email Brian Malone regarding Initial Document Requests to Great American.                                             | 0.10  | 925.00  | $92.50   |
| 11/15/2022 | MAM  | BL | Research for Gillian N. Brown regarding service addresses for Public Service Mutual Insurance and Magna Carta Companies, Inc. | 0.20  | 460.00  | $92.00   |
| 11/15/2022 | MAM  | BL | Review and reply to emails from Gillian N. Brown regarding service addresses for Public Service Mutual Insurance and Magna Carta Companies, Inc. | 0.20  | 460.00  | $92.00   |
| 11/16/2022 | GNB  | BL | Email with Iain A.W. Nasatir regarding AIG coverage.                                                                  | 0.10  | 925.00  | $92.50   |
| 11/16/2022 | IAWN | BL | Exchange emails with G. Brown regarding missing policy                                                                | 0.10  | 1295.00 | $129.50  |
| 11/16/2022 | MAM  | BL | Update tracking chart and virtual file regarding response from Gillian N. Brown to Great American Insurance.         | 0.20  | 460.00  | $92.00   |
| 11/17/2022 | GNB  | BL | Telephone conference with  John W. Lucas regarding Rule 2004 insurance-related discovery.                            | 0.20  | 925.00  | $185.00  |
| 11/17/2022 | GNB  | BL | Telephone conference with James I. Stang, Iain A.W. Nasatir, and John W. Lucas regarding Rule 2004 insurance-related discovery. | 0.60  | 925.00  | $555.00  |
| 11/17/2022 | IAWN | BL | Telephone call with team regarding status and insurance discovery                                                    | 0.60  | 1295.00 | $777.00  |
| 11/17/2022 | IAWN | BL | Review team emails regarding discovery                                                                               | 0.30  | 1295.00 | $388.50  |
| 11/17/2022 | JIS  | BL | Conference with PSZJ regarding insurance discovery.                                                                  | 0.60  | 1525.00 | $915.00  |
| 11/17/2022 | MAM  | BL | Update subpoena tracking chart and virtual file                                                                      | 0.20  | 460.00  | $92.00   |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    11

Invoice 131456

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding Fireman's Fund and Guaranty National's response to subpoena. | | | |
| 11/17/2022 | MSP | BL | Email exchange with Gillian N. Brown, John W. Lucas, J. Amala, J. Sandler, S. Gershowitz, G. Novod, et al. re: litigation and mediation update. | 0.80 | 1095.00 | $876.00 |
| 11/17/2022 | JWL | BL | Call with G. Brown regarding production of insurance info (.2); call with PSZJ team regarding review of insurance info (.6); | 0.80 | 1095.00 | $876.00 |
| 11/18/2022 | GNB | BL | Review responses and objections to subpoenas issued pursuant to Rule 2004. | 0.20 | 925.00 | $185.00 |
| 11/19/2022 | BDD | BL | Email G. Brown re Everlaw indexing. | 0.10 | 495.00 | $49.50 |
| 11/28/2022 | MAM | BL | Update tracking chart and virtual file regarding declaration received from Great American Insurance. | 0.20 | 460.00 | $92.00 |
| 11/28/2022 | MAM | BL | Update tracking chart and virtual file regarding response received from Hallmark Specialty Insurance. | 0.20 | 460.00 | $92.00 |
| 11/30/2022 | GNB | BL | Telephone conference with Patrick Stoltz, counsel to Hallmark regarding Rule 2004 subpoena (.1); Email follow-up email to Patrick Stoltz memorializing conversation and update tracking chart regarding same (.1). | 0.20 | 925.00 | $185.00 |
| 11/30/2022 | MAM | BL | Update virtual file regarding response from Gillian N. Brown to Hallmark Insurance. | 0.10 | 460.00 | $46.00 |
| | | | | 40.30 | | $37,721.00 |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2022 | BDD | CA | Attend to calendaring matters with B. Anavim and mail G. Brown re same. | 0.20 | 495.00 | $99.00 |
| 11/10/2022 | BDD | CA | Email N. Brown re calendaring on order extending deadline. | 0.10 | 495.00 | $49.50 |
| | | | | 0.30 | | $148.50 |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2022 | MSP | CO | Email exchange with John W. Lucas, et al. re: claims bar date. | 0.10 | 1095.00 | $109.50 |
| 11/03/2022 | JWL | CO | Email to counsel for survivors regarding deadline to file claims (.5); | 0.50 | 1095.00 | $547.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    12
Madison Square BGC O.C.C.                                           Invoice 131456
54162    -00004                                                    November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2022 | JWL | CO | Review updated claims register (.3); | 0.30 | 1095.00 | $328.50 |
| 11/09/2022 | JWL | CO | Respond to inquires from state court counsel regarding proof of claim deadline and related (.6); | 0.60 | 1095.00 | $657.00 |
| 11/14/2022 | GNB | CO | Email with John W. Lucas regarding abuse claims. | 0.10 | 925.00 | $92.50 |
| 11/14/2022 | MSP | CO | Email exchange with John W. Lucas, Gillian N. Brown et al. re: filed abuse claims. | 0.10 | 1095.00 | $109.50 |
| 11/14/2022 | JWL | CO | Review summary of final filed claims (.6); review certain individual abuse claims (.7); review certain non-abuse claims (.5); | 1.80 | 1095.00 | $1,971.00 |
| 11/18/2022 | GNB | CO | Video conference with Michael A. Matteo, Sophia Lee, and Myra Kulick regarding sex abuse claims analysis. | 0.40 | 925.00 | $370.00 |
| 11/18/2022 | GNB | CO | Prepare materials for PSZJ team relating to sex abuse claims analysis. | 0.50 | 925.00 | $462.50 |
| 11/18/2022 | GNB | CO | Multiple telephone conferences with Sophia Lee regarding sex abuse claims analysis. | 0.10 | 925.00 | $92.50 |
| 11/18/2022 | GNB | CO | Review sex abuse claims analysis (.3); Email with Sophia Lee regarding same (.2); Email Michael A. Matteo, Sophia Lee, and Myra Kulick regarding same (.1); Telephone conferences with Sophia Lee (.3). | 0.90 | 925.00 | $832.50 |
| 11/18/2022 | GNB | CO | Email John W. Lucas regarding sex abuse claim analysis issues. | 0.20 | 925.00 | $185.00 |
| 11/18/2022 | GNB | CO | Email Jennifer Freeman and Jason Amala regarding proof of claim cover sheets on Epiq website. | 0.10 | 925.00 | $92.50 |
| 11/18/2022 | MAM | CO | Zoom call regarding survivor claims analysis. | 0.40 | 460.00 | $184.00 |
| 11/21/2022 | GNB | CO | Telephone conference with Sophia Lee regarding sex abuse claims analysis. | 0.10 | 925.00 | $92.50 |
| 11/22/2022 | GNB | CO | Review email from Kathryn Tran at Epiq regarding amended claim; Email with Sophia Lee regarding additional edits to sex abuse claims analysis. | 0.10 | 925.00 | $92.50 |
|  |  |  |  | 6.30 |  | $6,219.50 |

## Compensation Prof. [B160]

| 11/14/2022 | GNB | CP | Revise and edit certificate of no objection to PSZJ's third monthly fee statement. | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP                           Page:    13
Madison Square BGC O.C.C.                                   Invoice 131456
54162    -00004                                            November 30, 2022

|            |     |     |                                                                 | Hours | Rate | Amount |
|------------|-----|-----|-----------------------------------------------------------------|-------|------|--------|
| 11/21/2022 | GNB | CP  | Edit and finalize PSZJ's fourth monthly fee statement.          | 0.30  | 925.00 | $277.50 |
| 11/21/2022 | GNB | CP  | Email with Beth D. Dassa regarding PSZJ's fourth monthly fee statement. | 0.10 | 925.00 | $92.50 |
| 11/21/2022 | BDD | CP  | Prepare PSZJ Monthly fee statement (October 2022) (1.0); and emails G. Brown re same (.1). | 1.10 | 495.00 | $544.50 |
| 11/21/2022 | BDD | CP  | Emails accounting re PSZJ October monthly fee statement.        | 0.10  | 495.00 | $49.50 |
| 11/28/2022 | BDD | CP  | Email G. Brown re PSZJ 1st quarterly fee application.           | 0.10  | 495.00 | $49.50 |
| 11/29/2022 | BDD | CP  | Emails N. Brown re PSZJ 1st quarterly fee application.          | 0.10  | 495.00 | $49.50 |
| 11/29/2022 | BDD | CP  | Email V. Arias re PSZJ 1st quarterly fee application and payments to the firm to date. | 0.10 | 495.00 | $49.50 |
| 11/29/2022 | BDD | CP  | Draft PSZJ 1st Quarterly Fee Application (July 16, 2022 - October 31, 2022). | 1.30 | 495.00 | $643.50 |
| 11/30/2022 | BDD | CP  | Email N. Brown re PSZJ 1st quarterly fee application.           | 0.10  | 495.00 | $49.50 |
|            |     |     |                                                                 | **3.40** |  | **$1,898.00** |

## Comp. of Prof./Others

|            |     |     |                                                                 | Hours | Rate | Amount |
|------------|-----|-----|-----------------------------------------------------------------|-------|------|--------|
| 11/15/2022 | GNB | CPO | Email Matthew Dundon, Tabish Rizvi, Michael Whalen, and Steven Landgraber regarding employment applications, quarterly fee applications, and monthly fee statements. | 0.40 | 925.00 | $370.00 |
| 11/15/2022 | BDD | CPO | Email G. Brown re Committee interim fee applications.           | 0.10  | 495.00 | $49.50 |
| 11/22/2022 | GNB | CPO | Email with Miriam Levi regarding hearing on first quarterly interim fee application; Email Tabish Rizvi and Steven Landgraber regarding same. | 0.10 | 925.00 | $92.50 |
| 11/28/2022 | GNB | CPO | Telephone conference with Tabish Rizvi regarding monthly fee statements and quarterly fee application; Email template monthly fee statement to Tabish Rizvi. | 0.20 | 925.00 | $185.00 |
| 11/30/2022 | GNB | CPO | Revise template for financial advisors' first quarterly fee application (.1) ; Email Beth D. Dassa regarding same (.1). | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    14

Invoice 131456

November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/30/2022 | BDD | CPO | Research local rules and interim compensation procedures order re service of fee applications and email G. Brown re same. | 0.30 | 495.00 | $148.50 |
| 11/30/2022 | BDD | CPO | Prepare draft of Dundon and Island quarterly fee applications (3.8); and email G. Brown re same (.1) | 3.90 | 495.00 | $1,930.50 |
| | | | | **5.20** | | **$2,961.00** |

## Financing [B230]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2022 | MSP | FN | Email exchange with James I. Stang, John W. Lucas re:  Notice of Intent to Seek Alternative Financing. | 0.10 | 1095.00 | $109.50 |
| 11/01/2022 | MBL | FN | Attention to new hearing and objection deadlines re DIP motion. | 0.10 | 1275.00 | $127.50 |
| 11/02/2022 | MSP | FN | Review supplemental declaration of R. Chiu re:  DIP Financing Motion. | 0.10 | 1095.00 | $109.50 |
| 11/02/2022 | MBL | FN | Follow-up with J. Lucas re DIP objection status. | 0.10 | 1275.00 | $127.50 |
| 11/02/2022 | JWL | FN | Review and revise objection to DIP Motion (1.5); | 1.50 | 1095.00 | $1,642.50 |
| 11/03/2022 | MSP | FN | Review and comment on draft DIP financing motion objection (1.40); email exchange with John W. Lucas, et al. re:  same (.10). | 1.50 | 1095.00 | $1,642.50 |
| 11/03/2022 | MBL | FN | Confer with J. Lucas re DIP issues. | 0.20 | 1275.00 | $255.00 |
| 11/03/2022 | MBL | FN | Review supplemental debtor declaration re DIP. | 0.20 | 1275.00 | $255.00 |
| 11/03/2022 | JWL | FN | Call with M. Litvak regarding DIP financing motion (.2); review and revise objection to the same (1.0); | 1.20 | 1095.00 | $1,314.00 |
| 11/04/2022 | GNB | FN | Coordinate with John W. Lucas and PSZJ staff for filing and service of DIP opposition for Sunday, November 6. | 0.10 | 925.00 | $92.50 |
| 11/04/2022 | MSP | FN | Email exchange with John W. Lucas, T. Rizvi, G. Novod, D. Meyers, Committee members et al. re: updated DIP budget (.2); review same (.20). | 0.40 | 1095.00 | $438.00 |
| 11/04/2022 | MBL | FN | Review and comment on budget and funds flow (0.3); follow-up with J. Lucas and Dundon re same (0.1). | 0.40 | 1275.00 | $510.00 |
| 11/04/2022 | MBL | FN | Review emails with committee re DIP status. | 0.20 | 1275.00 | $255.00 |
| 11/04/2022 | JWL | FN | Review updated budget for DIP motion (.4); email to committee regarding status (.7); call with T. Rizvi regarding DIP and budget (.3); call with A. Kornberg | 1.70 | 1095.00 | $1,861.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    15
Madison Square BGC O.C.C.                                           Invoice 131456
54162    -00004                                                    November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same (.3); | | | |
| 11/05/2022 | MSP | FN | Email exchange with John W. Lucas, G. Novod, et al. re:  DIP financing budget review. | 0.10 | 1095.00 | $109.50 |
| 11/05/2022 | MBL | FN | Review revised DIP credit agreement, order, and commitment letter (0.7); emails with J. Lucas re same (0.2). | 0.90 | 1275.00 | $1,147.50 |
| 11/05/2022 | JWL | FN | Review Island/Dundon analysis of DIP budget (.8); Call with Paul Weiss and Teneo, Island/Dundon regarding DIP budget (.7); emails with committee and counsel regarding status of DIP negotiation and term sheet (.6); | 2.10 | 1095.00 | $2,299.50 |
| 11/06/2022 | MSP | FN | Email exchange with John W. Lucas, T. Rizvi, S. Landgraber, S. Gershowitz, James I. Stang, J. Scotto, et al. re:  DIP financing and asset values. | 0.50 | 1095.00 | $547.50 |
| 11/06/2022 | JWL | FN | Review Teneo email regarding DIP budget (.2); call with Paul Weiss, Teneo, and Dundon regarding DIP and term sheet (.5); call with A. Kornberg regarding the same (.3); call with T. Rizvi regarding DIP budget (.2); call with J. Stang regarding DIP and term sheet (.3); review and revise DIP objection for filing (1.2); email to committee regarding DIP negotiations, filing objection, and next steps (.3); | 3.00 | 1095.00 | $3,285.00 |
| 11/07/2022 | GNB | FN | Email with PSZJ team and staff regarding coverage for tomorrow's hearing. | 0.10 | 925.00 | $92.50 |
| 11/07/2022 | IAWN | FN | Review emails between John Lucas and state court counsel regarding DIP objection. | 0.30 | 1295.00 | $388.50 |
| 11/07/2022 | MSP | FN | Email exchange with John W. Lucas, Committee members, G. Novod, L. Busch, et al. re:  Committee DIP objection. | 1.10 | 1095.00 | $1,204.50 |
| 11/07/2022 | MBL | FN | Review filed DIP objection. | 0.30 | 1275.00 | $382.50 |
| 11/07/2022 | MBL | FN | Confer with J. Lucas re DIP objection. | 0.10 | 1275.00 | $127.50 |
| 11/08/2022 | MBL | FN | Review debtor reply in support of DIP motion; emails with J. Lucas re same. | 0.60 | 1275.00 | $765.00 |
| 11/08/2022 | JWL | FN | Review budgets and declarations and prepare for hearing on DIP motion (1.0); call with J. Weber regarding DIP hearing (.2); call with J. Stang regarding DIP hearing (1.0); prepare cross exam questions for DIP hearing (1.5); prepare oral argument for DIP hearing (1.5); | 5.20 | 1095.00 | $5,694.00 |
| 11/09/2022 | MBL | FN | Call with J. Lucas re outcome of DIP loan hearing. | 0.20 | 1275.00 | $255.00 |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162   -00004

Page:   16
Invoice 131456
November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/2022 | JWL | FN | Prepare for hearing on DIP financing motion (2.0); email to committee regarding outcome of DIP motion (.2); review revised DIP order in response to debtor changes and respond (.2); | 2.40 | 1095.00 | $2,628.00 |
| | | | | 24.70 | | $27,666.50 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/17/2022 | MSP | GC | Attend Committee meeting. | 1.50 | 1095.00 | $1,642.50 |
| 10/17/2022 | MSP | GC | Email John W. Lucas re:  case status, mediation, etc. | 0.20 | 1095.00 | $219.00 |
| 10/20/2022 | MSP | GC | Attend state court counsel meeting (.7); email exchange with John W. Lucas re:  same (.10). | 0.80 | 1095.00 | $876.00 |
| 10/24/2022 | MSP | GC | Attend Committee meeting. | 1.10 | 1095.00 | $1,204.50 |
| 10/24/2022 | MSP | GC | Email John W. Lucas re:  Committee meeting. | 0.10 | 1095.00 | $109.50 |
| 10/27/2022 | MSP | GC | Attend state court counsel meeting. | 1.00 | 1095.00 | $1,095.00 |
| 10/31/2022 | MSP | GC | Telephone call with John W. Lucas re:  Committee meeting, etc. | 0.30 | 1095.00 | $328.50 |
| 11/03/2022 | IAWN | GC | Telephone call with state court counsel (partial attendance) | 0.70 | 1295.00 | $906.50 |
| 11/03/2022 | JWL | GC | Prepare for (.3) and attend call with committee's state court counsel regarding strategy (1.0); | 1.30 | 1095.00 | $1,423.50 |
| 11/04/2022 | GNB | GC | Email state court counsel regarding Rule 2004 insurance-related discovery. | 0.10 | 925.00 | $92.50 |
| 11/05/2022 | GNB | GC | Email Jennifer Freeman regarding Rule 2004 subpoenas to insurers. | 0.10 | 925.00 | $92.50 |
| 11/06/2022 | GNB | GC | Email John W. Lucas discovery update for tomorrow's Committee meeting. | 0.10 | 925.00 | $92.50 |
| 11/07/2022 | GNB | GC | Prepare for Committee meeting today. | 0.20 | 925.00 | $185.00 |
| 11/07/2022 | GNB | GC | Attend Committee video meeting. | 1.00 | 925.00 | $925.00 |
| 11/07/2022 | GNB | GC | Revise and edit draft minutes of today's Committee meeting. | 0.10 | 925.00 | $92.50 |
| 11/07/2022 | GNB | GC | Telephone conference with John W. Lucas regarding Committee meeting. | 0.20 | 925.00 | $185.00 |
| 11/07/2022 | GNB | GC | Select documents for Jennifer Freeman per request. | 0.40 | 925.00 | $370.00 |
| 11/07/2022 | IAWN | GC | Telephone call with Committee regarding mediation. | 1.00 | 1295.00 | $1,295.00 |

Pachulski Stang Ziehl & Jones LLP                                              Page:    17
Madison Square BGC O.C.C.                                                       Invoice 131456
54162    -00004                                                                November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2022 | MSP | GC | Attend Committee meeting. | 1.00 | 1095.00 | $1,095.00 |
| 11/07/2022 | MSP | GC | Email exchange with Gillian N. Brown, et al. re: Agenda Notice. | 0.10 | 1095.00 | $109.50 |
| 11/07/2022 | JWL | GC | Strategy emails with committee and counsel regarding next steps (1.5); strategy call with J. Amala (.7); prepare for (.3) and attend weekly committee meeting regarding strategy and next steps (1.0); call with G. Brown regarding upcoming hearing (.2); | 3.70 | 1095.00 | $4,051.50 |
| 11/09/2022 | GNB | GC | Email state court counsel regarding bar date. | 0.10 | 925.00 | $92.50 |
| 11/10/2022 | JIS | GC | Meeting with state court counsel regarding status and financing hearing. | 0.40 | 1525.00 | $610.00 |
| 11/10/2022 | JWL | GC | Weekly call with state court counsel regarding case status (.4); | 0.40 | 1095.00 | $438.00 |
| 11/14/2022 | GNB | GC | Revise Committee meeting minutes, and email to Committee and state court counsel. | 0.10 | 925.00 | $92.50 |
| 11/14/2022 | IAWN | GC | Telephone call with state court counsel regarding mediation | 1.10 | 1295.00 | $1,424.50 |
| 11/14/2022 | JIS | GC | Committee meeting regarding case status (partial attendance) | 1.00 | 1525.00 | $1,525.00 |
| 11/14/2022 | MSP | GC | Email exchange with Gillian N. Brown, et al. re: committee meeting minutes. | 0.10 | 1095.00 | $109.50 |
| 11/14/2022 | JWL | GC | Prepare for (.4) and attend weekly committee call (1.1); | 1.50 | 1095.00 | $1,642.50 |
| 11/17/2022 | GNB | GC | Email John W. Lucas regarding agenda for postponed state court counsel meeting tomorrow. | 0.10 | 925.00 | $92.50 |
| 11/18/2022 | GNB | GC | Attend Committee meeting via video conference. | 1.10 | 925.00 | $1,017.50 |
| 11/18/2022 | GNB | GC | Revise minutes of today's Committee meeting. | 0.20 | 925.00 | $185.00 |
| 11/18/2022 | GNB | GC | Prepare for today's video conference with state court counsel. | 0.20 | 925.00 | $185.00 |
| 11/18/2022 | GNB | GC | Telephone conference with state court counsel regarding settlement offer. | 1.50 | 925.00 | $1,387.50 |
| 11/18/2022 | GNB | GC | Email Jennifer Freeman and Jason Amala regarding Rule 2004 insurance-related discovery. | 0.10 | 925.00 | $92.50 |
| 11/18/2022 | IAWN | GC | Telephone call with Committee regarding mediation | 1.10 | 1295.00 | $1,424.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    18
Madison Square BGC O.C.C.                                           Invoice 131456
54162    -00004                                                    November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2022 | JIS | GC | Call with committee regarding counter offer. | 1.10 | 1525.00 | $1,677.50 |
| 11/18/2022 | JIS | GC | Call with state court counsel regarding response to counter offer. | 1.50 | 1525.00 | $2,287.50 |
| 11/18/2022 | MSP | GC | Email exchange with M. Dundon, John W. Lucas, et al. re: Committee meeting. | 0.10 | 1095.00 | $109.50 |
| 11/18/2022 | JWL | GC | Call with committee's individual counsel regarding revised term sheet (1.5); follow up call with S. Gershowitz regarding same (.2);  attend call with full committee regarding term sheet (1.1); revise terms of term sheet (.5). | 3.30 | 1095.00 | $3,613.50 |
| 11/18/2022 | IAWN | GC | Telephone call with State Court Counsel regarding mediation | 0.30 | 1295.00 | $388.50 |
| 11/20/2022 | GNB | GC | Email PSZJ team regarding agenda item for tomorrow's Committee meeting. | 0.10 | 925.00 | $92.50 |
| 11/20/2022 | IAWN | GC | Review G. Brown agenda re call | 0.10 | 1295.00 | $129.50 |
| 11/20/2022 | JWL | GC | Call with R. Liguori regarding term sheet (.4). | 0.40 | 1095.00 | $438.00 |
| 11/21/2022 | GNB | GC | Video conference call with state court counsel regarding settlement counter (.7); Prepare for same (.1). | 0.80 | 925.00 | $740.00 |
| 11/21/2022 | GNB | GC | Committee call regarding settlement counter (.9); Revise minutes relating to same (.1). | 1.00 | 925.00 | $925.00 |
| 11/21/2022 | GNB | GC | Email Committee regarding Committee meeting minutes. | 0.10 | 925.00 | $92.50 |
| 11/21/2022 | IAWN | GC | Review meeting minutes | 0.10 | 1295.00 | $129.50 |
| 11/21/2022 | JIS | GC | Committee call regarding response to Debtor's last offer. | 0.90 | 1525.00 | $1,372.50 |
| 11/21/2022 | JWL | GC | Call with committee members' counsel regarding term sheet (.8); call with committee members regarding the same (.9); call with G. Novod regarding term sheet (.2). | 1.90 | 1095.00 | $2,080.50 |
| 11/22/2022 | JWL | GC | Review revised term sheet from committee (.3); emails among PSZJ, committee, and counsel to committee members regarding the same (.4); call with A. Kornberg regarding term sheet (.4); | 1.10 | 1095.00 | $1,204.50 |
| 11/28/2022 | JIS | GC | Call J. Lucas regarding status of counteroffer. | 0.10 | 1525.00 | $152.50 |
| 11/29/2022 | JWL | GC | Email to committee regarding status of settlement term sheet (.5); | 0.50 | 1095.00 | $547.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    19

Invoice 131456

November 30, 2022

|  |  |  |  | 37.40 |  | $42,691.00 |
|---|---|---|---|---|---|---|

### Hearings

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/2022 | MSP | H | Prepare for hearing re:  insurer Rule 2004 motion. | 0.90 | 1095.00 | $985.50 |
| 10/13/2022 | MSP | H | Appear at hearing re:  insurer 2004 motion. | 1.00 | 1095.00 | $1,095.00 |
| 10/19/2022 | MSP | H | Appear at status conference re:  Rule 2004 order re: insurers (.4); email exchange with Iain Nasatir re: same (.10). | 0.50 | 1095.00 | $547.50 |
| 11/09/2022 | IAWN | H | Attend DIP hearing (part of) | 2.00 | 1295.00 | $2,590.00 |
| 11/09/2022 | JIS | H | Attend hearing regarding DIP financing (partial). | 2.10 | 1525.00 | $3,202.50 |
| 11/09/2022 | JWL | H | Attend hearing on approval of DIP financing motion (2.4); | 2.40 | 1095.00 | $2,628.00 |
| | | | | 8.90 | | $11,048.50 |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2022 | RMS | IC | Legal research regarding insurance policies | 1.40 | 1025.00 | $1,435.00 |
| | | | | 1.40 | | $1,435.00 |

### Mediation

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/20/2022 | MSP | ME | Review and comment on potential counteroffer; email exchange with James I. Stang and John W. Lucas re: same. | 0.20 | 1095.00 | $219.00 |
| 10/26/2022 | MSP | ME | Meeting with John W. Lucas, et al. re:  term sheet update. | 0.80 | 1095.00 | $876.00 |
| 11/01/2022 | IAWN | ME | Email John Lucas regarding mediation | 0.10 | 1295.00 | $129.50 |
| 11/03/2022 | MSP | ME | Email exchange with James I. Stang, John W. Lucas et al. re: status of exchange of offers with debtor. | 0.10 | 1095.00 | $109.50 |
| 11/03/2022 | JWL | ME | Call with mediator regarding case status (.2). | 0.20 | 1095.00 | $219.00 |
| 11/06/2022 | IAWN | ME | Exchange emails with Gillian Brown regarding insurance and mediation | 0.10 | 1295.00 | $129.50 |
| 11/07/2022 | JWL | ME | Call with mediator regarding term sheet status (.3); | 0.30 | 1095.00 | $328.50 |
| 11/09/2022 | IAWN | ME | Review state court counsel comments regarding mediation | 0.20 | 1295.00 | $259.00 |
| 11/09/2022 | JIS | ME | Email J. Lucas regarding recap of DIP hearing and counteroffer. | 0.20 | 1525.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP                                      Page:     20
Madison Square BGC O.C.C.                                             Invoice 131456
54162    -00004                                                      November 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2022 | IAWN | ME | Telephone call with state court counsel regarding mediation (partial attendance) | 0.30 | 1295.00 | $388.50 |
| 11/15/2022 | IAWN | ME | Review John Lucas and state court counsel emails regarding counteroffer | 0.10 | 1295.00 | $129.50 |
| 11/17/2022 | IAWN | ME | Review J. Lucas emails regarding counteroffer | 0.10 | 1295.00 | $129.50 |
| 11/17/2022 | JIS | ME | Call with Paul Weiss and mediator regarding settlement offer. | 0.70 | 1525.00 | $1,067.50 |
| 11/17/2022 | JIS | ME | Call with J. Lucas following mediation regarding committee communication. | 0.50 | 1525.00 | $762.50 |
| 11/17/2022 | JWL | ME | Call with Madison counsel and mediator regarding term sheet (.7); call with J. Stang regarding same (.5); follow up call with J. Chapman regarding term sheet (.5); | 1.70 | 1095.00 | $1,861.50 |
| 11/18/2022 | JIS | ME | Email J. Lucas regarding counteroffer. | 0.10 | 1525.00 | $152.50 |
| 11/19/2022 | GNB | ME | Email with PSZJ regarding Debtor's 11/17/22 offer. | 0.20 | 925.00 | $185.00 |
| 11/19/2022 | IAWN | ME | Review counteroffer | 0.10 | 1295.00 | $129.50 |
| 11/19/2022 | IAWN | ME | Exchange emails with John Lucas regarding counteroffer | 0.10 | 1295.00 | $129.50 |
| 11/20/2022 | JIS | ME | Call J. Lucas regarding response to counter offer. | 0.50 | 1525.00 | $762.50 |
| 11/29/2022 | IAWN | ME | Email John Lucas regarding mediation | 0.10 | 1295.00 | $129.50 |
|  |  |  |  | 6.70 |  | $8,402.50 |

## Plan & Disclosure Stmt. [B320]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/03/2022 | JWL | PD | Call with A. Kornberg regarding plan term sheet (.3); | 0.30 | 1095.00 | $328.50 |
| 11/07/2022 | KHB | PD | Confer with J. Lucas re best interest test. | 0.20 | 1395.00 | $279.00 |
| 11/07/2022 | JWL | PD | Discussion with K. Brown regarding best interest issues (.2); | 0.20 | 1095.00 | $219.00 |
| 11/08/2022 | KHB | PD | Email J. Stang re best interest test. | 0.20 | 1395.00 | $279.00 |
| 11/08/2022 | MSP | PD | Email exchange with John W. Lucas re:  Plan term sheet. | 0.10 | 1095.00 | $109.50 |
| 11/08/2022 | JWL | PD | Call with A. Kornberg regarding plan term sheet (.2); revise plan term sheet (1.5); call with T. Rizvi regarding term sheet (.4); call with G. Novod regarding term sheet (.5);  call with S. Gershowitz | 4.10 | 1095.00 | $4,489.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    21
Madison Square BGC O.C.C.                                            Invoice 131456
54162    -00004                                                     November 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding term sheet (.6); call with J. Scotto regarding term sheet (.6); call with J. Freeman regarding term sheet (.3); | | | |
| 11/09/2022 | JWL | PD | Call with A. Kornberg re plan term sheet (.1); and email regarding same (.1); | 0.20 | 1095.00 | $219.00 |
| 11/15/2022 | MSP | PD | Email exchange with John W. Lucas, J. Freeman, et al. re: counteroffer. | 0.10 | 1095.00 | $109.50 |
| 11/17/2022 | JWL | PD | Review Madison's revised term sheet (.5); | 0.50 | 1095.00 | $547.50 |
| 11/19/2022 | MSP | PD | Email exchange with Gillian N. Brown, John W. Lucas, et al. re: Committee member counter-offer response. | 0.20 | 1095.00 | $219.00 |
| 11/22/2022 | MSP | PD | Email exchanges with Gillian N. Brown, John W. Lucas, J. Amala, J. Freeman, B. Hart, S. Gershowitz, et al. re: Committee member counter-offer response (.40) and review and address potential issues re: same (1.60). | 2.00 | 1095.00 | $2,190.00 |
| 11/29/2022 | JWL | PD | Call with A. Kornberg regarding plan term sheet (.3); call with I. Nasatir regarding insurance aspects of term sheet (.1); | 0.40 | 1095.00 | $438.00 |
| | | | | 8.50 | | $9,427.50 |

### Ret. of Prof./Other

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2022 | GNB | RPO | Revise Dundon Advisers' employment application (1.4), declaration of Matthew Dundon in support thereof (.3), and order granting same (.1). | 1.80 | 925.00 | $1,665.00 |
| 11/02/2022 | MSP | RPO | Email exchange with Gillian N. Brown, et al. re: Dundon Advisers' retention application. | 0.10 | 1095.00 | $109.50 |
| 11/07/2022 | GNB | RPO | Email Andrea Schwartz regarding edits to Dundon Advisers LLC's employment application and related papers. | 0.10 | 925.00 | $92.50 |
| 11/13/2022 | GNB | RPO | Revise Island Capital Advisor LLC's employment application and proposed order thereon. | 0.90 | 925.00 | $832.50 |
| 11/14/2022 | GNB | RPO | Email Robert C. Lieber and Steven Landgraber regarding Island Capital Advisor LLC's employment application and proposed order thereon. | 0.10 | 925.00 | $92.50 |
| 11/14/2022 | GNB | RPO | Email with Steven Landgraber regarding edits to Island Capital Advisor LLC's employment application and Robert C. Lieber's declaration in support thereof. | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    22
Invoice 131456
November 30, 2022

Madison Square BGC O.C.C.

54162    -00004

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2022 | GNB | RPO | Revise and conform edits to Island Capital Advisor LLC's employment application and Dundon Advisers LLC's employment application. | 0.60 | 925.00 | $555.00 |
| 11/14/2022 | GNB | RPO | Email Matthew Dundon regarding Dundon Adviser's employment application and first quarterly fee application. | 0.20 | 925.00 | $185.00 |
| 11/14/2022 | GNB | RPO | Coordinate for Robert Liguori review and execution of Dundon Advisers LLC's employment application with emails to PSZJ staff and Robert Liguori. | 0.20 | 925.00 | $185.00 |
| 11/14/2022 | GNB | RPO | Email with Robert Liguori regarding Island Capital and Dundon Advisers' separate employment applications. | 0.10 | 925.00 | $92.50 |
| 11/15/2022 | GNB | RPO | Email Robert Liguori regarding Island Capital employment application. | 0.10 | 925.00 | $92.50 |
| 11/15/2022 | GNB | RPO | Finalize Island Capital and Dundon Advisers' employment applications for filing and service. | 0.30 | 925.00 | $277.50 |
| 11/15/2022 | GNB | RPO | Revise notices of presentment of employment applications relating to Dundon Advisers and Island Capital. | 0.10 | 925.00 | $92.50 |
| 11/28/2022 | GNB | RPO | Email with Matthew Dundon regarding status of and procedure relating to Dundon Advisers LLC employment application. | 0.10 | 925.00 | $92.50 |
| 11/28/2022 | BDD | RPO | Email G. Brown re Dundon & Island retention applications. | 0.10 | 495.00 | $49.50 |
| | | | | 5.00 | | $4,599.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$154,915.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:    23
Madison Square BGC O.C.C.                                            Invoice 131456
54162    -00004                                                     November 30, 2022

---

### Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 10/05/2022 | AT | Auto Travel Expense [E109] KLS Worldwide Transportation Services, #241908*2, From EWR to NY, IAWN | 285.63 |
| 10/05/2022 | AT | Auto Travel Expense [E109] KLS Worldwide Transportation Services, #241908*1, From Home to LAX, IAWN | 356.29 |
| 10/05/2022 | HT | Hotel Expense [E110] Hilton New York, 1 night, IAWN | 456.77 |
| 10/06/2022 | AT | Auto Travel Expense [E109] Uber Transportation Services, JWL | 41.96 |
| 10/06/2022 | AT | Auto Travel Expense [E109] KLS Worldwide Transportation Services, #241908*3, From 1285 6th Ave NY to EWR, IAWN | 191.11 |
| 10/06/2022 | AT | Auto Travel Expense [E109] KLS Worldwide Transportation Services, #241908*4, From LAX to Residence, IAWN | 474.31 |
| 10/06/2022 | BM | Business Meal [E111] Little Purse, working meal, IAWN | 49.84 |
| 10/07/2022 | BM | Business Meal [E111] Queensyard Restaurant, Working Meal, JWL | 200.00 |
| 10/08/2022 | HT | Hotel Expense [E110] IC NY Times Square, 10/05/22 - 10/07/22, 2 nights, JWL | 569.93 |
| 10/13/2022 | TR | Transcript [E116] Veritext, Inv. 6114937, L. Canty | 78.00 |
| 10/21/2022 | CC | Conference Call [E105] AT&T Conference Call, JWL | 2.31 |
| 11/03/2022 | OS | Nationwide Legal, Inv. 51106, J. Washington | 332.00 |
| 11/04/2022 | LN | 54162.00004 Lexis Charges for 11-04-22 | 6.52 |
| 11/07/2022 | E107 | Elite Transportation Services, Inv. 1866873, from PSZJ NY to USDC White Plains, S. Winns | 231.89 |
| 11/07/2022 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 11/07/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/09/2022 | TR | Transcript [E116] Veritext, Inv. 6171222, L. Canty | 145.20 |
| 11/10/2022 | LN | 54162.00004 Lexis Charges for 11-10-22 | 18.08 |
| 11/15/2022 | FE | 54162.00004 FedEx Charges for 11-15-22 | 23.99 |
| 11/15/2022 | FE | 54162.00004 FedEx Charges for 11-15-22 | 23.99 |
| 11/15/2022 | PO | U.S. Postage | 27.90 |
| 11/15/2022 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/15/2022 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 11/15/2022 | RE | ( 218 @0.10 PER PG) | 21.80 |
| 11/15/2022 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 11/15/2022 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 11/21/2022 | FE | 54162.00004 FedEx Charges for 11-21-22 | 23.65 |
| 11/21/2022 | FE | 54162.00004 FedEx Charges for 11-21-22 | 23.65 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    24
Madison Square BGC O.C.C.                                              Invoice 131456
54162    -00004                                                       November 30, 2022

| | | | |
|---|---|---|---|
| 11/21/2022 | PO | U.S. Postage | 0.57 |
| 11/21/2022 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 11/30/2022 | RS | Research [E106] Everlaw Inc., Inv. 69481 | 500.00 |

**Total Expenses for this Matter**                          **$4,111.19**

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    25

Invoice 131456

November 30, 2022

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:    11/30/2022**

| | |
|---|---|
| **Total Fees** | **$154,915.50** |
| **Total Expenses** | **4,111.19** |
| **Less Courtesy Discount** | **$30,325.50** |
| **Total Due on Current Invoice** | **$128,701.19** |

**Outstanding Balance from prior invoices as of    11/30/2022    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130635 | 07/31/2022 | $127,920.00 | $291.19 | $35,817.60 |
| 130861 | 08/31/2022 | $198,760.00 | $4,027.47 | $55,652.80 |
| 131167 | 09/30/2022 | $134,060.00 | $1,599.53 | $135,659.53 |
| 131231 | 10/31/2022 | $173,320.00 | $3,451.38 | $176,771.38 |

**Total Amount Due on Current and Prior Invoices:    $532,602.50**