UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **MADISON SQUARE BOYS & GIRLS CLUB, INC.,** | Case No. 22-10910 (SHL) |
| **Debtor.** | |

**FIFTH MONTHLY FEE STATEMENT OF
TENEO CAPITAL LLC FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| **Name of Applicant** | **Teneo Capital LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Madison Square Boys & Girls Club, Inc., Debtor and Debtor-in-Possession |
| Date of Retention: | August 12, 2022 *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | November 1, 2022 through November 30, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $56,136.60 (80% of $70,170.75) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a **X** monthly ___ interim __ final application. No prior application filed for this Fee Period.[1]

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Approving Retention and Employment of Teneo Capital LLC, as Financial Advisor to Debtor, Nunc Pro Tunc to Petition Date,* dated August 12, 2022 [D.I. 124] (the "Retention Order") and the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and*

---

[1] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Compensation Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Compensation Order.

*Reimbursement of Expenses for Professionals,* dated August 12, 2022 [D.I. 125] (the "Compensation Order"), Teneo Capital LLC ("Teneo"), financial advisor to the debtor and debtor in possession in the above captioned case ("Debtor"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $56,136.60 for the reasonable and necessary financial advisory services Teneo rendered to the Debtor from November 1, 2022 through November 30, 2022 (the "Fee Period") (80% of $70,170.75); and (ii) reimbursement for the actual and necessary expenses that Teneo incurred, in the amount of $0.00 during the Fee Period.

## BACKGROUND

1. On June 29, 2022 (the "Petition Date"), the Debtor commenced its chapter 11 Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate as debtor in possession. No trustee or examiner has been appointed in the Case.

2. On July 13, 2022, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]

## Itemization of Services Rendered and Disbursements Incurred

3. Teneo is compensated in this matter by the hour at its standard hourly rates, as was approved by the Retention Order.

4. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the hours expended and corresponding fees incurred on this matter during the Fee Period by each Teneo professional. Teneo professionals expended a total of 137.8 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit B** is a schedule of the number of hours expended and corresponding fees incurred (individually and on an aggregate basis) by Teneo professionals during the Fee Period with respect to each of the subject matter categories

Teneo established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

- **Exhibit C** is a detailed description of all fees incurred during the Fee Period by professional.

### Representations

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Compensation Order.

6. There is no agreement or understanding between Teneo and any person other than members or employees of the firm for the sharing of compensation to be received for services rendered in this case.

### Certification of Compliance and Waiver

7. The undersigned representative of Teneo certifies that she has reviewed the requirements of Local Rule 2016-1 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Orders or otherwise modified by orders of this Court, as permitted by orders of the Compensation Order. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Teneo believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Teneo requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $56,136.60 consisting of (a) $56,136.60, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by

Teneo; and (b) $0.00 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated:  December 21, 2022          */s/ Robin Chiu*
                                   **TENEO CAPITAL LLC**
                                   **Robin Chiu**
                                   **Senior Managing Director**
                                   **280 Park Avenue, 4th Floor**
                                   **New York, NY 10017**

**Exhibit A**

# Exhibit A
# Summary of Fees by Timekeeper

| Timekeeper | Title | Rate | Time | Fees |
|---|---|---:|---:|---:|
| Jay Goldin | Vice Chairman | $1,170.00 | 4.9 | $5,733.00 |
| Robin Chiu | Senior Managing Director | $ 877.50 | 38.5 | $33,783.75 |
| Dan Finnegan | Analyst | $ 337.50 | 40.8 | $13,770.00 |
| Jay D. Rao | Analyst | $ 315.00 | 53.6 | $16,884.00 |
| **Total** | | | 137.8 | $70,170.75 |

**Exhibit B**

**Exhibit B**

- **Attendance of Court Proceedings**

This category includes support for various court proceedings and hearings.

- **Litigation**

This category includes prepation for, support of and attendance at contested matters. During the Fee Period, the majority of time in this category related to defense of the DIP Financing Motion.

- **Financing**

This category includes activities related to obtaining financing, both DIP and exit, including communications and preparation of materials for potential lenders.

- **Projections and Cash Forecasting**

This category includes analyses of the Debtor's business prospects and the development and analysis of financial projections therefor.

- **Claims Analysis**

This category includes review and analysis of the various claims against the Debtor, including the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims.

- **Management and Board Meetings**

This category includes written and oral communications with the management and Board.

- **Restructuring Advisory**

This category includes analyses, research and meetings necessary for the furtherance of the case including communications with creditors and other parties.

- **Court Filings and Reporting**

This category includes support for the Debtor and counsel in preparing, reviewing and commenting on motions and other reporting including monthly operating reports

- **Case Management and Other**

This category contains activity necessary for Teneo to efficiently advise its client but do not otherwise fit into an above category. This category may include data room management and review of case filings.

**Summary by Task**

| Totals for | Hours | Amount |
|---|---:|---:|
| Case Management and Other | 0.30 | 94.50 |
| Attendance of Court proceedings | 4.50 | 2,295.00 |
| Litigation | 6.30 | 5,528.25 |
| Court filings and reporting | 10.50 | 6,090.75 |
| Management and board meetings | 13.50 | 10,822.50 |
| Claims Analysis | 15.60 | 6,023.25 |
| Financing | 16.10 | 7,479.00 |
| Restructuring advisory | 27.90 | 13,689.00 |
| Projections and cash forecasting | 43.10 | 18,148.50 |
| **TOTAL** | **137.80** | **70,170.75** |

**Detail by Task**

## Attendance of Court proceedings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 11/09/2022 | 1.50 | 337.50 | 506.25 | DIP Hearing at Paul Weiss office (R. Chiu, J. Rao) |
| Jay D Rao | 11/09/2022 | 1.50 | 315.00 | 472.50 | DIP witness prep and hearing with R. Chiu and D. Finnegan at Paul Weiss Office |
| Robin Chiu | 11/09/2022 | 1.50 | 877.50 | 1,316.25 | DIP Motion Hearing |
| **TOTAL** | | 4.50 | | 2,295.00 | |

## Case Management and Other

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 11/07/2022 | 0.30 | 315.00 | 94.50 | Sent datasite access to additional parties |
| **TOTAL** | | 0.30 | | 94.50 | |

## Claims Analysis

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 11/07/2022 | 0.10 | 877.50 | 87.75 | Call with B. Baker re: claim submission |
| Jay D Rao | 11/16/2022 | 0.70 | 315.00 | 220.50 | Reviewed claims analysis work product for updates |
| Dan Finnegan | 11/18/2022 | 2.20 | 337.50 | 742.50 | Build out claims analysis summary and review proof of claims |
| Jay D Rao | 11/18/2022 | 2.20 | 315.00 | 693.00 | Reviewed terms of nontort CUD claims and unscheduled claims |
| Jay D Rao | 11/18/2022 | 0.70 | 315.00 | 220.50 | Prepared nontort claim schedule |
| Robin Chiu | 11/18/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: claims |
| Dan Finnegan | 11/21/2022 | 0.30 | 337.50 | 101.25 | Call re: claims analysis (R. Chiu, J. Rao) |
| Jay D Rao | 11/21/2022 | 0.30 | 315.00 | 94.50 | Call with R. Chiu and D. Finnegan re: claims review |
| Jay D Rao | 11/21/2022 | 0.90 | 315.00 | 283.50 | Reviewed additional claims and POCs |
| Robin Chiu | 11/21/2022 | 0.30 | 877.50 | 263.25 | Call with D. Finnegan and J. Rao re: claims analysis |
| Dan Finnegan | 11/22/2022 | 0.80 | 337.50 | 270.00 | Madison Claims Review with J. Dold (R. Chiu, J. Rao) |
| Jay D Rao | 11/22/2022 | 1.40 | 315.00 | 441.00 | Reviewed proofs of claims versus J. Dold schedule of prepetition AP |
| Jay D Rao | 11/22/2022 | 0.80 | 315.00 | 252.00 | Claims Review discussions with J. Dold, R. Chiu and D. Finnegan |
| Jay D Rao | 11/22/2022 | 0.60 | 315.00 | 189.00 | Turned edits to claim analysis |
| Robin Chiu | 11/22/2022 | 0.40 | 877.50 | 351.00 | Call with M. Levi re: claims review |
| Robin Chiu | 11/22/2022 | 0.10 | 877.50 | 87.75 | Review claims support |
| Robin Chiu | 11/22/2022 | 0.80 | 877.50 | 702.00 | Call with J. Dold, D. Finnegan and J. Rao re: claims review |
| Dan Finnegan | 11/29/2022 | 1.00 | 337.50 | 337.50 | Claims analysis discussion (J. Rao) |
| Jay D Rao | 11/29/2022 | 1.00 | 315.00 | 315.00 | Working meeting to analyze claims with D. Finnegan |
| Jay D Rao | 11/29/2022 | 0.90 | 315.00 | 283.50 | Reviewed contract counterparties and unscheduled claims |
| **TOTAL** | | 15.60 | | 6,023.25 | |

## Court filings and reporting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 11/01/2022 | 1.50 | 315.00 | 472.50 | Turned comments to MOR post discussions |
| Robin Chiu | 11/20/2022 | 0.50 | 877.50 | 438.75 | Work on October fee application |
| Dan Finnegan | 11/29/2022 | 1.20 | 337.50 | 405.00 | Review and prepare schedules of October MOR |
| Jay D Rao | 11/29/2022 | 2.90 | 315.00 | 913.50 | Prepared MOR, notes, schedules and bank statements |
| Robin Chiu | 11/29/2022 | 0.10 | 877.50 | 87.75 | Comments to October MOR |
| Robin Chiu | 11/29/2022 | 1.50 | 877.50 | 1,316.25 | Draft first interim fee application |
| Robin Chiu | 11/30/2022 | 2.80 | 877.50 | 2,457.00 | Work on first interim fee application |
| **TOTAL** | | 10.50 | | 6,090.75 | |

## Financing

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 11/01/2022 | 0.30 | 315.00 | 94.50 | Reviewed supplemental Chiu declaration |
| Robin Chiu | 11/01/2022 | 0.20 | 877.50 | 175.50 | Comments to Supplemental DIP declaration |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 11/02/2022 | 0.30 | 877.50 | 263.25 | Comments and correspondence re: settlement statement |
| Robin Chiu | 11/02/2022 | 0.10 | 877.50 | 87.75 | Comments to Supplemental DIP declaration |
| Robin Chiu | 11/04/2022 | 0.10 | 877.50 | 87.75 | Review updated commitment letter |
| Dan Finnegan | 11/05/2022 | 2.40 | 337.50 | 810.00 | Updates to excess cash calculations following discussion with PW, Dundon and Pachulski |
| Dan Finnegan | 11/05/2022 | 0.80 | 337.50 | 270.00 | Discussions with PW, Dundon and Pachulski regarding DIP |
| Jay D Rao | 11/05/2022 | 0.80 | 315.00 | 252.00 | Call with Paul Weiss Team and Claimants counsel/FA on DIP budget |
| Robin Chiu | 11/05/2022 | 0.80 | 877.50 | 702.00 | Call with J. Lucas, T. Rizvi, S. Landgraber, M. Whalen, A. Kornberg, J. Weber, T. Rizvi, A. Parlen, D. Meyers, D Finnegan and J. Rao re: DIP and budget |
| Dan Finnegan | 11/06/2022 | 1.00 | 337.50 | 337.50 | Discussions with PW, Dundon and Pachulski regarding DIP and excess cash |
| Dan Finnegan | 11/06/2022 | 1.10 | 337.50 | 371.25 | Updates to excess cash calculations and 13 week cash flow following discussion with PW, Dundon and Pachulski |
| Jay D Rao | 11/06/2022 | 1.00 | 315.00 | 315.00 | Call with Paul Weiss Team and Claimants counsel/FA on DIP budget and next steps |
| Robin Chiu | 11/06/2022 | 0.20 | 877.50 | 175.50 | Correspondence re: UCC objection to DIP financing |
| Robin Chiu | 11/06/2022 | 0.20 | 877.50 | 175.50 | Review UCC objection to DIP financing |
| Robin Chiu | 11/06/2022 | 1.00 | 877.50 | 877.50 | Call with J. Lucas, T. Rizvi, M. Whalen, A. Kornberg, T. Rizvi, A. Parlen, D. Meyers, D Finnegan and J. Rao re: DIP and budget |
| Jay D Rao | 11/07/2022 | 0.30 | 315.00 | 94.50 | Reviewed new DIP order |
| Jay D Rao | 11/07/2022 | 0.40 | 315.00 | 126.00 | Reviewed dip brief document |
| Robin Chiu | 11/07/2022 | 0.80 | 877.50 | 702.00 | Comments to Reply to UCC's DIP loan objection |
| Jay D Rao | 11/08/2022 | 0.20 | 315.00 | 63.00 | Reviewed DIP terms for prime rate |
| Dan Finnegan | 11/09/2022 | 1.70 | 337.50 | 573.75 | Created and updated DIP funds flow with accompanying account numbers |
| Jay D Rao | 11/09/2022 | 1.70 | 315.00 | 535.50 | Created DIP funds flows |
| Robin Chiu | 11/09/2022 | 0.30 | 877.50 | 263.25 | Review of funds flows and wires |
| Jay D Rao | 11/15/2022 | 0.40 | 315.00 | 126.00 | Reviewed DIP loan reporting requirements |
| **TOTAL** | | 16.10 | | 7,479.00 | |

## Litigation

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 11/07/2022 | 0.80 | 877.50 | 702.00 | Reviewed materials in preparation for DIP Motion hearing |
| Robin Chiu | 11/08/2022 | 1.10 | 877.50 | 965.25 | Prep for DIP Motion hearing (reviewed materials) |
| Robin Chiu | 11/08/2022 | 1.30 | 877.50 | 1,140.75 | Prep for DIP Motion hearing with W. Clareman (left early), J. Weber and M. Levi |
| Robin Chiu | 11/09/2022 | 3.10 | 877.50 | 2,720.25 | Prep for DIP Motion hearing with W. Clareman, D. Meyers, J. Weber and M. Levi |
| **TOTAL** | | 6.30 | | 5,528.25 | |

## Management and board meetings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 11/01/2022 | 0.60 | 337.50 | 202.50 | MSBGC/Teneo weekly meeting: MOR, Projections for Carver (R. Chiu, J. Rao) |
| Jay D Rao | 11/01/2022 | 0.60 | 315.00 | 189.00 | Weekly update call with J. Dold, R. Chiu and D. Finnegan re: projections |
| Robin Chiu | 11/01/2022 | 0.60 | 877.50 | 526.50 | Call with J. Dold, D. Finnegan and J. Rao re: projections and MOR |
| Jay Goldin | 11/07/2022 | 1.40 | 1,170.00 | 1,638.00 | Attendance at Board meeting |
| Robin Chiu | 11/07/2022 | 1.40 | 877.50 | 1,228.50 | Board meeting with H.J. Goldin |
| Robin Chiu | 11/07/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: Funds Flow and awards |
| Jay D Rao | 11/08/2022 | 0.50 | 315.00 | 157.50 | Weekly meeting with J. Dold and R. Chiu re: liquidity for CFO |
| Jay D Rao | 11/08/2022 | 0.20 | 315.00 | 63.00 | Prepared agenda |
| Robin Chiu | 11/08/2022 | 0.50 | 877.50 | 438.75 | Call with J. Dold and J. Rao re: liquidity |
| Dan Finnegan | 11/15/2022 | 0.30 | 337.50 | 101.25 | Teneo/MSBGC weekly meeting - DIP reporting and claims analysis (R. Chiu, J. Rao) |
| Jay D Rao | 11/15/2022 | 0.30 | 315.00 | 94.50 | Weekly meeting with J.Dold, R. Chiu and D. Finnegan re: claims analysis |
| Jay Goldin | 11/15/2022 | 0.50 | 1,170.00 | 585.00 | Attendance at Board Meeting |
| Robin Chiu | 11/15/2022 | 0.50 | 877.50 | 438.75 | Board call with H.J. Goldin |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 11/15/2022 | 0.30 | 877.50 | 263.25 | Call with J. Dold, D. Finnegan and J. Rao re: DIP reporting and expenses |
| Jay Goldin | 11/21/2022 | 0.30 | 1,170.00 | 351.00 | Attendance at Board meeting |
| Robin Chiu | 11/21/2022 | 0.30 | 877.50 | 263.25 | Board meeting update with H.J. Goldin |
| Jay Goldin | 11/28/2022 | 1.30 | 1,170.00 | 1,521.00 | Attendance at Board meeting |
| Robin Chiu | 11/28/2022 | 1.30 | 877.50 | 1,140.75 | Board meeting with H.J. Goldin |
| Robin Chiu | 11/28/2022 | 0.40 | 877.50 | 351.00 | Call with J. Dold re: cash contribution |
| Robin Chiu | 11/28/2022 | 0.20 | 877.50 | 175.50 | Correspondence with PW re: board meeting prep |
| Robin Chiu | 11/28/2022 | 0.10 | 877.50 | 87.75 | Correspondence with Board re: restructuring settlement analysis |
| Dan Finnegan | 11/29/2022 | 0.60 | 337.50 | 202.50 | MSBGC/Teneo weekly meeting - claims analysis, MOR (R. Chiu, J. Rao) |
| Jay D Rao | 11/29/2022 | 0.60 | 315.00 | 189.00 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan re: DIP loan reporting |
| Robin Chiu | 11/29/2022 | 0.60 | 877.50 | 526.50 | Call with J. Dold, J. Rao and D. Finnegan re: DIP loan reporting and updates |
| **TOTAL** | | **13.50** | | **10,822.50** | |

Projections and cash forecasting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 11/01/2022 | 2.70 | 337.50 | 911.25 | Work on projections for Carver |
| Dan Finnegan | 11/01/2022 | 2.30 | 337.50 | 776.25 | Create updated 13 week analysis with J. Rao |
| Dan Finnegan | 11/01/2022 | 1.20 | 337.50 | 405.00 | Update 13 week variance with J. Rao |
| Jay D Rao | 11/01/2022 | 3.50 | 315.00 | 1,102.50 | Working Meeting with D. Finnegan on updated 13 week cash flows, sources and uses, and post-exit projections |
| Jay D Rao | 11/01/2022 | 0.90 | 315.00 | 283.50 | Turned comments to post-exit projections |
| Robin Chiu | 11/01/2022 | 0.50 | 877.50 | 438.75 | Comments to 12-month projections |
| Robin Chiu | 11/01/2022 | 0.20 | 877.50 | 175.50 | Correspondence with DIP lender re: projections |
| Dan Finnegan | 11/02/2022 | 2.20 | 337.50 | 742.50 | Create updated flow of funds analysis |
| Dan Finnegan | 11/02/2022 | 2.10 | 337.50 | 708.75 | Update variance analysis |
| Jay D Rao | 11/02/2022 | 0.80 | 315.00 | 252.00 | Updated sources and uses table |
| Jay D Rao | 11/02/2022 | 0.40 | 315.00 | 126.00 | Updated 13 week cash flow following comments |
| Robin Chiu | 11/02/2022 | 0.80 | 877.50 | 702.00 | Comments to updated 13 week cash flow and flow of funds |
| Robin Chiu | 11/02/2022 | 0.20 | 877.50 | 175.50 | Comments to September variance analysis |
| Dan Finnegan | 11/03/2022 | 0.50 | 337.50 | 168.75 | Update 13 week variance |
| Dan Finnegan | 11/03/2022 | 1.50 | 337.50 | 506.25 | Create updated flow of funds analysis |
| Jay D Rao | 11/03/2022 | 1.10 | 315.00 | 346.50 | Updated funds flows and 13 week forecast |
| Jay D Rao | 11/03/2022 | 0.40 | 315.00 | 126.00 | Prepared 13 week cash flow for dundon team |
| Jay D Rao | 11/03/2022 | 1.50 | 315.00 | 472.50 | Updated excess cash schedule |
| Robin Chiu | 11/03/2022 | 1.00 | 877.50 | 877.50 | Comments to updated 13 week cash flow, flow of funds and excess cash calculation |
| Jay D Rao | 11/04/2022 | 0.50 | 315.00 | 157.50 | Updated 13 week cash flow |
| Jay D Rao | 11/04/2022 | 0.90 | 315.00 | 283.50 | Updated excess cash schedule |
| Jay D Rao | 11/04/2022 | 0.80 | 315.00 | 252.00 | Turned edits to 13 week cash flow |
| Robin Chiu | 11/04/2022 | 0.40 | 877.50 | 351.00 | Call with J. Dold re: expenses at exit |
| Robin Chiu | 11/04/2022 | 0.20 | 877.50 | 175.50 | 13-week cash flow - professional fee estimate reconciliation |
| Robin Chiu | 11/04/2022 | 0.20 | 877.50 | 175.50 | Call with D. Meyers and M. Levi (joined late) re: UST comments to 13-week cash flow |
| Jay D Rao | 11/05/2022 | 2.00 | 315.00 | 630.00 | Prepared no fee 13 week cash flow, and excess cash calculations |
| Robin Chiu | 11/05/2022 | 2.50 | 877.50 | 2,193.75 | Reconciliation of Committee excess cash calculation |
| Jay D Rao | 11/06/2022 | 0.90 | 315.00 | 283.50 | Updated professional fee schedule and reviewed workproduct for QC |
| Robin Chiu | 11/06/2022 | 0.90 | 877.50 | 789.75 | Reconciliation of Committee excess cash calculation |
| Jay D Rao | 11/07/2022 | 0.10 | 315.00 | 31.50 | Calls with R. Chiu re: 13-week forecast |
| Jay D Rao | 11/07/2022 | 0.50 | 315.00 | 157.50 | Prepared updated cash flow model for dundon team |
| Jay D Rao | 11/07/2022 | 0.40 | 315.00 | 126.00 | Reviewed updated 13 week cash flow |
| Robin Chiu | 11/07/2022 | 0.10 | 877.50 | 87.75 | Calls with D. Meyers re: 13-week forecast |
| Robin Chiu | 11/07/2022 | 0.10 | 877.50 | 87.75 | Calls with J. Rao re: updated 13-week forecast |
| Robin Chiu | 11/07/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: updated 13-week forecast |
| Robin Chiu | 11/07/2022 | 0.10 | 877.50 | 87.75 | Calls with J. Dold re: 13-week forecast |
| Jay D Rao | 11/10/2022 | 2.50 | 315.00 | 787.50 | Projected trust note cash flows |
| Jay D Rao | 11/10/2022 | 0.70 | 315.00 | 220.50 | Turned edits to trust note projections |
| Jay D Rao | 11/15/2022 | 1.10 | 315.00 | 346.50 | Created professional fee schedule and updated per J. Dold comments |
| Robin Chiu | 11/17/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: professional fee invoice |
| Robin Chiu | 11/22/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: actual vs. budgeted professional fees |
| Dan Finnegan | 11/30/2022 | 0.70 | 337.50 | 236.25 | Review updates to 13 week Cash flow with J. Rao |
| Jay D Rao | 11/30/2022 | 2.60 | 315.00 | 819.00 | Prepared updated 13 week cash flow |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 11/30/2022 | 0.70 | 315.00 | 220.50 | Working meeting with D. Finnegan re: cash flow projection |
| Robin Chiu | 11/30/2022 | 0.10 | 877.50 | 87.75 | Review update to 13 week cash flow |
| **TOTAL** | | **43.10** | | **18,148.50** | |

## Restructuring advisory

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 11/01/2022 | 0.30 | 877.50 | 263.25 | Call with A. Kornberg, W. Clareman, M. Levi and J. Weber re: risk mitigants |
| Robin Chiu | 11/01/2022 | 0.30 | 877.50 | 263.25 | Call with S. Greenberg, A. Kornberg, W. Clareman, M. Levi and J. Weber re: risk mitigants and projections |
| Dan Finnegan | 11/03/2022 | 0.90 | 337.50 | 303.75 | Updated deliverables for IslandDundon |
| Dan Finnegan | 11/03/2022 | 0.80 | 337.50 | 270.00 | Update excess cash calculation per comments from PW and R. Chiu |
| Dan Finnegan | 11/04/2022 | 1.80 | 337.50 | 607.50 | Updated reconciliation for Dundon team |
| Dan Finnegan | 11/04/2022 | 1.50 | 337.50 | 506.25 | Dundon call (R. Chiu, J. Rao) updated reconciliation |
| Jay D Rao | 11/04/2022 | 0.50 | 315.00 | 157.50 | Follow up discussions with Dundon team on 13 week cash flow model |
| Jay D Rao | 11/04/2022 | 1.00 | 315.00 | 315.00 | Meeting with Island dundon on cash flow model |
| Robin Chiu | 11/04/2022 | 1.50 | 877.50 | 1,316.25 | Calls with T. Rizvi, S. Landgraber, M. Whalen, D Finnegan and J. Rao re: budget |
| Robin Chiu | 11/04/2022 | 0.30 | 877.50 | 263.25 | Correspondence with counsel re: excess fee calculations and 13-week cash flow |
| Robin Chiu | 11/04/2022 | 0.10 | 877.50 | 87.75 | Correspondence with IslandDundon re: 13 week and capex |
| Robin Chiu | 11/04/2022 | 0.10 | 877.50 | 87.75 | Call with J. Dold and correspondence re: ordinary course bonuses |
| Jay Goldin | 11/06/2022 | 0.70 | 1,170.00 | 819.00 | Review of committee objection to DIP financing, Debtor's response, email comments |
| Robin Chiu | 11/06/2022 | 0.30 | 877.50 | 263.25 | Call with J. Weber and D. Meyer re: DIP and settlement strategy |
| Robin Chiu | 11/09/2022 | 0.30 | 877.50 | 263.25 | Call with M. Levi, D. Meyers and J. Dold re: cash wires |
| Dan Finnegan | 11/10/2022 | 0.70 | 337.50 | 236.25 | Note cash flow comparison |
| Robin Chiu | 11/10/2022 | 0.20 | 877.50 | 175.50 | Comments to UCC counter analysis |
| Robin Chiu | 11/10/2022 | 0.20 | 877.50 | 175.50 | Correspondence re: UCC counter |
| Robin Chiu | 11/13/2022 | 0.60 | 877.50 | 526.50 | Follow up correspondence re: UCC counter |
| Jay D Rao | 11/14/2022 | 0.50 | 315.00 | 157.50 | Reviewed committee proposal |
| Robin Chiu | 11/14/2022 | 0.10 | 877.50 | 87.75 | Review of response to UCC |
| Jay D Rao | 11/15/2022 | 0.10 | 315.00 | 31.50 | Call with R. Chiu re: professional fee analysis |
| Jay Goldin | 11/15/2022 | 0.70 | 1,170.00 | 819.00 | Review of prospal, correspondence, teleconference with client and advisors |
| Robin Chiu | 11/15/2022 | 0.10 | 877.50 | 87.75 | Call with J. Rao re: professional fee schedule |
| Dan Finnegan | 11/23/2022 | 2.90 | 337.50 | 978.75 | Create final settlement financial analyses including discussion with J. Rao |
| Jay D Rao | 11/23/2022 | 1.80 | 315.00 | 567.00 | Reviewed settlement analysis and working discussion with D. Finnegan |
| Jay D Rao | 11/23/2022 | 1.00 | 315.00 | 315.00 | Prepared deck for settlement obligations |
| Robin Chiu | 11/23/2022 | 0.30 | 877.50 | 263.25 | Comments to settlement offer analysis |
| Robin Chiu | 11/23/2022 | 0.10 | 877.50 | 87.75 | Correspondence re: UCC offer |
| Dan Finnegan | 11/25/2022 | 0.30 | 337.50 | 101.25 | Updates to Settlement analysis |
| Jay D Rao | 11/25/2022 | 0.50 | 315.00 | 157.50 | Turned edits to deck for Board |
| Robin Chiu | 11/25/2022 | 0.50 | 877.50 | 438.75 | Edits to settlement offer analysis |
| Dan Finnegan | 11/26/2022 | 1.10 | 337.50 | 371.25 | Updates to Final Settlement analysis for Board |
| Jay D Rao | 11/26/2022 | 1.00 | 315.00 | 315.00 | Turned edits to settlement analysis |
| Dan Finnegan | 11/27/2022 | 2.10 | 337.50 | 708.75 | Incorporate edits to Final Settlement analysis |
| Jay D Rao | 11/27/2022 | 1.40 | 315.00 | 441.00 | Turned edits to settlement analysis for Board |
| Robin Chiu | 11/27/2022 | 0.70 | 877.50 | 614.25 | Comments to settlement offer analysis presentation |
| Jay D Rao | 11/28/2022 | 0.50 | 315.00 | 157.50 | Turned final edits to settlement analysis deck |
| Robin Chiu | 11/29/2022 | 0.10 | 877.50 | 87.75 | Comments to settlement term sheet |
| **TOTAL** | | **27.90** | | **13,689.00** | |

| **TOTAL DETAIL BY TASK** | | **137.80** | | **70,170.75** | |

**Exhibit C**

## Time Narratives

### Dan Finnegan

| Date | Hours | Memo |
|---|---|---|
| 11/01/2022 | 2.70 | Work on projections for Carver |
| 11/01/2022 | 2.30 | Create updated 13 week analysis with J. Rao |
| 11/01/2022 | 1.20 | Update 13 week variance with J. Rao |
| 11/01/2022 | 0.60 | MSBGC/Teneo weekly meeting: MOR, Projections for Carver (R. Chiu, J. Rao) |
| 11/02/2022 | 2.20 | Create updated flow of funds analysis |
| 11/02/2022 | 2.10 | Update variance analysis |
| 11/03/2022 | 1.50 | Create updated flow of funds analysis |
| 11/03/2022 | 0.50 | Update 13 week variance |
| 11/03/2022 | 0.80 | Update excess cash calculation per comments from PW and R. Chiu |
| 11/03/2022 | 0.90 | Updated deliverables for IslandDundon |
| 11/04/2022 | 1.50 | Dundon call (R. Chiu, J. Rao) updated reconciliation |
| 11/04/2022 | 1.80 | Updated reconciliation for Dundon team |
| 11/05/2022 | 2.40 | Updates to excess cash calculations following discussion with PW, Dundon and Pachulski |
| 11/05/2022 | 0.80 | Discussions with PW, Dundon and Pachulski regarding DIP |
| 11/06/2022 | 1.10 | Updates to excess cash calculations and 13 week cash flow following discussion with PW, Dundon and Pachulski |
| 11/06/2022 | 1.00 | Discussions with PW, Dundon and Pachulski regarding DIP and excess cash |
| 11/09/2022 | 1.70 | Created and updated DIP funds flow with accompanying account numbers |
| 11/09/2022 | 1.50 | DIP Hearing at Paul Weiss office (R. Chiu, J. Rao) |
| 11/10/2022 | 0.70 | Note cash flow comparison |
| 11/15/2022 | 0.30 | Teneo/MSBGC weekly meeting - DIP reporting and claims analysis (R. Chiu, J. Rao) |
| 11/18/2022 | 2.20 | Build out claims analysis summary and review proof of claims |
| 11/21/2022 | 0.30 | Call re: claims analysis (R. Chiu, J. Rao) |
| 11/22/2022 | 0.80 | Madison Claims Review with J. Dold (R. Chiu, J. Rao) |
| 11/23/2022 | 2.90 | Create final settlement financial analyses including discussion with J. Rao |
| 11/25/2022 | 0.30 | Updates to Settlement analysis |
| 11/26/2022 | 1.10 | Updates to Final Settlement analysis for Board |
| 11/27/2022 | 2.10 | Incorporate edits to Final Settlement analysis |
| 11/29/2022 | 1.20 | Review and prepare schedules of October MOR |
| 11/29/2022 | 1.00 | Claims analysis discussion (J. Rao) |
| 11/29/2022 | 0.60 | MSBGC/Teneo weekly meeting - claims analysis, MOR (R. Chiu, J. Rao) |
| 11/30/2022 | 0.70 | Review updates to 13 week Cash flow with J. Rao |
| **TOTAL** | **40.80** | |

### Jay D Rao

| Date | Hours | Memo |
|---|---|---|
| 11/01/2022 | 1.50 | Turned comments to MOR post discussions |
| 11/01/2022 | 3.50 | Working Meeting with D. Finnegan on updated 13 week cash flows, sources and uses, and post-exit projections |
| 11/01/2022 | 0.90 | Turned comments to post-exit projections |
| 11/01/2022 | 0.60 | Weekly update call with J. Dold, R. Chiu and D. Finnegan re: projections |
| 11/01/2022 | 0.30 | Reviewed supplemental Chiu declaration |
| 11/02/2022 | 0.80 | Updated sources and uses table |
| 11/02/2022 | 0.40 | Updated 13 week cash flow following comments |
| 11/03/2022 | 1.10 | Updated funds flows and 13 week forecast |
| 11/03/2022 | 1.50 | Updated excess cash schedule |
| 11/03/2022 | 0.40 | Prepared 13 week cash flow for dundon team |
| 11/04/2022 | 1.00 | Meeting with Island dundon on cash flow model |
| 11/04/2022 | 0.90 | Updated excess cash schedule |
| 11/04/2022 | 0.80 | Turned edits to 13 week cash flow |
| 11/04/2022 | 0.50 | Updated 13 week cash flow |
| 11/04/2022 | 0.50 | Follow up discussions with Dundon team on 13 week cash flow model |
| 11/05/2022 | 2.00 | Prepared no fee 13 week cash flow, and excess cash calculations |
| 11/05/2022 | 0.80 | Call with Paul Weiss Team and Claimants counsel/FA on DIP budget |
| 11/06/2022 | 1.00 | Call with Paul Weiss Team and Claimants counsel/FA on DIP budget and next steps |
| 11/06/2022 | 0.90 | Updated professional fee schedule and reviewed workproduct for QC |
| 11/07/2022 | 0.50 | Prepared updated cash flow model for dundon team |
| 11/07/2022 | 0.40 | Reviewed dip brief document |
| 11/07/2022 | 0.10 | Calls with R. Chiu re: 13-week forecast |
| 11/07/2022 | 0.30 | Reviewed new DIP order |
| 11/07/2022 | 0.30 | Sent datasite access to additional parties |
| 11/07/2022 | 0.40 | Reviewed updated 13 week cash flow |
| 11/08/2022 | 0.50 | Weekly meeting with J. Dold and R. Chiu re: liquidity for CFO |
| 11/08/2022 | 0.20 | Prepared agenda |
| 11/08/2022 | 0.20 | Reviewed DIP terms for prime rate |
| 11/09/2022 | 1.70 | Created DIP funds flows |
| 11/09/2022 | 1.50 | DIP witness prep and hearing with R. Chiu and D. Finnegan at Paul Weiss Office |
| 11/10/2022 | 2.50 | Projected trust note cash flows |
| 11/10/2022 | 0.70 | Turned edits to trust note projections |

| Date | Hours | Memo |
|---|---|---|
| 11/14/2022 | 0.50 | Reviewed committee proposal |
| 11/15/2022 | 1.10 | Created professional fee schedule and updated per J. Dold comments |
| 11/15/2022 | 0.10 | Call with R. Chiu re: professional fee analysis |
| 11/15/2022 | 0.30 | Weekly meeting with J.Dold, R. Chiu and D. Finnegan re: claims analysis |
| 11/15/2022 | 0.40 | Reviewed DIP loan reporting requirements |
| 11/16/2022 | 0.70 | Reviewed claims analysis work product for updates |
| 11/18/2022 | 2.20 | Reviewed terms of nontort CUD claims and unscheduled claims |
| 11/18/2022 | 0.70 | Prepared nontort claim schedule |
| 11/21/2022 | 0.90 | Reviewed additional claims and POCs |
| 11/21/2022 | 0.30 | Call with R. Chiu and D. Finnegan re: claims review |
| 11/22/2022 | 1.40 | Reviewed proofs of claims versus J. Dold schedule of prepetition AP |
| 11/22/2022 | 0.80 | Claims Review discussions with J. Dold, R. Chiu and D. Finnegan |
| 11/22/2022 | 0.60 | Turned edits to claim analysis |
| 11/23/2022 | 1.00 | Prepared deck for settlement obligations |
| 11/23/2022 | 1.80 | Reviewed settlement analysis and working discussion with D. Finnegan |
| 11/25/2022 | 0.50 | Turned edits to deck for Board |
| 11/26/2022 | 1.00 | Turned edits to settlement analysis |
| 11/27/2022 | 1.40 | Turned edits to settlement analysis for Board |
| 11/28/2022 | 0.50 | Turned final edits to settlement analysis deck |
| 11/29/2022 | 1.00 | Working meeting to analyze claims with D. Finnegan |
| 11/29/2022 | 0.60 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan re: DIP loan reporting |
| 11/29/2022 | 0.90 | Reviewed contract counterparties and unscheduled claims |
| 11/29/2022 | 2.90 | Prepared MOR, notes, schedules and bank statements |
| 11/30/2022 | 0.70 | Working meeting with D. Finnegan re: cash flow projection |
| 11/30/2022 | 2.60 | Prepared updated 13 week cash flow |
| **TOTAL** | **53.60** | |

## Jay Goldin

| Date | Hours | Memo |
|---|---|---|
| 11/06/2022 | 0.70 | Review of committee objection to DIP financing, Debtor's response, email comments |
| 11/07/2022 | 1.40 | Attendance at Board meeting |
| 11/15/2022 | 0.50 | Attendance at Board Meeting |
| 11/15/2022 | 0.70 | Review of prospal, correspondence, teleconference with client and advisors |
| 11/21/2022 | 0.30 | Attendance at Board meeting |
| 11/28/2022 | 1.30 | Attendance at Board meeting |
| **TOTAL** | **4.90** | |

## Robin Chiu

| Date | Hours | Memo |
|---|---|---|
| 11/01/2022 | 0.30 | Call with A. Kornberg, W. Clareman, M. Levi and J. Weber re: risk mitigants |
| 11/01/2022 | 0.30 | Call with S. Greenberg, A. Kornberg, W. Clareman, M. Levi and J. Weber re: risk mitigants and projections |
| 11/01/2022 | 0.50 | Comments to 12-month projections |
| 11/01/2022 | 0.60 | Call with J. Dold, D. Finnegan and J. Rao re: projections and MOR |
| 11/01/2022 | 0.20 | Correspondence with DIP lender re: projections |
| 11/01/2022 | 0.20 | Comments to Supplemental DIP declaration |
| 11/02/2022 | 0.80 | Comments to updated 13 week cash flow and flow of funds |
| 11/02/2022 | 0.30 | Comments and correspondence re: settlement statement |
| 11/02/2022 | 0.20 | Comments to September variance analysis |
| 11/02/2022 | 0.10 | Comments to Supplemental DIP declaration |
| 11/03/2022 | 1.00 | Comments to updated 13 week cash flow, flow of funds and excess cash calculation |
| 11/04/2022 | 1.50 | Calls with T. Rizvi, S. Landgraber, M. Whalen, D Finnegan and J. Rao re: budget |
| 11/04/2022 | 0.40 | Call with J. Dold re: expenses at exit |
| 11/04/2022 | 0.10 | Correspondence with IslandDundon re: 13 week and capex |
| 11/04/2022 | 0.10 | Call with J. Dold and correspondence re: ordinary course bonuses |
| 11/04/2022 | 0.10 | Review updated commitment letter |
| 11/04/2022 | 0.20 | 13-week cash flow - professional fee estimate reconciliation |
| 11/04/2022 | 0.20 | Call with D. Meyers and M. Levi (joined late) re: UST comments to 13-week cash flow |
| 11/04/2022 | 0.30 | Correspondence with counsel re: excess fee calculations and 13-week cash flow |
| 11/05/2022 | 0.80 | Call with J. Lucas, T. Rizvi, S. Landgraber, M. Whalen, A. Kornberg, J. Weber, T. Rizvi, A. Parlen, D. Meyers, D Finnegan and J. Rao re: DIP and budget |
| 11/05/2022 | 2.50 | Reconciliation of Committee excess cash calculation |
| 11/06/2022 | 0.20 | Correspondence re: UCC objection to DIP financing |
| 11/06/2022 | 0.30 | Call with J. Weber and D. Meyer re: DIP and settlement strategy |
| 11/06/2022 | 0.90 | Reconciliation of Committee excess cash calculation |
| 11/06/2022 | 1.00 | Call with J. Lucas, T. Rizvi, M. Whalen, A. Kornberg, T. Rizvi, A. Parlen, D. Meyers, D Finnegan and J. Rao re: DIP and budget |
| 11/06/2022 | 0.20 | Review UCC objection to DIP financing |
| 11/07/2022 | 0.10 | Correspondence re: updated 13-week forecast |

| Date | Hours | Memo |
|---|---|---|
| 11/07/2022 | 0.80 | Comments to Reply to UCC's DIP loan objection |
| 11/07/2022 | 0.80 | Reviewed materials in preparation for DIP Motion hearing |
| 11/07/2022 | 1.40 | Board meeting with H.J. Goldin |
| 11/07/2022 | 0.10 | Calls with J. Rao re: updated 13-week forecast |
| 11/07/2022 | 0.10 | Call with B. Baker re: claim submission |
| 11/07/2022 | 0.10 | Call with J. Dold re: Funds Flow and awards |
| 11/07/2022 | 0.10 | Calls with J. Dold re: 13-week forecast |
| 11/07/2022 | 0.10 | Calls with D. Meyers re: 13-week forecast |
| 11/08/2022 | 1.30 | Prep for DIP Motion hearing with W. Clareman (left early), J. Weber and M. Levi |
| 11/08/2022 | 1.10 | Prep for DIP Motion hearing (reviewed materials) |
| 11/08/2022 | 0.50 | Call with J. Dold and J. Rao re: liquidity |
| 11/09/2022 | 1.50 | DIP Motion Hearing |
| 11/09/2022 | 3.10 | Prep for DIP Motion hearing with W. Clareman, D. Meyers, J. Weber and M. Levi |
| 11/09/2022 | 0.30 | Call with M. Levi, D. Meyers and J. Dold re: cash wires |
| 11/09/2022 | 0.30 | Review of funds flows and wires |
| 11/10/2022 | 0.20 | Correspondence re: UCC counter |
| 11/10/2022 | 0.20 | Comments to UCC counter analysis |
| 11/13/2022 | 0.60 | Follow up correspondence re: UCC counter |
| 11/14/2022 | 0.10 | Review of response to UCC |
| 11/15/2022 | 0.30 | Call with J. Dold, D. Finnegan and J. Rao re: DIP reporting and expenses |
| 11/15/2022 | 0.50 | Board call with H.J. Goldin |
| 11/15/2022 | 0.10 | Call with J. Rao re: professional fee schedule |
| 11/17/2022 | 0.10 | Correspondence re: professional fee invoice |
| 11/18/2022 | 0.10 | Correspondence re: claims |
| 11/20/2022 | 0.50 | Work on October fee application |
| 11/21/2022 | 0.30 | Call with D. Finnegan and J. Rao re: claims analysis |
| 11/21/2022 | 0.30 | Board meeting update with H.J. Goldin |
| 11/22/2022 | 0.80 | Call with J. Dold, D. Finnegan and J. Rao re: claims review |
| 11/22/2022 | 0.40 | Call with M. Levi re: claims review |
| 11/22/2022 | 0.10 | Review claims support |
| 11/22/2022 | 0.10 | Correspondence re: actual vs. budgeted professional fees |
| 11/23/2022 | 0.10 | Correspondence re: UCC offer |
| 11/23/2022 | 0.30 | Comments to settlement offer analysis |
| 11/25/2022 | 0.50 | Edits to settlement offer analysis |
| 11/27/2022 | 0.70 | Comments to settlement offer analysis presentation |
| 11/28/2022 | 0.20 | Correspondence with PW re: board meeting prep |
| 11/28/2022 | 0.10 | Correspondence with Board re: restructuring settlement analysis |
| 11/28/2022 | 1.30 | Board meeting with H.J. Goldin |
| 11/28/2022 | 0.40 | Call with J. Dold re: cash contribution |
| 11/29/2022 | 1.50 | Draft first interim fee application |
| 11/29/2022 | 0.60 | Call with J. Dold, J. Rao and D. Finnegan re: DIP loan reporting and updates |
| 11/29/2022 | 0.10 | Comments to October MOR |
| 11/29/2022 | 0.10 | Comments to settlement term sheet |
| 11/30/2022 | 2.80 | Work on first interim fee application |
| 11/30/2022 | 0.10 | Review update to 13 week cash flow |
| **TOTAL** | **38.5** | |

| | | |
|---|---|---|
| **T O T A L NARRATIVES** | 137.80 | |