**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : | Case No. 22-10910 (SHL) |
| | : | |
| Debtor. | : | **Ref. Docket No. 334** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 4, 2023, I caused to be served the "Monthly Operating Report," dated December 30, 2022 [Docket No. 334], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
5th day of January, 2023
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2026

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

**EXHIBIT A**

Madison Square Boys & Girls Club, Inc.
Case No. 22-10910
Master Email Service List

| Name | Email Address |
|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | bagosto@abrahamwatkins.com; maziz@awtxlaw.com |
| ALDA BUILDING COMPANY LLC | aldabldgco@aol.com |
| ALLIANZ RESOLUTION MANAGEMENT | julia.bullen@allianzrm-us.com |
| BLEAKLEY PLATT & SCHMIDT, LLP | wpharrington@bpslaw.com; arodriguez@bpslaw.com |
| CARLTON FIELDS, P.A. | rdiubaldo@carltonfields.com; nvalenza-frost@carltonfield.com; namer@carltonfields.com |
| CHUBB GROUP | adrienne.logan@chubb.com |
| COHEN & GRESSER LLP | dlisner@cohengresser.com |
| CROWELL & MORING LLP | mplevin@crowell.com; gplotko@crowell.com; rjankowski@crowell.com |
| DENTONS US LLP | geoffrey.miller@dentons.com |
| DUANE MORRIS LLP | dsmcgehrin@duanemorris.com; wmsimkulak@duanemorris.com |
| FISHERBROYLES LLP | patricia.fugee@fisherbroyles.com |
| GRANT & EISENHOFER, P.A. | bhart@gelaw.com; ilax@gelaw.com; sbreitner@gelaw.com |
| GRANT & EISENHOFER, P.A. | gnovod@gelaw.com |
| HARNICK AND HARNICK, P.C. | rharnick@harnicklaw.com; tharnick@harnicklaw.com |
| HERMAN LAW FIRM, PA | jherman@hermanlaw.com |
| J & L SERVICE NYC INC. | yeungkee@yahoo.com |
| KILPATRICK TOWNSENDS & STOCKTON LLP | tmeyers@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KUTAK ROCK LLP | peter.barrett@kutakrock.com |
| LEVY KONIGSBERG LLP | info@levy-law.com; cstern@levylaw.com; rwalker@levylaw.com; akull@levylaw.com; mshock@levylaw.com |
| MARCOWITZ LAW FIRM | ed@marcowitzlaw.com |
| MERSON LAW, PLLC | jmerson@mersonlaw.com; gmabile@mersonlaw.com |
| OFFICE OF THE ATTORNEY GENERAL | elena.gonzalez@ag.ny.gov; elizabethm.lynch@ag.ny.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | jstang@pszjlaw.com; gbrown@pszjlaw.com; mpagay@pszjlaw.com; jlucas@pszjlaw.com |
| PFAU COCHRAN VERTETIS AMALA PLLC | vnappo@pcvalaw.com; adoumanian@pcvalaw.com |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | sgershowitz@rllawyers.com |

Madison Square Boys Girls Club, Inc.
Case No. 22-10910
Master Email Service List

| Name | Email Address |
| --- | --- |
| ROBINSON + COLE | lklein@rc.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com<br>andrew.devore@ropesgray.com<br>uchechi.egeonuigwe@ropesgray.com |
| SEEGER WEISS LLP | sweiss@seegerweiss.com;<br>mrosenberg@seegerweiss.com |
| SIDLEY AUSTIN LLP | sam.newman@sidley.com;<br>kkansa@sidley.com;<br>gweiner@sidley.com |
| SILVER & KELMACHTER, LLP | snath@silverkelmachter.com |
| SLATER SLATER SCHULMAN LLP | aslater@sssfirm;<br>lleder@sssfirm.com |
| SYLVIA HINDS-RADIX | zkass@law.nyc.gov |
| THE MARSH LAW FIRM, PLLC | katieshipp@marsh.law;<br>jenniferfreeman@marsh.law;<br>jamesmarsh@marsh.law;<br>margaretmabie@marsh.law |
| THE OFFICE OF THE U.S. TRUSTEE | ustpregion02.nyecf@usdoj.gov;<br>andrea.b.schwartz@usdoj.gov |
| THE SIMPSON TUEGEL FIRM | michelle@stfirm.com |
| UNITED STATES ATTORNEY'S OFFICE FOR | peter.aronoff@usdoj.gov |
| WEITZ & LUXENBERG | jkristal@weitzlux.com;<br>info@weitzlux.com |
| WILLIAMS CEDER LLC | gwilliams@williamscedar.com;<br>bcole@williamscedar.com;<br>sfriedman@williamscedar.com |