Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING**
**ON JANUARY 12, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that on June 29, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") has been scheduled for January 12, 2023 at 11:00 a.m. (prevailing Eastern Time) before the Honorable Sean H. Lane, United States Bankruptcy Judge, Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, in order to consider, among other things, the relief requested in the Pleadings (as defined below).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government, Parties may appear at the Hearing by registering at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. on the business day before the Hearing on January 11, 2022 (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Bankruptcy Court's website by the Appearance

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Deadline and not by emailing or otherwise contacting the Bankruptcy Court. Additional information regarding the Bankruptcy Court's Zoom and hearing procedures can be found on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified below can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/madisonsquare, by calling (866) 977-1161 (toll free) for U.S. and Canada-based parties or +1 (503) 597-7709 for international parties, or by email at MadisonSquareInfo@epiqglobal.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the pleadings to be heard at the Hearing (the "Pleadings") carefully.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Pleadings, or if you want the Bankruptcy Court to hear your position on the Pleadings, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Bankruptcy Court may decide that you do not oppose the relief requested in the Pleadings and may enter orders granting the relief requested by the Debtor.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below.

**I.    UNCONTESTED MATTERS**

1. Debtor's Second Motion to Extend the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 330]

    Objection Deadline: January 5, 2023 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    a. Objection of the Rockefeller University to the Debtor's Second Motion to Extend the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 335]

    Related Documents:

    b. Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 285]

    c. Certificate of Service [Docket No. 337]

    d. Notice of Filing of Amended Proposed Order Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 347]

Status: The objection filed at Docket No. 335 has been consensually resolved prior to the Hearing. This matter is going forward on an uncontested basis.

## II. CONTESTED MATTERS

2. First Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Counsel to the Debtor and Debtor-In-Possession, for the Payment of Compensation and Reimbursement of Expenses for the Period from June 29, 2022 through October 31, 2022 [Docket No. 312]

   Objection Deadline: January 5, 2023 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   a. None.

   Related Documents:

   b. Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 125]

   c. Omnibus Notice of First Interim Fee Applications [Docket No. 316]

   d. Certificate of Service [Docket No. 325]

   Status: Applicant and U.S. Trustee in ongoing discussions to resolve remaining informal objections. This matter is going forward on a contested basis.

3. First Application of Pachulski Stang Ziehl & Jones LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from July 16, 2022 through October 31, 2022 [Docket No. 308]

   Objection Deadline: January 5, 2023 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   a. None.

   Related Documents:

   b. Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 125]

   c. Certificate of Service [Docket No. 309]

  d. Omnibus Notice of First Interim Fee Applications [Docket No. 316]

  <u>Status</u>: Applicant and U.S. Trustee in ongoing discussions to resolve remaining informal objections. This matter is going forward on a contested basis.

4. First Interim Fee Application of Friedman Kaplan Seiler & Adelman LLP for the Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel for Debtor for Period from June 29, 2022 through October 31, 2022 [Docket No. 313]

  <u>Objection Deadline</u>: January 5, 2023 at 4:00 p.m. (prevailing Eastern Time).

  <u>Responses Received</u>:

  a. None.

  <u>Related Documents</u>:

  b. Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 125]

  c. Omnibus Notice of First Interim Fee Applications [Docket No. 316]

  d. Certificate of Service [Docket No. 325]

  <u>Status</u>: Applicant and U.S. Trustee in ongoing discussions to resolve remaining informal objections. This matter is going forward on a contested basis.

5. First Interim Fee Application of Pillsbury Winthrop Shaw Pittman LLP, Special Insurance Counsel for the Debtor and Debtor-In-Possession, for the Payment of Compensation and Reimbursement of Expenses for the Period from June 29, 2022 through October 31, 2022 [Docket No. 314]

  <u>Objection Deadline</u>: January 5, 2023 at 4:00 p.m. (prevailing Eastern Time).

  <u>Responses Received</u>:

  a. None.

  <u>Related Documents</u>:

  b. Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 125]

  c. Omnibus Notice of First Interim Fee Applications [Docket No. 316]

  d. Certificate of Service [Docket No. 325]

Status: Applicant and U.S. Trustee in ongoing discussions to resolve remaining informal objections. This matter is going forward on a contested basis.

6. First Interim Fee Application of Teneo Capital LLC, Financial Advisor for the Debtor and Debtor-In-Possession, for the Payment of Compensation and Reimbursement of Expenses for the Period from June 29, 2022 through October 31, 2022 [Docket No. 315]

    Objection Deadline: January 5, 2023 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    a. None.

    Related Documents:

    b. Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 125]

    c. Omnibus Notice of First Interim Fee Applications [Docket No. 316]

    d. Certificate of Service [Docket No. 325]

    Status: Applicant and U.S. Trustee in ongoing discussions to resolve remaining informal objections. This matter is going forward on a contested basis.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated:  January 10, 2023 | */s/ Alan W. Kornberg*<br>Alan W. Kornberg, Esq.<br>Andrew M. Parlen, Esq.<br>William A. Clareman, Esq.<br>John T. Weber, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON**<br>**& GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>akornberg@paulweiss.com<br>aparlen@paulweiss.com<br>wclareman@paulweiss.com<br>jweber@paulweiss.com<br><br>*Counsel to the Debtor and Debtor in Possession* |