UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**OMNIBUS ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursment of Expenses (the "<u>Applications</u>") for professional services rendered and expenses incurred during the period commencing on June 29, 2022 through October 31, 2022; and a hearing having been held before this court to consider the Applications on January 12, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached <u>**Schedule A**</u>.

White Plains, New York
Dated: January 18, 2023

                                                */s/ Sean H. Lane*
                                                THE HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Case No.: 22-10910 (SHL)  Schedule A
Case Name: Madison Square Boys & Girls Club, Inc.

## FIRST INTERIM FEE PERIOD
June 29, 2022 to October 31, 2022

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed[2] | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | 12/15/2022 Docket No. 308 | $634,060.00 | $504,408.00[3] | $504,408.00 | N/A | $504,408.00 | $9,369.57 | $9,369.57 |
| Paul, Weiss, Wharton, Rifkind & Garrison LLP | 12/15/2022 Docket No: 312 | $1,920,572.41 | $1,530,512.96[4] | $1,530,512.96 | N/A | $1,530,512.96 | $18,946.34 | $17,853.86 |

---

[2] Fees Allowed do not include a 20% holdback of the fees requested plus any further reductions by individual firms set forth herein.
[3] In response to informal objections that the U.S. Trustee raised, Pachulski Stang Ziehl & Jones LLP agreed voluntarily to reduce its fees by $2,840.
[4] In response to informal objections that the U.S. Trustee raised, Paul, Weiss, Wharton, Rifkind & Garrison LLP agreed voluntarily to reduce its fees by $5,944.97 and its expenses by $1,092.48, for an aggregate reduction of $7,037.45.

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed[2] | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Friedman Kaplan Seiler & Adelman LLP | 12/15/2022 Docket No. 313 | $168,800.63 | $128,421.75[5] | $128,421.75 | N/A | $128,421.75 | $14,883.09 | $14,883.09 |
| Pillsbury Winthrop Shaw Pittman LLP | 12/15/2022 Docket No. 314 | $738,897.75 | $582,563.80[6] | $582,563.80 | N/A | $582,563.80 | $7,835.38 | $7,702.04 |
| Teneo Capital LLC | 12/15/2022 Docket No. 315 | $204,491.25 | $163,593.00 | $163,593.00 | N/A | $163,593.00 | $59,548.55 | $59,548.55 |

DATE ON WHICH ORDER WAS SIGNED: 1-18-2023        INITIALS: SHL USBJ

---

[5] In response to informal objections that the U.S. Trustee raised, Friedman Kaplan Seiler & Adelman LLP agreed voluntarily to reduce its fees by $6,618.75.

[6] In response to informal objections that the U.S. Trustee raised, Pillsbury Winthrop Shaw Pittman LLP agreed voluntarily to reduce its fees by $8,554.40 and its expenses by $133.34, for an aggregate reduction of $8,687.74.