**Objection Deadline: March 8, 2023**

James I. Stang (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
         inasatir@pszjlaw.com
         jlucas@pszjlaw.com
         mpagay@pszjlaw.com
         gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                          :
In re                                     : Chapter 11
                                          :
MADISON SQUARE BOYS & GIRLS CLUB,         : Case No. 22-10910-SHL
INC.,¹                                    :
                                          :
              Debtor.                     :
                                          :
------------------------------------------------------------X
```

**SEVENTH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional: | Official Committee of Unsecured Creditors |
| Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 16, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Monthly Fees Incurred: | $77,669.00 |
| Fee Reduction: | ($20,129.00)[2] |
| Fees (After Reduction): | $57,540.00 |
| 20% Holdback: | $11,508.00 |
| Total Fees Less 20% Holdback: | $46,032.00 |
| Monthly Expenses Incurred: | $654.69 |
| Total Fees and Expenses Due: | $46,686.69 |

This is a __X_ monthly _____interim _____final      application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to*

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are reduced from standard rates so that attorney time is capped at $900 per hour and paralegal time is capped at $400 per hour. The reduction set forth in this Fee Statement here accounts for the reduction from the following standard rates, as set forth in Exhibit A hereto: J. Stang ($1,695); I. Nasatir ($1,395); M. Pagay ($1,295); J. Lucas ($1,150); G. Brown ($975); B. Dassa ($545); and M. Matteo ($495).

DOCS_LA:347417.1 54162/004

*the Official Committee of Unsecured Creditors Effective as of July 16, 2022* [Docket No. 196] (the "PSZJ Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[3] Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this monthly fee statement (the "Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee in this chapter 11 case (the "Case") during the period January 1, 2023 to January 31, 2023 (the "Fee Period").

By this Fee Statement, PSZJ seeks payment in the amount of $46,686.69, comprised of the following: (i) $46,032.00, which is eighty percent (80%) of the total amount of fees incurred for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of $654.69, which is one hundred percent (100%) of actual and necessary expenses that PSZJ incurred in connection with its representation of the Committee during the Fee Period.

## Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of PSZJ's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with this chapter 11 case during the Fee Period, (ii) the year of bar admission for each PSZJ attorney, (iii) the current, standard hourly billing rate for each individual at PSZJ working on this chapter 11 case during the Fee Period,  (iv) the capped hourly rate for those individuals, and (v) the total fees that each individual billed to this Case during the Fee Period at the applicable capped billing rate. The Committee hired PSZJ on the condition that the total fees incurred would be discounted to the extent the blended rate of PSZJ attorneys does not exceed $900.00 per hour. All of the

---

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

PSZJ attorneys who worked on this Case during the Fee Period have standard billing rates in excess of $900.00 per hour. As provided in the PSZJ Retention Order, PSZJ paralegal hourly rates on this Case will not exceed $400.00 per hour. All of the PSZJ paralegals who worked on this Case during the Fee Period have standard billing rates in excess of $400.00 per hour. PSZJ is providing a reduction in attorney and paralegal fees for the Fee Period in the amount of $20,129.00.

2.    Attached as **Exhibit B** is a summary of the services PSZJ rendered during the Fee Period and the compensation it seeks, by project category.

3.    Attached as **Exhibit C** is a summary of expenses that PSZJ incurred during the Fee Period and for which it seeks reimbursement.

4.    Attached as **Exhibit D** is itemized time detail of PSZJ professionals during the Fee Period and summary materials related thereto.

### Notice and Objection Procedures

5.    Notice of this Fee Statement shall be given by U.S. Mail, or by email where available, upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Mr. Tim McChristian);  (b) Debtor's counsel: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Esq.; Andrew M. Parlen, Esq.; John T. Weber, Esq.; and Miriam Levi, Esq.); and (c) William K. Harrington, United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz, Esq. and Tara Tiantian, Esq.) (the "Notice Parties").

4

6.      Objections to this Fee Statement, if any, must be filed with the Court and served upon PSZJ and the other Notice Parties (set forth at para. 5, above) so as to be received no later than **March 8, 2023** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no Objections to this Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in this Fee Statement.

8.      If an Objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. *See* Interim Compensation Order. To the extent such an Objection is not resolved between PSZJ and the party filing the Objection, the Objection shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 21, 2023                PACHULSKI STANG ZIEHL & JONES LLP

                                        */s/ Gillian N. Brown*
                                        James I. Stang (admitted *pro hac vice*)
                                        Iain A.W. Nasatir
                                        John W. Lucas
                                        Malhar S. Pagay (admitted *pro hac vice*)
                                        Gillian N. Brown
                                        780 Third Avenue, 34th Floor
                                        New York, NY 10017-2024
                                        Tel: 212.561.7700; Fax: 212.561.7777
                                        Emails: jstang@pszjlaw.com
                                                inasatir@pszjlaw.com
                                                jlucas@pszjlaw.com
                                                mpagay@pszjlaw.com
                                                gbrown@pszjlaw.com

                                        *Counsel to the Official Committee of Unsecured Creditors*

## EXHIBIT A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## JANUARY 1, 2023 – JANUARY 31, 2023

| Name of Professional Partners and Counsel | Title | Year Admitted | Standard Hourly Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|---|---|
| James I. Stang | Partner | 1980 | 1,695.00 | 900.00 | 6.80 | 6,120.00 |
| Iain A.W. Nasatir | Partner | 1983 | 1,395.00 | 900.00 | 0.60 | 540.00 |
| Malhar S. Pagay | Partner | 1997 | 1,295.00 | 900.00 | 12.70 | 11,430.00 |
| John W. Lucas | Partner | 2005 | 1,150.00 | 900.00 | 33.70 | 30,330.00 |
| Gillian N. Brown | Counsel | 1999 | 975.00 | 900.00 | 9.20 | 8,280.00 |
| Total Partners and Counsel: | | | | | 63.00 | 56,700.00 |

| Name of Paralegals and Other Non-Legal Staff | Standard Hourly Billing Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|
| Beth D. Dassa | 545.00 | 400.00 | 1.90 | 80.00 |
| Mike A. Matteo | 495.00 | 400.00 | 0.20 | 760.00 |
| Total Paralegals: | | | 2.10 | 840.00 |

| ALL PROFESSIONALS | DISCOUNTED/CAPPED BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Attorneys | 900.00 | 63.00 | 56,700.00 |
| Paralegals, Non-Legal Staff | 400.00 | 2.10 | 840.00 |
| Total Hours and Fees Incurred | | 65.10 | 57,540.00 |

## **EXHIBIT B**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD JANUARY 1, 2023 – JANUARY 31, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| BL | Bankruptcy Litigation | 1.60 | 1,740.00 |
| CO | Claims Admin/Objections | 0.20 | 195.00 |
| CP | Compensation of Professionals | 2.70 | 2,157.50 |
| CPO | Compensation of Professionals/Other | 0.20 | 195.00 |
| GC | General Creditors Committee | 16.70 | 20,923.50 |
| H | Hearings | 0.80 | 920.00 |
| PD | Plan & Disclosure Statement | 42.00 | 50,746.50 |
| RPO | Retention of Professionals/Other | 0.90 | 791.50 |
| | **TOTAL** | | $77,669.00 less discount of $20,129.00, for a total of **$57,540.00** |

**<u>EXHIBIT C</u>**

**Expense Summary**

**AGGREGATE ITEMIZED EXPENSES FOR THE PERIOD**
**JANUARY 1, 2023– JANUARY 31, 2023**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Federal Express | 125.50 |
| Outside Services | 500.00 |
| Pacer/Court Research | 1.00 |
| Postage | 8.64 |
| Reproduction Expense | 9.30 |
| Research | 10.25 |
| **TOTAL** | **$654.69** |

## EXHIBIT D

**Itemized Time Detail for the Fee Period**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

GNB

|  |  |
|---|---|
| | January 31, 2023 |
| Invoice | 131796 |
| Client | 54162 |
| Matter | 00004 |
| | **GNB** |

RE:  Committee Representaton

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2023

| | |
|---|---|
| FEES | $77,669.00 |
| EXPENSES | $654.69 |
| LESS COURTESY DISCOUNT | $20,129.00 |
| **TOTAL CURRENT CHARGES** | **$58,194.69** |
| **BALANCE FORWARD** | **$306,569.19** |
| **TOTAL BALANCE DUE** | **$364,763.88** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
Madison Square BGC O.C.C.                                            Invoice 131796
54162    - 00004                                                     January 31, 2023

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 1.90 | $1,035.50 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 9.20 | $8,970.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 1395.00 | 0.60 | $837.00 |
| JIS | Stang, James I. | Partner | 1695.00 | 6.80 | $11,526.00 |
| JWL | Lucas, John W. | Partner | 1150.00 | 33.70 | $38,755.00 |
| MAM | Matteo, Mike A. | Paralegal | 495.00 | 0.20 | $99.00 |
| MSP | Pagay, Malhar S. | Partner | 1295.00 | 12.70 | $16,446.50 |
| | | | | 65.10 | $77,669.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    3

Invoice 131796

January 31, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 1.60 | $1,740.00 |
| CO | Claims Admin/Objections[B310] | 0.20 | $195.00 |
| CP | Compensation Prof. [B160] | 2.70 | $2,157.50 |
| CPO | Comp. of Prof./Others | 0.20 | $195.00 |
| GC | General Creditors Comm. [B150] | 16.70 | $20,923.50 |
| H | Hearings | 0.80 | $920.00 |
| PD | Plan & Disclosure Stmt. [B320] | 42.00 | $50,746.50 |
| RPO | Ret. of Prof./Other | 0.90 | $791.50 |
| | | 65.10 | $77,669.00 |

Pachulski Stang Ziehl & Jones LLP                         Page:      4
Madison Square BGC O.C.C.                                 Invoice 131796
54162    -00004                                           January 31, 2023

---

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Federal Express [E108] | $125.50 |
| Outside Services | $500.00 |
| Pacer - Court Research | $1.00 |
| Postage [E108] | $8.64 |
| Reproduction Expense [E101] | $9.30 |
| Research [E106] | $10.25 |
| | $654.69 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      5

Invoice 131796

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 01/03/2023 | GNB | BL | Email Jennifer Freeman and Jason Amala regarding The Charles Hayden Foundation. | 0.10 | 975.00 | $97.50 |
| 01/03/2023 | MSP | BL | Email exchange with J. Amala, et al. re:  BGCA. | 0.10 | 1295.00 | $129.50 |
| 01/04/2023 | GNB | BL | Review email from Jennifer Freeman and revise draft declaration from The Charles Hayden Foundation in accordance therewith. | 0.10 | 975.00 | $97.50 |
| 01/04/2023 | GNB | BL | Draft email to Alan Kornberg regarding declaration from The Charles Hayden Foundation regarding Madison insurance. | 0.10 | 975.00 | $97.50 |
| 01/25/2023 | MAM | BL | Update virtual file regarding response from TIG Insurance to 2004 subpoena. | 0.10 | 495.00 | $49.50 |
| 01/26/2023 | IAWN | BL | Review Freeman email re insurance and respond to G. Brown re same | 0.20 | 1395.00 | $279.00 |
| 01/26/2023 | MSP | BL | Email exchange with J. Freeman, Gillian N. Brown, Iain Nasatir, et al. re:  insurance information. | 0.10 | 1295.00 | $129.50 |
| 01/27/2023 | MSP | BL | Email exchange with John W. Lucas, Gillian N. Brown, et al. re:  Insurance information. | 0.10 | 1295.00 | $129.50 |
| 01/29/2023 | MSP | BL | Email exchange with John W. Lucas, Gillian N. Brown, et al. re:  insurance information. | 0.10 | 1295.00 | $129.50 |
| 01/30/2023 | MSP | BL | Email exchange with J. Amala, Gillian N. Brown, Iain Nasatir, J. Freeman, et al. re:  insurance information. | 0.20 | 1295.00 | $259.00 |
| 01/31/2023 | GNB | BL | Email with Jason Amala regarding BGCA. | 0.20 | 975.00 | $195.00 |
| 01/31/2023 | GNB | BL | Email with Miriam Levi regarding The Hayden Foundation; Consider email from Jillian Dennehy regarding Rule 2004 discovery. | 0.10 | 975.00 | $97.50 |
| 01/31/2023 | MAM | BL | Update virtual file regarding 2004 Order for Boys & Girls Club of America. | 0.10 | 495.00 | $49.50 |
| | | | | 1.60 | | $1,740.00 |
| **Claims Admin/Objections[B310]** | | | | | | |
| 01/03/2023 | GNB | CO | Review emails from Linda Chen and Kathryn Tran regarding claim no. 60126; Email with Sophia Lee regarding same. | 0.10 | 975.00 | $97.50 |
| 01/05/2023 | GNB | CO | Review email from Kathryn Tran regarding claim | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      6

Invoice 131796

January 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | no. 60126; Email with Steven Gershowitz regarding same. |  |  |  |
|  |  |  |  | 0.20 |  | $195.00 |

### Compensation Prof. [B160]

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2023 | GNB | CP | Prepare certificate of no objection to PSZJ's fifth monthly fee statement; Email Sophia Lee with filing and service instructions regarding same. | 0.10 | 975.00 | $97.50 |
| 01/08/2023 | GNB | CP | Email John W. Lucas regarding status of Debtor's payments to PSZJ in advance of January 12 fee application hearing. | 0.10 | 975.00 | $97.50 |
| 01/08/2023 | MSP | CP | Email exchange with Gillian N. Brown, et al. re: status of fee payments. | 0.10 | 1295.00 | $129.50 |
| 01/09/2023 | MSP | CP | Email exchange with J. Weber, John W. Lucas, Gillian N. Brown, et al. re: fee application issues. | 0.20 | 1295.00 | $259.00 |
| 01/10/2023 | MSP | CP | Email exchange with John W. Lucas, Gillian N. Brown, Beth Dassa, et al. re: compensation issues. | 0.50 | 1295.00 | $647.50 |
| 01/11/2023 | BDD | CP | Email G. Brown re itemization of expenses for fee applications. | 0.10 | 545.00 | $54.50 |
| 01/17/2023 | BDD | CP | Review tasks performed in preparation of PSZJ December fee statement (.20) and email G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 01/18/2023 | BDD | CP | Email G. Brown re PSZJ December monthly fee statement. | 0.10 | 545.00 | $54.50 |
| 01/19/2023 | BDD | CP | Prepare PSZJ December fee statement and emails G. Brown re same. | 1.10 | 545.00 | $599.50 |
| 01/20/2023 | BDD | CP | Email G. Brown re PSZJ December monthly fee statement. | 0.10 | 545.00 | $54.50 |
|  |  |  |  | 2.70 |  | $2,157.50 |

### Comp. of Prof./Others

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2023 | GNB | CPO | Email Tabish Rizvi, Michael Whalen, and Steven Landgraber regarding outstanding fees and expenses. | 0.10 | 975.00 | $97.50 |
| 01/09/2023 | GNB | CPO | Email with Dundon Advisers regarding monthly fee statements; Email with Beth D. Dassa regarding same. | 0.10 | 975.00 | $97.50 |
|  |  |  |  | 0.20 |  | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    7

Invoice 131796

January 31, 2023

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2023 | GNB | GC | Email with Jason Amala regarding Plan-related documentation. | 0.10 | 975.00 | $97.50 |
| 01/03/2023 | GNB | GC | Video conference call with state court counsel regarding Plan. | 0.70 | 975.00 | $682.50 |
| 01/03/2023 | MSP | GC | Email exchange with Gillian N. Brown, et al. re: State Court counsel meeting. | 0.10 | 1295.00 | $129.50 |
| 01/03/2023 | JWL | GC | Call with state court counsel regarding trustee and allocation (.7); call with R. Liquori regarding same (.3). | 1.00 | 1150.00 | $1,150.00 |
| 01/04/2023 | JWL | GC | Call with J. Scotto regarding case status (.2); | 0.20 | 1150.00 | $230.00 |
| 01/05/2023 | GNB | GC | Video conference Committee call re Settlement Trustee (partial attendance). | 1.50 | 975.00 | $1,462.50 |
| 01/05/2023 | JIS | GC | Call in to trustee interviews (partial attendance) | 0.90 | 1695.00 | $1,525.50 |
| 01/05/2023 | JWL | GC | Prepare for settlement trustee interviews (.5); attend settlement trustee interviews (2.2); follow up call with G. Novod regarding interviews (.2); | 2.90 | 1150.00 | $3,335.00 |
| 01/06/2023 | GNB | GC | Telephone conference with Malhar S. Pagay and John W. Lucas regarding Plan-related workflow. | 0.70 | 975.00 | $682.50 |
| 01/06/2023 | MSP | GC | Meeting with John W. Lucas and Gillian N. Brown re:  open items and work streams. | 0.70 | 1295.00 | $906.50 |
| 01/06/2023 | JWL | GC | Call with G. Brown and M. Pagay regarding case work-streams (.7); | 0.70 | 1150.00 | $805.00 |
| 01/09/2023 | GNB | GC | Review Jason Amala and Gordon Novod emails regarding allocation under settlement trust in advance of today's state court counsel call. | 0.10 | 975.00 | $97.50 |
| 01/09/2023 | JIS | GC | Attend Committee call regarding plan issues. | 1.10 | 1695.00 | $1,864.50 |
| 01/09/2023 | JWL | GC | Prepare for weekly call with committee (.5); attend weekly call with committee and counsel regarding case status (1.1); | 1.60 | 1150.00 | $1,840.00 |
| 01/11/2023 | GNB | GC | Telephone conference with John W. Lucas regarding state court counsel call tomorrow and Committee minutes. | 0.10 | 975.00 | $97.50 |
| 01/12/2023 | GNB | GC | Attend state court counsel video conference call regarding Plan issues. | 0.90 | 975.00 | $877.50 |
| 01/12/2023 | JIS | GC | State court counsel call regarding open plan issues. | 0.90 | 1695.00 | $1,525.50 |
| 01/12/2023 | JIS | GC | Call J. Amala regarding case status. | 0.30 | 1695.00 | $508.50 |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    -00004

Page:     8
Invoice 131796
January 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2023 | MSP | GC | Review state court counsel meeting minutes. | 0.10 | 1295.00 | $129.50 |
| 01/15/2023 | GNB | GC | Finalize minutes from past two Committee meetings and circulate to attendees. | 0.10 | 975.00 | $97.50 |
| 01/15/2023 | MSP | GC | Review minutes of Committee and State Court Counsel meetings; email exchange with Gillian N. Brown, et al. re: same. | 0.10 | 1295.00 | $129.50 |
| 01/18/2023 | JIS | GC | (Partial) Attend state court counsel call regarding comments on reorganization plan. | 1.10 | 1695.00 | $1,864.50 |
| 01/26/2023 | GNB | GC | Consider email from Jennifer Freeman regarding insurance (.1); Email PSZJ team regarding same (.1). | 0.20 | 975.00 | $195.00 |
| 01/26/2023 | JWL | GC | Call with G. Daniello regarding case status (.6); | 0.60 | 1150.00 | $690.00 |
|  |  |  |  | **16.70** |  | **$20,923.50** |

### Hearings

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 01/12/2023 | JWL | H | Attend Jan 12 hearing re exclusivity and first interim fees (.8); | 0.80 | 1150.00 | $920.00 |
|  |  |  |  | **0.80** |  | **$920.00** |

### Plan & Disclosure Stmt. [B320]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 01/03/2023 | GNB | PD | Email with John W. Lucas regarding Plan-related issues for immediate resolution. | 0.10 | 975.00 | $97.50 |
| 01/03/2023 | MSP | PD | Telephone call with John W. Lucas re: Navy Yard transaction, Plan and Disclosure Statement review. | 0.40 | 1295.00 | $518.00 |
| 01/03/2023 | MSP | PD | Email exchange with Jim Stang, John W. Lucas, Gillian N. Brown, Iain Nasatir re: revised disclosure statement, review of same. | 0.20 | 1295.00 | $259.00 |
| 01/03/2023 | MSP | PD | Email exchange with John W. Lucas, Gillian N. Brown, et al. re: Navy Yard, broker discussion, etc. | 0.30 | 1295.00 | $388.50 |
| 01/03/2023 | MSP | PD | Email exchange with John W. Lucas, J. Amala, et al. re: allocation and sharing protocol. | 0.10 | 1295.00 | $129.50 |
| 01/03/2023 | MSP | PD | Email exchange with John W. Lucas, Gillian N. Brown re: Plan deadlines. | 0.10 | 1295.00 | $129.50 |
| 01/03/2023 | MSP | PD | Email exchange with A. Kornberg, M. Levi, John W. Lucas, S. Landgraber, J. Weber, et al. re: discussion with Navy Yard broker. | 0.30 | 1295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      9

Invoice 131796

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2023 | MSP | PD | Review claim treatment proposal (.3); email exchange with J. Amala, John W. Lucas, et al. re: same (.10). | 0.40 | 1295.00 | $518.00 |
| 01/03/2023 | JWL | PD | Email to liquidation trustee candidates for interviews (.6); review and revise allocation protocol for the plan (1.1); | 1.70 | 1150.00 | $1,955.00 |
| 01/04/2023 | GNB | PD | Email Tabish Rizvi regarding information for presentation to Committee tomorrow relating to Plan. | 0.30 | 975.00 | $292.50 |
| 01/04/2023 | GNB | PD | Email with John W. Lucas regarding Plan terminology; Review John W. Lucas emails to all settlement trustee candidates. | 0.10 | 975.00 | $97.50 |
| 01/04/2023 | JIS | PD | Call re status of plan, disclosure statement and interviews. | 0.40 | 1695.00 | $678.00 |
| 01/04/2023 | MSP | PD | Email exchange with John W. Lucas, et al. re: Liquidating Trustee. | 0.20 | 1295.00 | $259.00 |
| 01/04/2023 | MSP | PD | Email exchange with A. Kornberg, D. Lebenstein, et al. re: discussion with Navy Yard broker. | 0.20 | 1295.00 | $259.00 |
| 01/04/2023 | JWL | PD | Work on liquidating trustee interviews (.7); call with J. Weber regarding status of plan (.3); call with B. Michaelson regarding trustee interview (.5); call with Rock Creek regarding settlement trust interviews (.5); | 2.00 | 1150.00 | $2,300.00 |
| 01/05/2023 | JIS | PD | Call with J. Lucas regarding trustee interviews. | 0.20 | 1695.00 | $339.00 |
| 01/05/2023 | MSP | PD | Review objection to exclusivity extension motion. | 0.20 | 1295.00 | $259.00 |
| 01/05/2023 | MSP | PD | Email exchange with John W. Lucas, R. Liguori, et al. re: Liquidating Trustee. | 0.10 | 1295.00 | $129.50 |
| 01/05/2023 | MSP | PD | Email exchange with John W. Lucas, J. Amala, et al. re: claim allocation proposal. | 0.10 | 1295.00 | $129.50 |
| 01/05/2023 | MSP | PD | Email exchange with John W. Lucas, Gillian N. Brown re: Plan deadlines. | 0.10 | 1295.00 | $129.50 |
| 01/05/2023 | MSP | PD | Email exchange with John W. Lucas re: discussion with Navy Yard broker. | 0.10 | 1295.00 | $129.50 |
| 01/06/2023 | GNB | PD | Email with John W. Lucas regarding joinder to Debtor's reply to second motion for exclusivity. | 0.10 | 975.00 | $97.50 |
| 01/06/2023 | MSP | PD | Email exchange with John W. Lucas, Gillian N. Brown re: Navy Yard and other issues. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    10
Madison Square BGC O.C.C.                                                Invoice 131796
54162    -00004                                                         January 31, 2023

---

|            |     |    |                                                                                                                                                                                  | Hours | Rate    | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 01/06/2023 | JWL | PD | Review and revise propose allocation distribution protocol (1.0); review and revise debtor's reply to Rockefeller exclusivity objection (1.0); call with S. Gershowitz regarding plan issues (.3); call with R. Liquori regarding plan distribution issues (.3); | 2.60  | 1150.00 | $2,990.00  |
| 01/09/2023 | MSP | PD | Email exchange with John W. Lucas re:  exclusivity motion.                                                                                                                        | 0.10  | 1295.00 | $129.50    |
| 01/09/2023 | MSP | PD | Email exchange with John W. Lucas, J. Amala, G. Novod, James I. Stang, et al. re:  claim allocation proposal.                                                                     | 0.20  | 1295.00 | $259.00    |
| 01/09/2023 | MSP | PD | Email exchange with S. Landgraber, John W. Lucas, J. Weber, et al. re:  Navy Yard broker, Cushman & Wakefield etc.                                                                | 0.20  | 1295.00 | $259.00    |
| 01/09/2023 | MSP | PD | Email exchange with John W. Lucas, M. Levi et al. re:  exclusivity extension motion and order.                                                                                    | 0.20  | 1295.00 | $259.00    |
| 01/09/2023 | MSP | PD | Email with John W. Lucas re:  Plan issues.                                                                                                                                        | 0.20  | 1295.00 | $259.00    |
| 01/09/2023 | JWL | PD | Call with J. Weber regarding Rockefeller exclusivity objection and next steps (.3); call with Rock Creek regarding trustee selection (.3); call with B. Michaelson regarding same (.2); email to Madison counsel regarding trustee selection and broker issues (.3); | 1.10  | 1150.00 | $1,265.00  |
| 01/11/2023 | MSP | PD | Attention to Navy Yard issues (.3); email exchange with J. Weber, John W. Lucas, et al. re:  same (.10).                                                                          | 0.40  | 1295.00 | $518.00    |
| 01/12/2023 | JIS | PD | Review G. Novod memo regarding open plan issues.                                                                                                                                 | 0.40  | 1695.00 | $678.00    |
| 01/12/2023 | MSP | PD | Email exchange with S. Landgraber, John W. Lucas re:  Navy Yard provisions.                                                                                                      | 0.10  | 1295.00 | $129.50    |
| 01/12/2023 | MSP | PD | Email exchange with J. Weber, John W. Lucas et al. re:  resolution of exclusivity extension.                                                                                     | 0.10  | 1295.00 | $129.50    |
| 01/12/2023 | MSP | PD | Email with John W. Lucas re:  incorporation of plan term sheet in plan.                                                                                                          | 0.10  | 1295.00 | $129.50    |
| 01/12/2023 | MSP | PD | Email exchange with John W. Lucas, G. Novod, et al. re:  pursuit of insurance, allocation etc, (.1); review revised proposed protocol (.20).                                     | 0.30  | 1295.00 | $388.50    |
| 01/12/2023 | JWL | PD | Prepare for call with state court counsel regarding distribution allocation issues (.5); attend call regarding the same (.9); review and revise allocation protocol (1.1);       | 2.50  | 1150.00 | $2,875.00  |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162   -00004

Page:   11

Invoice 131796

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2023 | MSP | PD | Email exchange with John W. Lucas, J. Weber, et al. re:  revisions to Plan. | 0.10 | 1295.00 | $129.50 |
| 01/14/2023 | MSP | PD | Email exchange with John W. Lucas, M. Levi, et al. re:  Committee comments on Plan. | 0.10 | 1295.00 | $129.50 |
| 01/16/2023 | JIS | PD | Email J. Lucas re update on case status, including allocation meetings. | 0.10 | 1695.00 | $169.50 |
| 01/16/2023 | MSP | PD | Email exchange with John W. Lucas, et al. re: meeting to discuss allocation. | 0.10 | 1295.00 | $129.50 |
| 01/17/2023 | MSP | PD | Email exchange with John W. Lucas et al. re: meeting to discuss allocation. | 0.10 | 1295.00 | $129.50 |
| 01/18/2023 | GNB | PD | Analyze information for survivor trust. | 0.20 | 975.00 | $195.00 |
| 01/18/2023 | GNB | PD | Two telephone conferences (.1 and .2) with Sophia Lee regarding analysis of claims for allocation protocol. | 0.30 | 975.00 | $292.50 |
| 01/18/2023 | GNB | PD | Review proof of claim for allocation protocol. | 0.10 | 975.00 | $97.50 |
| 01/18/2023 | GNB | PD | Attend video conference call with state court counsel regarding survivor trust (partial attendance). | 1.60 | 975.00 | $1,560.00 |
| 01/18/2023 | GNB | PD | Email with John W. Lucas regarding allocation protocol. | 0.10 | 975.00 | $97.50 |
| 01/18/2023 | MSP | PD | Telephone call with John W. Lucas re:  pending plan issues, etc. | 0.20 | 1295.00 | $259.00 |
| 01/18/2023 | MSP | PD | Review exclusivity extension order. | 0.10 | 1295.00 | $129.50 |
| 01/18/2023 | MSP | PD | Attention to claims and distribution issues, protocol, etc. (.3); email exchange with Gillian N. Brown, John W. Lucas, et al. re: same (.10). | 0.40 | 1295.00 | $518.00 |
| 01/18/2023 | JWL | PD | Call with G. Galardi regarding settlement (.5); call with M. Pagay regarding revising plan (.2); review and revise plan (1.0); prepare for (.5) and have call with counsel to committee members regarding allocation (2.0); revise allocation protocol for abuse class (.6); | 4.80 | 1150.00 | $5,520.00 |
| 01/19/2023 | MSP | PD | Email exchange with John W. Lucas, Committee members re:  distribution protocol. | 0.10 | 1295.00 | $129.50 |
| 01/19/2023 | JWL | PD | Call with A. Kornberg regarding plan (.4); | 0.40 | 1150.00 | $460.00 |
| 01/20/2023 | IAWN | PD | Review language for plan | 0.20 | 1395.00 | $279.00 |
| 01/20/2023 | IAWN | PD | Telephone call with J. Lucas re plan | 0.10 | 1395.00 | $139.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    12
Madison Square BGC O.C.C.                                            Invoice 131796
54162    -00004                                                     January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/20/2023 | JIS | PD | Committee call regarding allocation protocol. | 1.40 | 1695.00 | $2,373.00 |
| 01/20/2023 | JWL | PD | Call with committee and counsel regarding distribution protocol (1.4); call with S. Gershowitz re same (.5); revise plan re committee changes (2.1); | 4.00 | 1150.00 | $4,600.00 |
| 01/22/2023 | JWL | PD | Review and revise plan per term sheet and allocation protocol (2.2); | 2.20 | 1150.00 | $2,530.00 |
| 01/23/2023 | MSP | PD | Email with John W. Lucas re:  review of Plan and Disclosure Statement. | 0.60 | 1295.00 | $777.00 |
| 01/24/2023 | MSP | PD | Email exchange with John W. Lucas re:  review of disclosure statement. | 0.10 | 1295.00 | $129.50 |
| 01/24/2023 | MSP | PD | Review Plan draft. | 2.80 | 1295.00 | $3,626.00 |
| 01/24/2023 | JWL | PD | Call with J. Weber regarding plan (.5); review and revise solicitation motion (2.0); | 2.50 | 1150.00 | $2,875.00 |
| 01/27/2023 | MSP | PD | Email exchange with James I. Stang, John W. Lucas, Iain Nasatir, Gillian N. Brown re:  Debtor's revised Plan. | 0.30 | 1295.00 | $388.50 |
| 01/27/2023 | MSP | PD | Review revised Plan (.3); email exchange with M. Levi, John W. Lucas, Iain Nasatir, et al. re:  same (.10). | 0.40 | 1295.00 | $518.00 |
| 01/27/2023 | JWL | PD | Initial review of Debtor's changes to plan (.5); | 0.50 | 1150.00 | $575.00 |
| 01/30/2023 | IAWN | PD | Exchange emails with J. Lucas re federal check | 0.10 | 1395.00 | $139.50 |
| 01/30/2023 | MSP | PD | Email exchange with John W. Lucas, Iain Nasatir, et al. re:  disposition of insurance reimbursement check. | 0.10 | 1295.00 | $129.50 |
| 01/30/2023 | JWL | PD | Email with J. Stang regarding plan status (.4); call with J. Weber regarding same (.3); | 0.70 | 1150.00 | $805.00 |
| 01/31/2023 | JWL | PD | Call with S. Gershowitz regarding plan issues (.6); call with G. Novod regarding plan issues (.3); | 0.90 | 1150.00 | $1,035.00 |
| | | | | **42.00** | | **$50,746.50** |

## Ret. of Prof./Other

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2023 | GNB | RPO | Review Andrea Schwartz's edits to Debtor's proposed order on application to employ Epiq pursuant to Section 327(a); Email with Miriam Levi regarding same. | 0.10 | 975.00 | $97.50 |
| 01/04/2023 | GNB | RPO | Draft email to Liza Ebanks regarding outstanding | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP                              Page:    13
Madison Square BGC O.C.C.                                      Invoice 131796
54162    -00004                                               January 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | application to employ Dundon Advisers LLC (.2); Email with PSZJ regarding UST no objection signature line (.1); Email Andrea B. Schwartz and Tara Tiantian regarding same (.1). |  |  |  |
| 01/04/2023 | GNB | RPO | Email Matthew Dundon, Tabish Rizvi, and Matthew Whalen regarding status of Dundon Advisers LLCs's employment application. | 0.10 | 975.00 | $97.50 |
| 01/04/2023 | BDD | RPO | Revisions to Dundon proposed retention order and emails G. Brown re same. | 0.20 | 545.00 | $109.00 |
| 01/08/2023 | GNB | RPO | Review order granting Dundon Advisers' employment application; Email Dundon Advisers regarding same; Email Andrea Schwartz and Tara Tiantian regarding same. | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **0.90** |  | **$791.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                  **$77,669.00**

Pachulski Stang Ziehl & Jones LLP                                      Page:     14
Madison Square BGC O.C.C.                                             Invoice 131796
54162    -00004                                                      January 31, 2023

---

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/30/2022 | RS | Research [E106] PA SOS Corp Document, L. Forrester | 6.00 |
| 10/13/2022 | RS | Research [E106] Insdata, Inv. ce3e01, Century Indemnity Fin for IAWN, L. Forrester | 4.25 |
| 01/06/2023 | FE | 54162.00004 FedEx Charges for 01-06-23 | 24.86 |
| 01/06/2023 | FE | 54162.00004 FedEx Charges for 01-06-23 | 24.86 |
| 01/06/2023 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 01/10/2023 | FE | 54162.00004 FedEx Charges for 01-10-23 | 25.33 |
| 01/10/2023 | FE | 54162.00004 FedEx Charges for 01-10-23 | 25.33 |
| 01/20/2023 | FE | 54162.00004 FedEx Charges for 01-20-23 | 25.12 |
| 01/20/2023 | PO | LA Postage Charges | 8.64 |
| 01/20/2023 | RE | ( 82 @0.10 PER PG) | 8.20 |
| 01/31/2023 | OS | Everlaw, Inv. 73701, Madison database for the month of January 2023 | 500.00 |
| 01/31/2023 | PAC | Pacer - Court Research | 1.00 |

**Total Expenses for this Matter**                                     **$654.69**

Pachulski Stang Ziehl & Jones LLP                                    Page:    15
Madison Square BGC O.C.C.                                           Invoice 131796
54162    -00004                                                    January 31, 2023

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **01/31/2023**

| | |
|---|---|
| **Total Fees** | **$77,669.00** |
| **Total Expenses** | **654.69** |
| **Less Courtesy Discount** | **$20,129.00** |
| **Total Due on Current Invoice** | **$58,194.69** |

**Outstanding Balance from prior invoices as of**    **01/31/2023**    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130635 | 07/31/2022 | $127,920.00 | $291.19 | $35,817.60 |
| 130861 | 08/31/2022 | $198,760.00 | $4,027.47 | $55,652.80 |
| 131167 | 09/30/2022 | $134,060.00 | $1,599.53 | $37,536.80 |
| 131231 | 10/31/2022 | $173,320.00 | $3,451.38 | $48,529.60 |
| 131456 | 11/30/2022 | $124,590.00 | $4,111.19 | $34,090.00 |
| 131587 | 12/31/2022 | $94,200.00 | $742.39 | $94,942.39 |

**Total Amount Due on Current and Prior Invoices:**                **$364,763.88**