Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**SEVENTH MONTHLY FEE STATEMENT OF**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR**
**FOR PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* June 29, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Monthly Fees Incurred: | $251,232.77 |
| 20% Holdback: | $50,246.55 |
| Total Compensation Less 20% Holdback: | $200,986.22 |
| Monthly Expenses Incurred: | $2,059.91 |
| Total Fees and Expenses Due: | $203,046.13 |

This is a: __X__ monthly _____ interim _____final    application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [Docket No. 121] (the "Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

for the above-captioned debtor and debtor in possession (collectively, the "Debtor") hereby submits this seventh monthly fee statement (the "Seventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from January 1, 2023 through January 31, 2023 (the "Seventh Monthly Fee Period"). By this Seventh Monthly Fee Statement, Paul, Weiss seeks payment in the amount of $203,046.13, which is comprised of (i) $200,986.22, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Seventh Monthly Fee Period, and (ii) reimbursement of $2,059.91, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services, subject in each case to certain voluntary reductions.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with this chapter 11 case during the Seventh Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Paul, Weiss attorneys during the Seventh Monthly Fee Period is approximately $1,324.65. The blended hourly rate of legal assistants during the Seventh Monthly Fee Period is approximately $351.50.[3]

2.      Attached as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Seventh Monthly Fee Period.

---

[3]    In addition to the 7.5% discount to its standard hourly rates pursuant to the Retention Order, Paul, Weiss is also providing a further voluntary reduction in fees in the amount of $25,562.50 incurred during the Seventh Monthly Fee Period.

3.      Attached as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Seventh Monthly Fee Period.

4.      Attached as **Exhibit D** is itemized time detail of Paul, Weiss professionals for the Seventh Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

5.      Notice of this Seventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian and Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Andrew M. Parlen, and John T. Weber); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas, and Gillian N. Brown).

6.      Objections to this Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon Paul, Weiss and the other Notice Parties so as to be received no later than **fifteen (15) days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no Objections to this Seventh Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.      If an Objection to this Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Seventh Monthly

Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and

disbursements in the percentages set forth above.  To the extent such an Objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be heard by the Court.

New York, New York
Dated:  February 21, 2023

*/s/ Alan. W. Kornberg*

Alan W. Kornberg, Esq.
Andrew M. Parlen, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
akornberg@paulweiss.com
aparlen@paulweiss.com
wclareman@paulweiss.com
jweber@paulweiss.com

*Counsel to the Debtor and Debtor in Possession*

## Exhibit A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Standard Hourly Rate ($) | 7.5% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|---|
| Alan W. Kornberg | Partner | Of Counsel | 1978 | 2,025.00 | 1,873.13 | 11.10 | 20,791.65 |
| John T. Weber | Partner | Restructuring | 2013 | 1,605.00 | 1,484.62 | 76.60 | 113,722.25 |
| **Total Partners and Counsel:** | | | | | | **#87.70** | **$134,513.90** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | 7.5% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| David G. Winter | Litigation | 2016 | | | 13.00 | 15,392.00 |
| Miriam M. Levi | Restructuring | 2018 | 1,210.00 | 1,119.25 | 47.50 | 53,164.23 |
| Shafaq Hasan | Restructuring | 2020 | 1,135.00 | 1,049.87 | 22.50 | 23,622.17 |
| Tyler Zelinger | Restructuring | 2021 | 1,040.00 | 962.00 | 23.50 | 22,607.22 |
| **Total Associates:** | | | | | **#106.50** | **$114,785.62** |

| Name of Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | 7.5% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Julia Hossain | 380.00 | 351.50 | 5.50 | 1,933.25 |
| **Total Paralegals and Other Non-Legal Staff:** | | | **#5.50** | $1,933.25 |

| PROFESSIONALS | 7.5% DISCOUNTED BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,646.44 | 87.70 | 134,513.90 |
| Associates | 1,077.80 | 106.50 | 114,785.62 |
| Paralegals/Non-Legal Staff | 351.50 | 5.50 | 1,933.25 |
| Blended Attorney Rate | 1,324.65 | 188.20 | 249,299.52 |
| **Total Fees Incurred** | | **#199.70** | **$251,232.77** |

**Exhibit B**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**[4]

| Task Code | Project Category | Total Hours | Total Fees ($) |
|-----------|------------------|-------------|----------------|
| 701 | Case Administration | 15.00 | 15,014.11 |
| 702 | Asset Analysis and Recovery | 11.80 | 15,398.45 |
| 703 | Asset Disposition/Sale Transaction | 6.00 | 6,076.53 |
| 705 | Fee/Employment Applications | 9.60 | 13,591.48 |
| 708 | Claims Administration and Objections | 15.30 | 16,877.52 |
| 709 | Plan and Disclosure Statement | 111.40 | 146,962.55 |
| 710 | Litigation | 14.60 | 17,180.02 |
| 711 | Court Hearings | 9.10 | 10,826.65 |
| 712 | Cash Collateral/DIP Financing/Exit Financing | 1.50 | 2,226.93 |
| 715 | Creditor Inquiries | 1.70 | 1,902.72 |
| 716 | Corporate Governance and Board Matters | 3.70 | 5,175.81 |
|  | **TOTAL** | **199.70** | **$251,232.77** |

---

[4] Exhibit B reflects the fee amounts after the application of the 7.5% discount.

**<u>Exhibit C</u>**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD**
**FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Expenses Category | Total Expenses ($) |
|---|---|
| Information Retrieval Services | 1,679.04 |
| Reporting Services | 278.30 |
| Miscellaneous | 102.57 |
| **TOTAL** | **$2,059.91** |

**<u>Exhibit D</u>**

**Itemized Time Detail**

Madison Square Boys & Girls Club Inc.
250 Bradhurst Avenue
New York, NY 10039
Tim McChristian

NEW YORK ____February 21, 2023____

PLEASE SEND YOUR REMITTANCE TO

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

*Ref:* 1428267

IN ACCOUNT WITH

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP          *Taxpayer ID# 13-1662105*

FOR PROFESSIONAL SERVICES rendered through January 31, 2023 in connection with Madison Square - Chapter 11 Cases.          $ 271,603.00

Less 7.5% discount          (20,370.23)

Subtotal:          $ 251,232.77

Disbursements and other charges posted through January 31, 2023:

| | | |
|---|---|---|
| Corporate Services | 102.57 | |
| Information Retrieval Services | 1,679.04 | |
| Reporting | 278.30 | 2,059.91 |

**Total Amount Due:**          **$ 253,292.68**

PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
ACCOUNT NO. 0652-6767 AT CITIBANK, N.A., 111 WALL STREET, NEW YORK, NY 10005
ABA NO. 021-000089 : SWIFT CODE CITIUS33
CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE INVOICED LATER

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Invoice #: 1428267**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Date: 02/21/2023**

**TIME SUMMARY**

| Name | | Dept | Title | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Weber, John | | Rstr | Partner | 01/03/23 | 01/31/23 | 76.60 |
| Kornberg, Alan W | | Rstr | Of Counsel | 01/02/23 | 01/30/23 | 11.10 |
| Hasan, Shafaq | | Rstr | Associate | 01/02/23 | 01/31/23 | 22.50 |
| Levi, Miriam M. | | Rstr | Associate | 01/03/23 | 01/31/23 | 47.50 |
| Winter, Daniel G. | | Lit | Associate | 12/19/22 | 01/26/23 | 13.00 |
| Zelinger, Tyler F | | Rstr | Associate | 01/03/23 | 01/31/23 | 23.50 |
| Non-Legal Support | | | | | | 5.50 |
| | | | | | **TOTAL** | **199.70** |

**TIME DETAIL**

| Name | Dept | Title | Date | Task | Description | Hours |
|---|---|---|---|---|---|---|
| Levi, Miriam M. | Rstr | Associate | 01/03/23 | 701 | Prepare for and attend weekly team call (.6); review cash management order and correspond re same (.2). | 0.80 |
| Hossain, Julia | Rstr | Paralegal | 01/03/23 | 701 | Prepare order and notice for sixth interim cash management motion (.5); e-file notice of presentment (.3); coordinate service of same (.2). | 1.00 |
| Hasan, Shafaq | Rstr | Associate | 01/03/23 | 701 | Attend weekly advisor meeting. | 0.60 |
| Weber, John | Rstr | Partner | 01/03/23 | 701 | Prepare for and participate in teleconference with PW team re matter status, open workstreams and next steps. | 0.50 |
| Hasan, Shafaq | Rstr | Associate | 01/05/23 | 701 | Review, revise WIP and circulate to PW team. | 0.50 |
| Hossain, Julia | Rstr | Paralegal | 01/06/23 | 701 | Prepare CNO for monthly fee statement (.4); file CNO (.2); coordinate service of same (.4). | 1.00 |
| Weber, John | Rstr | Partner | 01/10/23 | 701 | Review, revise notice re modified exclusivity extension order (.2); correspond with M. Levi re finalizing and filing same (.1); review, revise hearing agenda and correspond with M. Levi re same finalizing and filing same (.4). | 0.70 |
| Hossain, Julia | Rstr | Paralegal | 01/10/23 | 701 | File notice of proposed order and coordinate service (.4); file agenda and coordinate service (.4). | 0.80 |
| Hossain, Julia | Rstr | Paralegal | 01/12/23 | 701 | Review, revise amended agenda (.3); file amended agenda and coordinate service (.4). | 0.70 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/12/23 | 701 | Emails to and from J. Weber re resolution of U.S. Trustee objections to fee applications. | 0.20 |
| Levi, Miriam M. | Rstr | Associate | 01/12/23 | 701 | Review, revise exclusivity and fee application orders (.5); emails re same (.2). | 0.70 |
| Weber, John | Rstr | Partner | 01/13/23 | 701 | Review, revise audit narrative (.4); correspond with M. Levi re same (.1). | 0.50 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/13/23 | 701 | Emails to and from PW team re next outreach to Charities Bureau re Clubhouse sale under Plan. | 0.10 |
| Levi, Miriam M. | Rstr | Associate | 01/16/23 | 701 | Emails re diligence request. | 0.20 |
| Weber, John | Rstr | Partner | 01/18/23 | 701 | Prepare for and participate in office conference with PW team re matter status and key workstreams. | 0.50 |
| Hasan, Shafaq | Rstr | Associate | 01/18/23 | 701 | Attend weekly adviser meeting. | 0.50 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**                    **Invoice #: 1428267**

**Matter: 00002 Madison Square - Chapter 11 Cases**                    **Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Zelinger, Tyler F | Rstr | Associate | 01/18/23 | 701 | Attend, participate in call with PW team re workstreams. | 0.50 |
| Levi, Miriam M. | Rstr | Associate | 01/18/23 | 701 | Prepare for and attend weekly call. | 0.50 |
| Levi, Miriam M. | Rstr | Associate | 01/19/23 | 701 | Review, revise NYC email (.1); correspondence re same (.3); conduct research re UCC NY (.2); emails re same (.1); review, revise case calendar (.2). | 0.90 |
| Hossain, Julia | Rstr | Paralegal | 01/20/23 | 701 | Circulate filing version of Paul Weiss' monthly fee statement (.2); coordinate service of fee statements (.2). | 0.40 |
| Zelinger, Tyler F | Rstr | Associate | 01/23/23 | 701 | Attend and participate in call with PW team re workstreams related to plan review and next steps. | 0.60 |
| Weber, John | Rstr | Partner | 01/23/23 | 701 | Prepare for, participate in teleconference with PW team re matter status and next steps. | 0.50 |
| Hasan, Shafaq | Rstr | Associate | 01/23/23 | 701 | Attend weekly WIP meeting. | 0.50 |
| Zelinger, Tyler F | Rstr | Associate | 01/24/23 | 701 | Prepare for, attend and participate in meeting with PW team re Plan workstreams and next steps. | 0.60 |
| Weber, John | Rstr | Partner | 01/24/23 | 701 | Office conference with PW team re matter status and next steps . | 0.40 |
| Hasan, Shafaq | Rstr | Associate | 01/24/23 | 701 | Attend advisor call. | 0.40 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/24/23 | 701 | Attend weekly team meeting to review status of various work streams. | 0.40 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/06/23 | 702 | Review proposed declaration for Hayden forwarded by Pachulski relating to search for insurance documents. | 0.10 |
| Levi, Miriam M. | Rstr | Associate | 01/10/23 | 702 | Emails re insurance discovery. | 0.30 |
| Weber, John | Rstr | Partner | 01/13/23 | 702 | Correspond with T. McChristian re NYC grants (.3); confer with M. Levi re NYC grant issues and conduct preliminary research re same (.9). | 1.20 |
| Zelinger, Tyler F | Rstr | Associate | 01/17/23 | 702 | Call with M. Levi re 525(a) discrimination (.1); research case law re same (2.4); draft summary re same (.1); correspond with M. Levi re same (.5). | 3.10 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/17/23 | 702 | Review correspondence from Chubb concerning reimbursement of past due attorneys fees. | 0.20 |
| Weber, John | Rstr | Partner | 01/17/23 | 702 | Correspond with M. Levi, S. Greenspan and W. Clareman re payment from Chubb re defense costs (.3); review, analyze correspondence from S. Greenspan re assessment of payment (.4); review, analyze research re section 525 discrimination and the EDC grant withdrawal (1.2); correspond with T. Zelinger and M. Levi re same and follow-up research items re section 525 limitations (.4); review, revise proposed letter to EDC re 525 issues and status of chapter 11  (.4). | 2.70 |
| Levi, Miriam M. | Rstr | Associate | 01/17/23 | 702 | Prepare for and attend call with T. Zelinger re city grant research (.2); prepare email to NYC re same (.3); call with R. Chiu re same (.2); review research re same (.2); emails re insurance reimbursement (.2). | 1.10 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**　　　　　　　**Invoice #: 1428267**

**Matter: 00002 Madison Square - Chapter 11 Cases**　　　　　　　　　**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Weber, John | Rstr | Partner | 01/18/23 | 702 | Correspond with S. Greenspan re Chubb reimbursement (.3); prepare update to Committee professionals re same (.6); review and revise correspondence with EDC re grant issues (.6). | 1.50 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/19/23 | 702 | Emails to and from S. Greenspan re recent payments of defense costs by Chubb. | 0.20 |
| Weber, John | Rstr | Partner | 01/19/23 | 702 | Correspond with M. Levi re EDC and section 525 research (.4); further review and revise letter to EDC re same (.2). | 0.60 |
| Levi, Miriam M. | Rstr | Associate | 01/20/23 | 702 | Review research re UCC NY and emails re same (.2); emails re case calendar (.1). | 0.30 |
| Weber, John | Rstr | Partner | 01/25/23 | 702 | Correspond with T. McChristian re status of discussions with EDC re pending grants. | 0.30 |
| Levi, Miriam M. | Rstr | Associate | 01/31/23 | 702 | Correspond with Pillsbury re Chubb reimbursement. | 0.20 |
| Levi, Miriam M. | Rstr | Associate | 01/03/23 | 703 | Correspondence re NYAG letter (.1); review and revise same (.2). | 0.30 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/03/23 | 703 | Review emails from Pachulski and J. Weber re proposed meeting between Cushman and Wakefield and Island Dundon. | 0.10 |
| Hasan, Shafaq | Rstr | Associate | 01/06/23 | 703 | Review, revise letter to NY AG re status update of case. | 0.70 |
| Weber, John | Rstr | Partner | 01/09/23 | 703 | Correspond with J. Lucas re broker engagement letter re clubhouse sale transaction. | 0.20 |
| Zelinger, Tyler F | Rstr | Associate | 01/09/23 | 703 | Research NY state law requirements applicable to sale of all or substantially all assets of non-profit entity, draft summary re same (4.5); and correspond with M. Levi re same (.2). | 4.70 |
| Levi, Miriam M. | Rstr | Associate | 01/03/23 | 705 | Review, revise Epiq order and correspond re same (.5); call with UST re same (.4). | 0.90 |
| Levi, Miriam M. | Rstr | Associate | 01/06/23 | 705 | Emails re fee applications. | 0.20 |
| Weber, John | Rstr | Partner | 01/09/23 | 705 | Correspond with M. Levi re UST objections to fee applications and potential adjournment of hearing on same. | 0.20 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/10/23 | 705 | Review correspondence from US Trustee's office re first interim fee applications. | 0.10 |
| Weber, John | Rstr | Partner | 01/10/23 | 705 | Review materials re UST comments to PW First Interim Fee Application and prepare response to UST (2.0); correspond with A. Kornberg, M. Levi and A. Parlen re same (.4); confer with S. Hasan and M. Levi re expense detail (.3); revise and circulate response to UST (.4); review, analyze research re holdback allowance (.8). | 3.90 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Invoice #: 1428267**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Weber, John | Rstr | Partner | 01/11/23 | 705 | Correspond with J. Lucas and A. Schwartz re fee application (.2); prepare for and participate in teleconference with A. Schwartz to negotiate resolution re fee applications (.6); conduct research re holdback payment in SDNY (1.4); correspond with A. Kornberg and A. Parlen re same; further consider and assess authorities re same (.9); prepare correspondence re resolution of holdback issue (.4). | 3.50 |
| Hossain, Julia | Rstr | Paralegal | 01/11/23 | 705 | File supplemental conflicts declaration and coordinate service. | 0.40 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/11/23 | 705 | Meeting with J. Weber to discuss handling of next day's fee hearing (.2); emails throughout the day from J. Weber and A. Schwartz re objections to payment of holdback amounts (.2). | 0.40 |
| Levi, Miriam M. | Rstr | Associate | 01/05/23 | 708 | Review, revise claims objection. | 1.00 |
| Zelinger, Tyler F | Rstr | Associate | 01/05/23 | 708 | Review, revise claims objection. | 1.20 |
| Zelinger, Tyler F | Rstr | Associate | 01/09/23 | 708 | Correspond with M. Levi re need for declarations in connection with claims objections (.2); review, summarize precedents re same (1.1). | 1.30 |
| Levi, Miriam M. | Rstr | Associate | 01/09/23 | 708 | Review, revise RU claim objection (1.4); research re same (.5). | 1.90 |
| Levi, Miriam M. | Rstr | Associate | 01/10/23 | 708 | Review, revise claims objection (.5); research re same (.6). | 1.10 |
| Levi, Miriam M. | Rstr | Associate | 01/13/23 | 708 | Review, revise claims objection (1.3); review markup of same (.3); emails re same (.2); research re same (.5). | 2.30 |
| Levi, Miriam M. | Rstr | Associate | 01/16/23 | 708 | Review, revise objection (.5); emails re same (.2); research re same (.5). | 1.20 |
| Levi, Miriam M. | Rstr | Associate | 01/18/23 | 708 | Review comments to claims objection (.1); review, revise same (.2). | 0.30 |
| Levi, Miriam M. | Rstr | Associate | 01/19/23 | 708 | Review T. Zelinger research re claim objection (.1); emails re same (.1). | 0.20 |
| Levi, Miriam M. | Rstr | Associate | 01/25/23 | 708 | Correspondence re objection research. | 0.20 |
| Weber, John | Rstr | Partner | 01/26/23 | 708 | Teleconference re RU objection and updating draft of same. | 0.40 |
| Levi, Miriam M. | Rstr | Associate | 01/26/23 | 708 | Prepare for and attend call with FK re claims objection (.7) | 0.70 |
| Levi, Miriam M. | Rstr | Associate | 01/27/23 | 708 | Review, revise claims objection (1.4); research re same (.6). | 2.00 |
| Levi, Miriam M. | Rstr | Associate | 01/30/23 | 708 | Review, revise objection (1.0); emails re same (.2). | 1.20 |
| Levi, Miriam M. | Rstr | Associate | 01/31/23 | 708 | Review comments to objection and emails re same. | 0.30 |
| Hasan, Shafaq | Rstr | Associate | 01/02/23 | 709 | Research re exculpation clauses. | 3.00 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/02/23 | 709 | Emails to and from M. Hershman re draft letter to Charities Bureau. | 0.10 |
| Zelinger, Tyler F | Rstr | Associate | 01/03/23 | 709 | Attend and participate in call with PW team re workstreams related to plan and disclosure statement filing, and claim objections. | 0.60 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Hasan, Shafaq | Rstr | Associate | 01/03/23 | 709 | Research exculpation clauses (.8); draft summary of same (.4). | 1.20 |
| Levi, Miriam M. | Rstr | Associate | 01/03/23 | 709 | Review, revise disclosure statement (1.0); emails re same (.2); emails re plan (.2); emails re trust documents (.1); emails re disclosure statement exhibits (.1). | 1.60 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/03/23 | 709 | Emails from T. McChristian and J. Weber re status of draft plan and disclosure statement (.1); emails to and from team re proposed revisions to plan exculpation provisions (.2). | 0.30 |
| Weber, John | Rstr | Partner | 01/03/23 | 709 | Correspond with T. McChristian and A. Kornberg re status update on plan (.2); review analysis re exculpation provisions (.5); correspond with S. Hasan re same (.2); review, revise disclosure statement exhibits (1.7); correspond with UCC counsel re broker re Navy Yard transaction (.3). | 2.90 |
| Zelinger, Tyler F | Rstr | Associate | 01/04/23 | 709 | Review, collate final filed versions of trust documents from precedent cases re Plan structuring research (.9); correspond with M. Levi re same (.2). | 1.10 |
| Levi, Miriam M. | Rstr | Associate | 01/04/23 | 709 | Prepare for, attend call with Teneo re disclosure statement exhibits (.5); review, revise same (1.2). | 1.70 |
| Weber, John | Rstr | Partner | 01/04/23 | 709 | Confer with J. Lucas re plan/disclosure statement (.3); correspond with PW team re modifications to Plan's exculpation provisions re precedent review (.5); update PW team re status of UCC comments to plan/disclosure statement (.3); correspond with S. Greenspan re Plan's document production provisions (.4); review, revise disclosure statement exhibits (1.1); teleconference with Teneo team and M. Levi re liquidation analysis (1.0); follow-up correspondence with M. Levi re same (.2); review, revise draft letter to NYAG re Committee Settlement and sale of Navy Yard under proposed plan (.6). | 4.40 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/04/23 | 709 | Review research memo on scope of exculpation. | 0.10 |
| Levi, Miriam M. | Rstr | Associate | 01/05/23 | 709 | Review exclusivity objection (.2); draft reply (1.3); emails re same (.5). | 2.00 |
| Weber, John | Rstr | Partner | 01/05/23 | 709 | Review, revise Liquidation Analysis (.6); correspond with M. Levi and R. Chiu re same (.2); review, analyze RU objection to exclusivity extension (.6); prepare and circulate outline re reply to same (.9); correspond with M. Levi re same (.2). | 2.50 |
| Hasan, Shafaq | Rstr | Associate | 01/06/23 | 709 | Research re exclusivity extensions (2.2); revise exclusivity reply re same (.4); circulate reply for review (.2). | 2.80 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/06/23 | 709 | Review Rockefeller's objection to the exclusivity motion (.2); review, revise draft reply to Rockefeller objection (.9); meet with team to discuss strategy for dealing with same (.4); review committee comments on reply (.1). | 1.60 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Levi, Miriam M. | Rstr | Associate | 01/06/23 | 709 | Review, revise reply (.7); research re same (.3); attend call re same (.2); emails re same (.6); review and revise liquidation analysis (.5). | 2.30 |
| Weber, John | Rstr | Partner | 01/06/23 | 709 | Prepare for, participate in teleconference re exclusivity hearing (.5); review, revise exclusivity reply to RU objection (1.4); correspond with M. Levi re updating same (.3); correspond with R. Chiu re disclosure statement exhibits (.4); correspond and confer with R. Chiu re call with UCC and Navy Yard Broker (.4); correspond with A. Kornberg and M. Levi re exclusivity reply (.4). | 3.40 |
| Zelinger, Tyler F | Rstr | Associate | 01/09/23 | 709 | Attend call with PW team re exclusivity, research tasks. | 0.40 |
| Weber, John | Rstr | Partner | 01/09/23 | 709 | Prepare for and confer with G. Galardi re exclusivity and plan related matters (.8); correspond with PW team re update on same (.3); correspond with Madison Board and UCC counsel re same (.5); consider and assessment plan related issues re liquidation analysis (.8); prepare for and participate in teleconference with PW team re RU plan issues (.9); prepare for and confer with J. Lucas re exclusivity objection resolution and status of plan/disclosure statement (.4). | 3.70 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/09/23 | 709 | Emails to and from T. McChristian re certain provisions of draft plan (.1); emails to and from J. Weber re preparation of a liquidation analysis (.1); emails to and from J. Weber concerning Rockefeller's objection to exclusivity and related matters (.1); discussions with J. Weber re same (.2); discussions with J. Weber re possible resolution of Rockefeller objection (.4); discussion with G. Galardi re certain allegations in exclusivity objection (.2). | 1.10 |
| Levi, Miriam M. | Rstr | Associate | 01/10/23 | 709 | Review, revise liquidation analysis (.2); research re same (.5). | 0.70 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/10/23 | 709 | Discussions with J Weber re resolution of Rockefeller objection to exclusivity extension (.1); discussion with team re same and related likely confirmation issues (.6). | 0.70 |
| Zelinger, Tyler F | Rstr | Associate | 01/11/23 | 709 | Review, summarize case law, statutes re AG, Court approval of asset sales by non-profits re clubhouse sale under Plan (1.9); draft summary re same and correspond with M. Levi re same (.4). | 2.30 |
| Weber, John | Rstr | Partner | 01/11/23 | 709 | Review, revise exculpation and injunction provisions of Plan. | 0.40 |
| Weber, John | Rstr | Partner | 01/12/23 | 709 | Correspond with Pachulski team re status of plan/disclosure statement (.2); correspond with M. Levi re disclosure statement exhibits and solicitation motion updates (.5). | 0.70 |
| Levi, Miriam M. | Rstr | Associate | 01/13/23 | 709 | Review, revise disclosure statement exhibits (1.0); emails re same (.2). | 1.20 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**       **Invoice #: 1428267**

**Matter: 00002 Madison Square - Chapter 11 Cases**           **Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Kornberg, Alan W | Rstr | Of Counsel | 01/13/23 | 709 | Emails to and from T. McChristian re status of draft plan (.1); emails to and from J. Weber re certain confirmation-related matters (.1). | 0.20 |
| Weber, John | Rstr | Partner | 01/13/23 | 709 | Correspond with J. Lucas re status of plan (.1); correspond with M. Levi re updates to disclosure statement exhibits (.3); correspond with A. Kornberg and W. Clareman re plan discovery related items (.5). | 0.90 |
| Levi, Miriam M. | Rstr | Associate | 01/16/23 | 709 | Review, revise liquidation analysis. | 0.30 |
| Weber, John | Rstr | Partner | 01/17/23 | 709 | Correspond with PW team re expert witness considerations for confirmation evidentiary matters (.4); correspond with M. Levi re Liquidation Analysis (.3). | 0.70 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/18/23 | 709 | Review research memo concerning certain state law issues relating to confirmation (.2); attend team meeting to discuss confirmation process and preparation for potential objections (.5); follow up email to W. Clareman re same (.1); email to R. Eaddy and D. Devine re plan objections (.1); review and comment on draft liquidation analysis (.5); conference call with R. Eaddy and D. Devine to discuss confirmation objections (.5). | 1.90 |
| Zelinger, Tyler F | Rstr | Associate | 01/18/23 | 709 | Research case law re effect of discharge on disallowed contingent claims (.9); discuss same with J. Weber (.2); research case law re 502(j) motions for reconsideration (1.1). | 2.20 |
| Hasan, Shafaq | Rstr | Associate | 01/19/23 | 709 | Draft, revise timeline for confirmation. | 1.20 |
| Zelinger, Tyler F | Rstr | Associate | 01/19/23 | 709 | Review precedent plan re treatment of indirect claims in allocation protocol (.8); summarize and correspond with M. Levi re same (.7). | 1.50 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/19/23 | 709 | Emails to and from D. Devine re plan status (.2); discuss with J. Lucas the status of the committee's comments on the draft plan (.2). | 0.40 |
| Weber, John | Rstr | Partner | 01/19/23 | 709 | Prepare for, participate in teleconference re confirmation strategy issues and discovery matters (.9); review, analyze research re NPCL and asset sales (1.6); correspond with Cushman & Wakefield team re liquidation analysis (.2); prepare for, participate in teleconference with C&W re Liquidation Analysis and expert testimony re confirmation (.5) (partial); correspond with A. Parlen and A. Kornberg re strategy and related plan issues (.7); correspond with T. McChristian re status of plan/disclsoure statement (.3). | 4.30 |
| Levi, Miriam M. | Rstr | Associate | 01/19/23 | 709 | Review, revise liquidation analysis (.3); emails re same (.2). | 0.50 |
| Winter, Daniel G. | Lit | Associate | 01/19/23 | 709 | Review email re timing of draft plan to insurers, Chubb payment and implications re same, research into UCC and application re same. | 1.20 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Kornberg, Alan W | Rstr | Of Counsel | 01/20/23 | 709 | Emails to and from D. Devine re status of Plan and certain matters relating to Rockefeller (.2); review talking points re Rockefeller requested by D. Devine (.1). | 0.30 |
| Hasan, Shafaq | Rstr | Associate | 01/20/23 | 709 | Revise confirmation calendar. | 1.10 |
| Weber, John | Rstr | Partner | 01/20/23 | 709 | Review, analyze mediation settlement re insurance defense cost provisions (.3); review, analyze plan provisions re same (.3); prepare for and confer with A. Parlen re strategy on same (.6); correspond with M. Levi re update to plan re insurance provisions (.2). | 1.40 |
| Weber, John | Rstr | Partner | 01/20/23 | 709 | Review, revise confirmation calendar and consider discovery schedule re same (1.5); correspond with W. Clareman and M. Levi re same (.4); consider declarations in support of confirmation and preparation of same (.5). | 2.40 |
| Levi, Miriam M. | Rstr | Associate | 01/20/23 | 709 | Review, revise liquidation analysis. | 0.20 |
| Zelinger, Tyler F | Rstr | Associate | 01/22/23 | 709 | Review, analyze draft of Plan and update per comments from J. Weber. | 0.20 |
| Levi, Miriam M. | Rstr | Associate | 01/23/23 | 709 | Review plan markup (.5); emails re same (.2); call re same (.5); review and revise same (3.5). | 4.70 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/23/23 | 709 | Review initial email from S. Greenspan re committee comments on plan (.1); emails to and from J. Weber and T. McChristian re status and need for a board meeting (.1). | 0.20 |
| Weber, John | Rstr | Partner | 01/23/23 | 709 | Review, analyze summary of plan modifications from M. Levi and provide responses to same (.8); review, revise plan (4.3); review, revise liquidation analysis (.9); correspond with W. Clareman and M. Levi re expert witness issues re plan confirmation (.4); correspond with D. Winters re same (.2); compile and circulate mark-up of plan to PW team (.7); review comments to plan from S. Greenspan re insurance related provisions (.4); correspond with M. Levi re same (.2). | 7.90 |
| Levi, Miriam M. | Rstr | Associate | 01/24/23 | 709 | Review, revise plan (3.0);  emails re same (.4). | 3.40 |
| Weber, John | Rstr | Partner | 01/24/23 | 709 | Continue to review, revise plan (.8); prepare for, participate in office conference with M. Levi re insurance provisions of plan (1.0); prepare for, participate in teleconference with Pillsbury re insurance provisions of plan (1.0); confer with J. Lucas re Plan (.4); correspond with W. Clareman re litigation/confirmation scheduling (.4); review, revise allocation protocol (.6); correspond with M. Levi re plan modifications (.6). | 4.80 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/24/23 | 709 | Review UCC comments to draft plan. | 0.80 |
| Levi, Miriam M. | Rstr | Associate | 01/25/23 | 709 | Review, revise plan (.8); emails re same (.3); draft issued list re same (.2) | 1.70 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|---|---|---|---|---|---|---|
| Weber, John | Rstr | Partner | 01/25/23 | 709 | Review, revise updated draft of plan (1.7); confer with M. Levi re further modifications to plan and next steps (.4); review, revise disclosure statement exhibits and correspond with R. Chiu re same (.7). | 2.80 |
| Weber, John | Rstr | Partner | 01/26/23 | 709 | Review, analyze comments to plan from D. Meyers and respond to same (.7); correspond with G. Galardi re plan (.2); review, revise plan issues list re board update (.5); correspond with A. Parlen re same (.2); correspond with R. Chiu re disclosure statement exhibits (.3); review and revise same (.3); review precedent re 502(d) order plan provisions (.8); correspond and confer with M. Condyles re plan, case timing and NTMC plan provisions (.5); review and revise plan (1.2). | 4.70 |
| Hasan, Shafaq | Rstr | Associate | 01/26/23 | 709 | Review, revise confirmation order. | 0.50 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/26/23 | 709 | Emails to and from J. Weber re dissemination of plan exhibits (.2); review, revise plan issues list (.4); review markup of Committee draft and emails to and from M. Levi re same (.3); review UCC's allocation proposal (.2). | 1.10 |
| Levi, Miriam M. | Rstr | Associate | 01/26/23 | 709 | Emails re confirmation prep. | 0.20 |
| Hasan, Shafaq | Rstr | Associate | 01/27/23 | 709 | Review, revise confirmation order. | 2.70 |
| Weber, John | Rstr | Partner | 01/27/23 | 709 | Correspond with M. Levi re plan (.2); further review, revise plan (1.1); correspond with T. McChristian re plan and next steps with Committee (.3). | 1.60 |
| Levi, Miriam M. | Rstr | Associate | 01/27/23 | 709 | Review, revise plan (.3); correspondence re same (.2). | 0.50 |
| Hasan, Shafaq | Rstr | Associate | 01/30/23 | 709 | Draft, revise confirmation order (.5); review precedent re same (1.0). | 1.50 |
| Levi, Miriam M. | Rstr | Associate | 01/30/23 | 709 | Emails re DS exhibits (.2); emails re DS documents (.2) | 0.40 |
| Weber, John | Rstr | Partner | 01/30/23 | 709 | Confer with M. Levi re next steps re plan (.4); confer with J. Lucas re insurance related matters re Plan (.6); correspond with M. Levi re same (.3). | 1.30 |
| Hasan, Shafaq | Rstr | Associate | 01/31/23 | 709 | Draft, revise confirmation order (2.1); review precedent re same (1.0). | 3.10 |
| Zelinger, Tyler F | Rstr | Associate | 01/31/23 | 709 | Review, revise disclosure statement and correspond with M. Levi re same (1.6); review, revise solicitation motion (.9); discuss same with M. Levi (.2); review and discuss allocation protocol with M. Levi (.5). | 3.20 |
| Levi, Miriam M. | Rstr | Associate | 01/31/23 | 709 | Review revised DS/DS motion (.2); emails re same (.2); review, revise same (.2). | 0.60 |
| Winter, Daniel G. | Lit | Associate | 12/19/22 | 710 | Discussions with W. Clareman re research into FRE 502(d) orders. | 0.20 |
| Winter, Daniel G. | Lit | Associate | 12/23/22 | 710 | Legal research into FRE 502(d) orders (2.0); gather relevant precedents and templates re same (1.0); draft summary email re same (1.3). | 4.30 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Winter, Daniel G. | Lit | Associate | 01/04/23 | 710 | Review email re potential use of FRE 502(d) orders (.6); letter to NYAG re update in case and sale of Navy Yard (.2). | 0.80 |
| Levi, Miriam M. | Rstr | Associate | 01/06/23 | 710 | Attend call re Xclaim discovery request. | 0.50 |
| Weber, John | Rstr | Partner | 01/06/23 | 710 | Teleconference with M. Levi and W. Clareman re Epiq discovery issues re Madison documents e Xlcaim proceeding. | 0.30 |
| Levi, Miriam M. | Rstr | Associate | 01/11/23 | 710 | Attend call re CHF discovery request (.5); draft email re same (.5). | 1.00 |
| Winter, Daniel G. | Lit | Associate | 01/20/23 | 710 | Call with W. Clareman and L. Varga to discuss updates to case and next steps re litigation components of case. | 0.30 |
| Winter, Daniel G. | Lit | Associate | 01/20/23 | 710 | Review and analyze confirmation calendar for relevant litigation scheduling. | 1.00 |
| Hasan, Shafaq | Rstr | Associate | 01/23/23 | 710 | Attend call with Hayden Foundation. | 0.50 |
| Levi, Miriam M. | Rstr | Associate | 01/23/23 | 710 | Call with CHF re discovery request. | 0.50 |
| Winter, Daniel G. | Lit | Associate | 01/23/23 | 710 | Emails with L. Varga re preparation of expert consulting agreements for C&W and review draft re same. | 0.80 |
| Winter, Daniel G. | Lit | Associate | 01/24/23 | 710 | Team call to discuss case status and updates. | 0.40 |
| Winter, Daniel G. | Lit | Associate | 01/24/23 | 710 | Review email re draft 502(d) order. | 0.60 |
| Winter, Daniel G. | Lit | Associate | 01/26/23 | 710 | Review, analyze potential SOL implications of claims against RU (1.0); review relevant materials re same (1.4).; discussions with M. Levi re same (.4). | 2.80 |
| Winter, Daniel G. | Lit | Associate | 01/26/23 | 710 | Call with FK to discuss SOL implications of claims against RU. | 0.60 |
| Hasan, Shafaq | Rstr | Associate | 01/05/23 | 711 | Correspond with court re hearing (.1); correspond with internal PW team re same (.1). | 0.20 |
| Hossain, Julia | Rstr | Paralegal | 01/06/23 | 711 | Prepare and edit hearing agenda for the January 12, 2023 hearing. | 1.00 |
| Levi, Miriam M. | Rstr | Associate | 01/10/23 | 711 | Prepare for hearing. | 0.30 |
| Weber, John | Rstr | Partner | 01/11/23 | 711 | Prepare for hearing re exclusivity motion and interim fee applications (2.3); confer with A. Parlen re same (.4). | 2.70 |
| Hasan, Shafaq | Rstr | Associate | 01/12/23 | 711 | Attend hearing re exclusivity motion and interim fee applications (1.0); revise orders re same (.5). | 1.50 |
| Hossain, Julia | Rstr | Paralegal | 01/12/23 | 711 | Assist with hearing logistics. | 0.20 |
| Weber, John | Rstr | Partner | 01/12/23 | 711 | Prepare for and participate in hearing re exclusivity and interim fee applications (1.5); review, revise proposed orders and coordinate submission to chambers (.4). | 1.90 |
| Levi, Miriam M. | Rstr | Associate | 01/12/23 | 711 | Prepare for, and attend, exclusivity/fee application hearing. | 1.30 |
| Weber, John | Rstr | Partner | 01/18/23 | 712 | Review summit commitment letter and confer with D. Meyers, Summit break-up fee team and next steps. | 0.40 |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Name | Dept | Title | Date | Task | Description | Hours |
|------|------|-------|------|------|-------------|-------|
| Weber, John | Rstr | Partner | 01/25/23 | 712 | Consider and assess treatment of Summit Break-Up Fee. | 0.50 |
| Weber, John | Rstr | Partner | 01/26/23 | 712 | Confer with T. Meyers re summit break-up fee (.4); correspond with D. Meyers re same (.2). | 0.60 |
| Levi, Miriam M. | Rstr | Associate | 01/13/23 | 715 | Emails re EDC grants (.3); calls re same (1.4). | 1.70 |
| Weber, John | Rstr | Partner | 01/06/23 | 716 | Correspond with T. McChristian re board update. | 0.30 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/13/23 | 716 | Emails to and from J. Dold and J. Weber re treatment of proposed settlement in Madison's financial statements. | 0.10 |
| Levi, Miriam M. | Rstr | Associate | 01/18/23 | 716 | Attend call with board members re outreach. | 0.30 |
| Levi, Miriam M. | Rstr | Associate | 01/20/23 | 716 | Draft introductory email for board (.2); emails re same (.1). | 0.30 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/26/23 | 716 | Emails to and from T. McChristian re need for and scheduling of next board meeting. | 0.10 |
| Weber, John | Rstr | Partner | 01/26/23 | 716 | Correspond with T. McChristian re board materials. | 0.10 |
| Weber, John | Rstr | Partner | 01/27/23 | 716 | Correspond with M. Levi re Board materials (.1); review, revise same (.6). | 0.70 |
| Levi, Miriam M. | Rstr | Associate | 01/30/23 | 716 | Draft board talking points. | 0.80 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/30/23 | 716 | Emails to, from D. Devine re potential discussions concerning threatened confirmation objections. | 0.10 |
| Kornberg, Alan W | Rstr | Of Counsel | 01/30/23 | 716 | Emails to, from T. McChristian, J. Weber and M. Levi re agenda for upcoming Board Meeting (.1); follow-up email to and from M. Levi re same (.1). | 0.20 |
| Weber, John | Rstr | Partner | 01/30/23 | 716 | Correspond with T. McChristain and M. Levi re board materials. | 0.20 |
| Weber, John | Rstr | Partner | 01/30/23 | 716 | Correspond with T. McChristian re plan timing and case calendar. | 0.20 |
| Weber, John | Rstr | Partner | 01/31/23 | 716 | Confer with M. Levi re Board meeting and audit issues. | 0.30 |
| | | | | | **TOTAL** | **199.70** |

**Client: 023144 Madison Square Boys & Girls Club, Inc.**  **Invoice #: 1428267**

**Matter: 00002 Madison Square - Chapter 11 Cases**  **Date: 02/21/2023**

**TASK CODE SUMMARY**

| Code | Code Description | Timekeeper | Hours | Amount |
|------|------------------|------------|-------|--------|
| 701 | Case Administration | | | |
| | | John Weber | 3.10 | 4,975.50 |
| | | Alan W Kornberg | 0.70 | 1,417.50 |
| | | Shafaq Hasan | 2.50 | 2,837.50 |
| | | Miriam M. Levi | 3.10 | 3,751.00 |
| | | Tyler F Zelinger | 1.70 | 1,768.00 |
| | | Julia Hossain | 3.90 | 1,482.00 |
| | | **TOTAL** | **15.00** | **16,231.50** |
| 702 | Asset Analysis and  Recovery | | | |
| | | John Weber | 6.30 | 10,111.50 |
| | | Alan W Kornberg | 0.50 | 1,012.50 |
| | | Miriam M. Levi | 1.90 | 2,299.00 |
| | | Tyler F Zelinger | 3.10 | 3,224.00 |
| | | **TOTAL** | **11.80** | **16,647.00** |
| 703 | Asset Disposition / Sale Transaction | | | |
| | | John Weber | 0.20 | 321.00 |
| | | Alan W Kornberg | 0.10 | 202.50 |
| | | Shafaq Hasan | 0.70 | 794.50 |
| | | Miriam M. Levi | 0.30 | 363.00 |
| | | Tyler F Zelinger | 4.70 | 4,888.00 |
| | | **TOTAL** | **6.00** | **6,569.00** |
| 705 | Fee/Employment Applications | | | |
| | | John Weber | 7.60 | 12,198.00 |
| | | Alan W Kornberg | 0.50 | 1,012.50 |
| | | Miriam M. Levi | 1.10 | 1,331.00 |
| | | Julia Hossain | 0.40 | 152.00 |
| | | **TOTAL** | **9.60** | **14,693.50** |
| 708 | Claims Administration and Objections | | | |
| | | John Weber | 0.40 | 642.00 |
| | | Miriam M. Levi | 12.40 | 15,004.00 |
| | | Tyler F Zelinger | 2.50 | 2,600.00 |
| | | **TOTAL** | **15.30** | **18,246.00** |
| 709 | Plan and Disclosure Statement | | | |
| | | John Weber | 50.80 | 81,534.00 |
| | | Alan W Kornberg | 8.80 | 17,820.00 |
| | | Shafaq Hasan | 17.10 | 19,408.50 |

13

**Client: 023144 Madison Square Boys & Girls Club, Inc.**

**Matter: 00002 Madison Square - Chapter 11 Cases**

**Invoice #: 1428267**

**Date: 02/21/2023**

| Code | Code Description | Timekeeper | | Hours | Amount |
|------|------------------|------------|---|-------|--------|
| | | Miriam M. Levi | | 22.00 | 26,620.00 |
| | | Daniel G. Winter | | 1.20 | 1,536.00 |
| | | Tyler F Zelinger | | 11.50 | 11,960.00 |
| | | | TOTAL | **111.40** | **158,878.50** |
| 710 | Litigation | | | | |
| | | John Weber | | 0.30 | 481.50 |
| | | Shafaq Hasan | | 0.50 | 567.50 |
| | | Miriam M. Levi | | 2.00 | 2,420.00 |
| | | Daniel G. Winter | | 11.80 | 15,104.00 |
| | | | TOTAL | **14.60** | **18,573.00** |
| 711 | Court Hearings | | | | |
| | | John Weber | | 4.60 | 7,383.00 |
| | | Shafaq Hasan | | 1.70 | 1,929.50 |
| | | Miriam M. Levi | | 1.60 | 1,936.00 |
| | | Julia Hossain | | 1.20 | 456.00 |
| | | | TOTAL | **9.10** | **11,704.50** |
| 712 | Cash Collateral/DIP Financing/Exit Financing | | | | |
| | | John Weber | | 1.50 | 2,407.50 |
| | | | TOTAL | **1.50** | **2,407.50** |
| 715 | Creditor Inquiries | | | | |
| | | Miriam M. Levi | | 1.70 | 2,057.00 |
| | | | TOTAL | **1.70** | **2,057.00** |
| 716 | Corporate Governance and Board Matters | | | | |
| | | John Weber | | 1.80 | 2,889.00 |
| | | Alan W Kornberg | | 0.50 | 1,012.50 |
| | | Miriam M. Levi | | 1.40 | 1,694.00 |
| | | | TOTAL | **3.70** | **5,595.50** |
| | | | MATTER TOTAL | **199.70** | **271,603.00** |