**Objection Deadline: April 4, 2023**

James I. Stang (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
      inasatir@pszjlaw.com
      jlucas@pszjlaw.com
      mpagay@pszjlaw.com
      gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                         :
In re                        : Chapter 11
                         :
MADISON SQUARE BOYS & GIRLS CLUB,  : Case No. 22-10910-SHL
INC.,[1]
                         :
           Debtor.         :
                         :
-------------------------------------------------------------X

**EIGHTH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional: | Official Committee of Unsecured Creditors |
| Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 16, 2022 |
| Period for which compensation and reimbursement is sought: | February 1, 2023 through February 28, 2023 |
| Monthly Fees Incurred: | $124,826.50 |
| Fee Reduction: | ($34,846.50)[2] |
| Fees (After Reduction): | $89,980.00 |
| 20% Holdback: | $17,996.00 |
| Total Fees Less 20% Holdback: | $71,984.00 |
| Monthly Expenses Incurred: | $778.31 |
| Total Fees and Expenses Due: | $72,762.31 |

This is a __X_ monthly   ____interim   ____final       application


Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order*

*Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to*

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are reduced from standard rates so that attorney time is capped at $900 per hour and paralegal time is capped at $400 per hour. The reduction set forth in this Fee Statement here accounts for the reduction from the following standard rates, as set forth in Exhibit A hereto: J. Stang ($1,695); A. Kornfeld ($1,675); H. Kevane ($1,550); I. Nasatir ($1,395); M. Pagay ($1,295); J. Lucas ($1,150); G. Brown ($975); B. Dassa ($545); P. Jeffries ($545); and M. Matteo ($495).

2

the Official Committee of Unsecured Creditors Effective as of July 16, 2022 [Docket No. 196] (the "PSZJ Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[3] Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this monthly fee statement (the "Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee in this chapter 11 case (the "Case") during the period February 1, 2023 to February 28, 2023 (the "Fee Period").

By this Fee Statement, PSZJ seeks payment in the amount of $72,762.31, comprised of the following: (i) $71,984.00, which is eighty percent (80%) of the total amount of fees incurred for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of $778.31, which is one hundred percent (100%) of actual and necessary expenses that PSZJ incurred in connection with its representation of the Committee during the Fee Period.

## Services Rendered and Expenses Incurred

1.    Attached as **Exhibit A** is a summary of PSZJ's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with this chapter 11 case during the Fee Period, (ii) the year of bar admission for each PSZJ attorney, (iii) the current, standard hourly billing rate for each individual at PSZJ working on this chapter 11 case during the Fee Period,  (iv) the capped hourly rate for those individuals, and (v) the total fees that each individual billed to this Case during the Fee Period at the applicable capped billing rate. The Committee hired PSZJ on the condition that the total fees incurred would be discounted to the extent the blended rate of PSZJ attorneys does not exceed $900.00 per hour. All of the

---

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

PSZJ attorneys who worked on this Case during the Fee Period have standard billing rates in excess of $900.00 per hour. As provided in the PSZJ Retention Order, PSZJ paralegal hourly rates on this Case will not exceed $400.00 per hour. All of the PSZJ paralegals who worked on this Case during the Fee Period have standard billing rates in excess of $400.00 per hour. PSZJ is providing a reduction in attorney and paralegal fees for the Fee Period in the amount of $34,846.50.

2.      Attached as **Exhibit B** is a summary of the services PSZJ rendered during the Fee Period and the compensation it seeks, by project category.

3.      Attached as **Exhibit C** is a summary of expenses that PSZJ incurred during the Fee Period and for which it seeks reimbursement.

4.      Attached as **Exhibit D** is itemized time detail of PSZJ professionals during the Fee Period and summary materials related thereto.

**Notice and Objection Procedures**

5.      Notice of this Fee Statement shall be given by U.S. Mail, or by email where available, upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Mr. Tim McChristian);  (b) Debtor's counsel: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Esq.; Andrew M. Parlen, Esq.; John T. Weber, Esq.; and Miriam Levi, Esq.); and (c) William K. Harrington, United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz, Esq. and Tara Tiantian, Esq.) (the "Notice Parties").

4

6.      Objections to this Fee Statement, if any, must be filed with the Court and served upon PSZJ and the other Notice Parties (set forth at para. 5, above) so as to be received no later than **April 4, 2023** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no Objections to this Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in this Fee Statement.

8.      If an Objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. *See* Interim Compensation Order. To the extent such an Objection is not resolved between PSZJ and the party filing the Objection, the Objection shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 20, 2023                PACHULSKI STANG ZIEHL & JONES LLP

                                     */s/ Gillian N. Brown*
                                     James I. Stang (admitted *pro hac vice*)
                                     Iain A.W. Nasatir
                                     John W. Lucas
                                     Malhar S. Pagay (admitted *pro hac vice*)
                                     Gillian N. Brown
                                     780 Third Avenue, 34th Floor
                                     New York, NY 10017-2024
                                     Tel: 212.561.7700; Fax: 212.561.7777
                                     Emails: jstang@pszjlaw.com
                                              inasatir@pszjlaw.com
                                              jlucas@pszjlaw.com
                                              mpagay@pszjlaw.com
                                              gbrown@pszjlaw.com

                                     *Counsel to the Official Committee of Unsecured Creditors*

5

## **EXHIBIT A**

**Compensation by Professional**

**SUMMARY OF COMPENSATION BY PROFESSIONAL**
**FOR SERVICES RENDERED FOR THE PERIOD**
**FEBRUARY 1, 2023 – FEBRUARY 28, 2023**

| Name of Professional Partners and Counsel | Title | Year Admitted | Standard Hourly Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|---|---|
| James I. Stang | Partner | 1980 | 1,695.00 | 900.00 | 4.80 | 4,320.00 |
| Alan J. Kornfeld | Partner | 1987 | 1,675.00 | 900.00 | 0.60 | 540.00 |
| Henry C. Kevane | Partner | 1986 | 1,550.00 | 900.00 | 0.30 | 270.00 |
| Iain A.W. Nasatir | Partner | 1983 | 1,395.00 | 900.00 | 10.50 | 9,450.00 |
| Malhar S. Pagay | Partner | 1997 | 1,295.00 | 900.00 | 41.90 | 37,710.00 |
| John W. Lucas | Partner | 2005 | 1,150.00 | 900.00 | 26.90 | 24,210.00 |
| Gillian N. Brown | Counsel | 1999 | 975.00 | 900.00 | 11.20 | 10,080.00 |
| **Total Partners and Counsel:** | | | | | **96.20** | **86,580.00** |

| Name of Paralegals and Other Non-Legal Staff | Standard Hourly Billing Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|
| Beth D. Dassa | 545.00 | 400.00 | 4.60 | 1,840.00 |
| Patricia J. Jeffries | 545.00 | 400.00 | 0.40 | 160.00 |
| Mike A. Matteo | 495.00 | 400.00 | 3.50 | 1,400.00 |
| **Total Paralegals:** | | | **8.50** | **3,400.00** |

| ALL PROFESSIONALS | DISCOUNTED/CAPPED BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Attorneys | 900.00 | 96.20 | 86,580.00 |
| Paralegals, Non-Legal Staff | 400.00 | 8.50 | 3,400.00 |
| **Total Hours and Fees Incurred** | | **104.70** | **89,980.00** |

**<u>EXHIBIT B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FEBRUARY 1, 2023 – FEBRUARY 28, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| AD | Asset Disposition | 4.40 | 5,828.00 |
| BL | Bankruptcy Litigation | 10.00 | 9,108.50 |
| CA | Case Administration | 0.10 | 54.50 |
| CO | Claims Admin/Objections | 3.30 | 4,499.50 |
| CP | Compensation of Professionals | 1.20 | 783.00 |
| CPO | Compensation of Professionals/Other | 4.50 | 2,839.50 |
| GC | General Creditors Committee | 8.10 | 9,655.50 |
| PD | Plan & Disclosure Statement | 73.10 | 92,058.00 |
| | **TOTAL** | | $124,826.50 less discount of $34,846.50, for a total of **$89,980.00** |

## **EXHIBIT C**

**Expense Summary**

**AGGREGATE ITEMIZED EXPENSES FOR THE PERIOD**
**FEBRUARY 1, 2023– FEBRUARY 28, 2023**

| Expenses Category | Total Expenses ($) |
|---|---:|
| Bloomberg | 20.00 |
| Federal Express | 76.52 |
| Lexis/Nexis – Legal Research | 59.39 |
| Outside Services | 500.00 |
| Pacer/Court Research | 12.90 |
| Postage | 34.10 |
| Reproduction Expense | 61.80 |
| Reproduction/Copy | 13.60 |
| **TOTAL** | **$778.31** |

**<u>EXHIBIT D</u>**

**Itemized Time Detail for the Fee Period**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Madison Square Boys & Girls Club, Inc.

February 28, 2023
Invoice    131996
Client     54162
Matter     00004
**GNB**

RE:  Committee Representaton

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2023

| | |
|---|---|
| FEES | $124,826.50 |
| EXPENSES | $778.31 |
| LESS COURTESY DISCOUNT | $34,846.50 |
| **TOTAL CURRENT CHARGES** | **$90,758.31** |
| **BALANCE FORWARD** | **$364,763.88** |
| **LAST PAYMENT** | **$68,566.39** |
| **TOTAL BALANCE DUE** | **$386,955.80** |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AJK | Kornfeld, Alan J. | Partner | 1675.00 | 0.60 | $1,005.00 |
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 4.60 | $2,507.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 11.20 | $10,920.00 |
| HCK | Kevane, Henry C. | Partner | 1550.00 | 0.30 | $465.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 1395.00 | 10.50 | $14,647.50 |
| JIS | Stang, James I. | Partner | 1695.00 | 4.80 | $8,136.00 |
| JWL | Lucas, John W. | Partner | 1150.00 | 26.90 | $30,935.00 |
| MAM | Matteo, Mike A. | Paralegal | 495.00 | 3.50 | $1,732.50 |
| MSP | Pagay, Malhar S. | Partner | 1295.00 | 41.90 | $54,260.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 545.00 | 0.40 | $218.00 |
| | | | | 104.70 | $124,826.50 |

Pachulski Stang Ziehl & Jones LLP                              Page:      3
Madison Square BGC O.C.C.                                      Invoice 131996
54162    -00004                                               February 28, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 4.40 | $5,828.00 |
| BL | Bankruptcy Litigation [L430] | 10.00 | $9,108.50 |
| CA | Case Administration [B110] | 0.10 | $54.50 |
| CO | Claims Admin/Objections[B310] | 3.30 | $4,499.50 |
| CP | Compensation Prof. [B160] | 1.20 | $783.00 |
| CPO | Comp. of Prof./Others | 4.50 | $2,839.50 |
| GC | General Creditors Comm. [B150] | 8.10 | $9,655.50 |
| PD | Plan & Disclosure Stmt. [B320] | 73.10 | $92,058.00 |
|  |  | 104.70 | $124,826.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    4

Invoice 131996

February 28, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Bloomberg | $20.00 |
| Federal Express [E108] | $76.52 |
| Lexis/Nexis- Legal Research [E | $59.39 |
| Outside Services | $500.00 |
| Pacer - Court Research | $12.90 |
| Postage [E108] | $34.10 |
| Reproduction Expense [E101] | $61.80 |
| Reproduction/ Copy | $13.60 |
| | $778.31 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    5

Invoice 131996

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 02/02/2023 | MSP | AD | Attention to insurance full payment issue (.8); email exchange with M. Levi, J. Weber, J. Lucas, I. Nasatir, et al. re: same (.10). | 0.90 | 1295.00 | $1,165.50 |
| 02/03/2023 | IAWN | AD | Telephone call with debtor and John Lucas regarding defense reimbursement | 1.00 | 1395.00 | $1,395.00 |
| 02/08/2023 | IAWN | AD | Review debtor emails regarding check endorsement | 0.30 | 1395.00 | $418.50 |
| 02/08/2023 | MSP | AD | Telephone conference with J. Weber, M. Levi, J. Lucas et al. re: Insurance payment, etc. | 0.70 | 1295.00 | $906.50 |
| 02/08/2023 | MSP | AD | Attention to full payment issue (1.3); email exchange with J. Lucas, J. Weber, I. Nasatir, S. Greenspan, et al. re: same (.20). | 1.50 | 1295.00 | $1,942.50 |
| | | | | **4.40** | | **$5,828.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 01/26/2023 | MSP | BL | Email exchange with J. Freeman, Gillian N. Brown, Iain Nasatir, et al. re:  insurance information. | 0.10 | 1295.00 | $129.50 |
| 02/06/2023 | GNB | BL | Email Jillian Dennehy regarding TIG lack of documents responsive to subpoena. | 0.20 | 975.00 | $195.00 |
| 02/06/2023 | GNB | BL | Email Sheila Klug at Church Mutual regarding custodian of records declaration. | 0.10 | 975.00 | $97.50 |
| 02/06/2023 | GNB | BL | Email Todd Jacobs regarding missing Fireman's Fund custodian of records declaration; Email Michael Kotula regarding Riunione di Sicurita''s missing custodian of records declaration. | 0.10 | 975.00 | $97.50 |
| 02/06/2023 | GNB | BL | Email Leslie Davis at Troutman Pepper regarding subpoenas to Allianz Global and Allianz Management. | 0.10 | 975.00 | $97.50 |
| 02/06/2023 | GNB | BL | Supplement tracking chart regarding status of outstanding subpoenas to insurance companies in preparation for handover to Settlement Trustee upon Plan confirmation. | 0.10 | 975.00 | $97.50 |
| 02/06/2023 | MAM | BL | Email to Gillian N. Brown regarding response to TIG Insurance. | 0.10 | 495.00 | $49.50 |
| 02/06/2023 | MAM | BL | Update subpoena tracking chart regarding Gillian N. Brown's response to TIG Insurance. | 0.10 | 495.00 | $49.50 |
| 02/07/2023 | GNB | BL | Email with Michael A. Matteo regarding additional | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Page:      6

Madison Square BGC O.C.C.

Invoice 131996

54162    -00004

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | efforts to serve subpoenas on insurers that have not responded. | | | |
| 02/07/2023 | GNB | BL | Email with Leslie Davis at Troutman Pepper regarding subpoenas to Allianz Global and Allianz Management and email Michael A. Matteo regarding same (.1); Review responses and objections to subpoena from Allianz Global and Allianz Management (.1). | 0.20 | 975.00 | $195.00 |
| 02/07/2023 | MAM | BL | Updates to subpoena tracking chart regarding responses from Gillian N. Brown to open subpoenas. | 0.40 | 495.00 | $198.00 |
| 02/07/2023 | MAM | BL | Research for Gillian N. Brown regarding Magna Carta Companies. | 0.30 | 495.00 | $148.50 |
| 02/07/2023 | MAM | BL | Review letters regarding revised subpoenas to Public Service and Magna Carta. | 0.20 | 495.00 | $99.00 |
| 02/07/2023 | MAM | BL | Revise subpoenas to Public Service and Magna Carta. | 0.30 | 495.00 | $148.50 |
| 02/07/2023 | MAM | BL | Update subpoena tracking chart and virtual file regarding responses from Allianz Global and Resolution Insurance companies. | 0.30 | 495.00 | $148.50 |
| 02/07/2023 | MAM | BL | Review and reply to email from Gillian N. Brown regarding updates to tracking chart with responses from Allianz subpoenas. | 0.10 | 495.00 | $49.50 |
| 02/07/2023 | MAM | BL | Update subpoena tracking chart and virtual file regarding subpoenas to Public Service and Magna Carta. | 0.30 | 495.00 | $148.50 |
| 02/08/2023 | GNB | BL | Email with Michael A. Matteo regarding subpoenas to insurers in receivership. | 0.20 | 975.00 | $195.00 |
| 02/08/2023 | MAM | BL | Review emails and virtual files and reply to email from Gillian N. Brown regarding responses from Troutman firm regarding subpoenas to Allianz insurance companies. | 0.30 | 495.00 | $148.50 |
| 02/08/2023 | MAM | BL | Email to Gillian N. Brown regarding status of service of Magna Carta subpoena. | 0.20 | 495.00 | $99.00 |
| 02/08/2023 | MAM | BL | Research for Gillian N. Brown regarding Premia Holdings insurance entity. | 0.30 | 495.00 | $148.50 |
| 02/08/2023 | MAM | BL | Update tracking chart with results of research for Gillian N. Brown regarding Premia. | 0.10 | 495.00 | $49.50 |
| 02/08/2023 | MAM | BL | Telephone call with Chicago Receivership regarding status of Magna Carta entity. | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    -00004

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2023 | GNB | BL | Email with Miriam Levi regarding Foundation declaration of custodian of records. | 0.10 | 975.00 | $97.50 |
| 02/13/2023 | GNB | BL | Email with Miriam Levy regarding The Charles Hayden Foundation declaration of custodian of records. | 0.10 | 975.00 | $97.50 |
| 02/13/2023 | GNB | BL | Draft email response to Jennifer Freeman regarding insurance issues. | 0.90 | 975.00 | $877.50 |
| 02/14/2023 | GNB | BL | Review declaration from The Charles Hayden Foundation; Email with Iain A.W. Nasatir regarding same. | 0.10 | 975.00 | $97.50 |
| 02/14/2023 | GNB | BL | Email Jennifer Freeman and Jason Amala regarding declaration from The Charles Hayden Foundation. | 0.10 | 975.00 | $97.50 |
| 02/14/2023 | IAWN | BL | Exchange emails with G. Brown regarding Hayden Foundation declaration | 0.10 | 1395.00 | $139.50 |
| 02/15/2023 | IAWN | BL | Review and comment on G. Brown email to J. Freeman re insurance | 0.10 | 1395.00 | $139.50 |
| 02/15/2023 | IAWN | BL | Exchange emails with J. Lucas regarding G. Brown email to J. Freeman re insurance | 0.10 | 1395.00 | $139.50 |
| 02/15/2023 | MAM | BL | Update virtual files regarding response from Todd Jacobs to declaration from Guaranty National and Fireman's Fund. | 0.10 | 495.00 | $49.50 |
| 02/15/2023 | MAM | BL | Update subpoena tracking chart regarding response from counsel for Riunione. | 0.10 | 495.00 | $49.50 |
| 02/16/2023 | GNB | BL | Review custodian of records declaration on behalf of TIG. | 0.10 | 975.00 | $97.50 |
| 02/16/2023 | MAM | BL | Update virtual file regarding received declaration from TIG Insurance Company. | 0.10 | 495.00 | $49.50 |
| 02/17/2023 | GNB | BL | Email John W. Lucas regarding edits to email to Jennifer Freeman regarding discovery. | 0.10 | 975.00 | $97.50 |
| 02/17/2023 | IAWN | BL | Exchange emails with John Lucas regarding Liberty | 0.10 | 1395.00 | $139.50 |
| 02/18/2023 | GNB | BL | Finalize email to Jennifer Freeman regarding discovery. | 0.20 | 975.00 | $195.00 |
| 02/18/2023 | MSP | BL | Email exchange with J. Freeman, G. Brown, et al. re: insurance information. | 0.10 | 1295.00 | $129.50 |
| 02/20/2023 | MSP | BL | Email exchange with J. Freeman, G. Brown, S. Gershowitz, G. Novod, et al. re: insurance information. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      8

Invoice 131996

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/21/2023 | GNB | BL | Email with Iain A.W. Nasatir regarding regarding IAG issue. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | IAWN | BL | Exchange emails with Gillian N. Brown regarding IAG and Freeman | 0.10 | 1395.00 | $139.50 |
| 02/21/2023 | MSP | BL | Email exchange with I. Nasatir, G. Brown, et al. re: insurance information. | 0.10 | 1295.00 | $129.50 |
| 02/22/2023 | GNB | BL | Email with Jason Amala regarding Boys & Girls Club of America; Email PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 02/22/2023 | MSP | BL | Email exchange with G. Brown, J. Amala, et al. re: scope of prior discovery. | 0.10 | 1295.00 | $129.50 |
| 02/23/2023 | GNB | BL | Email state court counsel regarding insurance; Email with Jennifer Freeman regarding The Charles Hayden Foundation. | 0.10 | 975.00 | $97.50 |
| 02/23/2023 | GNB | BL | Telephone conference with John W. Lucas regarding insurance. | 0.30 | 975.00 | $292.50 |
| 02/23/2023 | IAWN | BL | Exchange emails with Gillian N. Brown regarding Freeman inquiry | 0.10 | 1395.00 | $139.50 |
| 02/23/2023 | IAWN | BL | Review emails from team regarding insurance inquiry | 0.30 | 1395.00 | $418.50 |
| 02/23/2023 | MSP | BL | Email exchange with J. Freeman, I. Nasatir, G. Brown, J. Lucas, J. Stang, et al. re: insurance information. | 0.80 | 1295.00 | $1,036.00 |
| 02/23/2023 | JWL | BL | Call with G. Brown regarding insurance issues re BGCA (.3); | 0.30 | 1150.00 | $345.00 |
| 02/28/2023 | MSP | BL | Email exchange with G. Brown re: meet and confer re: discovery issue. | 0.20 | 1295.00 | $259.00 |
| 02/28/2023 | MSP | BL | Review and comment on draft meet and confer correspondence. | 0.40 | 1295.00 | $518.00 |
| | | | | 10.00 | | $9,108.50 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/21/2023 | BDD | CA | Email B. Anavim re presentment of proposed 7th interim order re cash management system. | 0.10 | 545.00 | $54.50 |
| | | | | 0.10 | | $54.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:       9

Invoice 131996

February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Claims Admin/Objections[B310]**

| 02/03/2023 | IAWN | CO | Review Rockefeller University draft objection | 0.20 | 1395.00 | $279.00 |
| 02/03/2023 | JIS | CO | Review Debtor's draft objection to Rockefeller claim. | 0.40 | 1695.00 | $678.00 |
| 02/03/2023 | JWL | CO | Review and analyze objection to Rockefeller claims (1.0); | 1.00 | 1150.00 | $1,150.00 |
| 02/08/2023 | IAWN | CO | Telephone call with debtors regarding defense reimbursement (part of) | 0.50 | 1395.00 | $697.50 |
| 02/14/2023 | AJK | CO | Call with J Lucas re litigation issue. | 0.20 | 1675.00 | $335.00 |
| 02/14/2023 | AJK | CO | Call with Paul Weiss & Friedman Kaplan re litigation issues. | 0.40 | 1675.00 | $670.00 |
| 02/14/2023 | JWL | CO | Call with A. Kornfeld regarding objection to Rockefeller claim (.2); call with J. Weber, A. Kornfeld, and Friedman Kaplan regarding same (.4); | 0.60 | 1150.00 | $690.00 |
|  |  |  |  | **3.30** |  | **$4,499.50** |

**Compensation Prof. [B160]**

| 02/01/2023 | BDD | CP | Emails G. Brown re PSZJ December fee statement. | 0.10 | 545.00 | $54.50 |
| 02/09/2023 | GNB | CP | Revise certificate of no objection to PSZJ's sixth monthly fee statement. | 0.10 | 975.00 | $97.50 |
| 02/16/2023 | GNB | CP | Email with Miriam Levi regarding payment of PSZJ December 2022 fee statement. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | GNB | CP | Review PSZJ's January 2023 monthly fee statement for filing and service. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | BDD | CP | Prepare PSZJ January fee statement (.70), and email G. Brown re same (.10). | 0.80 | 545.00 | $436.00 |
|  |  |  |  | **1.20** |  | **$783.00** |

**Comp. of Prof./Others**

| 02/02/2023 | BDD | CPO | Review and revise Aug-Dec 2022 fee statements for Dundon (2.1); emails to/call with N. Brown re same (.30); emails G. Brown re same (.20). | 2.60 | 545.00 | $1,417.00 |
| 02/03/2023 | BDD | CPO | Email N. Brown re Dundon's monthly fee statements (Aug - Dec 2022). | 0.10 | 545.00 | $54.50 |
| 02/07/2023 | BDD | CPO | Review docket re fee statements. | 0.30 | 545.00 | $163.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2023 | BDD | CPO | Email G. Brown re Dundon 2nd monthly fee statement. | 0.10 | 545.00 | $54.50 |
| 02/08/2023 | BDD | CPO | Revisions to Dundon's 2nd monthly fee statement and email G. Brown re same. | 0.10 | 545.00 | $54.50 |
| 02/09/2023 | BDD | CPO | Email G. Brown re Dundon fee statement. | 0.10 | 545.00 | $54.50 |
| 02/14/2023 | GNB | CPO | Email Steven Landgraber regarding monthly fee statements. | 0.10 | 975.00 | $97.50 |
| 02/14/2023 | BDD | CPO | Email G. Brown re Island Capital fee statements. | 0.10 | 545.00 | $54.50 |
| 02/15/2023 | GNB | CPO | Email Tabish Rizvi and Michael Whalen regarding edits to fee statements for filing on Tuesday (.1); Revise Island Capital fee statement for August 2022 (.2). | 0.30 | 975.00 | $292.50 |
| 02/17/2023 | GNB | CPO | Email with Tabish Rizvi and Michael Whalen regarding filing and service of fee statements on Tuesday. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | GNB | CPO | Review final Island Dundon monthly fee statements for filing and service (.1); Review same for Dundon Advisers (.1). | 0.20 | 975.00 | $195.00 |
| 02/21/2023 | GNB | CPO | Email Steven Landgraber regarding fee statements. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | GNB | CPO | Email Tabish Rizvi, Michael Whalen, and Steve Landgraber regarding future monthly fee statements. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | BDD | CPO | Email G. Brown re Jan fee statements of other Committee professionals. | 0.10 | 545.00 | $54.50 |
| 02/21/2023 | BDD | CPO | Email G. Brown re Dundon fee statements. | 0.10 | 545.00 | $54.50 |
| | | | | **4.50** | | **$2,839.50** |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/02/2023 | GNB | GC | Email with John W. Lucas regarding issues for Monday's Committee call. | 0.10 | 975.00 | $97.50 |
| 02/02/2023 | GNB | GC | Email Iain A.W. Nasatir regarding Settlement Trustee issues for insurance litigation. | 0.10 | 975.00 | $97.50 |
| 02/02/2023 | JWL | GC | Prepare update email to committee and counsel regarding case status (.8); | 0.80 | 1150.00 | $920.00 |
| 02/03/2023 | GNB | GC | Email with PSZJ team regarding Committee member question in advance of Monday's Committee meeting. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2023 | GNB | GC | Attend Committee meeting via video conference. | 1.30 | 975.00 | $1,267.50 |
| 02/06/2023 | JIS | GC | (Partial) Attend committee meeting regarding plan issues. | 1.20 | 1695.00 | $2,034.00 |
| 02/06/2023 | MSP | GC | Telephone calls (2: .20; .20) with J. Lucas re: Issues for discussion with Committee, etc. | 0.40 | 1295.00 | $518.00 |
| 02/06/2023 | MSP | GC | Attend meeting with Committee. | 1.30 | 1295.00 | $1,683.50 |
| 02/06/2023 | JWL | GC | Prepare for update call with committee (.3); attend update call with committee (1.3); | 1.60 | 1150.00 | $1,840.00 |
| 02/06/2023 | JWL | GC | Calls with M. Pagay re Committee call preparation | 0.40 | 1150.00 | $460.00 |
| 02/18/2023 | MSP | GC | Email exchange with J. Lucas, J. Stang, I. Nasatir, G. Brown re: update for Committee. | 0.10 | 1295.00 | $129.50 |
| 02/20/2023 | GNB | GC | Email with state court counsel regarding insurance. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | GNB | GC | Telephone conference with Patricia J. Jeffries regarding Everlaw documents available to state court counsel. | 0.10 | 975.00 | $97.50 |
| 02/21/2023 | PJJ | GC | Telephone conference with Gillian N. Brown regarding Everlaw documents available to state court counsel. | 0.10 | 545.00 | $54.50 |
| 02/22/2023 | PJJ | GC | Pull documents for state court counsel re insurance | 0.30 | 545.00 | $163.50 |
| 02/27/2023 | GNB | GC | Review John W. Lucas agenda for tomorrow's state court counsel call; Email John W. Lucas regarding same; Email with Miriam Levi regarding declaration from The Charles Hayden Foundation. | 0.10 | 975.00 | $97.50 |
| | | | | 8.10 | | $9,655.50 |

## Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/01/2023 | IAWN | PD | Review plan and add language re insurance | 2.20 | 1395.00 | $3,069.00 |
| 02/01/2023 | MSP | PD | Email exchange with J. Lucas, M. Levi, I. Nasatir, et al. re: review of revised plan and disclosure statement. | 0.20 | 1295.00 | $259.00 |
| 02/02/2023 | IAWN | PD | Exchange emails with debtor regarding call | 0.10 | 1395.00 | $139.50 |
| 02/02/2023 | IAWN | PD | Telephone call with debtor regarding plan | 1.00 | 1395.00 | $1,395.00 |
| 02/02/2023 | JIS | PD | Call with M. Pagay and J. Lucas regarding plan markup. | 1.00 | 1695.00 | $1,695.00 |
| 02/02/2023 | JIS | PD | Review memo from Lucas to committee regarding | 0.30 | 1695.00 | $508.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:    12
Madison Square BGC O.C.C.                            Invoice 131996
54162    -00004                                     February 28, 2023

|            |      |    |                                                                                                                                | Hours | Rate    | Amount     |
|------------|------|----|--------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
|            |      |    | effective date issues.                                                                                                         |       |         |            |
| 02/02/2023 | MSP  | PD | Telephone calls (2) with J. Lucas re: Plan issues.                                                                             | 0.30  | 1295.00 | $388.50    |
| 02/02/2023 | MSP  | PD | Telephone conference with J. Stang, J. Lucas, I. Nasatir re: Plan issues.                                                      | 1.00  | 1295.00 | $1,295.00  |
| 02/02/2023 | MSP  | PD | Telephone conference with J. Lucas, debtor's counsel et al. re: review of Plan insurance and other issues.                     | 1.00  | 1295.00 | $1,295.00  |
| 02/02/2023 | JWL  | PD | Call with J. Stang, I. Nasatir, and M. Pagay regarding changes to plan (1.0); call with J. Scotto regarding plan issues (.6);  | 1.60  | 1150.00 | $1,840.00  |
| 02/02/2023 | JWL  | PD | Calls with M. Pagay regarding Plan revisions                                                                                   | 0.30  | 1150.00 | $345.00    |
| 02/03/2023 | IAWN | PD | Review state court counsel emails regarding issues                                                                            | 0.20  | 1395.00 | $279.00    |
| 02/03/2023 | MSP  | PD | Telephone call with J. Lucas re: open plan issues.                                                                             | 0.50  | 1295.00 | $647.50    |
| 02/03/2023 | MSP  | PD | Email exchange with J. Lucas, J. Stang, G. Brown et al. re: Committee member position re: Plan provisions.                     | 0.10  | 1295.00 | $129.50    |
| 02/03/2023 | MSP  | PD | Email exchange with J. Lucas, G. Brown, Committee members, et al. re: update re: plan issues.                                  | 0.10  | 1295.00 | $129.50    |
| 02/03/2023 | MSP  | PD | Telephone call with J. Lucas re: open plan issues.                                                                             | 0.10  | 1295.00 | $129.50    |
| 02/03/2023 | MSP  | PD | Research and analysis re: insurance full payment issue (2.0); email exchange with M. Levi, I. Nasatir, et al. re: same (.10).  | 2.10  | 1295.00 | $2,719.50  |
| 02/03/2023 | JWL  | PD | Call with J. Freeman regarding plan issues (.5);                                                                               | 0.50  | 1150.00 | $575.00    |
| 02/05/2023 | MSP  | PD | Research and analysis re: insurance full payment issue, insurance- related cases, etc.                                         | 2.10  | 1295.00 | $2,719.50  |
| 02/06/2023 | MSP  | PD | Follow-up research and review of documents re: insurance payment issue (2.1); email exchange with L. Forrester, I. Nasatir, J. Lucas re: same (.10). | 2.20  | 1295.00 | $2,849.00  |
| 02/06/2023 | JWL  | PD | Call with J. Weber regarding plan issues (.4); email M. Pagay regarding same (2); review plan term sheet and notes regarding same (.4); email J. Stang regarding open plan issues for committee (.4); call with J. Sandler regarding open plan issues (.3); call with L. Leder regarding open plan issues (.3); | 2.40  | 1150.00 | $2,760.00  |
| 02/07/2023 | MSP  | PD | Finalize analysis re: insurance payment issue (2.6); email exchange with J. Weber, J. Lucas, I. Nasatir, L. Forrester, et al. re: same (.10).       | 2.70  | 1295.00 | $3,496.50  |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    13

Invoice 131996

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2023 | GNB | PD | Review Debtor's draft press release regarding Plan filing, and email with PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 02/08/2023 | IAWN | PD | Review and revise plan per telephone call with debtor | 1.50 | 1395.00 | $2,092.50 |
| 02/08/2023 | MSP | PD | Email exchange with G. Brown, J. Stang, I. Nasatir, et al. re: press release re: plan. | 0.20 | 1295.00 | $259.00 |
| 02/08/2023 | JWL | PD | Call with I. Nasatir and J. Weber regarding plan and insurance issues (.7); | 0.70 | 1150.00 | $805.00 |
| 02/09/2023 | GNB | PD | Email with John W. Lucas regarding press releases relating to Plan filing; Email John W. Lucas regarding edit to Settlement Trust Agreement. | 0.10 | 975.00 | $97.50 |
| 02/09/2023 | GNB | PD | Email with Steven Landgraber regarding revisions to Plan. | 0.10 | 975.00 | $97.50 |
| 02/14/2023 | HCK | PD | Telephone call with J. Lucas re plan treatment of Navy Yard property. | 0.30 | 1550.00 | $465.00 |
| 02/14/2023 | MSP | PD | Review and analysis of insurer comments on plan and related documents (.8); email exchange with M. Levi, et al. re: same (.10). | 0.90 | 1295.00 | $1,165.50 |
| 02/14/2023 | JWL | PD | Call with A. Kornfeld regarding reimbursement claim assigned under plan (.3); call with H. Kevane regarding plan implementation provisions (.3); review and revise plan (2.5); | 3.10 | 1150.00 | $3,565.00 |
| 02/15/2023 | IAWN | PD | Telephone conference with J. Lucas regarding plan | 0.20 | 1395.00 | $279.00 |
| 02/15/2023 | JIS | PD | Call J. Lucas re status of plan issues. | 0.20 | 1695.00 | $339.00 |
| 02/15/2023 | MSP | PD | Telephone calls (4: .20; .10; .70; .10) with J. Lucas re: Plan revisions, etc. | 1.10 | 1295.00 | $1,424.50 |
| 02/15/2023 | MSP | PD | Email exchange with M. Levi, J. Lucas, et al. re: insurer comments on plan documents. | 0.10 | 1295.00 | $129.50 |
| 02/15/2023 | MSP | PD | Review revised Plan; email exchange with J. Lucas re: same (.10). | 2.00 | 1295.00 | $2,590.00 |
| 02/15/2023 | MSP | PD | Review plan re: outstanding issues (.8); email exchange with J. Lucas re: same (.10). | 0.90 | 1295.00 | $1,165.50 |
| 02/15/2023 | MSP | PD | Email J. Lucas re: revised Plan. | 0.10 | 1295.00 | $129.50 |
| 02/15/2023 | JWL | PD | Review and revise plan (3.5); call with M. Pagay regarding changes to plan (1.1); | 4.60 | 1150.00 | $5,290.00 |
| 02/15/2023 | JWL | PD | Calls with J. Stang re Plan issues | 0.20 | 1150.00 | $230.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/16/2023 | IAWN | PD | Review plan and insert language. | 1.80 | 1395.00 | $2,511.00 |
| 02/16/2023 | MSP | PD | Telephone conference with J. Weber, M. Levi, J. Lucas re: Plan and other case issues. | 0.90 | 1295.00 | $1,165.50 |
| 02/16/2023 | MSP | PD | Telephone call with J. Lucas re: Plan issues. | 0.30 | 1295.00 | $388.50 |
| 02/16/2023 | MSP | PD | Attention to insurance reimbursement issue (.4); email exchange with J. Lucas, J. Weber, et al. re: same (.10). | 0.50 | 1295.00 | $647.50 |
| 02/16/2023 | MSP | PD | Review insurance-related revisions to Plan (.3); email exchange with I. Nasatir, et al. re: same (.10). | 0.40 | 1295.00 | $518.00 |
| 02/16/2023 | JWL | PD | Review and revise plan (1.0); call with J. Weber, M. Levi, and M. Pagay regarding plan terms (.9); call with M. Pagay regarding Paul Weiss call and next steps (.3); | 2.20 | 1150.00 | $2,530.00 |
| 02/17/2023 | GNB | PD | Email John W. Lucas regarding Settlement Trust Agreement. | 0.10 | 975.00 | $97.50 |
| 02/17/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas et al. re: outstanding Plan issues. | 0.10 | 1295.00 | $129.50 |
| 02/18/2023 | JWL | PD | Prepare and send update email to committee regarding documentation of plan and outstanding issues (.8); | 0.80 | 1150.00 | $920.00 |
| 02/20/2023 | MSP | PD | Review and comment on revised Plan (3.8); email exchange with J. Lucas, I. Nasatir, J. Stang, et al. re: same (.10). | 3.90 | 1295.00 | $5,050.50 |
| 02/20/2023 | JWL | PD | Review and revise plan (.8); | 0.80 | 1150.00 | $920.00 |
| 02/21/2023 | JIS | PD | Review J. Lucas memo regarding open plan issues. | 0.10 | 1695.00 | $169.50 |
| 02/21/2023 | MSP | PD | Telephone calls with J. Lucas re: Plan revisions. | 0.30 | 1295.00 | $388.50 |
| 02/21/2023 | MSP | PD | Revise Plan (1.1); email exchange with J. Lucas, J. Stang, I. Nasatir et al. re: same (.10). | 1.20 | 1295.00 | $1,554.00 |
| 02/21/2023 | MSP | PD | Review new version of Plan incorporating all comments (.4); email exchange with J. Lucas, J. Weber, et al. re: same (.10). | 0.50 | 1295.00 | $647.50 |
| 02/21/2023 | MSP | PD | Review and analysis re: compensation trust note, solicitation motion, etc. (.2); email exchange with M. Levi, J. Lucas, G. Brown, et al. re: same (.10). | 0.30 | 1295.00 | $388.50 |
| 02/21/2023 | JWL | PD | Review and revise plan in response to Madison's changes to plan (.7); email to committee regarding same (.3); | 1.00 | 1150.00 | $1,150.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    15

Invoice 131996

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, et al. re: Plan update. | 0.10 | 1295.00 | $129.50 |
| 02/22/2023 | MSP | PD | Email exchange with J. Lucas, I. Nasatir, et al. re: Outstanding plan issues. | 0.10 | 1295.00 | $129.50 |
| 02/22/2023 | JWL | PD | Update call re plan with S. Gershowitz (.4); | 0.40 | 1150.00 | $460.00 |
| 02/23/2023 | GNB | PD | Prepare for call with Jason Amala regarding Boys & Girls Club of America. | 0.20 | 975.00 | $195.00 |
| 02/23/2023 | GNB | PD | Telephone conference with Jason Amala regarding Boys & Girls Club of America. | 0.40 | 975.00 | $390.00 |
| 02/23/2023 | MSP | PD | Email exchange with J. Weber, A. Kornberg, I. Nasatir, M. Levi, J. Lucas, et al. re: discussion of open plan issues. | 0.20 | 1295.00 | $259.00 |
| 02/24/2023 | JIS | PD | Call J. Lucas regarding case status and open plan issues. | 0.20 | 1695.00 | $339.00 |
| 02/24/2023 | MSP | PD | Telephone conference with J. Lucas, J. Weber, et al. re: status of Plan. | 1.00 | 1295.00 | $1,295.00 |
| 02/24/2023 | JWL | PD | Call with Madison Paul Weiss team, M. Pagay regarding open plan issues (1.0); update call with J. Stang regarding plan issues (.2); | 1.20 | 1150.00 | $1,380.00 |
| 02/27/2023 | MSP | PD | Email exchange with J. Lucas, G. Novod, L Leder, et al. re: Plan update. | 0.10 | 1295.00 | $129.50 |
| 02/27/2023 | JWL | PD | Update email to counsel to committee members regarding open plan issues (.6); | 0.60 | 1150.00 | $690.00 |
| 02/28/2023 | GNB | PD | PSZJ call with state court counsel regarding Plan draft. | 1.40 | 975.00 | $1,365.00 |
| 02/28/2023 | GNB | PD | Telephone conference with Jason Amala regarding Boys & Girls Club of America. | 0.10 | 975.00 | $97.50 |
| 02/28/2023 | GNB | PD | Prepare meet and confer letter to Michael J. Williams, counsel to BGCA. | 1.80 | 975.00 | $1,755.00 |
| 02/28/2023 | GNB | PD | Email with Malhar S. Pagay regarding email from Gregg Galardi regarding Rockefeller University. | 0.10 | 975.00 | $97.50 |
| 02/28/2023 | GNB | PD | Edit Malhar S. Pagay draft email to Committee regarding Plan revisions. | 0.20 | 975.00 | $195.00 |
| 02/28/2023 | GNB | PD | Email with PSZJ team regarding Plan issues. | 0.10 | 975.00 | $97.50 |
| 02/28/2023 | IAWN | PD | Telephone call with state court counsel regarding Plan of Reorganization (part of) | 0.50 | 1395.00 | $697.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    16

Invoice 131996

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2023 | IAWN | PD | Review email re Rockefeller University | 0.10 | 1395.00 | $139.50 |
| 02/28/2023 | JIS | PD | Attend state court counsel call regarding open plan issues. | 1.40 | 1695.00 | $2,373.00 |
| 02/28/2023 | MSP | PD | Telephone conference with debtor's counsel, J. Lucas, et al. re: Plan update and internal follow up. | 1.40 | 1295.00 | $1,813.00 |
| 02/28/2023 | MSP | PD | Email exchange with J. Lucas re: Plan issues. | 0.10 | 1295.00 | $129.50 |
| 02/28/2023 | MSP | PD | Email exchange with J. Lucas, et al. re: Rockefeller proposal. | 0.10 | 1295.00 | $129.50 |
| 02/28/2023 | MSP | PD | Email exchange with G. Galardi, J. Weber et al. re: Rockefeller proposal. | 0.10 | 1295.00 | $129.50 |
| 02/28/2023 | MSP | PD | Draft correspondence to Committee re: Plan and Rockefeller issues (1.3); email exchange with J. Lucas, J. Stang, I. Nasatir, et al. re: same (.10). | 1.40 | 1295.00 | $1,813.00 |
| 02/28/2023 | MSP | PD | Revise and finalize correspondence to Committee re: open Plan and Rockefeller issues (1.3); email exchange with J. Stang, J. Lucas, G. Brown re: same (.10). | 1.40 | 1295.00 | $1,813.00 |
| 02/28/2023 | MSP | PD | Analysis of open plan issues (2.1); email exchange with J. Weber, J. Lucas, et al. re: same (.10). | 2.20 | 1295.00 | $2,849.00 |
| 02/28/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, et al. re: insurer comments on plan and disclosure statement (.10); begin review of same (.7). | 0.80 | 1295.00 | $1,036.00 |
| 02/28/2023 | JWL | PD | Call with J. Amala regarding open plan terms (.4); call with counsel to committee members and PSZJ team regarding open plan terms (1.4); email to Madison regarding open plan terms (); email to committee members regarding open plan terms and strategy (); | 1.80 | 1150.00 | $2,070.00 |
| | | | | 73.10 | | $92,058.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                 **$124,826.50**

Pachulski Stang Ziehl & Jones LLP

Page: 17

Madison Square BGC O.C.C.

Invoice 131996

54162    -00004

February 28, 2023

---

### Expenses

| | | | |
|---|---|---|---:|
| 02/02/2023 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/03/2023 | LN | 54162.00004 Lexis Charges for 02-03-23 | 7.50 |
| 02/03/2023 | LN | 54162.00004 Lexis Charges for 02-03-23 | 7.82 |
| 02/03/2023 | LN | 54162.00004 Lexis Charges for 02-03-23 | 12.56 |
| 02/07/2023 | BB | 54162.00004 Bloomberg Charges through 02-07-23 | 20.00 |
| 02/07/2023 | LN | 54162.00004 Lexis Charges for 02-07-23 | 15.64 |
| 02/07/2023 | LN | 54162.00004 Lexis Charges for 02-07-23 | 15.87 |
| 02/07/2023 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/07/2023 | RE2 | COPY ( 21 @0.10 PER PG) | 2.10 |
| 02/07/2023 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/07/2023 | RE2 | COPY ( 22 @0.10 PER PG) | 2.20 |
| 02/09/2023 | FE | 54162.00004 FedEx Charges for 02-09-23 | 25.86 |
| 02/09/2023 | FE | 54162.00004 FedEx Charges for 02-09-23 | 25.86 |
| 02/09/2023 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 02/21/2023 | FE | 54162.00004 FedEx Charges for 02-21-23 | 24.80 |
| 02/21/2023 | PO | LA Postage | 34.10 |
| 02/21/2023 | RE | ( 284 @0.10 PER PG) | 28.40 |
| 02/21/2023 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 02/21/2023 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/21/2023 | RE2 | COPY ( 27 @0.10 PER PG) | 2.70 |
| 02/21/2023 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/28/2023 | OS | Everlaw, Inv. 76007, Madison database for the month of February | 500.00 |
| 02/28/2023 | PAC | Pacer - Court Research | 12.90 |
| 02/28/2023 | RE | Reproduction Expense. [E101] Equitrac | 30.90 |

**Total Expenses for this Matter**                                          **$778.31**

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    - 00004

Page:    18

Invoice 131996

February 28, 2023

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    **02/28/2023**

| | |
|---|---:|
| **Total Fees** | **$124,826.50** |
| **Total Expenses** | **778.31** |
| **Less Courtesy Discount** | **$34,846.50** |
| **Total Due on Current Invoice** | **$90,758.31** |

**Outstanding Balance from prior invoices as of**    **02/28/2023**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130635 | 07/31/2022 | $127,920.00 | $291.19 | $35,817.60 |
| 130861 | 08/31/2022 | $198,760.00 | $4,027.47 | $55,652.80 |
| 131167 | 09/30/2022 | $134,060.00 | $1,599.53 | $37,536.80 |
| 131231 | 10/31/2022 | $173,320.00 | $3,451.38 | $48,529.60 |
| 131456 | 11/30/2022 | $124,590.00 | $4,111.19 | $34,090.00 |
| 131587 | 12/31/2022 | $94,200.00 | $742.39 | $26,376.00 |
| 131796 | 01/31/2023 | $57,540.00 | $654.69 | $58,194.69 |

**Total Amount Due on Current and Prior Invoices:**    **$386,955.80**