# UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  NEW YORK

In Re. MADISON SQUARE BOYS & GIRLS CLUB, INC.

§
§
§
§

Case No.  22-10910

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2023

Petition Date: 06/29/2022

Months Pending: 8

Industry Classification: | 8 | 1 | 3 | 4 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):          42

Debtor's Full-Time Employees (as of date of order for relief):          44

## Supporting  Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒          Statement of cash receipts and disbursements
☒          Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒          Statement of operations (profit or loss statement)
☒          Accounts receivable aging
☒          Postpetition liabilities aging
☒          Statement of capital assets
☒          Schedule of payments to professionals
☒          Schedule of payments to insiders
☒          All bank statements and bank reconciliations for the reporting period
☐          Description of the assets sold or transferred and the terms of the sale or transfer

*Jeffrey Dold*
_____
Signature of Responsible Party

03/28/2023
_____
Date

Jeffrey M. Dold
_____
Printed Name of Responsible Party

250 Bradhurst Ave, New York, NY 10039
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.            Case No. 22-10910

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $8,310,133 | |
| b. Total receipts (net of transfers between accounts) | $354,835 | $16,271,616 |
| c. Total disbursements (net of transfers between accounts) | $1,528,781 | $11,925,856 |
| d. Cash balance end of month (a+b-c) | $7,136,187 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,528,781 | $11,925,856 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $6,180,522 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 | |
| d. Total current assets | $8,439,422 | |
| e. Total assets | $94,712,439 | |
| f. Postpetition payables (excluding taxes) | $13,814,936 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $19,094 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $13,834,030 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $48,452 | |
| m. Prepetition unsecured debt | $197,734 | |
| n. Total liabilities (debt) (j+k+l+m) | $14,080,216 | |
| o. Ending equity/net worth (e-n) | $80,632,223 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $-944,110 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $-944,110 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $641,185 | |
| f. Other expenses | $198,250 | |
| g. Depreciation and/or amortization (not included in 4b) | $79,644 | |
| h. Interest | $57,750 | |
| i. Taxes (local, state, and federal) | $31,801 | |
| j. Reorganization items | $475,054 | |
| k. Profit (loss) | $-2,427,793 | $-9,395,271 |

UST Form 11-MOR (12/01/2021)            2

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                     Case No. 22-10910

## Part 5:  Professional Fees and Expenses

|  |  | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $343,684 | $5,107,470 | $413,845 | $4,266,038 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Epiq Corporate Restructuring L | Other | $9,413 | $241,438 | $10,629 | $219,807 |
| ii | Friedman Kaplan Seiler & Adel | Special Counsel | $13,321 | $221,625 | $19,956 | $179,327 |
| iii | Pachulski Stang Ziehl & Jones L | Other | $72,762 | $813,680 | $76,102 | $694,231 |
| iv | Paul, Weiss, Rifkind, Wharton & | Lead Counsel | $159,080 | $2,516,086 | $183,782 | $2,133,964 |
| v | Pillsbury Winthrop Shaw Pittma | Special Counsel | $37,022 | $792,098 | $79,132 | $730,187 |
| vi | Teneo Capital LLC | Financial Professional | $52,086 | $383,995 | $44,244 | $308,522 |
| vii | Dundon Advisers LLC | Other | $0 | $105,746 | $0 | $0 |
| viii | Island Capital Advisors LLC | Other | $0 | $32,802 | $0 | $0 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No.  22-10910

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                Case No.  22-10910

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No. 22-10910

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No.  22-10910

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No. 22-10910

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $31,801 | $259,678 |
| d. | Postpetition employer payroll taxes paid | $31,534 | $240,585 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions) — Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) — Yes ○  No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉  No ○

d. Are you current on postpetition tax return filings? — Yes ◉  No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◉  No ○  N/A ○

i. Do you have:     Worker's compensation insurance? — Yes ◉  No ○

    If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance? — Yes ◉  No ○

    If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)

    General liability insurance? — Yes ◉  No ○

    If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○  No ◉

k. Has a disclosure statement been filed with the court? — Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉  No ○

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No. 22-10910

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

*Jeffrey Dold*
_____          Jeffrey Dold
Signature of Responsible Party          Printed Name of Responsible Party

Chief Financial Officer          03/28/2023
_____          _____
Title          Date

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No. 22-10910



PageOnePartOne

PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No.  22-10910



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name MADISON SQUARE BOYS & GIRLS CLUB, INC.                    Case No. 22-10910



PageThree



PageFour

**NOTES TO MONTHLY OPERATING REPORT**
**Reporting Period: February 1, 2023 – February 28, 2023**

Restricted Assets – The information disclosed in the MOR does not reflect any assessment, classification, or related conclusion with respect to the Debtor's assets that are subject to use and/or donor restrictions. The Debtor reserves all rights with respect to the classification of the Debtor's assets that are subject to use and/or donor restrictions under applicable New York law.  As described in the Cash Management Motion, there are a number of accounts in the Debtor's name that exclusively hold funds subject to donor restrictions. These funds are included in the Cash Balances and Total Assets balance.  Further, Total Assets includes the book value of the four (4) owned Clubhouses which are subject to use restrictions incorporated in the relevant deeds for some of these properties or restrictions otherwise imposed on the properties by the various grants that the Debtor receives from governmental units.

Any payments made to insiders or on prepetition debt have been approved by the Bankruptcy Court in connection with the first day orders or were otherwise ordinary course payments.

**Madison Square Boys & Girls Club, Inc.**
**Balance Sheet as of 02/28/2023**

| (USD $) Balance Sheet as of 2/28/2023 | Adjusted Balance 2/28/2023 |
|---|---|
| **ASSETS** | |
| Cash & Cash Equivalents | $7,136,187 |
| Investments | 42,070,114 |
| Government Grants Receivable | 579,668 |
| Contributions Receivable | 5,344,078 |
| Accrued Interest Receivable | 3,179 |
| Prepaid Expenses & Other Assets | 617,731 |
| Beneficial Interest in Trusts | 2,272,295 |
| Fixed Assets (Net of Depreciation) | 9,523,611 |
| NMTC Leverage Loan Receivable | 25,548,800 |
| DIP Loan Interest Reserve - Carver Bank | 1,360,000 |
| Due from Affiliates | 256,776 |
| **TOTAL ASSETS** | **$94,712,439** |
| | |
| **LIABILITITIES & NET ASSETS** | |
| LIABILITIES | |
| Accounts Payable & Accrued Expenses | $3,080,216 |
| Loan Payable - Carver DIP | 11,000,000 |
| Deferred Revenue | - |
| Total LIABILITIES | 14,080,216 |
| | |
| NET ASSETS | $80,632,223 |
| **TOTAL LIABILITIES & NET ASSETS** | **$94,712,439** |

**Madison Square Boys & Girls Club, Inc.**
**Statement of Cash Receipts and Disbursements**

| (USD $) | Amount |
|---|---|
| **Starting Balance (02/01/23)** | **$8,310,133** |
| Operating Income and Support | 354,835 |
| Personnel Costs | (470,612) |
| Non-Personnel Costs | (1,058,169) |
| **Ending Balance (02/28/23)** | **$7,136,187** |

**Madison Square Boys & Girls Club, Inc.**
**Statement of Operations**

| (USD $) | Amount |
|---|---|
| **Revenues Gains and Support** | **($944,110)** |
| **Operating Expenses** | |
| Personnel Expenses | (501,884) |
| Non-Personnel Expenses | (981,799) |
| **Total Operating Expenses** | **($1,483,683)** |
| **Net Surplus/(Deficit)** | **($2,427,793)** |

**Madison Square Boys & Girls Club, Inc.**
**Aged Accounts Receivables**

| (USD $) | Past Due >90 days | Current | 9/30/2023 | 9/30/2024 | Thereafter | Total |
|---|---|---|---|---|---|---|
| AR Aging | $179,473 | $972,369 | $358,010 | $163,022 | $5,100,000 | $6,772,875 |
| Less: Allowance & Discounts | (92,000) | - | (6,383) | (6,300) | (487,670) | (592,353) |
| AR Aging, Net | $87,473 | $972,369 | $351,627 | $156,723 | $4,612,330 | $6,180,522 |

**Madison Square Boys & Girls Club, Inc.**
**Aged Accounts Payables**

| (USD $) | Current | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|
| AP Aging | $1,292,405 | $141,593 | $174,867 | $919,861 | $2,528,725 |
| Accrued Expenses | 195,809 | - | - | 35,417 | 231,226 |
| **Accounts Payable & Accrued Expenses** | **$1,488,214** | **$141,593** | **$174,867** | **$955,277** | **$2,759,951** |

**Madison Square Boys & Girls Club, Inc.**
**Statement of Capital Assets - As of 02/28/23**

| (USD $) | Madison as of 02/28/23 |
|---|---|
| Land | $370,734 |
| Buildings & Improvements | 24,361,153 |
| Furniture and Equipment | 1,743,962 |
| **Total** | **$26,475,849** |
| | |
| Accumulated Depreciation | (16,952,239) |
| **Fixed Assets, Net** | **$9,523,611** |

**Madison Square Boys & Girls Club, Inc.**
**Schedule of Payments to Professionals - As of 02/28/23**

| Firm | Role | Approved Current Month | Cumulative Amount Approved by Court | Paid by the Estate | Cumulative Paid by the Estate |
|------|------|------------------------|-------------------------------------|--------------------|-------------------------------|
| Epiq Corporate Restructuring LLC | Other | $9,413 | $241,438 | $10,629 | $219,807 |
| Friedman Kaplan Seiler & Adelman LLP | Special Counsel | 13,321 | 221,625 | 19,956 | 179,327 |
| Pachulski Stang Ziehl & Jones LLP | Other | 72,762 | 813,680 | 76,102 | 694,231 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Lead Counsel | 159,080 | 2,516,086 | 183,782 | 2,133,964 |
| Pillsbury Winthrop Shaw Pittman LLP | Special Counsel | 37,022 | 792,098 | 79,132 | 730,187 |
| Teneo Capital LLC | Financial Professional | 52,086 | 383,995 | 44,244 | 308,522 |
| Dundon Advisers LLC | Other | - | 105,746 | - | - |
| Island Capital Advisors LLC | Other | - | 32,802 | - | - |
| **Total** | | **$343,683** | **$5,107,472** | **$413,845** | **$4,266,038** |

**Madison Square Boys & Girls Club, Inc.**
**Prepetition Debt Payments - 02/28/23**

| Vendor | Date of Payment | Amount |
|---|---|---|
| **Total Prepetition Payments** | | **-** |

**Madison Square Boys & Girls Club, Inc.**
**Schedule of Payments to Insiders - As of 2/28/23**

| Recipient | Date of Payment | Amount |
|---|---|---|
| Tim McChristian | 2/3/2023 | $11,538 |
| Tim McChristian | 2/17/2023 | 11,538 |
| Tim McChristian | 2/17/2023 | 833 |
| Tim McChristian | 2/9/2023 | 549 |
| Steven Melton | 2/3/2023 | 10,274 |
| Steven Melton | 2/17/2023 | 10,274 |
| Steven Melton | 2/17/2023 | 917 |
| Steven Melton | 2/16/2023 | 2,431 |
| Jeffrey Dold | 2/3/2023 | 8,606 |
| Jeffrey Dold | 2/17/2023 | 8,606 |
| **Total Payments to Insiders** | | **$65,566** |