**PRESENTMENT DATE: April 25, 2023 at 4:00 p.m. (Eastern Time)**
**OBJECTION DEADLINE: April 24, 2023 at 4:00 p.m. (Eastern Time)**
**HEARING DATE AND TIME (Only if Objection Filed): To Be Determined**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]

               Debtor.

Chapter 11

Case No. 22-10910 (SHL)

### NOTICE OF PRESENTMENT OF STIPULATIONS, AGREEMENTS, AND ORDERS BETWEEN DEBTOR AND CERTAIN LANDLORDS EXTENDING THE TIME TO ASSUME OR REJECT CERTAIN LEASES OF NONRESIDENTIAL REAL PROPERTY

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") will present the Stipulations, Agreements, and Orders (the "<u>Stipulations</u>") to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on **April 25, 2023, at 4:00 p.m. (prevailing Eastern Time)**. Copies of each of the Stipulations are annexed hereto as **<u>Exhibit A</u>** and **<u>Exhibit B</u>**.

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections (each, an "<u>Objection</u>") to the relief requested in the Stipulations shall: (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to the chapter 11 case in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"); and (b) be served so as to be actually received by **April 24, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Objection Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** that only those Objections timely filed and actually received by the Objection Deadline in accordance with the requirements set forth herein will be considered by the Bankruptcy Court. If no Objections are timely filed and served with respect to the Stipulations, there will not be a hearing to consider such Stipulations, and such Stipulations may be signed and entered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is timely filed and served by the Objection Deadline with respect to the Stipulations, a hearing (the "<u>Hearing</u>") will be held to consider the Stipulations before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

---

[1]    The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

New York, New York
Dated:  April 20, 2023

*/s/ John T. Weber*
_____
Alan W. Kornberg, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
Leslie E. Liberman, Esq.
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
akornberg@paulweiss.com
wclareman@paulweiss.com
jweber@paulweiss.com
lliberman@paulweiss.com


*Counsel to the Debtor and Debtor in Possession*

## **Exhibit A**

Pinkerton Clubhouse Stipulation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]

Debtor.

Chapter 11

Case No. 22-10910 (SHL)

## STIPULATION, AGREEMENT AND ORDER
## BETWEEN DEBTOR AND MSBGC-NYC SUPPORT CORPORATION

This stipulation, agreement and order (the "Stipulation") is entered into by and between Madison Square Boys & Girls Club, Inc. (the "Debtor"), as debtor and debtor in possession in the above captioned chapter 11 case, and MSBGC-NYC Support Corporation (the "Landlord"). The Debtor and the Landlord are collectively referred to in this Stipulation as the "Parties" and each as a "Party." The Parties hereby stipulate and agree as follows:

### RECITALS

A.      On June 29, 2022 (the "Petition Date"), the Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor continues to operate and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.      As of the Petition Date, the Debtor is a lessee under an unexpired nonresidential real property lease, dated May 5, 2017 (together with any amendments, modifications, renewals and guaranties, the "Lease") for premises located at 250 Bradhurst Avenue, New York, NY 10039.

---

[1]      The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

C.      By order dated November 10, 2022, pursuant to section 365(d)(4) of the Bankruptcy Code, the Bankruptcy Court extended the period within which the Debtor may assume or reject unexpired leases of nonresidential real property through and including April 25, 2023 (the "Assumption/Rejection Period") [Docket No. 284].

D.      On April 12, 2023, the Debtor filed the *Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc.* (as may be amended, supplemented, or modified from time to time, the "Plan") [Docket No. 427].

E.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the Parties herby agree to a further extension of the Assumption/Rejection Period for the Lease.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL AND, UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:**

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which the Debtor may assume or reject the Lease is extended through and including the earlier of (i) July 24, 2023, and (ii) the Effective Date (as defined in the Plan).

2.      Each person who executes this Stipulation on behalf of a Party hereto represents that he is duly authorized to execute this Stipulation on behalf of such party and that each such Party has full knowledge of, and has consented to, this Stipulation.

3.      Each Party hereto represents that such Party has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

4.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

5.      This Stipulation is subject to the approval of the Bankruptcy Court, but shall be effective as of the date it is executed by the Parties.

6.      This Stipulation may not be amended or modified without the written consent of the Parties.

7.      This Stipulation and all of the provisions hereof shall be binding upon, and inure to the benefit of, the Parties hereto and their respective successors and assigns.

8.      This Stipulation shall be governed by, and construed in accordance with, the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.    The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

[*Signature Page Follows*]

Dated: _____April 20_____, 2023


**MADISON SQUARE BOYS & GIRLS CLUB, INC.**
By: _____
Name: Jeffrey Dold
Title: Chief Financial Officer


**MSBGC-NYC SUPPORT CORPORATION**
By: _____
Name: Jeffrey Dold
Title: Chief Financial Officer


SO ORDERED this _____ day of _____, 2023

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit B**

Bethany Housing Development Fund Corporation Stipulation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]

           Debtor.

Chapter 11

Case No. 22-10910 (SHL)

## STIPULATION, AGREEMENT AND ORDER BETWEEN
## DEBTOR AND BETHANY HOUSING DEVELOPMENT FUND CORPORATION

This stipulation, agreement and order and order (the "Stipulation") is entered into by and between Madison Square Boys & Girls Club, Inc. (the "Debtor"), as debtor and debtor in possession in the above captioned chapter 11 case, and Bethany Housing Development Fund Corporation (the "Landlord"). The Debtor and the Landlord are collectively referred to in this Stipulation as the "Parties" and each as a "Party." The Parties hereby stipulate and agree as follows:

### RECITALS

A.      On June 29, 2022 (the "Petition Date"), the Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor continues to operate and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.      As of the Petition Date, the Debtor is a lessee under an unexpired nonresidential real property lease, dated December 21, 2018 (together with any amendments, modifications, renewals and guaranties, the "Lease") for the rights to use up to six (6) specifically designated

---

[1]    The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

parking spaces on premises located at 304 West 154th Street, New York, NY 10027.

C.    By order dated November 10, 2022, pursuant to section 365(d)(4) of the Bankruptcy Code, the Bankruptcy Court extended the period within which the Debtor may assume or reject unexpired leases of nonresidential real property through and including April 25, 2023 (the "Assumption/Rejection Period") [Docket No. 284].

D.    On April 12, 2023, the Debtor filed the *Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc.* (as may be amended, supplemented, or modified from time to time, the "Plan") [Docket No. 427].

E.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the Parties herby agree to a further extension of the Assumption/Rejection Period for the Lease.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL AND, UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:**

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which the Debtor may assume or reject the Lease is extended through and including the earlier of (i) July 24, 2023, and (ii) the Effective Date (as defined in the Plan).

2.    Each person who executes this Stipulation on behalf of a Party hereto represents that he is duly authorized to execute this Stipulation on behalf of such party and that each such Party has full knowledge of, and has consented to, this Stipulation.

3.    Each Party hereto represents that such Party has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

4.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

5.    This Stipulation is subject to the approval of the Bankruptcy Court, but shall

2

be effective as of the date it is executed by the Parties.

6.    This Stipulation may not be amended or modified without the written consent of the Parties.

7.    This Stipulation and all of the provisions hereof shall be binding upon, and inure to the benefit of, the Parties hereto and their respective successors and assigns.

8.    This Stipulation shall be governed by, and construed in accordance with, the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.    The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

[*Signature Page Follows*]

Dated: ___April 20___, 2023

**MADISON SQUARE BOYS & GIRLS CLUB, INC.**
By: _____
Name: ___JEFFREY DOLD___
Title: ___CFO___

**BETHANY HOUSING DEVELOPMENT FUND CORPORATION**
By: ___Steve A. Robinson___
Name: _____
Title: ___Chairman___

SO ORDERED this _____ day of _____, 2023

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE