UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : | Case No. 22-10910 (SHL) |
| | : | |
| Debtor. | : | **Ref. Docket Nos. 427-431** |

# CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2023, I caused to be served the:

   a. "Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc.," dated April 12, 2023 [Docket No. 427], (the "Plan"),

   b. "Disclosure Statement for Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc.," dated April 12, 2023 [Docket No. 428], (the "Disclosure Statement"),

   c. "Notice of Hearing to Consider Conditional Approval of Disclosure Statement to be Held on April 27, 2023," dated April 12, 2023 [Docket No. 429], (the "Hearing Notice"),

   d. "Debtor's Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving Form of Notices and Ballots; (III) Establishing (A) Solicitation and Voting Procedures and (B) Notice and Objection Procedures for Confirmation; (IV) Scheduling Combined Hearing on Confirmation of Plan of Reorganization and Final Approval of Disclosure Statement; and (V) Granting Related Relief," dated April 12, 2023 [Docket No. 430], (the "Approve Motion"), and

   e. "Debtor's Objection Pursuant to Section 502 of the Bankruptcy Code to Proof of Claim No. 0000020021 Filed by the Rockefeller University," dated April 12, 2023 [Docket No. 431], (the "Rockefeller Objection"),

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

by causing true and correct copies of the:

    i. Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. Plan, Disclosure Statement, Hearing Notice, Approve Motion, and Rockefeller Objection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. Rockefeller Objection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Angela Chachoff</i><br>Angela Chachoff

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A.B. | ADDRESS ON FILE |
| A.B. | ADDRESS ON FILE |
| A.B. | ADDRESS ON FILE |
| A.F. | ADDRESS ON FILE |
| A.F. | ADDRESS ON FILE |
| A.F. | ADDRESS ON FILE |
| A.G. | ADDRESS ON FILE |
| A.G. | ADDRESS ON FILE |
| A.G. | ADDRESS ON FILE |
| ACOSTA, RAMON | ADDRESS ON FILE |
| ACOSTA, RAMON | ADDRESS ON FILE |
| B.D. | ADDRESS ON FILE |
| B.D. | ADDRESS ON FILE |
| BLACKMAN, DEXTER | ADDRESS ON FILE |
| BLACKMAN, DEXTER | ADDRESS ON FILE |
| BLACKMAN, EMILE | ADDRESS ON FILE |
| BLACKMAN, EMILE | ADDRESS ON FILE |
| BONNER, HENRI | ADDRESS ON FILE |
| BONNER, HENRI | ADDRESS ON FILE |
| BROOKLYN UNION GAS COMPANY, THE | 300 ERIE BLVD W SYRACUSE NY 13202 |
| BUSETTI, RENZO | ADDRESS ON FILE |
| BUSETTI, RENZO | ADDRESS ON FILE |
| BUSETTI, RENZO | ADDRESS ON FILE |
| BUSH, HECTOR | ADDRESS ON FILE |
| BUSH, HECTOR | ADDRESS ON FILE |
| C.C. | ADDRESS ON FILE |
| C.C. | ADDRESS ON FILE |
| C.C. | ADDRESS ON FILE |
| C.M. | ADDRESS ON FILE |
| C.M. | ADDRESS ON FILE |
| C.M. | ADDRESS ON FILE |
| C.R. | ADDRESS ON FILE |
| C.R. | ADDRESS ON FILE |
| CARSON, GERALD J | ADDRESS ON FILE |
| CARSON, GERALD J | ADDRESS ON FILE |
| CARSON, GERALD J | ADDRESS ON FILE |
| CASTRILLO, SAMUEL | ADDRESS ON FILE |
| CASTRILLO, SAMUEL | ADDRESS ON FILE |
| CASTRILLO, SAMUEL | ADDRESS ON FILE |
| CAWLEY, ANDREW T | ADDRESS ON FILE |
| CAWLEY, ANDREW T | ADDRESS ON FILE |
| CAWLEY, ANDREW T | ADDRESS ON FILE |
| CENTENO, NEFTALI | ADDRESS ON FILE |
| CENTENO, NEFTALI | ADDRESS ON FILE |
| CENTURY INDEMNITY COMPANY | ADDRESS ON FILE |
| CENTURY INDEMNITY COMPANY | C/O CROWELL & MORING LLP ATTN MARK D PLEVIN, ESQ THREE EMBARCADERO CTR, 26TH FL SAN FRANCISCO CA 94111 |
| CIAPPA, JOSEPH JR | ADDRESS ON FILE |
| CIAPPA, JOSEPH JR | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| CIAPPA, JOSEPH JR | ADDRESS ON FILE |
| CLARK, CHRISTOPHER | ADDRESS ON FILE |
| CLARK, CHRISTOPHER | ADDRESS ON FILE |
| CONSOLIDATED EDISON | ATTN BANKRUPTCY GROUP-EAG 4 IRVING PL, 9TH FL NEW YORK NY 10003 |
| CUSUMANO, MICHAEL P | ADDRESS ON FILE |
| CUSUMANO, MICHAEL P | ADDRESS ON FILE |
| CUSUMANO, MICHAEL P | ADDRESS ON FILE |
| CVA CLAIMANT 19 | ADDRESS ON FILE |
| CVA CLAIMANT 19 | ADDRESS ON FILE |
| CVA CLAIMANT 19 | ADDRESS ON FILE |
| CVA CLAIMANT 11 | ADDRESS ON FILE |
| CVA CLAIMANT 11 | ADDRESS ON FILE |
| CVA CLAIMANT 12 | ADDRESS ON FILE |
| CVA CLAIMANT 12 | ADDRESS ON FILE |
| CVA CLAIMANT 13 | ADDRESS ON FILE |
| CVA CLAIMANT 13 | ADDRESS ON FILE |
| CVA CLAIMANT 14 | ADDRESS ON FILE |
| CVA CLAIMANT 14 | ADDRESS ON FILE |
| CVA CLAIMANT 15 | ADDRESS ON FILE |
| CVA CLAIMANT 15 | ADDRESS ON FILE |
| CVA CLAIMANT 16 | ADDRESS ON FILE |
| CVA CLAIMANT 16 | ADDRESS ON FILE |
| CVA CLAIMANT 16 | ADDRESS ON FILE |
| CVA CLAIMANT 17 | ADDRESS ON FILE |
| CVA CLAIMANT 17 | ADDRESS ON FILE |
| CVA CLAIMANT 18 | ADDRESS ON FILE |
| CVA CLAIMANT 18 | ADDRESS ON FILE |
| CVA CLAIMANT 20 | ADDRESS ON FILE |
| CVA CLAIMANT 20 | ADDRESS ON FILE |
| CVA CLAIMANT 21 | ADDRESS ON FILE |
| CVA CLAIMANT 21 | ADDRESS ON FILE |
| CVA CLAIMANT 23 | ADDRESS ON FILE |
| CVA CLAIMANT 23 | ADDRESS ON FILE |
| CVA CLAIMANT 24 | ADDRESS ON FILE |
| CVA CLAIMANT 24 | ADDRESS ON FILE |
| CVA CLAIMANT 25 | ADDRESS ON FILE |
| CVA CLAIMANT 25 | ADDRESS ON FILE |
| CVA CLAIMANT 26 | ADDRESS ON FILE |
| CVA CLAIMANT 26 | ADDRESS ON FILE |
| CVA CLAIMANT 27 | ADDRESS ON FILE |
| CVA CLAIMANT 27 | ADDRESS ON FILE |
| CVA CLAIMANT 28 | ADDRESS ON FILE |
| CVA CLAIMANT 28 | ADDRESS ON FILE |
| CVA CLAIMANT 29 | ADDRESS ON FILE |
| CVA CLAIMANT 29 | ADDRESS ON FILE |
| CVA CLAIMANT 30 | ADDRESS ON FILE |
| CVA CLAIMANT 30 | ADDRESS ON FILE |
| CVA CLAIMANT 30 | ADDRESS ON FILE |
| CVA CLAIMANT 31 | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| CVA CLAIMANT 31 | ADDRESS ON FILE |
| CVA CLAIMANT 32 | ADDRESS ON FILE |
| CVA CLAIMANT 32 | ADDRESS ON FILE |
| CVA CLAIMANT 33 | ADDRESS ON FILE |
| CVA CLAIMANT 33 | ADDRESS ON FILE |
| CVA CLAIMANT 34 | ADDRESS ON FILE |
| CVA CLAIMANT 34 | ADDRESS ON FILE |
| CVA CLAIMANT 35 | ADDRESS ON FILE |
| CVA CLAIMANT 35 | ADDRESS ON FILE |
| CVA CLAIMANT 36 | ADDRESS ON FILE |
| CVA CLAIMANT 36 | ADDRESS ON FILE |
| CVA CLAIMANT 37 | ADDRESS ON FILE |
| CVA CLAIMANT 37 | ADDRESS ON FILE |
| CVA CLAIMANT 38 | ADDRESS ON FILE |
| CVA CLAIMANT 39 | ADDRESS ON FILE |
| CVA CLAIMANT 39 | ADDRESS ON FILE |
| CVA CLAIMANT 40 | ADDRESS ON FILE |
| CVA CLAIMANT 40 | ADDRESS ON FILE |
| CVA CLAIMANT 41 | ADDRESS ON FILE |
| CVA CLAIMANT 41 | ADDRESS ON FILE |
| CVA CLAIMANT 41 | ADDRESS ON FILE |
| CVA CLAIMANT 42 | ADDRESS ON FILE |
| CVA CLAIMANT 42 | ADDRESS ON FILE |
| CVA CLAIMANT 42 | ADDRESS ON FILE |
| CVA CLAIMANT 43 | ADDRESS ON FILE |
| CVA CLAIMANT 43 | ADDRESS ON FILE |
| CVA CLAIMANT 44 | ADDRESS ON FILE |
| CVA CLAIMANT 44 | ADDRESS ON FILE |
| CVA CLAIMANT 46 | ADDRESS ON FILE |
| CVA CLAIMANT 48 | ADDRESS ON FILE |
| CVA CLAIMANT 48 | ADDRESS ON FILE |
| CVA CLAIMANT 48 | ADDRESS ON FILE |
| CVA CLAIMANT 50 | ADDRESS ON FILE |
| CVA CLAIMANT 50 | ADDRESS ON FILE |
| CVA CLAIMANT 50 | ADDRESS ON FILE |
| CVA CLAIMANT 51 | ADDRESS ON FILE |
| CVA CLAIMANT 51 | ADDRESS ON FILE |
| CVA CLAIMANT 51 | ADDRESS ON FILE |
| CVA CLAIMANT 51 | ADDRESS ON FILE |
| CVA CLAIMANT22 | ADDRESS ON FILE |
| CVA CLAIMANT22 | ADDRESS ON FILE |
| CVA CLAIMANT22 | ADDRESS ON FILE |
| D.C. | ADDRESS ON FILE |
| D.C. | ADDRESS ON FILE |
| D.C. | ADDRESS ON FILE |
| D.M. | ADDRESS ON FILE |
| D.M. | ADDRESS ON FILE |
| D.M. | ADDRESS ON FILE |
| DANIELLO, GEORGE | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| DANIELLO, GEORGE | ADDRESS ON FILE |
| DANIELLO, MICHAEL | ADDRESS ON FILE |
| DANIELLO, MICHAEL | ADDRESS ON FILE |
| DIAZ, ISRAEL | ADDRESS ON FILE |
| DIAZ, ISRAEL | ADDRESS ON FILE |
| C.D. | ADDRESS ON FILE |
| C.D. | ADDRESS ON FILE |
| C.D. | ADDRESS ON FILE |
| DRECHSLER, JONATHAN B | ADDRESS ON FILE |
| DRECHSLER, JONATHAN B | ADDRESS ON FILE |
| DRECHSLER, JONATHAN B | ADDRESS ON FILE |
| E.C. [950404/2020] | ADDRESS ON FILE |
| E.C. [950404/2020] | ADDRESS ON FILE |
| E.C. [950404/2020] | ADDRESS ON FILE |
| E.E.S.JR | ADDRESS ON FILE |
| E.E.S.JR | ADDRESS ON FILE |
| E.M. [70172/2021E] | ADDRESS ON FILE |
| E.M. [70172/2021E] | ADDRESS ON FILE |
| E.M.950404/2020 | ADDRESS ON FILE |
| E.M.950404/2020 | ADDRESS ON FILE |
| E.M.R. | ADDRESS ON FILE |
| E.M.R. | ADDRESS ON FILE |
| E.T. | ADDRESS ON FILE |
| E.T. | ADDRESS ON FILE |
| E.T. | ADDRESS ON FILE |
| E.T. | ADDRESS ON FILE |
| E.T. | ADDRESS ON FILE |
| E.T. | ADDRESS ON FILE |
| ESTATE OF EMMANUEL WILLIAM SORGE | ADDRESS ON FILE |
| ESTATE OF EMMANUEL WILLIAM SORGE | ADDRESS ON FILE |
| ESTATE OF EMMANUEL WILLIAM SORGE | ADDRESS ON FILE |
| EXECUTIVE RISK INDEMNITY INC | C/O DUANE MORRIS LLP ATTN WENDY M SIMKULAK, ESQ 30 S 17TH ST PHILADELPHIA PA 19103 |
| EXECUTIVE RISK INDEMNITY INC | ADDRESS ON FILE |
| FALZON, EMMANUEL A | ADDRESS ON FILE |
| FALZON, EMMANUEL A | ADDRESS ON FILE |
| FALZON, EMMANUEL A | ADDRESS ON FILE |
| FALZON, JOSEPH JR | ADDRESS ON FILE |
| FALZON, JOSEPH JR | ADDRESS ON FILE |
| FALZON, JOSEPH JR | ADDRESS ON FILE |
| FARLEY, DENNIS A | ADDRESS ON FILE |
| FARLEY, DENNIS A | ADDRESS ON FILE |
| FARLEY, DENNIS A | ADDRESS ON FILE |
| FAYE, MICHAEL | ADDRESS ON FILE |
| FAYE, MICHAEL | ADDRESS ON FILE |
| FEDERAL INSURANCE COMPANY | ADDRESS ON FILE |
| FEDERAL INSURANCE COMPANY | C/O DUANE MORRIS LLP ATTN WENDY M SIMKULAK, ESQ 30 S 17TH ST PHILADELPHIA PA 19103 |
| FEDERAL INSURANCE COMPANY | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| FEDERAL INSURANCE COMPANY | C/O CROWELL & MORING LLP ATTN MARK D PLEVIN, ESQ THREE EMBARCADERO CTR, 26TH FL SAN FRANCISCO CA 94111 |
| FOUR SEASONS PROMOS LLC | 40 E 80TH ST, STE 12 NEW YORK NY 10075 |
| FRAZIER, ANTOWNE | ADDRESS ON FILE |
| FRAZIER, ANTOWNE | ADDRESS ON FILE |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ATTN MARY E MULLIGAN, ESQ 7 TIMES SQ NEW YORK NY 10036-6516 |
| G.C. | ADDRESS ON FILE |
| G.C. | ADDRESS ON FILE |
| G.F. | ADDRESS ON FILE |
| G.F. | ADDRESS ON FILE |
| G.F. | ADDRESS ON FILE |
| G.R. [950404/2020] | ADDRESS ON FILE |
| G.R. [950404/2020] | ADDRESS ON FILE |
| G.R. [950404/2020] | ADDRESS ON FILE |
| GARCIA, JOHNNY | ADDRESS ON FILE |
| GARCIA, JOHNNY | ADDRESS ON FILE |
| GENTILE, JOSEPH | ADDRESS ON FILE |
| GENTILE, JOSEPH | ADDRESS ON FILE |
| GLIM, ARNOLD | ADDRESS ON FILE |
| GLIM, ARNOLD | ADDRESS ON FILE |
| GLIM, ARNOLD | ADDRESS ON FILE |
| GONZALEZ, ROBERTO | ADDRESS ON FILE |
| GONZALEZ, ROBERTO | ADDRESS ON FILE |
| GONZALEZ, ROBERTO | ADDRESS ON FILE |
| GRANT, KENNETH M | ADDRESS ON FILE |
| GRANT, KENNETH M | ADDRESS ON FILE |
| GRANT, KENNETH M | ADDRESS ON FILE |
| GREAT NORTHERN INSURANCE COMPANY | C/O DUANE MORRIS LLP ATTN WENDY M SIMKULAK, ESQ 30 S 17TH ST PHILADELPHIA PA 19103 |
| GREAT NORTHERN INSURANCE COMPANY | ADDRESS ON FILE |
| HARLEM CLUBHOUSE INVESTMENT FUND LLC | C/O KUTAK ROCK LLP ATTN MICHAEL A CONDYLES, ESQ 901 E BYRD ST, STE 1000 RICHMOND VA 23219-4071 |
| HARLEM CLUBHOUSE INVESTMENT FUND LLC | ADDRESS ON FILE |
| HARRIS, PHILLIP | ADDRESS ON FILE |
| HARRIS, PHILLIP | ADDRESS ON FILE |
| HEREDIA, LOUIS J | ADDRESS ON FILE |
| HEREDIA, LOUIS J | ADDRESS ON FILE |
| HUMPHREY, AARON | ADDRESS ON FILE |
| HUMPHREY, AARON | ADDRESS ON FILE |
| HUNTER, EDWARD J | ADDRESS ON FILE |
| HUNTER, EDWARD J | ADDRESS ON FILE |
| HUNTER, EDWARD J | ADDRESS ON FILE |
| I.R. | ADDRESS ON FILE |
| I.R. | ADDRESS ON FILE |
| I.R. | ADDRESS ON FILE |
| IAG LTD | ATTN MICHELE PIERRO 75 ORIENT WAY, STE 302 RUTHERFORD NJ 07070 |
| J.A.M. | ADDRESS ON FILE |
| J.A.M. | ADDRESS ON FILE |
| J.A.M. | ADDRESS ON FILE |
| J.C. | ADDRESS ON FILE |

Service List

| Claim Name | Address Information |
|---|---|
| J.C. | ADDRESS ON FILE |
| J.C. | ADDRESS ON FILE |
| J.G. [950105/2021] | ADDRESS ON FILE |
| J.G. [950105/2021] | ADDRESS ON FILE |
| J.G. [950105/2021] | ADDRESS ON FILE |
| J.G. [951255/2021] | ADDRESS ON FILE |
| J.G. [951255/2021] | ADDRESS ON FILE |
| J.G. [951255/2021] | ADDRESS ON FILE |
| J.L. | ADDRESS ON FILE |
| J.R. | ADDRESS ON FILE |
| J.R. | ADDRESS ON FILE |
| J.R. | ADDRESS ON FILE |
| JACOBS, MICHAEL | ADDRESS ON FILE |
| JACOBS, MICHAEL | ADDRESS ON FILE |
| JAMES, RANDALL | ADDRESS ON FILE |
| JAMES, RANDALL | ADDRESS ON FILE |
| K.P. | ADDRESS ON FILE |
| K.P. | ADDRESS ON FILE |
| K.R. | ADDRESS ON FILE |
| K.R. | ADDRESS ON FILE |
| K.R. | ADDRESS ON FILE |
| KING, HENRY | ADDRESS ON FILE |
| KING, HENRY | ADDRESS ON FILE |
| L.B. | ADDRESS ON FILE |
| L.R. | ADDRESS ON FILE |
| L.R. | ADDRESS ON FILE |
| L.R. | ADDRESS ON FILE |
| LAWRENCE, DAVIS R | ADDRESS ON FILE |
| LAWRENCE, DAVIS R | ADDRESS ON FILE |
| LAWRENCE, DAVIS R | ADDRESS ON FILE |
| LEAF CAPITAL FUNDING LLC | ATTN LEGAL DEPARTMENT 2005 MARKET ST, 14TH FL PHILADELPHIA PA 19103 |
| LEBRON, ERIC | ADDRESS ON FILE |
| LEBRON, ERIC | ADDRESS ON FILE |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC | 51 UNIVERSITY ST, STE 400 SEATTLE WA 98101 |
| LIGUORI, ROBERT F | ADDRESS ON FILE |
| LIGUORI, ROBERT F | ADDRESS ON FILE |
| LIGUORI, ROBERT F | ADDRESS ON FILE |
| LOGAN, AVAN | ADDRESS ON FILE |
| LOGAN, AVAN | ADDRESS ON FILE |
| LOGAN, IKEM ROBERT | ADDRESS ON FILE |
| LOGAN, IKEM ROBERT | ADDRESS ON FILE |
| LOGAN, TERRENCE | ADDRESS ON FILE |
| LOGAN, TERRENCE | ADDRESS ON FILE |
| LOGAN, TYRONE | ADDRESS ON FILE |
| LOGAN, TYRONE | ADDRESS ON FILE |
| LOGERFO, THOMAS | ADDRESS ON FILE |
| LOGERFO, THOMAS | ADDRESS ON FILE |
| LUKAS, THOMAS M | ADDRESS ON FILE |
| LUKAS, THOMAS M | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| M.H. | ADDRESS ON FILE |
| M.H. | ADDRESS ON FILE |
| M.H. | ADDRESS ON FILE |
| M.J.S. | ADDRESS ON FILE |
| M.J.S. | ADDRESS ON FILE |
| M.S. | ADDRESS ON FILE |
| M.S. | ADDRESS ON FILE |
| MARKS, JOHN G | ADDRESS ON FILE |
| MARKS, JOHN G | ADDRESS ON FILE |
| MARKS, JOHN G | ADDRESS ON FILE |
| MCBRIDE, JOSEPH R | ADDRESS ON FILE |
| MCBRIDE, JOSEPH R | ADDRESS ON FILE |
| MCBRIDE, JOSEPH R | ADDRESS ON FILE |
| METROTECH SYSTEMS | 117 E CENTRAL AVE MAYWOOD NJ 07607 |
| MOSS, COLIN | ADDRESS ON FILE |
| MOSS, COLIN | ADDRESS ON FILE |
| MUTUAL SECURITY SERVICES | 10 W 46TH ST LL NEW YORK NY 10036 |
| MUTUAL SECURITY SERVICES | ADDRESS ON FILE |
| NATIONAL MULTIPLE SCLEROSIS SOCIETY | 900 S BROADWAY, STE 200 DENVER CO 80209 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE CAMPUS BLDG 12, RM 256 ALBANY NY 12240 |
| NFF NEW MARKETS FUND XXIX LLC | ADDRESS ON FILE |
| NFF NEW MARKETS FUND XXIX LLC | C/O STINSON LLP ATTN MARC E ALBERT 1775 PENNSYLVANIA AVE NW, STE 800 WASHINGTON DC 20006 |
| NOLAN, LAWRENCE J | ADDRESS ON FILE |
| NOLAN, LAWRENCE J | ADDRESS ON FILE |
| NOTES FOR NOTES | 1900 CHURCH ST, STE 300 NASHVILLE TN 37203 |
| NYC ECONOMIC DEVEL CORP & CITY OF NY | 1 LIBERTY PLAZA, 14TH FL NEW YORK NY 10006 |
| NYC OATH/ECB | ATTN LIZ NOLAN 66 JOHN ST, 10TH FL NEW YORK NY 10007 |
| NYC WATER BOARD | ATTN ANDREW RETTIG, ASSISTANT COUNSEL 59-17 JUNCTION BLVD, 13TH FL ELMHURST NY 11373-5108 |
| NYCNCC SUB-CDE 2 LLC | ADDRESS ON FILE |
| NYCNCC SUB-CDE 2 LLC | C/O NIXON PEABODY LLP ATTN CHRISTOPHER FONG 55 W 46TH ST NEW YORK NY 10036 |
| O'BRIEN, JOSEPH | ADDRESS ON FILE |
| O'BRIEN, JOSEPH | ADDRESS ON FILE |
| O'LEARY, ROBERT M | ADDRESS ON FILE |
| O'LEARY, ROBERT M | ADDRESS ON FILE |
| O'LEARY, ROBERT M | ADDRESS ON FILE |
| OMBRAMONTI, ENZO | ADDRESS ON FILE |
| OMBRAMONTI, ENZO | ADDRESS ON FILE |
| OMBRAMONTI, ENZO | ADDRESS ON FILE |
| OMBRAMONTI, ENZO | ADDRESS ON FILE |
| ORKIN LLC | C/O ORKIN PEST CONTROL 40-27 CRESCENT ST LONG ISLAND CITY NY 11101 |
| PAIGE, JAMES | ADDRESS ON FILE |
| PAIGE, JAMES | ADDRESS ON FILE |
| PAIGE, MICHAEL | ADDRESS ON FILE |
| PAIGE, MICHAEL | ADDRESS ON FILE |
| PESCE, FRANK J | ADDRESS ON FILE |
| PESCE, FRANK J | ADDRESS ON FILE |
| PESCE, FRANK J | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| PESCE, VITO V | ADDRESS ON FILE |
| PESCE, VITO V | ADDRESS ON FILE |
| PESCE, VITO V | ADDRESS ON FILE |
| PITNEY BOWES INC | 27 WATERVIEW DR, 3RD FL SHELTON CT 06484 |
| PNC CDE 74 LP | C/O KUTAK ROCK LLP ATTN MICHAEL A CONDYLES, ESQ 901 E BYRD ST, STE 1000 RICHMOND VA 23219-4071 |
| PNC CDE 74 LP | ADDRESS ON FILE |
| PNC NEW MARKETS INVESTMENT PARTNERS LLC | C/O KUTAK ROCK LLP ATTN MICHAEL A CONDYLES, ESQ 901 E BYRD ST, STE 1000 RICHMOND VA 23219-4071 |
| PNC NEW MARKETS INVESTMENT PARTNERS LLC | ADDRESS ON FILE |
| POWELL, LEON S | ADDRESS ON FILE |
| POWELL, LEON S | ADDRESS ON FILE |
| POWELL, PERRY | ADDRESS ON FILE |
| POWELL, PERRY | ADDRESS ON FILE |
| PROKOPIAK, RONALD (DECEASED) | ADDRESS ON FILE |
| PROKOPIAK, RONALD (DECEASED) | ADDRESS ON FILE |
| QUILL CORPORATION | 7 TECHNOLOGY CIR COLUMBIA SC 29203 |
| R.A. | ADDRESS ON FILE |
| R.A. | ADDRESS ON FILE |
| R.B. | ADDRESS ON FILE |
| R.B. | ADDRESS ON FILE |
| R.C. | ADDRESS ON FILE |
| R.C. | ADDRESS ON FILE |
| R.C. | ADDRESS ON FILE |
| R.F. | ADDRESS ON FILE |
| R.F. | ADDRESS ON FILE |
| R.F. II | ADDRESS ON FILE |
| R.F. II | ADDRESS ON FILE |
| R.F. II | ADDRESS ON FILE |
| R.M. | ADDRESS ON FILE |
| R.M. | ADDRESS ON FILE |
| R.M. | ADDRESS ON FILE |
| R.S. | ADDRESS ON FILE |
| R.S. | ADDRESS ON FILE |
| R.S. | ADDRESS ON FILE |
| RAMIREZ, ROBERT | ADDRESS ON FILE |
| RAMIREZ, ROBERT | ADDRESS ON FILE |
| RAMOS, REYES | ADDRESS ON FILE |
| RAMOS, REYES | ADDRESS ON FILE |
| RAMOS, REYES | ADDRESS ON FILE |
| G.R.[951131/2021] | ADDRESS ON FILE |
| G.R.[951131/2021] | ADDRESS ON FILE |
| G.R.[951131/2021] | ADDRESS ON FILE |
| ROCKEFELLER UNIVERSITY, THE | ADDRESS ON FILE |
| ROCKEFELLER UNIVERSITY, THE | ATTN OFFICE OF GENERAL COUNSEL 1230 YORK AVE, BOX 81 NEW YORK NY 10065 |
| ROSADO, ERIC | MADDRESS ON FILE |
| ROSADO, ERIC | ADDRESS ON FILE |
| ROSADO, JULIO | ADDRESS ON FILE |
| ROSADO, JULIO | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| S&S WORLDWIDE | 75 MILL ST COLCHESTER CT 06415 |
| S.A. | ADDRESS ON FILE |
| S.R. [950449/2020] | ADDRESS ON FILE |
| S.R. [950449/2020] | ADDRESS ON FILE |
| S.R. [951180/2021] | ADDRESS ON FILE |
| SALAMONE, JOSEPH P JR | ADDRESS ON FILE |
| SALAMONE, JOSEPH P JR | ADDRESS ON FILE |
| SERRINGER, ROBERT A | ADDRESS ON FILE |
| SERRINGER, ROBERT A | ADDRESS ON FILE |
| SERRINGER, ROBERT A | ADDRESS ON FILE |
| SORGE, STEVEN A | ADDRESS ON FILE |
| SORGE, STEVEN A | ADDRESS ON FILE |
| SORGE, WILLIAM S | ADDRESS ON FILE |
| SORGE, WILLIAM S | ADDRESS ON FILE |
| SPECTRUM | 1600 DUBLIN RD COLUMBUS OH 43215 |
| STAPLES INC | ATTN TOM RIGGLEMAN 7 TECHNOLOGY CIR COLUMBIA SC 29203 |
| SULLIVAN, JAMES F | ADDRESS ON FILE |
| SULLIVAN, JAMES F | ADDRESS ON FILE |
| SULLIVAN, JAMES F | ADDRESS ON FILE |
| T.F. | ADDRESS ON FILE |
| TATE, BRIAN | ADDRESS ON FILE |
| TATE, BRIAN | ADDRESS ON FILE |
| TAYLOR, MARC A SR | ADDRESS ON FILE |
| TAYLOR, MARC A SR | ADDRESS ON FILE |
| THOMPSON, MARK | ADDRESS ON FILE |
| THOMPSON, MARK | ADDRESS ON FILE |
| TOYOTA LEASE TRUST | C/O TOYOTA MOTOR CREDIT CORPORATION PO BOX 9013 ADDISON TX 75001 |
| VARUOLA, ANTHONY J | ADDRESS ON FILE |
| VARUOLA, ANTHONY J | ADDRESS ON FILE |
| VARUOLA, JOSEPH | ADDRESS ON FILE |
| VARUOLA, JOSEPH | ADDRESS ON FILE |
| VELEZ, EDWIN | ADDRESS ON FILE |
| VELEZ, EDWIN | ADDRESS ON FILE |
| VELEZ, EDWIN | ADDRESS ON FILE |
| VENABLE LLP | 750 E PRATT ST, STE 900 BALTIMORE MD 21202 |
| VESPI, RICHARD | ADDRESS ON FILE |
| VESPI, RICHARD | ADDRESS ON FILE |
| VESPI, RICHARD | ADDRESS ON FILE |
| VESPI, RICHARD | ADDRESS ON FILE |
| VIGILANT INSURANCE COMPANY | C/O DUANE MORRIS LLP ATTN WENDY M SIMKULAK, ESQ 30 S 17TH ST PHILADELPHIA PA 19103 |
| VIGILANT INSURANCE COMPANY | ADDRESS ON FILE |
| W.M. | ADDRESS ON FILE |
| WADE, HARRY | ADDRESS ON FILE |
| WADE, HARRY | ADDRESS ON FILE |
| WELCH, DERRICK | ADDRESS ON FILE |
| WELCH, DERRICK | ADDRESS ON FILE |
| WELCH, ROGER | C/O RAPHAELSON & LEVINE LAW FIRM PC ATTN STEVEN GERSHOWITZ 14 PENN PLAZA, STE 1718 NEW YORK NY 10122 |

| Claim Name | Address Information |
|---|---|
| WHITE, CLEVELAND | ADDRESS ON FILE |
| WHITE, CLEVELAND | ADDRESS ON FILE |
| WHITE, CLEVELAND | ADDRESS ON FILE |

**Total Creditor count  433**

# EXHIBIT B

Madison Square Boys & Girls Club, Inc.
Case No. 22-10910
Master Email Service List

| Name | Email Address |
|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | bagosto@abrahamwatkins.com;maziz@awtxlaw.com |
| ALDA BUILDING COMPANY LLC | aldabldgco@aol.com |
| ALLIANZ RESOLUTION MANAGEMENT | Julia.bullen@allianzrm-us.com |
| BLEAKLEY PLATT & SCHMIDT, LLP | wpharrington@bpslaw.com; arodriguez@bpslaw.com |
| CARLTON FIELDS, P.A. | rdiubaldo@carltonfields.com; nvalenza-frost@carltonfield.com; namer@carltonfields.com |
| CHUBB GROUP | adrienne.logan@chubb.com |
| COHEN & GRESSER LLP | dlisner@cohengresser.com |
| CROWELL & MORING LLP | mplevin@crowell.com; gplotko@crowell.com; rjankowski@crowell.com |
| DENTONS US LLP | geoffrey.miller@dentons.com |
| DUANE MORRIS LLP | dsmcgehrin@duanemorris.com; wmsimkulak@duanemorris.com |
| FISHERBROYLES LLP | patricia.fugee@fisherbroyles.com |
| GRANT & EISENHOFER, P.A. | bhart@gelaw.com; ilax@gelaw.com; sbreitner@gelaw.com |
| GRANT & EISENHOFER, P.A. | gnovod@gelaw.com |
| HARNICK AND HARNICK, P.C. | rharnick@harnicklaw.com; tharnick@harnicklaw.com |
| HERMAN LAW FIRM, PA | jherman@hermanlaw.com |
| J & L SERVICE NYC INC. | yeungkee@yahoo.com |
| KILPATRICK TOWNSENDS & STOCKTON LLP | tmeyers@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KUTAK ROCK LLP | peter.barrett@kutakrock.com |
| LEVY KONIGSBERG LLP | info@levy-law.com; cstern@levylaw.com; rwalker@levylaw.com; akull@levylaw.com; mshock@levylaw.com |
| MARCOWITZ LAW FIRM | ed@marcowitzlaw.com |
| MERSON LAW, PLLC | jmerson@mersonlaw.com; gmabile@mersonlaw.com |
| OFFICE OF THE ATTORNEY GENERAL | elena.gonzalez@ag.ny.gov; elizabethm.lynch@ag.ny.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | jstang@pszjlaw.com; gbrown@pszjlaw.com;mpagay@pszjlaw.com; jlucas@pszjlaw.com |
| PFAU COCHRAN VERTETIS AMALA PLLC | vnappo@pcvalaw.com; adoumanian@pcvalaw.com |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | sgershowitz@rllawyers.com |
| ROBINSON + COLE | lklein@rc.com |

Madison Square Boys & Girls Club, Inc.
Case No. 22-10910
Master Email Service List

| Name | Email Address |
|---|---|
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com<br>andrew.devore@ropesgray.com<br>uchechi.egeonuigwe@ropesgray.com |
| SEEGER WEISS LLP | sweiss@seegerweiss.com;<br>mrosenberg@seegerweiss.com |
| SIDLEY AUSTIN LLP | sam.newman@sidley.com;<br>kkansa@sidley.com;<br>gweiner@sidley.com |
| SILVER & KELMACHTER, LLP | snath@silverkelmachter.com |
| SLATER SLATER SCHULMAN LLP | aslater@sssfirm;<br>lleder@sssfirm.com |
| SYLVIA HINDS-RADIX | zkass@law.nyc.gov |
| THE MARSH LAW FIRM, PLLC | katieshipp@marsh.law;<br>jenniferfreeman@marsh.law;<br>jamesmarsh@marsh.law;<br>margaretmabie@marsh.law |
| THE OFFICE OF THE U.S. TRUSTEE | USTPRegion02.NYECF@USDOJ.GOV;<br>andrea.b.schwartz@usdoj.gov |
| THE SIMPSON TUEGEL FIRM | michelle@stfirm.com |
| UNITED STATES ATTORNEY'S OFFICE FOR | peter.aronoff@usdoj.gov |
| WEITZ & LUXENBERG | jkristal@weitzlux.com;<br>info@weitzlux.com |
| WILLIAMS CEDER LLC | gwilliams@williamscedar.com;<br>bcole@williamscedar.com;<br>sfriedman@williamscedar.com |

# EXHIBIT C

MADISON SQUARE BOYS GIRLS CLUB, INC. Case No. 22-10910 (SHL)
Electronic Mail Additional Service List

| Email |
|---|
| GENERALCOUNSELOFFICE@ROCKEFELLER.EDU |
| gregg.galardi@ropesgray.com |
| andrew.devore@ropesgray.com |
| daniel.egan@ropesgray.com |
| eric.schriesheim@ropesgray.com |