**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|   | : |   |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : | Case No. 22-10910 (SHL) |
|   | : |   |
| Debtor. | : | **Ref. Docket Nos. 480-482** |

# CERTIFICATE OF SERVICE

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2023, I caused to be served the:

   a. "Notice of Presentment of Stipulation and Proposed Order by and Between the Debtor and the Rockefeller University Regarding Proof of Claim No. 0000020021," dated May 16, 2023 [Docket No. 480], (the "Rockefeller Notice"),

   b. "Notice of Agenda for Matters Scheduled for Hearing on May 18, 2023 at 2:00 p.m. (Prevailing Eastern Time)," dated May 16, 2023 [Docket No. 481], (the "Agenda"), and

   c. "Omnibus Certificate of No Objection Regarding Interim Fee Applications," dated May 17, 2023 [Docket No. 482], (the "CNO"),

by causing true and correct copies of the:

   i. Rockefeller Notice and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. CNO to be delivered via electronic mail to those parties listed on the annexed Exhibit B, and

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

    iii.    Rockefeller Notice to be delivered via electronic mail to: *daniel.egan@ropesgray.com* and *eric.schriesheim@ropesgray.com*.

*/s/ Jack Lawrence*
Jack Lawrence

# EXHIBIT A

Madison Square Boys & Girls Club, Inc.
Case No. 22-10910
Master Email Service List

| Name | Email Address |
|---|---|
| ABRAHAM, WATKINS, NICHOLS, SORRELS, | bagosto@abrahamwatkins.com; maziz@awtxlaw.com |
| ALDA BUILDING COMPANY LLC | aldabldgco@aol.com |
| ALLIANZ RESOLUTION MANAGEMENT | julia.bullen@allianzrm-us.com |
| BLEAKLEY PLATT & SCHMIDT, LLP | wpharrington@bpslaw.com; arodriguez@bpslaw.com |
| CARLTON FIELDS, P.A. | rdiubaldo@carltonfields.com; nvalenza-frost@carltonfield.com; namer@carltonfields.com |
| CHUBB GROUP | adrienne.logan@chubb.com |
| COHEN & GRESSER LLP | dlisner@cohengresser.com |
| CROWELL & MORING LLP | mplevin@crowell.com; gplotko@crowell.com; rjankowski@crowell.com |
| DENTONS US LLP | geoffrey.miller@dentons.com |
| DUANE MORRIS LLP | dsmcgehrin@duanemorris.com; wmsimkulak@duanemorris.com |
| FISHERBROYLES LLP | patricia.fugee@fisherbroyles.com |
| GRANT & EISENHOFER, P.A. | bhart@gelaw.com; ilax@gelaw.com; sbreitner@gelaw.com |
| GRANT & EISENHOFER, P.A. | gnovod@gelaw.com |
| HARNICK AND HARNICK, P.C. | rharnick@harnicklaw.com; tharnick@harnicklaw.com |
| HERMAN LAW FIRM, PA | jherman@hermanlaw.com |
| J & L SERVICE NYC INC. | yeungkee@yahoo.com |
| KILPATRICK TOWNSENDS & STOCKTON LLP | tmeyers@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KUTAK ROCK LLP | peter.barrett@kutakrock.com |
| LEVY KONIGSBERG LLP | info@levy-law.com; cstern@levylaw.com; rwalker@levylaw.com; akull@levylaw.com; mshock@levylaw.com |
| MARCOWITZ LAW FIRM | ed@marcowitzlaw.com |
| MERSON LAW, PLLC | jmerson@mersonlaw.com; gmabile@mersonlaw.com |
| OFFICE OF THE ATTORNEY GENERAL | elena.gonzalez@ag.ny.gov; elizabethm.lynch@ag.ny.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | jstang@pszjlaw.com; gbrown@pszjlaw.com; mpagay@pszjlaw.com; jlucas@pszjlaw.com |
| PFAU COCHRAN VERTETIS AMALA PLLC | vnappo@pcvalaw.com; adoumanian@pcvalaw.com |
| RAPHAELSON & LEVINE LAW FIRM, P.C. | sgershowitz@rllawyers.com |

Madison Square Boys & Girls Club, Inc.
Case No. 22-10910
Master Email Service List

| Name | Email Address |
|---|---|
| ROBINSON + COLE | lklein@rc.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com<br>andrew.devore@ropesgray.com<br>uchechi.egeonuigwe@ropesgray.com |
| SEEGER WEISS LLP | sweiss@seegerweiss.com;<br>mrosenberg@seegerweiss.com |
| SIDLEY AUSTIN LLP | sam.newman@sidley.com;<br>kkansa@sidley.com;<br>gweiner@sidley.com |
| SILVER & KELMACHTER, LLP | snath@silverkelmachter.com |
| SLATER SLATER SCHULMAN LLP | aslater@sssfirm;<br>lleder@sssfirm.com |
| SYLVIA HINDS-RADIX | zkass@law.nyc.gov |
| THE MARSH LAW FIRM, PLLC | katieshipp@marsh.law;<br>jenniferfreeman@marsh.law;<br>jamesmarsh@marsh.law;<br>margaretmabie@marsh.law |
| THE OFFICE OF THE U.S. TRUSTEE | ustpregion02.nyecf@usdoj.gov;<br>andrea.b.schwartz@usdoj.gov |
| THE SIMPSON TUEGEL FIRM | michelle@stfirm.com |
| UNITED STATES ATTORNEY'S OFFICE FOR | peter.aronoff@usdoj.gov |
| WEITZ & LUXENBERG | jkristal@weitzlux.com;<br>info@weitzlux.com |
| WILLIAMS CEDER LLC | gwilliams@williamscedar.com;<br>bcole@williamscedar.com;<br>sfriedman@williamscedar.com |

# EXHIBIT B

Madison Square Boys & Girls Club, Inc.
Case No. 22-10910
Fee App Email Service List

| Name | Email Address |
|---|---|
| MADISON SQUARE BOYS & GIRLS CLUB, INC | tmcchristian@madisonsquare.org; jdold@madisonsquare.org |
| PACHULSKI STANG ZIEHL & JONES LLP | jstang@pszjlaw.com; gbrown@pszjlaw.com; jlucas@pszjlaw.com |
| UNITED STATES TRUSTEE FOR REGION 2 | USTPRegion02.NYECF@USDOJ.GOV; andrea.b.schwartz@usdoj.gov |