**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re : Chapter 11
:
MADISON SQUARE BOYS & GIRLS CLUB, : Case No. 22-10910-shl
INC.[1],
:
        Debtor. :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                                   )
COUNTY OF LOS ANGELES   )

    I, Mary de Leon, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP, located at 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067. I am not a party to the above-captioned case.

    On May 19, 2023, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via U.S. Mail, first class postage, delivery upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP**

    I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 19th day of May 2023.

                                                      /s/Mary de Leon
                                                      Mary de Leon

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.
DOCS_LA:349145.1 54162/004

# EXHIBIT 1

### Via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN K. KORNBERG<br>ANDREW M. PARLEN<br>JOHN T. WEBER<br>SHAFAQ HASAN | AKORNBERG@PAULWEISS.COM<br>APARLEN@PAULWEISS.COM<br>JWEBER@PAULWEISS.COM<br>SHASAN@PAULWEISS.COM |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING<br>ANDREA B SCHWARTZ<br>TARA TIANTIAN | USTPREGION02.NYECF@USDOJ.GOV<br>ANDREA.B.SCHWARTZ@USDOJ.GOV<br>TARA.TIANTIAN@USDOJ.GOV |

# EXHIBIT 2

**via U.S. Mail**

Mr. Tim McChristian
c/o Madison Square Boys and Girls Club, Inc.
250 Bradhurst Avenue
New York, NY  10039

DOCS_LA:349145.1 54162/004