Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW**
**PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Special Insurance Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**TENTH MONTHLY FEE STATEMENT OF**
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL INSURANCE COUNSEL FOR DEBTOR FOR PERIOD**
**FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pillsbury Winthrop Shaw Pittman LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* June 29, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Monthly Fees Incurred: | $39,331.40 |
| 20% Holdback: | $7,866.28 |
| Total Compensation Less 20% Holdback: | $31,465.12 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $31,465.12 |

This is a:   _X_ monthly  ____ interim  ____final    application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Pillsbury Winthrop Shaw Pittman LLP as Special Insurance Counsel for Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 123] (the "Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[2] Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), special insurance counsel for the above-captioned debtor and debtor in possession (collectively, the "Debtor")

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

hereby submits this tenth monthly fee statement (the "Tenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from April 1, 2023 through April 30, 2023 (the "Tenth Monthly Fee Period"). By this Tenth Monthly Fee Statement, Pillsbury seeks payment in the amount of $31,465.12, which is comprised of (i) $31,465.12, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Tenth Monthly Fee Period, and (ii) reimbursement of $0.00, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services, subject in each case to certain voluntary reductions.

### Services Rendered and Expenses Incurred

1.     Attached as **Exhibit A** is a summary of Pillsbury's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with this chapter 11 case during the Tenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Pillsbury's current billing rates, (iv) amount of fees earned by each Pillsbury professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Pillsbury attorneys during the Tenth Monthly Fee Period is approximately $945.74. The blended hourly rate of legal assistants during the Tenth Monthly Fee Period is approximately $400.00.

2.     Attached as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Tenth Monthly Fee Period.

3.     Attached as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Tenth Monthly Fee Period.

4.     Attached as **Exhibit D** is itemized time detail of Pillsbury professionals for the Tenth Monthly Fee Period and summary materials related thereto.

3

## Notice and Objection Procedures

5.      Notice of this Tenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian, Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, John T. Weber, and Leslie E. Liberman); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas and Gillian N. Brown).

6.      Objections to this Tenth Monthly Fee Statement, if any, must be filed with the Court and served upon Pillsbury and the other Notice Parties so as to be received no later than **fifteen (15) days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no objections to this Tenth Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.      If an objection to this Tenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Tenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

New York, New York
Dated:  May 22, 2023

/s/ Joseph D. Jean

Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN, LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
joseph.jean@pillsburylaw.com
scott.greenspan@pillsburylaw.com

*Special Insurance Counsel to the Debtor and Debtor in Possession*

## **Exhibit A**

**Compensation by Professional**

### SUMMARY OF COMPENSATION BY PROFESSIONAL
### FOR SERVICES RENDERED FOR THE PERIOD
### FROM APRIL 1, 2023 THROUGH APRIL 30, 2023

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Standard Hourly Rate ($) | 15% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|---|
| Joseph D. Jean | Partner | Litigation | 1998 | 1,570.00 | 1,335.00 | 0.7 | 934.50 |
| Peter M. Gillon | Partner | Litigation | 1984 | 1,290.00 | 1,097.00 | 0.7 | 767.90 |
| Scott D. Greenspan | Senior Counsel | Litigation | 1996 | 1,110.00 | 944.00 | 36.8 | 34,739.20 |
| **Total Partners and Counsel:** | | | | | | **#38.2** | **36,441.60** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Andrew V. Alfano | Insolvency | 2017 | 980.00 | 833.00 | 1.0 | 833.00 |
| **Total Associates:** | | | | | **#1.0** | **833.00** |

| Name of Staff Attorney | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Bryan J. Coffey | 520.00 | 442.00 | 0.4 | 176.80 |
| **Total Associates:** | | | **#0.4** | **176.80** |

| Name of Paralegals and other Non-Legal Staff | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($)[3] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Stephanie Korchinski | 575.00 | 400.00 | 4.7 | 1,880.00 |
| **Total Associates:** | | | **#4.7** | **1,880.00** |

| PROFESSIONALS | 15% Discounted Blended Rate ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 953.97 | 38.2 | 36,441.60 |
| Associates | 833.00 | 1.0 | 833.00 |
| Staff Attorneys | 442.00 | 0.4 | 176.80 |
| Paralegals/Non-Legal Staff | 400.00 | 4.7 | 1,880.00 |
| Blended Attorney Rate | 945.74 | 39.6 | 37,451.40 |
| **Total Fees Incurred** | | **44.3** | **39,331.40** |

---

[3]    Paralegal billable rates include a 15% discount off standard rates or a $400.00 cap on hourly rates for paralegals, whichever results in a lower rate.

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| 701 | Case Administration | 4.5 | 1,880.00 |
| 702 | Asset Analysis and Recovery | | |
| 705 | Fee/Employment Applications | 1.0 | 833.00 |
| 706 | Fee/Employment Objections | | |
| 707 | Mediation | 0.8 | 911.60 |
| 708 | Claims Administration and Objections | 22.9 | 21,617.60 |
| 709 | Plan and Disclosure Statement | 14 | 13,130.80 |
| 710 | Litigation | | |
| 711 | Court Hearings | 1.1 | 1,038.40 |
| 712 | Cash Collateral/DIP Financing/Exit Financing | | |
| 713 | Lease/Executory Contract Issues | | |
| 714 | First Day Hearing Preparation | | |
| 715 | Creditor Inquiries | | |
| 716 | Corporate Governance and Board Matters | | |
| | **TOTAL** | **44.3** | **39,411.40** |

## Exhibit C

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD
FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | |
| Information Retrieval Services | |
| Reporting Services | |
| Overtime – Meals | |
| Duplicating and Word Processing | |
| Taxi | |
| Business Expenses | |
| Miscellaneous | |
| **TOTAL** | **0.00** |

**<u>Exhibit D</u>**

**Itemized Time Detail**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

May 4, 2023
Invoice No. 8531373
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

---

**For Professional Services Rendered and Disbursements Incurred through April 30, 2023**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Insurance Recovery | $ 39,331.40 | $ 0.00 | $ 39,331.40 |
| **Total This Invoice:** | **$ 39,331.40** | **$ 0.00** | **$ 39,331.40** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Client No: 055278                                                                                  May 4, 2023
Matter No: 0000002                                                                        Invoice No. 8531373
Michael Kosnitzky                                                                                       Page 2

**Insurance Recovery**

For Professional Services Rendered and Disbursements Incurred Through April 30, 2023

**Time Detail By Task**

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| Task: 701 - Case Administration | | | | |
| S. Korchinski | 04/03/23 | Revise document collection to include recent correspondence. | 3.60 | $1,440.00 |
| S. Korchinski | 04/20/23 | Revise document collection to include recent correspondence and court filings (.6); review email and document collection for information re: how insurer communications were provided to Paul Weiss for review (.2); draft email advising Paul Weiss team of production of documents in native form (.1). | 0.90 | 360.00 |
| | | **Subtotal Task: 701 - Case Administration** | **4.50** | **$1,800.00** |
| Task: 705 - Fee/Employment Applications | | | | |
| A. V. Alfano | 04/04/23 | Review and revise second interim fee application. | 1.00 | $833.00 |
| | | **Subtotal Task: 705 - Fee/Employment Applications** | **1.00** | **$833.00** |
| Task: 707 - Mediation | | | | |
| S. D. Greenspan | 04/24/23 | Conference with J. Jean re: bankruptcy and insurance coverage issues. | 0.40 | $377.60 |
| J. D. Jean | 04/24/23 | Confer with S. Greenspan re: BK and coverage issues. | 0.40 | 534.00 |
| | | **Subtotal Task: 707 - Mediation** | **0.80** | **$911.60** |
| Task: 708 - Claims Administration and Objections | | | | |

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

May 4, 2023
Invoice No.  8531373
Page 3

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 04/17/23 | Review documents for privilege and responsiveness for potential production to Rockefeller University (4.6); conference with PW team re: same (.8). | 5.40 | $5,097.60 |
| S. D. Greenspan | 04/18/23 | Review documents for privilege and responsiveness for potential production to Rockefeller University (8.1); correspondence with PW team re: privilege issues in connection with same (.3) correspondence with L. Varga re: status of review (.2). | 8.60 | 8,118.40 |
| S. D. Greenspan | 04/20/23 | Review documents for privilege and responsiveness for potential production to Rockefeller University (7.9); correspondence with PW team re: technical issues with document review and solutions (.4). | 8.30 | 7,835.20 |
| S. D. Greenspan | 04/21/23 | Correspondence with PW team re: technical issues with document review and solutions. | 0.30 | 283.20 |
| S. D. Greenspan | 04/25/23 | Correspondence with PW team re: resolution to technical issues with document review. | 0.30 | 283.20 |

|  |  | **Subtotal Task: 708 - Claims Administration and Objections** | **22.90** | **$21,617.60** |
|---|---|---|---|---|

Task:  709 - Plan and Disclosure Statement

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 04/03/23 | Correspondence with PW team re: draft objection to Rockefeller Proof of Claim and review draft Proof of Claim (1.6); review all draft Plan document to be filed on April 12 and correspondence with UCC and PW team re: same (1.3). | 2.90 | $2,737.60 |
| B. J. Coffey | 04/05/23 | Review proposed insurance policy list for accuracy for use in Reorganization Plan documents (.2); correspondence with S. Greenspan re: same (.2). | 0.40 | 176.80 |

Client No:  055278                                                                                                   May 4, 2023
Matter No:  0000002                                                                                        Invoice No.  8531373
Michael Kosnitzky                                                                                                       Page 4

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 04/05/23 | Correspondence with PW team re: review of insurance correspondence for production to Trustee (.2); correspondence with PW team re: review of draft list of Abuse Insurance Policies to attach to the Plan documents (.2); correspondence with B. Coffey and M. Pierro re: same (.4); correspondence with S. Hasan re: potential revision to the Disclosure Statement re: defense cost reimbursement (.2); review and analyze draft disclosure statement re: same and strategize re: potential revisions (.2); correspondence with UCC re: Plan (.2). | 1.40 | 1,321.60 |
| S. D. Greenspan | 04/06/23 | Review draft list of Abuse Insurance Policies attached to the Plan documents in connection with response to PW request and review prior list of policies (.4); correspondence with UCC re: draft Plan (.2); review UCC's proposed revisions to the Plan (.4); correspondence with PW team re: same (.2); correspondence with UCC re: Compensation Trust Agreement and draft Allocation Protocol (.2); review and analyze the UCC's proposed revisions to the Allocation Protocol (.3). | 1.70 | 1,604.80 |
| P. M. Gillon | 04/07/23 | Review and analyze draft Reorganization Plan documents and correspondence. | 0.70 | 767.90 |
| S. D. Greenspan | 04/07/23 | Correspondence with PW team re: review of draft list of Abuse Insurance Policies to attach to the Plan documents and re: review of draft channeling injunction language in the Plan (.2); review and analyze draft channeling injunction language (.3); correspondence with UCC re: draft Allocation Protocol (.2); review revised Plan and Trust Allocation Protocol (.4). | 1.10 | 1,038.40 |

Client No:  055278                                                                    May 4, 2023
Matter No:  0000002                                                       Invoice No.  8531373
Michael Kosnitzky                                                                       Page 5

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 04/10/23 | Correspondence with PW team re: review of insurer correspondence for production (.2); review latest draft of Plan, Disclosure Statement and Rockefeller Claim Objection (.6); correspondence with J. Jean, PW team and UCC re: same (.2); review correspondence with insurers and insurer counsel re: draft Plan and Disclosure Statement (.2). | 1.20 | 1,132.80 |
| J. D. Jean | 04/10/23 | Review emails re: draft Reorganization Plan and confer with S. Greenspan re: same. | 0.30 | 400.50 |
| S. D. Greenspan | 04/11/23 | Review AIG's proposed revision to the draft Plan and Disclosure Statement. | 0.40 | 377.60 |
| S. D. Greenspan | 04/12/23 | Review latest draft of Rockefeller Claim Objection (.4); correspondence with PW team and UCC re: same (.2); review UCC's proposed revisions to Allocation Protocol (.3); correspondence with UCC re: same (.2); review UCC's proposed revisions to the Compensation Trust Agreement (.4); correspondence with PW team and UCC re: same (.2); correspondence with UCC and PW team re: final approval re: Plan, Disclosure Statement and other filings (.2); review Solicitation Motion (.3) correspondence with UCC re: same (.2). | 2.40 | 2,265.60 |
| S. D. Greenspan | 04/13/23 | Correspondence with Pillsbury team re: status of plan submittal/approval and re: potential objections. | 0.20 | 188.80 |
| S. D. Greenspan | 04/14/23 | Review/analyze filed Plan documents. | 0.30 | 283.20 |
| S. Korchinski | 04/14/23 | Circulate plan of reorganization and related filings to case team. | 0.20 | 80.00 |
| S. D. Greenspan | 04/17/23 | Review correspondence with UCC re: Plan (.2). | 0.20 | 188.80 |
| S. D. Greenspan | 04/25/23 | Review proposed stipulation to resolve the RU Proof of Claim (.2); correspondence with UCC and PW team re: same (.2). | 0.40 | 377.60 |
| S. D. Greenspan | 04/26/23 | Correspondence with UCC and PW team re: draft RU Proof of Claim Stipulation. | 0.20 | 188.80 |

**Subtotal Task: 709 - Plan and Disclosure Statement**        **14.00**        **$13,130.80**

Pillsbury Winthrop Shaw Pittman LLP

Client No:  055278                                                                                    May 4, 2023
Matter No:  0000002                                                                          Invoice No.  8531373
Michael Kosnitzky                                                                                        Page 6

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|

Task:  711 - Court Hearings

| | | | | |
|---|---|---|---|---|
| S. D. Greenspan | 04/27/23 | Attend disclosure statement hearing (.9); correspondence with PW team re: same (.2). | 1.10 | $1,038.40 |

|  |  |  |
|---|---|---|
| **Subtotal Task: 711 - Court Hearings** | **1.10** | **$1,038.40** |
| **Total:** | **44.30** | **$ 39,331.40** |

**Time Summary By Task**

| Task | Hours | Amount |
|---|---|---|
| 701 - Case Administration | 4.50 | 1,800.00 |
| 705 - Fee/Employment Applications | 1.00 | 833.00 |
| 707 - Mediation | 0.80 | 911.60 |
| 708 - Claims Administration and Objections | 22.90 | 21,617.60 |
| 709 - Plan and Disclosure Statement | 14.00 | 13,130.80 |
| 711 - Court Hearings | 1.10 | 1,038.40 |
| **Total** | **44.30** | **$ 39,331.40** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| **Partner** | | | |
| P. M. Gillon | 0.70 | $1,097.00 | $767.90 |
| J. D. Jean | 0.70 | 1,335.00 | 934.50 |
| *Subtotal* | *1.40* | | *$1,702.40* |
| **Senior Counsel** | | | |
| S. D. Greenspan | 36.80 | $944.00 | $34,739.20 |
| **Senior Associate** | | | |
| A. V. Alfano | 1.00 | $833.00 | $833.00 |
| **Other Attorney** | | | |
| B. J. Coffey | 0.40 | $442.00 | $176.80 |
| **Paralegal** | | | |
| S. Korchinski | 4.70 | $400.00 | $1,880.00 |
| **Total** | **44.30** | | **$39,331.40** |

Pillsbury Winthrop Shaw Pittman LLP

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

May 4, 2023
Invoice No.  8531373
Page 7

| Timekeeper | Hours | Rate | Value Billed |
| --- | --- | --- | --- |

**Total Due For Matter 0000002:**          **$39,331.40**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

May 4, 2023
Invoice No. 8531373
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000002 | $ 39,331.40 | $ 0.00 | $ 39,331.40 |
| **Total This Invoice:** | **$ 39,331.40** | **$ 0.00** | **$ 39,331.40** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York,  NY 10087-0769
**For Electronic Payments including Wire Transfer**, **ACH**, and **SWIFT Payments,  send to:**

Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]