UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **MADISON SQUARE BOYS & GIRLS CLUB, INC.,** | Case No. 22-10910 (SHL) |
| **Debtor.** | |

**TENTH MONTHLY FEE STATEMENT OF
TENEO CAPITAL LLC FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| **Name of Applicant** | **Teneo Capital LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Madison Square Boys & Girls Club, Inc., Debtor and Debtor-in-Possession |
| Date of Retention: | August 12, 2022 *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $50,443.20 (80% of $63,054.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $12,721.85 |

This is a **X** monthly ___ interim __ final application. No prior application filed for this Fee Period.[1]

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Approving Retention and Employment of Teneo Capital LLC, as Financial Advisor to Debtor, Nunc Pro Tunc to Petition Date,* dated August 12, 2022 [D.I. 124] (the "Retention Order") and the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and*

---

[1] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Compensation Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Compensation Order.

*Reimbursement of Expenses for Professionals,* dated August 12, 2022 [D.I. 125] (the "Compensation Order"), Teneo Capital LLC ("Teneo"), financial advisor to the debtor and debtor in possession in the above captioned case ("Debtor"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $50,443.20 for the reasonable and necessary financial advisory services Teneo rendered to the Debtor from April 1, 2023 through April 30, 2023 (the "Fee Period") (80% of $63,054.00); and (ii) reimbursement for the actual and necessary expenses that Teneo incurred, in the amount of $12,721.85 during the Fee Period.

## BACKGROUND

1. On June 29, 2022 (the "Petition Date"), the Debtor commenced its chapter 11 Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate as debtor in possession. No trustee or examiner has been appointed in the Case.

2. On July 13, 2022, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code. [D.I. 53]

### Itemization of Services Rendered and Disbursements Incurred

3. Teneo is compensated in this matter by the hour at its standard hourly rates, as was approved by the Retention Order.

4. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the hours expended and corresponding fees incurred on this matter during the Fee Period by each Teneo professional. Teneo professionals expended a total of 145.1 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit B** is a schedule of the number of hours expended and corresponding fees incurred (individually and on an aggregate basis) by Teneo professionals during the Fee Period with respect to each of the subject matter categories

Teneo established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

- **Exhibit C** is a detailed description of all fees incurred during the Fee Period by professional.

- **Exhibit D** is a description of expenses for which Teneo is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Teneo's out-of-pocket expenses.

## Representations

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Teneo reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Compensation Order.

6. There is no agreement or understanding between Teneo and any person other than members or employees of the firm for the sharing of compensation to be received for services rendered in this case.

## Certification of Compliance and Waiver

7. The undersigned representative of Teneo certifies that she has reviewed the requirements of Local Rule 2016-1 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Orders or otherwise modified by orders of this Court, as permitted by orders of the Compensation Order. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Teneo believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Teneo requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $63,165.05 consisting of (a) $50,443.20, which is 80% of the

fees incurred by the Debtor for reasonable and necessary professional services rendered by Teneo; and (b) $12,725.26 for and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated: May 22, 2023 /s/ Harrison J. Goldin
**TENEO CAPITAL LLC**
**Harrison J. Goldin**
**Vice Chairman**
**280 Park Avenue, 4th Floor**
**New York, NY 10017**

**Exhibit A**

## Summary by Task

| Totals for | Hours | Amount |
|---|---:|---:|
| Financing | 0.60 | 526.50 |
| Attendance of Court proceedings | 0.80 | 702.00 |
| Claims Analysis | 3.70 | 1,523.25 |
| Court filings and reporting | 4.00 | 1,935.00 |
| Restructuring advisory | 5.20 | 2,272.50 |
| Litigation | 5.30 | 2,450.25 |
| Management and board meetings | 11.90 | 6,126.75 |
| Projections and cash forecasting | 49.40 | 19,237.50 |
| Plan of Reorganization and Disclosure Statement | 64.20 | 28,280.25 |
| **TOTAL** | **145.10** | **63,054.00** |

**Exhibit B**

**Exhibit B**

- **Attendance of Court Proceedings**

This category includes support for various court proceedings and hearings.

- **Projections and Cash Forecasting**

This category includes analyses of the Debtor's business prospects and the development and analysis of financial projections therefor.

- **Claims Analysis**

This category includes review and analysis of the various claims against the Debtor, including the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims.

- **Litigation**

This category includes prepation for, support of and attendance at contested matters. During the Fee Period, the majority of time in this category related to activities in preparation of and as a result of disputes with Rockefeller University.

- **Financing**

This category includes activities related to obtaining financing, both DIP and exit, including communications and preparation of materials for the lenders.

- **Management and Board Meetings**

This category includes written and oral communications with the management and

- **Restructuring Advisory**

This category includes analyses, research and meetings necessary for the furtherance of the case including communications with creditors and other parties.

- **Court Filings and Reporting**

This category includes support for the Debtor and counsel in preparing, reviewing and commenting on motions and other reporting including monthly operating reports

- **Plan of Reorganization and Disclosure Statement**

This category includes time spent on development of the Plan of Reorganization and Disclosure Statement including preparation of analysis.

**Exhibit A**
**Summary of Fees by Timekeeper**

| Timekeeper | Title | Rate | Time | Fees |
|---|---|---|---|---|
| Jay Goldin | Vice Chairman | $ 1,170.00 | 2.6 | $3,042.00 |
| Robin Chiu | Senior Managing Director | $ 877.50 | 24.7 | $21,674.25 |
| Dan Finnegan | Analyst | $ 337.50 | 54.7 | $18,461.25 |
| Jay D. Rao | Analyst | $ 315.00 | 63.1 | $19,876.50 |
| **Total** | | | **145.1** | **$63,054.00** |

**Exhibit C**

**Detail by Task**

Attendance of Court proceedings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 04/27/2023 | 0.80 | 877.50 | 702.00 | Hearing on conditional approval of the disclosure statement |
| **TOTAL** | | 0.80 | | 702.00 | |

Claims Analysis

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 04/03/2023 | 0.50 | 337.50 | 168.75 | Call with J. Rao and R. Chiu to discuss current claims analysis in Disclosure statement projections |
| Jay D Rao | 04/03/2023 | 0.50 | 315.00 | 157.50 | Call with R. Chiu and D. Finnegan to discuss claims calculations |
| Robin Chiu | 04/03/2023 | 0.50 | 877.50 | 438.75 | Review of claims analysis with D. Finnegan and J. Rao |
| Jay D Rao | 04/17/2023 | 0.40 | 315.00 | 126.00 | Prepared case and settlement demands chart for PW review |
| Dan Finnegan | 04/24/2023 | 0.40 | 337.50 | 135.00 | Updates to preference payments deck |
| Jay D Rao | 04/24/2023 | 1.30 | 315.00 | 409.50 | Updated preference analysis |
| Robin Chiu | 04/24/2023 | 0.10 | 877.50 | 87.75 | Comments to preference analysis |
| **TOTAL** | | 3.70 | | 1,523.25 | |

Court filings and reporting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 04/04/2023 | 0.60 | 877.50 | 526.50 | Work on second interim fee application |
| Robin Chiu | 04/08/2023 | 0.10 | 877.50 | 87.75 | Comments to draft declaration in support of solicitation motion |
| Robin Chiu | 04/10/2023 | 0.10 | 877.50 | 87.75 | Updates to Second Interim Fee Application |
| Robin Chiu | 04/11/2023 | 0.20 | 877.50 | 175.50 | Finalization of Second Interim Fee Application |
| Robin Chiu | 04/13/2023 | 0.10 | 877.50 | 87.75 | Prep Second Interim Fee Application for filing |
| Robin Chiu | 04/20/2023 | 0.10 | 877.50 | 87.75 | Work on March fee application |
| Jay D Rao | 04/28/2023 | 2.80 | 315.00 | 882.00 | Prepared MOR, notes, schedules, and statements |
| **TOTAL** | | 4.00 | | 1,935.00 | |

Financing

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 04/14/2023 | 0.30 | 877.50 | 263.25 | Call with J. Dold re: DIP financing covenants |
| Robin Chiu | 04/14/2023 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: DIP lender questions |
| Robin Chiu | 04/14/2023 | 0.10 | 877.50 | 87.75 | Review reporting materials for DIP lender |
| Robin Chiu | 04/17/2023 | 0.10 | 877.50 | 87.75 | Call with J. Dold re: reporting for DIP lender |
| **TOTAL** | | 0.60 | | 526.50 | |

Litigation

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 04/13/2023 | 0.10 | 877.50 | 87.75 | Responses to counsel re: RU discovery requests |
| Jay D Rao | 04/18/2023 | 0.70 | 315.00 | 220.50 | Prepared and reviewed fee and insurance payments schedule for PW review |
| Robin Chiu | 04/25/2023 | 0.10 | 877.50 | 87.75 | Correspondence re: claims analysis for RU |
| Dan Finnegan | 04/27/2023 | 1.10 | 337.50 | 371.25 | Call with D. Winter to discuss materials relied upon in liquidation analysis (R. Chiu, J. Rao) |
| Jay D Rao | 04/27/2023 | 1.10 | 315.00 | 346.50 | Discussion with D. Winter on materials used in liquidation analysis with R. Chiu and D. Finnegan |
| Robin Chiu | 04/27/2023 | 1.10 | 877.50 | 965.25 | Call with D. Winter, D. Finnegan and J. Rao re: liquidation analysis review and documents for RU |
| Dan Finnegan | 04/28/2023 | 1.10 | 337.50 | 371.25 | Prepare version of filing projections for Rockefeller |
| **TOTAL** | | 5.30 | | 2,450.25 | |

Management and board meetings

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 04/04/2023 | 1.90 | 337.50 | 641.25 | Build out slides and workbook for Foundation Board Meeting |
| Dan Finnegan | 04/04/2023 | 0.70 | 337.50 | 236.25 | Weekly MSBGC / Teneo call with J. Dold (R. Chiu, J. Rao) re: review of contracts and payables |
| Jay D Rao | 04/04/2023 | 0.70 | 315.00 | 220.50 | Weekly MSBGC Teneo call with J. Dold, R. Chiu and D. Finnegan to review contracts and payables |
| Jay D Rao | 04/04/2023 | 0.20 | 315.00 | 63.00 | Prepared board materials for foundation deck |
| Robin Chiu | 04/04/2023 | 0.70 | 877.50 | 614.25 | Call with J. Dold, D. Finnegan and J. Rao re: contracts and payables |
| Jay D Rao | 04/05/2023 | 1.80 | 315.00 | 567.00 | Prepared deck for Paul Weiss regarding board meeting |
| Robin Chiu | 04/06/2023 | 0.60 | 877.50 | 526.50 | Calls with T. McChristian re: slides for Foundation Board |
| Robin Chiu | 04/06/2023 | 0.10 | 877.50 | 87.75 | Review Board deck |
| Dan Finnegan | 04/08/2023 | 0.90 | 337.50 | 303.75 | Updates to board deck per comments from R. Chiu |
| Dan Finnegan | 04/10/2023 | 0.50 | 337.50 | 168.75 | Call with R. Chiu and J. Rao to discuss board presentation |
| Jay D Rao | 04/10/2023 | 0.50 | 315.00 | 157.50 | Internal call with R. Chiu and D. Finnegan regarding board deck |
| Jay Goldin | 04/10/2023 | 0.30 | 1,170.00 | 351.00 | Attendance at Board meeting (joined late) |
| Robin Chiu | 04/10/2023 | 0.10 | 877.50 | 87.75 | Preparation for Board meeting |
| Robin Chiu | 04/10/2023 | 0.10 | 877.50 | 87.75 | Correspondence with Board re: materials for meeting |
| Robin Chiu | 04/10/2023 | 0.20 | 877.50 | 175.50 | Call with M. Petersen to review projections |
| Robin Chiu | 04/10/2023 | 0.50 | 877.50 | 438.75 | Calls with D. Finnegan and J. Rao re: materials for board meeting |
| Robin Chiu | 04/10/2023 | 0.80 | 877.50 | 702.00 | Attend and present at Board Meeting with H.J. Goldin (joined lated) |
| Robin Chiu | 04/13/2023 | 0.20 | 877.50 | 175.50 | Call with J. Dold re: exit financing |
| Jay D Rao | 04/18/2023 | 0.20 | 315.00 | 63.00 | Prepared agenda for CFO meeting |
| Dan Finnegan | 04/25/2023 | 0.30 | 337.50 | 101.25 | Teneo / MSBGC weekly meeting with J. Dold re: outstanding information requests (R. Chiu, J. Rao) |
| Jay D Rao | 04/25/2023 | 0.30 | 315.00 | 94.50 | Weekly meeting with J. Dold, R. Chiu and D. Finnegan to review information requests |
| Robin Chiu | 04/25/2023 | 0.30 | 877.50 | 263.25 | Call with J. Dold with D. Finnegan and J. Rao re: information deliverables |
| **TOTAL** | | 11.90 | | 6,126.75 | |

## Plan of Reorganization and Disclosure Statement

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 04/01/2023 | 0.50 | 337.50 | 168.75 | Updates to liquidation analysis |
| Dan Finnegan | 04/02/2023 | 0.90 | 337.50 | 303.75 | Updates to liquidation analysis |
| Robin Chiu | 04/02/2023 | 0.10 | 877.50 | 87.75 | Comments to updated liquidation analysis |
| Dan Finnegan | 04/03/2023 | 1.60 | 337.50 | 540.00 | Updates to notes per comments from Paul Weiss and R. Chiu |
| Dan Finnegan | 04/03/2023 | 0.90 | 337.50 | 303.75 | Call with J. Rao to update claims in disclosure statement and related notes |
| Dan Finnegan | 04/03/2023 | 0.50 | 337.50 | 168.75 | Review new pinkerton valuation and address implications to disclosure statement analyses and notes (J. Rao, R. Chiu) |
| Jay D Rao | 04/03/2023 | 0.90 | 315.00 | 283.50 | Call with D. Finnegan to update claims in disclosure statement model and associated notes |
| Jay D Rao | 04/03/2023 | 0.50 | 315.00 | 157.50 | Reviewed new BOV for Pinkerton and updated analyses with R. Chiu and D. Finnegan |
| Jay D Rao | 04/03/2023 | 0.40 | 315.00 | 126.00 | Updated notes following comments |
| Robin Chiu | 04/03/2023 | 0.90 | 877.50 | 789.75 | Review and edits to Notes to Financial Projections and Liquidation Analysis and updated draft Disclosure Statement |
| Robin Chiu | 04/03/2023 | 0.50 | 877.50 | 438.75 | Review of real estate values include calls with D. Finnegan and J. Rao |
| Dan Finnegan | 04/04/2023 | 0.20 | 337.50 | 67.50 | Internal discussion of liquidation analysis and formation of meeting agenda (R. Chiu, J. Rao) |
| Dan Finnegan | 04/04/2023 | 0.50 | 337.50 | 168.75 | Call to review admin expenses in liquidation analysis (J. Rao R. Chiu) |
| Dan Finnegan | 04/04/2023 | 0.70 | 337.50 | 236.25 | Call with PW / Teneo discussing liquidation analysis (R. Chiu, J. Rao) |
| Dan Finnegan | 04/04/2023 | 1.50 | 337.50 | 506.25 | Updates to Liquidation Analysis / Disclosure Statement notes per comments from Paul Weiss |
| Jay D Rao | 04/04/2023 | 0.80 | 315.00 | 252.00 | Reviewed chubb reimbursements made to date |
| Jay D Rao | 04/04/2023 | 0.70 | 315.00 | 220.50 | Paul Weiss-Teneo call to discuss liquidation analysis with R. Chiu and D. Finnegan |
| Jay D Rao | 04/04/2023 | 0.50 | 315.00 | 157.50 | Call with R. Chiu and D. Finnegan on administrative expenses in liquidation analysis |
| Jay D Rao | 04/04/2023 | 0.20 | 315.00 | 63.00 | Internal call to discuss liquidation analysis and CFO meeting topics with R. Chiu and D. Finnegan |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jay D Rao | 04/04/2023 | 2.40 | 315.00 | 756.00 | Prepared list of executory contracts and cure amounts |
| Jay D Rao | 04/04/2023 | 1.20 | 315.00 | 378.00 | Turned updates to liquidation analysis and disclosure statement |
| Robin Chiu | 04/04/2023 | 0.50 | 877.50 | 438.75 | Correspondence with counsel and discussions with D. Finnegan and J. Rao re: administrative expenses |
| Robin Chiu | 04/04/2023 | 0.20 | 877.50 | 175.50 | Calls with D. Finnegan and J. Rao re: payroll and fundraising projections and executory contracts |
| Robin Chiu | 04/04/2023 | 0.70 | 877.50 | 614.25 | Call with J. Weber, W. Clareman, L. Varga, L. Liberman with D. Finnegan and J. Rao re: liquidation analysis |
| Dan Finnegan | 04/05/2023 | 0.40 | 337.50 | 135.00 | Build out list of executory contracts and related cure amounts |
| Dan Finnegan | 04/05/2023 | 0.30 | 337.50 | 101.25 | Call with R. Chiu, J. Rao, C&W and PW teams to review real estate values |
| Dan Finnegan | 04/05/2023 | 0.80 | 337.50 | 270.00 | Updates to Liquidation Analysis per comments from PW to reflect new methodology |
| Dan Finnegan | 04/05/2023 | 0.40 | 337.50 | 135.00 | Updates to Liquidation Analysis/ Disclosure Statement notes per comments from Paul Weiss |
| Dan Finnegan | 04/05/2023 | 0.20 | 337.50 | 67.50 | Calls with R. Chiu and J. Rao to discuss model changes and questions |
| Jay D Rao | 04/05/2023 | 1.80 | 315.00 | 567.00 | Turned updates to liquidation analysis and disclosure statement |
| Jay D Rao | 04/05/2023 | 0.20 | 315.00 | 63.00 | Calls with R. Chiu and D. Finnegan to discuss model changes and questions |
| Jay D Rao | 04/05/2023 | 1.40 | 315.00 | 441.00 | Updated notes and DS per updated analyses |
| Jay D Rao | 04/05/2023 | 0.30 | 315.00 | 94.50 | Call to discuss changes and follow ups to analyses and integration of C&W BOV with Paul Weiss, Cushman & Wakefield, R. Chiu and D. Finnegan |
| Robin Chiu | 04/05/2023 | 0.30 | 877.50 | 263.25 | Call with D. O'Brien, F. Hatcher, W. Clareman, L. Varga, D. Winter, L. Liberman, D. Finnegan and J. Rao re: real estate values |
| Robin Chiu | 04/05/2023 | 0.20 | 877.50 | 175.50 | Call with D. Finnegan and J. Rao re: update to liquidation analysis |
| Dan Finnegan | 04/06/2023 | 0.10 | 337.50 | 33.75 | Calls with R. Chiu and J. Rao to discuss model changes and questions |
| Dan Finnegan | 04/06/2023 | 0.60 | 337.50 | 202.50 | Call with PW / Teneo discussing updates to liquidation analysis (J. Rao, R. Chiu) |
| Dan Finnegan | 04/06/2023 | 0.30 | 337.50 | 101.25 | Call to review prepaid expenses (R. Chiu, J. Rao) |
| Dan Finnegan | 04/06/2023 | 0.70 | 337.50 | 236.25 | Call to discuss C&W real estate recovery values (R. Chiu, J. Rao) |
| Jay D Rao | 04/06/2023 | 0.30 | 315.00 | 94.50 | Call to review prepaid expense treatment in liquidation analysis with R. Chiu and D. Finnegan |
| Jay D Rao | 04/06/2023 | 0.60 | 315.00 | 189.00 | Teneo / PW call to discuss follow ups to analyses and integration of C&W BOV with R. Chiu and D. Finnegan |
| Jay D Rao | 04/06/2023 | 0.70 | 315.00 | 220.50 | Calls with R. Chiu and D. Finnegan to real estate values in liquidation analysis |
| Jay D Rao | 04/06/2023 | 0.10 | 315.00 | 31.50 | Internal call to discuss updates to liquidation analysis with R. Chiu and D. Finnegan |
| Robin Chiu | 04/06/2023 | 0.10 | 877.50 | 87.75 | Call with D. Finnegan and J. Rao (joined late) re: updates to liquidation analysis |
| Robin Chiu | 04/06/2023 | 0.20 | 877.50 | 175.50 | Review and comments to liquidation analysis notes |
| Robin Chiu | 04/06/2023 | 0.30 | 877.50 | 263.25 | Call with D. Finnegan and J. Rao re: prepaid expenses |
| Robin Chiu | 04/06/2023 | 0.60 | 877.50 | 526.50 | Call with W. Clareman, J. Weber, L. Liberman, D. Winter, D. Finnegan and J. Rao re: liquidation analysis real estate values |
| Robin Chiu | 04/06/2023 | 0.70 | 877.50 | 614.25 | Call with D. Finnegan and J. Rao re: C&W real estate recovery values |
| Robin Chiu | 04/06/2023 | 0.90 | 877.50 | 789.75 | Call with D. O'Brien, F. Hatcher, W. Clareman (left early), D. Winter and J. Weber re: real estate values |
| Robin Chiu | 04/06/2023 | 0.70 | 877.50 | 614.25 | Review and comments to financial projection notes and disclosure statement |
| Jay Goldin | 04/07/2023 | 2.30 | 1,170.00 | 2,691.00 | Review of plan documents |
| Robin Chiu | 04/08/2023 | 0.10 | 877.50 | 87.75 | Correspondence with counsel re: disclosure statement notes |
| Robin Chiu | 04/08/2023 | 0.10 | 877.50 | 87.75 | Correspondence with counsel re: assets in settlement analysis |
| Dan Finnegan | 04/10/2023 | 1.00 | 337.50 | 337.50 | QC of model for disclosure statement |
| Jay D Rao | 04/10/2023 | 1.20 | 315.00 | 378.00 | QC of model and DS including review of cash balances vs. reserves |
| Jay D Rao | 04/10/2023 | 0.30 | 315.00 | 94.50 | Updated balance sheet, projections and statements |
| Jay D Rao | 04/10/2023 | 0.40 | 315.00 | 126.00 | Updated projections and notes following comments from R. Chiu |
| Dan Finnegan | 04/11/2023 | 1.70 | 337.50 | 573.75 | Internal discussions and calls to review and finalize the projections, disclosure statement exhibits and models (J. Rao) |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 04/11/2023 | 1.10 | 337.50 | 371.25 | Updates to and review of disclosure statement, financial projection, and liquidation analysis notes |
| Dan Finnegan | 04/11/2023 | 2.20 | 337.50 | 742.50 | Updates and review of model for disclosure statement |
| Dan Finnegan | 04/11/2023 | 0.70 | 337.50 | 236.25 | Call to finalize disclosure statement, financial projection, and liquidation analysis notes (J. Rao) |
| Jay D Rao | 04/11/2023 | 2.10 | 315.00 | 661.50 | Updated model, DS, Plan, and notes |
| Jay D Rao | 04/11/2023 | 0.70 | 315.00 | 220.50 | Researched comp feasibility projections |
| Jay D Rao | 04/11/2023 | 1.00 | 315.00 | 315.00 | Review of model and disclosure statement |
| Jay D Rao | 04/11/2023 | 0.70 | 315.00 | 220.50 | Call with D. Finnegan to finalize notes, DS and Plan |
| Jay D Rao | 04/11/2023 | 1.70 | 315.00 | 535.50 | Call with D. Finnegan to update and finalize projections, liquidation analysis, plan, DS and model |
| Robin Chiu | 04/11/2023 | 0.80 | 877.50 | 702.00 | Review and finalization of exhibits to disclosure statement |
| Dan Finnegan | 04/12/2023 | 0.40 | 337.50 | 135.00 | Calls to discuss updates to DS (J. Rao) |
| Dan Finnegan | 04/12/2023 | 0.50 | 337.50 | 168.75 | QC of real estate modeling for disclosure statement |
| Dan Finnegan | 04/12/2023 | 2.20 | 337.50 | 742.50 | QC of model for disclosure statement |
| Dan Finnegan | 04/12/2023 | 0.30 | 337.50 | 101.25 | Internal discussions and calls regarding the cash accounts in the disclosure statement exhibits and models (R. Chiu, J. Rao) |
| Jay D Rao | 04/12/2023 | 0.40 | 315.00 | 126.00 | Calls with D. Finnegan on updates to DS |
| Jay D Rao | 04/12/2023 | 0.30 | 315.00 | 94.50 | Internal discussions with R. Chiu and D. Finnegan to review endowment balances and restricted accounts in DS |
| Jay D Rao | 04/12/2023 | 0.50 | 315.00 | 157.50 | Compared projected expenses to budget |
| Jay D Rao | 04/12/2023 | 2.00 | 315.00 | 630.00 | QC of model and DS in preparation for filing |
| Robin Chiu | 04/12/2023 | 0.30 | 877.50 | 263.25 | Review endowment balance and restricted accounts in disclosure statement with D. Finnegan and J. Rao |
| Robin Chiu | 04/12/2023 | 1.50 | 877.50 | 1,316.25 | Review of Plan and Disclosure statement and related motions |
| Jay D Rao | 04/21/2023 | 1.70 | 315.00 | 535.50 | Reviewed and updated plan supplement |
| Dan Finnegan | 04/24/2023 | 2.10 | 337.50 | 708.75 | Review and update plan supplement exhibits |
| Dan Finnegan | 04/26/2023 | 0.50 | 337.50 | 168.75 | Updates to plan supplement |
| Jay D Rao | 04/26/2023 | 0.40 | 315.00 | 126.00 | Updated plan supplement |
| Dan Finnegan | 04/28/2023 | 1.90 | 337.50 | 641.25 | Updates to plan supplement and related correspondence |
| Robin Chiu | 04/28/2023 | 0.10 | 877.50 | 87.75 | Correspondence re: Plan Supplement |
| **TOTAL** | | **64.20** | | **28,280.25** | |

Projections and cash forecasting

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 04/03/2023 | 0.30 | 877.50 | 263.25 | Outline of analysis for Board fundraising needs |
| Dan Finnegan | 04/05/2023 | 0.50 | 337.50 | 168.75 | Meeting with R. Chiu and J. Rao to discuss deck on fundraising projections |
| Dan Finnegan | 04/05/2023 | 0.40 | 337.50 | 135.00 | Call to discuss analysis of fundraising needs (R. Chiu, J. Rao) |
| Dan Finnegan | 04/05/2023 | 1.30 | 337.50 | 438.75 | Build out slides and workbook for Foundation Board Meeting |
| Jay D Rao | 04/05/2023 | 2.70 | 315.00 | 850.50 | Prepared board materials for foundation deck |
| Jay D Rao | 04/05/2023 | 0.50 | 315.00 | 157.50 | Call with R. Chiu and D. Finnegan to discuss analysis on fundraising needs |
| Jay D Rao | 04/05/2023 | 0.40 | 315.00 | 126.00 | Calls with R. Chiu and D. Finnegan on Foundation board deck analysis |
| Robin Chiu | 04/05/2023 | 0.50 | 877.50 | 438.75 | Call with D. Finnegan and J. Rao re: deck on fundraising needs |
| Robin Chiu | 04/05/2023 | 0.40 | 877.50 | 351.00 | Comments to deck on fundraising needs |
| Robin Chiu | 04/05/2023 | 0.40 | 877.50 | 351.00 | Calls with D. Finnegan and J. Rao re: analysis for Board of fundraising needs |
| Robin Chiu | 04/07/2023 | 0.10 | 877.50 | 87.75 | Correspondence re: bank accounts in projections |
| Robin Chiu | 04/08/2023 | 0.10 | 877.50 | 87.75 | Correspondence re: correction to Board deck projections |
| Jay D Rao | 04/10/2023 | 0.50 | 315.00 | 157.50 | Updated foundation deck and schedules |
| Robin Chiu | 04/10/2023 | 0.10 | 877.50 | 87.75 | Updates to Foundation Board slides |
| Dan Finnegan | 04/12/2023 | 0.10 | 337.50 | 33.75 | Updates to projected expenses in post exit projections (J. Rao) |
| Jay D Rao | 04/12/2023 | 0.10 | 315.00 | 31.50 | Internal discussion with R. Chiu and D. Finnegan to review expense projections |
| Robin Chiu | 04/12/2023 | 0.10 | 877.50 | 87.75 | Review expense projections with D. Finnegan and J. Rao |
| Dan Finnegan | 04/14/2023 | 2.30 | 337.50 | 776.25 | Build out new 13 week cash flow (J. Rao) |
| Jay D Rao | 04/14/2023 | 2.30 | 315.00 | 724.50 | Working call with D. Finnegan to build 13 week cash flow extension |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 04/17/2023 | 0.60 | 337.50 | 202.50 | Discussions of cash accounting for 13 week cash flow (R. Chiu, J. Rao) |
| Dan Finnegan | 04/17/2023 | 0.80 | 337.50 | 270.00 | Call with J. Rao to discuss updates to post exit projections |
| Dan Finnegan | 04/17/2023 | 1.20 | 337.50 | 405.00 | Calls with J. Rao to discuss updates to cash flow projections and various requests from Paul Weiss team |
| Dan Finnegan | 04/17/2023 | 2.10 | 337.50 | 708.75 | Calls with J. Rao to update cash flows |
| Jay D Rao | 04/17/2023 | 0.80 | 315.00 | 252.00 | Call with D. Finnegan on aggregation and review of post exit projections |
| Jay D Rao | 04/17/2023 | 0.60 | 315.00 | 189.00 | Call with R. Chiu and D. Finnegan on cash accounting for 13 week cash flow |
| Jay D Rao | 04/17/2023 | 0.40 | 315.00 | 126.00 | Updated previous 13 week cash flows |
| Jay D Rao | 04/17/2023 | 2.10 | 315.00 | 661.50 | Call with D. Finnegan to update 13 week cash flow |
| Jay D Rao | 04/17/2023 | 1.20 | 315.00 | 378.00 | Calls with D. Finnegan to discuss updates to projections and requests from PW team |
| Robin Chiu | 04/17/2023 | 0.10 | 877.50 | 87.75 | Comments to 13-week cash flow |
| Robin Chiu | 04/17/2023 | 0.60 | 877.50 | 526.50 | Calls with J. Rao and D. Finnegan re: 13-week cash flows for Carver |
| Jay D Rao | 04/18/2023 | 0.50 | 315.00 | 157.50 | Updated 13 week cash flow |
| Dan Finnegan | 04/20/2023 | 0.90 | 337.50 | 303.75 | QC of cash flow projection vs. actuals |
| Dan Finnegan | 04/20/2023 | 1.00 | 337.50 | 337.50 | Review cash flow model to break out variance in cash balances (R. Chiu, J. Rao) |
| Dan Finnegan | 04/20/2023 | 0.60 | 337.50 | 202.50 | Updates to cash flow projection per comments from R. Chiu |
| Dan Finnegan | 04/20/2023 | 0.30 | 337.50 | 101.25 | Meeting with R. Chiu and J. Rao to update cash flow projections |
| Jay D Rao | 04/20/2023 | 0.30 | 315.00 | 94.50 | Call with R. Chiu and D. Finnegan to update 13 week cash flow |
| Jay D Rao | 04/20/2023 | 1.00 | 315.00 | 315.00 | Calls with R. Chiu and D. Finnegan on review of Cash Flows |
| Robin Chiu | 04/20/2023 | 1.00 | 877.50 | 877.50 | Meeting with J. Rao and D. Finnegan re: projections review |
| Robin Chiu | 04/20/2023 | 0.30 | 877.50 | 263.25 | Meeting with J. Rao and D. Finnegan re: review of historical cash flow variance |
| Dan Finnegan | 04/21/2023 | 1.60 | 337.50 | 540.00 | Updates to and review of cash flow model |
| Dan Finnegan | 04/24/2023 | 0.50 | 337.50 | 168.75 | Review and reconcile cash balances per bank statements |
| Jay D Rao | 04/24/2023 | 0.20 | 315.00 | 63.00 | Reviewed variance to cash actuals |
| Dan Finnegan | 04/25/2023 | 1.90 | 337.50 | 641.25 | Build out march budget to actuals and update projections |
| Dan Finnegan | 04/25/2023 | 0.10 | 337.50 | 33.75 | Discuss march budget to actuals (R. Chiu) |
| Jay D Rao | 04/25/2023 | 1.30 | 315.00 | 409.50 | Updated March budget to actuals |
| Jay D Rao | 04/25/2023 | 2.10 | 315.00 | 661.50 | Updated 13 week cash flow |
| Robin Chiu | 04/25/2023 | 0.10 | 877.50 | 87.75 | Discuss March variance analysis with D. Finnegan |
| Dan Finnegan | 04/26/2023 | 0.80 | 337.50 | 270.00 | Cash flow update for actuals (R. Chiu, J. Rao) |
| Dan Finnegan | 04/26/2023 | 2.10 | 337.50 | 708.75 | Updates to 13 week cash flow (J. Rao) |
| Jay D Rao | 04/26/2023 | 2.10 | 315.00 | 661.50 | Working session with D. Finnegan to update 13 week cash flow |
| Jay D Rao | 04/26/2023 | 0.80 | 315.00 | 252.00 | Reconciled cash balances |
| Jay D Rao | 04/26/2023 | 0.80 | 315.00 | 252.00 | Call with R. Chiu and D. Finnegan on cash flow changes |
| Jay D Rao | 04/26/2023 | 0.30 | 315.00 | 94.50 | Call with R. Chiu on 13 week cash flow |
| Robin Chiu | 04/26/2023 | 0.80 | 877.50 | 702.00 | Calls with D. Finnegan and J. Rao re: review of updated 13-week cash flow projection |
| Robin Chiu | 04/26/2023 | 0.30 | 877.50 | 263.25 | Call with J. Rao re: updated 13-week cash flow projection |
| Dan Finnegan | 04/27/2023 | 1.50 | 337.50 | 506.25 | Updates to 13 week cash flow (J. Rao) |
| Jay D Rao | 04/27/2023 | 1.50 | 315.00 | 472.50 | Internal working session with D. Finnegan to extend cash flow projection |
| Robin Chiu | 04/27/2023 | 0.10 | 877.50 | 87.75 | Comments to extended 13-week cash flow projection |
| Dan Finnegan | 04/28/2023 | 0.30 | 337.50 | 101.25 | Call to discuss cash flow (R. Chiu, J. Rao) |
| Jay D Rao | 04/28/2023 | 0.30 | 315.00 | 94.50 | Call with R. Chiu and D. Finnegan to discuss 13 week cash flow projection |
| Robin Chiu | 04/28/2023 | 0.10 | 877.50 | 87.75 | Review of extended 13-week cash flow projection |
| Robin Chiu | 04/28/2023 | 0.30 | 877.50 | 263.25 | Call with D. Finnegan and J. Rao re: review of extended 13-week cash flow projection |
| **TOTAL** | | **49.40** | | **19,237.50** | |

Restructuring advisory

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Robin Chiu | 04/04/2023 | 0.10 | 877.50 | 87.75 | Call with J. Weber re: admin expense and real estate |
| Robin Chiu | 04/04/2023 | 0.30 | 877.50 | 263.25 | Call with J. Dold re: payroll expense |

| Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Dan Finnegan | 04/05/2023 | 0.10 | 337.50 | 33.75 | Internal discussion regarding executory contracts (R. Chiu, J. Rao) |
| Jay D Rao | 04/05/2023 | 0.10 | 315.00 | 31.50 | Call with R. Chiu and D. Finnegan to discuss executory contracts |
| Robin Chiu | 04/05/2023 | 0.10 | 877.50 | 87.75 | Call with D. Finnegan and J. Rao re: executory contracts |
| Jay D Rao | 04/10/2023 | 1.00 | 315.00 | 315.00 | Turned updates to deck and analyses for Foundation Board meeting |
| Jay D Rao | 04/13/2023 | 0.30 | 315.00 | 94.50 | Reviewed and saved down new filings from docket |
| Dan Finnegan | 04/18/2023 | 0.60 | 337.50 | 202.50 | Meeting with R. Chiu and J. Rao to discuss updates to RU document request |
| Jay D Rao | 04/18/2023 | 0.60 | 315.00 | 189.00 | Call with R. Chiu and D. Finnegan on RU document requests |
| Robin Chiu | 04/18/2023 | 0.60 | 877.50 | 526.50 | Review with D. Finnegan and J. Rao of Paul Weiss questions re: materials for RU |
| Jay D Rao | 04/20/2023 | 0.50 | 315.00 | 157.50 | Correspondence on cure notices list for epiq |
| Jay D Rao | 04/21/2023 | 0.30 | 315.00 | 94.50 | Updates to cure notices list for epiq |
| Jay D Rao | 04/24/2023 | 0.20 | 315.00 | 63.00 | Updated contract assumptions schedule |
| Jay D Rao | 04/26/2023 | 0.40 | 315.00 | 126.00 | Updated list of executory contracts |
| **TOTAL** | | 5.20 | | 2,272.50 | |
| **TOTAL DETAIL BY TASK** | | 145.10 | | 63,054.00 | |

**Exhibit D**

**Exhibit D**
**Summary of Expenses**

| Category | Date | Description | Expense |
|---|---|---|---|
| Data Room | 4/5/2023 | Datasite expense (3/1/23 - 3/31/23) | $12,721.85 |
| | | | |
| **Total** | | | **$12,721.85** |