James I. Stang (admitted *pro hac vice*)
Iain A.W. Nasatir
John W. Lucas
Malhar S. Pagay (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
        inasatir@pszjlaw.com
        jlucas@pszjlaw.com
        mpagay@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
|   |   |
|---|---|
| In re | : Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | : Case No. 22-10910-SHL |
| Debtor. | : |

-------------------------------------------------------------X

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTOR'S (I) MEMORANDUM OF LAW IN SUPPORT OF (A) FINAL APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT AND (B) CONFIRMATION OF FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF MADISON SQUARE BOYS & GIRLS CLUB, INC. AND (II) REPLY TO OBJECTIONS THERETO**

The Official Committee of Unsecured Creditors (the "**Committee**") of Madison Square Boys & Girls Club, Inc. (the "**Debtor**"), in the above-captioned case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), hereby joins in support of *Debtor's (I) Memorandum of Law in Support of (A) Final Approval of Debtor's Disclosure Statement and (B)*

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

*Confirmation of First Amended Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc. and (II) Rely to Objections thereto* [Docket No. 527] (the "**Brief in Support of Confirmation**") for the reasons stated in the Brief in Support of Confirmation.

As set forth in greater detail in the Brief in Support of Confirmation, the Debtor's *Chapter 11 Plan of Reorganization,* [Docket No. 525] (the "**Plan**")[2] encompasses a settlement that fairly compensates the holders of Abuse Claims with the available assets of the Debtor. The Plan was the result of mediation and arm's-length negotiations between the Committee and the Debtor. The Plan creates a Compensation Trust that will provide Survivors the following: (a) cash contribution of $2,225,000; (b) promissory note in the amount of $5,400,000 payable over five years and accruing 8% interest per year; (c) the net proceeds resulting from the sale of the Navy Yard property; (d) any excess cash remaining from the Debtor's postpetition financing; (e) all claims against The Rockefeller University and its affiliates arising out of or related to any injuries to, or damages sustained by, the Debtor in connection with the Abuse Claims; (f) the Compensation Trust Causes of Action; and (g) the Insurance Assignment, which consists of the Debtor's insurance rights under its Abuse Insurance Policies.

Survivors will be able to share equally in the above-described Compensation Trust Assets but also prosecute their claims against the Debtor for the purpose of establishing claims against known insurance. The Committee supports the Plan as it provides for reasonable compensation for Survivors in less than one year after the Debtor filed its chapter 11 case for claims that have been pending for decades.

---

[2] Capitalized terms not defined herein have the meanings used in the Plan.

| | |
|---|---|
| Dated: June 19, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ John W. Lucas*<br>James I. Stang (admitted *pro hac vice*)<br>Iain Nasatir<br>John W. Lucas<br>Malhar S. Pagay (admitted *pro hac vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Tel: 212.561.7700; Fax: 212.561.7777<br>Emails: jstang@pszjlaw.com<br>　　　　  jlucas@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |