UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re                                                            : Chapter 11
                                                                 :
MADISON SQUARE BOYS & GIRLS CLUB,                                : Case No. 22-10910-shl
INC.[1],
                                                                 :
            Debtor.                                              :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
                               )
COUNTY OF LOS ANGELES          )

I, Oliver Carpio, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP, located at One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436. I am not a party to the above-captioned case.

On June 19, 2023, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via U.S. Mail, first class postage, delivery upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

- **JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTOR'S (I) MEMORANDUM OF LAW IN SUPPORT OF (A) FINAL APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT AND (B) CONFIRMATION OF FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF MADISON SQUARE BOYS & GIRLS CLUB, INC. AND (II) REPLY TO OBJECTIONS THERETO**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 19th day of June 2023.

/s/Oliver Carpio
Oliver Carpio

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

DOCS_SF:109079.1 54162/004

# **EXHIBIT 1**

**Via Email**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN K. KORNBERG<br>ANDREW M. PARLEN<br>JOHN T. WEBER<br>SHAFAQ HASAN | AKORNBERG@PAULWEISS.COM<br>APARLEN@PAULWEISS.COM<br>JWEBER@PAULWEISS.COM<br>SHASAN@PAULWEISS.COM |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING<br>ANDREA B SCHWARTZ<br>TARA TIANTIAN | USTPREGION02.NYECF@USDOJ.GOV<br>ANDREA.B.SCHWARTZ@USDOJ.GOV<br>TARA.TIANTIAN@USDOJ.GOV |

# EXHIBIT 2

**via U.S. Mail**

Mr. Tim McChristian
c/o Madison Square Boys and Girls Club, Inc.
250 Bradhurst Avenue
New York, NY 10039

DOCS_SF:109079.1 54162/004