UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                    : Chapter 11
                                                         :
MADISON SQUARE BOYS & GIRLS CLUB,   : Case No. 22-10910-shl
INC.[1],
                                                         :
            Debtor.                                      :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              )
COUNTY OF LOS ANGELES         )

I, Mary de Leon, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP, located at 10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067. I am not a party to the above-captioned case.

On June 20, 2023, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via U.S. Mail, first class postage, delivery upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

**ELEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 20th day of June, 2023.

                                        /s/Mary de Leon
                                        Mary de Leon

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

DOCS_LA:349682.1 54162/004

# EXHIBIT 1

### Via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN K. KORNBERG<br>ANDREW M. PARLEN<br>JOHN T. WEBER<br>SHAFAQ HASAN | AKORNBERG@PAULWEISS.COM<br>APARLEN@PAULWEISS.COM<br>JWEBER@PAULWEISS.COM<br>SHASAN@PAULWEISS.COM |
| THE OFFICE OF THE U.S. TRUSTEE | US FEDERAL OFFICE BUILDING<br>ANDREA B SCHWARTZ<br>TARA TIANTIAN | USTPREGION02.NYECF@USDOJ.GOV<br>ANDREA.B.SCHWARTZ@USDOJ.GOV<br>TARA.TIANTIAN@USDOJ.GOV |

## EXHIBIT 2

**via U.S. Mail**

Mr. Tim McChristian
c/o Madison Square Boys and Girls Club, Inc.
250 Bradhurst Avenue
New York, NY  10039

DOCS_LA:349682.1 54162/004