**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

### NOTICE OF FURTHER ADJOURNMENT OF COMBINED HEARING

**PLEASE TAKE NOTICE** that the hearing (the "Combined Hearing") to consider confirmation of the *First Amended Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc.* [Docket No. 525] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan")[2] and final approval of the *Disclosure Statement for Chapter 11 Plan of Reorganization of Madison Square Boys & Girls Club, Inc.* [Docket No. 466] (as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement"), which was previously scheduled to commence on July 10, 2023 at 11:00 a.m. (prevailing Eastern Time), **has been further adjourned to commence on July 17, 2023 at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will be held in person before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. Any objecting parties are required to attend the Combined Hearing in person, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear at the Combined Hearing in a "listen only" capacity may do so via Zoom for Government. Parties must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Combined Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Combined Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Combined Hearing in a "listen only" capacity must submit an electronic appearance through the Bankruptcy Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Bankruptcy Court. Additional information regarding the Bankruptcy Court's Zoom and hearing procedures can be found on the Bankruptcy Court's website.

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Combined Hearing. If the Combined Hearing is continued, the Debtor will post the new date and time of the Combined Hearing at https://dm.epiq11.com/madisonsquare. The Plan may be modified, if necessary, prior to, during, or as a result of the Combined Hearing, without further notice to creditors or other parties in interest, unless such notice is required by the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, and all documents filed in this Chapter 11 Case can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, or (ii) from the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/madisonsquare/info, by calling (866) 977-1161 (toll free) for U.S. and Canada-based parties or +1 (503) 597-7709 for international parties, or by email at MadisonSquareInfo@epiqglobal.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

|  |  |
|---|---|
| New York, New York<br>Dated: June 30, 2023 | */s/ John T. Weber*<br>Alan W. Kornberg, Esq.<br>William A. Clareman, Esq.<br>John T. Weber, Esq.<br>Leslie E. Liberman, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>akornberg@paulweiss.com<br>wclareman@paulweiss.com<br>jweber@paulweiss.com<br>lliberman@paulweiss.com<br><br>*Counsel to the Debtor and Debtor in Possession* |