UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> MADISON SQUARE BOYS & GIRLS CLUB, INC.[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10910 (SHL) |

# MEDIATORS' REPORT

Pursuant to the *Order Appointing Mediators and Directing Mediation*, dated June 23, 2023 [ECF No. 548] (the "Mediation Order"), the Court appointed the Honorable Shelley C. Chapman (Ret.) and Mr. Paul Finn, Esq. to serve as mediators (the "Mediators") to conduct a mediation (the "Mediation") with respect to the Mediation Issues[2] in the above-captioned case. The Mediators respectfully submit this final report pursuant to paragraph 12 of the Mediation Order.

The Mediators conducted the Mediation in accordance with the Mediation Order. The names of the participants in the Mediation are set forth on Exhibit A annexed hereto. The Mediation has now terminated.

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Mediation Order.

The Mediators report that (a) all parties participated in the Mediation in good faith and complied with the Mediation Order, and (b) the Mediation resulted in an agreement in principle between and among the Mediation Parties, and the Mediation Parties agreed that their clients who are CVA Claimants would execute their settlement agreements with The Rockefeller University prior to the confirmation hearing.

Dated:  July 21, 2023
        New York, New York

/s/ Shelley C. Chapman
Hon. Shelley C. Chapman (Ret.)
Willkie Farr & Gallagher LLP

/s/ Paul Finn
Paul Finn, Esq.
Commonwealth Mediation and Conciliation, Inc.

# EXHIBIT A

## MEDIATION PARTICIPANTS

| Mediation Party | Names of Individual Participants |
|---|---|
| Debtor | Tim McChristian<br><br>Alan Kornberg, Esq.<br>John Weber, Esq. |
| Rockefeller University | Deborah Yeoh<br><br>James Dowden, Esq.<br>Gregg Galardi, Esq.<br>Sam Goodwin, Esq. |
| Official Committee of Unsecured Creditors | John Lucas, Esq. |
| Marsh Law Firm PLLC | Jennifer Freeman, Esq. |
| Pfau Cochran Vertetis Amala PLLC | Jason Amala, Esq. |
| Herman Law | Jeffrey Herman, Esq.<br>Daniel Ellis, Esq.<br>Justine Gray, Esq. |