Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW**
**PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Special Insurance Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**TWELFTH MONTHLY FEE STATEMENT OF**
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL INSURANCE COUNSEL FOR DEBTOR FOR PERIOD**
**FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pillsbury Winthrop Shaw Pittman LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* June 29, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Monthly Fees Incurred: | $48,967.20 |
| 20% Holdback: | $9,793.44 |
| Total Compensation Less 20% Holdback: | $39,173.76 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $39,173.76 |

This is a: __X__ monthly _____ interim _____final    application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Pillsbury Winthrop Shaw Pittman LLP as Special Insurance Counsel for Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 123] (the "Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[2] Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), special insurance counsel for the above-captioned debtor and debtor in possession (collectively, the "Debtor")

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2

hereby submits this twelfth monthly fee statement (the "Twelfth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from June 1, 2023 through June 30, 2023 (the "Twelfth Monthly Fee Period"). By this Twelfth Monthly Fee Statement, Pillsbury seeks payment in the amount of $39,173.76, which is comprised of (i) $39,173.76, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Twelfth Monthly Fee Period, and (ii) reimbursement of $0.00.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of Pillsbury's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with this chapter 11 case during the Twelfth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Pillsbury's current billing rates, (iv) amount of fees earned by each Pillsbury professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Pillsbury attorneys during the Twelfth Monthly Fee Period is approximately $964.42. The blended hourly rate of legal assistants during the Twelfth Monthly Fee Period is approximately $400.00.

2.      Attached as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twelfth Monthly Fee Period.

3.      Attached as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twelfth Monthly Fee Period.

4.      Attached as **Exhibit D** is itemized time detail of Pillsbury professionals for the Twelfth Monthly Fee Period and summary materials related thereto.

## Notice and Objection Procedures

5.        Notice of this Twelfth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian, Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, John T. Weber, and Leslie E. Liberman); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas and Gillian N. Brown).

6.        Objections to this Twelfth Monthly Fee Statement, if any, must be filed with the Court and served upon Pillsbury and the other Notice Parties so as to be received no later than **fifteen (15) days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.        If no objections to this Twelfth Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.        If an objection to this Twelfth Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Twelfth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

4

New York, New York
Dated:  July 21, 2023

/s/ Joseph D. Jean
Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN, LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
joseph.jean@pillsburylaw.com
scott.greenspan@pillsburylaw.com

*Special Insurance Counsel to the Debtor and Debtor in Possession*

## Exhibit A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## FROM JUNE 1, 2023 THROUGH JUNE 30, 2023

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Standard Hourly Rate ($) | 15% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|---|
| Joseph D. Jean | Partner | Litigation | 1998 | 1,570.00 | 1,335.00 | 2.6 | 3,471.00 |
| Scott D. Greenspan | Senior Counsel | Litigation | 1996 | 1,110.00 | 944.00 | 45.9 | 43,329.60 |
| **Total Partners and Counsel:** | | | | | | **#48.5** | **46,800.60** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Andrew V. Alfano | Insolvency | 2017 | 980.00 | 833.00 | 0.2 | 166.60 |
| **Total Associates:** | | | | | **#0.2** | **166.60** |

| Name of Paralegals and other Non-Legal Staff | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephanie Korchinski | 575.00 | 400.00 | 5.0 | 2,000.00 |
| **Total Associates:** | | | **#5.0** | **2,000.00** |

| PROFESSIONALS | 15% Discounted Blended Rate ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 964.96 | 48.5 | 46,800.60 |
| Associates | 833.00 | 0.2 | 166.60 |
| Paralegals/Non-Legal Staff | 400.00 | 5.0 | 2,000.00 |
| Blended Attorney Rate | 964.42 | 48.7 | 46,967.20 |
| **Total Fees Incurred** | | **#53.7** | **48,967.20** |

---

[3]   Paralegal billable rates include a 15% discount off standard rates or a $400.00 cap on hourly rates for paralegals, whichever results in a lower rate.

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| 701 | Case Administration | 2.1 | 840.00 |
| 702 | Asset Analysis and Recovery | 15.5 | 13,489.60 |
| 705 | Fee/Employment Applications | 1.0 | 486.60 |
| 706 | Fee/Employment Objections | | |
| 707 | Mediation | | |
| 708 | Claims Administration and Objections | | |
| 709 | Plan and Disclosure Statement | 30.9 | 30,186.20 |
| 710 | Litigation | 4.2 | 3,964.80 |
| 711 | Court Hearings | | |
| 712 | Cash Collateral/DIP Financing/Exit Financing | | |
| 713 | Lease/Executory Contract Issues | | |
| 714 | First Day Hearing Preparation | | |
| 715 | Creditor Inquiries | | |
| 716 | Corporate Governance and Board Matters | | |
| | **TOTAL** | **53.7** | **48,967.20** |

## **Exhibit C**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD**
**FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | |
| Information Retrieval Services | |
| Reporting Services | |
| Overtime – Meals | |
| Duplicating and Word Processing | |
| Taxi | |
| Business Expenses | |
| Miscellaneous | |
| **TOTAL** | **0.00** |

**<u>Exhibit D</u>**

**Itemized Time Detail**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

July 17, 2023
Invoice No. 8544446
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

---

**For Professional Services Rendered and Disbursements Incurred through June 30, 2023**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Insurance Recovery | $ 48,967.20 | $ 0.00 | $ 48,967.20 |
| **Total This Invoice:** | **$ 48,967.20** | **$ 0.00** | **$ 48,967.20** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

---

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

July 17, 2023
Invoice No.  8544446
Page 2

**Insurance Recovery**

For Professional Services Rendered and Disbursements Incurred Through June 30, 2023

**Time Detail By Task**

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| Task:  701 - Case Administration | | | | |
| S. Korchinski | 06/21/23 | Revise document collection to include recent correspondence. | 0.30 | $120.00 |
| S. Korchinski | 06/26/23 | Revise document collection to include recent correspondence. | 0.70 | 280.00 |
| S. Korchinski | 06/27/23 | Revise document collection to include recent correspondence. | 1.10 | 440.00 |
| | | **Subtotal Task: 701 - Case Administration** | **2.10** | **$840.00** |
| Task:  702 - Asset Analysis and  Recovery | | | | |
| S. D. Greenspan | 06/01/23 | Correspondence with insurer counsel re: claim status. | 0.20 | $188.80 |
| S. D. Greenspan | 06/02/23 | Review and analyze prior insurer correspondence in connection with ensuring response to outstanding inquiries. | 1.70 | 1,604.80 |
| S. D. Greenspan | 06/05/23 | Review and analyze latest coverage position letter from Chubb/strategize re: response (.4); review and analyze caselaw cited in Chubb coverage position letter (.8); confer with J. Jean re: Chubb (NC). | 1.20 | 1,132.80 |
| S. D. Greenspan | 06/12/23 | Correspondence with B. Baker re: response to Chubb coverage position letter re: FK invoices. | 0.20 | 188.80 |
| S. D. Greenspan | 06/12/23 | Conference with J. Jean re: results of New York research re: control of defense when insurer reserves its rights. | 0.20 | 188.80 |
| S. D. Greenspan | 06/13/23 | Correspondence with B. Baker re: response to insurer correspondence from Chubb's counsel. | 0.20 | 188.80 |

Client No:  055278                                                               July 17, 2023
Matter No:  0000002                                                      Invoice No.  8544446
Michael Kosnitzky                                                                      Page 3

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 06/15/23 | Review and analyze defense information provided by Friedman Kaplan in connection with response to Chubb inquiry and review Chubb coverage correspondence in connection with same. | 4.70 | 4,436.80 |
| S. Korchinski | 06/15/23 | Review correspondence for acceptance or denial of coverage by Chubb re: the Ligouri, M.H., C.M., and E. Tolfani litigations or claims. | 2.10 | 840.00 |
| S. D. Greenspan | 06/16/23 | Review and analyze Chubb correspondence and Chubb defense-related documents/complaints in connection with response to Chubb inquiries. | 2.20 | 2,076.80 |
| S. D. Greenspan | 06/22/23 | Correspondence with Pillsbury team re: mediation of abuse claims. | 0.20 | 188.80 |
| S. D. Greenspan | 06/27/23 | Review outstanding insurer correspondence from AIG, Chubb, Swiss Re and Allianz and re: requests for information in connection with potential responses. | 2.60 | 2,454.40 |
| | | **Subtotal Task: 702 - Asset Analysis and Recovery** | **15.50** | **$13,489.60** |

Task:  705 - Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| S. Korchinski | 06/15/23 | Draft 11th monthly fee statement. | 0.80 | $320.00 |
| A. V. Alfano | 06/16/23 | Review 11th monthly fee statement (.1); email S. Korchinski issue with respect to same (.1). | 0.20 | 166.60 |
| | | **Subtotal Task: 705 - Fee/Employment Applications** | **1.00** | **$486.60** |

Task:  709 - Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| J. D. Jean | 06/05/23 | Confer with S. Greenspan re: Chubb strategy and response. | 0.40 | $534.00 |

**Pillsbury Winthrop Shaw Pittman LLP**

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

July 17, 2023
Invoice No.  8544446
Page 4

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 06/07/23 | Review and analyze correspondence from and with Mark Plevin, counsel for Chubb, re: insurers' suggested revisions to the Plan and strategize re: response to same (1.7); correspondence with PW team re: same including drafting of responses to Chubb's suggested revisions (.9); confer re: same with J. Jean (.3). | 2.90 | 2,737.60 |
| J. D. Jean | 06/07/23 | Confer with S. Greenspan re: Plan and Chubb. | 0.30 | 400.50 |
| S. D. Greenspan | 06/08/23 | Review correspondence with M. Plevin re: responses to Chubb's requested revisions to the Plan. | 0.40 | 377.60 |
| S. D. Greenspan | 06/09/23 | Prepare for and attend telephone conference with insurer counsel and J. Weber re: negotiations re: confirmation plan (1.4); telephone conference with J. Weber re: same (.1); correspondence with J. Jean re: same (.2); review New York caselaw re: right to independent counsel in connection with insurer requests re: defense post-reorganization (2.9); review and analyze Chubb's proposed revision to the Plan re: selection and control of defense counsel (.3); correspondence with UCC re: same (.2); conference with UCC in connection with same (.2); correspondence with M. Plevin and J. Weber re: additional revisions to the First Amended Plan (.3). | 5.60 | 5,286.40 |
| S. D. Greenspan | 06/09/23 | Confer with J. Jean re: conference with M. Plevin on behalf of Chubb, non-objection to plan and illegality of its request to appoint defense counsel (.3); confer with J. Jean re: messaging to UCC re: Chubb attempt to control defense (.3). | 0.60 | 566.40 |

**Pillsbury Winthrop Shaw Pittman LLP**

Client No:  055278                                                         July 17, 2023
Matter No:  0000002                                              Invoice No.  8544446
Michael Kosnitzky                                                             Page 5

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| J. D. Jean | 06/09/23 | Confer with S. Greenspan re: conference with M. Plevin on behalf of Chubb, non-objection to plan and request to appoint defense counsel as being contrary to law and ROR (.3); confer with S. Greenspan re: messaging to UCC re: Chubb attempt to select defense counsel and negative ramifications of same (.3); confer with S. Greenspan re: J. Weber and Chubb re: Plan (.2). | 0.80 | 1,068.00 |
| S. D. Greenspan | 06/12/23 | Telephone conference with UCC re: reorganization plan negotiations (.2); correspondence with UCC re: same (.2); review revisions to the Plan and Trust Allocation Protocol and review correspondence to UCC re: same and re: Chubb's suggested revisions to Plan re: selection/control of defense counsel (.4); correspondence with J. Weber re: preparation of response to Chubb's suggested revisions to Plan re: selection/control of defense counsel (.2); prepare response to Chubb's suggested revisions to Plan re: selection/control of defense counsel and strategize re: same (1.4); correspondence with PW team re: draft of same (.2); research New York caselaw re: right to independent counsel when insurer agrees to defend under a reservation of rights (in connection with the foregoing) (1.2); review M. Plevin's response to my prior email re: selection of defense counsel and control of defense and strategize re: response (.8); correspondence with PW team re: response to M. Plevin's email (.3); correspondence with UCC re: M. Plevin email (.2). | 5.10 | 4,814.40 |
| J. D. Jean | 06/12/23 | Review correspondence re: Chubb's position on independent counsel and confer with S. Greenspan re: research re: NY law re: same. | 0.40 | 534.00 |

Client No:  055278                                                                                                    July 17, 2023
Matter No:  0000002                                                                                         Invoice No.  8544446
Michael Kosnitzky                                                                                                          Page 6

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 06/13/23 | Correspondence with PW team and insurer counsel re: scheduling group call re: control of defense issue (.2); prepare for and attend conference call with UCC counsel, PW team and counsel for Chubb re: Plan negotiations (1.2); telephone conference with J. Weber re: control of defense issues in Plan (.2); telephone conference with UCC counsel re: same (.2); review and analyze the UCC's latest suggested revisions to the First Amended Plan (.4); correspondence with PW team re: same (.2); correspondence with PW team, insurer counsel and UCC re: extension of time to file objections to the Plan and re: insurer call (.4); review and analyze latest revisions to the Plan and Trust Allocation reflecting the parties' dismissions (.4). | 3.20 | 3,020.80 |
| S. D. Greenspan | 06/14/23 | Prepare for and attend conference with UCC counsel re: control of the defense issues and re: negotiation of the plan; (.4); research New York law re: ability of insurers that defend under a reservation of rights to recover defense costs (3.3); prepare memorandum re: same (1.2); correspondence with counsel for Chubb and with the UCC and PW team re: status of resolution of open issues in the plan negotiations (.2); review and analyze correspondence from bankruptcy counsel for Chubb and annexed proposed revisions by Chubb to the plan including re: control of defense issues and strategize re: response to same (.6); correspondence with PW team re: response to Chubb's proposed revisions to the Plan (.3); correspondence with UCC re: same (.2). | 6.20 | 5,852.80 |

Client No:  055278                                                          July 17, 2023
Matter No:  0000002                                               Invoice No.  8544446
Michael Kosnitzky                                                              Page 7

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 06/15/23 | Review the UCC's proposed revisions to the Plan in response to Chubb's proposed revisions to the plan and review the UCC's correspondence to Chubb's counsel M. Plevin and to J. Weber re: same (.6); review and analyze further negotiation emails between J. Lucas and M. Plevin re: same (.3); review and analyze further revised Plan as revised by Debtor's counsel in connection with the above negotiations (.5); correspondence with L. Lieberman re: same (.2). | 1.60 | 1,510.40 |
| J. D. Jean | 06/15/23 | Review correspondence re: coverage for claims. | 0.60 | 801.00 |
| S. D. Greenspan | 06/16/23 | Review and analyze further revise Plan (1.2); correspondence with PW team, J. Lucas and M. Plevin re: same (.2) | 1.40 | 1,321.60 |
| S. D. Greenspan | 06/22/23 | Telephone conference with M. Plevin re: mediation motion and correspondence with PW team re: same. | 0.20 | 188.80 |
| J. D. Jean | 06/22/23 | Confer with S. Greenspan re: mediation of abuse claims. | 0.10 | 133.50 |
| S. D. Greenspan | 06/29/23 | Review further revised draft Plan, Trust Agreement and Allocation Protocol and accompanying correspondence to M. Plevin. | 0.90 | 849.60 |
| S. D. Greenspan | 06/30/23 | Correspondence with J. Weber and M. Plevin re: confirmation hearing and Plan negotiations. | 0.20 | 188.80 |
| | | **Subtotal Task: 709 - Plan and Disclosure Statement** | **30.90** | **$30,186.20** |

Task:  710 - Litigation

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 06/06/23 | Correspondence with PW team re: review of insurer correspondence for production. | 0.20 | $188.80 |
| S. D. Greenspan | 06/07/23 | Review documents for responsiveness and privilege for production (3.6); correspondence with PW team re: same (.2). | 3.80 | 3,587.20 |

Client No:  055278
Matter No:  0000002
Michael Kosnitzky

July 17, 2023
Invoice No.  8544446
Page 8

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| S. D. Greenspan | 06/14/23 | Correspondence with L. Varga re: review and production of insurer correspondence to respond to discovery requests. | 0.20 | 188.80 |
| | | **Subtotal Task: 710 – Litigation** | **4.20** | **$3,964.80** |
| | | **Total:** | **53.70** | **$ 48,967.20** |

**Time Summary By Task**

| Task | Hours | Amount |
|---|---|---|
| 701 - Case Administration | 2.10 | 840.00 |
| 702 - Asset Analysis and  Recovery | 15.50 | 13,489.60 |
| 705 - Fee/Employment Applications | 1.00 | 486.60 |
| 709 - Plan and Disclosure Statement | 30.90 | 30,186.20 |
| 710 - Litigation | 4.20 | 3,964.80 |
| **Total** | **53.70** | **$ 48,967.20** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| **Partner** | | | |
| J. D. Jean | 2.60 | $1,335.00 | $3,471.00 |
| **Senior Counsel** | | | |
| S. D. Greenspan | 45.90 | $944.00 | $43,329.60 |
| **Senior Associate** | | | |
| A. V. Alfano | 0.20 | $833.00 | $166.60 |
| **Paralegal** | | | |
| S. Korchinski | 5.00 | $400.00 | $2,000.00 |
| **Total** | **53.70** | | **$48,967.20** |

**Total Due For Matter 0000002:**          **$48,967.20**

**Pillsbury Winthrop Shaw Pittman LLP**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

July 17, 2023
Invoice No. 8544446
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

---

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000002 | $ 48,967.20 | $ 0.00 | $ 48,967.20 |
| **Total This Invoice:** | **$ 48,967.20** | **$ 0.00** | **$ 48,967.20** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York,  NY 10087-0769
**For Electronic Payments including Wire Transfer**, **ACH**, and **SWIFT Payments**,  **send to:** JP Morgan Chase Bank NA, NY, NY;                                        for credit to Pillsbury Winthrop Shaw Pittman LLP, Account                    .
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]