Mary E. Mulligan, Esq.
John N. Orsini, Esq.
Bonnie M. Baker, Esq.
**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Special Litigation Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**TWELFTH MONTHLY FEE STATEMENT OF FRIEDMAN KAPLAN
SEILER ADELMAN & ROBBINS LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS SPECIAL LITIGATION COUNSEL FOR DEBTOR FOR PERIOD
JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Friedman Kaplan Seiler Adelman & Robbins LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* to June 29, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Monthly Fees Incurred: | $11,965.13 |
| 20% Holdback: | $2,393.03 |
| Total Compensation Less 20% Holdback: | $9,572.10 |
| Monthly Expenses Incurred: | $3,488.14 |
| Total Fees and Expenses Due: | $13,060.24 |
| This is a: __X__ monthly _____ interim _____ | final application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bank. P. 2014 and 2016 Authorizing the Retention and Employment of Friedman Kaplan Seiler & Adelman LLP as Employment and Retention of Friedman Kaplan Seiler & Adelman LLP as Special Litigation Counsel for the Debtor and Debtor in Possession* Nunc Pro Tunc *to the Petition Date* [ECF No. 122] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement*

2

*of Expenses for Retained Professionals* [ECF No. 125] (the "Interim Compensation Order"),[2] Friedman Kaplan Seiler Adelman & Robbins LLP ("Friedman Kaplan"), Special Litigation Counsel for the above-captioned debtor and debtor in possession (the "Debtor"), hereby submits this Twelfth monthly fee statement (the "Twelfth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from June 1, 2023 through June 30, 2023 (the "Twelfth Monthly Fee Period").  By this Twelfth Monthly Fee Statement, Friedman Kaplan seeks payment in the amount of $13,060.24, which is comprised of (i) $9,572.10 which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Twelfth Monthly Fee Period, and (ii) reimbursement of $3,488.14, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services, subject in each case to certain voluntary reductions.

Services Rendered and Expenses Incurred

1.    Attached as Exhibit A is a summary of Friedman Kaplan's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the chapter 11 case during the Twelfth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Friedman Kaplan's current billing rates, (iv) amount of fees earned by each Friedman Kaplan professional, and (v) the year of bar admission for each attorney.  The blended hourly billing rate of Friedman Kaplan attorneys during the Twelfth Monthly Fee Period is approximately $603.51. The blended hourly billing rate of Friedman Kaplan legal assistants during the Twelfth Monthly Fee Period is approximately $206.25.

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2.      Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Twelfth Monthly Fee Period.

3.      Attached as Exhibit C is a summary of expenses incurred and reimbursement sought, by expense type, for the Twelfth Monthly Fee Period.

4.      Attached as Exhibit D is itemized time detail of Friedman Kaplan professionals for the Twelfth Monthly Fee Period and summary materials related thereto.

## Notice and Objection Procedures

5.      Notice of this Twelfth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian, Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, John T. Weber, and Leslie E. Liberman); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas and Gillian N. Brown).

6.      Objections to this Twelfth Monthly Fee Statement, if any, must be filed with the Court and served upon Friedman Kaplan and the Notice Parties so as to be received no later than **15 days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.   If no objections to this Twelfth Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.   If an objection to this Twelfth Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Twelfth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

New York, New York
Dated: July 21, 2023

/s/ *Mary E. Mulligan*
Mary E. Mulligan, Esq.
John N. Orsini, Esq.
Bonnie M. Baker, Esq.
**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
mmulligan@fklaw.com
jorsini@fklaw.com
bbaker@fklaw.com

*Special Litigation Counsel to the Debtor and Debtor in Possession*

# Exhibit A

## Compensation by Professional

### SUMMARY OF COMPENSATION BY PROFESSIONAL
### FOR SERVICES RENDERED FOR THE PERIOD
### FROM JUNE 1, 2023 THROUGH JUNE 30, 2023

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($)[3] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Mary E. Mulligan | Partner | Litigation | 1990 | 900.00 | 0.0 | 0.00 |
| John N. Orsini | Partner | Litigation | 2003 | 746.25 | 3.3 | 2,462.63 |
| Bonnie M. Baker | Counsel | Litigation | 1995 | 525.00 | 6.0 | 3,150.00 |
| | | | | | | |
| **Total Partners and Counsel:** | | | | | **9.3** | **5,612.63** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($)[4] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| **Total Associates:** | | | | **#** | **$** |

| Name of Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($)[5] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Austin Cross | 206.25 | 28.5 | 5,878.13 |
| Emily Redunski | 206.25 | 2.3 | 474.38 |
| **Total Paralegals and Other Non-Legal Staff:** | | **30.8** | **6,352.50** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 603.51 | 9.3 | 5,612.63 |
| Associates | N/A | N/A | N/A |
| Paralegals/Non-Legal Staff | 206.25 | 30.8 | 6,352.50 |
| Blended Attorney Rate | 603.51 | 9.3 | 5,612.63 |
| **Total Fees Incurred** | | **40.1** | **11,965.13** |

---

[3] The invoices attached at Exhibit C reflect Friedman Kaplan's regular hourly rates in effect at the time the works was done. Then at the bottom of each invoice, there is a 25% discount applied to all billable time, as set forth in Friedman Kaplan's retention application. The rates reflected on this table reflect the net hourly rates after application of this 25% discount.

[4] Please see footnote 3.

[5] Please see footnote 3.

**Exhibit B**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK FOR THE
PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| B110 | Case Administration | 2.3 | 474.38 |
| B160 | Fee/Employment Applications | 0.7 | 522.38 |
| B190 | Other Contested Matters | 35 | 9,733.13 |
| B260 | Board of Directors Matters | 0.1 | 52.50 |
| B320 | Plan and Disclosure Statement | 2 | 1,182.75 |
| | **TOTAL** | **40.1** | **$11,965.13** |

## Exhibit C

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD
FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Expenses Category | Total Expenses ($) |
|---|---|
| Business Expenses | |
| Communications | |
| Corporate Services | |
| Duplicating Expenses | |
| Information Retrieval Services | $3,488.14 |
| Local Transportation Expenses | |
| Mail & Messengers | |
| Out-of-Town Travel | |
| Overtime Expenses | |
| Professional Services | |
| Reporting | |
| Word Processing | |
| **TOTAL** | **$3,488.14** |

## **Exhibit D**

**Itemized Time Detail**

**FRIEDMAN KAPLAN**

Madison Square Boys & Girls Club
250 Bradhurst Avenue
New York, New York  10039

---

Madison Square Boys & Girls Club                           Date: 07/14/23
Re: CVA                                                    Invoice: 81653

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023, including:

| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| 06/01/23 | BB: Communicate (other external) - Communicate with various plaintiffs' counsel, J. Weber re: issues concerning Rockefeller. | 0.30 | 210.00 |
| 06/02/23 | BB: Communicate (other external) - Communicate with various plaintiffs' counsel re: issues concerning Rockefeller. | 0.20 | 140.00 |
| 06/06/23 | BB: Review/analyze - Study stipulations of discontinuance in Vespi and Cawley actions and ascertain status of settlements in CVA actions brought by B. Hart. | 0.20 | 140.00 |
| 06/07/23 | JNO: Communicate (outside counsel) - Email re: status of fee application. | 0.20 | 199.00 |
| 06/07/23 | BB: Communicate (outside counsel) - Communications with J. Orsini, W. Clareman, J. Weber re: issues relating to client documents. | 0.30 | 210.00 |
| 06/08/23 | BB: Communicate (outside counsel) - Communicate with J. Weber re: issues concerning Rockefeller objections and review | 0.80 | 560.00 |

** Continued on next page **

Friedman Kaplan Seiler Adelman & Robbins LLP
7 Times Square, New York, NY 10036-6516    Tax ID 13-3324388

```
Madison Square Boys & Girls Club                        Client: 4817
07/14/23                                                      : 001
Page 2                                                 Invoice: 81653


  Date         Professional Services                  Hours       Amount
--------    ----------------------------------------  --------    ------------
            documents, research memos, and dockets of CVA
            actions related to same.
06/12/23    JNO: Review/analyze - Review Rockefeller    0.60        597.00
            objection to the Plan.
06/12/23    BB: Communicate (outside counsel) -         0.20        140.00
            Communicate with J. Weber re: question
            concerning voting on Ch. 11 Plan by CVA abuse
            claimant and issues relating to turnover of
            client documents to trust per Ch. 11 Plan.
06/12/23    BB: Review/analyze - Study Rockefeller      0.30        210.00
            objection to Ch. 11 Plan.
06/13/23    BB: Review/analyze - Study letter from Chubb 0.30       210.00
            re: challenged time entries.
06/14/23    JNO: Draft/revise - Review and revise       0.50        497.50
            eleventh monthly fee statement.
06/14/23    EMR: Manage data/files - Review B. Baker's  2.30        632.50
            time entries challenged by Chubb in relation
            to CVA cases.
06/15/23    BB: Draft/revise - Revise chart of time     0.70        490.00
            entries challenged by Chubb and communicate
            with S. Greenspan and E. Redunski re: same.
06/16/23    BB: Communicate (outside counsel) -         0.20        140.00
            Communicate with J. Weber and J. Orsini re:
            issues concerning preservation of original
            client documents for Litigation Trust.
06/16/23    BB: Review/analyze - Review Paul Weiss draft 0.40       280.00
            memorandum of law in support of Plan
            confirmation.
06/20/23    JNO: Communicate (in firm) - Internal       0.40        398.00
            communications re: preservation of original
            Madison files related to CVA litigation for
            Litigation Trust.
06/20/23    BB: Communicate (outside counsel) -         0.70        490.00
            Communicate with client, W. Clareman, J.
            Orsini re: preservation of original client
            documents and compensation trust issues.
06/20/23    BB: Review/analyze - Study draft mediation  0.10         70.00
            order.
06/21/23    JNO: Manage data/files - Review client      1.20      1,194.00
            original document boxes for preservation for
```

** Continued on next page **

```
Madison Square Boys & Girls Club                          Client: 4817
07/14/23                                                        : 001
Page 3                                                    Invoice: 81653


  Date          Professional Services                   Hours       Amount
--------  -----------------------------------------   --------  -------------
          LItigation Trust.
06/21/23  ACC: Manage data/files - Catalog and prepare    3.50       962.50
          original client files for return and
          preservation for Litigation Trust.
06/22/23  JNO: Manage data/files - Coordinate return      0.20       199.00
          and preservation of original file boxes to
          client.
06/22/23  ACC: Manage data/files - Catalog and prepare    6.00     1,650.00
          original client files for return and
          preservation for Litigation Trust.
06/23/23  ACC: Manage data/files - Catalog and prepare    7.00     1,925.00
          original client files for return and
          preservation for Litigation Trust.
06/26/23  BB: Manage data/files - Review A. Cross index   0.20       140.00
          for return and preservation of client
          documents.
06/26/23  ACC: Manage data/files - Catalog and prepare    7.00     1,925.00
          original client files for return and
          preservation for Litigation Trust.
06/27/23  BB: Communicate (outside counsel) -             0.10        70.00
          Communicate with J. Weber, M. Mulligan, J.
          Orsini re: question about board meeting.
06/28/23  BB: Manage data/files - Communicate with J.     0.60       420.00
          Dold, M. Kane, A. Cross re issues concerning
          document return to client, and revise
          document index in connection with same.
06/28/23  ACC: Manage data/files - Catalog and prepare    1.00       275.00
          original client files for return and
          preservation for Litigation Trust.
06/29/23  BB: Manage data/files - Review database in      0.40       280.00
          connection with planned transfer of client
          documents in connection with Ch. 11 Plan
          implementation.
06/29/23  ACC: Manage data/files - Oversee and            4.00     1,100.00
          coordinate transfer of original documents
          back to client and draft memo re: same.
06/30/23  JNO: Draft/revise - Review and revise draft     0.20       199.00
          memo by A. Cross re: return of original
          client documents to Madison.
```

** Continued on next page **

```
Madison Square Boys & Girls Club                         Client: 4817
07/14/23                                                       : 001
Page 4                                                  Invoice: 81653


   Date           Professional Services              Hours       Amount
 --------  ---------------------------------------  --------  -------------
                                                   ---------  -------------
                       TOTAL Hours and Fees           40.10    $15,953.50
                                                   =========  =============

                Professional                  Hours      Rate       Amount
 ---------------------------------------   ----------  ---------  -------------
   John N. Orsini                                3.30    995.00     3,283.50
   Bonnie Baker                                  6.00    700.00     4,200.00
   Austin Cross                                 28.50    275.00     7,837.50
   Emily Redunski                                2.30    275.00       632.50
                                                                 -------------
                                   TOTAL Current Fees              $15,953.50

                                 Less Courtesy discount            3,988.37cr
                                                                 -------------
                                   Net Current Fees Due            $11,965.13

   Date                   Costs Advanced                              Amount

       Research services                                            3,488.14
                                                                 -------------
                                   TOTAL Current Costs              $3,488.14


                                    Current Invoice Due            $15,453.27

                                            Previous Due           $20,953.02
                                                                 -------------
                                    TOTAL Balance Due              $36,406.29
                                                                 =============
```