James I. Stang (admitted *pro hac vice*)
John W. Lucas
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
       jlucas@pszjlaw.com
       gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
:
In re                                                       : Chapter 11
:
MADISON SQUARE BOYS & GIRLS CLUB,   : Case No. 22-10910-SHL
INC.,[1]
:
           Debtor.                          :
:
----------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION REGARDING**
**ELEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP**

In accordance with the procedures established under the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals*, entered on August 12, 2022 [Docket No. 125] (the "Compensation Order"), the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On June 20, 2023, counsel to the Committee at Pachulski Stang Ziehl & Jones LLP ("PSZJ") filed the *Eleventh Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the*

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

*Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 31, 2023* [Docket No. 538] (the "Monthly Fee Statement").

2. In accordance with the Compensation Order, (a) objections to the Monthly Fee Statement were due no later than **July 5, 2023** (the "Objection Deadline"). Paragraph 2(c) of the Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or certification of counsel with the Court, whichever is applicable, after which the Debtor is authorized to pay each Professional an amount (the "Actual Payment") equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Payment"), and (b) the aggregate amount of fees and expenses not subject to an objection."

3. To the best of my knowledge, as of the filing of this Certificate of No Objection, no objection or other responsive pleading to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) served on PSZJ.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

DOCS_LA:350176.1 54162/004

4. The Monthly Fee Statement was filed and served in accordance with the Compensation Order. Consequently, pursuant to the Compensation Order, without the need for a further order of the Court, and upon the filing of this Certification, the Debtor is authorized to pay PSZJ the Actual Payment requested in the Monthly Fee Statement.

Dated: July 21, 2023　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/Gillian N. Brown*
James I. Stang (admitted *pro hac vice*)
John W. Lucas
Gillian N. Brown
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
　　　　jlucas@pszjlaw.com
　　　　gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

DOCS_LA:350176.1 54162/004