**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | ) ) | Case No. 22-10910-SHL |
| | ) | |
| Debtor. | ) ) | |

**NINTH MONTHLY FEE STATEMENT OF
DUNDON ADVISERS LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM APRIL 1, 2023, THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | Dundon Advisers LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of August 8, 2022 by order signed on January 6, 2023 [Docket No. 338] |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2023 – April 30, 2023[2] |
| Monthly Fees Incurred: | $6,260.50 |
| 20% Holdback: | $1,252.10 |
| Total Fees Less 20% Holdback: | $5,008.40 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $5,008.40 |

This is a/an:  \_x\_ Monthly   \_\_ Interim   \_\_ Final Application.

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2] The applicant reserves the right to include any time expended and expenses incurred in the period indicated above in future application(s) if it is not included herein.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention of Dundon Advisers LLC as Co-Financial to the Official Committee of Unsecured Creditors Effective as of August 8, 2022* [Docket No. 338], and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[3] Dundon Advisers LLC ("DA"), counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby submits this ninth monthly fee statement (the "Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee in this chapter 11 case (the "Case") during the period April 1, 2023 to April 30, 2023 (the "Fee Period").

By this Fee Statement, DA seeks payment in the amount of $5,008.40, which is eighty percent (80%) of the total amount of fees incurred for actual and necessary services rendered during the Fee Period.

**Services Rendered and Expenses Incurred**

1. Attached as **Exhibit A** is a summary of DA's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with this chapter 11 case during the Fee Period, (ii) current, standard hourly billing rate for each individual at DA working on this chapter 11 case during the Fee Period, and (iii) the total fees that each individual billed to this Case during the Fee Period at the applicable billing rate.

---

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2. Attached as **Exhibit B** is a summary of the services DA rendered during the Fee Period and the compensation it seeks, by project category.

3. Attached as **Exhibit C** is a summary of expenses that DA incurred during the Fee Period and for which it seeks reimbursement.

4. Attached as **Exhibit D** is itemized time detail of DA professionals during the Fee Period and summary materials related thereto.

### Notice and Objection Procedures

5. Notice of this Fee Statement shall be given by hand or overnight delivery, or by email where available, upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian); (b) Debtor's counsel: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, Andrew M. Parlen, John T. Weber); and (c) William K. Harrington, United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian) (together with DA, at the mailing or email addresses set forth on the caption page of this Fee Statement, the "Notice Parties").

6. Objections to this Fee Statement, if any, must be filed with the Court and served upon DA and the other Notice Parties (set forth at para. 5, above) so as to be received no later than **fifteen (15) calendar days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7. If no Objections to this Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses set forth in this Fee Statement.

8. If an Objection to this Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. *See* Docket No. 125. To the extent such an Objection is not resolved

between DA and the party filing the Objection, the Objection shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Date: July 21, 2023                    **DUNDON ADVISERS LLC**

_____
Matthew Dundon
Tabish Rizvi
Ten Bank Street, Suite 1100
White Plains, NY 10606
Telephone: 914.341.1188
Fax: 212.202.4437
Email: md@dundon.com
           tr@dundon.com

*Co-Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A
## Compensation by Professional

| Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew Dundon | Principal | $850.00 | 0.00 | $0.00 |
| Tabish Rizvi | Managing Director | $760.00 | 5.30 | $4,028.00 |
| Michael Whalen | Associate | $475.00 | 4.70 | $2,232.50 |
| | **Total** | | **10.0** | **$6,260.50** |
| **Average Billing Rate (Professionals Only)** | | **$626.05** | | |

## EXHIBIT B
## Compensation by Task Code

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 0.0 | $0.00 |
| Committee Member / Professional Meetings & Communications | 0.0 | $0.00 |
| Claims Analysis | 0.0 | $0.00 |
| Exit and Post-Effective Planning | 0.0 | $0.00 |
| Investigations | 1.5 | $1,140.00 |
| Retention and Fee Application | 7.5 | $4,360.50 |
| Plan and Disclosure Statement | 1.0 | $760.00 |
| **Total** | **10.0** | **$6,260.50** |

## EXHIBIT C
### Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | N/A |

# EXHIBIT D

## Itemized Time Detail for the Fee Period

| Staff | Date | Description | Task | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| Michael Whalen | 04/07/2023 | Analyzed all time entries and drafted fee application with exhibits | Retention and Fee Applications | 1.5 | $475.00/hr | $712.50 |
| Michael Whalen | 04/09/2023 | Analyzed all time entries and drafted fee application with exhibits | Retention and Fee Applications | 2 | $475.00/hr | $950.00 |
| Tabish Rizvi | 04/10/2023 | Revise and update Interim Fee Application due to be filed on April 14th by counsel, including sharing draft copy with PSZJ | Retention and Fee Applications | 1.5 | $760.00/hr | $1,140.00 |
| Tabish Rizvi | 04/10/2023 | Review particulars on the Interim Fee Application due to be filed on April 14th by counsel | Retention and Fee Applications | 0.5 | $760.00/hr | $380.00 |
| Michael Whalen | 04/10/2023 | Analyzed all time entries and drafted fee application with exhibits | Retention and Fee Applications | 1.2 | $475.00/hr | $570.00 |
| Tabish Rizvi | 04/12/2023 | Finalize interim fee application for filing on Friday, 4/14 including participating on call with G. Brown (PSZJ) on topic | Retention and Fee Applications | 0.8 | $760.00/hr | $608.00 |
| Tabish Rizvi | 04/18/2023 | Participate on call with PSZJ following up on POR filed and status of analysis completed for Rockefeller's contribution claim | Investigations | 0.1 | $760.00/hr | $76.00 |
| Tabish Rizvi | 04/18/2023 | Review latest copy of plan filed in the bankruptcy, including debtor's objection to Rockefeller's claim | Investigations | 1.4 | $760.00/hr | $1,064.00 |
| Tabish Rizvi | 04/26/2023 | Coordinate and prepare for disclosure statement hearing scheduled for April 27th | Plan and Disclosure Statement | 0.1 | $760.00/hr | $76.00 |
| Tabish Rizvi | 04/27/2023 | Attend scheduled Disclosure Statement Hearing with Judge Lane | Plan and Disclosure Statement | 0.9 | $760.00/hr | $684.00 |