Alan W. Kornberg, Esq.
William A. Clareman, Esq.
John T. Weber, Esq.
Leslie E. Liberman, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**OMNIBUS CERTIFICATE OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE STATEMENTS OF FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP, PILLSBURY WINTHROP SHAW PITTMAN LLP, AND TENEO CAPITAL LLC**

In accordance with the procedures established under the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals*, entered on August 12, 2022 [Docket No. 125] (the "Compensation Order"),[2] the undersigned counsel for the above-captioned debtor and debtor in possession (the "Debtor") hereby certifies as follows:

1.    The Debtor filed the following monthly fee statements (the "Monthly Fee Statements"):

---

[1]   The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Compensation Order.

    a.    On June 20, 2023, the *Eleventh Monthly Fee Statement of Friedman Kaplan Seiler Adelman & Robbins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel for Debtor for Period May 1, 2023 Through May 31, 2023* [Docket No. 540];

    b.    On June 20, 2023 the *Eleventh Monthly Fee Statement of Pillsbury Winthrop Shaw Pittman LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Insurance Counsel for Debtor for Period From May 1, 2023 Through May 31, 2023* [Docket No. 541]; and

    c.    On June 21, 2023 *Eleventh Monthly Fee Statement of Teneo Capital LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2023 Through May 31, 2023* [Docket No. 543].

2.    In accordance with the Compensation Order, (a) objections to the Monthly Fee Statements for Friedman Kaplan Seiler Adelman & Robbins LLP and Pillsbury Winthrop Shaw Pittman LLP were due no later than July 5, 2023, and (b) objections to the Monthly Fee Statement for Teneo Capital, LLC were due no later than July 6, 2023 (collectively, the "Objection Deadlines"). Paragraph 2(e) of the Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or a certification of counsel with the Court, whichever is applicable, after which the Debtor is authorized to pay each Professional an amount (the "Actual Payment") equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Payment"), and (b) the aggregate amount of fees and expenses not subject to an objection."

3.    As of the filing of this certificate, to the best of my knowledge, no objection or other responsive pleading to the Monthly Fee Statements listed above has been (a) filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Debtor or its counsel.

4.    The Monthly Fee Statements were filed and served in accordance with the Compensation Order. Consequently, pursuant to the Compensation Order, and without the need

for a further order of the Court, the Debtor is authorized to pay the Actual Payment requested in each of the Monthly Fee Statements upon the filing of this certification.

| | |
|---|---|
| New York, New York<br>Dated:  July 21, 2023 | */s/ John T. Weber*<br>Alan W. Kornberg, Esq.<br>William A. Clareman, Esq.<br>John T. Weber, Esq.<br>Leslie E. Liberman, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>akornberg@paulweiss.com<br>wclareman@paulweiss.com<br>jweber@paulweiss.com<br>lliberman@paulweiss.com<br><br>*Counsel to the Debtor and Debtor in Possession* |