**Objection Deadline: August 8, 2023**

James I. Stang (admitted *pro hac vice*)
John W. Lucas
Gillian N. Brown
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
      jlucas@pszjlaw.com
      gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------X
                                        :
In re                                   :  Chapter 11
                                        :
MADISON SQUARE BOYS & GIRLS CLUB,       :  Case No. 22-10910-SHL
INC.,¹                                  :
                                        :
                    Debtor.             :
                                        :
-------------------------------------------------------------X
```

**TWELFTH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

[1]The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 16, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Monthly Fees Incurred: | $114,342.50 |
| Fee Reduction: | ($27,612.50)[2] |
| Fees (After Reduction): | $86,730.00 |
| 20% Holdback: | $17,346.00 |
| Total Fees Less 20% Holdback: | $69,384.00 |
| Monthly Expenses Incurred: | $116.50 |
| Total Fees and Expenses Due: | $69,500.50 |

This is a __X__ monthly _____interim _____final     application


Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of July 16, 2022* [Docket No. 196] (the "PSZJ Retention Order"), and the *Order Establishing Procedures for Monthly Compensation*

---

[2] As disclosed in the Firm's employment application, the Firm is utilizing rates that are reduced from standard rates so that attorney time is capped at $900 per hour and paralegal time is capped at $400 per hour. The reduction set forth in this Fee Statement here accounts for the reduction from the following standard rates, as set forth in Exhibit A hereto: J. Stang ($1,695); I. Nasitir ($1,395); M. Pagay ($1,295); J. Lucas ($1,150); G. Brown ($975); B. Dassa ($545); Y. Derac ($545) and P. Jeffries ($545).

*and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "<u>Interim Compensation Order</u>"),[3] Pachulski Stang Ziehl & Jones LLP ("<u>PSZJ</u>"), counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby submits this monthly fee statement (the "<u>Fee Statement</u>"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Committee in this chapter 11 case (the "<u>Case</u>") during the period June 1, 2023 to June 30, 2023 (the "<u>Fee Period</u>").

By this Fee Statement, PSZJ seeks payment in the amount of $69,500.50, comprised of the following: (i) $69,384.00, which is eighty percent (80%) of the total amount of fees incurred for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of $116.50, which is one hundred percent (100%) of actual and necessary expenses that PSZJ incurred in connection with its representation of the Committee during the Fee Period.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of PSZJ's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with this chapter 11 case during the Fee Period, (ii) the year of bar admission for each PSZJ attorney, (iii) the current, standard hourly billing rate for each individual at PSZJ working on this chapter 11 case during the Fee Period,  (iv) the capped hourly rate for those individuals, and (v) the total fees that each individual billed to this Case during the Fee Period at the applicable capped billing rate. The Committee hired PSZJ on the condition that the total fees incurred would be discounted to the extent the blended rate of PSZJ attorneys does not exceed $900.00 per hour. All of the PSZJ attorneys who worked on this Case during the Fee Period have standard billing rates in excess of $900.00 per hour. As provided in the PSZJ Retention Order, PSZJ paralegal hourly

---

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

DOCS_LA:350159.2

rates on this Case will not exceed $400.00 per hour. All of the PSZJ paralegals who worked on

this Case during the Fee Period have standard billing rates in excess of $400.00 per hour. PSZJ is

providing a reduction in attorney and paralegal fees for the Fee Period in the amount of

$27,612.50.

2.      Attached as **Exhibit B** is a summary of the services PSZJ rendered during

the Fee Period and the compensation it seeks, by project category.

3.      Attached as **Exhibit C** is a summary of expenses that PSZJ incurred during

the Fee Period and for which it seeks reimbursement.

4.      Attached as **Exhibit D** is itemized time detail of PSZJ professionals during the

Fee Period and summary materials related thereto.

### Notice and Objection Procedures

5.      Notice of this Fee Statement shall be given by U.S. Mail, or by email where

available, upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst

Avenue, New York, New York 10039 (Attn.: Mr. Tim McChristian);  (b) Debtor's counsel: Paul,

Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York

10019 (Attn.: Alan W. Kornberg, Esq.; Andrew M. Parlen, Esq.; John T. Weber, Esq.; and

Shafaq Hasan, Esq.); and (c) William K. Harrington, United States Trustee for Region 2, U.S.

Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York,

New York 10014 (Attn.: Andrea B. Schwartz, Esq. and Tara Tiantian, Esq.) (the "Notice

Parties").

6.      Objections to this Fee Statement, if any, must be filed with the Court and served

upon PSZJ and the other Notice Parties (set forth at para. 5, above) so as to be received no later

than **August 8, 2023** (the "Objection Deadline"), setting forth the nature of the objection and the

amount of fees or expenses at issue (an "Objection").

7.      If no Objections to this Fee Statement are filed and served as set forth above, the

Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of

the expenses set forth in this Fee Statement.

8.      If an Objection to this Fee Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of this Fee Statement to which the

objection is directed and promptly pay the remainder of the fees and disbursements in the

percentages set forth above. *See* Interim Compensation Order. To the extent such an Objection is

not resolved between PSZJ and the party filing the Objection, the Objection shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated: July 24, 2023          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Gillian N. Brown*
James I. Stang (admitted *pro hac vice*)
John W. Lucas
Gillian N. Brown
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: 212.561.7700; Fax: 212.561.7777
Emails: jstang@pszjlaw.com
          jlucas@pszjlaw.com
          gbrown@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

DOCS_LA:350159.2

## EXHIBIT A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## JUNE 1, 2023 – JUNE 30, 2023

| Name of Professional Partners and Counsel | Title | Year Admitted | Standard Hourly Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|---|---|
| James I. Stang | Partner | 1980 | 1,695.00 | 900.00 | 3.50 | 3,150.00 |
| Iain A.W. Nasitir | Partner | 1983 | 1,395.00 | 900.00 | 3.50 | 3,150.00 |
| Malhar S. Pagay | Partner | 1997 | 1,295.00 | 900.00 | 7.40 | 6,600.00 |
| John W. Lucas | Partner | 2005 | 1,150.00 | 900.00 | 76.90 | 69,210.00 |
| Gillian N. Brown | Counsel | 1999 | 975.00 | 900.00 | 2.80 | 2,520.00 |
| **Total Partners and Counsel:** | | | | | **94.10** | **84,690.00** |

| Name of Paralegals and Other Non-Legal Staff | Standard Hourly Billing Rate ($) | Capped Hourly Rate in this Case ($) | Total Billed Hours | Total Compensation at Capped Rate ($) |
|---|---|---|---|---|
| Beth D. Dassa | 545.00 | 400.00 | 3.00 | 1,200.00 |
| Yves P. Derac | 545.00 | 400.00 | 1.90 | 760.00 |
| Patricia J. Jeffries | 545.00 | 400.00 | .20 | 80.00 |
| **Total Paralegals:** | | | **5.10** | **2,040.00** |
| | | | | |

| ALL PROFESSIONALS | DISCOUNTED/CAPPED BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Attorneys | 900.00 | 94.10 | 84.690.00 |
| Paralegals, Non-Legal Staff | 400.00 | 5.10 | 2,040.00 |
| **Total Hours and Fees Incurred** | | **99.20** | **86,730.00** |

**<u>EXHIBIT B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD JUNE 1, 2023 – JUNE 30, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| CO | Claims Admin/Objections | 1.50 | 1,725.00 |
| CP | Compensation Prof. | 2.30 | 1,425.50 |
| CPO | Comp.of Prof./Others | 0.40 | 218.00 |
| FN | Financing | 0.10 | 97.50 |
| GC | General Creditors Comm. | 2.30 | 2,645.00 |
| ME | Mediation | 10.00 | 11,585.00 |
| NT | Non-Working Travel | 19.50 | 22,425.00 |
| PD | Plan & Disclosure Statement | 63.00 | 74,167.00 |
| RP | Retention of Prof. | 0.10 | 54.50 |
| | **TOTAL** | **99.20** | $114,342.50 less discount of $27,612.50, for a total of **$86,730.00** |

## EXHIBIT C

## Expense Summary

**AGGREGATE ITEMIZED EXPENSES FOR THE PERIOD**
**JUNE 1, 2023– JUNE 30, 2023**

| Expenses Category | Total Expenses ($) |
|---|---|
| Federal Express | 25.80 |
| Federal Express | 25.68 |
| Copy | 0.20 |
| Pacer – Court Research | 17.30 |
| LA Postage | 4.92 |
| SF Postage | 0.60 |
| Transcript Fee | 42.00 |
| **TOTAL** | **$116.50** |

**EXHIBIT D**

**Itemized Time Detail for the Fee Period**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Madison Square Boys & Girls Club, Inc.

June 30, 2023
Invoice    132858
Client    54162
Matter    00004
**GNB**

RE:  Committee Representaton

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2023

| | |
|---|---|
| FEES | $114,342.50 |
| EXPENSES | $116.50 |
| LESS COURTESY DISCOUNT | $27,612.50 |
| **TOTAL CURRENT CHARGES** | **$86,846.50** |
| **BALANCE FORWARD** | **$219,168.68** |
| **TOTAL BALANCE DUE** | **$306,015.18** |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      2

Invoice 132858

June 30, 2023

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 545.00 | 3.00 | $1,635.00 |
| GNB | Brown, Gillian N. | Counsel | 975.00 | 2.80 | $2,730.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 1395.00 | 3.50 | $4,882.50 |
| JIS | Stang, James I. | Partner | 1695.00 | 3.50 | $5,932.50 |
| JWL | Lucas, John W. | Partner | 1150.00 | 76.90 | $88,435.00 |
| MSP | Pagay, Malhar S. | Partner | 1295.00 | 7.40 | $9,583.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 545.00 | 0.20 | $109.00 |
| YPD | Derac, Yves Pierre | Paralegal | 545.00 | 1.90 | $1,035.50 |
| | | | | 99.20 | $114,342.50 |

Pachulski Stang Ziehl & Jones LLP                          Page:    3
Madison Square BGC O.C.C.                                   Invoice 132858
54162    -00004                                            June 30, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 1.50 | $1,725.00 |
| CP | Compensation Prof. [B160] | 2.30 | $1,425.50 |
| CPO | Comp. of Prof./Others | 0.40 | $218.00 |
| FN | Financing [B230] | 0.10 | $97.50 |
| GC | General Creditors Comm. [B150] | 2.30 | $2,645.00 |
| ME | Mediation | 10.00 | $11,585.00 |
| NT | Non-Working Travel | 19.50 | $22,425.00 |
| PD | Plan & Disclosure Stmt. [B320] | 63.00 | $74,167.00 |
| RP | Retention of Prof. [B160] | 0.10 | $54.50 |
| | | 99.20 | $114,342.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    4

Invoice 132858

June 30, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Federal Express [E108] | $51.48 |
| Pacer - Court Research | $17.30 |
| Postage [E108] | $5.52 |
| Reproduction/ Scan Copy | $0.20 |
| Transcript [E116] | $42.00 |
| | $116.50 |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    -00004

Page:    5
Invoice 132858
June 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Claims Admin/Objections[B310]

| 06/08/2023 | JWL | CO | Email to J. Weber regarding Summit admin claim (1.5); | 1.50 | 1150.00 | $1,725.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 1.50 |  | $1,725.00 |

### Compensation Prof. [B160]

| 06/08/2023 | GNB | CP | Revise and finalize my certification of no objection to PSZJ's 10th monthly fee statement. | 0.10 | 975.00 | $97.50 |
|---|---|---|---|---|---|---|
| 06/09/2023 | GNB | CP | Email Beth D. Dassa regarding interim fee application. | 0.10 | 975.00 | $97.50 |
| 06/19/2023 | GNB | CP | Review and finalize PSZJ May 2023 monthly fee statement for filing and service. | 0.20 | 975.00 | $195.00 |
| 06/19/2023 | YPD | CP | Draft11th PSZJ monthly fee statement. | 1.20 | 545.00 | $654.00 |
| 06/19/2023 | YPD | CP | Finalize PSZJ fee statement and draft email to G. Brown re same. | 0.20 | 545.00 | $109.00 |
| 06/20/2023 | YPD | CP | Review email from G. Brown re PSZJ May 2023 fee statement filing (.1); respond to same (.1). | 0.20 | 545.00 | $109.00 |
| 06/20/2023 | YPD | CP | Review email from G. Brown re May 2023 PSZJ fee statement (.1); review reply and respond thereto (.1). | 0.20 | 545.00 | $109.00 |
| 06/20/2023 | YPD | CP | Review email from N. de Leon re PSZJ  May 2023 fee statement. | 0.10 | 545.00 | $54.50 |
|  |  |  |  | 2.30 |  | $1,425.50 |

### Comp. of Prof./Others

| 06/09/2023 | BDD | CPO | Research information re next round of quarterly fee applications (.20); emails G. Brown re same (.10); email B. Anavim re same (.10) | 0.40 | 545.00 | $218.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.40 |  | $218.00 |

### Financing [B230]

| 06/07/2023 | GNB | FN | Review Michael Whalen email regarding Debtor's most recent monthly operating report. | 0.10 | 975.00 | $97.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.10 |  | $97.50 |

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    -00004

Page:     6
Invoice 132858
June 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2023 | JWL | GC | Call with survivor who did not file claim and status of bankruptcy case (.6); case update email to committee (.7); | 1.30 | 1150.00 | $1,495.00 |
| 06/16/2023 | JWL | GC | Prepare and send case update email to committee re Navy Yard sale, confirmation hearing, and Rockefeller issues (1.0); | 1.00 | 1150.00 | $1,150.00 |
| | | | | 2.30 | | $2,645.00 |

### Mediation

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/19/2023 | JIS | ME | Office conference with J. Lucas regarding mediation stipulation. | 0.10 | 1695.00 | $169.50 |
| 06/21/2023 | JIS | ME | Call J. Lucas regarding Rockefeller University mediation stipulation. | 0.20 | 1695.00 | $339.00 |
| 06/22/2023 | JIS | ME | Call J. Lucas regarding Rockefeller University mediation. | 0.10 | 1695.00 | $169.50 |
| 06/22/2023 | BDD | ME | Review proposed order appointing mediators and directing mediation (.20) and emails G. Brown and B. Anavim re same (.10). | 0.30 | 545.00 | $163.50 |
| 06/23/2023 | BDD | ME | Email G. Brown re Order directing mediation. | 0.10 | 545.00 | $54.50 |
| 06/26/2023 | JIS | ME | Call with J. Lucas regarding mediation status. | 0.10 | 1695.00 | $169.50 |
| 06/26/2023 | JIS | ME | Call J. Lucas re status of mediation. | 0.10 | 1695.00 | $169.50 |
| 06/26/2023 | JWL | ME | Attend New York plan mediation session with Madison, Rockefeller, Marsh Law, and Herman Law (2.0); | 2.00 | 1150.00 | $2,300.00 |
| 06/27/2023 | JWL | ME | Attend Madison/Rockefeller plan mediation in New York (2.0); | 2.00 | 1150.00 | $2,300.00 |
| 06/28/2023 | JWL | ME | Attend plan mediation regarding Rockefeller (5.0); | 5.00 | 1150.00 | $5,750.00 |
| | | | | 10.00 | | $11,585.00 |

### Non-Working Travel

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/25/2023 | JWL | NT | Travel from San Francisco to New York for plan mediation with Rockefeller (delayed flight at landing) | 8.50 | 1150.00 | $9,775.00 |
| 06/28/2023 | JWL | NT | Travel from New York to San Francisco from plan mediation (traffic from NYC to Newark airport and | 9.00 | 1150.00 | $10,350.00 |

Pachulski Stang Ziehl & Jones LLP                                         Page:        7
Madison Square BGC O.C.C.                                                 Invoice 132858
54162    -00004                                                          June 30, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | extreme airline delay) | | | |
| 06/29/2023 | JWL | NT | Continued travel from New York to San Francisco after plan mediation (traffic from NYC to Newark airport and extreme airline delay) | 2.00 | 1150.00 | $2,300.00 |
| | | | | 19.50 | | $22,425.00 |

## Plan & Disclosure Stmt. [B320]

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/2023 | JIS | PD | Call with J. Lucas regarding voting status and creditor calls. | 0.10 | 1695.00 | $169.50 |
| 06/02/2023 | MSP | PD | Email exchange with F. Hatcher, et al. regarding Navy Yard sale process. | 0.10 | 1295.00 | $129.50 |
| 06/05/2023 | JIS | PD | Call with J. Lucas re status of voting. | 0.10 | 1695.00 | $169.50 |
| 06/05/2023 | MSP | PD | Email exchange with J. Lucas, L. Liberman, et al. regarding Plan voting. | 0.20 | 1295.00 | $259.00 |
| 06/05/2023 | JWL | PD | Call with A. Raphael and client re voting issues and terms of plan (.9); call with J.Weber re voting (.2); | 1.10 | 1150.00 | $1,265.00 |
| 06/06/2023 | GNB | PD | Email John W. Lucas regarding ballots and Committee member email regarding same. | 0.10 | 975.00 | $97.50 |
| 06/06/2023 | GNB | PD | Email Malhar S. Pagay and John W. Lucas regarding post-confirmation transition to Settlement Trustee. | 0.10 | 975.00 | $97.50 |
| 06/06/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, F. Hatcher, et al. regarding Navy Yard sale. | 0.20 | 1295.00 | $259.00 |
| 06/06/2023 | MSP | PD | Email exchange with J. Lucas, A. Raphael, J. Weber, et al. regarding Plan voting. | 0.20 | 1295.00 | $259.00 |
| 06/06/2023 | JWL | PD | Emails with counsel to survivors regarding voting issues and follow up with Epiq re same (1.5); | 1.50 | 1150.00 | $1,725.00 |
| 06/07/2023 | MSP | PD | Telephone call with J. Lucas regarding Plan and Rockefeller issues. | 0.30 | 1295.00 | $388.50 |
| 06/07/2023 | MSP | PD | Email exchange with J. Lucas, J. Weber, et al. regarding Plan revisions. | 0.20 | 1295.00 | $259.00 |
| 06/07/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, et al. regarding Plan and Rockefeller issues. | 0.30 | 1295.00 | $388.50 |
| 06/07/2023 | JWL | PD | Review Madison changes to plan and compensation trust (.6); call with J. Weber regarding plan issues (.5); | 1.10 | 1150.00 | $1,265.00 |
| 06/08/2023 | GNB | PD | Email to internal PSZJ team regarding newly | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:      8

Invoice 132858

June 30, 2023

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | produced documents on Debtor's DataSite. | | | |
| 06/08/2023 | MSP | PD | Telephone call with J. Lucas regarding Plan and Rockefeller issues. | 0.20 | 1295.00 | $259.00 |
| 06/08/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, et al. regarding Rockefeller and Plan issues. | 0.20 | 1295.00 | $259.00 |
| 06/08/2023 | MSP | PD | Email exchange with J. Lucas, D. Meyers, et al. regarding voting tabulation. | 0.10 | 1295.00 | $129.50 |
| 06/08/2023 | BDD | PD | Confer with Everlaw re database maintenance (.20) and email G. Brown re same (.10). | 0.30 | 545.00 | $163.50 |
| 06/08/2023 | JWL | PD | Work on compensation trust form of release (1.5); review revised plan and compensation trust agreement changes re Rockefeller (.7); call with J. Weber re open plan issues (.2); review confirmation order (1.4); review M. Plevin comments to confirmation order (.4); review Madison's responses to M. Plevin comments to confirmation order (.5); draft voting update to committee (.5); | 5.20 | 1150.00 | $5,980.00 |
| 06/09/2023 | GNB | PD | Email with Beth D. Dassa regarding transfer of information to Settlement Trustee post-Effective Date. | 0.10 | 975.00 | $97.50 |
| 06/09/2023 | GNB | PD | Email with Sophia Lee regarding DataSite documents folder 15 (.2); Email with Beth D. Dassa regarding same and email with Lauren Varga regarding download of documents (.1). | 0.30 | 975.00 | $292.50 |
| 06/09/2023 | GNB | PD | Email with John W. Lucas regarding transfer of information to Settlement Trustee post-Effective Date (.2); Telephone conference with John W. Lucas regarding same (.1). | 0.30 | 975.00 | $292.50 |
| 06/09/2023 | IAWN | PD | Exchange emails with J. Lucas and J. Stang re plan language. | 0.20 | 1395.00 | $279.00 |
| 06/09/2023 | JIS | PD | Review emails regarding request by M. Plevin to have plan address retention of counsel. | 0.20 | 1695.00 | $339.00 |
| 06/09/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, I. Nasatir, J. Stang, G. Brown, et al. regarding proposed Plan revisions, insurance issues, document access, Plan Trust Agreement draft, etc. | 0.30 | 1295.00 | $388.50 |
| 06/09/2023 | BDD | PD | Emails G. Brown and S. Lee re additions to Everlaw database. | 0.20 | 545.00 | $109.00 |
| 06/09/2023 | JWL | PD | Call with J. Weber re plan issues (.3); call with J. Amala regarding plan issues (.7); call with G. | 1.30 | 1150.00 | $1,495.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    9

Invoice 132858

June 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Galardi re plan issues (.3); |  |  |  |
| 06/10/2023 | JIS | PD | Review email exchanges regarding insurance and Rockefeller U. | 0.30 | 1695.00 | $508.50 |
| 06/11/2023 | MSP | PD | Email exchange with J. Weber, J. Lucas, et al. regarding Plan status discussion. | 0.10 | 1295.00 | $129.50 |
| 06/11/2023 | JWL | PD | Call with Paul Weiss team, Ropes Gray team re confirmation issues (1.2); | 1.20 | 1150.00 | $1,380.00 |
| 06/12/2023 | GNB | PD | Review objection from neighborhood association; Email with John W. Lucas regarding same. | 0.10 | 975.00 | $97.50 |
| 06/12/2023 | GNB | PD | Review plan vote tallies; Email internal PSZJ team regarding same. | 0.10 | 975.00 | $97.50 |
| 06/12/2023 | GNB | PD | Email PSZJ team regarding insurance response to Plan and regarding Rockefeller University response to Plan. | 0.10 | 975.00 | $97.50 |
| 06/12/2023 | IAWN | PD | Exchange emails with John W. Lucas re plan language. | 0.10 | 1395.00 | $139.50 |
| 06/12/2023 | IAWN | PD | Telephone call with Greenspad at PMS re plan language. | 0.40 | 1395.00 | $558.00 |
| 06/12/2023 | JIS | PD | Review Rockefeller plan objection. | 0.40 | 1695.00 | $678.00 |
| 06/12/2023 | JIS | PD | Review plan/trust agreement modifications to plan. | 0.40 | 1695.00 | $678.00 |
| 06/12/2023 | JIS | PD | Review plan objection from community group. | 0.30 | 1695.00 | $508.50 |
| 06/12/2023 | JIS | PD | Call J. Lucas regarding plan issues related to Rockefeller objection. | 0.50 | 1695.00 | $847.50 |
| 06/12/2023 | JWL | PD | Call with J. Stang regarding Rockefeller plan objection issues (.5); emails with counsel and Epiq regarding confirmation of ballots received (.7); review NYC limited objection to the plan (.2); review ad hoc informal group objection to plan re Navy Yard (.7); review proposed plan changes by insurers (.7); email to committee member counsel re same (.5); review final voting report and email to the committee (.4); review Rockefeller plan objection (1.5); research regarding the same (.6); email to Madison counsel re same (.4); | 6.20 | 1150.00 | $7,130.00 |
| 06/13/2023 | GNB | PD | Email John Weber, Leslie Lieberman, and Lauren Varga regarding DataSite access for Settlement Trustee post-Effective Date. | 0.10 | 975.00 | $97.50 |
| 06/13/2023 | GNB | PD | Research regarding Rockefeller University claim. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/13/2023 | IAWN | PD | Review Rockefeller University objection. | 0.50 | 1395.00 | $697.50 |
| 06/13/2023 | IAWN | PD | Review and comment upon new additions to plan. | 0.80 | 1395.00 | $1,116.00 |
| 06/13/2023 | JIS | PD | Call J. Lucas regarding Rockefeller U. plan objection. | 0.40 | 1695.00 | $678.00 |
| 06/13/2023 | JIS | PD | Call J. Lucas regarding plan confirmation issues. | 0.20 | 1695.00 | $339.00 |
| 06/13/2023 | MSP | PD | Attention to Plan issues (1.60); email exchange with J. Weber, G. Brown, J. Lucas, et al. regarding  same (.30). | 1.90 | 1295.00 | $2,460.50 |
| 06/13/2023 | MSP | PD | Email exchange with J. Lucas regarding insurance-related suggested Plan revisions (.20); email exchange with J. Stang, I. Nasatir, J. Lucas, et al. regarding same (.30). | 0.50 | 1295.00 | $647.50 |
| 06/13/2023 | BDD | PD | Communications with Everlaw re closing database (.70); email G. Brown re same (.10). | 0.80 | 545.00 | $436.00 |
| 06/13/2023 | BDD | PD | Email G. Brown re maintenance of database in Everlaw. | 0.10 | 545.00 | $54.50 |
| 06/13/2023 | BDD | PD | Emails G. Brown and S. Lee re Datasite and Everlaw database. | 0.20 | 545.00 | $109.00 |
| 06/13/2023 | JWL | PD | Review changes to plan by I. Nasatir and email to Madison for discussion with carrier (.7); call with Madison and council for Federal re plan issues (.9); call with D. Ellis and J. Herman regarding plan issues (.3); email to PSZJ re Herman Law call re plan issues (.3); call with J. Weber re open plan issues (.3); further review of Rockefeller objection (.8); | 3.30 | 1150.00 | $3,795.00 |
| 06/14/2023 | GNB | PD | Telephone conference with Beth D. Dassa regarding DataSite documents relating to Rockefeller University. | 0.10 | 975.00 | $97.50 |
| 06/14/2023 | GNB | PD | Review documents produced by Debtor for SCC. | 0.40 | 975.00 | $390.00 |
| 06/14/2023 | IAWN | PD | Telephone call with M. Plevin, Klein and John W. Lucas re changes to plan (.4); telephone call with John W. Lucas re same (.1). | 0.50 | 1395.00 | $697.50 |
| 06/14/2023 | MSP | PD | Email exchange with J. Weber, M. Plevin, J. Lucas, et al. regarding comments on Plan. | 0.30 | 1295.00 | $388.50 |
| 06/14/2023 | PJJ | PD | Download document production from Debtor and circulate. | 0.20 | 545.00 | $109.00 |
| 06/14/2023 | JWL | PD | Call with M. Plevin and I. Nasatir re plan issues and | 4.90 | 1150.00 | $5,635.00 |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    11

Invoice 132858

June 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | carrier rights (.4); follow up call with I. Nasatir re same (.1); attend chambers conference re open plan issues with Rockefeller (1.4); call with J. Stang re Rockefeller plan issues (.2); call with J. Weber re same (.2); call with A. Halprin re trust issues (.9); email to Pillsbury re plan and insurance issues (.2); review Chubb changes to plan, revise the same and email to I. Nasatir regarding proposed response (1.5). | | | |
| 06/15/2023 | IAWN | PD | Telephone conferences with John W. Lucas re plan. | 0.20 | 1395.00 | $279.00 |
| 06/15/2023 | IAWN | PD | Review M. Plevin and John W. Lucas comments to plan. | 0.80 | 1395.00 | $1,116.00 |
| 06/15/2023 | MSP | PD | Meeting with J. Weber, S. Landgraber, J. Lucas, et al. regarding  Navy Yard transaction (.50); email exchange with S. Landgraber, J. Weber, D. O'Brien, et al. regarding same (.20). | 0.70 | 1295.00 | $906.50 |
| 06/15/2023 | MSP | PD | Email exchanges with J. Weber, M. Plevin, J. Lucas, L. Liberman, et al. regarding Insurer comments on Plan, Confirmation Brief, revised Plan and other Plan issues. | 0.30 | 1295.00 | $388.50 |
| 06/15/2023 | JWL | PD | Call with J. Amala regarding Rockefeller and plan issues (.5); call with D. Ellis regarding Rockefeller and plan issues (.5); review and revise plan in response to Chubb comments (.7); call with I. Nasatir re same (.3); call with Paul Weiss, Cushman, PSZJ, and Island re sale of Navy Yard (.5); call with J. Weber re open Plan issues (.3); review Rockefeller mediation stipulation (.3); call with G. Galardi regarding plan issues (.3); review of Chubb second round of plan changes and respond to the same (.8); revise Rockefeller mediation stipulation (.7); review Madison confirmation brief (1.0). | 5.90 | 1150.00 | $6,785.00 |
| 06/16/2023 | GNB | PD | Review John W. Lucas email regarding Navy Yard sale and confirmation hearing; Email PSZJ team regarding confirmation hearing. | 0.10 | 975.00 | $97.50 |
| 06/16/2023 | JWL | PD | Further review of Madison confirmation brief (1.1); review revised Rockefeller mediation stipulation (.5); | 1.60 | 1150.00 | $1,840.00 |
| 06/18/2023 | MSP | PD | Email exchange with J. Lucas, L. Liberman, et al. regarding Confirmation Order. | 0.10 | 1295.00 | $129.50 |
| 06/18/2023 | MSP | PD | Email exchange with J. Lucas, L. Liberman, et al. regarding Confirmation Order. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    12
Madison Square BGC O.C.C.                                            Invoice 132858
54162    -00004                                                     June 30, 2023

|            |       |     |                                                                                                                                                                              | Hours | Rate    | Amount     |
|------------|-------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 06/18/2023 | JWL   | PD  | Review revised confirmation order (1.0);                                                                                                                                                     | 1.00  | 1150.00 | $1,150.00  |
| 06/19/2023 | JWL   | PD  | Call with G. Galardi re plan mediation (.5); call with D. Ellis re same (.5); call with J. Freeman re plan and claim mediation (.5); review and revise mediation stipulation (.6);            | 2.10  | 1150.00 | $2,415.00  |
| 06/20/2023 | GNB   | PD  | Email with Beth D. Dassa re confirmation hearing; Review email from John W. Lucas regarding same.                                                                                            | 0.10  | 975.00  | $97.50     |
| 06/20/2023 | BDD   | PD  | Emails J. Lucas, G. Brown and B. Anavim re plan confirmation hearing.                                                                                                                        | 0.30  | 545.00  | $163.50    |
| 06/20/2023 | JWL   | PD  | Review and revise Rockefeller mediation stipulation (.6); call with J. Freeman re changes to plan mediation stipulation (.4); revise mediation stipulation (.2);                             | 1.20  | 1150.00 | $1,380.00  |
| 06/21/2023 | MSP   | PD  | Telephone calls (2: .50; .20) with J. Lucas regarding Plan and Rockefeller issues.                                                                                                           | 0.70  | 1295.00 | $906.50    |
| 06/21/2023 | MSP   | PD  | Email exchange with D. Egan, J. Lucas, et al. regarding  mediation order regarding Rockefeller.                                                                                              | 0.10  | 1295.00 | $129.50    |
| 06/21/2023 | JWL   | PD  | Emails with D. Ellis re plan mediation stipulation (.3); call with J. Freeman re same (.2); review revised mediation stipulation in response to comments from Mediators (.3); call with J. Eisen re the same (.5); call with J. Herman regarding plan mediation issues (.5); | 1.80  | 1150.00 | $2,070.00  |
| 06/22/2023 | MSP   | PD  | Email exchange with L. Liberman, J. Lucas, et al. regarding unredacted declarations in support of confirmation.                                                                              | 0.10  | 1295.00 | $129.50    |
| 06/22/2023 | MSP   | PD  | Email exchange with D. Egan, J. Lucas, et al. regarding  mediation order regarding Rockefeller.                                                                                              | 0.20  | 1295.00 | $259.00    |
| 06/22/2023 | BDD   | PD  | Review Debtor's motion re filing under seal certain portions of D. O'Brien declaration in support of Amended Ch. 11 Plan (.10); emails G. Brown and B. Anavim re same (.10).                 | 0.20  | 545.00  | $109.00    |
| 06/22/2023 | JWL   | PD  | Call with S. Chapman and J. Eisen (mediators) re Rockefeller settlement issues (.6); draft substantive email to committee and counsel re plan mediation with Rockefeller (1.0);              | 1.60  | 1150.00 | $1,840.00  |
| 06/23/2023 | JWL   | PD  | Calls with J. Amala, J. Freeman re mediation and plan issues (1.5);                                                                                                                          | 1.50  | 1150.00 | $1,725.00  |
| 06/26/2023 | GNB   | PD  | Email Sophia Lee regarding Empire DataBase                                                                                                                                                   | 0.10  | 975.00  | $97.50     |

Pachulski Stang Ziehl & Jones LLP

Madison Square BGC O.C.C.

54162    -00004

Page:    13

Invoice 132858

June 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | documents received last Saturday via email; Email John W. Lucas regarding same. | | | |
| 06/29/2023 | JWL | PD | Review changes to plan re post effective date covered party process (.8); draft and send email to Committee re plan changes and status of Rockefeller mediation (.8); | 1.60 | 1150.00 | $1,840.00 |
| 06/30/2023 | JWL | PD | Call with G. Galardi re plan settlement issues (.5); | 0.50 | 1150.00 | $575.00 |
| | | | | **63.00** | | **$74,167.00** |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2023 | BDD | RP | Email B. Anavim re Debtor's Application to Retain Triple RTS as financial advisor. | 0.10 | 545.00 | $54.50 |
| | | | | **0.10** | | **$54.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$114,342.50**

Pachulski Stang Ziehl & Jones LLP                                  Page:    14
Madison Square BGC O.C.C.                                          Invoice 132858
54162    -00004                                                   June 30, 2023

---

### Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 06/01/2023 | TR | Transcript [E116] Vertext, Inv.#6610439, LSC | 42.00 |
| 06/09/2023 | FE | 54162.00004 FedEx Charges for 06-09-23 | 25.68 |
| 06/19/2023 | PO | Postage [E108] SF Mail Log | 0.60 |
| 06/20/2023 | FE | 54162.00004 FedEx Charges for 06-20-23 | 25.80 |
| 06/20/2023 | PO | LA Postage | 4.92 |
| 06/20/2023 | RE2 | COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/30/2023 | PAC | Pacer - Court Research | 17.30 |

**Total Expenses for this Matter**                               **$116.50**

Pachulski Stang Ziehl & Jones LLP
Madison Square BGC O.C.C.
54162    -00004

Page:    15
Invoice 132858
June 30, 2023

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

For current services rendered through:    **06/30/2023**

| | |
|---|---|
| **Total Fees** | **$114,342.50** |
| **Total Expenses** | **116.50** |
| **Less Courtesy Discount** | **$27,612.50** |
| **Total Due on Current Invoice** | **$86,846.50** |

**Outstanding Balance from prior invoices as of    06/30/2023    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130635 | 07/31/2022 | $127,920.00 | $291.19 | $12,792.00 |
| 130861 | 08/31/2022 | $198,760.00 | $4,027.47 | $19,876.00 |
| 131167 | 09/30/2022 | $134,060.00 | $1,599.53 | $13,406.00 |
| 131231 | 10/31/2022 | $173,320.00 | $3,451.38 | $17,048.00 |
| 131456 | 11/30/2022 | $124,590.00 | $4,111.19 | $12,459.00 |
| 131587 | 12/31/2022 | $94,200.00 | $742.39 | $9,420.00 |
| 131796 | 01/31/2023 | $57,540.00 | $654.69 | $5,754.00 |
| 131996 | 02/28/2023 | $89,980.00 | $778.31 | $8,998.00 |
| 132246 | 03/31/2023 | $178,180.00 | $231.50 | $49,890.40 |
| 132389 | 04/30/2023 | $66,150.00 | $1,309.93 | $18,522.00 |
| 132643 | 05/31/2023 | $50,430.00 | $573.28 | $51,003.28 |

**Total Amount Due on Current and Prior Invoices:**            **$306,015.18**