Joseph D. Jean, Esq.
Scott D. Greenspan, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Special Insurance Counsel to the Debtor*
*and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10910 (SHL) |

**FOURTEENTH MONTHLY FEE STATEMENT OF
PILLSBURY WINTHROP SHAW PITTMAN LLP
FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS
SPECIAL INSURANCE COUNSEL FOR DEBTOR FOR PERIOD
FROM AUGUST 1, 2023 THROUGH AUGUST 21, 2023**

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

1

| | |
|---|---|
| Name of Applicant: | Pillsbury Winthrop Shaw Pittman LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | August 12, 2022, *nunc pro tunc* June 29, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 21, 2023 |
| Monthly Fees Incurred: | $1,286.60 |
| 20% Holdback: | $257.32 |
| Total Compensation Less 20% Holdback: | $1,029.28 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $1,029.28 |
| This is a:   X   monthly _____ interim _____ final   application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Pillsbury Winthrop Shaw Pittman LLP as Special Insurance Counsel for Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [Docket No. 123] (the "Retention Order"), and the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 125] (the "Interim Compensation Order"),[2] Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), special insurance counsel for the above-captioned debtor and debtor in possession (collectively, the "Debtor")

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2

hereby submits this fourteenth monthly fee statement (the "Fourteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from August 1, 2023 through August 21, 2023 (the "Fourteenth Monthly Fee Period"). By this Fourteenth Monthly Fee Statement, Pillsbury seeks payment in the amount of $1,029.28, which is comprised of (i) $1,029.28, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fourteenth Monthly Fee Period, and (ii) reimbursement of $0.00.

**Services Rendered and Expenses Incurred**

1. Attached as **Exhibit A** is a summary of Pillsbury's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with this chapter 11 case during the Fourteenth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Pillsbury's current billing rates, (iv) amount of fees earned by each Pillsbury professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of Pillsbury attorneys during the Fourteenth Monthly Fee Period is approximately $833.00. The blended hourly rate of legal assistants during the Fourteenth Monthly Fee Period is approximately $400.00.

2. Attached as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Fourteenth Monthly Fee Period.

3. Attached as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fourteenth Monthly Fee Period.

4. Attached as **Exhibit D** is itemized time detail of Pillsbury professionals for the Fourteenth Monthly Fee Period and summary materials related thereto.

**Notice and Objection Procedures**

5. Notice of this Fourteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Tim McChristian, Jeffrey Dold); (b) Debtor's counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn.: Alan W. Kornberg, John T. Weber, Leslie E. Liberman); (c) counsel to the United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn.: Andrea B. Schwartz and Tara Tiantian); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn.: James Stang, John W. Lucas and Gillian N. Brown).

6. Objections to this Fourteenth Monthly Fee Statement, if any, must be filed with the Court and served upon Pillsbury and the other Notice Parties so as to be received no later than **fifteen (15) days after filing of Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7. If no objections to this Fourteenth Monthly Fee Statement are filed and served as set forth above, the Debtor shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8. If an objection to this Fourteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Fourteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

| | |
|---|---|
| New York, New York<br>Dated:  September 20, 2023 | */s/ Joseph D. Jean*<br>Joseph D. Jean, Esq.<br>Scott D. Greenspan, Esq.<br>**PILLSBURY WINTHROP SHAW PITTMAN, LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>joseph.jean@pillsburylaw.com<br>scott.greenspan@pillsburylaw.com<br><br>*Special Insurance Counsel to the Debtor and Debtor in Possession* |

## Exhibit A

**Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## FOR SERVICES RENDERED FOR THE PERIOD
## FROM AUGUST 1, 2023 THROUGH AUGUST 21, 2023

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Andrew V. Alfano | Insolvency | 2017 | 980.00 | 833.00 | 0.2 | 166.60 |
| **Total Associates:** | | | | | **#0.2** | **166.60** |

| Name of Paralegals and other Non-Legal Staff | Hourly Billing Rate ($) | 15% Discounted Hourly Rate ($)[3] | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Stephanie Korchinski | 575.00 | 400.00 | 2.8 | 1,120.00 |
| **Total Associates:** | | | **#2.8** | **1,120.00** |

| PROFESSIONALS | 15% Discounted Blended Rate ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,010.50 | 0.00 | 0.00 |
| Associates | 833.00 | 0.2 | 166.60 |
| Paralegals/Non-Legal Staff | 400.00 | 2.8 | 1,120.00 |
| Blended Attorney Rate | 833.00 | 0.2 | 166.60 |
| **Total Fees Incurred** | | **#3.0** | **1,286.60** |

---

[3] Paralegal billable rates include a 15% discount off standard rates or a $400.00 cap on hourly rates for paralegals, whichever results in a lower rate.

## Exhibit B

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE
FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 21, 2023**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| 701 | Case Administration | 2.0 | 800.00 |
| 702 | Asset Analysis and Recovery | | |
| 705 | Fee/Employment Applications | 1.0 | 486.60 |
| 706 | Fee/Employment Objections | | |
| 707 | Mediation | | |
| 708 | Claims Administration and Objections | | |
| 709 | Plan and Disclosure Statement | | |
| 710 | Litigation | | |
| 711 | Court Hearings | | |
| 712 | Cash Collateral/DIP Financing/Exit Financing | | |
| 713 | Lease/Executory Contract Issues | | |
| 714 | First Day Hearing Preparation | | |
| 715 | Creditor Inquiries | | |
| 716 | Corporate Governance and Board Matters | | |
| | **TOTAL** | **3.0** | **1,286.60** |

**<u>Exhibit C</u>**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS FOR THE PERIOD
FROM AUGUST 1, 2023 THROUGH AUGUST 21, 2023**

| Expenses Category | Total Expenses ($) |
|---|---|
| Court Costs & Litigation Expenses | |
| Information Retrieval Services | |
| Reporting Services | |
| Overtime – Meals | |
| Duplicating and Word Processing | |
| Taxi | |
| Business Expenses | |
| Miscellaneous | |
| **TOTAL** | **0.00** |

## Exhibit D

**Itemized Time Detail**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian
Executive Director
Madison Square Boys & Girls Club
250 Bradhurst Ave
New York, NY  10039

September 18, 2023
Invoice No. 8554952
Client No. 055278
Matter No. 0000002
Michael Kosnitzky
(786) 913-4900

---

**For Professional Services Rendered and Disbursements Incurred through August 21, 2023**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Insurance Recovery | $ 1,286.60 | $ 0.00 | $ 1,286.60 |
| **Total This Invoice:** | **$ 1,286.60** | **$ 0.00** | **$ 1,286.60** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

---

**Pillsbury Winthrop Shaw Pittman LLP**
**600 Brickell Avenue, Suite 3100 - Miami, FL - 33131**
*Due Upon Receipt*
**Remittance Address**
**P.O. Box 30769 . New York, NY 10087-0769**

| | |
|---|---|
| Client No: 055278 | September 18, 2023 |
| Matter No: 0000002 | Invoice No. 8554952 |
| Michael Kosnitzky | Page 2 |

**Insurance Recovery**

For Professional Services Rendered and Disbursements Incurred Through August 21, 2023

**Time Detail By Task**

| Timekeeper | Date | Service | Hours | Amount |
|---|---|---|---|---|
| Task: 701 - Case Administration | | | | |
| S. Korchinski | 08/03/23 | Revise document collection to include recent correspondence. | 1.60 | $640.00 |
| S. Korchinski | 08/11/23 | Revise document collection to include recent correspondence. | 0.40 | 160.00 |
| | | **Subtotal Task: 701 - Case Administration** | **2.00** | **$800.00** |
| Task: 705 - Fee/Employment Applications | | | | |
| S. Korchinski | 08/15/23 | Draft thirteenth monthly fee statement (.6); draft third interim and final fee application (.2). | 0.80 | $320.00 |
| A. V. Alfano | 08/17/23 | Review July monthly fee statement and confirm sign off. | 0.20 | 166.60 |
| | | **Subtotal Task: 705 - Fee/Employment Applications** | **1.00** | **$486.60** |
| | | **Total:** | **3.00** | **$ 1,286.60** |

**Time Summary By Task**

| Task | Hours | Amount |
|---|---|---|
| 701 - Case Administration | 2.00 | 800.00 |
| 705 - Fee/Employment Applications | 1.00 | 486.60 |
| **Total** | **3.00** | **$ 1,286.60** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| **Senior Associate** | | | |

**Pillsbury Winthrop Shaw Pittman LLP**

| Client No: 055278 | September 18, 2023 |
| Matter No: 0000002 | Invoice No. 8554952 |
| Michael Kosnitzky | Page 3 |

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. V. Alfano | 0.20 | $833.00 | $166.60 |
| **Paralegal** | | | |
| S. Korchinski | 2.80 | $400.00 | $1,120.00 |
| **Total** | **3.00** | | **$1,286.60** |

        **Total Due For Matter 0000002:**    **$1,286.60**

**Pillsbury Winthrop Shaw Pittman LLP**

# pillsbury

Tax ID No. 94-1311126

Tim McChristian  
Executive Director  
Madison Square Boys & Girls Club  
250 Bradhurst Ave  
New York, NY  10039

September 18, 2023  
Invoice No. 8554952  
Client No. 055278  
Matter No. 0000002  
Michael Kosnitzky  
(786) 913-4900

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000002 | $ 1,286.60 | $ 0.00 | $ 1,286.60 |
| **Total This Invoice:** | **$ 1,286.60** | **$ 0.00** | **$ 1,286.60** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York,  NY  10087-0769  
**For Electronic Payments including Wire Transfer**, **ACH**, and **SWIFT Payments**,  **send to:**

Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]