**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | Case No. 22-10910-SHL |
| Debtor. | |

**SUMMARY COVER SHEET TO THE SECOND AND FINAL APPLICATION OF
DUNDON ADVISERS LLC FOR ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AS CO-FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 8, 2022 THROUGH AUGUST 21, 2023**

In accordance with the Local Rules for the Southern District of New York, Dundon Advisers LLC ("Dundon" or the "Firm"), co-financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtor and debtor in possession (the "Debtor"), submits this summary (this "Summary") of fees sought as actual, reasonable, and necessary in the second and final application to which this Summary is attached (the "Application")[2] for the period from August 8, 2022 through August 21, 2023 (the "Final Application Period").

The Firm submits the attached Application as a final fee application in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* dated and entered August 12, 2022 [Docket No. 125] (the "Interim Compensation Order").

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Application.

| Name of applicant | Dundon Advisers LLC |
|---|---|
| Name of client | Official Committee of Unsecured Creditors |
| Second Application Period | March 1, 2023 – August 21, 2023 |
| Final Application Period | August 8, 2022 – August 21, 2023 |
| Petition date | June 29, 2022 |
| Date of order approving employment | January 6, 2023, effective as of August 8, 2022 |
| Total fees incurred, before discounts, during the Second Application Period (for which approval has not previously been sought) | $26,696.00 |
| Total fees entitled to be received on account of services rendered in the Final Application Period, after discounts | Total fees without discounts: $188,263.00<br><br>15% discount required by Plan: $28,239.45<br><br>Total fees for which approval is sought: $160,023.55 |
| Total fees sought for the period August 22, 2023 – October 5, 2023 (the "Post Effective Date Period") | Total fees without discounts: $6,000<br><br>15% discount required by Plan: $900<br><br>Total fees for which approval is sought: $5,100 |
| Total expenses sought | None. |
| Total compensation for which approval is sought. | $165,123.55 |
| Total compensation approved by interim order to date | First Interim Period: $161,567.00, approved by order entered May 24, 2023 [Docket No. 504] |

This is a Final Application.

Dated: October 4, 2023

**DUNDON ADVISERS LLC**

Matthew Dundon
Ten Bank Street, Suite 1100
White Plains, NY 10606
Telephone: 914.341.1188
Email: md@dundon.com

*Co-Financial Advisor to the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | Case No. 22-10910-SHL |
| Debtor. | |

**SECOND AND FINAL APPLICATION OF DUNDON ADVISERS LLC FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD FROM**
**AUGUST 8, 2022 THROUGH AUGUST 21, 2023**

Dundon Advisers LLC (the "Firm"), co-financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby submits its second and final fee application (the "Application") for the period from August 8, 2022 through August 21, 2023 (the "Final Application Period") in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* dated and entered August 12, 2022 [Docket No. 125] (the "Interim Compensation Order").

In support of the Application, the Firm submits the declaration of Matthew Dundon, attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Application, the Firm respectfully states as follows:

### Preliminary Statement

1.      The Firm requests: (a) final allowance of compensation in the amount of $26,696.00 for fees on account of reasonable and necessary professional services rendered for the

---

[1] The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

period from March 1, 2023 through August 21, 2023 (the "Second Application Period"), (b) final allowance of compensation in the amount of $160,023.55 for fees on account of reasonable and necessary professional services rendered for the period August 8, 2022 through August 21, 2023 (the "Final Application Period"); and (c) final allowance of compensation in the amount of $5,100 for fees incurred for the preparation of Dundon's final fee application for the period August 22, 2023 through October 5, 2023 (the "Post Effective Date Period").

## Jurisdiction and Basis for Relief

2.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested in this Application are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local Rules for the Southern District of New York (the "Local Rules"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"), and the Interim Compensation Order.

## Background

5.      On June 29, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

6.      On July 13, 2022, the Office of the United States Trustee (the "UST") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 53].

7.      On August 12, 2022, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these cases.

## A.      The Firm's Retention

8.      On August 8, 2022, the Committee selected the Firm and Island Capital Advisor LLC as its financial advisers in this case.  On November 15, 2022, the Committee filed *The Official Committee of Unsecured Creditors' Application to Retain and Employ Dundon Advisers LLC* (the "Retention Application") [Docket No. 290]. On January 6, 2023, the Court entered an *Order Authorizing and Approving the Employment of Dundon Advisers LLC* (the "Retention Order") [Docket No. 338].  The Retention Order authorized the Firm to be compensated on an hourly basis, and to be reimbursed for actual and necessary out-of-pocket expenses.

## B.      Compensation Paid and Its Source

9.      All services for which the Firm requests compensation were performed for or on behalf of the Committee. The Firm has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between the Firm and any other person other than the partners of the Firm for the sharing of compensation to be received for services rendered in this case. The Firm has not received a retainer in this case.

C.    **Monthly Fee Statements and Invoices**

10.    Attached hereto as **Composite Exhibit D** are the Firm's time entries from

and after March 1, 2022, after the conclusion of the First Interim Period.

11.    Set forth below is a chart outlining the fees that the Debtor has paid the

Firm to date on account of the Firm's Monthly Fee Statements.

| Date Monthly Fee Statement Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|
| 02/21/23 | 8/8/22-8/31/22 | $36,549.00 | $0.00 | $29,239.20 | $0.00 |
| 02/21/23 | 9/1/22-/9/30/22 | $9,102.00 | $0.00 | $7,281.60 | $0.00 |
| 02/21/23 | 10/1/22-10/31/22 | $51,087.00 | $0.00 | $40,869.60 | $0.00 |
| 02/21/23 | 11/1/22-11/30/22 | $23,772.00 | $0.00 | $19,017.60 | $0.00 |
| 02/21/23 | 12/1/22-12/31/22 | $11,673.00 | $0.00 | $9,338.40 | $0.00 |
| 07/21/23 | 3/1/23-3/31/23 | $8,664.00 | $0.00 | $6,931.20 | $0.00 |
| 07/21/23 | 4/1/23-4/30/23 | $6,260.50 | $0.00 | $5,008.40 | $0.00 |
| 07/21/23 | 5/1/23-5/31/23 | $2,071.00 | $0.00 | $1,656.80 | $0.00 |
| 07/21/23 | 6/1/30-6/30/23 | $1,244.50 | $0.00 | $995.60 | $0.00 |

12.    Set forth below is a chart outlining the fees that the Debtor has paid the

Firm to date on account of the Firm's Interim Fee Statements for the Final Application Period, in

accordance with the Interim Compensation Order:

| Date Interim Fee Statement Filed | Period Covered | Requested Fees and Expenses | Requested Expenses | Amounts Previously Paid | Amount Due on Approval |
|---|---|---|---|---|---|
| 4/14/23 | 8/8/22-2/28/23 | $161,567.00 | $0.00 | $105,746.40 | $55,820.60 |

**Statement of Services Rendered and Time Expended**

13.    Pursuant to the Local Guidelines, the Firm has classified all services it has

performed from and after March 1, 2023 for which compensation is sought into one of several

major categories. The Firm attempted to place the services performed in the category that best

relates to the service provided. However, because certain services may relate to one or more categories, services pertaining to one category may be included in another category.

14.     **Exhibit B** sets forth a timekeeper summary that includes the name, job title, standard hourly billing rate, total hours billed, and total compensation for each Firm professional and paraprofessional who provided services to the Committee during the Final Application Period.

15.     **Exhibit C** sets forth a task code summary that includes the aggregate hours per task code spent by the Firm's professionals and paraprofessionals in rendering services to the Committee during the Second Interim Period and Final Application Period.

<u>**Services Rendered and Disbursements Incurred Between**</u>
<u>**March 1, 2023 and August 21, 2023**[2]</u>

**A.**     **<u>Business Analysis</u>**

16.     Time billed to this category relates to work regarding assisting in the analysis, review, and monitoring of the restructuring process, including, but not limited to, an assessment of the unsecured claims pool and potential recoveries for unsecured creditors, developing a complete understanding of the Debtor's operations, activities, assets, and such assets' valuations, provided, however, that Island has primary responsibility for real estate matters, providing the financial, forensic, and business assessments to enable Committee counsel at Pachulski Stang Ziehl & Jones LLP to determine if any assets purported to be restricted from use (by donor intent or otherwise) to resolve liabilities of the Debtor, are in fact so restricted, and

---

[2] See the *First Application of Dundon Advisers LLC for Interim Allowance of Compensation for Professional Services Rendered as Co-Financial Advisor to the Official Committee of Unsecured Creditors of the Debtor for the Period from August 8, 2022 through February 28, 2023* [Docket No. 432] for the breakdown of time incurred during the First Interim Period (i.e., August 8, 2022 through February 28, 2023).

providing the financial, forensic, and business assessments to enable Committee counsel to determine what insurance coverage may be available to resolve liabilities of the Debtor.

Fees: <u>$3,230</u>                    Hours: <u>6.8</u>

**B.    Plan and Disclosure Statement**

17.    Time billed to this category relates related to reviewing and providing analysis of any proposed disclosure statement, chapter 11 plan, or settlement with the debtor that serves as a template for to be filed chapter 11 plan and disclosure statement and, if appropriate, assisting the Committee in developing an alternative plan of reorganization and disclosure statement.

Fees: <u>$5,472</u>                    Hours: <u>7.2</u>

**C.    Investigations**

18.    Time billed to this category related determining whether there are viable alternative paths for the disposition of the Debtor's assets (e.g., restructuring, sale) from those proposed by the Debtor, assisting the Committee in identifying, valuing, and pursuing estate causes of action, including, but not limited to, relating to pre-petition transactions, control person liability and lender liability, and reviewing the Debtor's financial reports, including, but not limited to, statements of financial affairs, schedules of assets and liabilities, cash budgets, and monthly operating reports.

Fees: <u>$1,368</u>                    Hours: <u>1.8</u>

**D.    Retention and Fee Applications**

19.    Time billed to this category relates to keeping track of time entries and submitting retention and fee applications.

Fees: <u>$13,799</u>                    Hours: <u>20.1</u>

**E.**    **Exit and Post-Effective Date Planning**

20.    This category includes time spent on all matters related to formulating a strategy and implementing procedures for handling the estate's affairs after the Debtors' chapter 11 plan is confirmed and deemed effective.

Fees: <u>$532</u>                     Hours: <u>0.7</u>

21.    The nature of work performed by the Firm between March 1, 2023 and August 21, 2023 is set forth in **Composite Exhibit D**. The reasonable and standard value of the services the Firm rendered for and on behalf of the Committee during this period is $26,696.00.

## Conclusion

22.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the fee amount for which the Firm requests to be compensated by this Application is fair and reasonable given (a) the complexity of the case, (b) the time the Firm's professionals and paraprofessionals have expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, the Firm believes that this Application complies with the Local Rules, the Local Guidelines, and the Interim Compensation Order.

## Notice

23.    Pursuant to the Interim Compensation Order, the Application has been served upon: (a) the Debtor, Madison Square Boys and Girls Club, Inc., 250 Bradhurst Avenue, New York, New York 10039 (Attn.: Mr. Tim McChristian); (b) Debtor's counsel: Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Alan W. Kornberg, Esq.; Andrew M. Parlen, Esq.; John T. Weber, Esq.; and Shafaq Hasan, Esq.); and (c) William K. Harrington, United States Trustee for Region 2, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014

(Attn.: Andrea B. Schwartz, Esq. and Tara Tiantian, Esq). The Firm submits that, in light of the nature of the relief requested, no other or further notice need be provided.

### No Prior Request

24.     No prior application for the relief requested in this Application has been made to this or any other court, except insofar as the First Interim Fee Application and the Monthly Fee Statements may be deemed to be such prior applications.

WHEREFORE, the Firm respectfully requests that this Court enter an order: (a) allowing the Firm compensation for services rendered during the Final Application Period in the amount of $160,023.55 on account of reasonable and necessary professional services rendered to and for the benefit of the Committee; (b) authorizing additional compensation to the Firm in the amount of $5,100 for fees incurred for the preparation of Dundon's final fee application for the Post Effective Date Period; and (c) granting any other relief that this Court deems necessary and appropriate.

Dated: October 4, 2023                **DUNDON ADVISERS LLC**

Matthew Dundon
Ten Bank Street, Suite 1100
White Plains, NY 10606
Telephone: 914.341.1188
Fax: 212.202.4437
Email: md@dundon.com

*Co-Financial Advisor to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1] | Case No. 22-10910-SHL |
| Debtor. | |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF DUNDON ADVISERS
LLC FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FROM
AUGUST 8, 2022 THROUGH AUGUST 21, 2023**

This matter came before the Court on the *Final Application of Dundon Advisers LLC for Allowance of Compensation for Professional Services Rendered as Co-Financial Advisor to the Official Committee of Unsecured Creditors of the Debtor for the Period from August 8, 2022 through August 21, 2023* [Docket No. _____ ] (the "Application").  In the Application, Dundon requests that the Court approve on a final basis: (a) compensation in the amount of $26,696.00 for fees on account of reasonable and necessary professional services rendered for the Second Interim Period, (b) compensation in the amount of $160,023.55 for fees on account of reasonable and necessary professional services rendered for the Final Application Period; and (c) compensation in the amount of $5,100 for fees on account of reasonable and necessary professional services rendered for the  Post Effective Date Period.

---

[1] The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

The Court, having considered the Application and notice of the Application appearing adequate, determines that the Application should be, and hereby is GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1.      The Application is GRANTED as set forth herein.

2.      The Firm's compensation for professional services rendered during the Second Application Period and Final Application Period is allowed on a final basis in the amount of $160,023.55.

3.      The Debtor is authorized and ordered to pay to the Firm fees in the amount of $5,100 for the Post Effective Date Period.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MADISON SQUARE BOYS & GIRLS CLUB, INC.,[2] | Case No. 22-10910-SHL |
| Debtor. | |

**DECLARATION OF MATTHEW DUNDON IN SUPPORT OF FINAL APPLICATION
OF DUNDON ADVISERS LLC FOR ALLOWANCE
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AS CO-
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM
AUGUST 8, 2022 THROUGH AUGUST 21, 2023**

I, Matthew Dundon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746

and pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1(a) of

the Local Rules for the Bankruptcy Court for the Southern District of New York that the following

is true and correct:

1.      I am a principal at Dundon Advisers LLC (the "Firm"),[3] with an office

located at Ten Bank Street, Suite 1100, White Plains, NY 10606.

2.      I have personally reviewed the information contained in the Application and

believe its contents to be true and correct to the best of my knowledge, information, and belief.  In

addition, I believe that the Application complies with the Local Rules for the Southern District of

New York, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern*

*District of New York Bankruptcy Cases*, and the *Order Pursuant to 11 U.S.C. §§ 105(A) and 331*

---

[2]The last four digits of the Debtor's federal tax identification number are 6792.  The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[3] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Fee Application.

*Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals*

dated and entered August 12, 2022 [Docket No. 125].

Executed this 4th day of October, 2023 at White Plains, New York.

Matthew Dundon

# EXHIBIT B

**EXHIBIT B: Timekeeper Summary**

**Second Application Period**

| NAME OF PROFESSIONAL | TITLE | STANDARD HOURLY RATE ($) | TOTAL HOURS BILLED | TOTAL COMPENSATION ($) | BLENDED HOURLY RATE |
|---|---|---|---|---|---|
| Tabish Rizvi | Managing Director | $790 | 24.7 | $19,033.00 | $771 |
| Michael Whalen | Associate | $475 | 15.80 | $7,505.00 | $475 |

**Final Application Period**

| NAME OF PROFESSIONAL | TITLE | STANDARD HOURLY RATE ($) | TOTAL HOURS BILLED | TOTAL COMPENSATION ($) | BLENDED HOURLY RATE |
|---|---|---|---|---|---|
| Matthew J. Dundon | Principal | $890 | 20.3 | $17,255.00 | $850 |
| Tabish Rizvi | Managing Director | $790 | 138.6 | $105,603.00 | $762 |
| Michael Whalen | Associate | $475 | 164.0 | $65,405.00 | $399 |

# EXHIBIT C

## EXHIBIT C: Task Code Summary

### Second Application Period

| Category | Hours | Amount |
|---|---|---|
| Business Analysis | 6.8 | $3,230.00 |
| Committee Member/Professional Meetings & Communications | 0.0 | $0.00 |
| Retention and Fee Applications | 20.3 | $13,956.50 |
| Claims Analysis | 2.9 | $1,377.50 |
| Investigations | 1.8 | $1,368.00 |
| Case Administration | 0.0 | $0.00 |
| Plan and Disclosure Statement | 7.2 | $5,472.00 |
| Exit and Post-Effective Date Planning | 0.7 | $532.00 |
| Sales Process | 1.0 | $760.00 |
| **Total** | **40.7** | **$26,696.00** |

### Final Application Period

| Category | Hours | Amount |
|---|---|---|
| Business Analysis | 116.5 | $61,237.00 |
| Committee Member/Professional Meetings & Communications | 9.1 | $6,454.00 |
| Retention and Fee Applications | 50.4 | $30,935.00 |
| Claims Analysis | 2.9 | $1,378.00 |
| Investigations | 52.2 | $33,375.00 |
| Plan and Disclosure Statement | 87.3 | $51,630.00 |
| Exit and Post-Effective Date Planning | 3.5 | $2,495.00 |
| Sales Process | 1.0 | $760.00 |
| **Total** | **322.9** | **$188,263.00** |

# EXHIBIT D

**COMPOSITE EXHIBIT D**

<u>**Second Application Period**</u>

| Staff | Date | Description | Task | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| Michael Whalen | 03-02-2023 | Reviewed MOR filed by Debtor and compared it to last months to analyze changes in assets | Business Analysis | 1.5 | $475.00/hr | $712.50 |
| Michael Whalen | 03-09-2023 | Participated on call with counsel, S. Landgraber, and T. Rizvi reviewing case updates and Navy Yard sales process | Business Analysis | 0.5 | $475.00/hr | $237.50 |
| Tabish Rizvi | 03-14-2023 | Correspond with Teneo regarding payment for monthly fee invoices approved by the bankruptcy court | Retention and Fee Applications | 0.2 | $760.00/hr | $152.00 |
| Tabish Rizvi | 03-17-2023 | Review draft of plan shared by counsel to understand overall outcome for the Survivors | Retention and Fee Applications | 1.5 | $760.00/hr | $1,140.00 |
| Tabish Rizvi | 03-22-2023 | Prepare model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim | Plan and Disclosure Statement | 1.8 | $760.00/hr | $1,368.00 |
| Tabish Rizvi | 03-22-2023 | Participate on call with counsel regarding distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim | Plan and Disclosure Statement | 0.1 | $760.00/hr | $76.00 |
| Michael Whalen | 03-22-2023 | Analyzed contribution claim from Rockefeller and made model with Tabish Rizvi to determine recovery under different scenarios | Claims Analysis | 1.2 | $475.00/hr | $570.00 |
| Tabish Rizvi | 03-23-2023 | Clean up 1st round of waterfall model following call with J. Lucas, including participating on call with M. Whalen to update valuation of note | Plan and Disclosure Statement | 0.5 | $760.00/hr | $380.00 |
| Tabish Rizvi | 03-23-2023 | Prepare model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim | Plan and Disclosure Statement | 0.5 | $760.00/hr | $380.00 |
| Tabish Rizvi | 03-23-2023 | Review model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim with J. Lucas (PSZJ, UCC Counsel) over zoom | Plan and Disclosure Statement | 0.7 | $760.00/hr | $532.00 |
| Michael Whalen | 03-23-2023 | Valued note in order to analyzed contribution claim from Rockefeller at the request of counsel | Claims Analysis | 1.7 | $475.00/hr | $807.50 |
| Tabish Rizvi | 03-24-2023 | Enhance model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim | Plan and Disclosure Statement | 1.2 | $760.00/hr | $912.00 |

| Staff | Date | Description | Task | Hours | Rate | Fee |
|-------|------|-------------|------|-------|------|-----|
| Tabish Rizvi | 03-24-2023 | Review enhancements to model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim with J. Lucas (PSZJ, UCC Counsel) over zoom | Plan and Disclosure Statement | 0.7 | $760.00/hr | $532.00 |
| Tabish Rizvi | 03-24-2023 | Follow up with M. Whalen model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim | Plan and Disclosure Statement | 0.1 | $760.00/hr | $76.00 |
| Tabish Rizvi | 03-24-2023 | Enhance model for distribution analysis accounting for Rockefeller receiving credit for future payment of pro forma Contribution Claim following call with counsel | Plan and Disclosure Statement | 0.6 | $760.00/hr | $456.00 |
| Michael Whalen | 03-24-2023 | Call with counsel reviewing allocation of contribution claim and note valuation | Business Analysis | 0.7 | $475.00/hr | $332.50 |
| Tabish Rizvi | 07-05-2023 | Participate on call with M. Whalen regarding the completion of fee applications | Retention and Fee Applications | 0.2 | $790.00/hr | $158.00 |
| Michael Whalen | 04-07-2023 | Analyzed all time entries and drafted fee application with exhibits | Retention and Fee Applications | 1.5 | $475.00/hr | $712.50 |
| Michael Whalen | 04-09-2023 | Analyzed all time entries and drafted fee application with exhibits | Retention and Fee Applications | 2 | $475.00/hr | $950.00 |
| Tabish Rizvi | 04-10-2023 | Revise and update Interim Fee Application due to be filed on April 14th by counsel, including sharing draft copy with PSZJ | Retention and Fee Applications | 1.5 | $760.00/hr | $1,140.00 |
| Tabish Rizvi | 04-10-2023 | Review particulars on the Interim Fee Application due to be filed on April 14th by counsel | Retention and Fee Applications | 0.5 | $760.00/hr | $380.00 |
| Michael Whalen | 04-10-2023 | Analyzed all time entries and drafted fee application with exhibits | Retention and Fee Applications | 1.2 | $475.00/hr | $570.00 |
| Tabish Rizvi | 04-12-2023 | Finalize interim fee application for filing on Friday, 4/14 including participating on call with G. Brown (PSZJ) on topic | Retention and Fee Applications | 0.8 | $760.00/hr | $608.00 |
| Tabish Rizvi | 04-18-2023 | Review latest copy of plan filed in the bankruptcy, including debtor's objection to Rockefeller's claim | Investigations | 1.4 | $760.00/hr | $1,064.00 |
| Tabish Rizvi | 04-18-2023 | Participate on call with PSZJ following up on POR filed and status of analysis completed for Rockefeller's contribution claim | Investigations | 0.1 | $760.00/hr | $76.00 |
| Tabish Rizvi | 04-26-2023 | Coordinate and prepare for disclosure statement hearing scheduled for April 27th | Plan and Disclosure Statement | 0.1 | $760.00/hr | $76.00 |
| Tabish Rizvi | 04-27-2023 | Attend scheduled Disclosure Statement Hearing with Judge Lane | Plan and Disclosure Statement | 0.9 | $760.00/hr | $684.00 |

| Staff | Date | Description | Task | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| Tabish Rizvi | 05-16-2023 | Review stipulation between Debtor and Rockefeller, including reviewing summary provided by ReOrg and participating in a discussion with M. Whalen | Retention and Fee Applications | 0.4 | $760.00/hr | $304.00 |
| Tabish Rizvi | 05-16-2023 | Respond to UST regarding her questions about Dundon's fee application | Retention and Fee Applications | 0.4 | $760.00/hr | $304.00 |
| Michael Whalen | 05-16-2023 | Analyzed stipulation with Rockefeller to determine effect on survivors | Business Analysis | 1.3 | $475.00/hr | $617.50 |
| Tabish Rizvi | 05-17-2023 | Review email and schedule received from Debtor regarding updated budget through 6/30, including participating in discussion with M. Whalen and R. Chiu (separately) on analysis and confirmation of how shortfall will be funded | Investigations | 0.3 | $760.00/hr | $228.00 |
| Michael Whalen | 05-17-2023 | Reviewed Teneo's schedule of DIP fund usage and requested additional information such as professional fee breakout | Business Analysis | 1.3 | $475.00/hr | $617.50 |
| Tabish Rizvi | 05-24-2023 | Participate on call with J. Lucas to catch up on case and sale of Navy Yards at $12.5 million | Sales Process | 0.2 | $760.00/hr | $152.00 |
| Tabish Rizvi | 06-01-2023 | Participate on call with S. Landgraber regarding sale of Navy Yards at $12.5 million and remaining workstreams on the case | Sales Process | 0.8 | $760.00/hr | $608.00 |
| Michael Whalen | 06-02-2023 | Reviewed MORs at the request of counsel | Business Analysis | 0.6 | $475.00/hr | $285.00 |
| Michael Whalen | 06-05-2023 | Reviewed MORs at the request of counsel | Business Analysis | 0.9 | $475.00/hr | $427.50 |
| Tabish Rizvi | 06-22-2023 | Discuss stipulation filed in the case earlier today around mediation between Rockefeller and the survivors with M. Dundon, including phone call with J. Lucas to confirm understanding. | Exit and Post-Effective Date Planning | 0.7 | $760.00/hr | $532.00 |
| Michael Whalen | 07-06-2023 | Prepared monthly fee applications | Retention and Fee Applications | 1.4 | $475.00/hr | $665.00 |
| Tabish Rizvi | 07-12-2023 | Finalization of 8th, 9th, 10th, and 11th monthly fee applications for submission and filing | Retention and Fee Applications | 0.7 | $790.00/hr | $553.00 |
| Tabish Rizvi | 07-31-2023 | Prepare for filing of Interim and Final Fee Application, including corresponding with counsel on matter | Retention and Fee Applications | 1.3 | $790.00/hr | $1,027.00 |
| Tabish Rizvi | 08-08-2023 | Review analysis and spreadsheet prepared for filing of Final Fee Application following receipt of email from R. Chiu regarding 15% discount. | Retention and Fee Applications | 0.1 | $790.00/hr | $79.00 |

| Staff | Date | Description | Task | Hours | Rate | Fee |
|-------|------|-------------|------|-------|------|-----|
| Tabish Rizvi | 08-08-2023 | Calculate balances and prepare for filing of Final Fee Application following receipt of email from R. Chiu regarding 15% discount. | Retention and Fee Applications | 2.2 | $790.00/hr | $1,738.00 |
| Tabish Rizvi | 08-09-2023 | Enhance and update spreadsheet prepared for filing of Final Fee Application following receipt of email from R. Chiu regarding 15% discount and revise fee application form to be filed with the courts. | Retention and Fee Applications | 4.4 | $790.00/hr | $3,476.00 |