**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-10910-SHL |

**SUPPLEMENT TO SECOND AND FINAL APPLICATION OF DUNDON ADVISERS LLC FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 8, 2022 THROUGH AUGUST 21, 2023**

**[Relates To Docket No. 639]**

Dundon Advisers LLC (the "Firm"), co-financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby submits as **Exhibit E** a supplement (the "Supplement") to its second and final fee application [Docket No. 639] (the "Application"), in connection with an agreement made between the Firm and the Office of the United States Trustee. By way of this Supplement, the Firm substantiates the $6,000 gross ($5,100 net of required 15% discount) sought in the Application for work performed during the period from August 27, 2023 through October 3, 2023 (the "Post-Effective Date Period").

WHEREFORE, the Firm respectfully reiterates the request made in the Application that this Court enter an order: (a) allowing the Firm compensation for services rendered during the Final Application Period[2] in the amount of $160,023.55 on account of reasonable and necessary professional services rendered to and for the benefit of the Committee; (b) authorizing additional

---

[1] The last four digits of the Debtor's federal tax identification number are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Application.

compensation to the Firm in the amount of $5,100.00 for fees incurred during the Post-Effective Date Period; and (c) granting any other relief that this Court deems necessary and appropriate.

Dated: October 21, 2023

**DUNDON ADVISERS LLC**

_____
Matthew Dundon
Ten Bank Street, Suite 1100
White Plains, NY 10606
Telephone: 914.341.1188
Fax: 212.202.4437
Email: md@dundon.com

*Co-Financial Advisor to the Official Committee of Unsecured Creditors*

**Exhibit E**

# Dundon Advisers LLC - Time Entry

Date Start: 8/21/2023 | Date End: 10/19/2023 | Clients: Madison Square Boys and Girls Club | Matters: | Users: All | Client Type: All | Matter Type: All | Location: All | Billing Method: All | Paid Status: All | Group By: Matter

| Date | Client | Matter Type | User | Activity | Description | Billable Time | Total Time | Billable Flag | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| **UCC** | | | | | | | | | | |
| 08/27/2023 | Madison Square Boys and Girls Club | Not Specified | Tabish Rizvi | Retention and Fee Applications | Discussion of final fee application with M. Dundon | 0.10 | 0.10 | Y | $790.00/hr | $79.00 |
| 08/29/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Preparation of collection history for T. Rizvi | 0.10 | 0.10 | Y | $890.00/hr | $89.00 |
| 09/05/2023 | Madison Square Boys and Girls Club | Not Specified | Tabish Rizvi | Retention and Fee Applications | Admin: Participate on call with Landgraber regarding issue with final fee application in Madison Square | 0.30 | 0.30 | Y | $790.00/hr | $237.00 |
| 09/14/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Discussion of required discounts with T. Rizvi and S. Landgraber | 0.30 | 0.30 | Y | $890.00/hr | $267.00 |
| 09/16/2023 | Madison Square Boys and Girls Club | Not Specified | Tabish Rizvi | Retention and Fee Applications | Prepare 2nd interim and final fee application in accordance with PSZJ's template | 4.00 | 4.00 | Y | $790.00/hr | $3,160.00 |
| 09/17/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Further revision of proposed final fee application per comments from UCC counsel | 0.70 | 0.70 | Y | $890.00/hr | $623.00 |
| 09/17/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Discussion of further revision of proposed final fee application with UCC counsel | 0.20 | 0.20 | Y | $890.00/hr | $178.00 |
| 09/17/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Revision of proposed final fee application | 1.10 | 1.10 | Y | $890.00/hr | $979.00 |
| 09/18/2023 | Madison Square Boys and Girls Club | Not Specified | Tabish Rizvi | Retention and Fee Applications | Correspond with counsel on draft of fee application for Madison | 0.20 | 0.20 | Y | $790.00/hr | $158.00 |
| 09/27/2023 | Madison Square Boys and Girls Club | Not Specified | Tabish Rizvi | Retention and Fee Applications | Review correspondence exchanged between J. Lucas and M. Dundon regarding treatment of 15% | 0.70 | 0.70 | Y | $790.00/hr | $553.00 |

| Date | Client | Matter | Timekeeper | Category | Description | Hours | Billable Hours | Billed | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | discount, including participating on calls with M. Dundon on subject. | | | | | |
| 10/02/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Continued Discussion of further revision of proposed final fee application with UCC counsel | 0.30 | 0.30 | Y | $890.00/hr | $267.00 |
| 10/03/2023 | Madison Square Boys and Girls Club | Not Specified | Matthew Dundon | Retention and Fee Applications | Final revision of final free application per further comments from counsel. | 1.50 | 1.50 | Y | $890.00/hr | $1,335.00 |
| | | | | | Totals For UCC | 9.50 | 9.50 | | | $7,925.00 |
| | | | | | Grand Total | 9.50 | 9.50 | | | $7,925.00 |