UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 22-10910 (SHL) |

**OMNIBUS ORDER GRANTING FINAL FEE APPLICATIONS
OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses (the "__Applications__") for professional services rendered and expenses incurred during the Third Interim Fee period commencing on March 1, 2023 through August 21, 2023 and the Final Fee Period commencing on June 29, 2022 through August 21, 2023; and a hearing having been held before this court to consider the Applications on October 26, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Final Fee Applications are granted on a final basis as set forth in **Schedule A** and **Schedule B** hereto.

New York, New York
Dated:  November 6, 2023

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

---

[1]   The last four digits of the Reorganized Debtor's federal tax identification number are 6792.  The Reorganized Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

Case No.: 22-10910 (SHL)  **Schedule A**
Case Name: Madison Square Boys & Girls Club, Inc.

**CURRENT INTERIM FEE PERIOD**
March 1, 2023 to August 21, 2023

| (1) Applicant | (2) Date/Docket Number of Application | (3) Interim Fees Requested on Interim Fee Application | (4) Fees Allowed for Current Fee Period | (5) Fees Paid for Current Fee Period | (6) Fees to be Paid for Current and Prior Fee Period(s) | (7) Expenses Paid for Current Fee Period | (8) Expenses Allowed for Current Fee Period |
|---|---|---|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP** | October 5, 2023 Docket No. 637 | $440,510.00 | $439,965.00[1] | $235,808.00 | $204,157.00 | $2,114.71 | $6,987.59 |
| **Island Capital Advisor LLC** | October 5, 2023 Docket No. 638 | $9,913.00 | $9,913.00 | $0.00 | $103.45 | $0.00 | $0.00 |
| **Dundon Advisers LLC** | October 5, 2023 Docket No. 639 | $26,696.00 | $26,696.00 | $26,696.00 | $0.00 | $0.00 | $0.00 |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP** | October 5, 2023 Docket No. 640 | $2,501,911.46 | $2,488,707.27[2] | $629,993.08 | $1,858,714.19 | $4,073.07 | $18,098.05 |

---

[1] In response to informal objections that the U.S. Trustee raised, Pachulski Stang Ziehl & Jones LLP agreed voluntarily to reduce its fees by $545.00.

[2] In response to informal objections that the U.S. Trustee raised, Paul, Weiss, Wharton, Rifkind & Garrison LLP agreed voluntarily to reduce its fees by $13,204.19.

| (1) Applicant | (2) Date/Docket Number of Application | (3) Interim Fees Requested on Interim Fee Application | (4) Fees Allowed for Current Fee Period | (5) Fees Paid for Current Fee Period | (6) Fees to be Paid for Current and Prior Fee Period(s) | (7) Expenses Paid for Current Fee Period | (8) Expenses Allowed for Current Fee Period |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Freidman Kaplan Seiler Adelman & Robbins LLP** | October 5, 2023 Docket No. 641 | $64,837.50 | $64,837.50 | $48,039.30 | $48,039.30 | $17,493.82 | $17,493.82 |
| **Pillsbury Winthrop Shaw Pittman LLP** | October 5, 2023 Docket No. 642 | $171,197.10 | $171,197.10 | $84,447.28 | $86,749.82 | $0.00 | $0.00 |
| **Epiq Corporate Restructuring, LLC** | October 5, 2023 Docket No. 644 | $18,336.00 | $18,336.00 | $0.00 | $18,336.00 | $0.00 | $0.00 |
| **Triple P RTS, LLC** | October 5, 2023 Docket No. 645 | $43,230.00 | $43,230.00 | $0.00 | $43,230.00 | $0.00 | $9.75 |
| **Teneo Capital LLC** | October 5, 2023 Docket No. 646 | $176,598.00 | $176,598.00 | $113,635.80 | $62,962.20 | $52,454.77 | $98,650.97 |

DATE ON WHICH ORDER WAS SIGNED: 11/6/2023           INITIALS: SHL  USBJ

2

Case No.: 22-10910 (SHL)  
Case Name: Madison Square Boys & Girls Club, Inc.

**Schedule B**

**FINAL FEE APPLICATION TOTALS**  
June 29, 2022 to August 21, 2023

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Discount from Plan[1] | (5) Total Expenses Requested | (6) Total Expenses Paid | (7) Total Fees and Expenses to be Paid |
|---|---|---|---|---|---|---|
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP** | $5,602,903.83 | $3,750,149.98 | $420,217.78 (7.5%) | $46,367.28 | $26,381.96 | $1,452,521.39 |
| **Freidman Kaplan Seiler Adelman & Robbins LLP** | $312,986.64 | $296,188.44 | N/A | $45,892.41 | $45,892.41 | $16,798.20 |
| **Pillsbury Winthrop Shaw Pittman LLP** | $1,110,635.52 | $1,074,139.63 | $48,374.93 (5%) | $9,076.84 | $9,076.84 | $38,374.89 |
| **Epiq Corporate Restructuring** | $18,336.00 | $0.00 | N/A | $0.00 | $0.00 | $18,336.00 |

---

[1] Further details of how each professional applied the discount consistent with Article V.B.4 of the Plan are set forth in the relevant fee application.

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Discount from Plan[1] | (5) Total Expenses Requested | (6) Total Expenses Paid | (7) Total Fees and Expenses to be Paid |
|---|---|---|---|---|---|---|
| **Triple P RTS, LLC** | $43,230.00 | $0.00 | N/A | $9.75 | $0.00 | $43,239.75 |
| **Teneo Capital LLC** | $607,981.50 | $547,017.30 | $30,299.18 (5%) | $188,828.29 | $115,030.43 | $104,462.88 |
| **Pachulski Stang Ziehl & Jones LLP** | $1,453,525.00[2] | $1,233,338.00 | N/A | $22,643.74 | $17,770.86 | $225,059.88 |
| **Island Capital Advisor LLC** | $65,397.00 | $55,484.00 | $9,809.55 (15%) | $0.00 | $0.00 | $103.45 |
| **Dundon Advisers LLC** | $165,123.55[3] | $175,163.40 | $29,139.45 (15%) | $0.00 | $0.00 | ($10,039.85) |

DATE ON WHICH ORDER WAS SIGNED: 11-6-2023                INITIALS: SHL  USBJ

---

[2] This amount includes fees billed by attorneys and paralegals during the Post Effective Date Period (as defined in the application) preparing the fee application and the final fee applications of the other Committee professionals. These fees originally totaled $20,057.00. After factoring discounts of $4,027.00, Pachulski Stang Ziehl & Jones LLP seeks total fees for the Post Effective Date Period in the amount of $16,030.00.

[3] Dundon Advisers LLC seeks an additional $5,100.00 for post-Effective Date fees incurred during the period August 22, 2023 through October 5, 2023, thereby bringing the total amount of fees sought between August 8, 2022 and October 5, 2023 to $165,123.55.